CO-386-online
10/03

# United States District Court
# For the District of Columbia

The Humane Society of the United )
States, et al., )
 )
 )
     Plaintiff )  Civil Action No._____
  vs )
 )
Mike Johanns, Secretary, U.S. Department of )
Agriculture; Barbara J. Masters, Administrator, )
Food Safety and Inspection Service )
     Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  The Humane Society of the United States, et al.,  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  The Humane Society of the United States, et al.,  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

358287
BAR IDENTIFICATION NO.

Eric R. Glitzenstein
Print Name

1601 Connecticut Ave. NW, Suite 700
Address

Washington, DC  20009
City    State   Zip Code

(202) 588-5206
Phone Number