UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
THE HUMANE SOCIETY                      )
OF THE UNITED STATES, et al.,           )
                                        )
      Plaintiffs,                       )   Civ. No. 06-0265 (CKK)
              v.                  )
                                        )
                                        )
MIKE JOHANNS, et al.                    )
                                        )
      Defendants.                       )
_____)

## ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and for a Preliminary Injunction, the defendants' response thereto, and the entire record, it is this ____ day of _____, 2006

ORDERED that the Motion is GRANTED; and it is further

PRELIMINARILY DECLARED that defendants' Final Rule implementing fee-for-service horse inspection was unlawfully promulgated without advance notice and public comment in violation of the Administrative Procedure Act ("APA"), 5 U.S.C. § 553; and it is further

PRELIMINARILY DECLARED that defendants' decision to implement fee-for-service horse inspection is arbitrary and capricious, and not in accordance with Section 794 of the FY2006 Agriculture Appropriations Act, the Federal Meat Inspection Act, and the National Environmental Policy Act; and it is further

ORDERED that the defendants' Final Rule implementing fee-for-service horse inspection is vacated and enjoined pending the Court's resolution of the final merits of this case; and it is further

ORDERED that defendant FSIS is enjoined from accepting applications for fee-for-service horse slaughterhouse inspections, and from otherwise implementing the Final Rule; and it is further

ORDERED that defendants are enjoined from using any funds appropriated by the FY2006 Agriculture Appropriations Act to pay the salaries or expenses of USDA personnel to inspect horses under section 3 of the FMIA, or under the guidelines or regulations issued under section 903 of the FAIR Act.

_____
United States District Judge