# Plaintiffs' Exhibit 2
# Civ. No. 02-0265 (CKK)

 



Click Header to sort column (currently sorted ascending ↑ ).
A CSV download option is available at the bottom of the displayed data.

**Display output Control :**   **Units & data in the same column of table**   **Units as a separate column**   **Units at the bottom**

## U.S. & All States Data - Equine Slaughter

| Year ↑ | Region | State | Commodity | Week Ending Date | Federally Inspected (FI) |
|---|---|---|---|---|---|
| 2005 | All States | United States | Equine | 01/08/2005 | 1,389 head |
| 2005 | All States | United States | Equine | 01/15/2005 | 1,449 head |
| 2005 | All States | United States | Equine | 01/22/2005 | 1,390 head |
| 2005 | All States | United States | Equine | 01/29/2005 | 1,473 head |
| 2005 | All States | United States | Equine | 02/05/2005 | 1,528 head |
| 2005 | All States | United States | Equine | 02/12/2005 | 1,477 head |
| 2005 | All States | United States | Equine | 02/19/2005 | 1,541 head |
| 2005 | All States | United States | Equine | 02/26/2005 | 1,515 head |
| 2005 | All States | United States | Equine | 03/05/2005 | 1,441 head |
| 2005 | All States | United States | Equine | 03/12/2005 | 1,757 head |
| 2005 | All States | United States | Equine | 03/19/2005 | 1,764 head |
| 2005 | All States | United States | Equine | 03/26/2005 | 1,814 head |
| 2005 | All States | United States | Equine | 04/02/2005 | 1,618 head |
| 2005 | All States | United States | Equine | 04/09/2005 | 1,886 head |
| 2005 | All States | United States | Equine | 04/16/2005 | 1,926 head |
| 2005 | All States | United States | Equine | 04/23/2005 | 1,763 head |
| 2005 | All States | United States | Equine | 04/30/2005 | 1,841 head |
| 2005 | All States | United States | Equine | 05/07/2005 | 2,014 head |
| 2005 | All States | United States | Equine | 05/14/2005 | 1,980 head |
| 2005 | All States | United States | Equine | 05/21/2005 | 1,923 head |
| 2005 | All States | United States | Equine | 05/28/2005 | 2,016 head |
| 2005 | All States | United States | Equine | 06/04/2005 | 1,446 head |
| 2005 | All States | United States | Equine | 06/11/2005 | 1,914 head |
| 2005 | All States | United States | Equine | 06/18/2005 | 1,984 head |
| 2005 | All States | United States | Equine | 06/25/2005 | 1,907 head |
| 2005 | All States | United States | Equine | 07/02/2005 | 1,821 head |
| 2005 | All States | United States | Equine | 07/09/2005 | 1,329 head |
| 2005 | All States | United States | Equine | 07/16/2005 | 1,668 head |
| 2005 | All States | United States | Equine | 07/23/2005 | 1,606 head |
| 2005 | All States | United States | Equine | 07/30/2005 | 1,633 head |
| 2005 | All States | United States | Equine | 08/06/2005 | 1,557 head |
| 2005 | All States | United States | Equine | 08/13/2005 | 1,688 head |
| 2005 | All States | United States | Equine | 08/20/2005 | 1,732 head |
| 2005 | All States | United States | Equine | 08/27/2005 | 1,916 head |
| 2005 | All States | United States | Equine | 09/03/2005 | 1,902 head |
| 2005 | All States | United States | Equine | 09/10/2005 | 1,875 head |
| 2005 | All States | United States | Equine | 09/17/2005 | 2,168 head |
| 2005 | All States | United States | Equine | 09/24/2005 | 2,219 head |
| 2005 | All States | United States | Equine | 10/01/2005 | 2,130 head |
| 2005 | All States | United States | Equine | 10/08/2005 | 2,042 head |
| 2005 | All States | United States | Equine | 10/15/2005 | 2,052 head |
| 2005 | All States | United States | Equine | 10/22/2005 | 1,957 head |
| 2005 | All States | United States | Equine | 10/29/2005 | 1,907 head |

| 2005 | All States | United States | Equine | 11/05/2005 | 1,950 head |
| 2005 | All States | United States | Equine | 11/12/2005 | 2,001 head |
| 2005 | All States | United States | Equine | 11/26/2005 | 1,635 head |
| 2005 | All States | United States | Equine | 12/03/2005 | 2,267 head |
| 2005 | All States | United States | Equine | 12/10/2005 | 2,229 head |
| 2005 | All States | United States | Equine | 12/17/2005 | 2,127 head |
| 2005 | All States | United States | Equine | 12/24/2005 | 2,060 head |
| 2005 | All States | United States | Equine | 12/31/2005 | 1,530 head |

### 51 Records displayed

Your request has been processed.
Click the 'Download CSV' Link below to download data retrieved.

Download CSV (Units as separate column within CSV)    Download CSV (Units in a separate file)    Download CSV (Units and data in the same column)



Send comments and questions to NASS Customer Service
E-mail: nass@nass.usda.gov | Hotline: 1-800-727-9540