# Attachment 4 to Larson Decl.
# Civ. No. 02-0265 (CKK)


ELSEVIER

Livestock Production Science 73 (2002) 247–254


LIVESTOCK PRODUCTION SCIENCE

www.elsevier.com/locate/livprodsci

# Transport stress in horses: an electromyographic study on balance preservation

G. Giovagnoli[a,*], M. Trabalza Marinucci[a], A. Bolla[a], A. Borghese[b]

[a]Centro di Studio del Cavallo Sportivo, Facoltà di Medicina Veterinaria, Università degli Studi di Perugia, via S. Costanzo 4, 06100 Perugia, Italy
[b]Istituto Sperimentale per la Zootecnia, via Salaria, 31, 00016, Monterotondo, Roma, Italy

Received 5 February 2001; received in revised form 29 May 2001; accepted 29 May 2001

## Abstract

In order to validate the hypothesis that horse transport stress might also be the result of efforts spent in balance preservation, heart rate (HR) and muscular activity (MA) were analysed in eight Warmblood horses, with respect to individual rest reference values. Electromyographic (EMG) data were collected from Splenius muscles (left and right side), as representative of body anti-gravitational activities. The EMG data performed during each balancing effort were firstly quantified and then reported as percentage of the activity in respect to basal EMG signals obtained during resting; before loading the animal. These data were correlated with the HR recorded at the same time. Moreover, a videotape, synchronised with the EMG and HR data, was made to better recognise and to distinguish the muscular activities necessary for the preservation of balance, from the other muscular activities performed (e.g. searching, scratching, etc.). Although horses displayed HR and EMG individual quantitative differences (in power and number of events), the regression analysis showed that these two electrophysiologic parameters were strictly correlated in all animals. It was concluded that: (a) EMG and HR data can be used to evaluate efforts to preserve the animal's balance and that (b) this kind of effort might be considered one of the main transport stress factors. Consequently, we deduced that the efforts spent by the animals for a continuous postural adjustment can be considered as a physical expression of both muscular and emotional stress related to road conditions (traffic and/or physical road conditions) and the driver's specific driving ability.  © 2002 Elsevier Science B.V. All rights reserved.

*Keywords:* Horse; Transport; Stress; Welfare; Electromyography; Electrocardiography

## 1. Introduction

A large number of horses are daily transported worldwide for various reasons: slaughtering, purchasing, exhibitions, fairs, sport competitions, seasonal tourism, taming, reproduction, health status,

*Corresponding author. Present address: via Boncompagni, 61 – 00187 Roma, Italy. Tel.: +39-06-860-6927; fax: +39-06-860-6927.
*E-mail address:* g.giovagnoli@flashnet.it (G. Giovagnoli).

0301-6226/02/$ – see front matter  © 2002 Elsevier Science B.V. All rights reserved.
PII: S0301-6226(01)00253-6

Attachment 4

etc. Most of the animals are usually transported by road and are well adapted to travelling, but, in some cases, transport can be very stressful.

Animals subjected to this kind of stress can be more susceptible to a number of disorders; e.g. pneumonias, diarrhoeas, colics, laminitis, injuries and rhabdomyolysis (Cregier, 1982; Owen et al., 1983; Bell and Lowe, 1986; Shinobu et al., 1992, 1994; Oikawa and Kusunose, 1995; Bello, 1995; Kuwano et al., 1997). These conditions can be costly to owners, in terms of medical expenses and a loss of revenue, and moreover affect significantly the animal's welfare. The importance of the latter consideration explains the relevance of the actual involvement of various groups for animal protection and bio-ethic committees (Comitato Bioetico per la Veterinaria, 1999); this shows the important social interest in this subject.

