# Attachment 6 to Larson Decl.
# Civ. No. 02-0265 (CKK)

# See Attachment 2 –
# Same Article Cited Twice In Declaration