# Attachment 8 to Larson Decl.
# Civ. No. 02-0265 (CKK)



United States
Department of
Agriculture

Food Safety
and Inspection
Service

Ms. Lydia Gray
Hooved Animal Humane Society
10804 McConnell Road
Woodstock, Illinois 60098

AUG 18 2005

RE: FOIA Request #05-170
Noncompliance Reports regarding
Humane Slaughter Act

Dear Ms. Gray:

This is with further reference to your letter of November 16, 2004, that was forwarded to the Food Safety and Inspection Service on March 3, 2005, and your follow-up fax of April 20. You had requested information under the Freedom of Information Act (FOIA) regarding noncompliance reports at the Cavel plant in Dekalb, Illinois, from May 1, 2004, to the present, regarding the Humane Slaughter Act.

We are enclosing five pages of noncompliance reports responsive to your request. Some information has been withheld under 5 U.S.C. § 552(b)(6) and (b)(7)(c) of the FOIA.

Under Exemption (b)(6), we have redacted the names of Cavel employees. The disclosure of their names would constitute a clearly unwarranted invasion of personal privacy and does not shed light on Agency programs and activities.

Under Exemptions (b)(6) and (b)(7)(c), we have redacted the names of Federal inspectors. The names and ranks of these employees are not considered so high that the public interest would be significant; and the "public identification of these individuals could conceivably subject them to harassment and annoyance in the conduct of their official duties and private lives."

You have a right to appeal the exempted information. You may appeal by writing within 45 days from the date of this letter to:

> Barbara J. Masters, D.V.M.
> Administrator
> U.S. Department of Agriculture
> Food Safety and Inspection Service
> 1400 Independence Avenue, SW
> Room 1140, South Building
> Washington, DC 20250-3700

**Attachment 8**

Ms. Lydia Gray
Page 2

Both the letter and the envelope should be clearly marked "FOIA APPEAL." In the event you are dissatisfied with the results of any such appeal, you then have the right to judicial review in Federal Court.

As your communication of April 20, 2004, also referred to violations of the Humane Transport to Slaughter Act, we have referred this portion of your request to the Animal and Plant Health Inspection Service. Their contact information is as follows:

> Animal & Plant Health Inspection Service
> FOIA Office
> 4700 River Road, Unit 50
> Riverdale, MD 20737-1232
> Tel: 301-734-5267
> Fax: 301-734-5941

If you have any questions concerning your request, please contact the FOIA Office on 202-720-2109.

Sincerely,

Jonathan C. Theodule
Acting Director
Executive Correspondence and
   Issues Management Staff

FROM : HAHS         PHONE NO. : 8153375569

Apr-22-05  08:46am  From-USDA FSIS CHGO        630 620 7599        Aug. 26 2005 04:02PM P3
                                                                    T-513  P.004/008  F-465

The request for this information is voluntary. It is needed to monitor defects found in this inspection system. It is used by FSIS to determine whether establishments are in compliance. 9CFR 307 and 9CFR 381 FORM APPROVED OMB NO. 0583-0049   OMO DISCLOSURE STATEMENT: Public reporting burden for this collection of information is estimated to average 7 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, Room 404-W, Washington, D.C. 20250; and to the Office of Information and Regulatory Affairs.

**U.S. DEPARTMENT OF AGRICULTURE**
**FOOD SAFETY AND INSPECTION SERVICE**
**NONCOMPLIANCE RECORD**

TYPE OF NONCOMPLIANCE: [✓] Food Safety   [ ] Other Consumer Protection

1. DATE: 7-21-04
2. RECORD NO.: 00004-2004
3. ESTABLISHMENT NO.: 15849 E1
4. TO (Name and Title): Plant MGR (b)(b)
5. PERSONNEL NOTIFIED: [redacted]
6. RELEVANT REGULATION(S): 9-CFR-313.1 (a)-(b)
7. RELEVANT SECTION/PAGE OF ESTABLISHMENT PROCEDURE/PLAN: HACCP | SSOP Part I | OTHER
8. ISP CODE: 06DD2

9. NONCOMPLIANCE CLASSIFICATION INDICATORS

PLANT PROCESS:
A. [ ] SSOP    [ ] Monitoring  [ ] Corrective Action  [ ] Recordkeeping  [ ] Implementation
B. [ ] HACCP   [ ] Monitoring  [ ] Corrective Action  [ ] Recordkeeping  [ ] Plant Verification
C. [ ] PRODUCT [ ] Economic    [ ] Misbranding        [ ] Protocol
D. [ ] FACILITY [ ] Lighting   [✓] Structural         [ ] Outside Premises  [ ] Product Based
E. [ ] E. COLI  [ ] Other

10. DESCRIPTION OF NONCOMPLIANCE: At 0615 a Canadian colt went down in the scale. It hind foot was trapped between the floor and lower scale bar frame. At 0625 the colt was extricated from this position. It took 4 men and ropes to relieve the situation. This is a violation of the Humane Slaughter Rule.

