# Attachment to Larson Decl. – Curr. Vitae
# Civ. No. 02-0265 (CKK)

**PEGGY W. LARSON, DVM, MS, JD**
1876 Mountain View Road
Williston, VT  05495
(802) 879-1465

**EDUCATION**   **JURIS DOCTOR,** Vermont Law School, South Royalton, VT
May, 1988

**MASTER OF SCIENCE**, Comparative pathology, University
of California (Davis)   May, 1968

**DOCTOR OF VETERINARY MEDICINE**, Ohio State University,
Columbus, Ohio   May, 1965

**PRE-MED**, no undergraduate degree, University of Utah,
Salt Lake City, Utah   May, 1960

**SPAY/NEUTER**   **FOUNDER, NATIONAL SPAY AND NEUTER COALITION**
- 350 Veterinary and shelter members
- Goal is to stop pet overpopulation through sterilization
- Provide training for spay/neuter veterinarians
- Establish internships for spay/neuter veterinarians
- Clearinghouse for spay/neuter information
- Worked with the AVMA Animal Welfare Committee to update the policy on pet overpopulation

**PARTNER IN LOCAL SPAY/NEUTER CLINIC**
- We have spayed and neutered over 45,000 cats and dogs
- Training center for spay/neuter veterinarians
- Model for establishing sterilization clinics
- Model for cooperating with local veterinarians to address the issue of overpopulation
- Referral clinic for local veterinarians who choose not to work with low income people

**CONSULTANT**   **LAW AND VETERINARY CONSULTANT FOR ANIMAL RELATED ISSUES**
- Multiple national and international consultations with groups and individuals on animal issues including veterinarians in foreign countries working on animal issues, select boards, city councils, legislative committees, the media and animal welfare/rights organizations
- Consulted with ABC's *HARD COPY* for their two part series on rodeo animal abuse.  Edited and appeared in the series.

- Consulted with ABC's *INSIDE EDITION* on horse urine farms story
- Consulted with the *BRITISH BROADCASTING CORPORATION* on their documentary on inhumane treatment of rodeo animals and appeared in the documentary
- Consulted with *ARTE* (French)TV on their rodeo documentary
- Consulted with *ESPN* and appeared on their sports program presenting the negative aspects of rodeo
- Consulted with *KIRO* television in Seattle on their investigation of downer cows and slaughter plant violations
- Consulted with *NATIONAL GEOGRAPHIC* and was quoted in their journal on their story on rodeo
- Appeared on CBS affiliate *WCAX* discussing various animal issues
- Consulted with the *WASHINGTON POST* regarding unexplained deaths of 5 animals at the National Zoo
- Consulted with *GRANADA TELEVISION* in London, England on "mad cow" disease
- Member of an international animal welfare committee that met with Governor Romney of Utah to stop the rodeo associated with the 2002 Olympics
- Veterinary representative at a CBS press conference in Las Vegas, NV on excessive use of the electric prod on rodeo animals
- Provided expert testimony on rodeo to the Animal Welfare Committee of the American Veterinary Medical Association
- Provide legal information and expertise on animal issues
- Write and/or edit policy for various organizations
- Interpretation and application of humane laws

**CLERKSHIP**, Franklin county State's Attorney's Office 1988

- Performed the duties of a deputy state's attorney under the student practice rules. Represented the State in
    - bench trials
    - arraignments
    - changes of plea
    - settlement conferences
    - depositions
    - plea negotiations with defense attorneys
- Researched and wrote memoranda of law, briefs and initiated and answered motions

**LEGAL INTERN**, Consumer Assistance Program, Office of the

    Vermont Attorney General   1987
- Researched and wrote memoranda of law in response to consumer complaints
- Applied consumer law to consumer complaints
- Mediated disputes between businesses and consumers
- Negotiated with Kirby vacuum attorney to resolve ongoing illegal and egregious door-to-door sales practices
- Assisted in investigation of businesses engaged in consumer fraud

**TEACHING EXPERIENCE**

**ASSOCIATE PROFESSOR,** Vermont Technical College
1990 - 1991
- Director of the Veterinary Technology Program
- Taught veterinary technology and animal science courses

**VETERINARY ADMINISTRATIVE EXPERIENCE**

**VETERINARY MEDICAL OFFICER, USDA**, 1979 - 1985
Stationed in Montpelier, Vermont but was assigned to temporary duty throughout the United States
- In charge of federal livestock disease control programs in Vermont
- Performed epidemiological studies associated with the TB outbreak in Vermont and the avian influenza outbreak in Pennsylvania
- Animal welfare inspections at circuses and research facilities
- Issued federal health certificates on export animals based upon interpretation of foreign laws governing importation of animals originating in the United States
- Supervised technical and clerical staff

