# Plaintiffs' Exhibit 4
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY**<br>**OF THE UNITED STATES, ET AL.**<br><br>Plaintiffs,<br>v.<br><br>**MIKE JOHANNS, ET AL.**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civ. No. 1:06CV00265 (CKK)

## DECLARATION OF ALLEN T. RUTBERG

I, ALLEN T. RUTBERG, declare as follows:

1.    I am a Research Assistant Professor at the Tufts University School of Veterinary Medicine and a Senior Research Scientist for The Humane Society of the United States. I hold a Ph.D. in zoology from the University of Washington, with a specialization in behavioral ecology and advanced training in animal behavior and population and community ecology. I previously served on the biology faculties of Pennsylvania State University, Shippensburg University, and Vassar College, and have taught courses in ecology, evolution, animal and human physiology, endocrinology, animal behavior, vertebrate anatomy, wildlife policy, research methods, and other related subjects.   (My Curriculum vitae is attached as an exhibit to this declaration).

2.    I have conducted extensive field research on the behavior, ecology, reproductive biology, and management of wild horses, white-tailed deer, American bison, and other animals for twenty-five years. From this research I have published more than two dozen papers and peer-reviewed journals and books, including at least ten that deal with wild horse behavior and

1

management. I have given numerous research presentations at professional meetings and universities, including The Wildlife Society, the Animal Behavior Society, the International Society for Anthrozoology, the American Society of Zoologists, Western Veterinary Conference, Rockefeller University, Vassar College, Princeton University, Tufts University, and Williams College.

3.        From 1998-2000 I served as a member of the Wild Horse and Burro Advisory Board, a national committee chartered by the Department of the Interior and Department of Agriculture under the Federal Advisory Committee Act. At the invitation of the National Park Service (NPS), I participated in a workshop in January 1995 on wild horse population management at Cape Lookout National Seashore, North Carolina, and Cumberland Island National Seashore, Georgia, and will be participating later this month in a workshop on population management of wild horses at Assateague Island National Seashore, Maryland, and other NPS units. In addition to these formal relationships, I frequently serve as an informal advisor on wild horse issues to the Bureau of Land Management, the U.S. Forest Service, and the National Park Service. During the last fifteen years, I have reviewed and provided scientific advice on dozens of wild horse and wildlife management actions by federal agencies, including many wild horse management actions carried out by the Bureau of Land Management.

4.        I have attended a number of wild horse gathers conducted by the Bureau of Land Management and the National Park Service, and have closely observed the behavior of wild horses during capture, handling, and loading onto transport.

5.        Between 1995 and 2000, I held principal responsibility for wild horse management issues at The HSUS. Since 1992, I have also coordinated the HSUS wildlife

2

immunocontraception research program, helping to evaluate study sites, plan projects, design experimental protocols, carry out field work, analyze data, and prepare population models for the implementation of contraception field research projects on wild horses and white-tailed deer at numerous sites.

6.     In my experience, there is a high level of public interest in matters relating to wild horses. Evidence for this includes large numbers of letters, e-mails, phone calls and public comments to public agencies and non-governmental organizations in response to actions and events involving wild horses, as well as heavy media coverage of actions and events involving wild horses. Reports of wild horses being subjected to cruelty and abuse, dying in large numbers on the range, or going to commercial slaughter provoke especially strong negative reactions from large segments of the public. Further evidence of this public interest is a history of strong support for humane wild horse management by Congress, beginning with the Wild Horse Annie Act (P.L. 86-234) in 1959 and the Wild Free-Roaming Horse and Burro Act (P.L. 92-195) in 1971, continuing through Acts of Congress passed in the 1990's to protect specific wild horse herds (P.L.105-202 and P.L. 105-229 to protect wild horses on Cape Lookout National Seashore, NC, in 1998; P.L. 104-333 to protect horses on the Ozark National Scenic Riverway in 1996) and most recently in section 794 of the FY2006 Agricultural Appropriations Act.

