UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.**,  Plaintiffs,  v.  **MIKE JOHANNS, ET AL.**,  Defendants. | Civ. No. 1:06CV00265 (CKK) |

### PLAINTIFFS' NOTICE OF FILING

Due to difficulties encountered with the electronic filing system when trying to upload all exhibits and attachments at one time, Plaintiffs have attached the remaining exhibits and attachments in support of their Motion for a Temporary Restraining Order and for a Preliminary Injunction

Respectfully submitted,

/s/
Eric R. Glitzenstein
D.C. Bar No. 358287
Ethan Carson Eddy
D.C. Bar No. ___
Howard M. Crystal
D.C. Bar No. 446189

Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C. 20009
(202) 588-5206

Of Counsel:

Rebecca G. Judd
(Member of Maryland Bar)

Jonathan R. Lovvorn
(D.C. Bar No. 461163)

The Humane Society of the United States
2100 L St., N.W.
Washington, D.C. 20037
(202) 676-2333

Counsel for Plaintiffs