# Attachment to Rutberg Decl.
# Civ. No. 02-0265 (CKK)

# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

FEB 1 4 2005

In Reply Refer To:
4700 (260)

Mr. Howard Crystal
Meyer & Glitzenstein
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009-1056

Dear Mr. Crystal:

With this letter, the Bureau of Land Management (BLM) is providing to the Fund for Animals (FFA) the Slaughterhouse Log and law enforcement information on all titled wild horses and burros that have gone to slaughter during the 6-month period between August 1, 2004, and January 31, 2005. This information is being provided in accordance with our agreement with the FFA.

The information provided is, as in the past, the adopter's last and first name; the adopter's State of residence; the animal's freezemark; the adoption date; the title date; the death date; the BLM Administrative State; and the slaughter house where the animal was processed.

The BLM will continue to provide the FFA with this Mortality Report (slaughterhouse log) and the reported law enforcement information every six months. The next installment will include all titled wild horses and/or burros that have gone to slaughter from February 1, 2005, through July 31, 2005, and will be provided to the FFA by August 15, 2005.

If you have any questions or concerns, please contact Sharon Kipping, National Wild Horse and Burro Program Specialist, at (202) 452-7753.

Sincerely,

Thomas H Dyer

Ed Shepard
Assistant Director
Renewable Resources and Planning

Enclosures

```
                          MORTALITY REPORT
                      REPORT DATE:  02/01/2005

Area Covered in Report:  Bureauwide

Period Covered in Report:  08/01/2004 To 01/31/2005

Selection Criteria Invoked:  Death Causes:  Destroyed Commercially

AS is BLM Administrative State of Jurisdiction

Adopter LN       Adopter FN  ST Freezmrk  Adopt DT Title DT Death DT AS Death Loc

MONROE           MARC        LA 92538834  03/06/93 01/14/04 08/05/04 ES Beltex
CLARK            LANDIS      CO 97559268  02/20/98 03/01/99 08/05/04 CO Beltex
BRANDENBURG      LAURA       TX 96566385  11/03/00 02/28/02 08/05/04 NM Beltex
HAYES            FRED        OK 99577285  06/06/03 06/18/04 08/05/04 NM Beltex
PERKINS          TONY        LA 97213767  09/14/02 10/06/03 08/05/04 ES Dallas Crwn
MANN             BRIAN       CO 00572422  05/19/01 05/22/02 08/05/04 CO Beltex
BAUMGARTNER      JULIE       NE 99870647  06/16/99 06/28/00 08/17/04 WY Beltex
ROGERS           RALPH       AZ 98564557  05/11/99 05/18/00 08/17/04 AZ Beltex
JOHNSON          DEBORAH     AZ 95560104  03/21/98 04/16/99 08/19/04 AZ Beltex
CONSTANT         JERRY       SD 02641693  05/02/03 05/03/04 08/19/04 MT Beltex
ALEXANDER        CLARENCE    GA 97571904  09/08/01 02/25/04 08/19/04 ES Beltex
MICHKA           JONATHAN    CA 99175266  09/22/01 11/13/02 08/19/04 CA Beltex
IGO              KEVIN       TX 98566210  05/18/02 01/07/04 08/19/04 NM Beltex
CONSTANT         JERRY       SD 02641865  05/02/03 05/03/04 08/19/04 MT Beltex
SANDERS          SANDY       UT 98741633  10/24/00 06/25/02 08/23/04 UT Dallas Crwn
THOMAS           RONALD      KY 96569192  12/16/02 04/27/04 08/23/04 ES Dallas Crwn
BALDWIN JR.      JOHNIE      KY 02582105  07/19/03 07/26/04 08/23/04 ES Dallas Crwn
WATERHOUSE       JAMES       IA 85528639  06/13/96 05/20/04 08/26/04 ES Beltex
KEMP             PATTY       CO 91245314  08/20/94 08/24/95 08/26/04 CO Beltex
WATERHOUSE       BERNA       IA 92198489  04/01/95 05/29/96 08/26/04 ES Beltex
KIEPE            SHERRY      IA 95560501  04/03/99 07/26/00 08/26/04 ES Beltex
ALTRICHTER       PATRICIA    MN 99571757  09/14/02 06/04/04 08/26/04 ES Beltex
GRAVES           JANICE      TX 99565940  01/22/00 02/15/02 08/26/04 NM Beltex
ALTRICHTER       PATRICIA    MN 00014203  09/14/02 06/04/04 08/26/04 ES Beltex
DWYER            DANIELLE    UT 94722176  09/14/96 10/02/97 08/31/04 UT Dallas Crwn
COTTER           KATIE       CO 86174357  01/26/01 04/19/02 09/02/04 CO Beltex
BARTON           JERRY       CO 92548254  04/17/95 06/14/96 09/02/04 CO Beltex
MUNSON           ELIZABETH   OK 93209471  04/25/98 05/19/99 09/02/04 NM Beltex
OLSON            VERGIL      ID 98361378  09/19/99 12/14/00 09/02/04 ID Beltex
EASTON           MIKE        MT 97565666  05/01/99 04/06/01 09/02/04 MT Beltex
JARNAGAN         JERRY       AR 97572756  03/16/02 08/09/04 09/02/04 ES Beltex
LEE              LAWRENCE    MS 98762852  07/26/03 08/04/04 09/02/04 ES Beltex
LEE              LAWRENCE    MS 98575576  07/26/03 08/04/04 09/02/04 ES Beltex
RIDDLE           MICHAEL     NE 96561807  08/21/98 02/12/04 09/02/04 WY Dallas Crwn
JARNAGAN         JERRY       AR 01832407  03/16/02 08/09/04 09/02/04 ES Beltex
LEE              LAWRENCE    MS 00742456  07/26/03 08/04/04 09/02/04 ES Beltex
JARNAGAN         JERRY       AR 01246607  03/16/02 08/09/04 09/02/04 ES Beltex
LEE              LAWRENCE    MS 98575231  07/26/03 08/04/04 09/02/04 ES Beltex
JARNAGAN         JERRY       AR 01832413  03/16/02 08/09/04 09/02/04 ES Beltex
THOMPSON         TOBYN       KS 95010382  05/13/95 06/04/96 09/09/04 NM Beltex
HARRIS           BRAD        NE 97564201  11/23/98 12/08/99 09/09/04 WY Beltex
FURSTENFELD      VERA        AR 97742033  06/25/99 06/28/00 09/09/04 ES Beltex
THYGERSON        TERRISA     UT 99741480  04/15/00 07/24/01 09/09/04 UT Beltex
POINTER          CLARENCE    OK 01640836  02/12/02 05/04/04 09/09/04 NM Beltex
```

```
MOSBEY          PATRICIA     CO 02246813 09/07/02 09/09/03 09/09/04 CO Beltex
NICOL           ALICE        WY 98831805 04/27/02 05/14/03 09/09/04 WY Beltex
HARDEN          DENNIS       OK 95557678 05/06/97 07/26/99 09/09/04 NM Beltex
WARD            JERALDINE    MT 02582972 06/14/03 06/16/04 09/09/04 MT Beltex
