```
                            MORTALITY REPORT
                      REPORT DATE:  02/04/2003

Area Covered in Report:  Bureauwide

Period Covered in Report:  08/01/2002 To 01/31/2003

Selection Criteria Invoked:  Death Causes:  Destroyed Commercially

AS is BLM Administrative State

Adopter LN         Adopter FN  ST Freezmrk  Adopt DT Title DT Death DT AS Death Loc

DIERENFIELD        RACHEL      MT 77002957  06/13/85 07/21/86 08/06/02 MT Dallas Crwn
MOODY              DALE        AR 98780370  04/07/00 06/20/01 08/06/02 ES Dallas Crwn
WARNER             JIM         WY 90827809  02/21/98 04/28/99 08/07/02 WY Beltex
FARNY              MIKE        CO 92548541  02/26/96 01/22/98 08/07/02 CO Beltex
HAND               WILLIAM     AZ 98564832  04/29/00 05/07/01 08/07/02 AZ Beltex
NELSON             DENNIS      NE 98567791  05/20/00 06/07/02 08/07/02 WY Beltex
ZWEMER             ROBERT      WY 93828396  09/12/98 10/20/99 08/07/02 WY Beltex
DOYLE              MICHAEL     AZ 85569401  12/18/00 04/19/02 08/14/02 AZ Dallas Crwn
KERSHAW            NATALIE     UT 95723338  07/01/00 09/13/01 08/14/02 UT Dallas Crwn
GROOMS             LEX         SD 98830459  10/13/00 10/15/01 08/21/02 MT Beltex
DITTMAN            GARY        MO 86870025  04/08/88 09/01/89 08/21/02 ES Beltex
MCKEON             MELVIN      CO 89548526  02/25/95 03/11/96 08/21/02 CO Beltex
STONE              HARVE       WY 93828073  09/08/97 11/09/98 08/21/02 WY Beltex
ARMSTRONG JR       MARVIN      OK 94562049  06/20/98 07/26/99 08/21/02 NM Dallas Crwn
WILSON             GILBERT     WY 98565921  05/15/99 05/24/00 08/21/02 WY Beltex
RIDDLE             LOWELL      KY 93829197  11/19/99 09/28/01 08/21/02 ES Dallas Crwn
ROESCH             DORIS       WY 86824770  03/07/95 03/10/96 08/21/02 WY Dallas Crwn
URBICKIT           CAT         WY 93823195  08/14/93 10/21/96 08/28/02 WY Dallas Crwn
TIEDE              TIM         ND 98568754  04/03/01 04/25/02 09/05/02 MT Beltex
HEATON             TRACEY      SD 86820443  05/16/89 12/06/90 09/05/02 MT Beltex
MICKELSEN          MICHAEL     WY 93567841  05/11/00 09/26/01 09/05/02 WY Beltex
TIEDE              SANDY       ND 89209599  03/27/98 04/12/99 09/05/02 MT Beltex
HAAS               LEMAR       ND 89559944  09/25/98 09/27/99 09/05/02 MT Beltex
GOETSCH            BRUCE       WI 90531671  09/24/91 10/08/92 09/05/02 ES Beltex
HUNTING            JOE         IN 92560146  04/04/98 04/29/99 09/05/02 ES Beltex
SCHETTLER          ALAN        MN 92722067  10/07/95 10/10/96 09/05/02 ES Beltex
WIGHTMAN           TODD        UT 92761659  04/08/95 05/07/96 09/05/02 UT Beltex
SATHER             CLAYTON     ND 98723088  09/25/98 10/13/99 09/05/02 MT Beltex
OWENS              ROBIN       CO 95565188  09/10/99 11/21/00 09/05/02 CO Beltex
TIEDE              TIM         ND 91567160  03/31/00 04/02/01 09/05/02 MT Beltex
STEVENS            JEREMY      UT 99762369  08/14/99 04/11/01 09/05/02 UT Beltex
TIEDE              TIM         ND 88822236  06/20/92 07/08/93 09/05/02 MT Beltex
REYNOLDS           ROBERT      OK 94562388  06/09/98 06/14/99 09/05/02 NM Beltex
HENDRIX            DENNIS      OK 97827611  09/06/97 10/28/98 09/05/02 NM Beltex
SERR               WILLIAM     SD 90554923  10/13/96 10/28/97 09/10/02 MT Dallas Crwn
BREZINKA           TINA        MN 91540741  10/02/93 06/06/95 09/10/02 ES Dallas Crwn
SWAN               SANDRA      NE 95557891  06/29/97 08/10/98 09/10/02 WY Dallas Crwn
WHALEN             THOMAS      CO 98567291  05/26/00 11/27/01 09/10/02 CO Dallas Crwn
KLEIN              CALVIN      NE 95560086  03/27/98 04/28/99 09/12/02 WY Beltex
KLEIN              CALVIN      NE 96561642  03/27/98 04/28/99 09/12/02 WY Beltex
KING               JACK        NE 98565395  06/16/99 12/19/00 09/12/02 WY Beltex
COUNCIL            LESTER      CO 99242261  09/18/99 10/17/00 09/12/02 CO Beltex
KOCHER             MITCHELL    KS 91825803  07/13/96 08/28/97 09/17/02 NM Dallas Crwn
BETTS              CECIL       AR 92537173  10/10/92 10/27/93 09/17/02 ES Dallas Crwn
```

```
BECKER          MICHAEL       IN 88533574 09/13/91 09/30/92 10/22/02 ES Dallas Crwn
PULSE           SCOTT         WY 97563087 06/26/99 06/28/00 10/22/02 WY Dallas Crwn
BAKER           JIMMY         MS 97567756 12/09/00 01/25/02 10/22/02 ES Dallas Crwn
BRUNS           GENE          SD 00870656 06/21/00 06/25/01 10/24/02 MT Beltex
NICOLAUS        KEVIN         NE 00870672 06/21/00 09/14/01 10/24/02 WY Beltex
CARLSON         DONALD        ND 96762397 05/19/01 05/28/02 10/24/02 MT Beltex
MARTINELL       GLADYS        MT 88547751 02/13/95 03/08/96 10/24/02 MT Beltex
MARTINELL       GLADYS        MT 90548567 02/13/95 03/08/96 10/24/02 MT Beltex
WEAVER          TODD          KS 91723048 07/11/98 05/02/00 10/24/02 NM Beltex
CRUMP           REBECCA       MT 92541990 10/14/95 10/21/96 10/24/02 MT Beltex
MARTINELL       GLADYS        MT 92548364 02/13/95 03/08/96 10/24/02 MT Beltex
RYAN            DARRELL       OK 93552794 10/29/96 08/06/02 10/24/02 NM Beltex
HABERSTROH      CINDY         ND 98568686 05/18/01 05/28/02 10/24/02 MT Beltex
ERRTHUM         DAVID         IA 96209317 05/31/00 04/18/02 10/24/02 ES Beltex
JONES           JOHN          OH 88631391 10/29/88 01/08/90 10/24/02 ES Beltex
BAHE            KEVIN         WI 91822059 11/02/91 11/09/92 10/29/02 ES Dallas Crwn
OPSTEDAHL       LOREN         SD 95826340 10/11/96 10/20/97 10/29/02 MT Dallas Crwn
HICKEY          JIM           TN 92564353 09/10/00 10/10/01 10/31/02 ES Beltex
NIERMEIER       CLARENCE      KS 99568843 10/06/00 02/15/02 11/06/02 NM Beltex
MCCARROLL       MICHELLE      CO 99570287 05/19/01 05/23/02 11/06/02 CO Beltex
HARRISON SR     CLIFTON       AZ 87524213 03/05/89 05/10/90 11/06/02 AZ Beltex
INGRAM          MARK          GA 89530843 03/22/91 04/08/92 11/06/02 ES Beltex
TIEDE           TIM           ND 92547841 05/05/95 05/21/96 11/06/02 MT Beltex
LELM            WAYNE         ND 94545508 10/15/94 11/08/95 11/06/02 MT Beltex
TUCKER          DAVID         NE 94548376 03/26/95 04/02/96 11/06/02 WY Beltex
HICKS           ROGER         GA 94561847 11/06/98 12/15/99 11/06/02 ES Beltex
YPPARILA        ELMER         WY 95825565 10/14/95 01/09/97 11/06/02 WY Beltex
ROBISON         CHARLES       SD 96554131 07/19/96 08/05/97 11/06/02 MT Beltex
BORGIALLI       JAMES         WY 96563239 06/26/99 07/06/00 11/06/02 WY Beltex
ZILLINGER       KERRY         KS 96826090 07/19/96 09/30/97 11/06/02 NM Beltex
RICHARDSON      JOEL          NE 97560855 04/09/99 04/25/00 11/06/02 WY Beltex
FINE            VICKY         OK 95829277 04/11/00 06/05/01 11/06/02 NM Beltex
BOCKMAN         LOWAYNE       CO 98829452 01/07/00 01/23/01 11/06/02 CO Beltex
TIEDE           TIM           ND 94567930 04/03/01 04/25/02 11/06/02 MT Beltex
TIEDE           SANDY         ND 97829956 03/31/00 04/02/01 11/06/02 MT Beltex
THOMPSON        PAMELA        KS 94549889 05/13/95 06/04/96 11/06/02 NM Beltex
GAMBLER         DON           WY 95827902 11/22/97 02/24/99 11/06/02 WY Beltex
HEATH           JAMES         WY 77806349 11/20/81 06/16/83 11/14/02 WY Beltex
SWEET           DONALD        ND 96723718 05/18/01 06/19/02 11/14/02 MT Beltex
HAWKS           JOHN          CO 99248159 10/14/00 11/05/01 11/14/02 CO Beltex
DUNCAN          TIMOTHY       TN 91542721 07/30/94 07/31/95 11/14/02 ES Beltex
NELSON          NANCY         MT 92548775 04/15/95 04/18/96 11/14/02 MT Beltex
JONES           DARRELL       SD 92553506 07/19/96 09/09/97 11/14/02 MT Beltex
ENES            BONNIE        WY 93823286 08/14/93 08/24/94 11/14/02 WY Beltex
MCCULLOCH       ALEXANDER     CO 95558479 06/21/97 06/22/98 11/14/02 CO Beltex
OWEN            DUANE SR      NE 96209809 01/17/97 02/03/98 11/14/02 WY Beltex
HUMPHREYS       BART          WY 98828894 10/24/98 12/08/99 11/14/02 WY Beltex
BRANDES         DANIEL        WI 98564749 06/26/99 09/15/00 11/14/02 ES Beltex
FOSTER          BILL          MO 97246503 03/11/00 04/06/01 11/14/02 ES Beltex
ELVEHJEM        LEO           MN 96830692 09/29/01 10/08/02 11/14/02 ES Beltex
ELVEHJEM        LEO           MN 01574043 09/29/01 10/08/02 11/14/02 ES Beltex
MAREK           BRETT         OK 91547400 04/01/95 04/24/96 11/20/02 NM Dallas Crwn
WATERS          LESTER        SD 98830435 10/13/00 10/15/01 11/21/02 MT Beltex
HARRIS          ANDY          TX 97723834 11/03/00 02/15/02 11/21/02 NM Beltex
LINDOW          ARLIE         MO 88246021 03/07/98 07/15/99 11/21/02 ES Beltex
RICHARDSON      BEVERLY       ID 90561923 03/06/99 05/24/00 11/21/02 ID Beltex
MAREK           BRETT         OK 91547380 04/01/95 04/24/96 11/21/02 NM Beltex
```

```
YOUNGMAN      DENNIS      SD 93548814 05/05/95 05/21/96 09/17/02 MT Dallas Crwn
