```
                            MORTALITY REPORT
                       REPORT DATE:  08/01/2005

Area Covered in Report:  Bureauwide

Period Covered in Report:  02/01/2005 To 07/31/2005

Selection Criteria Invoked:  Death Causes:  Destroyed Commercially

AS is BLM Administrative State of Jurisdiction

  Adopter LN        Adopter FN  ST Freezmrk  Adopt DT Title DT Death DT AS Death Loc

  ROGERS            TIMMY       NC 95565909  11/15/99 04/26/01 02/03/05 ES Beltex
  POLLARD           NOAH        OK 86538013  02/13/93 02/17/94 02/03/05 NM Beltex
  SMITH             JEFFREY     MO 90009548  11/05/94 04/15/96 02/03/05 ES Beltex
  SKINNER           RICK        ID 98014620  11/10/02 12/14/03 02/03/05 ID Beltex
  TONEY             TALTON      IA 94208827  06/07/96 06/09/97 02/03/05 ES Beltex
  ARCILA            GEORGE      MO 99212574  10/20/01 03/25/03 02/07/05 ES Cavel Intl
  ZOBELL            KAREN       UT 90548144  09/13/97 10/01/99 02/10/05 UT Beltex
  GULLEY            CINDY       IL 94544887  05/28/94 06/15/95 02/10/05 ES Beltex
  LOTERBAUER        LESTER      SD 94553199  04/05/96 04/08/97 02/10/05 MT Beltex
  EMMERT            MICHAEL     IL 95564153  05/08/99 06/05/00 02/10/05 ES Beltex
  STAFFORD          PAT         OK 97831717  01/29/02 09/10/03 02/10/05 NM Beltex
  YOUNG             RICHARD     TX 00573434  04/12/02 07/03/03 02/10/05 NM Beltex
  EVANS             DENNY       WY 98565833  05/22/99 05/31/00 02/10/05 WY Beltex
  MOORE             JANEL       KS 99569059  09/18/00 10/25/01 02/14/05 NM Cavel Intl
  PAYNE             BILLIE      KS 99566774  08/11/00 10/25/01 02/14/05 NM Cavel Intl
  STEHNO            PEGGY       NE 00176286  11/17/03 01/13/05 02/14/05 WY Cavel Intl
  ZOOK              SAMUEL      MO 83498282  04/11/86 07/13/88 02/17/05 ES Beltex
  KRENKA            HENRY       NV 94722982  09/20/97 02/12/99 02/17/05 NV Beltex
  AGEE              DONNY       TN 96560752  11/06/98 12/21/99 02/17/05 ES Beltex
  CARPENTER         GEORGE      MS 98742232  10/08/99 10/18/00 02/17/05 ES Beltex
  KALSTABAKKEN      DALE        MN 01832943  09/14/02 12/12/03 02/17/05 ES Beltex
  CODY              BILL        WI 01831775  11/17/01 11/27/02 02/17/05 ES Beltex
  KRENKA            HENRY       NV 97722638  09/20/97 02/12/99 02/17/05 NV Beltex
  BURGARD           JULIE       IL 99567539  05/06/00 06/04/01 02/17/05 ES Beltex
  BARTLEY           KEVIN       AR 00574296  06/28/03 11/04/04 02/21/05 ES Cavel Intl
  BOUCHER           GRAYSON     ND 88009456  01/13/95 02/15/96 02/24/05 MT Beltex
  REYNOLDS          JAMES       LA 89827017  02/22/97 04/21/98 02/24/05 ES Beltex
  SAUL              LONNIE      MO 96560231  11/15/97 12/01/98 02/24/05 ES Beltex
  BALTZELL          RICHARD     KY 97558622  09/06/97 06/10/99 02/24/05 ES Beltex
  VANDENHOEK        DOUG        SD 95829525  01/28/00 03/08/01 02/24/05 MT Beltex
  BRYANT            JOE         MS 98568108  04/14/00 06/05/01 02/24/05 ES Beltex
  GREEN             JAMES       ND 01742556  06/07/03 08/09/04 02/24/05 MT Beltex
  COX               NANCY       MN 99573282  09/29/01 01/29/03 02/24/05 ES Beltex
  GREEN             JAMES       ND 00577800  08/11/03 10/27/04 02/24/05 MT Beltex
  CATON             RUSS        CO 97564913  07/18/99 08/01/00 02/24/05 CO Beltex
  DAGEL             MARK        IA 00573373  09/29/01 10/28/02 02/24/05 ES Beltex
  DAGEL             MARK        IA 01574091  09/29/01 10/28/02 02/24/05 ES Beltex
  VANDENHOEK        DOUG        SD 95829558  01/28/00 03/08/01 02/25/05 MT Cavel Intl
  CUMMINGS          BARBARA J   CO 98565634  09/03/99 12/05/00 03/03/05 CO Beltex
  VANDENHOEK        DOUG        SD 95565755  01/28/00 03/08/01 03/03/05 MT Beltex
  BAKER             PAUL        OK 98567077  04/28/00 05/23/01 03/03/05 NM Beltex
  VANDENHOEK        DOUG        SD 97566404  01/28/00 03/08/01 03/03/05 MT Beltex
  THEER             JOSEPH      NE 94549840  05/13/95 06/21/96 03/07/05 WY Cavel Intl
  THEER             JOSEPH      NE 95552877  06/07/96 11/10/97 03/07/05 WY Cavel Intl
```

```
  DAVIS       JOE       FL 91537019 09/19/92 09/28/93 04/14/05 ES Beltex
  RASNAKE     WESLEY    TN 92011483 04/16/99 09/25/00 04/14/05 ES Beltex
  SCHROEDER   CAROL     MO 99829358 11/20/99 12/12/00 04/14/05 ES Beltex
  YOUNG       DOUGLAS   MS 00214275 12/15/03 12/23/04 04/14/05 ES Beltex
  ROERING     NORMAN    MN 00790791 09/14/02 10/14/03 04/14/05 ES Beltex
  ALBRECHT    DALE      UT 98572066 05/18/02 08/27/03 04/14/05 UT Beltex
  HALE        JOE       AR 00762957 03/22/03 08/31/04 04/14/05 ES Beltex
  BISHOP      BRENDON   UT 90761642 04/22/95 05/13/97 04/14/05 UT Beltex
  MCDERMOTT   LYLE      NE 00215550 06/18/03 09/16/04 04/15/05 WY Cavel Intl
  NEWTON      KRISTOPHER TN 89210667 10/18/98 05/24/01 04/19/05 ES Dallas Crwn
  HART        PATRICIA  MO 93540641 10/23/93 12/13/94 04/19/05 ES Dallas Crwn
  MOYER       BUFORD    PA 00576456 07/06/02 07/28/03 04/19/05 ES Dallas Crwn
  TINNON      SCHARLENE MO 99576601 08/09/03 09/15/04 04/19/05 ES Dallas Crwn
  MOYER       BUFORD    PA 01578022 07/06/02 07/28/03 04/19/05 ES Dallas Crwn
  MOYER       BUFORD    PA 00576922 07/06/02 07/28/03 04/19/05 ES Dallas Crwn
  LELAND JR   ROBERT    WY 00831859 09/15/01 10/18/02 04/19/05 WY Dallas Crwn
  MORRIS      LESLIE    TN 98723665 10/14/00 11/27/01 04/19/05 ES Dallas Crwn
  DAVIS       CRIS      WY 98833501 03/16/04 03/18/05 04/19/05 WY Dallas Crwn
  SALES       JOSH      KY 00176482 12/13/03 12/23/04 04/19/05 ES Dallas Crwn
  CLARK       LARRY     IN 94560422 09/05/98 10/20/99 04/19/05 ES Dallas Crwn
  ALBRIGHT    LAURA     OK 95211974 06/10/03 07/21/04 04/19/05 NM Dallas Crwn
  WINTERS     ED        CO 99214365 04/18/03 04/27/04 04/20/05 CO Cavel Intl
  MARZEC      ANGELA    KY 97570001 08/25/01 09/04/02 04/21/05 ES Beltex
  WERTHE      WADE      MO 85006664 10/21/89 03/01/91 04/21/05 ES Beltex
  HARGROVE    RICK      WY 98830608 06/15/01 09/11/02 04/21/05 WY Beltex
  MATHEWS     MARYANN   NM 89989902 10/20/93 11/15/94 04/21/05 NM Beltex
  ROSE        PAUL      NC 91011045 01/29/99 02/07/00 04/21/05 ES Beltex
  HARRISON    KIM       AR 99723958 06/23/01 08/05/02 04/21/05 ES Beltex
  CARROLL     RICK      UT 94559931 05/19/98 08/23/99 04/21/05 UT Beltex
  GROSE       RONALD    IA 95826225 10/12/96 03/06/98 04/21/05 ES Beltex
