# Plaintiffs' Exhibit 6
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.**,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>**MIKE JOHANNS, ET AL.**<br><br>　　　　Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF ROBERT ELDRIDGE

I, ROBERT ELDRIDGE, declare as follows:

1. I am a plaintiff in the above-entitled action.

2. I am a resident of Kaufman, Texas and have lived there for fifty-three years. My home is located at 107 Booker Street, approximately one-half block from the Dallas Crown horse slaughter plant.

3. The plant has been slaughtering horses for over fifteen years, and since that time I have endured, and continue to endure, the sickening, noxious odor that spews from the plant. I continue to endure the severe stench on a daily basis.

4. During the summer, the stench is especially unbearable, and I am unable to use my yard for outdoor activities, such as barbequing, sports, or spending time with my family and friends.

5. There are blood spills and animal parts left outside to rot on Dallas Crown's property. This attracts many vermin and insects to the neighborhood and to my properties.

6. I also own a small real-estate holding company and have purchased several parcels of land in and around the Kaufman neighborhood of Boggy Bottom.

7. Adjacent to Dallas Crown, I own a 3.5 acre lot that I would like to develop into a small apartment complex for the elderly. I am unable to secure a loan to develop this lot into a senior apartment community. When the loan officer came to see the property, he saw all of the negative impacts of the horse slaughter plant and denied my loan request. However, I continue to pay taxes on this piece of land.

8. I have long advocated for the closure of Dallas Crown. I have attended all public hearings before the Kaufman Zoning Board of Adjustments and offered testimony on the detrimental impacts that Dallas Crown has inflicted, and continues to inflict, on myself and my fellow neighbors. Although the city board recently determined that Dallas Crown constitutes a public nuisance, the plant remains in operation.

9. I desire to obtain advance notice from USDA concerning the fee-for-service horse inspection program, so I can use that advance notice to participate in and comment on any rulemaking process concerning the program. I also wish that my comments be considered by the USDA before the Final Rule is issued.

10. My aesthetic and economic interests have been injured by USDA's decision to provide for a voluntary fee-for-service program for establishments that slaughter horses, because this program will allow the Dallas Crown slaughterhouse to remain in operation. As a result of this program, Dallas Crown's operations will continue to adversely affect my ability to enjoy going outside of my home and my ability to develop the adjacent plot of land into an apartment community.

11. Because USDA has issued its fee-for-service program without complying with the notice and comment requirements of the Administrative Procedure Act or with the National Environmental Policy Act, the USDA has also deprived me of my right to the public comment

process, as well as the information that would be developed through the preparation of an adequate National Environmental Policy Act document concerning the environmental impacts and consequences of horse slaughter.

12. These harms would be redressed if the Court were to order the defendants to carry out the purpose of the 2006 Agriculture Appropriations Act, and to abandon their attempt to issue regulations to defeat the requirements and purpose of the 2006 Act.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

*Robert Eldridge*
Robert Eldridge

Dated: February 20, 2006