# Plaintiffs' Exhibit 7
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.<br><br>        Plaintiffs,<br>v.<br><br>MIKE JOHANNS, ET AL.<br><br>        Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF TONJA RUNNELS

I, TONJA RUNNELS, declare as follows:

1. I am a plaintiff in the above-entitled action.

2. I am a resident of Kaufman, Texas, and have lived there for my entire life. Since 1989, I have resided at 207 Booker Street, which is located approximately seventy-five feet from the Dallas Crown horse slaughter plant.

3. I have endured the noxious odor that emanates from Dallas Crown for over a decade. It is the kind of odor that makes you sick. I continue to endure the severe stench on a daily basis.

4. During the summer, the stench is especially unbearable, and I am unable to use my yard for any recreational activities, such as barbequing or spending time with family and friends.

5. There are blood spills and animal parts left outside on Dallas Crown's property. This attracts many vermin and insects to the neighborhood that, because of their large numbers, are hard to remove from my property.

6. I often see the slaughter trucks on the streets and entering the Dallas Crown property. Sometimes the trucks are not covered, and I can view the horses. This is very upsetting, because the horses look very frightened and uncomfortable, and I know the horses are going to be slaughtered.

7. Every evening, I am disturbed, and continue to be disturbed, by the noise of horses crying and whining as they enter the kill chute. The horses' cries wake me up in the night, and upset me so much that I have trouble sleeping.

8. My mother, Stella Jones, resides at 203 Booker Street, in Kaufman, Texas, which is located two houses down from the Dallas Crown horse slaughtering plant. She also endures, and continues to endure, the noxious odor of the plant. My mother's life has also been disrupted by the loud music that the plant's workers play during the early morning hours. She is also awakened most nights by the upsetting sounds of horses screaming and whining and therefore has trouble sleeping.

9. My sister, Vonda Prox, resides at 205 Booker Street, in Kaufman, Texas, which is located one house down from the Dallas Crown property. My sister has endured, and continues to endure, the severe stench and odor from the horse slaughter plant, and because of the stench she is unable to enjoy her yard. Her sleep is also disturbed, because she is awakened by the upsetting noise of horses crying and whining.

10. My personal and financial well-being, and that of my family, is being damaged by defendants' new rule allowing horse slaughter to continue, because this program will allow the Dallas Crown slaughterhouse to remain in operation. Unless the court orders otherwise, Dallas Crown's operations will continue to prohibit me and my family from even enjoying our own

homes and our neighborhood. It greatly upsets me that my close family members are suffering the same kinds of problems associated with the plant that I am.

11. Because almost my entire family lives in close proximity to the plant, I believe that I should have been given the right to express my views to the agency before it made a decision that has a massive impact on all of our lives.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

*Tonja Runnels*
Tonja Runnels

Dated: February 20, 2006