# Plaintiffs' Exhibit 8
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.<br><br>       Plaintiffs,<br>v.<br><br>MIKE JOHANNS, ET AL.<br><br>       Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF YOLANDA SALAZAR

I, YOLANDA SALAZAR, declare as follows:

1. I am a plaintiff in the above-entitled action.

2. I am a resident of 3722 North Terry Street, Fort Worth, Texas, and have lived there for four years. My home is located approximately one block from the Beltex Corporation horse slaughter plant, and I can view the plant from my home. I reside at my home with my husband, teenage daughter, and twenty-two year old son.

3. My family and I must endure the repugnant odor that emanates from Beltex. It is the kind of odor that makes it difficult to breathe. My family and I continue to endure the severe stench on a daily basis.

4. The odor is especially intolerable during the late afternoon and early evening hours. The noxious stench makes me concerned for my children's health. As a result, my family is unable to use our yard for barbequing or other social gatherings. I also love to garden, but am unable to do so because of the smell.

5. I was raised on a ranch and grew up around horses. I am an avid horse lover, and

members of my family rode, and continue to ride, horses. I often see the slaughter trucks entering the Beltex property and can view the horses on the trucks. It deeply saddens me to see the horses on their way to slaughter.

6. There are horse bones left outside on Beltex's property, and sometimes, horse bones also fall off the trucks onto the neighborhood streets. Our dogs often bring these bones home, causing much anxiety to me and my family.

7. My quality of life, and that of my family's, is being damaged by defendants' new rule allowing horse slaughter to continue, because this program will allow the Beltex slaughterhouse to remain in operation. Unless the court orders otherwise, Beltex's operations will continue to prohibit me and my family from even enjoying our own home and our neighborhood.

8. Because my family and I live in such close proximity to the plant, I believe that I should have been given the right to express my views to the agency before it made a decision that has a massive impact on all of our lives. I desire to obtain advance notice from USDA concerning the fee-for-service horse inspection program, so I can use that advance notice to participate in and comment on any rulemaking process concerning the program. I also wish that my comments be considered by the USDA before the Final Rule is issued.

9. These harms would be redressed if the Court were to enjoin the defendants from carrying out the fee-for-service inspection program.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

*Yolanda Salazar*
Yolanda Salazar

Dated: February 20, 2006