# Plaintiffs' Exhibit 9
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE HUMANE SOCIETY** | ) | |
| **OF THE UNITED STATES, ET AL.** | ) | |
| | ) | Civ. No. 1:06CV00265 (CKK) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| **MIKE JOHANNS, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF PAULA BACON

I, PAULA BACON, hereby declare as follows:

1.     My name is Paula Bacon, and I am submitting this declaration in support of plaintiffs' request for injunctive relief.

2.     I was born and raised in Kaufman, and my family has lived in Kaufman for five generations.  My family has operated a lumber business in Kaufman since 1896.

3.      I have represented Kaufman in public office for over seven years.  I served two terms on the city council, and I am currently serving a second term as the Mayor of the City of Kaufman.  Attached to this declaration are true and correct copies of two letters I submitted to the U.S. Congress as part of the official record of the debate over horse slaughter.

4.     Kaufman is home to Dallas Crown, one of only three horse slaughter plants operating in the United States.  I live only two miles from the Dallas Crown slaughter plant, and its presence in our community has damaged my hometown immensely, and robbed our citizens of the quiet and peaceful enjoyment of their property.  I can smell the noxious odor when I drive by the slaughter plant, and I am constantly disturbed by the knowledge and visible evidence of

horses being so inhumanely slaughtered in our community. Dallas Crown, which is foreign owned, is a disgrace to our community and has stigmatized our town.

5.     Dallas Crown began operating in Kaufman in the early 1980s and has caused massive economic and environmental problems since its inception. It has also violated, and is currently in violation of, a multitude of local laws pertaining to waste management, air and water quality, and other environmental concerns. For example, it is anticipated that our wastewater treatment plant will need a $6 million upgrade in the next three years, despite the fact that the plant was planned and financed through 2020. Twenty-nine citations for wastewater violations have been issued to Dallas Crown, each carrying with them a potential fine of $2,000. In an effort to avoid such penalties, the horse slaughtering facility has requested that our municipal court conduct twenty-nine separate jury trials. This is a tremendous strain on the City's legal budget and its economic ability to enforce ordinances designed to protect the operation of the wastewater treatment plant.

6.     Dallas Crown has drained, and continues to drain, the City's economic resources. The City's Volunteer Fire Department was unable to recover from Dallas Crown the cost of the foam used to contain the 600-800 gallons of blood spilled on the service road and into the ditches fronting the plant on September 30, 2003. Within the first several months of the 2006 fiscal year, the City already anticipates spending $70,000 in legal fees because of the problems it faces with Dallas Crown—which is the entire legal budget for this fiscal year.

7.     Dallas Crown has been persistently uncooperative with the City's request for information and access to its facility in order to protect its citizens from the ill effects of this facility. From October 1, 2004 to July 6, 2005, Dallas Crown denied the City access to its property for wastewater treatment testing. This denial came despite a requirement to grant the

2

City access by city ordinance, city permit agreement, and court order. The City has a long history of efforts to have Dallas Crown address these environmental problems; all of these efforts have been to no avail.

8.      Residents of Kaufman are fed up with what they've been forced to endure as a result of Dallas Crown in our community. The odor from the plant has permeated the community and adversely affected our citizens, who continuously complain about the odor deriving from the plant. The Presbyterian Hospital, daycare center, and neighborhoods near the plant are subjected to odor problems resulting from the outside storage of offal and hides. A physician, who has been in practice in the City of Kaufman for 18 years, recently wrote me a letter stating, "On repeated occasions we have had terrible foul odors emanating from [the Dallas Crown] slaughterhouse reaching all the way to my office building . . . I myself and my office staff have been nauseated and sick with this smell. Our patients have also been sick with this smell and have complained about this on various occasions." Other doctors have also complained about the odors emanating from the plant, and the President of Presbyterian Hospital of Kaufman has advised that the "pollution caused by Dallas Crown is causing a health threat that [a]ffects the emotional and physical well being of our patients and families." The true and correct copies of those letters are attached as exhibits to this declaration. Long-established neighbors living adjacent to the plant cannot open their windows, run their air conditioners, or have guests over to their homes without enduring the most horrific stench. Children are forced to play in their yards with a noise of horses being sent to their deaths in the background and the sight of blood from horses that have been slaughtered.

9.      Furthermore, Dallas Crown has a negative effect on the development of surrounding properties, and a horse slaughter plant in general is a stigma to the development of

our city. Many landowners have experienced difficulty securing loans to develop their property. These citizens are entitled to enjoy their property that they've worked so hard and long to buy, and with Dallas Crown in the backyard, they are prevented from doing so. The City of Kaufman is severely and negatively impacted by the operation of the Dallas Crown plant.

10.    Due to the plant's detrimental impacts on the Kaufman community, the City Council unanimously referred the Dallas Crown issue to the City's Zoning Board of Adjustments, which unanimously declared that Dallas Crown constituted a public nuisance on November 29, 2005. However, the plant continues to remain in operation and continues to adversely affect my community.

