# Plaintiffs' Exhibit 11
# Civ. No. 02-0265 (CKK)

# Congress of the United States
## Washington, DC 20515

December 7, 2005

The Honorable Mike Johanns
Secretary of Agriculture
U.S. Department of Agriculture
1400 Independence Avenue
Washington, DC  20250-0003

Dear Mr. Secretary:

    We write to you with great concern after being informed that your Department is considering taking action related to horse slaughter that clearly defies Congressional intent.

    As you are aware, both the House and Senate overwhelmingly passed identical amendments to the FY 2006 Agriculture Appropriations bill that prevents funding for inspections of horsemeat intended for human consumption.  Congressional intent was to prevent horse slaughter for human consumption during FY 2006.  We are concerned your Department is attempting to use the 120 day grace period before the amendment takes effect to circumvent Congressional intent and allow horses and/or horsemeat to be inspected on a per-fee basis, thus permitting horse slaughter for human consumption to continue during FY 2006.

    To that end, is your Department attempting to allow per-fee inspections? In addition, is it your understanding that without such per-fee inspections, and in light of the restrictions contained in the amendment passed by Congress, the slaughter of horses for human consumption cannot occur during FY 06 once the 120 day grace period is met?

    Thank you for time and we appreciate your prompt attention to our concerns.  Due to the time sensitive nature of our concerns, we request that you supply your response to our two questions in writing no later than December 21st, 2005.

Sincerely,

[signature: John E. Sweeney]

[signature: Ed Whitfield]

[signature: John Spratt]

[signature: Robert E. Byrd]

PRINTED ON RECYCLED PAPER