# Plaintiffs' Exhibit 18
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.**<br><br>Plaintiffs,<br>v.<br><br>**MIKE JOHANNS, ET AL.**<br><br>Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF JUANITA SMITH

I, JUANITA SMITH, declare as follows:

1. I am a plaintiff in the above-entitled action.

2. I am a resident of Kaufman, Texas and have lived there for nearly fifty years. My home is located at 309 West Carver Street, located directly behind the Dallas Crown horse slaughter plant. My backyard abuts the plant's property.

3. For over a decade, I have endured the severe odor and stench of the plant. I continue to endure the severe stench on a daily basis.

4. The stench is especially intolerable in the morning and evening hours, and for this reason I am unable to go outside of my home.

5. Before the plant was in operation, my family had gatherings, such as outdoor barbecues. I have a large extended family, and I cannot have family gatherings at my home because of the odor from Dallas Crown.

6. Sometimes, there is blood in my bathtubs, sinks, and toilets. This is because the plant's blood spills clog up the local wastewater treatment plant and septic systems.

7. Dallas Crown often has blood and animal parts outside of the plant that attracts animals and insects. I spray my home every two weeks, but I never get rid of the rodents and insects that are attracted to the smell and animal flesh next door.

8. If Dallas Crown was not in operation, then my family could come to visit me at my home. My family does not visit my home because of the smell and other nuisances coming from the horse slaughter plant. I no longer drive because of my illness, so my family must come, pick me up, and take me to their homes for a visit. This takes away from precious time with my family.

9. All of these harms to my aesthetic interests have been injured by USDA's decision to provide for a voluntary fee-for-service program for establishments that slaughter horses, because this program will allow the Dallas Crown slaughterhouse to remain in operation. As a result of this program, Dallas Crown's operations will continue to adversely affect my ability to enjoy going outside of my home.

10. These harms would be redressed if the Court were to enjoin the government from inspecting horses at the facility.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

*Juanita Smith*
Juanita Smith

Dated: February 20, 2006