# Plaintiffs' Exhibit 19
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.<br><br>        Plaintiffs,<br>   v.<br><br>MIKE JOHANNS, ET AL.<br><br>        Defendants. | )<br>)<br>)<br>)   Civ. No. 1:06CV00265 (CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MARY FARLEY**

I, MARY FARLEY, declare as follows:

1. I am a member of The Humane Society of The United States, which is a plaintiff in the above-entitled action. I have been a member for approximately two years. I joined The HSUS, so that it would represent my interests on animal protection issues, such as the slaughtering of horses at the Cavel International plant.

2. I am a resident of DeKalb, Illinois. My home is located at 145 Buena Vista Drive, approximately 4.5 miles from the Cavel horse slaughter plant.

3. The quickest way to get home from work is driving past the Cavel International horse slaughter plant. I used to drive by every weekday. I used to see the transport trucks parked in front of Cavel and would think about how the horses suffered while in transport. I also continue to think about how the horses suffer at the plant, and it greatly upsets me to know that healthy, majestic horses are being slaughtered in my community.

4. When driving by the Cavel horse slaughter plant, the smell was so bad, and it would linger in my head for the rest of the day. Additionally, I would arrive home after work

upset and stressed out about the horses. It got so bad that I had to change routes. Now, my commute takes me fifteen minutes longer each way to get to and from work, and it costs more in gas. I used to be able to take the most direct route—using the Expressway—but now I cut around back roads to avoid having to see and smell the plant. I still think about what these horses go through daily, and on my new route to work, I see old horses in pastures and fear that they too will end up being slaughtered at the plant.

5. People in and around my community have come to associate DeKalb with the horse slaughtering plant. When I tell people where I live, they say, "Oh, that's where the horse slaughter plant is." Cavel is certainly a "black eye" in many people's minds that live in DeKalb, which is basically a farm town. Sadly, it has turned into a community where in one way there is a peaceful existence and on the other, brutal horse slaughter.

6. I, along with my fellow DeKalb citizens, have endured the unpleasantness and stigma of the horse slaughter plant for too long. The slaughterhouse's operations should be suspended as Congress required.

7. I would have liked the opportunity to give comments to the USDA on the fee-for-service horse inspection program. I know many other people from the community that would have liked to comment, too.

8. All of these harms to my aesthetic and economic interests would be eliminated if USDA's unlawful decision to create a new program for horse slaughter plants were overturned by the court. The USDA's decision will allow Cavel International to continue its operations. In turn, I will have to continue spending more time and money on my commute.

Pursuant to 28 U.S.C. § 1746, I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Dated: February 20, 2006

Mary Farley