In spite of many scientific papers directed to the physiological responses to road transport and stress associated pathologies, it is only recently that researchers addressed and tried to analyse the factors that may cause this kind of stress, although this was already suggested by Cregier (1982). Transport stress should not be considered as a single homogeneous stimulus, but as a mosaic of stress influences where multifactorial sources contribute — often simultaneously — to build a complex stimulus that presses for an organic physiological adaptive response. Air conditions (Leadon, 1995), the horse's orientation within the van or trailer (Clark et al., 1993), loading conditions (Waran and Cuddeford, 1995), vibrations of the vehicle (Smith et al., 1996), density (Collins et al., 2000) or confinement, head positions (Raidal et al., 2000) and other potential stress sources are recognised as different components of this mosaic. Although the loss of balance has been already reported as one of the horse's stress sources (Clark et al., 1993; Gibbs and Friend, 1999; Collins et al., 2000), the balance preservation efforts were, until now, not quantified and directly correlated to stress responses. Consequently, their importance is not known, especially when the efforts are not followed by traumas and have no physical consequences. The purpose of the present study was thus to determine quantitatively the balance preservation activities in the transported horse and to evaluate their correlation with the heart rate as stress response during road transportation.

## 2. Materials and methods

### 2.1. Animals, stance, data collection and devices

Eight healthy Warmblood horses were used (aged $4.9 \pm 1.7$ years). All horses were tamed and accustomed to be harnessed. They were all housed in boxes ($4 \times 4.5$ m) and fed with a concentrate mixture and hay ad libitum. During transport their body position was standardised: straight-forward, considering that it was reported that body direction has no effects on heart rate (Smith et al., 1994b). The horses were fastened to the vehicle allowing large head movements and each horse was transported alone. Electromyography (EMG) and electrocardiography (ECG) data collection, methods and devices were the same as those reported by us in a number of previous communications (Giovagnoli et al., 1997a,b, 1998a,b). In previous similar studies the number of horses studied were less or equal to those in this research; five for Doherty et al. (1997), seven for Waran and Cuddeford (1995) and eight for the studies of Smith et al. (1994a,b).

### 2.2. Experimental protocol

The starting and arrival points, the route followed, the road quality and distance (18 km) were the same for all horses. The starting time was fixed at 0600 h AM in order to have the same traffic intensity; average trip time was 26 min$\pm$12. A vehicle (IVECO, Turbo Zeta, 65-12, modified for animal transport) that was in perfect mechanical conditions (new suspensions, perfect radials pressure, etc.) was used for the trials. Three different drivers were employed: two with high and one with very low driving experience and skills; the eight transports were equally divided between high and low expert drivers.

Heart rate (HR) was chosen as a stress expression because it is a rapidly variable parameter suitable to be compared with the continuous activity of muscle adjustment (Clark et al., 1993; Smith et al., 1994b; Waran and Cuddeford, 1995). It was decided to record the Splenius muscle activity because it is considered one of the most important muscles in anti-gravitational activities (Giovagnoli et al., 1997b, 1998b) and expected to be constantly used for the animal's balance preservation.

G. Giovagnoli et al. / Livestock Production Science 73 (2002) 247–254    249

The recording of ECG and EMG data started 30 min before the loading of the animals, in order to obtain HR and EMG basal reference values. The slowest HR value performed during the first 20 min (during either rest or feeding) was considered the basal reference value; the EMG basal reference value, recorded during the last 10 min before loading, was obtained by positioning the animals in a standardised balance situation (with the left foreleg always on the same support in order to obtain a similar leg-floor corner) and by choosing the muscular activity performed during the 4 s with the slowest HR. The animals did not show pain or other disturbances due to human manipulations or the presence of the devices.

### 2.3. Data analysis

Lead system, montage, symbols, filters and gain used during raw EMG/ECG data analysis are reported in Table 1. The events relative to the preservation of balance (defined as muscular activities used to maintain the balance, independently if followed by loss of balance or not and lasting no longer than 4 s) were recognised by video and distinguished from the other muscular activities performed (e.g. searching, scratching, etc.). All these events (defined as "windows" in electrophysiology literature) and their respective subsequent phases of balanced standing (muscle recruited as normal standing) were considered in the analysis. These events, characterised by EMG and ECG simultaneously recorded data, were digitally moved from the EMG/ECG software (Micromed s.r.l.) to a data map (Microsoft Excel 7.0, 1995) where EMG data were processed. Instant HR was directly calculated with the EMG/ECG software.