11. SIGNATURE OF INSPECTOR: (b)(6) (b)(7)(c)

You are hereby advised of your right to appeal as delineated by 306.5 and/or 381.35 of 9 CFR.

12. PLANT MANAGEMENT RESPONSE: (Immediate action(s)):
On 7/23/04 metal plates were welded onto the inside face of the scale covering the space between the floor and lower scale bar.

13. PLANT MANAGEMENT RESPONSE (further planned action(s)):

This document serves as written notification that your failure to comply with regulatory requirement(s) could result in additional regulatory or administrative action.

14. SIGNATURE OF PLANT MANAGEMENT: (b)(6)
15. DATE: 7/27/04
16. VERIFICATION SIGNATURE OF INSPECTION PROGRAM EMPLOYEE: (b)(6)(b)(7)(c)
17. DATE: 7-27-04

FSIS FORM 6400-4 (7/98)
Designed on FormFlow software

DISTRIBUTION: Original & 1 copy - Establishment
              1 copy - Inspector

FROM : HAHS
PHONE NO. : 8153375569
Apr-22-05  03:46am   From-USDA FSIS CHGO
Aug. 26 2005 04:03PM P4

Information is estimated to average 7 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, Room 404-W, Washington, D.C. 20250; and to the Office of Information and Regulatory Affairs, Office of Management and Budget.

| U.S. DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE NONCOMPLIANCE RECORD | TYPE OF NONCOMPLIANCE |
|---|---|
| | [ ] Food Safety    [X] Other Consumer Protection |

| 1. DATE | 2. RECORD NO. | 3. ESTABLISHMENT NO. |
|---|---|---|
| 9/8/2004 | 13-2004-6275 | 15849 E / I |

| 4. TO (Name and Title) | 5. PERSONNEL NOTIFIED |
|---|---|
| (b)(6) | |

6. RELEVANT REGULATION(S)
9 CFR 313.1(b)    9CFR 313.2(a)

| 7. RELEVANT SECTION/PAGE OF ESTABLISHMENT PROCEDURE/PLAN | HACCP | SSOP | OTHER |
|---|---|---|---|
| | | | FSIS Notice 35-04 |

8. ISP CODE    04C02

9. NONCOMPLIANCE CLASSIFICATION INDICATORS

| PLANT PROCESS | A. [ ] SSOP | [ ] Monitoring | [ ] Corrective Action | [ ] Recordkeeping | [ ] Implementation |
|---|---|---|---|---|---|
| | B. [ ] HACCP | [ ] Monitoring | [ ] Corrective Action | [ ] Recordkeeping | [ ] Plant Verification |
| C. | [X] PRODUCT | [ ] Economic | [ ] Misbranding | [X] Protocol | |
| D. | [ ] FACILITY | [ ] Lighting | [ ] Structural | [ ] Outside Premises | [ ] Product Based |
| E. | [ ] E. COLI | [ ] Other | | | |

10. DESCRIPTION OF NONCOMPLIANCE:
On 9/8/04 about 1335 the last 10 horses of a kill of 150 were being driven from Pen 2 to an alleyway. The horses circled and ran around the pen refusing to enter the alleyway. The plant owner and 3 employees tried to halter the horses, but only haltered 4. After about an hour and twenty minutes all the horses were in the alleyway. 3 had feces, urine and sweat on the hides. They had slipped. None were bruised

11. SIGNATURE OF INSPECTION PROGRAM EMPLOYEE
(b)(6), (b)(7)(c)
You are hereby advised of your right to appeal this decision as delineated by 306.5 and/or 381.35 of 9 CFR

12. PLANT MANAGEMENT RESPONSE (Immediate action(s)):
Pen gates were installed in the pens to better drive the animals.

13. PLANT MANAGEMENT RESPONSE (further planned actions(s)):

This document serves as written notification that your failure to comply with regulatory requirement(s) could result in additional regulatory or administrative action.

| 14. SIGNATURE | 15. DATE |
|---|---|
| (b)(6) | 1/27/05 |
| 16. VERIFICATION SIGNATURE OF INSPECTION PROGRAM EMPLOYEE | 17. DATE |