**VERMONT STATE VETERINARIAN AND CHIEF OF LIVESTOCK AND MEAT INSPECTION**   1984
- Appointed by the Governor of the State of Vermont to the position of Vermont State Veterinarian and Acting Chief of Livestock and Meat Inspection
- Overhauled the livestock and meat inspection program
- Re-wrote Vermont's meat and poultry inspection regulations
- Updated and managed the ongoing programs in livestock and meat inspection
- Coordinated activities with Commissioner of Agriculture and other governmental agencies including the Vermont State Health Department
- Supervised veterinary, technical and clerical staff

                    **ACTING CHIEF OF AVIAN, EQUINE AND OVINE SECTION** in the Diagnostic Virology at the National Animal Disease Laboratory in Ames, Iowa. 1984 and 1985
- Managed ongoing diagnostic programs
- Supervised diagnostic personnel

**COMPUTER SPECIALIST** for the avian influenza outbreak in Lancaster, Pennsylvania in 1983 and 1984

**PATHOLOGY SPECIALIST** under Dr. Geraci, marine mammal authority, for the marine mammal task force in 1982

**VETERINARY PRACTICE**

**GENERAL PRACTICE** in North Dakota from 1968 to 1978 in a two-veterinarian practice
- Food animal and equine medicine and surgery
    - diagnosis
    - treatment
    - surgery
    - herd health management
    - presented seminars for ranchers on herd health
    - PMU producers
    - established preconditioning program for feeder calves
- Small animal medicine and surgery
- Rabies resource person for both veterinary and human Practitioners

**SMALL ANIMAL PRACTICE** in California from 1967 to 1968 and in 1974 and 1978 (vacation relief veterinarian)
Currently own a spay/neuter practice
- Small animal medicine and surgery
- Supervise clerical and technical staff

**RESEARCH**

**INSTITUTIONAL ANIMAL CARE AND USE COMMITTEE**
Veterans Administration Research Facility in White River Junction, VT from 1992 to 1996
- Monitored research projects for compliance of rules governing animal research

**OHIO STATE UNIVERSITY COLLEGE OF VETERINARY MEDICINE,** 1964-1965
- Original research on normal awake and sleep EEG patterns in cats, dogs, kittens and puppies
- Planned and initiated the project
- Performed the research

- Assisted in analysis of results

**OHIO STATE UNIVERSITY**, **COLLEGE OF MEDICINE DEPARTMENT OF NEUROSURGERY,** 1962 - 1965
- Responsible for research for the Department of Neurosurgery at the Ohio State Medical and Research Center
- Performed neurosurgical procedures on cats
- Operated an electroencephalograph
- Interpreted data
- Monitored health of the research cats

**BOWMAN GRAY SCHOOL OF MEDICINE** 1958 - 1960
Neurologic research on cats involving depth electrode implantation in the brain and studying seizures
- Performed surgery and implanted electrodes with stereotaxic equipment
- Recorded seizure activity on an electroencephalograph
- Monitored health of the research cats
- Performed autopsies
- Performed histopathology
- Assisted in other research projects involving pigeons, pigs, monkeys, rats, mice, Guinea pigs

**PUBLIC HEALTH LABORATORY**, Grand Forks, ND
1957 - 1958   Virology Section
- Chief technician in the rabies diagnostic laboratory
- Processed and diagnosed rabies from specimens submitted for evaluation
- Also performed microbiology procedures
- Grew and harvested polio myelitis virus in chick embryos

**UNIVERSITY OF MINNESOTA** 1956 - 1957
Neurophysiologic research in cats
- Assisted with the research on the cats
- Performed histologic procedures
- Monitored health of the cats

**PAPER PUBLISHED**         **BOVINE HYPERHIDROSIS SYNDROME**, Veterinary Medicine/Small Animal Clinician, June, 1972

**PRESENTATIONS**  **BOVINE TUBERCULOSIS AND HUMAN EXPOSURE**,
Presented to the Trudeau Society (thoracic surgeons), at the

Mary Hitchcock Hospital, Dartmouth, Hanover, NH, 1983

**BOVINE LEUKEMIA**, Vermont Veterinary Medical Association (summer meeting), June, 1983

**EARLY AGE SPAY NEUTER**, Atlantic Coast Veterinary Conference in New Jersey, October, 1998

**ANIMALS AND THE LAW**, Animals and the Law conference in Lansing, Michigan, March 14, 2003

I have spoken at many seminars and conferences on the issue of pet overpopulation and rodeo throughout the United States

## RANCH AND RODEO EXPERIENCE

- **Ranch/Farm**
  - Raised on a mixed grain and cattle facility in the Midwest
  - Operated machinery and worked with livestock
  - Partnership in a grain farm with my brother
- **Rodeo**
  - Rode bareback bucking horses in rodeo
  - Rode a bull on one occasion
  - Participated in other rodeo related activities
- **Veterinary Care of Rodeo Stock**
  - Large animal veterinarian for 8 years
  - Cared for a string of bucking horses used in rodeo
    - Vaccinations
    - Treated injuries and illnesses