7.     Historical accounts of wild horses in the United States date back to 16th and 17th century Spanish and English observers. Wild horses played a crucial role in the lives and cultures of Native Americans, especially Plains Indians, beginning in the 16th century. They appear widely in adult and children's literature, films, television programs, and as children's toys and school mascots. (My own son's school, the Miller Elementary School in Holliston,

Massachusetts – nearly 400 miles from the nearest herd of wild horses that I know of – adopted the mustang as its mascot.)

8.    Wild horses show a full range of rich, complex , and adaptable social behavior, which resembles that of African Plains Zebras (*Equus burchelli*) and other wild equids.  They form long-term social bonds among adult females and between adult females and adult males, and show distinctive and characteristic interindividual differences in behavior.  Adult females typically remain in the same area for most or all of their adult lives.  Wild horse social organization and behavior changes adaptively in response to changes in environment and population density and composition.

9.    As stated and restated in the cautionary literature of the National Park Service and the Bureau of Land Management, wild horses are truly wild.  Except in unusual circumstances, such as wild horses that seek relief on beaches from biting flies, or those regrettably trained to seek handouts from tourists, wild horses avoid contact with humans.  Wild horses unaccustomed to seeing humans actively flee from human presence.  Moreover, wild horses unaccustomed to seeing human activity in specific areas will flee from humans in those areas; at Assateague horses that sometimes tolerate human approach on the heavily used beaches will flee from those same people if they appear on marshes little traveled by people.  When forced into proximity to people, wild horses may bite and kick.

10.    Wild horses, especially wild horses on western public lands, strongly resist handling during gather and transport operations.  During BLM gather operations, they typically must be forced and often tricked into entering corrals (using tame horses trained to run into the corrals with them).  Once in the corrals, they are pushed through a series of chutes, which they

4

strongly resist entering. Fighting may break out among stallions confined together and biting and kicking occur routinely among confined mares. Wild horses also strongly resist entering trucks for transport, and may bite and kick each other during boarding. To minimize injuries and fatalities to wild horses, the Bureau of Land Management and other agencies only use employees and contractors highly experienced in the handling and transport of wild horses. Even with the most experienced personnel, however, minor and moderately serious injuries to wild horses are relatively commonplace among handled animals, and one or two fatalities will typically occur at each gather.

11.    Numerous practical and policy consequences follow from the wildness of horses removed from the range. Potential adopters strongly prefer to adopt young animals, because adults are difficult to handle and train. Consequently, BLM by policy has selectively removed younger animals from the range since 1992. Nevertheless, older horses are vastly overrepresented in BLM long-term holding facilities. Additionally, BLM has set up special training programs to help "gentle" older horses, accustoming them to simple human handling, to make them more adoptable. Material supplied to potential adopters by the BLM warns that wild horses require extra care and effort to train them for typical uses.

12.    Because of their wildness, the fear they display in response to proximity to people in strange environments, and their resistance to handling and transport, wild horses will experience very high levels of distress and injury during the events leading up to slaughter. For these reasons, in my opinion, slaughter of wild horses cannot be carried out humanely.

13.    Nonetheless, data provided to the Fund for Animals and The Humane Society of the United States by the Bureau of Land Management indicate that the three operating U.S.

5

slaughter plants slaughtered over 2,500 wild horses between 1999 and 2005. And just in the 12 month period between August 1, 2004, and July 31, 2005, approximately 600 horses carrying BLM freezemarks, i.e., adopted and titled wild horses, were slaughtered at U.S. slaughterhouses. True and correct copies of this Bureau of Land Management horse slaughter data are attached as an exhibit to this declaration.

14.     Although some of these horses had been cared for for many years, most had not: a random sampling of approximately 100 individuals slaughtered during that period showed that the median time from adoption to slaughter was approximately four years; the median time from titling to adoption was two to three years, with 40% slaughtered within a year of titling. This suggests that, although only a small proportion of the total number of horses adopted go to slaughter, a significant proportion of wild horses that do go to slaughter have been adopted and titled with bad faith on the part of the adopter.