TAYLOR          GREGORY      OR 94009702 03/11/95 03/14/96 09/09/04 OR Beltex
NAEGLE          REX          NV 98560347 07/30/98 10/04/99 09/09/04 NV Beltex
MANSHEIM        LEO          SD 99571158 06/20/01 06/21/02 09/09/04 MT Beltex
WELLMON         BUD          TX 99572715 10/14/01 09/22/03 09/13/04 NM Dallas Crwn
MARTIN          JOSEPH       KS 99569814 03/31/01 06/18/02 09/16/04 NM Beltex
BERNTSON        DELBERT      ND 93137243 08/27/94 05/17/96 09/16/04 MT Beltex
RENDON          DAVID        CA 00570350 02/10/03 02/26/04 09/16/04 CA Beltex
CARR            TERRY        SD 96561980 09/18/98 12/14/99 09/16/04 MT Beltex
HARRELL         BOBBY        MS 99567516 04/14/00 07/23/01 09/16/04 ES Beltex
MARTIN          ORRIN        WY 99831886 09/15/01 11/18/02 09/16/04 WY Beltex
SCHROCK         LELAND       KS 98569629 03/31/01 04/22/02 09/16/04 NM Beltex
DYE             RANDY        NE 93212039 08/11/00 10/24/01 09/20/04 WY Dallas Crwn
SIMMERMAN       VICKI        MO 94552613 03/16/96 08/08/00 09/20/04 ES Cavel Intl
CHIMITS         PAUL         NV 93540806 09/21/93 12/05/94 09/23/04 NV Beltex
EVANS           JIM          OK 93551836 03/04/96 03/13/97 09/23/04 NM Dallas Crwn
MCGRAW          CHARLES      TX 96560005 08/01/98 12/02/99 09/23/04 NM Beltex
THORNBURG       LARRY        AR 98741445 06/25/99 08/08/00 09/23/04 ES Beltex
BRANHAM         SHEILA       OK 99574584 08/12/03 08/31/04 09/23/04 NM Beltex
ROOKS           JEROME       WY 93823260 08/15/93 02/07/96 09/23/04 WY Dallas Crwn
ROBINSON        PATRICK      MT 00583355 06/14/03 08/27/04 09/23/04 MT Beltex
MARTINEZ        EUGENE       CO 94198159 05/05/95 05/06/96 09/23/04 CO Beltex
STORK           DENNIS       WI 79006487 02/18/89 06/26/90 09/24/04 ES Cavel Intl
THROESCH        DAVID        AR 97569723 08/03/02 12/03/03 09/27/04 ES Cavel Intl
THROESCH        DAVID        AR 96830149 08/03/02 12/03/03 09/27/04 ES Cavel Intl
LEMASTER        VERLIN       IA 95825275 10/07/95 12/16/96 09/29/04 ES Cavel Intl
CORRICK         BRUCE        AL 91559186 05/02/98 12/15/99 09/30/04 ES Beltex
BREAZEALE       GASTON       MS 96555345 02/22/97 05/19/98 09/30/04 ES Beltex
TANNER          TRENT        UT 97790621 12/07/00 02/11/02 09/30/04 UT Beltex
BARBER          LINDA        MS 96723314 04/14/00 07/23/01 09/30/04 ES Beltex
THORNHILL       SHERRY       AZ 98568204 04/12/01 06/14/02 09/30/04 AZ Beltex
KROUT           DAVID        UT 96790667 07/22/00 08/08/01 09/30/04 UT Beltex
KROUT           DAVID        UT 95790680 07/22/00 08/08/01 09/30/04 UT Beltex
ANDERSON        HOY          UT 99742295 07/18/01 08/12/02 09/30/04 UT Beltex
JENSEN          DEANN        UT 99213003 06/04/02 10/30/03 09/30/04 UT Beltex
WILLIAM         DONALD       OK 95573022 07/06/01 12/05/02 09/30/04 NM Beltex
WORKMAN         ROBERT       KY 99780457 08/26/01 08/28/02 09/30/04 ES Beltex
THACKER         MONTE        TX 00213935 04/26/03 06/18/04 09/30/04 NM Beltex
HITESMAN        DON          UT 01212840 06/01/02 03/30/04 09/30/04 UT Beltex
ALALOS          JAIME        UT 99762899 08/30/02 12/10/03 09/30/04 UT Beltex
THACKER         MONTE        TX 98568397 04/26/03 05/12/04 09/30/04 NM Beltex
NYEGAARD        JOHN         MN 92542986 04/23/94 06/07/95 10/04/04 ES Beltex
BALD            RICHARD      MO 92551522 03/16/96 06/27/97 10/04/04 ES Beltex
MOON            DARIN        KS 94549849 05/13/95 06/04/96 10/04/04 NM Beltex
GRUHN           MICHAEL      IA 91539070 04/02/93 04/28/94 10/04/04 ES Beltex
LINDOW          ARLIE        MO 84196789 03/13/93 04/28/94 10/14/04 ES Beltex
SWEET           DONALD       ND 97830548 05/18/01 06/19/02 10/14/04 MT Beltex
RAPP            DAVID        MO 00723851 11/18/00 02/01/02 10/14/04 ES Beltex
MCCORKELL       GEORGE       KS 99569481 03/30/01 07/16/02 10/14/04 NM Beltex
NORWOOD         STEVEN       AZ 93543266 03/29/94 08/07/95 10/14/04 AZ Beltex
DOCKTER         FRANCES      ND 93550406 10/17/95 10/22/96 10/14/04 MT Beltex
WIGGLESWORTH    PETER        TX 94557139 04/21/97 05/18/98 10/14/04 NM Beltex
HELLMANN        CHARLOTTE    MO 94825421 11/04/95 03/11/97 10/14/04 ES Beltex
HUTCHISON       WANDA        CO 97245986 10/11/97 06/28/99 10/14/04 CO Beltex
```

```
HARDY          VICTOR      OK 98565761 06/25/99 11/07/00 10/14/04 NM Beltex
BRUNER         GEORGE      OK 99575354 08/09/03 08/31/04 10/14/04 NM Beltex
JOHNSON        IRWIN       ND 98762474 05/18/01 11/21/02 10/14/04 MT Beltex
BRITTON        JAMES       MO 00832983 05/10/03 07/02/04 10/14/04 ES Beltex
DAHL           HAROLD      SD 99832786 08/01/03 08/24/04 10/14/04 MT Beltex
GLEAVE         JARED       UT 02790980 08/09/03 08/30/04 10/14/04 UT Beltex
LOWDER         LEO         UT 94741101 11/09/96 11/26/97 10/14/04 UT Beltex
LARSEN         KENNEDY     UT 00724640 08/09/03 10/06/04 10/14/04 UT Beltex
BAKER          MARVIN      MO 99570219 07/07/01 07/17/02 10/18/04 ES Beltex
ELFRINK        LARRY       SD 97568793 04/20/01 05/01/02 10/18/04 MT Beltex
HUSEMAN        LEO         TX 93551233 10/08/95 10/23/96 10/18/04 NM Beltex
GEMMER         GERALD      CO 95825086 08/12/95 12/30/96 10/18/04 CO Beltex
MEYER          PAUL        NE 97563526 11/06/98 11/17/99 10/18/04 WY Beltex
PETERSON       STEVE       KS 98762340 07/08/00 07/31/01 10/18/04 NM Beltex
KIMZEY         LINDA       WY 99829863 12/10/99 02/28/01 10/18/04 WY Beltex
ELFRINK        LARRY       SD 96567719 04/20/01 05/01/02 10/18/04 MT Beltex
JURENA         CULLEN      TX 99577064 01/24/03 05/12/04 10/18/04 NM Beltex
ESPEY          BEN         MO 01580339 08/01/03 09/16/04 10/18/04 ES Beltex
WILLIAMS       JILL        WA 85517278 07/25/87 08/16/88 10/18/04 OR Beltex
WADE           TREVER      NV 89206339 12/09/02 09/01/04 10/18/04 NV Beltex