MEYER         SHANE       NE 94551125 10/27/95 10/31/96 09/17/02 WY Dallas Crwn
REEVES        WILLIAM     TX 92552294 06/22/01 07/16/02 09/17/02 NM Dallas Crwn
SMITH         CLOVIS      KY 98741572 10/07/00 10/17/01 09/19/02 ES Beltex
KNOWLTON      JAY         NV 86526133 12/07/90 12/17/91 09/19/02 NV Beltex
HUMPHREYS     BART        WY 92827238 03/08/97 08/20/98 09/19/02 WY Beltex
MAXWELL       EVERETTE    MT 95554880 09/28/96 10/20/97 09/19/02 MT Beltex
DAVIS         MISTRI      CO 95569595 05/16/01 06/10/02 09/19/02 CO Beltex
RUDDY         BRENDA      FL 96564499 03/27/99 07/23/01 09/19/02 ES Beltex
MONFRE        PETER       WY 96829032 06/26/99 07/06/00 09/19/02 WY Beltex
BEATTY        PHILIP      SD 97829942 06/21/00 06/26/01 09/19/02 MT Beltex
SYRETT        MONDELL     UT 97741520 04/15/00 03/14/02 09/19/02 UT Beltex
MULLINS       KENNETH     TN 96741550 09/09/00 09/28/01 09/23/02 ES Dallas Crwn
MONG          WESLEY      OR 89009228 04/04/94 04/17/95 09/23/02 OR Beltex
ROSSOW        ARLEN       MN 99565956 10/03/99 10/19/00 09/23/02 ES Dallas Crwn
BERG          DAVID       ND 89821984 11/16/91 11/30/92 09/26/02 MT Beltex
BURROWS       RICHARD     WI 91535059 04/25/92 05/26/93 09/26/02 ES Beltex
SNIDER        MICHELE     TX 97559243 04/04/98 06/15/00 09/26/02 NM Beltex
GILBERT       JERRY       TX 89170359 12/12/98 02/10/00 10/03/02 NM Beltex
SCHOLTZ       PAUL        CO 91245368 04/19/96 04/21/97 10/03/02 CO Beltex
GILBERT       JERRY       TX 91559871 12/12/98 02/10/00 10/03/02 NM Beltex
HICKS         WILLIAM     GA 91560293 11/07/98 12/15/99 10/03/02 ES Beltex
DODD          KELLY       CO 93560565 05/30/98 12/08/99 10/03/02 CO Beltex
SCOVILLE      DANIEL      NE 94548479 02/10/95 03/18/96 10/03/02 WY Dallas Crwn
TANNER        MAX         UT 94790353 07/22/95 10/09/96 10/03/02 UT Beltex
FRENCH        JAMES       NE 95551969 02/16/96 04/09/97 10/03/02 WY Beltex
BORDOVSKY     LAMONT      NE 96563214 08/13/99 09/13/00 10/03/02 WY Beltex
TUTTLE        GALEN       NE 96827103 02/17/97 02/23/98 10/03/02 WY Beltex
HOUCHIN       MARY        NE 96827179 01/17/97 02/11/98 10/03/02 WY Beltex
PORTER        RICK        CO 97560797 12/10/97 04/07/99 10/03/02 CO Beltex
SOUCIE        ERNEST      NE 98563356 03/05/99 03/05/00 10/03/02 WY Beltex
THOENE        CHARLES     NE 98829393 09/21/99 10/25/00 10/03/02 WY Beltex
THOMPSON      KENNETH     AL 92559877 02/20/98 04/01/99 10/03/02 ES Dallas Crwn
CRANK         DAVID       OK 00012656 02/13/01 04/22/02 10/10/02 NM Beltex
SCHOLTZ       PAUL        CO 99723767 10/20/00 01/08/02 10/10/02 CO Beltex
UHE           BRENDA      WI 87197646 06/24/94 07/10/95 10/10/02 ES Beltex
NACCARATO     LARRY       AZ 88008756 02/03/94 03/15/95 10/10/02 AZ Beltex
GARRETT       JOHN        OK 88171076 05/12/98 05/02/00 10/10/02 NM Beltex
LENZ          DENORA      SD 90562484 09/18/98 12/29/99 10/10/02 MT Beltex
MADSEN        BENNETT     UT 91740574 09/14/91 11/17/92 10/10/02 UT Beltex
ZIEROTT       SUSAN       NE 92547876 04/22/95 04/22/96 10/10/02 WY Beltex
MOSS          PHILIP      LA 98566213 02/11/00 07/30/01 10/10/02 ES Beltex
JONES         DARRELL     SD 96554101 07/19/96 09/09/97 10/10/02 MT Beltex
HAMILTON      JACQUELINE  NE 97559439 10/31/97 12/09/98 10/10/02 WY Beltex
ASHCRAFT      JOHN        TX 97565496 08/18/00 10/25/01 10/10/02 NM Beltex
HEGER         DENNIS      CO 99567355 06/17/00 07/09/01 10/10/02 CO Beltex
MCCARTHY      JOHN        NE 99831729 08/25/01 08/28/02 10/10/02 WY Beltex
PETERSON      GERALD      NV 99742247 09/29/99 08/08/01 10/15/02 NV Dallas Crwn
VINDUSKA      SYLVESTER   KS 98568760 05/04/01 05/10/02 10/17/02 NM Beltex
WALLACE       AARON       UT 90532475 08/10/91 06/15/93 10/17/02 UT Beltex
CONSTANT      JERRY       SD 00012568 04/20/01 05/06/02 10/17/02 MT Beltex
WRIGHT        NORVIN      TX 93551749 04/27/96 06/06/97 10/17/02 NM Beltex
LARSEN        GREG        UT 94560584 07/11/98 07/26/99 10/17/02 UT Beltex
BOUMA         LOUIE       MT 96564209 05/01/99 08/04/00 10/17/02 MT Beltex
RAPP          PHYLINDA    WY 99829839 11/06/99 11/28/00 10/17/02 WY Beltex
PERRY         EDDIE       MS 99246538 12/03/99 01/31/01 10/17/02 ES Beltex
FRAME         LAWRENCE    CO 98828993 11/21/98 11/22/99 10/17/02 CO Beltex
```

```
ROBERTSON        ROSA          OH 91561966 02/06/99 02/17/00 11/21/02 ES Beltex
HOWSER           HIRAM         CA 94546445 09/09/94 09/26/95 11/21/02 CA Beltex
LEE              TREY          TX 94553240 05/18/96 05/13/98 11/21/02 NM Beltex
PETERSON         STEVEN        UT 94761709 04/08/95 11/26/96 11/21/02 UT Beltex
PAONESSA         LISA          MT 96455207 11/01/97 12/22/98 11/21/02 MT Beltex
STEPHENSON       BOB           NE 98567808 05/20/00 07/05/01 11/21/02 WY Beltex
MILLER           CURT          IA 99013053 08/25/01 10/08/02 11/21/02 ES Beltex
FRANSSEN         BERNARD       NE 81807054 12/27/82 11/22/83 11/27/02 WY Beltex
SMITH            TERI          WY 85818877 03/19/88 04/11/89 11/27/02 WY Beltex
HARMS            CALVIN        IA 92208689 10/07/95 09/09/97 11/27/02 ES Beltex
HARP             MARY          AR 92561130 06/26/98 07/02/99 11/27/02 ES Beltex
LIPHAM           FRED          TN 94554777 05/17/97 07/16/98 11/27/02 ES Beltex
EICHACKER        MICHELLE      SD 95827433 06/29/97 07/13/98 11/27/02 MT Beltex
DAVIS            MISTRI        CO 97012076 03/17/00 04/23/01 11/27/02 CO Beltex
DAVIS            MYRT          CO 97012167 03/17/00 04/23/01 11/27/02 CO Beltex
TOCKEY           MIKE          NE 99571972 06/19/01 07/31/02 11/27/02 WY Beltex
KIRKWOOD         RANDY         WY 94830602 11/17/00 01/31/02 12/05/02 WY Beltex
GILLAND          RICK          IN 90551050 07/27/96 11/15/98 12/05/02 ES Beltex
RAY              JACK          MT 92539972 06/04/93 08/22/94 12/05/02 MT Beltex
MURPHY           RICHARD       IN 93210103 04/25/98 05/19/99 12/05/02 ES Beltex
MCCOWELL         TRESA         GA 93562610 11/06/98 11/29/99 12/05/02 ES Beltex
PHELPS           WILLIAM       UT 95559214 07/18/98 07/20/99 12/05/02 UT Beltex
HEINLE           W             ND 98562963 05/21/99 05/23/00 12/05/02 MT Beltex
GROSS            MAURICE       KS 99572392 10/03/01 10/30/02 12/05/02 NM Beltex
RANDALL          ROY           WY 89824040 11/15/93 12/16/94 12/23/02 WY Dallas Crwn
EHRET-LEWIS      SANDRA        FL 94556541 05/03/97 07/15/98 12/23/02 ES Dallas Crwn
KILZER           ROBERT        SD 96562546 09/25/98 10/19/99 12/23/02 MT Dallas Crwn
RIGGAN           JOHN          FL 00012861 01/06/01 06/06/02 12/23/02 ES Dallas Crwn
KRIEGER          CLIFF         CA 96210887 05/22/98 09/16/99 12/23/02 CA Dallas Crwn
ARNOLD           DAVINA        MO 98570213 03/10/01 04/18/02 01/02/03 ES Beltex
ROBERTSON        BILLY         AR 90536685 07/11/92 08/04/93 01/02/03 ES Beltex
LAHOWETZ         LARRY         NE 96556813 07/18/97 09/02/98 01/02/03 WY Beltex
HOOGE            HERMAN        LA 99567518 06/27/00 09/04/01 01/02/03 ES Beltex
LAHOWETZ         LARRY         NE 95870504 05/12/95 06/21/96 01/02/03 WY Beltex
BILLINGS         GLEN          AR 97566954 04/07/00 05/16/01 01/08/03 ES Dallas Crwn
PILLING          JANET         MT 94548332 04/15/95 04/18/96 01/09/03 MT Beltex
PILLING          JANET         MT 94548899 04/15/95 04/18/96 01/09/03 MT Beltex
CARLSON          PAULA         WI 96563491 06/24/00 07/11/01 01/09/03 ES Beltex
SEGELKE          WILLIAM       CO 97562361 05/30/98 07/29/99 01/09/03 CO Beltex
CRAIG            JAMES         OK 98565774 08/10/99 11/07/00 01/09/03 NM Beltex
BUTLER           FARRELL       AR 92567688 06/24/00 02/14/02 01/09/03 ES Beltex
GRAGE            MARILYN       SD 84812308 04/25/85 04/21/86 01/09/03 MT Beltex
SWANSON          BOB           KS 99569858 08/24/01 08/28/02 01/15/03 NM Dallas Crwn
LINEBURGER       CLEATUS       NC 94557302 04/12/97 07/14/98 01/15/03 ES Dallas Crwn
HERMANCE         KRIS          AZ 00140690 10/14/00 03/18/02 01/16/03 AZ Beltex
NIERMEIER        CLARENCE      KS 00568912 10/06/00 02/15/02 01/16/03 NM Beltex
VALENTINE        VYVYAN        AZ 95830195 10/14/00 10/19/01 01/16/03 AZ Beltex
WOLFE            TERRY         MO 85555842 03/08/97 04/10/98 01/16/03 ES Beltex
WOLFE            TERRY         MO 88555519 03/08/97 04/10/98 01/16/03 ES Beltex
WOLFE            TERRY         MO 89551062 11/04/95 11/19/96 01/16/03 ES Beltex
BROWN            ROBERT        CA 94546003 11/06/94 11/20/95 01/16/03 CA Beltex
GETTLE           CHARLES       MO 95825913 06/22/96 09/09/97 01/16/03 ES Beltex
SPROWLES         RODNEY        KY 94741918 11/17/01 01/03/03 01/16/03 ES Beltex
VAN WART         KAREN         KS 96245734 09/21/96 12/05/97 01/16/03 NM Beltex
```