  LEDFORD     JARRETT   AL 97559301 02/20/98 05/25/99 04/21/05 ES Beltex
  MORIARTY    ROBERT    SD 97870621 07/17/98 07/28/99 04/21/05 MT Beltex
  VAN CUREN   ORVILLE   MI 98828769 10/24/98 03/09/00 04/21/05 ES Beltex
  DRUM        ROY       AR 01576919 08/03/02 09/05/03 04/21/05 ES Beltex
  BECK        LARRY     TX 01641119 04/05/02 04/15/03 04/21/05 NM Beltex
  MAY         RONNY     MS 01641190 04/20/02 05/19/03 04/21/05 ES Beltex
  JONES       DENNIS    CO 91241618 08/31/91 09/10/92 04/21/05 CO Beltex
  HAGAN       MELISSA   TN 93552553 04/21/96 08/14/97 04/21/05 ES Beltex
  RUSSELL     STUART    TX 98565359 08/14/99 03/07/01 04/21/05 NM Beltex
  PRESLEY     MICHAEL   MS 99215947 03/06/04 03/07/05 04/21/05 ES Beltex
  YOURCZEK    GERALD    MN 87517103 08/25/88 10/26/89 04/21/05 ES Beltex
  SWANSON     RANDALL   MN 91542852 04/28/94 07/10/95 04/22/05 ES Cavel Intl
  SALE        PAUL      MO 86534916 05/09/92 06/02/93 04/25/05 ES Cavel Intl
  SALE        PAUL      MO 86534933 05/09/92 06/02/93 04/25/05 ES Cavel Intl
  ARCILA      GEORGE    MO 01831804 10/20/01 03/25/03 04/25/05 ES Cavel Intl
  EVANS       SHERRY    CA 81493065 02/11/82 12/16/83 04/28/05 CA Beltex
  BREZNIAC    WILLIAM   OR 97011539 10/15/98 12/04/99 04/28/05 OR Beltex
  KALP        LISA      WI 95742235 09/21/00 01/04/02 04/28/05 ES Beltex
  TAYLOR      RANDALL   GA 99566013 11/12/99 01/23/01 04/28/05 ES Beltex
  LADNER      HORACE    MS 98014559 07/26/03 12/23/04 04/28/05 ES Beltex
  SKAGGS      LONNIE    AL 99577117 10/12/02 04/27/04 04/28/05 ES Beltex
  HERBERT     GERVAIS   MO 00215188 05/10/03 05/11/04 04/28/05 ES Beltex
  HERBERT     GERVAIS   MO 99214688 05/10/03 05/11/04 04/28/05 ES Beltex
  BROWN       GREG      IL 94209399 12/06/97 12/30/98 04/28/05 ES Beltex
  STIDHAM     DALE      OK 95559189 06/03/98 06/14/99 04/28/05 NM Beltex
  BLAYLOCK    ROGER     KY 97564482 06/18/99 12/28/00 04/28/05 ES Beltex
  DEFRIESE    CHARLES   TN 97573107 11/08/03 11/18/04 04/28/05 ES Beltex
```

```
1   HORN            MICHELLE    OH 99176247 02/14/04 03/15/05 05/19/05 ES Beltex
    RICHARDSON      ROBERT      TX 02580191 08/01/03 08/03/04 05/19/05 NM Beltex
    CONNER          NEIL        IA 01574150 11/03/01 11/04/02 05/19/05 ES Beltex
    JANISCH         DAVE        WY 99830836 10/27/01 08/12/04 05/19/05 WY Beltex
2   HORN            MICHELLE    OH 00574839 02/14/04 03/15/05 05/19/05 ES Beltex
    LOWRY           MIKE        CO 99571262 07/11/03 07/19/04 05/19/05 CO Beltex
    BROWN           DAVID       AR 92537565 10/10/92 09/29/93 05/19/05 ES Beltex
    WATSON          DAVID       FL 92722999 10/25/97 11/13/98 05/19/05 ES Beltex
    OSMERA          THOMAS      NE 97827616 11/01/97 12/09/98 05/20/05 WY Cavel Intl
1   SHEETS          BYRON       ID 03321938 12/07/03 12/17/04 05/20/05 ID Cavel Intl
2   SHEETS          BYRON       ID 02322018 12/07/03 12/17/04 05/20/05 ID Cavel Intl
    THOMPSON        DAVID       TX 01641167 04/05/02 06/11/03 05/24/05 NM Dallas Crwn
    PRINCE-PERKINS  LESLEY      UT 03642322 04/05/04 05/06/05 05/24/05 UT Dallas Crwn
1   ZAROSKY         DAVID       TX 99830073 01/24/03 07/21/04 05/26/05 NM Beltex
    BERNAL          PEDRO       ID 96012783 06/10/01 09/17/02 05/26/05 ID Beltex
2   ZAROSKY         DAVID       TX 00830563 01/13/01 07/21/04 05/26/05 NM Beltex
    JOHNSON         SHARON      NV 89546378 10/21/94 10/21/95 05/26/05 NV Beltex
    CALDWELL        DONALD      IA 90529856 04/13/91 04/16/92 05/26/05 ES Beltex
    DOTSON          MARK        ID 94547842 05/10/95 06/28/96 05/26/05 ID Beltex
    MOORE           MICHAEL     WY 95564259 06/26/99 11/28/00 05/26/05 WY Beltex
    OLOMON          EZRA        ID 96562078 07/25/98 08/25/99 05/26/05 ID Beltex
    GOBLE           JASON       UT 96722866 11/15/97 12/11/98 05/26/05 UT Beltex
    BOTEILHO        MICHAEL     CA 97210586 03/28/98 06/06/99 05/26/05 CA Beltex
    RESCHKE         WESLEY      WI 97565801 06/26/99 07/26/00 05/26/05 ES Beltex
1   CALDWELL        DONALD      IA 99741957 11/03/01 11/04/02 05/26/05 ES Beltex
2   CALDWELL        DONALD      IA 90529808 04/13/91 04/16/92 05/26/05 ES Beltex
    FORD            DAWN        TX 02833759 11/15/02 11/26/03 05/26/05 NM Beltex
    WELSTAD         COLLIN      ND 01742617 04/09/04 05/19/05 05/26/05 MT Beltex
2   GARNER          HENRY       OK 00574842 05/13/03 05/25/04 05/26/05 NM Beltex
    CASH            SAMMY       OK 94546434 10/29/94 10/30/95 05/26/05 NM Beltex
    WELSTAD         COLLIN      ND 02834493 06/07/03 06/23/04 05/26/05 MT Beltex
1   GARNER          HENRY       OK 01833439 05/13/03 05/25/04 05/26/05 NM Beltex
    ANDERSON        HARRY       ND 99763001 06/07/03 07/01/04 05/26/05 MT Beltex
4   FRICK           FRED        KY 86555924 03/01/97 03/09/98 06/02/05 ES Beltex
    KORTH           DAVID       ID 89539896 04/30/93 05/11/94 06/02/05 ID Beltex
    ALMOND          JAMES       LA 90011387 12/18/98 09/08/00 06/02/05 ES Beltex
5   FRICK           LINDA       KY 91558922 09/06/97 11/09/98 06/02/05 ES Beltex
    HOLDEN          CLARENCE    CO 97245976 09/19/98 03/06/00 06/02/05 CO Beltex
    LASHLEY         ROBERT      NE 97722732 06/20/98 06/23/99 06/02/05 WY Beltex
①   LOVELESS        KERRY       UT 97722825 09/13/97 07/22/99 06/02/05 UT Beltex
3   FRICK           FRED        KY 91829170 11/19/00 12/13/01 06/02/05 ES Beltex
    BUCHANAN        BARBARA     ND 00575200 09/28/02 10/23/03 06/02/05 MT Beltex
    YOUNG           RALPH       UT 00762897 08/24/02 09/22/03 06/02/05 UT Beltex
    LOWRY           MIKE        CO 98214389 07/11/03 07/19/04 06/02/05 CO Beltex
    LAMB            WILLIAM     AR 99214438 06/28/03 06/30/04 06/02/05 ES Beltex
    JOYNER          DEE         AR 86513393 04/21/88 07/13/89 06/02/05 ES Beltex
    REYNOUR         EARL        NE 91546691 12/10/94 04/02/96 06/02/05 WY Cavel Intl
    STEPHEN         JEREMY      NE 99573227 09/07/01 07/28/04 06/02/05 WY Beltex
    SHEEHAN         PATRICK     WY 99213483 04/26/03 05/28/04 06/02/05 WY Beltex
1   PENNY           RONALD      ID 03322019 12/06/03 05/09/05 06/03/05 ID Cavel Intl
2   PENNY           RONALD      ID 03322041 12/06/03 05/09/05 06/03/05 ID Cavel Intl
1   JOHNSON         DARYL       MO 98790896 03/27/04 05/24/05 06/06/05 ES Cavel Intl