11.    The harms that the City of Kaufman is experiencing because of the slaughter plant would be eliminated if an injunction were granted by the court. Congress voted overwhelmingly to halt federal government inspection of horse meat, and it did so at the behest of the citizens of Kaufman and all other Americans who deplore the practice of slaughtering horses for human food. The Department of Agriculture's decision to disregard that decision inflicts irreparable personal and economic damage on the citizens for Kaufman, and should not be allowed to stand.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Paula Bacon

February 20, 2006

# Attachment to Bacon Decl.
# Civ. No. 02-0265 (CKK)

**Stephen McMahon, M.D., P.A.**
*Internal Medicine*
**Hospitalist, Presbyterian Hospital of Kaufman**
**850 W. Hwy. 243**
**Kaufman, Texas 75142**

Hospitalist Office 972 932 7349    Hospitalist Facsimile 972 932 7273    Business Office 972 932 5555
EMail memahonsteve@kaufmanhospitalist.com                   Operator 972 932 5400

September 12, 2005

Dear Senator:

I work at the Presbyterian Hospital of Kaufman as a hospitalist.   Often
when I come to work at the hospital I can smell the stench from the
horse slaughter plant across the highway.

I am in full support of Mayor Bacon's efforts to have this plant closed.   I
urge you to vote for the American Horse Slaughter Prevention Act.

Thank you for your consideration of this matter.

Sincerely,

Stephen McMahon, M.D.

*Shashank K. Dengle, M.D.*
*Cardiologist*

PRESBYTERIAN PROFESSIONAL BLDG. ● SUITE 111
KAUFMAN, TEXAS 75142
Phone: (972) 932-4800

October 24, 2005

Mayor Paula Bacon
Kaufman City Hall
209 S. Washington
Kaufman, TX 75142

Dear Mayor,

I am a physician practicing in Kaufman. I have been in practice in Kaufman for the past 18 years. My office is located in the Presbyterian Professional Building 1 which is located on Highway 243 W. Across the highway from my office there is a horse slaughterhouse by the name of Dallas Crown. On repeated occasions we have had terrible foul odors emanating from this slaughterhouse reaching all the way to my office building and to Presbyterian Hospital of Kaufman. I myself and my office staff have been nauseated and sick with this smell. Our patients have also been sick with this smell and have complained about this on various occasions.

I request you to address this issue as soon as possible. My patients, office staff and I will appreciate you finding a permanent solution to this problem.

If you have any questions, please do not hesitate to contact me.

Thank you.

Sincerely,

Shashank K. Dengle, M.D.
SKD/efs

**_Prabha Mohan, M.D. , P.A._**
_Board Certified in Internal Medicine_
709 Highway 243, Suite C
Kaufman, TX 75142
Phone (972)932-2000

November 16, 2005

Mayor Paula Bacon
Kaufman City Hall
209 S. Washington
Kaufman, TX 75142

RE: Slaughter House, Dallas Crown

Dear Ms.Mayor,

I'm an Internal Medicine practitioner in Kaufman, and my office is located across from the hospital in Presbyterian Professional Building II. My staff and I have experienced bad odors coming out of the Dallas Crown Plant, which is sometimes very sickening. Also, the service road for Hwy. 175, where the plant is located, has huge vehicles turning in and out very recklessly, which I think, exposes an extra risk for people here.

Thank you.

Sincerely,

Prabha Mohan, M.D.
Ph/rl

**Presbyterian
Hospital of Kaufman**
Texas Health Resources

September 19, 2005

Mayor Paula Bacon
209 S. Washington
Kaufman, TX 75142

Dear Mayor Bacon:

For some time, an offensive odor has emanated from Dallas Crown and is an extreme form of pollution for our patients and employees. As a measure to protect our patients and families from this putrid smell entering our HVAC system, it has been necessary to upgrade our air filtering system.

In my opinion, the pollution caused by Dallas Crown is causing a health threat that effects the emotional and physical well being of our patients and families. I respectfully request that the county take the necessary steps to enforce Dallas Crown to comply with applicable environmental regulations.

If you have any questions or need additional information, please call me at (972) 932-7582.

Sincerely,

Kirk King
President

cc:    Curtis Snow
       City Manager

850 Hwy 243 W · PO Box 1108 · Kaufman, TX 75142 · (972) 932-7382 · Fax (972) 932-5425

# Attachment to Bacon Decl.
# Civ. No. 02-0265 (CKK)



CITY OF
**KAUFMAN**

September 6, 2005

Dear Senator:

<u>Re: Support Congressional Efforts to End Horse Slaughter</u>

As the Mayor of Kaufman, Texas, I am all too well acquainted with an issue that has been getting plenty of attention on Capitol Hill recently: horse slaughter.