In this study we decided to use a root mean square (RMS) value based amplitude estimation, as suggested by Farina and Merletti (2000). RMS, the most widely used estimator, is defined by the following equation:

$$\text{RMS} = \sqrt{\frac{1}{N}\sum_{i=1}^{N} x_i^2} \qquad (1)$$

where:

$N$ is the number of samples in the epoch considered; $x_i$ are the signal samples; further details are reported in specific literature (e.g. Farina and Merletti, 2000).

Using Eq. (1) the information concerning the duration of the contraction is no longer measurable and should thus be evaluated separately. In order to reduce the investigated variables, we decided to use a single value parameter which permits to take into account both the duration in time and the amplitude of the signal. This parameter is defined as:

$$\text{RMS}_{\text{time}}^{\text{ampl}} = \sqrt{\sum_{i=1}^{N} x_i^2} \qquad (2)$$

Eq. (2) is derived from Eq. (1) neglecting the range normalisation. From the physical point of view the estimator defined by Eq. (1) is in relation to the signal power while the one defined by Eq. (2) is in relation to the signal energy.

Therefore, to evaluate muscular involvement and to compare it among various contractions within the animal itself and between all animals examined, the EMG events were quantified as *percentage of root mean square value versus amplitude and time* (%RMSat) compared to basal reference RMSat evaluated during 4 s (this is the longest time period

Table 1
Lead system, montage, symbols, filters (low and high) and reference gain used during raw data analysis

| Lead system | Montage | Symbols | Fil. low (Hz) | Fil. high (Hz) | Ref. gain (µV) |
|---|---|---|---|---|---|
| 1 | Splenius – left side. | Spl. LS | 30.0 | 500 | 100 |
| 2 | Splenius – right side. | Spl. RS | 30.0 | 500 | 100 |
| 3 | Electrocardiogram | ECG | 10.0 | 30 | 100 |
| 4 | Time marker | MKR | – | – | – |

in all samples recorded during transport) at rest before the transport.

*2.4. Statistical analyses*

The primary objective of the statistical analysis was to determine the relationship between EMG and HR during the events of balance preservation. The HR and EMG data were processed (Microsoft Excel 7.0, 1995) by correlation and by linear simple regression analysis.

## 3. Results

The electrophysiological registrations reported very few artifacts, mainly in the ECG derivation due to chest muscles contractions (biological artifacts) during loss of balance events (Fig. 1a) or when animals neighed (Fig. 1b). During these occasions the HR was calculated by computing the subsequent first R–R peak-to-peak distance readable immediately after Splenius contractions. During neighs, data were neglected anywhere considered as behavioural and not as biomechanical effects. The video images resulted synchronised, as reported by us in previous researches (Giovagnoli et al., 1997a, 1998b), and allowed to distinguish muscle contractions performed for balance preservation among other behavioural situations. During all balance preservation efforts the Splenius muscles were used mainly together; their quantitative and shared recruitment were depending on the inertia vector direction. In the occasions in which the two EMG tracks, from the left and right Splenius, appeared different, the analysis was performed on the one that displayed the higher and stronger signal. Data of HR and %RMSat developed during transports are shown in Fig. 2; an intuitive correlation between HR and %RMSat peaks is already detectable. The analysis of HR and %RMSat correlation is reported in Table 2. Not all horses showed the same balance behaviour during transportation. As expected, horses 4, 6, 7 and 8, transported by the expert drivers, showed lower HR (Table 3 and Fig. 2).

## 4. Discussion

The Splenius muscles as biomechanical references, were shown to be a valid solution to evaluate the preservation of balance, considering their continuous activity in all postural adjustments; we also previously observed this on a 24 h behaviour analysis by electrophysiology monitoring (Giovagnoli et al., 1997b, 1998b).

The strict correlation among parameters (Table 2) proves the potential emotional relevance (e.g. fear or fright) of the efforts made to maintain the equilibrium during these muscular activations and, thus, the importance of this stimulus in the origin of transport stress.