FSIS FORM 5400-4 (7/98)    Replaces FSIS Form 5400-4 (9/97), which may be used until exhausted (7/98)    DISTRIBUTION: Original & 1 copy - Establishment    1 copy - Inspector

FROM : HAHS
Apr-22-05  08:46am  From-USDA FSIS CHGO   PHONE NO. : 8153375569   Aug. 26 2005 04:03PM P5

reporting burden for this collection of information is estimated to average ... minutes per ... including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, Room 404-W, Washington, DC 20250; and to the Office of Information and Regulatory Affairs, Office of Management and Budget.

| US Department of Agriculture<br>FOOD SAFETY AND INSPECTION SERVICE<br>NONCOMPLIANCE RECORD | TYPE OF NONCOMPLIANCE<br>☐ Food Safety   ☒ Other Consumer Protection |
|---|---|
| 1. DATE<br>04/04/2005 | 2. RECORD NO.<br>0018-2005-8243 | 3. ESTABLISHMENT NO.<br>15849 E / I |

4. TO (Name and Title)   (b)(6)
5. PERSONNEL NOTIFIED

6. RELEVANT REGULATION(S)
313.2(a)&(b), 313.1(b)

7. SECTION/PAGE OF EST. PROCEDURE PLAN   | HACCP | SSOP | OTHER 138 |

8. ISP CODE   04C02
9. NONCOMPLIANCE CLASSIFICATION INDICATORS
PRODUCT - Protocol

10. DESCRIPTION OF NONCOMPLIANCE

At 2:25pm, after supervising the humane stunning and dragging of a horse that flipped over onto its back and was trapped in the alleyway to the stunning area, I remained in the antemortem pens to observe humane handling. I observed the plant manager, (b)(6) herding horses into the alley way to the knock box. Nine horses were overcrowded in the alleyway causing undue excitement which was further exasperated when two more employees from the kill floor began yelling and hitting these horses causing the one in the end of the line to slip and fall. This is a violation of 9 CFR Ch.III regulation 313.2(a) & (b) which state that animals will be handled with a minimum of excitement and discomfort. Also 313.1(b) requires floors to be maintained so as to provide good footing for livestock to prevent slipping and falling. I informed (b)(6) of the violation of these regulations and advised him that all employees handling the horses must be trained in how to handle them humanely. Continued failure to comply with regulatory requirements could result in additional or administrative actions.

11. SIGNATURE ... EMPLOYEE   (b)(6) (b)(7)(C)   4/4/05

You are hereby advised of your right to appeal this decision as delineated by 306.5 and/or 381.35 of 9 CFR.

12. PLANT MANAGEMENT RESPONSE (immediate action(s)):
Management and the Plant Manager will identify specific, trained personnel to carry out the line up of animals to the knock box. These employees will be trained on correct procedures.

13. PLANT MANAGEMENT RESPONSE (further planned action(s)):

This document serves as written notification that your failure to comply with regulatory requirement(s) could result in additional regulatory or administrative action.

14. SIG...   (b)(6)   15. DATE 4/7/05
16. VERIFICATION SIGNATURE OF INSPECTION PROGRAM EMPLOYEE   17. DATE

FSIS FORM 5400-4 (7/98)
Replaces FSIS Form 5400-4 (9/97), which may be used until exhausted (7/98)

DISTRIBUTION: Original & 1 Copy to Establishment, 1 Copy to Inspector
Page 1 of 1

FROM : HAHS
PHONE NO. : 8153375569

Apr-22-05  08:46am  From-USDA FSIS CHGO               630 620 7599              Aug. 26 2005 04:04PM P6

reporting burden for this collection of information is estimated to average 1 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Agriculture, Clearance Officer, OIRM, Room 404-W, Washington, DC 20250; and to the Office of Information and Regulatory Affairs, Office of Management and Budget.

| US Department of Agriculture FOOD SAFETY AND INSPECTION SERVICE NONCOMPLIANCE RECORD | TYPE OF NONCOMPLIANCE ☐ Food Safety  ☒ Other Consumer Protection |
|---|---|
| 1. DATE 04/13/2005 | 2. RECORD NO. 0019-2005-8243 | 3. ESTABLISHMENT NO. 15849 E/I |
| 4. TO (Name and Title) (b)(6) | 5. PERSONNEL NOTIFIED |