15.     Abolishing the slaughter of horses for human consumption will eliminate the incentive for adopters whose intention is to profit from the adoption by selling wild horses to slaughter, and discourage potential adopters who lack the motivation and/or resources to provide proper care for these animals. This should improve the overall quality of adoptions, and assist the BLM in its efforts to find good homes for wild horses removed from the range.

16.     Abolishing the slaughter of horses for human consumption will also encourage the BLM to more effectively and responsibly manage wild horses on the range, using contraception and other tools as they become available to enhance the viability of wild horse herds while carefully regulating and restricting the removal of wild horses from the range for adoption.

6

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

_____

Dr. Allen T. Rutberg

February 18, 2006

# Attachment to Rutberg Decl.
# Civ. No. 02-0265 (CKK)

**Curriculum Vitae**

**ALLEN T. RUTBERG**
**Center for Animals and Public Policy**
**Tufts University School of Veterinary Medicine**
**200 Westboro Road, North Grafton MA 01536**
**Phone: 508-887-4769**
**FAX: 508-839-3337**
**e-mail: allen.rutberg@tufts.edu**

| | |
|---|---|
| **Education** | A.B., 1976, Biological Anthropology, Magna cum Laude, Harvard College, Cambridge, Massachusetts<br>Ph.D., 1984, Zoology, University of Washington, Seattle, Washington |
| **Research Interests** | Wildlife immunocontraception; urban deer ecology and management; cultural influences on attitudes toward wildlife; ungulate social organization, including adult and juvenile dispersal and female-female aggression; timing of breeding in ungulates |
| **Policy Interests** | Urban wildlife conflict resolution; hunting and state wildlife management policy; endangered species conservation; wild horse management; wildlife management in national parks |

**Positions Held**

| | |
|---|---|
| 2003- present | Research Assistant Professor, Center for Animals and Public Policy, Tufts University School of Veterinary Medicine, North Grafton, MA |
| 2000-present | Senior Research Scientist, The Humane Society of the United States, Washington, DC |
| 2000 - 2003 | Clinical Assistant Professor, Center for Animals and Public Policy, Tufts University School of Veterinary Medicine, North Grafton, MA |
| 1991 - 2000 | Senior Scientist, Wildlife and Habitat Protection, The Humane Society of the United States, Washington, DC |
| 1986-1991 | Visiting Assistant Professor, Department of Biology, Vassar College, Poughkeepsie, NY |
| 1984-1986 | Adjunct Assistant Professor (autumn 1984), Assistant Professor, Department of Biology, Shippensburg University, Shippensburg, PA |
| 1984-1985 | Instructor, The Pennsylvania State University, Mont Alto, PA |
| Spring 1984 | Lecturer, Department of Biology, Seattle University, Seattle, WA |

**Major Research Programs**

- Wildlife immunocontraception (1991-present).  Field tests of efficacy and efficiency of delivery of porcine zona pellucida (PZP) contraceptive vaccines in populations of feral horses  (*Equus caballus*) at Assateague Island National Seashore, MD, Ely, NV, Nellis Air Force Base, NV, and elsewhere; and on white-tailed deer (*Odocoileus virginianus)* at Fire Island National Seashore, NY, National Institute of Standards and Technology, MD, Mumford Cove, CT, Fripp Island, SC and elsewhere.

- Group cohesion and dispersal in feral horses on Assateague Island, Maryland (1985-88).  Ecological, social and reproductive influences on juvenile dispersal, adult group membership and within-group spacing.  Determining factors include biting flies, female intraspecific aggression, band stallion experience, and opportunities for peer interaction among immature males.

- Competition and reproduction in American bison cows (Bison bison), National Bison Range, Montana, and Yellowstone National Park, Wyoming (1980-82).  Dissertation and related research on determinants and consequences of aggressive dominance, social organization, and mating behavior of bison cows.

**Teaching Experience**

- Tufts University School of Veterinary Medicine:  Present lectures and lead discussions of wildlife and environmental policy, and mentor tutorials, legislative case studies, and final projects in the M.S. program in Animals and Public Policy; lecture on wildlife policy and animal research issues in D.V.M. Human-Animal Relations course; facilitate first- and second-year sections of Problem-Based Learning.