FOSTER         LYLE        MO 00742443 10/04/03 10/05/04 10/20/04 ES Cavel Intl
YOURCZEK       GERALD      MN 01578252 09/14/02 10/24/03 10/20/04 ES Cavel Intl
HUBBARD        JOHN        KY 01014440 08/23/03 09/29/04 10/25/04 ES Cavel Intl
GASMIRE        NANCY       MO 90722531 03/07/98 04/10/99 10/25/04 ES Cavel Intl
LEGER          SHERRI      AR 97573482 08/08/03 08/08/04 10/26/04 ES Dallas Crwn
WITTENBORN     SHEILA      IL 98214298 09/13/03 09/29/04 10/26/04 ES Dallas Crwn
MCDERMOTT      BRANDI      NE 01581502 06/18/03 09/16/04 10/27/04 WY Cavel Intl
FARRELL        MARK        WI 89539258 06/25/93 08/16/94 10/28/04 ES Beltex
CARPENTER      THOMAS      MS 89544603 05/27/94 05/31/95 10/28/04 ES Beltex
FARRELL        MARK        WI 90539806 06/25/93 08/16/94 10/28/04 ES Beltex
SANCHEZ        JOE         TX 91822250 04/11/92 10/26/94 10/28/04 NM Beltex
LAHOWETZ       LARRY       NE 92009717 12/10/94 01/23/96 10/28/04 WY Beltex
CARPENTER      THOMAS      MS 93544703 04/23/94 05/16/95 10/28/04 ES Beltex
FREIBURGER     JOSEPH      MO 95010394 06/16/95 07/01/96 10/28/04 ES Beltex
GURKIN         CARL        TN 96562222 08/14/98 12/21/99 10/28/04 ES Beltex
DUNCAN         TIMOTHY     TN 96562253 09/26/98 09/27/99 10/28/04 ES Beltex
SHEPARD        ARTHUR      WY 96828306 02/21/98 07/12/99 10/28/04 WY Beltex
SCHULTZ        MATT        NE 98562938 10/09/98 12/08/99 10/28/04 WY Beltex
KENNEDY        BRYAN       AR 98742423 06/28/03 07/13/04 10/28/04 ES Beltex
ECRET          SCOTT       MT 95572799 06/01/01 01/15/04 10/28/04 MT Beltex
KULWICKI       JOE         ND 98214580 07/12/02 07/24/03 10/28/04 MT Beltex
GURKIN         CARL        TN 95558332 09/09/97 09/16/98 10/28/04 ES Beltex
WATERHOUSE     JAMES       IA 82527164 06/13/96 03/11/03 10/29/04 ES Cavel Intl
NAGEL          TIMOTHY     TN 91539358 06/04/93 06/24/94 11/01/04 ES Dallas Crwn
FLOURNOY       JODINE      TX 92008844 12/05/92 12/08/93 11/02/04 NM Dallas Crwn
HAMILTON       JACQUELINE  NE 97827790 10/31/97 02/24/99 11/02/04 WY Dallas Crwn
COX            DAVID       NE 99569106 09/24/00 08/21/02 11/04/04 WY Beltex
ROBINSON       DONALD      NV 90533293 08/11/91 10/21/92 11/04/04 NV Beltex
SCHMITZ        ANTHONY     MN 92009988 04/29/95 06/12/96 11/04/04 ES Beltex
MOORE JR       ROGER       MS 97245939 12/06/97 12/10/98 11/04/04 ES Beltex
TRAFICAN       PATRICK     NV 79487110 09/20/80 02/02/82 11/04/04 NV Beltex
WHITT          DELORES     AZ 01214059 10/12/02 10/16/03 11/04/04 AZ Beltex
LAIRD          JAMES JR    CO 95565657 08/27/99 08/28/00 11/04/04 CO Beltex
DEROUIN        PATRICIA    MI 93170239 05/11/97 02/18/99 11/10/04 ES Beltex
DEVINO         JERRY       CA 97211346 04/17/99 10/11/00 11/10/04 CA Beltex
ANDRIKOPOULOS  JUDY        WY 98567725 09/16/00 10/17/01 11/10/04 WY Beltex
FLOWERS        JAMES       AL 00742595 10/12/02 06/30/04 11/10/04 ES Beltex
```

```
FLOWERS          JAMES        AL 99214551 10/12/02 06/30/04 11/10/04 ES Beltex
FLOWERS          JAMES        AL 00215225 10/12/02 06/30/04 11/10/04 ES Beltex
FLOWERS          JAMES        AL 01577501 10/12/02 06/30/04 11/10/04 ES Beltex
MAY              RUBEN        CO 01242292 08/03/02 09/09/03 11/10/04 CO Beltex
GROVER           JOHN         WY 97829785 11/06/99 06/28/01 11/11/04 WY Dallas Crwn
CLOWSER          WILLIAM      CO 95242321 08/03/02 09/11/03 11/11/04 CO Dallas Crwn
DAYTON           RICHARD      WY 99575763 04/26/03 04/28/04 11/16/04 WY Dallas Crwn
LAMONT           ROBERT       IA 94560203 04/04/98 04/10/99 11/17/04 ES Cavel Intl
LIGGETT          DENNIS       NE 94722857 06/20/98 11/17/99 11/18/04 WY Beltex
MARTS            GUY          SD 96554152 10/12/96 11/12/97 11/18/04 MT Beltex
GRAESSER         ROSS         SD 96826294 08/09/96 08/25/97 11/18/04 MT Beltex
WOOLDRIDGE       RONALD       TX 99566014 01/22/00 03/07/01 11/18/04 NM Beltex
GRAESSER         ROSS         SD 99568120 06/21/00 07/09/01 11/18/04 MT Beltex
CURTIS           CHET         UT 98215255 01/31/03 04/06/04 11/18/04 UT Beltex
BOGGIO           BRUCE        OR 94010463 05/05/96 05/30/97 11/18/04 OR Beltex
KOCHER           HUBERT       KS 97572096 08/24/01 09/16/02 11/18/04 NM Beltex
KOCHER           HUBERT       KS 99570885 08/24/01 09/16/02 11/18/04 NM Beltex
HEWITT           EDDIE        AR 00578210 06/23/02 07/02/03 11/19/04 ES Cavel Intl
ASHLEY           TODD         AR 90531899 06/29/91 07/15/92 11/22/04 ES Cavel Intl
COX              LELAND       NE 95560778 11/23/98 05/17/00 11/22/04 WY Dallas Crwn
DAVIS            CLARENCE     MS 97741564 09/27/00 10/10/01 11/24/04 ES Beltex
CONSTANT         JERRY        SD 00741699 04/20/01 05/06/02 11/24/04 MT Beltex
SHROCK           ERVIN        OH 89543209 07/09/94 07/10/95 11/24/04 ES Beltex
VANDEN HEUVEL    GARY         WI 90210207 06/20/97 12/07/99 11/24/04 ES Beltex
WHITAKER         STACEY       MO 92199999 11/10/96 11/13/98 11/24/04 ES Beltex
MCFARLIN         AUDREY       GA 96562577 11/06/98 11/29/99 11/24/04 ES Beltex
MCFARLIN         AUDREY       GA 97741291 11/06/98 11/29/99 11/24/04 ES Beltex
NEELY            HOLLY        TX 99570557 12/14/02 05/25/04 11/24/04 NM Beltex
DAVIS            CLARENCE     MS 98566868 09/27/00 10/10/01 11/24/04 ES Beltex
REINERTSON       SHORTY       IA 98567004 04/08/00 05/02/01 11/24/04 ES Beltex
DAVIS            CLARENCE     MS 91567280 07/07/00 07/09/01 11/24/04 ES Beltex
CONSTANT         JERRY        SD 01579576 05/02/03 05/03/04 11/24/04 MT Beltex
CRAGER           JOSEPH       AL 99573397 05/25/01 01/23/04 11/24/04 ES Beltex
CRAGER           MICHAEL      AL 99572919 05/25/01 01/23/04 11/24/04 ES Beltex
CRAGER           DEBBIE       AL 97573496 05/25/01 01/23/04 11/24/04 ES Beltex
FEDDERS          BRUCE        IA 00831748 08/25/01 08/29/02 11/24/04 ES Beltex