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4700 (260)

August 20, 2004

Mr. Howard Crystal
Meyer & Glitzenstein
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009-1056

Dear Mr. Crystal:

With this letter, the Bureau of Land Management (BLM) is providing to the Fund for Animals (FFA) the Slaughterhouse Log and law enforcement information on all titled wild horses and burros that have gone to slaughter during the 6-month period between February 1, 2004, and July 31, 2004. This information is being provided in accordance with our agreement with the FFA.

The information provided is, as in the past, the adopter's last and first name; the adopter's State of residence; the animal's freezemark; the adoption date; the title date; the death date; the BLM Administrative State; and the slaughter house where the animal was processed.

The BLM will continue to provide the FFA with this Mortality Report (slaughterhouse log) and the reported law enforcement information every six months. The next installment will include all titled wild horses and/or burros that have gone to slaughter from August 1, 2004, through January 31, 2005, and will be provided to the FFA by February 15, 2005.

If you have any questions or concerns, please contact Sharon Kipping, National Wild Horse and Burro Program Specialist, at (202) 452-7753.

Sincerely,

Bud Cribley
for Ed Shepard
Assistant Director
Renewable Resources and Planning

Enclosures

```
                            MORTALITY REPORT
                      REPORT DATE:  08/02/2004

Area Covered in Report:  Bureauwide

Period Covered in Report:  02/01/2004 To 07/31/2004

Selection Criteria Invoked:  Death Causes:  Destroyed Commercially

AS is BLM Administrative State of Jurisdiction

Adopter LN        Adopter FN  ST Freezmrk  Adopt DT Title DT Death DT AS Death Loc

DAVIS             TOM         CO 97829548  11/12/99 04/23/01 02/05/04 CO Dallas Crwn
POLLARD           LUKE        OK 89537733  01/09/93 02/10/94 02/05/04 NM Beltex
POLLARD           NOAH        OK 92543701  03/26/94 07/21/97 02/05/04 NM Beltex
LANKFORD          CILLIS      KY 92553522  04/27/96 05/29/97 02/05/04 ES Dallas Crwn
DAVIS             MISTRI      CO 97012161  03/17/00 04/23/01 02/05/04 CO Beltex
DAVIS             MYRT        CO 94567590  03/17/00 04/23/01 02/05/04 CO Beltex
TURKEY CREEK RA               CO 99578442  08/23/02 10/07/03 02/05/04 CO Beltex
CRAGER            MICHAEL     AL 96573438  05/25/01 06/27/02 02/05/04 ES Beltex
CRAGER            DEBBIE      AL 99573448  05/25/01 01/23/04 02/05/04 ES Beltex
CRAGER            JOSEPH      AL 97573485  06/08/01 06/10/02 02/05/04 ES Beltex
CRAGER            MICHAEL     AL 99573405  05/25/01 06/27/02 02/05/04 ES Beltex
CRAGER            JOSEPH      AL 95572234  06/08/01 06/10/02 02/05/04 ES Beltex
CRAGER            MICHAEL     AL 99572916  05/25/01 01/23/04 02/05/04 ES Beltex
CRAGER            MICHAEL     AL 97573541  05/25/01 01/23/04 02/05/04 ES Beltex
LONG              NADINE      CO 97573017  06/15/01 08/26/02 02/05/04 CO Beltex
DAVIS             MYRT        CO 97566583  05/16/01 06/10/02 02/05/04 CO Beltex
CRAGER            MICHAEL     AL 97572585  05/25/01 06/27/02 02/05/04 ES Beltex
CRAGER            JOSEPH      AL 98573149  05/25/01 01/23/04 02/05/04 ES Beltex
BOYD              JERRY       TX 98833331  12/13/02 12/17/03 02/05/04 NM Beltex
RUNLES            EUGENE      LA 89542660  01/08/94 04/05/95 02/05/04 ES Beltex
BRANDT            JERRY       IA 94557270  04/05/97 04/10/98 02/05/04 ES Dallas Crwn
WELLS             MISTY       AL 89529584  11/16/90 01/13/92 02/05/04 ES Beltex
CRAGER            MICHAEL     AL 98572554  05/25/01 06/27/02 02/05/04 ES Beltex
CRAGER            MICHAEL     AL 95573152  05/25/01 06/27/02 02/05/04 ES Beltex
DIV WILDLIFE S    -           UT 79740020  02/23/81 07/20/82 02/12/04 UT Beltex
SINCLAIR          EDWARD      SD 94550283  10/27/95 07/01/97 02/12/04 MT Beltex
O'NEEL            MARY        NV 96210837  03/27/98 04/01/99 02/12/04 NV Beltex
CHRISTIAN         YVONNE      CT 96722257  11/23/96 03/05/98 02/12/04 ES Beltex
BATTY             DAVID       UT 99790647  07/22/00 08/09/01 02/12/04 UT Beltex
GUSENIUS          PETER       SD 98012094  09/30/00 02/28/02 02/12/04 MT Beltex
MCMAHON           ANGELA      CA 01214488  10/20/02 01/18/04 02/12/04 CA Beltex
STERLING          KENNETH     KS 96826097  07/13/96 08/28/97 02/17/04 NM Dallas Crwn
HELM              RANDY       AZ 95552786  12/16/96 12/30/97 02/19/04 AZ Beltex
CLARK             TAMMY       WY 00578590  10/26/02 01/22/04 02/19/04 WY Beltex
BRIXEY            PAUL        OK 01724307  07/19/02 09/10/03 02/19/04 NM Beltex
SHELMAN           LARRY       OK 00572432  08/14/01 02/18/03 02/19/04 NM Beltex
SHELMAN           LARRY       OK 00830891  08/14/01 02/18/03 02/19/04 NM Beltex
JORDEN            JOHNNIE     LA 88208638  01/23/01 08/22/02 02/24/04 ES Dallas Crwn
ZINGG             LAMONT      ND 00870675  09/09/00 09/17/01 02/26/04 MT Beltex
BARNARD           DAVID       WY 92559553  09/19/98 11/03/99 02/26/04 WY Beltex
RONDEAU           IRMGARD     FL 93722771  07/10/00 08/06/01 02/26/04 ES Beltex
STAGGS            BOBBY       OK 94563926  06/12/99 09/07/00 02/26/04 NM Dallas Crwn
EAGLE             BRYAN       MI 96558216  05/11/97 06/16/98 02/26/04 ES Beltex
MUTSCHELKNAAS     MONTE       ND 96561144  09/25/98 09/26/00 02/26/04 MT Beltex
```

```
YOSHIDA          NANCY       ND 01575701 07/12/02 07/23/03 02/26/04 MT Beltex
GOSSARD          LORI        ND 97212566 07/12/02 08/14/03 02/26/04 MT Beltex
CARPENTER        DAVID       ND 88547713 01/20/95 02/15/96 02/26/04 MT Beltex
MUTSCHELKNAAS    MONTE       ND 98723109 09/25/98 09/26/00 02/26/04 MT Beltex
MENAGH           TERRY       NE 99832247 08/24/02 10/02/03 03/03/04 WY Dallas Crwn
MUDD             ANNA        OK 82505172 04/18/86 07/08/87 03/04/04 NM Beltex
MEDLANG          OBERT       ND 89009615 01/20/95 02/15/96 03/04/04 MT Beltex
SCHUMACHER       RICHARD     ND 89171125 09/09/00 12/14/01 03/04/04 MT Beltex