    PITZ            GARY        IA 98564973 04/03/99 04/05/00 06/06/05 ES Cavel Intl
2   JOHNSON         DARYL       MO 99577493 03/27/04 05/24/05 06/06/05 ES Cavel Intl
    BLOSSOM         DIANE       MN 91198336 07/21/95 07/24/96 06/09/05 ES Beltex
    REYNOLDS        SALLIE      MO 92544524 04/09/94 06/09/95 06/09/05 ES Beltex
    PHILLIPS        STEVEN      IN 97559465 12/06/97 12/14/98 06/09/05 ES Beltex
```

```
                         MORTALITY REPORT
                    REPORT DATE:  02/08/2006

Area Covered in Report:  Bureauwide

Period Covered in Report:  07/19/2005 To 01/31/2006

Selection Criteria Invoked:  Death Causes:  Destroyed Commercially

AS is BLM Administrative State of Jurisdiction

Adopter LN         Adopter FN   ST Freezmrk Adopt DT Title DT Death DT AS Death Loc

BERRISFORD         ROBERT       KY 86170670 07/25/98 08/03/99 07/21/05 ES Beltex
SPRINKLE           DARLENE      MO 92544689 04/09/94 06/12/95 07/25/05 ES Cavel Intl
TEMPLE             KEITH        MO 94011840 04/28/01 05/02/02 07/25/05 ES Cavel Intl
COOK               SHAWN        MO 99569247 11/18/00 01/04/02 07/25/05 ES Cavel Intl
DOBYNS             ROY          MO 91536199 08/15/92 11/01/93 07/28/05 ES Beltex
WHITEHEAD          WANDA        OK 94565488 04/15/00 05/07/01 07/28/05 NM Beltex
DETAVIS            MARY         MO 92547491 03/18/95 05/07/98 08/01/05 ES Cavel Intl
ELMSHAEUSER        STEVEN       NE 00574342 05/10/03 05/19/04 08/04/05 WY Beltex
BOLK               DUANE        OH 90210701 02/15/04 04/13/05 08/04/05 ES Beltex
BOLK               DUANE        OH 03642557 07/11/04 07/20/05 08/04/05 ES Beltex
SCHROEDER          CAROL        MO 97568968 11/03/01 05/16/03 08/08/05 ES Dallas Crwn
FREEDMAN           MICHAEL      TX 95827900 10/19/97 04/14/99 08/08/05 NM Dallas Crwn
COATES             WILMA        UT 99762351 08/14/99 08/22/00 08/08/05 UT Dallas Crwn
COWAN              WADE         TX 98572313 10/31/01 03/10/03 08/08/05 NM Dallas Crwn
SCHROEDER          CAROL        MO 02837150 02/19/04 06/08/05 08/08/05 ES Dallas Crwn
SCHROEDER          CAROL        MO 00837160 02/19/04 06/08/05 08/08/05 ES Dallas Crwn
WILKERSON-PITTM    LARAE        AR 92546230 10/29/94 11/30/95 08/11/05 ES Beltex
SPEARS             DENA         LA 95825299 09/23/95 12/02/96 08/11/05 ES Beltex
SANCHEZ            MIKE         CA 98212357 11/18/00 01/14/02 08/18/05 CA Beltex
MCGEE              CLARA        MS 92551941 01/20/96 02/05/97 08/18/05 ES Beltex
REEVES             GEORGE       AR 98571479 03/09/02 03/11/03 08/18/05 ES Beltex
MOORE              CURTIS       KY 95552636 04/05/96 08/14/97 08/18/05 ES Beltex
FLORENCE           WILLIAM      CA 00216074 09/06/03 11/15/04 08/18/05 CA Beltex
PULLIAN            CHARLES      GA 91551658 04/20/96 12/11/97 08/25/05 ES Beltex
ERCK               EDWIN        AZ 99175280 10/13/02 11/05/03 08/25/05 AZ Beltex
SHARP              DEBBIE       OH 97762541 02/10/01 04/18/02 08/31/05 ES Dallas Crwn
LAWLESS            MICHAEL      KS 96569064 08/24/01 01/06/03 08/31/05 NM Dallas Crwn
CROSS              KALYN        OK 99573835 06/06/03 07/21/04 08/31/05 NM Dallas Crwn
CESONIS            BRUNO        MO 02836316 06/26/04 07/19/05 08/31/05 ES Dallas Crwn
MILLER             JACOB        OH 01213303 02/14/04 02/24/05 08/31/05 ES Dallas Crwn
ZWIENER            EDWARD       NE 91823313 08/29/93 09/12/94 09/06/05 WY Dallas Crwn
ZWIENER            WELDON       NE 92546252 01/06/95 02/26/96 09/06/05 WY Dallas Crwn
GEMMER             JEFFREY      KY 94211337 08/20/99 11/27/00 09/08/05 ES Beltex
MEADOWS            DANNY        TX 02641506 12/14/02 01/26/04 09/08/05 NM Beltex
MEADOWS            DANNY        TX 02641583 12/14/02 01/26/04 09/08/05 NM Beltex
SKANSEM            RANDY        MN 94207819 06/24/94 07/24/96 09/15/05 ES Beltex
STEDAM             JACK         OH 97563570 04/16/99 07/26/00 09/15/05 ES Beltex
BOESEN             STEVE        IA 90557624 08/16/97 10/01/98 09/15/05 ES Beltex
BUCK               DAVID        TX 99574275 04/26/03 05/12/04 09/20/05 NM Dallas Crwn
BORNTREGER         ELI          MO 03834900 10/04/03 03/10/05 09/20/05 ES Dallas Crwn
WACHOWSKI          DAN          IL 03837702 04/24/04 08/29/05 09/20/05 ES Dallas Crwn
HALL               BETH         IL 03642477 02/28/04 03/08/05 09/20/05 ES Dallas Crwn
KINMAN             JIMMY        TX 96012105 09/30/00 06/29/05 09/22/05 NM Beltex
MARTIN             EDDIE        KS 99571503 06/01/01 10/07/02 09/22/05 NM Beltex
```

```
WATSON          MARTHA      NM 91722390 05/10/97 07/02/01 09/29/05 NM Beltex
MURPHY          TOM         CO 93251066 03/11/93 03/16/94 10/05/05 CO Dallas Crwn
CALVERT         GLORIA      TX 99723962 04/10/01 03/10/03 10/05/05 NM Dallas Crwn
MARTIN          ELMER       MO 93541862 10/23/93 12/15/94 10/05/05 ES Dallas Crwn
SCHEER          DON         WY 94828451 05/02/98 05/11/99 10/05/05 WY Beltex
PRIDGEN         JOHN        NC 95560389 04/02/98 05/18/00 10/05/05 ES Beltex
HUFFMAN         THOMAS      NE 99567973 08/11/00 10/17/01 10/05/05 WY Dallas Crwn
HUFFMAN         THOMAS      NE 99567977 08/11/00 10/17/01 10/05/05 WY Dallas Crwn
BUCHANAN        BARBARA     ND 00577078 09/28/02 10/23/03 10/05/05 MT Dallas Crwn
STALLINGS       KEVIN       UT 99215540 08/28/04 09/09/05 10/05/05 UT Dallas Crwn
FAULKNER        JOHN        ID 89536202 07/23/92 11/09/93 10/05/05 ID Dallas Crwn
SPERRY          DEBORAH     UT 93790193 06/30/93 08/09/94 10/05/05 UT Dallas Crwn
MOSS            PETE        OK 99837523 07/16/04 08/03/05 10/05/05 NM Dallas Crwn
HAYES           WESLEY      OH 90542066 11/20/93 12/13/94 10/07/05 ES Dallas Crwn
TODD            JAMES       IL 02724880 08/09/03 08/27/04 10/07/05 ES Dallas Crwn
JONES           THOMAS      NE 99576512 02/07/03 03/04/04 10/07/05 WY Dallas Crwn
KEESEE          TIMOTHY     OK 01835438 03/09/04 04/28/05 10/07/05 NM Dallas Crwn
METCALF         JENNIFER    WI 99014637 02/11/03 05/20/04 10/07/05 ES Dallas Crwn
DART            VANCE       IL 90542931 01/22/94 04/04/95 10/11/05 ES Dallas Crwn
EPPERLY         CHRIS       MO 90548470 03/18/95 06/17/96 10/11/05 ES Dallas Crwn
HANKS           DANIEL      AR 85525461 10/20/89 03/13/91 10/13/05 ES Beltex
LUKER           DAVID       AR 94553243 05/12/96 07/17/97 10/13/05 ES Beltex