Kaufman is "home" to Dallas-Crown, one of only three horse slaughterhouses that continue to operate in this country (the other plants are in Ft. Worth, TX and DeKalb, IL). Together, the plants killed more than 65,000 of our horses last year for human consumption abroad. All three plants are foreign owned, and all three are out of step with American public opinion. **78% of Texans oppose horse slaughter and polls from other parts of the country reflect this sentiment.** Both of the Texas plants are operating in violation of state law which prohibits the sale of horsemeat for human consumption. And Dallas-Crown is operating in violation of a multitude of local laws pertaining to waste management, air quality and other environmental concerns.

When the District Attorneys in the two Texas jurisdictions moved to prosecute under the state law, the plants filed suit and the District Attorneys were prevented from proceeding. Horses continued to be slaughtered while the case languished in federal court. Recently, the judge ruled in the plants' favor. The District Attorneys are considering an appeal.

When the city took action against the plant for releasing pollutants into the sewer system far in excess of legally acceptable limits, we ended up in court and are now forced to mediate on an issue that can't be mediated. Meanwhile, our municipal sewer system is overburdened, but we simply cannot afford to refurbish the system so that it can tolerate the overload from Dallas-Crown. Nor should we have to.

Residents are also fed up with the situation. Long-established neighbors living adjacent to the plant cannot open their windows or run their air conditioners without enduring the most horrific stench. Children playing in their yards do so with the noise of horses being sent to their deaths in the background. Landowners have difficulty securing loans to develop their property. The residents have petitioned the city council to take corrective action against the plant. **On August 15 the Kaufman City Council voted unanimously to implement termination proceedings against the plant.**

**But the ultimate remedy rests with the federal government, which has the authority – and opportunity – to close this shameful industry down. I urge you to cosponsor the American Horse Slaughter Prevention Act when it is introduced by Senator John Ensign, and to support the Ensign amendment to the Senate Agriculture Appropriations Bill for Fiscal Year '06 that will prohibit the use of federal funds to facilitate horses slaughter.

As a community leader where we are directly impacted by the horse slaughter industry, I can assure you **the economic development return to our community is negative.** The foreign-owned companies profit at our expense – it is time for them to go. If I can provide you with further information, please don't hesitate to contact me at 972-932-2856.

Sincerely,

Paula Bacon
Mayor of Kaufman, Texas

# Mayor Paula Bacon
# City of Kaufman
# Kaufman, TX 75142

September 15, 2005

Dear Senator Ensign and Senator Byrd:

Thank you for your leadership and introduction of an amendment to the fiscal year 2006 Agriculture Appropriations bill preventing federal tax dollars from being used to support the horse slaughter industry. The industry causes significant hardship to my community which is home to Dallas Crown, one of only three horse slaughter plants in the United States. All three plants are foreign-owned.

This horse slaughtering facility has been in operation in Kaufman since 1986 and from the beginning has caused problems both economically and environmentally. I have listed some of the issues below.

I left with you staff reports from my City Manager, Police Chief, and Public Works Director regarding odor and wastewater effluence violations at the Dallas Crown horse slaughter plant in the City of Kaufman. The reports reference "decaying meat [which] provides a foul odor and is an attraction for vermin and carrion," containers conveyed "uncovered and leaking liquids," there are "significant foul odors during the daily monitoring of the area," and "Dallas Crown continually neglects to perform within the standards required of them."

I have asked the City Secretary to fax you a copy of the August 2005 City Council minutes pertaining to the council's <u>unanimous decision</u> to send the Dallas Crown issue to the Board of Adjustment for <u>termination</u> of non-conforming use.

Dallas Crown has repeatedly described itself as a "good corporate citizen." In speaking with your staff, I was very straightforward in asserting that they are the very antithesis of such. To reiterate some of what we discussed:

- Dallas Crown has a very long history of violations to their industrial waste permit, 'loading' the capacity of the wastewater treatment plant.
- Dallas Crown denied the City access to their property for wastewater testing beginning October 1, 2004 until July 6, 2005, despite requirement by city ordinance, city permit agreement, and court order.
- City staff reports that a $6 million upgrade to our wastewater treatment plant will be required in the next 3 years even though the plant was planned and financed to last through 2015.
- Odor problems resulting from the outside storage of offal and hides over several days persist not only in traditionally African-American neighborhood known as "Boggy Bottom", but at the nearby Presbyterian Hospital, the daycare center, and surrounding areas.

1

business that drains our resources, thwarts economic development and stigmatizes our community. Americans don't eat horses, and we don't raise them for human consumption. There is no justification for spending American tax dollars to support this industry at the expense of Americans and our horses.

Thank you so much for your leadership on this issue. Your amendment offers a clear solution to a significant problem that our community has been unable to resolve for decades. If I can be helpful to you in any way, please don't hesitate to contact me at 972-932-2856.

Sincerely,


Mayor Paula Bacon
Kaufman, TX