The animals transported by the inexperienced driver showed higher HR and a tendency for more muscular involvement than the others; in particular, horse 5 showed high muscular and cardiac activities prolonged for a considerable length of time (subsequent phases of balanced standing characterised by an higher activation of muscles), suggesting a marked stress due to balance preservation (Table 3 and Fig. 2). On the extreme opposite, horse 8 showed the lowest values of the two parameters considered and the fewest muscular adjustment events.

Driver ability influenced the levels of emotional stress (HR) (Table 3 and Fig. 2) by inducing continuous horse postural adjustments finalised to balance preservation. Even though there were obvious individual differences among horses, HR and %RMSat values were significantly correlated ($P < 0.001$) (Table 2) and, thus, seem to be significantly affected by the degree of experience of the driver. All behavioural parameters recorded showed evidence that there is a discontinuous involvement of sympathetic nervous system that induces a continuous swing from alert or fear, during higher stimulus, to a placid status of serenity, when there is lower stimulus or during halts phases (Fig. 2). From this point of view, city routes should be considered as a high stress potential risk, not only for the noises or other relevant factors, but especially for the high variability of the direction vectors on the tri-dimensional axes. The evidence that the preservation of balance can be considered as one of the main causes of stress is in agreement with: (a) Doherty et al. (1997) who found that the energy spent during

*G. Giovagnoli et al. / Livestock Production Science 73 (2002) 247–254* 251



Fig. 1. EMG/ECG raw tracks. Lead system, montage, symbols, filters and reference gain are reported in Table 1. Speed paper at 15 mm/s. (a) After the first arrow a preventive muscle low activation is detectable (neglected data); after the second arrow a typical EMG event due to balance preservation reflex (analysed data), following increased HR, is shown. During the EMG event an example of ECG artefacts due to chest muscles contractions is visible. (b) Note the typical asymmetric Splenius activities (turning neck) during searching behaviour (at first arrow: starting; at second arrow: stopping). On ECG derivation (first arrow) typical slow contraction of chest muscles when animal neighs.

252                    G. Giovagnoli et al. / Livestock Production Science 73 (2002) 247–254



Fig. 2. Graphs of HR and variances of %RMSat during transports in each horse. Horses 1, 2, 3 and 5 were transported by non-experienced driver, while the others by experienced drivers.

transport appears to be similar to that associated with walking, even though the animal is standing; (b) the finding that the hematic muscular profiles are frequently and markedly modified during transport (Schmidt and Schmidt, 1980; Ferlazzo et al., 1984; Stull, 1998) and (c) the finding that the respiratory rate increases markedly at the beginning of transport and during transport time, while it decreases close to a pre-transport level during halts phases (Hobo et al., 1995).

Table 2
Coefficients of correlation, standard errors and significance between HR and %RMSat for each horse (H.)

| Coefficients | H. 1 | H. 2 | H. 3 | H. 4 | H. 5 | H. 6 | H. 7 | H. 8 |
|---|---|---|---|---|---|---|---|---|
| Correlation | 0.48 | 0.87 | 0.74 | 0.69 | 0.77 | 0.40 | 0.73 | 0.82 |
| Standard error | 25.00 | 13.50 | 16.20 | 26.67 | 26.28 | 9.66 | 9.43 | 10.51 |
| Significance | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 | <0.001 |

Table 3
HR and %RMSat values for each horse during transport (means±S.D.). The corresponding driver identities and abilities are reported

| Horse | Driver ability[a] | Driver identity | HR ($\mu \pm$S.D.) | %RMSat ($\mu \pm$S.D.) |
|---|---|---|---|---|
| H. 1 | NE | A | 100±5 d | 187±17 |
| H. 2 | NE | A | 105±5 b | 304±19 |
| H. 3 | NE | A | 98±5 d | 164±17 |
| H. 5 | NE | A | 116±4 b | 292±16 |
| H. 4 | E | B | 83±4 a | 146±14 |
| H. 6 | E | B | 59±3 c | 340±38 |
| H. 7 | E | C | 56±5 c | 64±17 |
| H. 8 | E | C | 52±6 c | 37±22 |

[a] Legend: NE=not experienced; E=experienced.