6. RELEVANT REGULATION(S)
313.2 (a) &(b)

| 7. SECTION/PAGE OF EST. PROCEDURE PLAN | HACCP | SSOP | OTHER 138 |

| 8. ISP CODE 04C02 | 9. NONCOMPLIANCE CLASSIFICATION INDICATORS PRODUCT - Protocol |

10. DESCRIPTION OF NONCOMPLIANCE

At 11:20am while performing ante mortem examination, I observed actions that violate Regulation 313.2(a) &(b). Eight horses were in the alleyway leading directly to the knock-box. Only the last stop gate, the one behind the last horse present in the alleyway, was closed. The employee who is routinely assigned to work on the kill floor, hanging the horses on the rails, was using a riding crop to whip the horse in the alleyway closest to the knock-box. This horse continued to move backward, away from the knock-box causing the other horses behind it to be overcrowded. As the whipping continued the horses in the alleyway became extremely excited. I immediately told the employee to stop but he did not listen to me. During this time, the last horse in the alleyway attempted to jump over the alleyway wall and became stuck over the top of the wall. Eventually it had flailed around enough to fall over to the other side of the wall. I went to the kill floor to find the plant manager, could not find him, so I informed (b)(6), in the boning room, to locate him and send him to the ante mortem pens immediately. Meanwhile two more horses fell down in the alleyway. The first was the second horse in line to the knock-box. It had fallen forward and the horse behind it began to walk on top of it as the downed horse struggled to get up. The second horse to fall was the fourth horse in line. It had flipped over backwards due to the overcrowding and was subsequently trapped and trampled by the fifth and sixth horse in line in their excitement to move forward as the one's closest to the knock-box were finally moved forward. At this time (b)(6) arrived and was informed of the situation.

11. SIGNATURE OF INSPECTION PROGRAM EMPLOYEE       (b)(6) (b)(7)(c)
                                                  4/13/05

You are hereby advised of your right to appeal this decision as delineated by 306.5 and/or 381.35 of 9 CFR.

12. PLANT MANAGEMENT RESPONSE (immediate action(s)):

13. PLANT MANAGEMENT RESPONSE (further planned action(s)):

This document serves as written notification that your failure to comply with regulatory requirement(s) could result in additional regulatory or administrative action.

14. SIGNATURE OF PLANT MANAGEMENT                            15. DATE

16. VERIFICATION SIGNATURE OF INSPECTION PROGRAM EMPLOYEE    17. DATE

FSIS FORM 5400-4 (7/98)                              DISTRIBUTION: Original & 1 Copy to Establishment, 1 Copy to Insp
Replaces FSIS Form 5400-4 (9/97), which may be used until exhausted (7/98)    Page 1 of 2

FROM : HAHS    PHONE NO. : 8153375569    Aug. 26 2005 04:04PM P7

Apr-22-05  09:46am  From-USDA FSIS CHGO  630 620 7598  T-513  P.008/008  F-403

**FOOD SAFETY AND INSPECTION SERVICE**
**NONCOMPLIANCE RECORD CONTINUATION SHEET**

[ ] Food Safety   [X] Other Consumer Protection

| 1. DATE | 2. RECORD NO. | 3. ESTABLISHMENT NO. |
|---|---|---|
| 04/13/2005 | 0019-2005-8243 | 15849 E / 1 |

| 4. TO (Name and Title) | 5. PERSONNEL NOTIFIED |
|---|---|
| ▮▮▮▮ (b)(6) | ▮▮▮▮ |

6. RELEVANT REGULATION(S)

313.2 (a) &(b)

| 7. SECTION/PAGE OF EST. PROCEDURE PLAN | HACCP | SSOP | OTHER |
|---|---|---|---|
|  |  |  | 138 |

| 8. ISP CODE | 9. NONCOMPLIANCE CLASSIFICATION INDICATORS |
|---|---|
| 04C02 | PRODUCT - Protocol |

10. DESCRIPTION OF NONCOMPLIANCE

He was reminded that the plant's response to the last humane handling NR was to have only appropriately trained individuals handling the horses. The employee who was whipping the initial horse was not one of those trained. Finally I required the second downed horse to be immediately rendered unconscious by a captive bolt stunner and dragged to the knock-box.

Animals are required to be handled with a minimum of excitement and discomfort, and implements employed to move the animals shall be used as little as possible in order to minimize excitement according to 9 CFR Ch.III, regulation 313.2(a) &(b) respectively. A similar violation was noted on NR 18-2005. This document serves as written notification that your failure to comply with regulatory requirements could result in additional regulatory or administrative action.

11. SIGNATURE OF INSPECTION PROGRAM EMPLOYEE

▮▮▮▮ (b)(6)(b)(7)(c)

FSIS FORM 5400-4 (7/98)
Replaces FSIS Form 5400-4 (9/97), which may be used until exhausted (7/98)

DISTRIBUTION: Original & 1 Copy to Establishment, 1 Copy to Inspector
Page 2 of 2