- Supervisory committee member:  M.S. and Ph.D. students in  biology and natural resource management at the University of Maryland and University of New Hampshire.

- Undergraduate biology:  Taught lectures, seminars, laboratories, and field courses in undergraduate courses in comparative vertebrate anatomy, physiology, endocrinology, animal behavior, sociobiology, ecology, evolutionary biology, and introductory biology.

**Policy and Communication Skills and Experience**

- Prepared fact sheets, prepared and delivered testimony to legislatures and legislative committees, and conducted lobbying visits to congressional and state legislative offices
- Prepared formal comments on federal regulations and environmental impact analyses
- Worked with the FDA Center for Veterinary Medicine to develop research protocols for Investigational New Animal Drug files
- Delivered numerous public talks to diverse audiences
- Contributed frequently to HSUS magazines and newsletters, including co-founding and editing *Wildlife Tracks*, a quarterly newsletter for wildlife advocates
- Prepared and edited articles, op-eds, letters to the editor, and press releases; letters published in the New York Times, Washington Post, USA Today, Washington Times

2

**Professional Involvement**

- <u>Manuscript Reviewer</u>: *Animal Behaviour, Crop Protection, Journal of Animal Welfare Science, Journal of Applied Animal Behavior Science, Human-Wildlife Conflicts, Journal of Mammalogy, Ethology, Journal of Wildlife Management, Wildlife Society Bulletin, Netherlands Journal of Zoology, Reproduction, Zoo Biology,* University of Chicago Press, Smithsonian Institution Press, Harvard University Press

- <u>Grant Reviewer</u>: Bureau of Land Management, National Science Foundation, U.S. Agency for International Development (USAID), U.S. Department of Agriculture SBIR program, Park Foundation, Alternatives Research & Development Foundation

- <u>Member</u>, The Wildlife Society (1996-present)

- <u>Appointed Member</u>, National Wild Horse and Burro Advisory Board, U.S. Departments of Interior and Agriculture (1998-2000)

- <u>Appointed Member</u>, Independent Black Bear Population Review Panel, New Jersey Department of Environmental Protection (2003)

**Major Fellowships, Grants, and Gifts**

| | | |
|---|---|---|
| 2005-2006 | $39,000 | HSUS, for immunocontraception research |
| 2005 | $5,000 | Riebman Family Foundation, for immunocontraception research |
| 2004-05 | $35,755 | HSUS, for immunocontraception research |
| 2004 | $7,500 | HSUS, for editing immunocontraception proceedings volume |
| 2003-04 | $43,000 | HSUS, for immunocontraception research |
| 2001-02 | $15,000 | Marino Foundation, for immunocontraception research |
| 2000-01 | $10,000 | Park Foundation, for immunocontraception research |
| 1986-88 | $15,731 | Whitehall Foundation, for wild horse behavior research |
| 1983 | | Dissertation Fellowship, University of Washington |
| 1979-80 | $7,497 | National Science Foundation Dissertation Improvement Grant |
| 1976-79 | | National Science Foundation Graduate Fellowship |

3

**Selected Invited Seminars and Professional Presentations**

2005   "Deer-vehicle trends at a suburban immunocontraception site." Oral presentation, 11th Annual Conference, The Wildlife Society, Madison, WI.

"Human-wildlife conflicts and the language of guardianship." Poster presentation, Annual Conference, International Society for Anthrozoology, Niagara Falls, NY.

2003   "Effects of adjuvants on efficacy of immunocontraceptives in white-tailed deer." Poster presentation, 10th Annual Conference, The Wildlife Society, Burlington, VT.

"Biology and myth in urban deer projects." Invited presentation, 2003 Symposium, National Wildlife Rehabilitators Association, Newport, RI.

"Urban wildlife diplomacy." Invited presentation, Western Veterinary Conference, Las Vegas, NV.

"Contraceptive vaccines: how close?" Invited presentation, Western Veterinary Conference, Las Vegas, NV.