DAVIS            CLARENCE     MS 01579851 02/25/03 02/26/04 11/24/04 ES Beltex
WEBSTER          MATHEW       IL 99833084 05/11/02 06/04/03 11/24/04 ES Beltex
VANDEN HEUVEL    LISA         WI 89531947 07/20/91 06/02/93 11/24/04 ES Beltex
CAMPBELL         JAMES        LA 00834292 06/28/03 08/19/04 11/24/04 ES Beltex
NOLAN            STEVE        MO 95560019 11/15/97 07/15/99 11/29/04 ES Cavel Intl
REETER           DON          IL 97564189 06/24/00 10/31/01 11/29/04 ES Cavel Intl
PETERSON         RICHARD      NE 99214601 08/24/02 09/19/03 11/29/04 WY Dallas Crwn
PREECE           JARED        UT 98790817 01/31/03 04/22/04 11/29/04 UT Dallas Crwn
MUERDLER         DEBRA        NE 99568931 06/20/01 08/21/02 12/01/04 WY Cavel Intl
BERTSCH          BRUCE        KS 98570441 03/30/01 06/18/02 12/02/04 NM Beltex
HYDE             KENNETH      UT 00790725 08/12/00 08/31/01 12/02/04 UT Beltex
SINNER           LEANNA       NE 95565242 06/05/99          12/02/04 WY Beltex
TACKER           JIMMY        AR 01013377 03/16/02 03/17/03 12/02/04 ES Beltex
LEBEAU           EARL         WY 86821777 11/08/91 11/23/92 12/02/04 WY Beltex
DAVIS            EDWARD       AR 90533307 10/10/92 11/29/93 12/02/04 ES Beltex
KEOWN            JOHN         IN 00832964 04/20/02 05/02/03 12/03/04 ES Cavel Intl
WATTERSON        RHONDA       IN 00833608 11/16/02 11/20/03 12/03/04 ES Cavel Intl
MCDERMOTT        BRANDI       NE 98214652 06/19/02 08/18/03 12/06/04 WY Cavel Intl
DOBYNS           ROY          MO 92207523 10/23/93 04/14/95 12/06/04 ES Cavel Intl
SPERRY           JAMES        AR 96741561 06/23/00 07/23/01 12/09/04 ES Beltex
BURPEE           GERALD       MI 88548512 04/20/95 07/10/96 12/09/04 ES Beltex
```

```
KOSAR        KEN         WI 91534988 05/29/92 06/04/93 12/09/04 ES Dallas Crwn
GRAY         JEFF        NE 96870549 06/07/96 10/31/97 12/09/04 WY Dallas Crwn
DARLING      GREGG       OH 98566884 06/30/00 02/11/03 12/09/04 ES Dallas Crwn
FRAZIER      SHARON      CA 00578475 06/16/02 08/28/03 12/09/04 CA Beltex
REEVES       GEORGE      AR 97575670 03/09/02 03/11/03 12/09/04 ES Beltex
PFEIFER      MARGARET    KY 95550152 07/27/96 07/28/97 12/09/04 ES Beltex
GEORGE       DONALD      OK 92544030 03/26/94 04/14/95 12/16/04 NM Beltex
STOREY       JANICE      NC 94741344 11/15/99 03/09/01 12/16/04 ES Dallas Crwn
DISSLER      CLAY        CA 95210909 04/25/98 11/02/99 12/16/04 CA Beltex
FAST HORSE   JOHN        SD 98566928 03/31/00 04/04/01 12/16/04 MT Beltex
MATHIAS      ALAN        MN 88820992 10/20/90 10/18/91 12/16/04 ES Dallas Crwn
HASKIT       DAN         TX 95554712 10/20/96 10/27/97 12/16/04 NM Beltex
STICKFORD    NATHAN      IN 94553191 04/20/96 06/03/97 12/20/04 ES Cavel Intl
POWERS       JOHN        NE 94556964 02/17/97 07/31/98 12/20/04 WY Cavel Intl
ARTHUR       JAMES       IN 98723974 04/21/01 05/16/02 12/20/04 ES Cavel Intl
GRIFFIN      DANIEL      NE 96209338 10/11/96 10/31/97 12/20/04 WY Cavel Intl
WHITE        LEE         IN 93563127 04/10/99 05/09/00 12/20/04 ES Cavel Intl
MITCHELL     KIMBERLY    TN 95723556 09/23/00 10/30/01 12/22/04 ES Beltex
FINN         BILLY       UT 02014635 03/01/03 04/08/04 12/22/04 UT Beltex
BROWN        BILLY       MS 97246795 04/20/02 04/24/03 12/22/04 ES Beltex
KING         SHIRL       CA 95212034 02/01/01 02/04/02 12/22/04 CA Beltex
WILSON       LAURA       MO 98790531 10/04/03 12/01/04 12/22/04 ES Beltex
LAWMAN       SHAYNE      IA 94549636 07/21/95 10/10/96 12/22/04 ES Beltex
FINN         ROBERT      UT 01762940 08/24/02 09/22/03 12/22/04 UT Beltex
NIELSEN      RICHARD     UT 99569844 05/19/01 01/30/03 12/23/04 UT Dallas Crwn
GREEN        ROBERT      MD 81494759 10/29/83 04/15/85 12/23/04 ES Dallas Crwn
BUTTARS      LLOYD       UT 91740608 08/22/92 09/21/93 12/23/04 UT Dallas Crwn
SCHRAD       MIKE        NE 96562102 07/17/98 11/17/99 12/23/04 WY Dallas Crwn
PADDOCK      MAACAH      NE 98567742 06/21/00 01/31/02 12/23/04 WY Dallas Crwn
NIELSEN      RICHARD     UT 00742337 05/19/01 01/30/03 12/23/04 UT Dallas Crwn
BRANDT       TERRY       ND 00742606 06/07/03 08/17/04 12/24/04 MT Cavel Intl
BLEYENBERG   GARY        MN 95550404 10/07/95 10/10/96 12/30/04 ES Beltex
CLARK        TAMMY       WY 96565779 05/22/99 08/02/00 12/30/04 WY Beltex
LANE         SANDY       TX 01833290 03/11/03 05/12/04 12/30/04 NM Beltex
WALKER       CLIFFOR     GA 98723659 10/14/00 11/15/01 01/06/05 ES Beltex
RYKERT       ROBERT      TN 94827455 09/27/97 12/04/98 01/13/05 ES Beltex
BAKER        PAUL        OK 96012100 04/28/00 05/23/01 01/13/05 NM Beltex
BAKER        ANTONIETTE  OK 96762297 04/28/00 05/23/01 01/13/05 NM Beltex
CUNNINGHAM   HEATHER     AL 95567410 05/27/00 01/25/02 01/13/05 ES Beltex
PARRISH      RONALD      SD 98723522 04/21/01 05/08/02 01/13/05 MT Beltex
BORTH        KENNETH     WI 99741950 09/29/01 09/30/02 01/13/05 ES Beltex
BORTH        KENNETH     WI 95573507 09/29/01 09/30/02 01/13/05 ES Beltex
LETCHWORTH   DANA        LA 98780421 02/15/03 12/29/04 01/13/05 ES Beltex
LETCHWORTH   DANA        LA 02833793 07/26/03 12/29/04 01/13/05 ES Beltex
NORWOOD      JED         ID 91740713 03/13/93 05/11/94 01/13/05 ID Beltex
BOND         CAROL       WY 95826293 08/10/96 08/11/97 01/13/05 WY Beltex
JOHNSON      DAVID       OK 97829046 01/11/00 02/08/01 01/13/05 NM Beltex
BOWMAN       CAROLYN     CA 01214493 06/08/02 08/05/03 01/13/05 CA Beltex
KRIEG        JOHN        IN 93721889 07/10/93 07/18/94 01/24/05 ES Dallas Crwn
DEDICK       SHARON      NE 02580223 10/01/03 10/07/04 01/24/05 WY Dallas Crwn
DEDICK       SHARON      NE 02582246 10/01/03 10/07/04 01/24/05 WY Dallas Crwn
CURTIS       MARY        MT 88455080 04/27/91 04/28/92 01/27/05 MT Beltex
GRIMM JR     RICHARD     SC 95828492 04/03/98 04/12/00 01/28/05 ES Dallas Crwn
```