BRAUN            GEORGE      ND 92548415 01/20/95 04/16/96 03/04/04 MT Beltex
JENSEN           EINER       MN 96562134 07/25/98 08/20/99 03/04/04 ES Beltex
SCHUMACHER       RICHARD     ND 91567196 09/09/00 12/14/01 03/04/04 MT Beltex
ZINGG            LAMONT      ND 00568640 09/09/00 09/17/01 03/04/04 MT Beltex
HEWSON           ROY         ND 96013597 09/22/01 09/23/02 03/04/04 MT Beltex
DAVIS            DIANA       OK 92761799 09/19/95 10/09/96 03/04/04 NM Beltex
ANDERSON         GERALD      MO 92538485 03/13/93 07/11/94 03/09/04 ES Dallas Crwn
SIMPSON          TAMMI       NE 00568981 10/06/00 12/13/02 03/11/04 WY Beltex
MALEY            ROSEMARY    KS 99568528 08/11/00 09/20/01 03/11/04 NM Beltex
BRADLEY          DORIS       KY 88532308 08/10/91 09/22/92 03/11/04 ES Beltex
BRANDT           RAYMOND     IN 90536713 07/19/92 08/02/93 03/11/04 ES Beltex
SCHUIRMANN       RALPH       WI 92536047 05/29/92 07/14/93 03/11/04 ES Beltex
RENFROE          CHARLES     AL 92822542 08/02/92 11/15/93 03/11/04 ES Dallas Crwn
THURSTON         PHIL        OK 96011546 07/14/98 07/26/99 03/11/04 NM Beltex
SWARTZ           ROY         KS 96722374 07/12/97 05/19/99 03/11/04 NM Beltex
CHRISTNER        ARNOLD      CO 96572381 06/29/01 07/01/02 03/11/04 CO Beltex
HARDESTY         CHARLES     OK 92826777 11/16/96 12/05/97 03/11/04 NM Beltex
BRITO            PEDRO       OK 97568727 07/20/02 08/19/03 03/11/04 NM Beltex
CHOWNING         WANDA       KY 91821770 08/16/91 09/09/92 03/11/04 ES Beltex
ONE STAR         EDWARD      SD 97560141 03/27/98 08/09/00 03/11/04 MT Dallas Crwn
PFEIFER          DEBRA       AZ 98174197 10/14/00 10/24/01 03/18/04 AZ Beltex
COOK             TERRI       AZ 87819588 03/04/89 08/01/90 03/18/04 AZ Beltex
JONES            DIANE       AZ 96566217 03/19/00 04/16/03 03/18/04 AZ Beltex
RASCHKE          HUBERT      TX 89828813 12/12/98 03/31/00 03/18/04 NM Beltex
PRISBREY         STACY       UT 00790702 08/15/00 08/22/01 03/18/04 UT Beltex
OLSON            ROBERT      ND 91547915 03/10/95 03/19/96 03/26/04 MT Beltex
YOUNG            AMY         UT 96722660 09/13/97 10/13/98 03/26/04 UT Beltex
KLABENES         MICHAEL     NE 96870550 06/07/96 06/16/97 03/26/04 WY Beltex
GREEN            CAROLYN     MO 97560308 08/14/98 09/15/99 03/26/04 ES Dallas Crwn
GARRARD          LESLIE      UT 97722724 11/15/97 03/01/99 03/26/04 UT Dallas Crwn
FROEHLICH        ERMA        WY 97828448 04/18/98 11/23/99 03/26/04 WY Beltex
WESSELS          ROGER       NE 99566049 12/04/99 12/19/00 03/26/04 WY Beltex
REYNOLDS         GREGORY     KY 97741510 10/14/00 11/15/01 03/26/04 ES Dallas Crwn
WATSON           MARTHA      NM 98571516 09/07/01 09/16/02 03/26/04 NM Beltex
WALKER           PRESTON     CO 99572195 05/25/01 07/03/02 03/30/04 CO Dallas Crwn
ANDERSON         JANET       NE 97560477 03/27/98 06/09/99 03/31/04 WY Dallas Crwn
SLATE            MELVIN      OK 98246482 07/11/00 07/31/01 03/31/04 NM Dallas Crwn
DUBAS            GENE        NE 99570065 06/21/01 09/02/03 04/01/04 WY Beltex
GALE             NORMAN      MO 97212595 10/20/01 12/10/02 04/01/04 ES Beltex
RICHMOND         KRISTINA    NV 91544556 04/16/94 02/09/96 04/01/04 NV Beltex
GLASER           JOHN        LA 91557802 10/25/97 04/16/01 04/01/04 ES Beltex
STEWART          JOHN        MO 93551220 11/04/95 03/11/97 04/01/04 ES Beltex
PETERSON         VINCENT     CO 94546985 02/25/95 09/30/96 04/01/04 CO Beltex
GUERUE           PAUL        SD 97561123 07/17/98 10/21/99 04/01/04 MT Beltex
SLATE            MELVIN      OK 98829426 07/11/00 07/31/01 04/01/04 NM Beltex
DUBAS            GENE        NE 99572675 06/21/01 09/02/03 04/01/04 WY Beltex
ETCHEVERRY       JIM         NV 98574928 07/28/01 08/22/02 04/01/04 NV Beltex
LABRUM           DON         UT 00723482 10/11/00 06/12/03 04/01/04 UT Beltex
DONAHO           DONALD      MT 96829782 11/06/99 11/25/02 04/01/04 MT Beltex
```

```
JELLISON       DAVID       KS 00212322 07/12/02 08/19/03 04/01/04 NM Beltex
DECKER         DENIS       IL 94548017 05/13/95 07/24/96 04/01/04 ES Beltex
ROSSOW         ARLEN       MN 92546265 10/08/94 11/20/95 04/08/04 ES Dallas Crwn
CROSS          DONAVON     OK 95558433 09/02/97 05/26/99 04/08/04 NM Dallas Crwn
ROSSOW         ARLEN       MN 95825326 10/07/95 10/10/96 04/08/04 ES Beltex
COFFEE         HAROLD      TX 97827597 09/20/97 09/28/98 04/08/04 NM Dallas Crwn
ROSSOW         ADALINE     MN 97828739 10/03/98 10/06/99 04/08/04 ES Beltex
HOVE           JAMES       CO 99741972 01/24/03 02/24/04 04/08/04 CO Beltex
BEAL           BRUCE       UT 97013071 06/23/01 07/16/02 04/08/04 UT Beltex
WARE           GAYLE       CO 00246772 10/06/01 11/13/02 04/08/04 CO Beltex
MUSICK         LONNIE      CO 83525183 07/22/89 10/10/90 04/22/04 CO Beltex
DECKER         DIANE       IL 84197508 06/24/94 11/02/95 04/22/04 ES Beltex
MOORE          ROY         NM 95554648 09/21/96 10/15/97 04/22/04 NM Beltex
CURRY          TRACI       ID 98565023 04/03/99 04/14/00 04/22/04 ID Beltex
BANFORD        JANICE      LA 98576351 02/15/03 02/25/04 04/22/04 ES Beltex
FARLEY         JAMES       NE 98567810 06/05/00 04/11/02 04/22/04 WY Beltex
HUNT           GEORGE      AZ 99175248 10/12/02 10/21/03 04/22/04 AZ Beltex
GLASCO         BRADLEY     CA 96170841 08/01/97 08/24/98 04/22/04 CA Beltex
JONES          JOHN        OH 91549720 07/29/95 11/03/03 04/28/04 ES Dallas Crwn
BURNHAM        BRIAN       SD 00572163 06/20/01 09/26/02 04/28/04 MT Dallas Crwn
FRAPPIER       CHAD        ND 01576296 12/30/02 04/05/04 04/28/04 MT Dallas Crwn
BORG           LIL         ND 91822437 05/02/92 10/08/93 04/29/04 MT Beltex
HUGHES         RICHARD     NE 93551870 02/16/96 04/09/97 04/29/04 WY Beltex
BALDWIN        GEORGE      GA 94552936 05/04/96 06/05/97 04/29/04 ES Beltex
FRAPPIER       CHAD        ND 01575632 12/30/02 04/05/04 04/29/04 MT Beltex
BALDWIN        GEORGE      GA 98570592 09/22/01 10/29/02 04/29/04 ES Beltex
WILSON         LAURA       MO 96573105 11/03/01 11/07/02 04/29/04 ES Beltex
STIFFLER       DAVID       MO 86870100 04/09/88 08/01/89 04/29/04 ES Beltex