HANKS           DANIEL      AR 94829881 04/07/00 05/16/01 10/13/05 ES Beltex
BORGIALLI       ROBERT      WY 01835567 05/22/04 07/28/05 10/13/05 WY Beltex
WAGGONER        BENNY       KY 98569532 10/06/01 10/15/02 10/18/05 ES Dallas Crwn
BORNTRAGER      MOSE        MO 98214172 04/02/04 07/25/05 10/18/05 ES Dallas Crwn
GRANT           SAMUEL      KS 01724408 09/28/02 11/05/03 10/18/05 NM Dallas Crwn
PARSLEY         ROMA        KY 92568061 10/14/00 11/02/01 10/18/05 ES Dallas Crwn
BORNTREGER      ELI         MO 03834864 10/04/03 03/10/05 10/18/05 ES Dallas Crwn
BROWER          ARLTON      TX 00836645 05/21/04 08/03/05 10/18/05 NM Dallas Crwn
BROWER          ARLTON      TX 99836975 05/21/04 08/03/05 10/18/05 NM Dallas Crwn
LECHNER         JOHN        TX 03217008 04/17/04 05/19/05 10/24/05 NM Dallas Crwn
BRUNS           THOMAS      OH 94558469 04/04/00 05/02/01 10/27/05 ES Beltex
DICKINSON       GERDA       WY 99831980 08/31/01 10/31/02 10/27/05 WY Beltex
GORDON          SAMMY       GA 90530971 03/22/91 04/27/92 11/03/05 ES Beltex
DAVIS           TOM         CO 96829658 11/12/99 04/23/01 11/03/05 CO Beltex
MANY MULES      IRVIN       AZ 00212385 05/18/02 09/24/04 11/03/05 AZ Beltex
TURNER          DAVID       MO 91556032 11/09/96 01/20/98 11/11/05 ES Beltex
HENDRICKSON     THOMAS      MN 97564879 10/02/99 10/31/00 11/11/05 ES Beltex
DAVIS           ROY         OK 00573871 07/20/01 08/06/02 11/18/05 NM Beltex
MORRISON        JOHN        WY 99832428 01/19/02 01/20/05 11/18/05 WY Beltex
TOOMEY          JUDY        MI 95561603 10/13/01 06/17/03 11/18/05 ES Beltex
CARPENTER       DONALD      TX 98569533 06/08/01 02/18/03 11/28/05 NM Dallas Crwn
MOLDEN          FREDDIE     LA 98213749 02/15/03 06/30/04 11/28/05 ES Dallas Crwn
ELLIS           DELBERT     IL 98742278 07/25/04 08/29/05 11/28/05 ES Dallas Crwn
CARPENTER       DONALD      TX 98571535 06/22/01 08/28/02 11/28/05 NM Dallas Crwn
CARPENTER       DONALD      TX 98571049 06/22/01 02/18/03 11/28/05 NM Dallas Crwn
POTTER          ROBERT      TX 99573293 03/22/02 03/25/03 11/28/05 NM Dallas Crwn
GRAHAM          EDDIE       MO 00742584 09/28/02 02/27/04 11/28/05 ES Dallas Crwn
GARNER          JOSEPH      MS 98724620 12/15/02 03/15/04 11/28/05 ES Dallas Crwn
PARKER          MERLE       VT 00572172 05/19/01 06/13/02 12/08/05 ES Beltex
NELSON          NATHAN      ND 94568737 05/19/01 05/31/02 01/25/06 MT Beltex
DAY             FRANCES     NV 80486435 03/21/83 11/14/89 01/25/06 NV Beltex
WETTERMAN       TOM         CA 00214400 02/21/03 02/26/04 01/25/06 CA Beltex
```



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
Washington, D.C. 20240
http://www.blm.gov

In Reply Refer To:
4700 (260)

Mr. Howard Crystal
Meyer & Glitzenstein
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009-1056

Dear Mr. Crystal:

With this letter, the Bureau of Land Management (BLM) is providing to the Fund for Animals (FFA) the Slaughterhouse Log and law enforcement information on all titled wild horses and burros that have gone to slaughter during the period between February 1, 2005 and July 18, 2005. This information is being provided in accordance with our agreement with the FFA. Due to a computer problem at BLM, the last two weeks of July were not available at this time, but will be included with the next installment.

The information provided is, as in the past, the adopter's last and first name; the adopter's State of residence; the animal's freezemark; the adoption date; the title date; the death date; the BLM Administrative State; and the slaughter house where the animal was processed.

The BLM will continue to provide the FFA with this Mortality Report (slaughterhouse log) and the reported law enforcement information every six months. The next installment will include all titled wild horses and/or burros that have gone to slaughter from July 19, 2005, through January 31, 2006, and will be provided to the FFA by February 15, 2006.

If you have any questions or concerns, please contact Sharon Kipping, National Wild Horse and Burro Program Specialist, at (202) 452-7753.

Sincerely,

Ed Shepard
Assistant Director
Renewable Resources and Planning

Enclosures

```
                          MORTALITY REPORT
                      REPORT DATE:  08/01/2005

Area Covered in Report:  Bureauwide

Period Covered in Report:  02/01/2005 To 07/31/2005

Selection Criteria Invoked:  Death Causes:  Destroyed Commercially

AS is BLM Administrative State of Jurisdiction

  Adopter LN        Adopter FN  ST Freezmrk  Adopt DT Title DT Death DT AS Death Loc

  ROGERS            TIMMY       NC 95565909  11/15/99 04/26/01 02/03/05 ES Beltex
  POLLARD           NOAH        OK 86538013  02/13/93 02/17/94 02/03/05 NM Beltex
  SMITH             JEFFREY     MO 90009548  11/05/94 04/15/96 02/03/05 ES Beltex
  SKINNER           RICK        ID 98014620  11/10/02 12/14/03 02/03/05 ID Beltex
  TONEY             TALTON      IA 94208827  06/07/96 06/09/97 02/03/05 ES Beltex
  ARCILA            GEORGE      MO 99212574  10/20/01 03/25/03 02/07/05 ES Cavel Intl
  ZOBELL            KAREN       UT 90548144  09/13/97 10/01/99 02/10/05 UT Beltex
  GULLEY            CINDY       IL 94544887  05/28/94 06/15/95 02/10/05 ES Beltex
  LOTERBAUER        LESTER      SD 94553199  04/05/96 04/08/97 02/10/05 MT Beltex
  EMMERT            MICHAEL     IL 95564153  05/08/99 06/05/00 02/10/05 ES Beltex
  STAFFORD          PAT         OK 97831717  01/29/02 09/10/03 02/10/05 NM Beltex
  YOUNG             RICHARD     TX 00573434  04/12/02 07/03/03 02/10/05 NM Beltex
  EVANS             DENNY       WY 98565833  05/22/99 05/31/00 02/10/05 WY Beltex
  MOORE             JANEL       KS 99569059  09/18/00 10/25/01 02/14/05 NM Cavel Intl
  PAYNE             BILLIE      KS 99566774  08/11/00 10/25/01 02/14/05 NM Cavel Intl
  STEHNO            PEGGY       NE 00176286  11/17/03 01/13/05 02/14/05 WY Cavel Intl
  ZOOK              SAMUEL      MO 83498282  04/11/86 07/13/88 02/17/05 ES Beltex
  KRENKA            HENRY       NV 94722982  09/20/97 02/12/99 02/17/05 NV Beltex
  AGEE              DONNY       TN 96560752  11/06/98 12/21/99 02/17/05 ES Beltex
  CARPENTER         GEORGE      MS 98742232  10/08/99 10/18/00 02/17/05 ES Beltex
  KALSTABAKKEN      DALE        MN 01832943  09/14/02 12/12/03 02/17/05 ES Beltex