## 5. Conclusion

The horse's need for the preservation of balance has been neglected when compared to other important aspects concerning transportation (density on displacement, transport length, etc.). Results from this experiment indicate that it is an important stress stimulus, constantly repeated during transport, which should be considered in the global mosaic of transport stress etio–pathogenesis, either as a direct factor (e.g. rhabdomyolysis, injuries, etc.) or as an indirect (e.g. shipping fever through the immunity response suppression – Leadon et al., 1989).

Current regulations on the animal's welfare (EC Directive 95/29/EC, 1995) emphasise the time required for transportation. Objective conditions (vehicle maintenance and physical road conditions, traffic, etc.) as well as subjective situations (driver's professional ability) should be considered crucial factors in determining the magnitude of stress. Physiological parameters such as HR and %RMSat were shown to be valid transport stress indicators; highly correlated to each other. Further research is needed to investigate the feasibility of recording procedures (for either both parameters or HR values only) easily applicable to real transport situations.

## Acknowledgements

We would like to thank Micromed s.r.l. (Treviso, Italy) who kindly supplied the necessary instruments and equipment, essential for this research. Our appreciation goes to Doctor Ing. Dario Farina for his suggestions on EMG data analysis and Doctors Vitantonio Perrone, Palmerino Masciotta and Romano Zilli for their help during the experiment. Thanks are also due to Ms. Federica Alba for her precious collaboration.

## References

Bell, L.G., Lowe, J.E., 1986. Incidence of major injuries, severe colic and acute laminitis at American Horse Show Association A- and B- rated shows. J. Am. Vet. Med. Assoc. 11, 1304–1306.

Bello, T.R., 1995. Transport-related accidents. J. Eq. Sc. 15 (4), 209–210.

Comitato Bioetico per la Veterinaria, presso l'Ordine dei Medici Veterinari della Provincia di Roma, 1999. La tutela degli animali durante il trasporto. C.G. Edizioni MedicoScientifiche, Torino.

Clark, D.K., Friend, T.H., Dellmeier, G., 1993. The effect of orientation during trailer transport on heart rate, cortisol and balance in horses. Appl. Anim. Behav. Sci. 38, 179–189.

Collins, M.N., Friend, Y.H., Jousan, F.D., Chen, S.C., 2000. Effects of density on displacement, fals, injuries, and orientation during horse transportation. Appl. Anim. Behav. Sci. 67, 167–179.

Cregier, S.E., 1982. Reducing equine hauling stress: a review. Eq. Vet. Sc. 6, 187–198.

Doherty, O., Booth, M., Waran, C., Salthouse, C., Cuddeford, D., 1997. Study of the heart rate and energy expenditure of ponies during transport. The Vet. Rec. 6, 589–592.

EC Directive 95/29/EC, 1995. Concerning the protection of animals during transport and amending Directive 91/628/EEC. In: EC Official Journal N° L18, 30.06.95.

Farina, D., Merletti, R., 2000. Comparison of algorithms for estimation of EMG variables during voluntary isometric contractions. J. Electromyog. Kinesiol. 10, 5.

Ferlazzo, A., Caola, G., Omero, M., Panzera, M., 1984. Modificazioni sieroenzimatiche nel cavallo sedentario dopo trasporto. Arch. Vet. It. 35 (1), 27–31.

Gibbs, A.E., Friend, T.H., 1999. Horse preference for orientation during transport and the effect of orientation on balancing ability. Appl. Anim. Behav. Sci. 63, 1–10.

Giovagnoli, G., Frascarelli, M., de Feo, M.R., Castellano, G., Reitano, M., Silvestrelli, M., 1997a. Surface video-electromyography technique during exercise. In: Proc. 48th EAAP Meeting, Study commission Animal Physiology: physiology of exercise, Session I, Vienna, Austria. Wageningen Pers, p. 161.