2002   "The significance of animal behavior research to wildlife management." Invited presentation, Annual Meeting of the Animal Behavior Society, Bloomington, IN.

2001   "Trends in community deer populations on Fire Island" (with H. B. Underwood). 3rd Biennial Science Conference, Fire Island National Seashore, Brookhaven, NY.

"Contraception: an old approach with new meaning for urban wildlife." 2nd Annual Tufts Animal Expo, Boston, MA.

2000   "Population effects of PZP immunocontraception on an urban population of white-tailed deer in Maryland" (with L. A. Thiele and R. E. Naugle). 7th Annual Conference, The Wildlife Society, Nashville, TN.

"The prospects for immunocontraception of white-tailed deer." Invited seminar, Tufts University School of Veterinary Medicine, North Grafton, MA.

1999   "Humane values as a basis for ecosystem health" (with J. W. Grandy). Invited presentation, International Congress on Ecosystem Health, Sacramento, CA

"Immunocontraception research on an urban population of white-tailed deer" (with L. A. Thiele, L. W. Adams and R. E. Naugle). 4th International Symposium on Urban Wildlife Conservation, Tucson, AZ.

"Immunocontraception of white-tailed deer on Fire Island: the first five years" (with R. E. Naugle). Invited presentation, 2nd Fire Island National Seashore Science Conference, Brookhaven, NY.

1998  "White-tailed deer immunocontraception at the National Institute of Standards and Technology" (with L. A. Thiele and L. W. Adams). Poster presentation, 5th Annual Conference of the Wildlife Society, Buffalo, NY.

"The status and future of wildlife fertility control." Workshop panelist and session moderator, 5th Annual Conference of the Wildlife Society, Buffalo, NY.

1997  "Wildlife in urbanized areas." Invited presentation, 3rd Annual Conference on Animals and the Law, NYC Bar Association, New York, NY.

"Why state wildlife agencies should not advocate hunting and trapping." Invited symposium presentation, 4th Annual Conference of The Wildlife Society, Snowmass, Colorado.

1996  "White-tailed deer contraception: from research to management." 4th International Conference on Fertility Control for Wildlife Management, Great Keppel Island, Australia.

"Applications of porcine zona pellucida immunocontraception to wildlife" (with J.F. Kirkpatrick, I.K.M. Liu, J.W. Turner, and R. A. Fayrer-Hosken). Invited symposium presentation, 3rd Annual Conference of The Wildlife Society, Cincinnati, Ohio.

"The animal welfare community's interest in wildlife contraception." Invited symposium presentation, 3rd Annual Conference of The Wildlife Society, Cincinnati, Ohio.

"Humane approaches to controlling white-tailed deer impacts." U.S. National Arboretum, Washington, D.C.

1995  "From academic to advocate: working for endangered species." Michigan Science Teachers Association, Lansing, Michigan.

"Contraception: a humane solution to urban wildlife conflicts?" 18th Annual Conference of the International Wildlife Rehabilitation Council, Virginia Beach, Virginia.

1994  "Deer contraception at the National Institute of Standards and Technology." Graduate Program in Sustainable Development and Conservation Biology, University of Maryland, College Park

"Fire Island National Seashore: A community solution to deer conflicts." Conference on "Deer and deer management in America: facts, values, and arguments," Tufts University School of Veterinary Medicine, Sturbridge, Massachusetts

"The HSUS and the deer issue." Deer and Deer Management Workshop, Rutgers University, New Brunswick, New Jersey

"Brucella abortus" in the Greater Yellowstone area: the animal protection perspective" (with D.J. Schubert and P. Knight). National Brucellosis Symposium, Jackson Hole, Wyoming.