## FOIA LOG
## FIRST RESPONSE
PROCESSED 12/02/99 - 08/28/00
TITLED AFTER 10/97

| Name | State | Office | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| ✓ T. STOCKTON | | ES | 93210249 | 4/24/1999 | 2/4/2000 |
| ✓ L. PEARCE | LA | ES | 91563894 | 1/6/2000 | 2/10/2000 |
| ✓ Gina Bell | AR | ES | 93827829 | 2/17/1999 | 2/15/2000 |
| ✓ Patti Yates | MO | ES | 90557962 | 5/19/1999 | 2/15/2000 |
| ✓ J. CUMBLE | AL | ES | 97560931 | 4/1/1999 | 2/17/2000 |
| ✓ R. MALLEY | MS | ES | 95561048 | 9/20/1999 | 2/17/2000 |
| ✓ S. PRUEMER | IL | ES | 96559583 | 4/10/1999 | 2/17/2000 |
| ✓ T. VIDRINE | LA | ES | 93210255 | 2/17/1999 | 2/17/2000 |
| TERRY D. NELSON | UT | UT | 97560812 | 9/16/1999 | 2/21/2000 |
| TERI J. EDEAL | NE | WY | 97560486 | 4/15/1999 | 2/27/2000 |
| DALE JACKSON | NE | WY | 95553475 | 1/19/2000 | 2/28/2000 |
| H. BEHRENDS | NE | WY | 95560926 | 1/19/2000 | 2/28/2000 |
| H. BEHRENDS | NE | WY | 96563472 | 1/19/2000 | 2/28/2000 |
| PAMELA IRVINE | NE | WY | 96826789 | 10/31/1997 | 2/28/2000 |
| D. BOONE | AR | ES | 89552903 | 12/19/1997 | 3/2/2000 |
| ✓ WELDON L. WOLFE | KY | ES | 93562117 | 1/31/2000 | 3/2/2000 |
| JERRY EMBRY | KY | ES | 93826742 | 10/19/1998 | 3/6/2000 |
| JIM HAMLIN | IL | ES | 90209570 | 3/8/1998 | 3/6/2000 |
| ✓ Matt Watkins | KY | ES | 90210656 | 12/1/1999 | 3/6/2000 |
| JUDY FARLEY | AL | ES | 90170397 | 6/2/1998 | 3/8/2000 |
| ✓ C. HOWE | OK | NM | 96559664 | 2/10/2000 | 3/9/2000 |
| ✓ N. ISAACS | | NM | 88723018 | 2/10/2000 | 3/9/2000 |
| ✓ Don Dickerson | OK | NM | 96210753 | 9/16/1999 | 3/14/2000 |
| ✓ M. HARREL | | NM | 93722528 | 9/16/1999 | 3/16/2000 |
| ✓ P. HERNANDEZ | | NM | 95557668 | 8/26/1999 | 3/16/2000 |
| ✓ R. SPIEHLER | | ES | 90011369 | 1/31/2000 | 3/16/2000 |
| CURTIS C. GLENN JR | AR | ES | 94170349 | 2/29/2000 | 3/20/2000 |
| CURTIS D. GLENN | AR | ES | 92880009 | 2/29/2000 | 3/20/2000 |
| ✓ Martin Sabinash | ND | MT | 90171053 | 9/23/1999 | 3/21/2000 |
| ✓ Raymond Sabinash | ND | MT | 89171049 | 9/13/1999 | 3/21/2000 |
| ✓ Doyle Williams | TN | ES | 92011311 | 1/6/2000 | 3/27/2000 |
| P. VARVIL | MO | ES | 95245863 | 1/20/1998 | 3/27/2000 |
| LESLIE ELDER | NE | WY | 95560636 | 3/1/2000 | 3/29/2000 |
| ✓ C. POLITTE | | ES | 95562182 | 10/6/1999 | 3/30/2000 |
| ✓ D. ADAMS | | ES | 89536160 | 3/22/2000 | 3/30/2000 |
| ✓ D. STORK | | ES | 95560632 | 1/12/2000 | 3/30/2000 |
| GILBERT ADAMS | AL | ES | 95554768 | 12/19/1997 | 3/30/2000 |
| ✓ K. MOHLIS | | ES | 97560862 | 4/29/1999 | 3/30/2000 |
| LARRY J. RANDALL | GA | ES | 91547184 | 7/28/1999 | 3/30/2000 |
| HELEN M. JONES | OK | NM | 97559814 | 8/26/1999 | 4/3/2000 |
| MARY K. KELLY | SC | ES | 95560896 | 4/15/1999 | 4/3/2000 |
| THOMAS BRANCH | OK | NM | 89209419 | 8/27/1998 | 4/3/2000 |
| THOMAS BRANCH | OK | NM | 88558414 | 8/27/1998 | 4/3/2000 |
| Mark Whitehead | TX | NM | 87558450 | 10/20/1998 | 4/4/2000 |
| O. MARTIN | | WY | 95828461 | 11/17/1999 | 4/4/2000 |
| R. HAMBLIN | UT | UT | 90741154 | 1/28/1998 | 4/4/2000 |
| ROY KNUTSON | WY | WY | 97741232 | 4/28/1999 | 4/4/2000 |
| G. Menza | TN | ES | 90556536 | 10/15/1998 | 4/10/2000 |

**\*\*ADOPTERS NAME** does not indicate the individual that took the animal to slaughter.
It only indicates the name of the individual who adopted the animal from BLM.



## FOIA LOG
### FIRST RESPONSE
PROCESSED 12/02/99 - 08/28/00
TITLED AFTER 10/97

| Name | State | Office | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| Frank Hyde | AR | ES | 94557296 | 4/6/1998 | 4/11/2000 |
| Roger Franklin | IL | ES | 94559466 | 4/29/1999 | 4/11/2000 |
| Roger Franklin | IL | ES | 95559602 | 4/29/1999 | 4/11/2000 |
| G. PEARMAIN | UT | UT | 97761955 | 2/11/1999 | 4/12/2000 |
| J. SMITH | ID | ID | 91828009 | 11/19/1999 | 4/12/2000 |
| K. PRATHER | | ES | 96555643 | 4/27/1998 | 4/12/2000 |
| K. WITTWER | UT | UT | 95560763 | 4/8/1999 | 4/12/2000 |
| M. SMITH | ID | ID | 91827987 | 10/8/1998 | 4/12/2000 |
| M. SMITH | ID | ID | 93828806 | 11/19/1999 | 4/12/2000 |
| EDWARD SCHMIDT | NE | WY | 95553354 | 10/31/1997 | 4/19/2000 |
| EDWARD SCHMIDT | NE | WY | 95826995 | 10/31/1997 | 4/19/2000 |
| F. HINES | OK | NM | 96561255 | 10/21/1999 | 4/19/2000 |
| F. HINES | OK | NM | 92557641 | 10/21/1999 | 4/19/2000 |
| JEFF D. YOUNG | IA | ES | 96562061 | 1/5/2000 | 4/19/2000 |
| KEITH SCHMIDT | NE | WY | 96554704 | 3/2/1998 | 4/19/2000 |
| KEITH SCHMIDT | NE | WY | 96827008 | 3/2/1998 | 4/19/2000 |
| KEITH SCHMIDT | NE | WY | 96827154 | 3/2/1998 | 4/19/2000 |
| M. APPELMAN | KS | NM | 92554587 | 11/3/1999 | 4/20/2000 |
| BETTY J. HOWTON | KY | ES | 92563898 | 1/6/2000 | 4/26/2000 |
| Gary Simpson | IN | ES | 92722526 | 4/29/1999 | 4/26/2000 |
| Gary Simpson | IN | ES | 89723001 | 4/29/1999 | 4/26/2000 |
| Ira Shafer | IN | ES | 91557465 | 4/20/1998 | 4/26/2000 |
| E. JENSEN | NE | WY | 96554640 | 1/14/1998 | 5/3/2000 |
| E. JENSEN | NE | WY | 96558429 | 3/6/2000 | 5/3/2000 |
| R. GARRETT | TX | NM | 97559209 | 5/19/1999 | 5/3/2000 |
| S. JOHNSON | LA | ES | 90558434 | 1/21/2000 | 5/3/2000 |
| Bill Jenkins | OK | NM | 96722863 | 7/1/1999 | 5/9/2000 |
| Earl Mize | AR | ES | 85559120 | 9/9/1999 | 5/9/2000 |
| Joe C. Sams, Sr | MO | ES | 92556662 | 8/10/1998 | 5/9/2000 |
| Timothy Tolliver | KY | ES | 91210716 | 9/2/1999 | 5/9/2000 |
| William R. Moen | KY | ES | 95560440 | 4/6/2000 | 5/9/2000 |
| R. HADDENHAM | UT | UT | 92761857 | 1/27/1998 | 5/11/2000 |
| B. PILLEN | NE | WY | 95555690 | 10/31/1997 | 5/19/2000 |
| D. STINSON | KY | ES | 96561428 | 10/5/1999 | 5/19/2000 |
| E. FORTIN | ID | ID | 93321593 | 2/1/2000 | 5/19/2000 |
| L. ENSZ | KS | NM | 97561461 | 9/16/1999 | 5/19/2000 |
| JOHN BLACKMON | AL | ES | 92561448 | 9/27/1999 | 5/24/2000 |
| MONYA BOWMAN | TN | ES | 95870527 | 4/6/1998 | 5/24/2000 |
| Terry L. Rogers | NE | WY | 92828538 | 9/15/1999 | 5/30/2000 |
| Terry L. Rogers | NE | WY | 94828112 | 9/15/1999 | 5/30/2000 |
| SCOTT HUSMANN | NE | WY | 94560427 | 3/29/2000 | 6/1/2000 |
| A. MURPHY | WY | WY | 90828031 | 10/15/1999 | 6/2/2000 |
| D. PASSAS | MT | MT | 89828669 | 9/23/1999 | 6/2/2000 |
| Marion Lawford | AL | ES | 98562943 | 3/24/2000 | 6/6/2000 |
| Stanley Heiderbrink | MN | ES | 94556574 | 8/10/1998 | 6/6/2000 |
| R. HILTON | NV | NV | 96555173 | 10/7/1997 | 6/7/2000 |
| C. DAVIS | MT | MT | 93558507 | 10/9/1998 | 6/15/2000 |
| G. HARMON | FL | ES | 96826652 | 11/18/1997 | 6/15/2000 |