SWISHER        FRANCIS     NE 92208405 03/24/95 09/25/96 04/29/04 WY Beltex
WORKMAN        TAMI        KS 97568792 10/06/00 11/15/01 05/06/04 NM Beltex
BARNER         WALTER      SC 88559723 11/09/97 12/29/98 05/06/04 ES Beltex
LYON           JACK        NY 91539525 05/15/93 06/15/94 05/06/04 ES Beltex
CRAGER         MICHAEL     AL 95572670 05/25/01 06/27/02 05/06/04 ES Beltex
PINKARD        ED          CO 99575044 07/07/02 09/19/03 05/06/04 CO Beltex
BRITO          PEDRO       OK 98012758 07/20/02 08/19/03 05/06/04 NM Beltex
COATES         MICHAEL     ID 90008920 04/24/93 06/16/94 05/06/04 ID Beltex
SHOWS          MARVIN      MS 01641108 04/21/02 06/05/03 05/06/04 ES Beltex
BRESNAHAN      SEAN        IA 00762641 03/31/01 04/09/02 05/13/04 ES Beltex
DOERSCHER      BRIAN       MO 88557773 04/05/97 05/07/98 05/13/04 ES Dallas Crwn
FRITTS         JOHN        MO 90558593 11/14/98 07/19/00 05/13/04 ES Beltex
ADKINS         WILLIE      TN 91557572 09/15/97 10/05/98 05/13/04 ES Dallas Crwn
MCKINNEY       DONALD      FL 93553017 05/04/96 06/26/97 05/13/04 ES Dallas Crwn
DEROIN         STEVE       ID 94560600 12/12/97 07/16/99 05/13/04 ID Beltex
CUTLER         DILLON      SD 95826268 10/13/96 01/20/98 05/13/04 MT Beltex
JONAS          STEVEN      SD 96826210 10/12/96 11/12/97 05/13/04 MT Beltex
ENSZ           LUANNE      KS 97561755 03/27/98 09/16/99 05/13/04 NM Dallas Crwn
TIMMERMAN      DARELD      NE 98562956 08/13/99 08/18/00 05/13/04 WY Dallas Crwn
GOEDERT        CONSTANCE   IA 98564964 04/03/99 04/11/00 05/13/04 ES Dallas Crwn
BALDRIDGE      PATRICIA    TX 01641140 06/07/02 07/03/03 05/13/04 NM Beltex
TRICHE         ALVIN       LA 97829783 08/19/00 11/30/01 05/13/04 ES Beltex
SCHAAR         BETTY       WI 01831941 11/17/01 12/10/02 05/13/04 ES Beltex
MIDDLEBROOKS   JAMES       AL 93543263 03/25/94 04/21/95 05/13/04 ES Beltex
OLIN           ROBERT      CA 95170973 04/28/97 05/19/98 05/13/04 CA Beltex
JONAS          STEVEN      SD 96554096 10/12/96 11/12/97 05/13/04 MT Beltex
RHYNE          BRUCE       CO 01834551 04/15/03 04/16/04 05/13/04 CO Beltex
KAHOE          ARTHUR      MS 02742716 12/14/02 12/15/03 05/13/04 ES Beltex
BARKLEY        ALBEN       KY 87741612 06/16/01 06/19/02 05/17/04 ES Dallas Crwn
```

```
BARKLEY        ALBEN      KY 98830633 06/16/01 06/19/02 05/17/04 ES Dallas Crwn
PEKAS          JODY       ND 96558123 07/25/97 12/26/98 05/17/04 MT Dallas Crwn
COCKROFT       JACKY      MS 99573286 12/08/01 03/11/03 05/17/04 ES Dallas Crwn
LOKKEN         SHANNON    MN 90531664 04/27/91 04/29/92 05/20/04 ES Beltex
WENDEL         TRAVIS     TX 94563745 01/30/99 02/10/00 05/20/04 NM Beltex
HALL           CLINT      IN 99573882 04/20/02 04/23/03 05/20/04 ES Beltex
COATES         BOYD       UT 98762367 12/04/99 04/11/01 05/20/04 UT Beltex
BIFFLE         BILL       TX 99832537 04/25/03 05/12/04 05/20/04 NM Beltex
WERNER         CHARLES    ID 95557450 03/22/97 07/31/98 05/20/04 ID Beltex
BIFFLE         BILL       TX 02641627 04/25/03 05/12/04 05/20/04 NM Beltex
FASTNACHT      GERALD     SD 89557838 06/29/97 07/13/98 05/20/04 MT Beltex
JANKE          PHILIP     KS 97723668 02/02/01 09/16/02 05/27/04 NM Beltex
GORDON         JOY        GA 85541558 02/05/94 06/06/95 05/27/04 ES Beltex
HEISER         GLEN       KS 87631259 04/14/89 05/02/90 05/27/04 NM Beltex
STEWART        ROCKY      TX 95558320 07/30/97 08/27/98 05/27/04 NM Beltex
ROBINSON       JACK       CA 96172551 03/05/99 03/28/00 05/27/04 CA Beltex
REED           DENISE     MO 97567770 08/19/00 08/28/01 05/27/04 ES Beltex
JANKE          PHILIP     KS 95568702 02/02/01 09/16/02 05/27/04 NM Beltex
KURTENBACH     DANIEL     SD 00762603 04/20/01 04/29/02 05/27/04 MT Beltex
KURTENBACH     DANIEL     SD 00780396 04/20/01 04/29/02 05/27/04 MT Beltex
TERRY          LONDELL    WY 00214356 10/26/02 01/08/04 05/27/04 WY Beltex
WILSON         TERRY      MS 01577491 04/21/02 04/24/03 05/27/04 ES Beltex
WILSON         TERRY      MS 01641225 04/21/02 04/24/03 05/27/04 ES Beltex
HARMS          KEVIN      NE 98828959 11/21/98 01/19/00 05/27/04 WY Beltex
SEAL           TERRY      MS 99576252 04/04/03 04/06/04 05/27/04 ES Beltex
PLEMONS        MICHAEL    WY 88543316 02/11/94 03/08/95 05/31/04 WY Dallas Crwn
ADAMS          JON        UT 99571115 05/19/01 09/26/02 06/03/04 UT Dallas Crwn
CROOM          HAROLD     NC 88825384 10/21/95 09/15/98 06/03/04 ES Beltex
ENGBRECHT      RAYMOND    ND 93560044 09/25/98 10/19/99 06/03/04 MT Beltex
ROMEY          TROY       NE 94826473 08/10/96 10/31/97 06/03/04 WY Beltex
ROBBINS        JOEL       NE 96560050 06/20/98 06/28/01 06/03/04 WY Beltex
SPAHAN         KAREN      NV 96560709 05/30/98 06/22/99 06/03/04 NV Beltex
ATKINSON       SHIRLEY    ND 97562267 09/25/98 11/04/99 06/03/04 MT Beltex
CUNNINGHAM     HEATHER    AL 96567992 05/27/00 01/25/02 06/03/04 ES Beltex
PARKIN         BRENT      UT 98012682 12/22/00 06/17/02 06/03/04 UT Dallas Crwn
TREVINO        ALBERT     NV 96574915 07/28/01 09/24/02 06/03/04 NV Beltex
MANSHEIM       LEO        SD 00572162 06/20/01 07/05/02 06/03/04 MT Beltex
KUFALK         ROBERT     NE 00576527 06/01/02 10/02/03 06/03/04 WY Beltex
PETERSON       DOUGLAS    NE 99572517 12/07/01 01/24/03 06/03/04 WY Dallas Crwn
GLORE          TONY       MO 89532258 02/28/92 04/08/93 06/03/04 ES Beltex
HERBST         RICHARD    UT 01762788 06/22/02 09/09/03 06/03/04 UT Dallas Crwn
WATERHOUSE     JAMES      IA 85529866 06/13/96 05/20/04 06/10/04 ES Beltex
JOHNSON        DAYLE      NV 86520790 08/26/87 10/17/88 06/10/04 NV Beltex
LOGSDON        TIM        CO 96569073 09/29/00 01/17/02 06/10/04 CO Beltex
MAXWELL        PAMELA     CA 90009061 10/16/93 03/13/95 06/10/04 CA Beltex
HIVELY         DAN        OK 92540452 09/11/93 10/17/94 06/10/04 NM Beltex
TOBIN          LARRY      AZ 95552872 05/18/96 06/06/97 06/10/04 AZ Beltex
NILSSON        MELVIN     ID 96361405 09/05/98 12/03/02 06/10/04 ID Beltex
RIND           MAURICE    NV 97564066 10/24/98 05/02/00 06/10/04 NV Beltex
HUEFTLE        JULIE      CA 96567203 10/29/99 11/22/00 06/10/04 CA Beltex