  CODY              BILL        WI 01831775  11/17/01 11/27/02 02/17/05 ES Beltex
  KRENKA            HENRY       NV 97722638  09/20/97 02/12/99 02/17/05 NV Beltex
  BURGARD           JULIE       IL 99567539  05/06/00 06/04/01 02/17/05 ES Beltex
  BARTLEY           KEVIN       AR 00574296  06/28/03 11/04/04 02/21/05 ES Cavel Intl
  BOUCHER           GRAYSON     ND 88009456  01/13/95 02/15/96 02/24/05 MT Beltex
  REYNOLDS          JAMES       LA 89827017  02/22/97 04/21/98 02/24/05 ES Beltex
  SAUL              LONNIE      MO 96560231  11/15/97 12/01/98 02/24/05 ES Beltex
  BALTZELL          RICHARD     KY 97558622  09/06/97 06/10/99 02/24/05 ES Beltex
  VANDENHOEK        DOUG        SD 95829525  01/28/00 03/08/01 02/24/05 MT Beltex
  BRYANT            JOE         MS 98568108  04/14/00 06/05/01 02/24/05 ES Beltex
  GREEN             JAMES       ND 01742556  06/07/03 08/09/04 02/24/05 MT Beltex
  COX               NANCY       MN 99573282  09/29/01 01/29/03 02/24/05 ES Beltex
  GREEN             JAMES       ND 00577800  08/11/03 10/27/04 02/24/05 MT Beltex
  CATON             RUSS        CO 97564913  07/18/99 08/01/00 02/24/05 CO Beltex
  DAGEL             MARK        IA 00573373  09/29/01 10/28/02 02/24/05 ES Beltex
  DAGEL             MARK        IA 01574091  09/29/01 10/28/02 02/24/05 ES Beltex
  VANDENHOEK        DOUG        SD 95829558  01/28/00 03/08/01 02/25/05 MT Cavel Intl
  CUMMINGS          BARBARA J   CO 98565634  09/03/99 12/05/00 03/03/05 CO Beltex
  VANDENHOEK        DOUG        SD 95565755  01/28/00 03/08/01 03/03/05 MT Beltex
  BAKER             PAUL        OK 98567077  04/28/00 05/23/01 03/03/05 NM Beltex
  VANDENHOEK        DOUG        SD 97566404  01/28/00 03/08/01 03/03/05 MT Beltex
  THEER             JOSEPH      NE 94549840  05/13/95 06/21/96 03/07/05 WY Cavel Intl
  THEER             JOSEPH      NE 95552877  06/07/96 11/10/97 03/07/05 WY Cavel Intl
```

```
   THEER        JOSEPH      NE 95553323 06/07/96 11/10/97 03/07/05 WY Cavel Intl
   THEER        JOSEPH      NE 95826950 10/13/96 11/10/97 03/07/05 WY Cavel Intl
   SCHROER      LAVENR      NE 99577364 09/27/02 10/02/03 03/07/05 WY Cavel Intl
   SCHROER      LAVENR      NE 02579174 10/10/02 10/16/03 03/07/05 WY Cavel Intl
   SMOOT        LESTER      KY 01582350 08/23/03 09/07/04 03/07/05 ES Cavel Intl
   MYERS        KIRTT       UT 97790524 08/12/00 03/06/02 03/07/05 UT Cavel Intl
   STANBRO      BILLY       OK 97566886 10/10/00 11/15/01 03/07/05 NM Cavel Intl
   ORR          JEFFREY     OK 89552793 08/31/96 11/20/97 03/09/05 NM Dallas Crwn
   FIXSEN       JOHN        KS 90245297 08/20/94 10/30/95 03/09/05 NM Cavel Intl
   SANDERS      TYREL       AZ 97723416 04/15/00 06/12/01 03/09/05 AZ Beltex
   FRANZ        JONNI       UT 99571586 05/18/02 06/12/03 03/09/05 UT Beltex
   MANN         GLENN       MS 01577192 07/13/02 08/07/03 03/09/05 ES Beltex
   BOWMAN       AARON       LA 01574134 12/08/01 12/17/02 03/09/05 ES Beltex
   IVERSON      DRANEN      UT 87524777 04/21/89 08/24/90 03/09/05 UT Beltex
   ARNDT        EMORY       CO 96246089 09/14/98 09/14/99 03/09/05 CO Cavel Intl
   MILLER       ANGELA      MO 02834423 10/15/03 01/06/05 03/09/05 ES Beltex
   TROUTMAN     CHRISTINE   OH 98562847 10/17/98 09/26/00 03/14/05 ES Dallas Crwn
   HASH         KENNETH     VA 99213942 03/09/02 06/19/03 03/14/05 ES Cavel Intl
   THROESCH     DAVID       AR 98568855 08/03/02 12/03/03 03/16/05 ES Beltex
   TERRY        ROY         AR 84536747 07/11/92 10/08/93 03/16/05 ES Beltex
   SVOBODA      ALAN        KS 91545846 10/08/94 10/17/95 03/16/05 NM Beltex
   MILLER       LESLIE      CO 96561379 09/08/98 05/02/00 03/16/05 CO Beltex
   STRAHAN      GEORGE      TX 96561836 08/15/98 09/16/99 03/16/05 NM Beltex
   PETERSON     STEVE       KS 99566974 07/08/00 07/31/01 03/16/05 NM Beltex
   ATKINS       VERGIL      OK 92540524 09/11/93 10/17/94 03/16/05 NM Beltex
   FIXSEN       JOHN        KS 94245292 08/20/94 10/30/95 03/16/05 NM Beltex
   CODY         BILL        WI 01832224 11/17/01 11/27/02 03/16/05 ES Cavel Intl
   SAMMONS      DEBRA       IA 91198407 04/01/95 04/15/96 03/16/05 ES Beltex
   HAAS         RANDY       KY 00569500 02/10/01 02/27/02 03/21/05 ES Cavel Intl
   DENSHIRE     ONIDA       NV 92548427 05/16/95 05/22/96 03/21/05 NV Dallas Crwn
   DONOHO       WILLIAM     MO 86005701 04/08/88 04/25/89 03/23/05 ES Beltex
   MORALES      ALBERTO     FL 96723856 01/06/01 03/28/02 03/23/05 ES Beltex
   WATERHOUSE   JAMES       IA 89543332 01/22/94 06/12/95 03/23/05 ES Beltex
   MAREK        TIM         MT 90539202 04/24/93 05/05/94 03/23/05 MT Beltex
   CURTIS       JIM         OK 91548296 04/01/95 04/17/96 03/23/05 NM Beltex
   CHAMBERLIN   THOMAS      TX 92554913 11/02/96 11/16/98 03/23/05 NM Beltex
   LUDDEN       JAMES       IA 97564254 04/03/99 09/15/00 03/23/05 ES Beltex
   FENTON       CHARLES     UT 02724866 05/31/03 07/12/04 03/23/05 UT Beltex
   STEVENS      MICHAEL     UT 00742311 06/23/01 06/25/02 03/23/05 UT Beltex
   THROESCH     DAVID       AR 97831409 08/03/02 12/03/03 03/23/05 ES Beltex
   YANCEY       RANDY       MO 02641673 01/10/04 01/12/05 03/23/05 ES Beltex
   SHACKELFORD  GEORGE      TX 00830339 11/03/00 11/15/01 03/23/05 NM Beltex
   WISTE        JASON       ND 97213236 07/12/02 08/20/03 03/23/05 MT Cavel Intl
   ARMISTEAD    JESSE       GA 98564842 11/12/99 04/10/01 03/23/05 ES Beltex
   YANCEY       RANDY       MO 03834896 01/10/04 01/12/05 03/23/05 ES Beltex
   CLOPTON      AMY         KY 92553211 02/22/99 03/22/00 03/31/05 ES Beltex
   MITCHELL     ELIZABETH   MO 93722694 08/29/98 04/06/01 03/31/05 ES Beltex
   SITZER       DEXTER      ND 01724443 07/12/02 08/26/03 03/31/05 MT Beltex
   BACHMAN      GALE        OK 02834448 07/19/03 12/03/04 03/31/05 NM Beltex
   HOOKER       JODIE       MT 97560338 04/18/98 04/21/99 04/01/05 MT Cavel Intl
   VOEGELE      LEON        SD 97565738 08/20/99 08/24/00 04/04/05 MT Cavel Intl
   ELMER SR     JAMES       AR 98568267 04/07/00 05/24/01 04/06/05 ES Cavel Intl
   ROSENDAHL    MELISSA     KS 96569089 08/25/01 11/26/03 04/14/05 NM Beltex
   MAGUIRE      MAYNARD     IA 89554972 10/05/96 11/17/97 04/14/05 ES Beltex
   ROWELL       JAMES       AL 90539720 04/17/93 05/19/94 04/14/05 ES Beltex
   GARCIA       JERRY       CO 90556642 05/09/97 05/09/98 04/14/05 CO Beltex