Giovagnoli, G., Frascarelli, M., de Feo, M.R., Reitano, M., Silvestrelli, M., 1997b. Neck Muscle Activity (Splenius) in Horses During 24 Hours in Polygraphic Monitoring Technique. In: Proc. 16th AESM Meeting, San Antonio, Texas, USA. AESM, Santa Barbara, CA, USA, pp. 39–45.

Giovagnoli, G., Pieramati, C., Castellano, G., Reitano, M., Silvestrelli, M., 1998a. Analysis of neck muscle (Splenius) activity during jumping by surface video–electromyography technique. In: Lindner, A. (Ed.), Proc. CESMAS Conference, Cordoba, Spain. Wageningen Pers, pp. 57–60.

Giovagnoli, G., de Feo, M.R., Reitano, M., Silvestrelli, M., 1998b. Long-term video-EEG/ECG monitoring technique in horses: preliminary data. Proc. of 5th WEVA Meeting. Rivista SIDI 4 (2), 129–136.

Hobo, S., Kuwano, A., Oikawa, M., 1995. Respiratory changes in horses during automobile transportation. J. Eq. Sci. 6 (4), 135–139.

Kuwano, A., Nakanishi, Y., Katayama, Y., Yoshibara, T., 1997. Clinical and pathological study in a case of Sinker Laminitis developed after race and transportation. J. Eq. Sc. 8 (2), 49–55.

Leadon, D., Frank, C., Backhouse, W., 1989. A preliminary report on studies on equine transit stress. Eq. Vet. Sci. 9 (4), 200–202.

Leadon, D.P., 1995. Transport stress and the equine athlete. Eq. Vet. Educ. 7 (5), 253–255.

Oikawa, M., Kusunose, R., 1995. Some epidemiological aspects of equine respiratory disease associated with transport. Eq. Sc. 6 (1), 25–29.

Owen, R.A., Fullerton, J., Barnum, D.A., 1983. Effects of transportation, surgery, and antibiotic therapy in ponies infected with Salmonella. Am. J. Vet. Res. 44, 46–50.

Raidal, S.L., Racklyeft, D.J., Love, D.N., 2000. Effect of confinement with head elevation and transportation on lower respiratory tract contamination in horses. In: Proc. AESM Australia Meeting, World Eq. Vet. Rev. 5 (3), 26–27.

Schmidt, B., Schmidt, K.H., 1980. Effect of road transport, lungeing, tournament and daytime on activities of serum enzymes aspartate aminotranferase, creatine kinase, lactate dehydrogenase, alkaline phosphatase and serum bilirubin in warm-blooded horses. Berliner und Munchener Tierarztliche Wochenschrift 93 (13), 244–246, Abstract.

Shinobu, I., Yoshikazu, F., Uchiyama, T., Kaneko, M., 1992. Four cases of rhabdomyolysis in the thoroughbred during transportation. Bull. Equine Res. Inst. 29, 1–5.

Shinobu, L.S., Jones, J.H., Carlson, G.P., Pascoe, J.R., 1994. Effect of body direction on heart rate in trailered horses. Am. J. Vet. Res. 55 (7), 1007–1011.

Smith, L.S., Jones, J.H., Carlson, G.P., Pascoe, J.R., 1994a. Body position and direction preferences in horses during road transport. Eq. Vet. J. 26 (5), 374–377.

Smith, L.S., Jones, J.H., Carlson, G.P., Pascoe, J.R., 1994b. Effect of body direction on heart rate in trailered horses. Am. J. Vet. Res. 55 (7), 1007–1011.

Smith, B.L., Miles, J.A., Jones, J.H., Willits, N.H., 1996. Influence of suspension, tires, and shock absorbers on vibration in a two-horse trailer. Trans. ASAE 39 (3), 1083–1092.

Stull, C.L., 1998. Health and welfare parameters of horses commercially transported to slaughter. In: ADSA–ASAS Joint Meeting, Denver, 1998. In: J. Anim. Sci. 76, Suppl. 1/J. Dairy Sci. 81, Suppl. 1, p. 88.

Waran, N.K., Cuddeford, D., 1995. Effects of loading and transport on the heart rate and behaviour of horses. Appl. Anim. Behav. Sci. 43, 71–81.