5

1993    "Contraception and the resolution of suburban deer conflicts."  Symposium on Contraception in Wildlife Management, Denver Wildlife Research Center, United States Department of Agriculture, Denver, Colorado

"Wildlife contraception and the management of deer problems."  Center for Environmental Studies, Williams College, Williamstown, Massachusetts

1991    "Dispersal in Assateague ponies."  Assateague Island Science Conference, Ocean City, Maryland (with R. R. Keiper)

"Proximate causes of natal dispersal in Assateague ponies." Animal Behavior Society, University of North Carolina, Wilmington (with R.R. Keiper)

"Do males prefer to mate with larger females in convict cichlids, *Cichlasoma nigrofasciatum?"* Animal Behavior Society, University of North Carolina, Wilmington (poster, with J. C. Schulterbrandt)


(Pre-1991 Seminars, Abbreviated:)

1990    Fort Lewis College, Durango, Colorado
Undergraduate Research Summer Institute, Vassar College

1989    Animal Behavior Society, Northern Kentucky University
University of Vermont, Burlington, Vermont

1988    Rockefeller University Field Station, Millbrook, New York

1987    Vassar College, Poughkeepsie, New York
Animal Behavior Society, Williams College, Williamstown, Massachusetts
Hood College, Frederick, Maryland
Assateague Island Research Symposium, University of Maryland-Eastern Shore,
        Salisbury, Maryland.

1986    Northeast Region, Animal Behavior Society, University of Vermont, Burlington
Vassar College, Poughkeepsie, New York
Shippensburg University, Shippensburg, Pennsylvania

1985    Animal Behavior Society, North Carolina State University, Raleigh
Kutztown University, Kutztown, Pennsylvania
Shippensburg University, Shippensburg, Pennsylvania

1984    Sigma Xi, Mount St. Mary's College, Emmitsburg, Maryland
Princeton University, Princeton, New Jersey

1983    American Society of Zoologists, Philadelphia, Pennsylvania

1982    Animal Behavior Society, Duluth, Minnesota

6

**Major Publications**

Rutberg, A.T. (ed.). 2005. *Humane Wildlife Solutions: The Role of Immunocontraception*, Humane Society Press, Washington, DC.

Rutberg, A. T. 2005. Deer contraception: what we know and what we don't. *In* Rutberg, A.T. (ed.), *Humane Wildlife Solutions: The Role of Immunocontraception*, Humane Society Press, Washington, DC.

Rutberg, A. T., R. E. Naugle, L. A. Thiele, and I. K. M. Liu. 2004. Effects of immunocontraception on a suburban population of white-tailed deer *Odocoileus virginianus. Biological Conservation* 116:243-250.

Rutberg, A. T. 2003. Wild horses and burros in the United States. Pp. 217-221 in D.J. Salem and A.N. Rowan, eds., State of the Animals II. 2003. Humane Society Press, Washington, D.C.

Grandy, J. W., and A. T. Rutberg. 2002. An animal welfare view of wildlife contraception. *Reproduction* Suppl. 60:1-7.

Naugle, R. E., A. T. Rutberg, H. B. Underwood, J. W. Turner, Jr., and I. K. M. Liu. 2002. Field testing of immunocontraception on white-tailed deer (*Odocoileus virginianus*) at Fire Island National Seashore, New York, USA. *Reproduction* Suppl. 60:143-153.

Turner, J. W., Jr., I. K. M. Liu, D. R. Flanagan, K. S. Bynum, and A. T. Rutberg. 2002. PZP immunocontraception of wild horses in Nevada: a 10- year study. *Reproduction* Suppl. 60:177-186.

Walter, W. D., P. J. Pekins, A. T. Rutberg, and H. J. Kilpatrick. 2002. Evaluation of immunocontraceptive adjuvants, titers, and fecal pregnancy indicators in free-ranging white-tailed deer. *Wildlife Society Bulletin* 30:908-914.

Walter, W. D., P. J. Pekins, A. T. Rutberg, and H. J. Kilpatrick. 2002. Evaluation of immunocontraception in a free-ranging suburban white-tailed deer herd. *Wildlife Society Bulletin* 30:186-192.

Grandy, J. W., and A. T. Rutberg. 2002. Humane values as a basis for ecosystem health. Pp. 141- 145 in Rappaport, D. J. et. al. (eds.), *Managing for Healthy Ecosystems*, CRC Press.

Rutberg, A.T. 2001. Why state wildlife agencies should not advocate hunting and trapping. *Human Dimensions of Wildlife* 6:33-37.