**\*\*ADOPTERS NAME** does not indicate the individual that took the animal to slaughter.
It only indicates the name of the individual who adopted the animal from BLM.



# FOIA LOG
## FIRST RESPONSE
PROCESSED 12/02/99 - 08/28/00
TITLED AFTER 10/97

| Adopter | State | Origin | Number | Date 1 | Date 2 |
|---|---|---|---|---|---|
| ✓ G. NELSON | KS | NM | 96554655 | 10/27/1997 | 6/15/2000 |
| ✓ J. MORRIS | KY | ES | 93556159 | 7/16/1998 | 6/15/2000 |
| ✓ NYCOLE SKINNER | MO | ES | 90722393 | 2/18/1999 | 6/15/2000 |
| ANNA FROHMAN | SD | | 93828217 | 9/21/1999 | 6/19/2000 |
| ✓ Ken Gibson | OK | NM | 92828734 | 12/2/1999 | 6/22/2000 |
| ✓ Rhonda E. Baker | TX | NM | 95559270 | 2/8/1999 | 6/26/2000 |
| D. ALBRIGHT | ID | ID | 98565319 | 3/20/2000 | 6/27/2000 |
| KENNETH SMITH | OK | NM | 92741282 | 6/15/2000 | 6/28/2000 |
| LEORA SMITH | OK | NM | 97564376 | 6/15/2000 | 6/28/2000 |
| LEORA SMITH | OK | NM | 97564379 | 6/15/2000 | 6/28/2000 |
| ✓ R. EITEMAN | TX | NM | 93556103 | 6/15/2000 | 6/29/2000 |
| Boyd A. Lynch | TN | ES | 95561413 | 2/10/2000 | 7/3/2000 |
| DOUGLAS BINKS | UT | UT | 96722210 | 12/16/1997 | 7/3/2000 |
| DOUGLAS BINKS | UT | UT | 93722213 | 12/16/1997 | 7/3/2000 |
| Gervais D. Herbert | MO | ES | 90555914 | 4/10/1998 | 7/3/2000 |
| JACOB JOHNMEYER | MO | ES | 96561592 | 5/16/2000 | 7/3/2000 |
| Jimmy E. Ramsey | TN | ES | 89209660 | 12/11/1997 | 7/3/2000 |
| Kenneth F. Phillips | TN | ES | 94561655 | 11/19/1999 | 7/3/2000 |
| BRENT BURCHETT | IA | ES | 97563483 | 6/5/2000 | 7/6/2000 |
| DEBRA KROMMINGA | IA | ES | 96557180 | 5/8/1998 | 7/6/2000 |
| SHAWN BURCHETT | IA | ES | 96742142 | 6/5/2000 | 7/6/2000 |
| JAMES E. CARTER | IA | ES | 96561052 | 4/29/1999 | 7/10/2000 |
| TERRI NEL BUNCH | LA | ES | 93246196 | 1/31/2000 | 7/10/2000 |
| D. WAMPLER | TN | ES | 94554750 | 10/16/1997 | 7/11/2000 |
| FORREST HOOD | MO | ES | 96564112 | 3/17/2000 | 7/12/2000 |
| C. CARKHUFF | MO | ES | 93556151 | 4/10/1998 | 7/13/2000 |
| C. CARKHUFF | MO | ES | 92209564 | 4/10/1998 | 7/13/2000 |
| ✓ J. SALTER | LA | ES | 94556387 | 2/24/1999 | 7/13/2000 |
| ✱ R. BROWN | ND | MT | 94558471 | 9/29/1998 | 7/13/2000 |
| ELAINE KELSEY | TX | NM | 95557491 | 8/27/1998 | 7/17/2000 |
| ELAINE KELSEY | TX | NM | 97558680 | 8/27/1998 | 7/17/2000 |
| ROBERT SIMONTON | OK | NM | 81170580 | 8/4/1998 | 7/17/2000 |
| Eldon R. Kluthe | NE | WY | 96870543 | 10/31/1997 | 7/18/2000 |
| L. JOHNSON | SD | MT | 98564706 | 6/14/2000 | 7/19/2000 |
| MATT PLUMLEE | NV | NV | 96559776 | 11/9/1998 | 7/19/2000 |
| VICTORIA HIATT | NE | WY | 97563954 | 6/16/2000 | 7/19/2000 |
| B. SEWELL | NV | NV | 97723065 | 9/29/1998 | 7/20/2000 |
| C. MATSAAR | ID | ID | 94209444 | 11/18/1997 | 7/20/2000 |
| D. TUTTLE | UT | UT | 96790448 | 12/1/1997 | 7/20/2000 |
| ✓ J. STRONG | NE | WY | 94562651 | 9/15/1999 | 7/20/2000 |
| M. TUTTLE | UT | UT | 94722418 | 12/1/1997 | 7/20/2000 |
| T. BRANCH | OK | NM | 88558414 | 8/27/1998 | 7/20/2000 |
| RONALD LISLE | AR | ES | 93827545 | 8/12/1998 | 7/24/2000 |
| RONALD LISLE | AR | ES | 97562292 | 7/23/1999 | 7/24/2000 |
| C. English | OK | NM | 89557490 | 8/27/1998 | 7/26/2000 |
| W. MCCARTY | KY | ES | 85170532 | 8/3/1999 | 7/27/2000 |
| Christopher H. Shuman | MO | ES | 83209714 | 4/10/1999 | 8/1/2000 |
| JUDITH F. KEPHART | OK | NM | 88557163 | 9/28/1998 | 8/1/2000 |

**\*\*ADOPTERS NAME** does not indicate the individual that took the animal to slaughter.
It only indicates the name of the individual who adopted the animal from BLM.