HOFFNER        EMMETT     MN 98577091 09/03/02 04/13/04 06/10/04 ES Beltex
WATERHOUSE     JAMES      IA 84527362 06/13/96 03/11/03 06/10/04 ES Beltex
DIXON          LUCINDA    IL 91548249 05/13/95 05/14/97 06/10/04 ES Beltex
STONER         CHARLES    NE 96826187 10/12/96 10/31/97 06/10/04 WY Beltex
HAMMEL         KAREN      MT 88137081 09/14/94 10/13/95 06/17/04 MT Beltex
OSWALD         CAROL      MO 90210784 11/14/98 12/07/99 06/17/04 ES Dallas Crwn
BRAGG          LINDA      IA 90530968 04/14/91 04/23/92 06/17/04 ES Beltex
```

```
OSWALD         GEORGE      MO 91559798 11/15/97 01/20/99 06/17/04 ES Dallas Crwn
ERICKSON       SHAIROZION  MT 92540068 04/24/93 06/09/94 06/17/04 MT Beltex
TOPOLOVEC      MICHAEL     UT 94780112 09/10/94 06/17/96 06/17/04 UT Dallas Crwn
JUNGE          MARILYN     UT 96560462 04/11/98 07/21/99 06/17/04 UT Beltex
PARKS          EDWARD      TN 98723451 09/23/00 10/30/01 06/17/04 ES Dallas Crwn
CRONE, JR      DOUGLAS     IN 93563396 04/10/99 04/01/03 06/17/04 ES Beltex
DAHL           HAROLD      SD 01574399 04/27/02 06/24/03 06/17/04 MT Beltex
BRADSHAW       RODNEY      UT 97214135 05/18/02 06/17/03 06/17/04 UT Dallas Crwn
BOWMAN         DEWAYNE     KY 01762758 12/08/01 12/17/02 06/17/04 ES Beltex
BRADY          ANNE        TX 81805989 10/26/81 08/18/83 06/17/04 NM Beltex
WILLIAMSON     ARVILLE     MS 97741663 12/09/00 12/03/03 06/24/04 ES Beltex
LAWRENCE       CHARLES     SD 98723701 04/20/01 06/17/02 06/24/04 MT Beltex
FLORES         BUCK        CO 90245454 05/16/97 06/29/98 06/24/04 CO Beltex
DAVIS          CHARLES     MT 93557675 05/31/97 10/09/98 06/24/04 MT Beltex
DAVIS          STERLING    UT 97559166 07/18/98 04/19/01 06/24/04 UT Beltex
COUNCIL        LESTER      CO 99242263 09/18/99 10/17/00 06/24/04 CO Beltex
DUNN           ROBIN       KS 02833107 09/23/02 10/07/03 06/24/04 NM Beltex
DUNN           ROBIN       KS 02833108 09/23/02 10/07/03 06/24/04 NM Beltex
GROVER         ERIC        ID 01577193 05/04/02 09/15/03 06/24/04 ID Dallas Crwn
GROVER         EVAN        ID 01577874 05/04/02 09/15/03 06/24/04 ID Dallas Crwn
BAKER          PATRICK     WY 00213477 04/26/03 04/28/04 06/24/04 WY Beltex
SCHON          JOHN        KS 97569461 03/31/01 04/22/02 06/24/04 NM Beltex
WILLIAMS II    CHARLES     OK 00575604 09/09/02 05/12/04 06/24/04 NM Beltex
BAKER          PATRICK     WY 02833790 04/26/03 04/28/04 06/24/04 WY Beltex
STRICKLAND     SHELIAH     NC 99880025 09/10/99 01/10/01 06/28/04 ES Dallas Crwn
CALLIS         SANDY       TN 00570789 11/17/01 01/28/04 06/28/04 ES Dallas Crwn
GASS           ROY         KY 00572416 10/06/01 10/23/02 06/28/04 ES Dallas Crwn
RICHARDS       DENNIS      NE 98576131 02/15/02 06/03/03 06/28/04 WY Dallas Crwn
SLOAN          DANIEL      ID 92008666 09/25/92 10/07/93 07/01/04 ID Beltex
MERKLEY        CLYDE       UT 93790384 07/22/95 01/16/97 07/01/04 UT Beltex
MERZ           RUDY        WY 94825416 10/31/95 02/03/97 07/01/04 WY Beltex
MEADOWS        JENNIFER    FL 95209600 04/26/97 08/25/98 07/01/04 ES Beltex
GUSTAFSON      ROBERT      MT 97568239 07/08/00 07/16/01 07/01/04 MT Beltex
CVITKOVIC      DEAN        KY 01575721 08/24/02 10/10/03 07/01/04 ES Beltex
CVITKOVIC      DEAN        KY 00215253 08/24/02 10/10/03 07/01/04 ES Beltex
FRERICHS       ARTHUR      NE 00830030 05/20/00 04/10/02 07/01/04 WY Beltex
CHASTAIN       PAUL        MO 93556503 08/30/97 02/18/99 07/01/04 ES Beltex
CVITKOVIC      DEAN        KY 99566047 08/24/02 10/10/03 07/01/04 ES Beltex
KEPHART        JUDITH      OK 96568549 06/29/00 07/31/01 07/01/04 NM Beltex
FITCH          CURTIS      AL 95569953 05/19/01 10/23/02 07/08/04 ES Beltex
SCRIBNER       CLARENCE    IA 86521283 08/28/88 09/19/89 07/08/04 ES Beltex
MOORE          BARBARA     NV 91532866 12/16/91 07/26/93 07/08/04 NV Beltex
BRIGTH         KIM         WY 94825948 05/18/96 08/06/97 07/08/04 WY Beltex
MAUZY          LINDA       MD 96562391 09/19/98 10/06/99 07/08/04 ES Beltex
BRENGLE        BILL        SD 96565923 05/15/99 08/11/00 07/08/04 MT Beltex
LEWIS          RANDALL     ID 97742043 05/01/99 07/21/00 07/08/04 ID Beltex
JONES          WILLIAM     MS 97575978 12/08/01 02/11/03 07/08/04 ES Beltex
ANDRUS         DENISE      NV 02581280 09/01/02 09/04/03 07/08/04 NV Beltex
ANDRUS         DENISE      NV 02581281 09/01/02 09/04/03 07/08/04 NV Beltex
JONES          WILLIAM     MS 99573568 12/08/01 02/11/03 07/08/04 ES Beltex
HUBLEY         MILTON      TX 95722848 07/31/01 08/28/02 07/08/04 NM Beltex
WELCH          LARRY       CO 91542851 04/25/94 06/02/95 07/08/04 CO Beltex
BALER          HESSY       ID 90008852 11/24/92 06/02/94 07/08/04 ID Beltex
HICKS          CURTIS      OK 00578885 06/07/03 06/18/04 07/11/04 NM Dallas Crwn
HANSEN         ROBERT      WI 94210076 06/20/97 08/10/98 07/16/04 ES Dallas Crwn
ROWAN          RANDY       NE 93208224 05/13/95 07/18/96 07/19/04 WY Beltex
GLICK          RANDY       WY 97012043 06/17/00 08/12/02 07/19/04 WY Beltex
```

```
KIRKWOOD        RANDY      WY 00830822 11/17/00 01/31/02 07/19/04 WY Beltex
LANGDON         CATHY      MS 93825168 11/11/98 02/22/00 07/19/04 ES Beltex
LOPEZ           MICHAEL    CO 91245287 08/17/94 08/23/96 07/22/04 CO Beltex
WILSON          JANET      AR 95825178 10/07/95 11/01/96 07/22/04 ES Beltex
SIMONEAUX       MARC       LA 96563586 12/18/98 09/08/00 07/22/04 ES Beltex
BELL            JEAN       AR 99780332 04/08/00 04/26/01 07/22/04 ES Beltex
HARTMANN        BRYAN      SD 99569329 06/20/01 07/12/02 07/22/04 MT Beltex
WILCOX          BARB       SD 99572505 06/20/01 06/21/02 07/22/04 MT Beltex
ROBISON         KEITH      UT 76484995 02/19/80 08/17/81 07/22/04 UT Beltex
SHEDD           GAREY      AL 88528531 04/28/90 05/09/91 07/29/04 ES Beltex
SIMON           BERNARD    KY 90537248 10/22/92 11/18/93 07/29/04 ES Dallas Crwn
SIEFKEN         JERALD     IL 92549196 06/23/95 07/01/96 07/29/04 ES Beltex
HAS EAGLE       ELWYN      MT 93740809 08/14/93 08/15/94 07/29/04 MT Beltex
ALTMAIER        KEITH      NE 96559745 11/01/97 12/09/98 07/29/04 WY Beltex
```