   MAGUIRE      MAYNARD     IA 90826786 10/05/96 11/17/97 04/14/05 ES Beltex
```

```
   DAVIS         JOE         FL 91537019 09/19/92 09/28/93 04/14/05 ES Beltex
   RASNAKE       WESLEY      TN 92011483 04/16/99 09/25/00 04/14/05 ES Beltex
 / SCHROEDER     CAROL       MO 99829358 11/20/99 12/12/00 04/14/05 ES Beltex
   YOUNG         DOUGLAS     MS 00214275 12/15/03 12/23/04 04/14/05 ES Beltex
   ROERING       NORMAN      MN 00790791 09/14/02 10/14/03 04/14/05 ES Beltex
   ALBRECHT      DALE        UT 98572066 05/18/02 08/27/03 04/14/05 UT Beltex
   HALE          JOE         AR 00762957 03/22/03 08/31/04 04/14/05 ES Beltex
   BISHOP        BRENDON     UT 90761642 04/22/95 05/13/97 04/14/05 UT Beltex
   MCDERMOTT     LYLE        NE 00215550 06/18/03 09/16/04 04/15/05 WY Cavel Intl
   NEWTON        KRISTOPHER  TN 89210667 10/18/98 05/24/01 04/19/05 ES Dallas Crwn
   HART          PATRICIA    MO 93540641 10/23/93 12/13/94 04/19/05 ES Dallas Crwn
 3 MOYER         BUFORD      PA 00576456 07/06/02 07/28/03 04/19/05 ES Dallas Crwn
   TINNON        SCHARLENE   MO 99576601 08/09/03 09/15/04 04/19/05 ES Dallas Crwn
 / MOYER         BUFORD      PA 01578022 07/06/02 07/28/03 04/19/05 ES Dallas Crwn
 2 MOYER         BUFORD      PA 00576922 07/06/02 07/28/03 04/19/05 ES Dallas Crwn
   LELAND JR     ROBERT      WY 00831859 09/15/01 10/18/02 04/19/05 WY Dallas Crwn
   MORRIS        LESLIE      TN 98723665 10/14/00 11/27/01 04/19/05 ES Dallas Crwn
   DAVIS         CRIS        WY 98833501 03/16/04 03/18/05 04/19/05 WY Dallas Crwn
   SALES         JOSH        KY 00176482 12/13/03 12/23/04 04/19/05 ES Dallas Crwn
   CLARK         LARRY       IN 94560422 09/05/98 10/20/99 04/19/05 ES Dallas Crwn
   ALBRIGHT      LAURA       OK 95211974 06/10/03 07/21/04 04/19/05 NM Dallas Crwn
   WINTERS       ED          CO 99214365 04/18/03 04/27/04 04/20/05 CO Cavel Intl
   MARZEC        ANGELA      KY 97570001 08/25/01 09/04/02 04/21/05 ES Beltex
   WERTHE        WADE        MO 85006664 10/21/89 03/01/91 04/21/05 ES Beltex
   HARGROVE      RICK        WY 98830608 06/15/01 09/11/02 04/21/05 WY Beltex
   MATHEWS       MARYANN     NM 89989902 10/20/93 11/15/94 04/21/05 NM Beltex
   ROSE          PAUL        NC 91011045 01/29/99 02/07/00 04/21/05 ES Beltex
   HARRISON      KIM         AR 99723958 06/23/01 08/05/02 04/21/05 ES Beltex
   CARROLL       RICK        UT 94559931 05/19/98 08/23/99 04/21/05 UT Beltex
   GROSE         RONALD      IA 95826225 10/12/96 03/06/98 04/21/05 ES Beltex
   LEDFORD       JARRETT     AL 97559301 02/20/98 05/25/99 04/21/05 ES Beltex
   MORIARTY      ROBERT      SD 97870621 07/17/98 07/28/99 04/21/05 MT Beltex
   VAN CUREN     ORVILLE     MI 98828769 10/24/98 03/09/00 04/21/05 ES Beltex
   DRUM          ROY         AR 01576919 08/03/02 09/05/03 04/21/05 ES Beltex
   BECK          LARRY       TX 01641119 04/05/02 04/15/03 04/21/05 NM Beltex
   MAY           RONNY       MS 01641190 04/20/02 05/19/03 04/21/05 ES Beltex
   JONES         DENNIS      CO 91241618 08/31/91 09/10/92 04/21/05 CO Beltex
   HAGAN         MELISSA     TN 93552553 04/21/96 08/14/97 04/21/05 ES Beltex
   RUSSELL       STUART      TX 98565359 08/14/99 03/07/01 04/21/05 NM Beltex
   PRESLEY       MICHAEL     MS 99215947 03/06/04 03/07/05 04/21/05 ES Beltex
   YOURCZEK      GERALD      MN 87517103 08/25/88 10/26/89 04/21/05 ES Beltex
   SWANSON       RANDALL     MN 91542852 04/28/94 07/10/95 04/22/05 ES Cavel Intl
 / SALE          PAUL        MO 86534916 05/09/92 06/02/93 04/25/05 ES Cavel Intl
 2 SALE          PAUL        MO 86534933 05/09/92 06/02/93 04/25/05 ES Cavel Intl
   ARCILA        GEORGE      MO 01831804 10/20/01 03/25/03 04/25/05 ES Cavel Intl
   EVANS         SHERRY      CA 81493065 02/11/82 12/16/83 04/28/05 CA Beltex
   BREZNIAC      WILLIAM     OR 97011539 10/15/98 12/04/99 04/28/05 OR Beltex
   KALP          LISA        WI 95742235 09/21/00 01/04/02 04/28/05 ES Beltex
   TAYLOR        RANDALL     GA 99566013 11/12/99 01/23/01 04/28/05 ES Beltex
   LADNER        HORACE      MS 98014559 07/26/03 12/23/04 04/28/05 ES Beltex
   SKAGGS        LONNIE      AL 99577117 10/12/02 04/27/04 04/28/05 ES Beltex
 / HERBERT       GERVAIS     MO 00215188 05/10/03 05/11/04 04/28/05 ES Beltex
 2 HERBERT       GERVAIS     MO 99214688 05/10/03 05/11/04 04/28/05 ES Beltex
   BROWN         GREG        IL 94209399 12/06/97 12/30/98 04/28/05 ES Beltex
   STIDHAM       DALE        OK 95559189 06/03/98 06/14/99 04/28/05 NM Beltex
   BLAYLOCK      ROGER       KY 97564482 06/18/99 12/28/00 04/28/05 ES Beltex
   DEFRIESE      CHARLES     TN 97573107 11/08/03 11/18/04 04/28/05 ES Beltex
```

```
    FRANCIS        DARAN       CA 95170833 07/22/98 11/16/99 04/28/05 CA Beltex
    GOFORTH        FRANK       AR 00833190 06/28/03 10/21/04 05/02/05 ES Cavel Intl
 2  DOTSON         MARK        OR 86207636 12/03/93 12/23/94 05/04/05 OR Cavel Intl
    BADLEY         MARY        MT 93548826 04/15/95 05/01/96 05/04/05 MT Cavel Intl
    WHIPPLE        KERRY       NE 99570359 08/03/01 11/18/02 05/05/05 WY Beltex
 1  MONTALBETTI    BOB         MO 98566731 10/04/03 01/05/05 05/05/05 ES Beltex
    MAHAN          JERALD      MO 98567561 03/11/00 04/06/01 05/05/05 ES Beltex
 2  MONITALBETTI   BOB         MO 94141801 09/21/02 10/14/03 05/05/05 ES Beltex
 3  MONTALBETTI    BOB         MO 99576617 10/04/03 01/05/05 05/05/05 ES Beltex
    DEAN           JOSH        TX 97571038 10/14/01 03/10/03 05/05/05 NM Beltex
    BOHATY         MARK        NE 01576314 08/24/02 09/16/04 05/05/05 WY Cavel Intl
 4  MONTALBETTI    BOB         MO 00577120 09/21/02 10/14/03 05/05/05 ES Beltex
    BOHATY         MARK        NE 00833029 08/24/02 09/16/04 05/05/05 WY Beltex
 1  DAVID          EUGENE      KS 00833473 09/19/03 10/04/04 05/05/05 NM Beltex
 2  DAVID          EUGENE      KS 00577812 09/19/03 10/04/04 05/05/05 NM Beltex
 5  MONTALBETTI    BOB         MO 93173938 10/04/03 01/05/05 05/05/05 ES Beltex
    RHOADS         PAUL        OH 03642512 02/14/04 03/15/05 05/05/05 ES Beltex
    BENFIELD       CHRISTOPHE  NC 89546891 12/16/94 11/18/97 05/05/05 ES Beltex
 6  MONITALBETTI   BOB         MO 00576398 09/21/02 10/14/03 05/05/05 ES Beltex
    RHOADS         PAUL        OH 03642530 02/14/04 03/15/05 05/05/05 ES Dallas Crwn