Kirkpatrick, J. F., and A. T. Rutberg. 2001. Fertility control in animals. Pp. 183-198 *IN The State of the Animals 2001* (D. J. Salem and A. N. Rowan, eds.) Humane Society Press, Washington, D.C.

Turner, J. W., Jr., I. K. M. Liu, D. R. Flanagan, A. T. Rutberg, and J. F. Kirkpatrick. 2001. Immunocontraception in feral horses: one inoculation provides one year of infertility. *Journal of Wildlife Management* 65:235-241.

Rutberg, A. T. 1997. Lessons from the urban deer battlefront: a plea for tolerance. *Wildlife Society Bulletin* 25:520-523.

Turner, J.W., Jr., I.K.M. Liu, A.T. Rutberg, and J.F. Kirkpatrick. 1997. Immunocontraception limits foal production in free-roaming feral horses in Nevada. *Journal of Wildlife Management* 61:873-880.

Kirkpatrick, J.F., J.W. Turner, I.K.M. Liu, R. Fayrer-Hosken, and A.T. Rutberg. 1997. Case studies in wildlife immunocontraception: wild and feral equids and white-tailed deer. *Reproduction, Fertility and Development* 9:105-110.

Rutberg, A.T. 1997. The science of deer management: an animal welfare perspective. Pp. 37-54 *IN The ecology of unmanaged deer populations: the science of overabundance* (W. J. McShea, H.B. Underwood, and J. H. Rappole, eds.) Smithsonian Institution Press, Washington, D.C., 432 pp.

Schubert, D.J., A. T. Rutberg, and P. Knight. 1997. *Brucella abortus* in the Greater Yellowstone area: the animal protection perspective. pp. 169-177 IN *Brucellosis, bison, elk, and cattle in the Greater Yellowstone area: defining the problem, exploring solutions* (E.T. Thorne, M.S. Boyce, P. Nicoletti, and T.J. Kreeger, eds.). Wyoming Game and Fish Department, Cheyenne, 219 pp.

Rutberg, A. T., and W. Pacelle. 1997. Embracing humane values in national park management. *George Wright Forum* 14:38-46.

Rutberg, A. T., and P. N. Klein. 1996. Opposing view on elimination of brucellosis reservoir. *JAVMA* 208:1380.

Rutberg, A.T., and R.R. Keiper. 1993. Proximate causes of natal dispersal in feral ponies: some sex differences. *Animal Behaviour* 46:969-975

Rutberg, A.T. 1990. Inter-group transfer in feral pony mares. *Animal Behaviour* 40:945-952

Rutberg, A.T., and S.A. Greenberg. 1990. Dominance, aggression frequencies and modes of aggressive competition in feral pony mares. *Animal Behaviour* 40:322-331.

Rutberg, A.T. 1987. Adaptive hypotheses of birth synchrony in ruminants: an interspecific test. *American Naturalist* 130:692-710.

Rutberg, A.T. 1987. Horse fly harassment and the social behavior of feral ponies. *Ethology* 75:145-154.

Rutberg, A.T. 1986. Lactation and fetal sex ratios in American bison. *American Naturalist* 127:89-94.

Rutberg, A.T. 1986. Aggression and its fitness consequences in American bison cows. *Behaviour* 96:62-91.

Rutberg, A.T. 1984. Birth synchrony in American bison (*Bison bison*): response to predation or season? *Journal of Mammalogy* 65:418-423.

Rutberg, A.T.  1984.  Competition and reproduction in American bison cows (*Bison bison*). Ph.D. dissertation, University of Washington, Seattle.  179 pp.

Rutberg, A.T.  1983.  Factors influencing dominance status in American bison cows.  *Zeitschrift fur Tierpsychologie* 6:206-212.

Rutberg, A.T.  1983.  The evolution of monogamy in primates.  *Journal of Theoretical Biology* 104:93-112.

Rutberg, A.T., and S. Rohwer.  1980.  Breeding strategies of male Yellow-headed Blackbirds: results of a removal experiment.  *Auk* 97:619-622.