(3)

## FOIA LOG
## FIRST RESPONSE
PROCESSED 12/02/99 - 08/28/00
TITLED AFTER 10/97

| Name | State | State2 | Number | Date1 | Date2 |
|---|---|---|---|---|---|
| M. Mclaughlan | ND | MT | 98563055 | 5/22/2000 | 8/1/2000 |
| MARION BOLDING | OK | NM | 89722897 | 12/2/1999 | 8/2/2000 |
| K. HAZELBAKER | CA | CA | 94170197 | 5/2/1998 | 8/3/2000 |
| √ R. BUCKLEY | NE | WY | 89548497 | 6/19/2000 | 8/3/2000 |
| Mary Jac Rauh | OK | NM | 96554894 | 5/27/1998 | 8/7/2000 |
| √ E. ROSS | OK | NM | 97011606 | 5/2/2000 | 8/10/2000 |
| M. CALVERT | WY | WY | 94828728 | 9/15/1999 | 8/10/2000 |
| √ MICHAEL CALVERT | WY | WY | 94828728 | 9/15/1999 | 8/10/2000 |
| R. LISLIE | AR | ES | 94557925 | 8/12/1998 | 8/10/2000 |
| Sadie A. Jacobs | TX | NM | 91559261 | 4/14/1999 | 8/10/2000 |
| WILLIAM HENLEY | OR | OR | 88010479 | 10/8/1997 | 8/10/2000 |
| WILLIAM HENLEY | OR | OR | 95011221 | 11/25/1998 | 8/10/2000 |
| Lanny W. Camden | MO | ES | 91556649 | 3/8/1998 | 8/16/2000 |
| JANA RUPE | OK | NM | 93556972 | 4/15/1998 | 8/17/2000 |
| JANA RUPE | OK | NM | 94556954 | 4/15/1998 | 8/17/2000 |
| √ P. BUCKNER | MT | MT | 94565550 | 7/11/2000 | 8/17/2000 |
| CORI LINSON | FL | ES | 88557144 | 7/15/1998 | 8/21/2000 |
| William Cline | TN | ES | 98564011 | 5/30/2000 | 8/21/2000 |
| SCOTT HUSMANN | NE | WY | 98562875 | 3/29/2000 | 8/23/2000 |
| B. EBERHARDT | KS | NM | 95558368 | 9/28/1998 | 8/24/2000 |
| B. MCRAE | ID | ID | 91557305 | 4/21/1998 | 8/24/2000 |
| √ B. PRESLEY | WV | ES | 96562205 | 5/17/2000 | 8/24/2000 |
| D. LILLY | VA | ES | 88559964 | 2/24/2000 | 8/24/2000 |
| L. MCRAE | ID | ID | 96011575 | 12/17/1999 | 8/24/2000 |
| L. MCRAE | ID | ID | 91011186 | 1/14/2000 | 8/24/2000 |
| LOUIS J. LUCARI | FL | ES | 95560559 | 3/31/2000 | 8/24/2000 |
| √ R. ENSZ | CO | CO | 96565283 | 8/10/2000 | 8/24/2000 |
| R. REYNOLDS | OK | NM | 95722488 | 6/14/1999 | 8/24/2000 |
| BARRY D. SEWELL | NV | NV | 97723065 | 9/29/1998 | Unknown |
| Darlene Sprinkle | MO | ES | 86549278 | 11/17/1997 | Unknown |
| DIANE FASTNACHT | SD | MT | 95562573 | 9/10/1999 | Unknown |
| DICKCIE TUTTLE | UT | UT | 96790448 | 12/1/1997 | Unknown |
| DOROTHY KOYLE | UT | UT | 97722664 | 11/23/1998 | Unknown |
| √ Eric Duke | OK | NM | 82170674 | 8/26/1999 | Unknown |
| FAITH A. OBERG | NE | ES | 97560979 | 4/15/1999 | Unknown |
| GARY R. HAUGEN | NV | NV | 96555822 | 11/5/1998 | Unknown |
| JERRY GILBERT | TX | NM | 95741280 | 1/12/2000 | Unknown |
| JERRY GILBERT | TX | NM | 96828788 | 1/12/2000 | Unknown |
| JERRY REACH | AL | ES | 95557239 | 6/3/1998 | Unknown |
| JOHN KLAR | WI | ES | 89538231 | 11/17/1997 | Unknown |
| M. EICHACKER | SD | MT | 98828810 | 9/27/1999 | Unknown |
| MARK TUTTLE | UT | UT | 94722418 | 12/1/1997 | Unknown |
| MICHAEL BARLOW | UT | UT | 96761887 | 5/13/1999 | Unknown |
| √ MICHAEL HINES | OK | NM | 89828651 | 12/2/1999 | Unknown |
| ROBERT MALLEY | MS | ES | 95561048 | 9/20/1999 | Unknown |
| TRUDY SMITH | UT | UT | 89826162 | 10/24/1997 | Unknown |
| VICKI R. PETERSON | MN | ES | 95827783 | 11/3/1998 | Unknown |
| √ GEORGE MCDANIEL | OK | NM | 91828886 | 10/21/1999 | Unknown |

**\*\*ADOPTERS NAME** does not indicate the individual that took the animal to slaughter.
It only indicates the name of the individual who adopted the animal from BLM.



## FOIA LOG
## FIRST RESPONSE
PROCESSED 12/02/99 - 08/28/00
TITLED AFTER 10/97

| Name | State | State2 | Number | Date1 | Date2 |
|---|---|---|---|---|---|
| √E. EWELL | UT | UT | 95790426 | 8/30/1999 | 12/2/1999 |
| √J. KEETON | LA | ES | 97870605 | 6/14/1999 | 12/2/1999 |
| J. MCCALLUM | ID | ID | 95561601 | 8/28/1999 | 12/2/1999 |
| M. MALONEY | TX | NM | 94558400 | 8/27/1998 | 12/2/1999 |
| R. FRANZEL | MN | ES | 96828792 | 9/30/1999 | 12/2/1999 |
| T. HORACE | TX | NM | 92553189 | 10/15/1997 | 12/2/1999 |
| T. MINTER | SC | ES | 95553344 | 7/2/1998 | 12/2/1999 |
| Ray D. Means | OK | NM | 95826665 | 12/5/1997 | 12/6/1999 |
| √Brent Garberich | MN | ES | 98562841 | 11/12/1999 | 12/7/1999 |
| Brent Garberich | MN | ES | 91560417 | 11/12/1999 | 12/7/1999 |
| K. HARDESTY | OK | NM | 93556314 | 4/29/1998 | 12/8/1999 |
| √L. SIEH | √SD | ES | 90554936 | 10/7/1997 | 12/8/1999 |
| Joseph Gunsolus | MO | ES | 91557211 | 3/8/1998 | 12/14/1999 |
| Joseph Gunsolus | MO | ES | 85171096 | 10/28/1998 | 12/14/1999 |
| Joseph Gunsolus | MO | ES | 90556549 | 10/28/1998 | 12/14/1999 |
| √Joseph Gunsolus | MO | ES | 88245884 | 4/10/1999 | 12/14/1999 |
| E. SCHMIDT | KS | NM | 91557730 | 8/27/1998 | 12/16/1999 |
| J. GUNSOLUS, SR | MO | ES | 91210209 | 4/10/1999 | 12/16/1999 |
| L. HAWKINS | UT | UT | 96722926 | 3/30/1999 | 12/16/1999 |
| M. HIOTT | SC | ES | 94557262 | 6/3/1998 | 12/16/1999 |
| R. BROWN | MS | ES | 95210931 | 12/1/1999 | 12/16/1999 |
| R. BROWN | MS | ES | 95560583 | 12/1/1999 | 12/16/1999 |
| √T. KASTEN | TX | NM | 92559753 | 5/19/1999 | 12/16/1999 |
| √Carl Haney | AR | ES | 96210786 | 7/7/1999 | 12/20/1999 |
| D. HATCHER | MO | ES | 92555227 | 1/20/1998 | 12/22/1999 |
| J. CANNADY | IL | ES | 93557104 | 5/7/1998 | 12/22/1999 |
| R. SCHMUCK | WY | WY | 88828784 | 11/23/1999 | 12/22/1999 |
| R. UTTERBACK | MO | ES | 93560223 | 11/12/1999 | 12/22/1999 |
| S. BROWN | OR | OR | 95011043 | 12/29/1997 | 12/22/1999 |
| √David Roberts | GA | ES | 94210064 | 12/1/1998 | 1/3/2000 |
| Tim Ricketts | KY | ES | 97558624 | 11/9/1998 | 1/3/2000 |
| D. SCHULZ | NV | NV | 89722986 | 10/29/1998 | 1/6/2000 |
| E. TAYLOR | NV | NV | 90562430 | 7/27/1999 | 1/6/2000 |
| E. TAYLOR | NV | NV | 95561976 | 7/27/1999 | 1/6/2000 |
| Wyman Whatley | AL | ES | 97560984 | 4/15/1999 | 1/6/2000 |
| A. CROWELL | AR | ES | 85558694 | 9/17/1998 | 1/13/2000 |
| A. SCHIMKE | SD | MT | 94827259 | 4/20/1998 | 1/13/2000 |
| √C. SETTLE | GA | ES | 90559942 | 4/8/1999 | 1/13/2000 |
| J. BENSON | TX | NM | 81138392 | 8/4/1998 | 1/13/2000 |
| J. REED | AR | ES | 93556823 | 7/2/1998 | 1/13/2000 |
| √M. WHALEN | MS | ES | 94558009 | 3/5/1999 | 1/13/2000 |
| D. WILLIAMS | NV | NV | 95560569 | 2/3/1999 | 1/19/2000 |
| J. KLAR |  | ES | 89538231 | 11/18/1997 | 1/28/2000 |
| √K. SMIGA |  | NM | 93828042 | 3/15/1999 | 1/28/2000 |
| V. CASTRO |  | NM | 92557689 | 9/1/1998 | 1/28/2000 |
| Vicki Roberts | OK | NM | 96557507 | 5/13/1998 | 2/1/2000 |
| Larry Hansen √ | NE | WY | 93826901 | 10/13/1997 | 2/2/2000 |