United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

FEB 1 4 2005

In Reply Refer To:
4700 (260)

Mr. Howard Crystal
Meyer & Glitzenstein
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009-1056

Dear Mr. Crystal:

With this letter, the Bureau of Land Management (BLM) is providing to the Fund for Animals (FFA) the Slaughterhouse Log and law enforcement information on all titled wild horses and burros that have gone to slaughter during the 6-month period between August 1, 2004, and January 31, 2005. This information is being provided in accordance with our agreement with the FFA.

The information provided is, as in the past, the adopter's last and first name; the adopter's State of residence; the animal's freezemark; the adoption date; the title date; the death date; the BLM Administrative State; and the slaughter house where the animal was processed.

The BLM will continue to provide the FFA with this Mortality Report (slaughterhouse log) and the reported law enforcement information every six months. The next installment will include all titled wild horses and/or burros that have gone to slaughter from February 1, 2005, through July 31, 2005, and will be provided to the FFA by August 15, 2005.

If you have any questions or concerns, please contact Sharon Kipping, National Wild Horse and Burro Program Specialist, at (202) 452-7753.

Sincerely,

Thomas H Dyer

Ed Shepard
Assistant Director
Renewable Resources and Planning

Enclosures

| Last | First | ST | ID | Date1 | Date2 | Date3 | ST2 | Plant |
|---|---|---|---|---|---|---|---|---|
| MOSBEY | PATRICIA | CO | 02246813 | 09/07/02 | 09/09/03 | 09/09/04 | CO | Beltex |
| NICOL | ALICE | WY | 98831805 | 04/27/02 | 05/14/03 | 09/09/04 | WY | Beltex |
| HARDEN | DENNIS | OK | 95557678 | 05/06/97 | 07/26/99 | 09/09/04 | NM | Beltex |
| WARD | JERALDINE | MT | 02582972 | 06/14/03 | 06/16/04 | 09/09/04 | MT | Beltex |
| TAYLOR | GREGORY | OR | 94009702 | 03/11/95 | 03/14/96 | 09/09/04 | OR | Beltex |
| NAEGLE | REX | NV | 98560347 | 07/30/98 | 10/04/99 | 09/09/04 | NV | Beltex |
| MANSHEIM | LEO | SD | 99571158 | 06/20/01 | 06/21/02 | 09/09/04 | MT | Beltex |
| WELLMON | BUD | TX | 99572715 | 10/14/01 | 09/22/03 | 09/13/04 | NM | Dallas Crwn |
| MARTIN | JOSEPH | KS | 99569814 | 03/31/01 | 06/18/02 | 09/16/04 | NM | Beltex |
| BERNTSON | DELBERT | ND | 93137243 | 08/27/94 | 05/17/96 | 09/16/04 | MT | Beltex |
| RENDON | DAVID | CA | 00570350 | 02/10/03 | 02/26/04 | 09/16/04 | CA | Beltex |
| CARR | TERRY | SD | 96561980 | 09/18/98 | 12/14/99 | 09/16/04 | MT | Beltex |
| HARRELL | BOBBY | MS | 99567516 | 04/14/00 | 07/23/01 | 09/16/04 | ES | Beltex |
| MARTIN | ORRIN | WY | 99831886 | 09/15/01 | 11/18/02 | 09/16/04 | WY | Beltex |
| SCHROCK | LELAND | KS | 98569629 | 03/31/01 | 04/22/02 | 09/16/04 | NM | Beltex |
| DYE | RANDY | NE | 93212039 | 08/11/00 | 10/24/01 | 09/20/04 | WY | Dallas Crwn |
| SIMMERMAN | VICKI | MO | 94552613 | 03/16/96 | 08/08/00 | 09/20/04 | ES | Cavel Intl |
| CHIMITS | PAUL | NV | 93540806 | 09/21/93 | 12/05/94 | 09/23/04 | NV | Beltex |
| EVANS | JIM | OK | 93551836 | 03/04/96 | 03/13/97 | 09/23/04 | NM | Dallas Crwn |
| MCGRAW | CHARLES | TX | 96560005 | 08/01/98 | 12/02/99 | 09/23/04 | NM | Beltex |
| THORNBURG | LARRY | AR | 98741445 | 06/25/99 | 08/08/00 | 09/23/04 | ES | Beltex |
| BRANHAM | SHEILA | OK | 99574584 | 08/12/03 | 08/31/04 | 09/23/04 | NM | Beltex |
| ROOKS | JEROME | WY | 93823260 | 08/15/93 | 02/07/96 | 09/23/04 | WY | Dallas Crwn |
| ROBINSON | PATRICK | MT | 00583355 | 06/14/03 | 08/27/04 | 09/23/04 | MT | Beltex |
| MARTINEZ | EUGENE | CO | 94198159 | 05/05/95 | 05/06/96 | 09/23/04 | CO | Beltex |
| STORK | DENNIS | WI | 79006487 | 02/18/89 | 06/26/90 | 09/24/04 | ES | Cavel Intl |
| THROESCH | DAVID | AR | 97569723 | 08/03/02 | 12/03/03 | 09/27/04 | ES | Cavel Intl |
| THROESCH | DAVID | AR | 96830149 | 08/03/02 | 12/03/03 | 09/27/04 | ES | Cavel Intl |
| LEMASTER | VERLIN | IA | 95825275 | 10/07/95 | 12/16/96 | 09/29/04 | ES | Cavel Intl |
| CORRICK | BRUCE | AL | 91559186 | 05/02/98 | 12/15/99 | 09/30/04 | ES | Beltex |
| BREAZEALE | GASTON | MS | 96555345 | 02/22/97 | 05/19/98 | 09/30/04 | ES | Beltex |
| TANNER | TRENT | UT | 97790621 | 12/07/00 | 02/11/02 | 09/30/04 | UT | Beltex |
| BARBER | LINDA | MS | 96723314 | 04/14/00 | 07/23/01 | 09/30/04 | ES | Beltex |
| THORNHILL | SHERRY | AZ | 98568204 | 04/12/01 | 06/14/02 | 09/30/04 | AZ | Beltex |
| KROUT | DAVID | UT | 96790667 | 07/22/00 | 08/08/01 | 09/30/04 | UT | Beltex |
| KROUT | DAVID | UT | 95790680 | 07/22/00 | 08/08/01 | 09/30/04 | UT | Beltex |
| ANDERSON | HOY | UT | 99742295 | 07/18/01 | 08/12/02 | 09/30/04 | UT | Beltex |
| JENSEN | DEANN | UT | 99213003 | 06/04/02 | 10/30/03 | 09/30/04 | UT | Beltex |
| WILLIAM | DONALD | OK | 95573022 | 07/06/01 | 12/05/02 | 09/30/04 | NM | Beltex |
| WORKMAN | ROBERT | KY | 99780457 | 08/26/01 | 08/28/02 | 09/30/04 | ES | Beltex |
| THACKER | MONTE | TX | 00213935 | 04/26/03 | 06/18/04 | 09/30/04 | NM | Beltex |
| HITESMAN | DON | UT | 01212840 | 06/01/02 | 03/30/04 | 09/30/04 | UT | Beltex |
| ALALOS | JAIME | UT | 99762899 | 08/30/02 | 12/10/03 | 09/30/04 | UT | Beltex |
| THACKER | MONTE | TX | 98568397 | 04/26/03 | 05/12/04 | 09/30/04 | NM | Beltex |
| NYEGAARD | JOHN | MN | 92542986 | 04/23/94 | 06/07/95 | 10/04/04 | ES | Beltex |
| BALD | RICHARD | MO | 92551522 | 03/16/96 | 06/27/97 | 10/04/04 | ES | Beltex |