    NEIPERT        CLIFFORD    IA 00579999 03/31/04 04/13/05 05/06/05 ES Dallas Crwn
    SHEPARD        MARGO       KS 89534423 11/16/91 12/01/92 05/09/05 NM Dallas Crwn
    PENSON         ROBERT      IL 94552321 05/11/96 06/03/97 05/09/05 ES Dallas Crwn
    ASHBURN        BILLY       TN 96558263 06/14/97 08/25/98 05/09/05 ES Dallas Crwn
    HAWKINS        LONA        TX 97565598 04/14/00 06/05/01 05/09/05 NM Cavel Intl
    CHURCH         JAMES       OH 97012399 09/07/01 09/12/02 05/09/05 ES Dallas Crwn
 3  JANISCH        DAVE        WY 98830473 10/27/01 08/12/04 05/11/05 WY Cavel Intl
    FERDIG         EUGENE      MO 98741529 06/24/00 02/11/02 05/12/05 ES Beltex
 1  JANISCH        DAVID       WY 95829965 08/19/00 08/12/04 05/12/05 WY Beltex
    TEMPLE         KEITH       MO 89559948 05/14/01 05/16/02 05/12/05 ES Beltex
 2  JANISCH        DAVID       WY 97569143 03/10/01 08/12/04 05/12/05 WY Beltex
    RAAUM          ROLLAND     MT 97569165 08/18/00 08/19/01 05/12/05 MT Cavel Intl
    MCMEANS        DON         TX 94211410 08/14/99 09/07/00 05/12/05 NM Beltex
    DEDEAUX        GARLAND     MS 96560468 09/12/98 11/18/99 05/12/05 ES Beltex
    ROESCH         DORIS       WY 97829828 11/06/99 02/14/01 05/12/05 WY Beltex
    OREAR          STACY       TX 92567297 10/15/00 09/22/03 05/12/05 NM Beltex
    HEPTING        DAYLA       UT 99215735 06/26/03 03/02/05 05/12/05 UT Beltex
    POLAND         RALPH       UT 99741713 03/17/01 05/08/02 05/12/05 UT Beltex
 1  CARROLL        BARBARA     TX 97741779 07/01/02 12/11/03 05/12/05 NM Beltex
    HOGG           DAVID       SC 93013136 05/05/01 05/21/02 05/12/05 ES Beltex
    JACKSON        ROBERTA     WY 99175353 10/25/03 11/18/04 05/12/05 WY Beltex
 3  HERBERT        GERVAIS     MO 00215272 05/10/03 05/11/04 05/12/05 ES Beltex
    JACKSON        ROBERTA     WY 01582835 10/25/03 11/18/04 05/12/05 WY Beltex
    WILLIAMS       GARY        UT 98741527 06/03/00 09/20/01 05/12/05 UT Beltex
    LARSEN         WAYNE       WY 97829134 09/03/02 01/15/04 05/12/05 WY Beltex
 2  CARROLL        BARBARA     TX 99742512 07/01/02 12/11/03 05/12/05 NM Beltex
 2  MILLS          TOM         TX 94741601 09/30/00 10/25/01 05/17/05 NM Dallas Crwn
    ZIMMERMAN      GAIL        IN 96722811 04/25/98 04/29/99 05/17/05 ES Dallas Crwn
 1  MILLS          TOM         TX 98568040 09/30/00 10/25/01 05/17/05 NM Dallas Crwn
    BORNTREGER     MOSE        MO 98214181 10/04/03 12/13/04 05/17/05 ES Dallas Crwn
 -  MILLER         RODNEY      IL 00576229 12/13/03 01/06/05 05/17/05 ES Dallas Crwn
    SANCHEZ        MIKE        CA 96212351 11/18/00 01/14/02 05/19/05 CA Beltex
    GATES          NANCY       CA 91207127 03/28/92 04/06/93 05/19/05 CA Beltex
    STEVENS        PAUL        UT 92780093 09/10/94 10/19/95 05/19/05 UT Beltex
    GILLARD        SHIRLEY     CA 95199482 06/29/95 07/26/96 05/19/05 CA Beltex
    WEAVER         JERRY       UT 96560015 04/11/98 05/10/99 05/19/05 UT Beltex
    HEDGE JR       JAMES       CA 96172533 03/20/99 10/24/00 05/19/05 CA Beltex
```

```
  r   HORN            MICHELLE     OH 99176247 02/14/04 03/15/05 05/19/05 ES Beltex
      RICHARDSON      ROBERT       TX 02580191 08/01/03 08/03/04 05/19/05 NM Beltex
      CONNER          NEIL         IA 01574150 11/03/01 11/04/02 05/19/05 ES Beltex
   2  JANISCH         DAVE         WY 99830836 10/27/01 08/12/04 05/19/05 WY Beltex
   2  HORN            MICHELLE     OH 00574839 02/14/04 03/15/05 05/19/05 ES Beltex
      LOWRY           MIKE         CO 99571262 07/11/03 07/19/04 05/19/05 CO Beltex
 —    BROWN           DAVID        AR 92537565 10/10/92 09/29/93 05/19/05 ES Beltex
      WATSON          DAVID        FL 92722999 10/25/97 11/13/98 05/19/05 ES Beltex
      OSMERA          THOMAS       NE 97827616 11/01/97 12/09/98 05/20/05 WY Cavel Intl
  /   SHEETS          BYRON        ID 03321938 12/07/03 12/17/04 05/20/05 ID Cavel Intl
  2   SHEETS          BYRON        ID 02322018 12/07/03 12/17/04 05/20/05 ID Cavel Intl
      THOMPSON        DAVID        TX 01641167 04/05/02 06/11/03 05/24/05 NM Dallas Crwn
      PRINCE-PERKINS  LESLEY       UT 03642322 04/05/04 05/06/05 05/24/05 UT Dallas Crwn
  /   ZAROSKY         DAVID        TX 99830073 01/24/03 07/21/04 05/26/05 NM Beltex
      BERNAL          PEDRO        ID 96012783 06/10/01 09/17/02 05/26/05 ID Beltex
  2   ZAROSKY         DAVID        TX 00830563 01/13/01 07/21/04 05/26/05 NM Beltex
      JOHNSON         SHARON       NV 89546378 10/21/94 10/21/95 05/26/05 NV Beltex
      CALDWELL        DONALD       IA 90529856 04/13/91 04/16/92 05/26/05 ES Beltex
  /   DOTSON          MARK         ID 94547842 05/10/95 06/28/96 05/26/05 ID Beltex
      MOORE           MICHAEL      WY 95564259 06/26/99 11/28/00 05/26/05 WY Beltex
      OLOMON          EZRA         ID 96562078 07/25/98 08/25/99 05/26/05 ID Beltex
      GOBLE           JASON        UT 96722866 11/15/97 12/11/98 05/26/05 UT Beltex
      BOTEILHO        MICHAEL      CA 97210586 03/28/98 06/06/99 05/26/05 CA Beltex
      RESCHKE         WESLEY       WI 97565801 06/26/99 07/26/00 05/26/05 ES Beltex
  /   CALDWELL        DONALD       IA 99741957 11/03/01 11/04/02 05/26/05 ES Beltex
  2   CALDWELL        DONALD       IA 90529808 04/13/91 04/16/92 05/26/05 ES Beltex
      FORD            DAWN         TX 02833759 11/15/02 11/26/03 05/26/05 NM Beltex
      WELSTAD         COLLIN       ND 01742617 04/09/04 05/19/05 05/26/05 MT Beltex
  2   GARNER          HENRY        OK 00574842 05/13/03 05/25/04 05/26/05 NM Beltex
      CASH            SAMMY        OK 94546434 10/29/94 10/30/95 05/26/05 NM Beltex
      WELSTAD         COLLIN       ND 02834493 06/07/03 06/23/04 05/26/05 MT Beltex
  /   GARNER          HENRY        OK 01833439 05/13/03 05/25/04 05/26/05 NM Beltex
      ANDERSON        HARRY        ND 99763001 06/07/03 07/01/04 05/26/05 MT Beltex
  4   FRICK           FRED         KY 86555924 03/01/97 03/09/98 06/02/05 ES Beltex
      KORTH           DAVID        ID 89539896 04/30/93 05/11/94 06/02/05 ID Beltex
      ALMOND          JAMES        LA 90011387 12/18/98 09/08/00 06/02/05 ES Beltex
  5   FRICK           LINDA        KY 91558922 09/06/97 11/09/98 06/02/05 ES Beltex
      HOLDEN          CLARENCE     CO 97245976 09/19/98 03/06/00 06/02/05 CO Beltex
      LASHLEY         ROBERT       NE 97722732 06/20/98 06/23/99 06/02/05 WY Beltex