**\*\*ADOPTERS NAME** does not indicate the individual that took the animal to slaughter.
It only indicates the name of the individual who adopted the animal from BLM.



FOIA LOG
FIRST RESPONSE
PROCESSED 12/02/99 - 08/28/00
TITLED AFTER 10/97

| | | | | | |
|---|---|---|---|---|---|
| JAMES DAUGHTREY | AR | ES | 88008448 | 9/29/1993 | Unknown |
| BEN ADAMS | NE | WY | 96558142 | 10/5/1998 | Unknown |
| SCOTT SMITH | NE | WY | 95559758 | 7/21/1999 | Unknown |
| WAYNE GERMAN | SD | WY | 90554685 | 12/15/1997 | Unknown |
| MARVIN DICKINSON | NE | WY | 91828198 | 6/22/1999 | Unknown |
| DON HAMILTON | NE | WY | 96561868 | 1/19/2000 | Unknown |

**ADOPTERS NAME** does not indicate the individual that took the animal to slaughter. It only indicates the name of the individual who adopted the animal from BLM.



# FOIA LOG
## PROCESSED 12/2/1999 - 02/26/2001
## TITLED BEFORE 10/97

| ADOPTER NAME | STATE | OFFICE OF JURISDICTION | FREEZEMARK | TITLE DATE | PROCESSING DATE |
|---|---|---|---|---|---|
| JOE PARKER | UT | UT | 74485268 | 2/25/1980 | 12/2/1999 |
| T. CRAWFORD | OR | OR | 90008010 | 9/22/1992 | 12/2/1999 |
| Wallace Daily | TX | NM | 94548223 | 2/27/1996 | 12/8/1999 |
| J. THR??? | MN | ES | 90535191 | 6/30/1993 | 12/8/1999 |
| Billy Bowers | TN | ES | 92822977 | 12/5/1994 | 12/8/1999 |
| Billy Bowers | TN | ES | 92822920 | 12/5/1994 | 12/8/1999 |
| P. BARTELT | SD | ES | 94870927 | 8/12/1996 | 12/8/1999 |
| L. LOTERBAUER | SD | ES | 89553167 | 4/8/1997 | 12/8/1999 |
| Donald French, Jr. | KY | ES | 95553333 | 8/22/1997 | 12/14/1999 |
| Phil Clark | MS | ES | 93824383 | 9/1/1995 | 12/15/1999 |
| Claude Frisby | KY | ES | 87539804 | 8/3/1994 | 12/16/1999 |
| S. SIRIA | AR | ES | 87721479 | 7/20/1989 | 12/16/1999 |
| K. HIGLEY | UT | UT | 82824768 | 2/20/1996 | 12/20/1999 |
| J.R. Penick | MS | ES | 93825680 | 1/21/1997 | 12/20/1999 |
| Gail Zimmerman | IN | ES | 95552684 | 5/12/1997 | 12/20/1999 |
| Vernon Wagner | CO | CO | 94245677 | 9/30/1997 | 12/22/1999 |
| J. FLOYD | KY | ES | 92549558 | 8/9/1996 | 12/28/1999 |
| B. GARBAST | KS | NM | 95553397 | 8/8/1997 | 1/6/2000 |
| T. McCOY | AR | ES | 87553064 | 7/21/1997 | 1/13/2000 |
| P. MIDYETTE | FL | ES | 89537469 | 11/9/1993 | 1/18/2000 |
| Christopher Brandes | KS | NM | 94549838 | 9/24/1996 | 1/19/2000 |
| L. MCGILL | UT | UT | 93790269 | 7/21/1995 | 1/24/2000 |
| Jim Grimm | OK | NM | 93549993 | 4/9/1997 | 1/28/2000 |
| R. FENRICK |  | ES | 86539102 | 7/11/1994 | 1/28/2000 |
| M. PRIETO |  | NM | 93553115 | 7/7/1997 | 1/28/2000 |
| J. MILLER | CA | CA | 91550753 | 9/18/1997 | 2/1/2000 |
| Junior Deckard | MO | ES | 92547620 | 7/10/1996 | 2/2/2000 |
| L. GEMMEN |  |  | 89532092 | 7/29/1992 | 2/3/2000 |
| Joe Joines | OK | NM | 92660192 | 12/20/1996 | 2/7/2000 |
| William Eischen | IA | ES | 90530981 | 8/31/1992 | 2/8/2000 |
| Jackie Robinson | MS | ES | 92551511 | 2/4/1997 | 2/10/2000 |
| NAT'L. MUSTANG | UT | UT | 83740332 | 2/8/1988 | 2/15/2000 |
| Albert McReynolds | OK | NM | 87007651 | 6/17/1992 | 2/15/2000 |
| Janet Eastwood | OK | NM | 86538018 | 2/17/1994 | 2/21/2000 |
| Donald Delaney | IA | ES | 90530934 | 4/20/1992 | 2/28/2000 |
| Donald Delaney | IA | ES | 92538891 | 8/31/1994 | 2/28/2000 |
| Cheryl Eddy | OH | ES | 84507113 | 9/10/1990 | 2/29/2000 |
| B. GARRETT | NV | NV | 94199289 | 5/14/1996 | 3/2/2000 |
| John Nalle | KY | ES | 81071097 | 5/18/1984 | 3/6/2000 |
| CYNDEE STAUB | NE | WY | 95552724 | 9/4/1997 | 3/8/2000 |
| B. JACKSON | TX | NM | 85502798 | 2/26/1988 | 3/9/2000 |
| W. MCCURRY |  | ES | 95550089 | 8/27/1996 | 3/9/2000 |
| Connie Colley | SC | ES | 92538079 | 1/11/1994 | 3/14/2000 |
| A. BUSENITZ |  | NM | 91543819 | 7/18/1995 | 3/16/2000 |
| M. EICHER |  | OR | 89196166 | 4/19/1996 | 3/16/2000 |
| K. LONG |  | NM | 91550754 | 11/7/1996 | 3/16/2000 |
| Kraig Stuart | WY | WY | 96826092 | 8/12/1997 | 3/21/2000 |
| M. WALLACE | TX | NM | 85817890 | 7/28/1989 | 3/27/2000 |
| M. WALLACE | TX | NM | 86520518 | 7/28/1989 | 3/27/2000 |

\*\*ADOPTERS' NAME DOES NOT INDICATE THE INDIVIDUAL THAT TOOK THE ANIMAL TO SLAUGHTER. IT ONLY INDICATES THE NAME OF THE INDIVIDUAL THAT ADOPTED THE ANIMAL FROM BLM
\*Upper case denote Beltex - Lower case denote Dallas Crown - Italics denote Cavel