| MOON | DARIN | KS | 94549849 | 05/13/95 | 06/04/96 | 10/04/04 | NM | Beltex |
| GRUHN | MICHAEL | IA | 91539070 | 04/02/93 | 04/28/94 | 10/04/04 | ES | Beltex |
| LINDOW | ARLIE | MO | 84196789 | 03/13/93 | 04/28/94 | 10/14/04 | ES | Beltex |
| SWEET | DONALD | ND | 97830548 | 05/18/01 | 06/19/02 | 10/14/04 | MT | Beltex |
| RAPP | DAVID | MO | 00723851 | 11/18/00 | 02/01/02 | 10/14/04 | ES | Beltex |
| MCCORKELL | GEORGE | KS | 99569481 | 03/30/01 | 07/16/02 | 10/14/04 | NM | Beltex |
| NORWOOD | STEVEN | AZ | 93543266 | 03/29/94 | 08/07/95 | 10/14/04 | AZ | Beltex |
| DOCKTER | FRANCES | ND | 93550406 | 10/17/95 | 10/22/96 | 10/14/04 | MT | Beltex |
| WIGGLESWORTH | PETER | TX | 94557139 | 04/21/97 | 05/18/98 | 10/14/04 | NM | Beltex |
| HELLMANN | CHARLOTTE | MO | 94825421 | 11/04/95 | 03/11/97 | 10/14/04 | ES | Beltex |
| HUTCHISON | WANDA | CO | 97245986 | 10/11/97 | 06/28/99 | 10/14/04 | CO | Beltex |

```
FLOWERS          JAMES       AL 99214551 10/12/02 06/30/04 11/10/04 ES Beltex
FLOWERS          JAMES       AL 00215225 10/12/02 06/30/04 11/10/04 ES Beltex
FLOWERS          JAMES       AL 01577501 10/12/02 06/30/04 11/10/04 ES Beltex
MAY              RUBEN       CO 01242292 08/03/02 09/09/03 11/10/04 CO Beltex
GROVER           JOHN        WY 97829785 11/06/99 06/28/01 11/11/04 WY Dallas Crwn
CLOWSER          WILLIAM     CO 95242321 08/03/02 09/11/03 11/11/04 CO Dallas Crwn
DAYTON           RICHARD     WY 99575763 04/26/03 04/28/04 11/16/04 WY Dallas Crwn
LAMONT           ROBERT      IA 94560203 04/04/98 04/10/99 11/17/04 ES Cavel Intl
LIGGETT          DENNIS      NE 94722857 06/20/98 11/17/99 11/18/04 WY Beltex
MARTS            GUY         SD 96554152 10/12/96 11/12/97 11/18/04 MT Beltex
GRAESSER         ROSS        SD 96826294 08/09/96 08/25/97 11/18/04 MT Beltex
WOOLDRIDGE       RONALD      TX 99566014 01/22/00 03/07/01 11/18/04 NM Beltex
GRAESSER         ROSS        SD 99568120 06/21/00 07/09/01 11/18/04 MT Beltex
CURTIS           CHET        UT 98215255 01/31/03 04/06/04 11/18/04 UT Beltex
BOGGIO           BRUCE       OR 94010463 05/05/96 05/30/97 11/18/04 OR Beltex
KOCHER           HUBERT      KS 97572096 08/24/01 09/16/02 11/18/04 NM Beltex
KOCHER           HUBERT      KS 99570885 08/24/01 09/16/02 11/18/04 NM Beltex
HEWITT           EDDIE       AR 00578210 06/23/02 07/02/03 11/19/04 ES Cavel Intl
ASHLEY           TODD        AR 90531899 06/29/91 07/15/92 11/22/04 ES Cavel Intl
COX              LELAND      NE 95560778 11/23/98 05/17/00 11/22/04 WY Dallas Crwn
DAVIS            CLARENCE    MS 97741564 09/27/00 10/10/01 11/24/04 ES Beltex
CONSTANT         JERRY       SD 00741699 04/20/01 05/06/02 11/24/04 MT Beltex
SHROCK           ERVIN       OH 89543209 07/09/94 07/10/95 11/24/04 ES Beltex
VANDEN HEUVEL    GARY        WI 90210207 06/20/97 12/07/99 11/24/04 ES Beltex
WHITAKER         STACEY      MO 92199999 11/10/96 11/13/98 11/24/04 ES Beltex
MCFARLIN         AUDREY      GA 96562577 11/06/98 11/29/99 11/24/04 ES Beltex
MCFARLIN         AUDREY      GA 97741291 11/06/98 11/29/99 11/24/04 ES Beltex
NEELY            HOLLY       TX 99570557 12/14/02 05/25/04 11/24/04 NM Beltex
DAVIS            CLARENCE    MS 98566868 09/27/00 10/10/01 11/24/04 ES Beltex
REINERTSON       SHORTY      IA 98567004 04/08/00 05/02/01 11/24/04 ES Beltex
DAVIS            CLARENCE    MS 91567280 07/07/00 07/09/01 11/24/04 ES Beltex
CONSTANT         JERRY       SD 01579576 05/02/03 05/03/04 11/24/04 MT Beltex
CRAGER           JOSEPH      AL 99573397 05/25/01 01/23/04 11/24/04 ES Beltex
CRAGER           MICHAEL     AL 99572919 05/25/01 01/23/04 11/24/04 ES Beltex
CRAGER           DEBBIE      AL 97573496 05/25/01 01/23/04 11/24/04 ES Beltex
FEDDERS          BRUCE       IA 00831748 08/25/01 08/29/02 11/24/04 ES Beltex
DAVIS            CLARENCE    MS 01579851 02/25/03 02/26/04 11/24/04 ES Beltex
WEBSTER          MATHEW      IL 99833084 05/11/02 06/04/03 11/24/04 ES Beltex
VANDEN HEUVEL    LISA        WI 89531947 07/20/91 06/02/93 11/24/04 ES Beltex
CAMPBELL         JAMES       LA 00834292 06/28/03 08/19/04 11/24/04 ES Beltex
NOLAN            STEVE       MO 95560019 11/15/97 07/15/99 11/29/04 ES Cavel Intl
REETER           DON         IL 97564189 06/24/00 10/31/01 11/29/04 ES Cavel Intl
PETERSON         RICHARD     NE 99214601 08/24/02 09/19/03 11/29/04 WY Dallas Crwn
PREECE           JARED       UT 98790817 01/31/03 04/22/04 11/29/04 UT Dallas Crwn
MUERDLER         DEBRA       NE 99568931 06/20/01 08/21/02 12/01/04 WY Cavel Intl
BERTSCH          BRUCE       KS 98570441 03/30/01 06/18/02 12/02/04 NM Beltex
HYDE             KENNETH     UT 00790725 08/12/00 08/31/01 12/02/04 UT Beltex
SINNER           LEANNA      NE 95565242 06/05/99          12/02/04 WY Beltex
TACKER           JIMMY       AR 01013377 03/16/02 03/17/03 12/02/04 ES Beltex
LEBEAU           EARL        WY 86821777 11/08/91 11/23/92 12/02/04 WY Beltex
DAVIS            EDWARD      AR 90533307 10/10/92 11/29/93 12/02/04 ES Beltex
KEOWN            JOHN        IN 00832964 04/20/02 05/02/03 12/03/04 ES Cavel Intl
WATTERSON        RHONDA      IN 00833608 11/16/02 11/20/03 12/03/04 ES Cavel Intl
MCDERMOTT        BRANDI      NE 98214652 06/19/02 08/18/03 12/06/04 WY Cavel Intl
DOBYNS           ROY         MO 92207523 10/23/93 04/14/95 12/06/04 ES Cavel Intl
SPERRY           JAMES       AR 96741561 06/23/00 07/23/01 12/09/04 ES Beltex
BURPEE           GERALD      MI 88548512 04/20/95 07/10/96 12/09/04 ES Beltex
```