 (1)  LOVELESS        KERRY        UT 97722825 09/13/97 07/22/99 06/02/05 UT Beltex
  3   FRICK           FRED         KY 91829170 11/19/00 12/13/01 06/02/05 ES Beltex
      BUCHANAN        BARBARA      ND 00575200 09/28/02 10/23/03 06/02/05 MT Beltex
      YOUNG           RALPH        UT 00762897 08/24/02 09/22/03 06/02/05 UT Beltex
      LOWRY           MIKE         CO 98214389 07/11/03 07/19/04 06/02/05 CO Beltex
 —    LAMB            WILLIAM      AR 99214438 06/28/03 06/30/04 06/02/05 ES Beltex
      JOYNER          DEE          AR 86513393 04/21/88 07/13/89 06/02/05 ES Beltex
      REYNOUR         EARL         NE 91546691 12/10/94 04/02/96 06/02/05 WY Cavel Intl
      STEPHEN         JEREMY       NE 99573227 09/07/01 07/28/04 06/02/05 WY Beltex
      SHEEHAN         PATRICK      WY 99213483 04/26/03 05/28/04 06/02/05 WY Beltex
  /   PENNY           RONALD       ID 03322019 12/06/03 05/09/05 06/03/05 ID Cavel Intl
  2   PENNY           RONALD       ID 03322041 12/06/03 05/09/05 06/03/05 ID Cavel Intl
  /   JOHNSON         DARYL        MO 98790896 03/27/04 05/24/05 06/06/05 ES Cavel Intl
      PITZ            GARY         IA 98564973 04/03/99 04/05/00 06/06/05 ES Cavel Intl
  2   JOHNSON         DARYL        MO 99577493 03/27/04 05/24/05 06/06/05 ES Cavel Intl
      BLOSSOM         DIANE        MN 91198336 07/21/95 07/24/96 06/09/05 ES Beltex
 —    REYNOLDS        SALLIE       MO 92544524 04/09/94 06/09/95 06/09/05 ES Beltex
      PHILLIPS        STEVEN       IN 97559465 12/06/97 12/14/98 06/09/05 ES Beltex
```

```
   CROUSE          JARROD       NE 98564839 06/16/99 06/28/00 06/09/05 WY Beltex
   BACKUS          CHARLES      AZ 01176244 02/22/03 04/26/04 06/09/05 AZ Beltex
   POIRIER         TAD          WA 00014028 07/21/02 09/28/04 06/09/05 OR Beltex
   DAVY            WALTER       LA 98831839 12/13/03 01/06/05 06/09/05 ES Beltex
   PARSONS         STEVEN       UT 93741335 11/14/98 12/07/99 06/09/05 UT Beltex
   GARDNER         MICHAEL      CO 98242317 09/10/02 04/22/04 06/09/05 CO Beltex
   ALEXANDER SR    DON          LA 99572474 02/09/02 04/01/03 06/09/05 ES Beltex
   YANCEY          RANDY        MO 98834382 08/09/03 08/12/04 06/13/05 ES Cavel Intl
   SCHILLING       JAY          NE 00568791 10/06/00 06/07/02 06/14/05 WY Dallas Crwn
 ® LOVELESS        KERRY        UT 97722592 11/15/97 07/22/99 06/14/05 UT Dallas Crwn
   NICHOLSON       DONNA        TX 94828247 01/24/98 02/08/99 06/14/05 NM Dallas Crwn
   PETTIT          DALE         NE 95552207 02/16/96 03/18/97 06/15/05 WY Beltex
   HERRING         WILLIE       MS 95563174 09/10/99 02/27/01 06/15/05 ES Beltex
   KESSEL          LOUIS        SD 96562451 09/18/98 09/22/99 06/15/05 MT Beltex
   JOHNSTON        JUNIOR       AR 00570580 06/23/01 07/25/02 06/15/05 ES Beltex
   HORTON          MIKE         AR 98212771 03/22/03 04/27/04 06/15/05 ES Beltex
   DAHL            HAROLD       SD 00572513 06/21/01 06/25/02 06/15/05 MT Beltex
   PORTIE          DALE         TX 99214574 08/01/03 08/03/04 06/15/05 NM Beltex
 — JOHNSON         BRYAN        AR 02833610 03/22/03 06/09/04 06/15/05 ES Beltex
   TERPSTRA        TRACY        IA 92544683 04/09/94 06/12/95 06/15/05 ES Beltex
   KEITH           PHILLIP      AR 02835543 01/31/04 02/24/05 06/15/05 ES Beltex
   MERRITT         JAMES        OK 96556875 05/02/97 05/13/98 06/15/05 NM Beltex
   CROUSE          JARROD       NE 98565394 06/16/99 06/28/00 06/15/05 WY Beltex
 2 BARTLEY         KEVIN        AR 01215463 06/28/03 11/04/04 06/20/05 ES Cavel Intl
   SCHLESINGER     BETH         OK 84507692 04/19/86 01/29/88 06/23/05 NM Beltex
   YRKOSKI         MARVIN       NE 90546472 12/10/94 04/02/96 06/23/05 WY Beltex
   SIMMONS         LEROY        IA 95552856 03/30/96 05/22/97 06/23/05 ES Beltex
   SCHAELE         CYNTHIA      NE 97561737 03/27/98 04/15/99 06/23/05 WY Beltex
   KING            JAUSON       IA 99251114 07/23/99 08/08/00 06/23/05 ES Beltex
   COLVIN          CHARLES      MO 01724762 03/22/03 03/23/05 06/23/05 ES Beltex
   PICK            FREDERICK    NE 01831554 08/25/01 09/11/02 06/23/05 WY Beltex
   RHAMY           LINDA        WY 02833577 10/01/03 10/21/04 06/23/05 WY Beltex
   ROSENBERRY      DIRK         OR 02015071 02/07/04 04/05/05 06/23/05 OR Beltex
 — BISHOP          ROSE         CO 98564728 07/02/99 08/14/00 06/27/05 CO Dallas Crwn
   GROVES          LINDY        TX 98572285 08/14/01 12/05/02 06/27/05 NM Dallas Crwn
   ATWOOD          PAULA        WY 91823408 08/14/93 11/02/94 06/27/05 WY Dallas Crwn
   FORMAN          DANIEL       OH 86509814 07/03/87 11/18/88 06/30/05 ES Beltex
 2 FRICK           FRED         KY 95827282 05/17/98 05/17/99 06/30/05 ES Beltex
   LAIRD           RODNEY       CO 96565553 08/27/99 08/28/00 06/30/05 CO Beltex
   CEDER           BILL         NE 99567301 03/31/00 07/05/01 06/30/05 WY Beltex
 1 FRICK           FRED         KY 00741764 04/07/01 04/12/02 06/30/05 ES Beltex
   BUCK            DAVID        TX 98576117 04/26/03 05/12/04 06/30/05 NM Beltex
 ~ LAMB            MELVIN       LA 01574515 04/29/03 04/29/04 06/30/05 ES Beltex
   BERGHORST       HARLAN       NE 01574603 02/15/02 03/24/03 06/30/05 WY Beltex
   WRIGHT          WILLIAM      MT 90761479 08/14/93 09/16/94 06/30/05 MT Beltex
   OBERG           FAITH        NE 98563366 03/05/99 04/05/00 06/30/05 WY Beltex
 2 SCHROEDER       BENNY        MO 02579087 09/21/02 07/22/04 07/06/05 ES Dallas Crwn
 1 REYNOLDS        LOYD         KY 01574611 04/20/02 04/22/03 07/06/05 ES Dallas Crwn
 2 REYNOLDS        LOYD         KY 98575127 04/20/02 04/22/03 07/06/05 ES Dallas Crwn
 1 KIMBER          ELDEN        UT 00790737 09/06/00 03/14/02 07/11/05 UT Cavel Intl
 — SANDERS         DAVID JR     OR 98012449 04/11/02 06/01/03 07/11/05 OR Cavel Intl
 2 KIMBER          ELDEN        UT 00790742 09/06/00 03/14/02 07/11/05 UT Cavel Intl
   SANDERS         DAVID JR     OR 97013914 04/11/02 06/01/03 07/11/05 OR Cavel Intl
   CRAWFORD        TESSA        OR 02014604 11/10/02 01/06/04 07/11/05 OR Cavel Intl
   SCHULTE         JEREMY       NE 94547316 12/10/94 12/23/95 07/18/05 WY Dallas Crwn
   FILHART         LELAND       MI 97573203 10/13/01 10/28/02 07/18/05 ES Dallas Crwn
   HOPKINS         LINDA        IA 93553165 03/30/96 05/22/97 07/18/05 ES Dallas Crwn
```