# Plaintiffs' Exhibit 20
# Civ. No. 02-0265 (CKK)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.<br><br>        Plaintiffs,<br>   v.<br><br>MIKE JOHANNS, ET AL.<br><br>        Defendants. | ) <br> ) <br> ) <br> )    Civ. No. 1:06CV00265 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MARGARITA GARCIA

I, MARGARITA GARCIA, declare as follows:

    1.     I am a plaintiff in the above-entitled action.

    2.     I am a resident of 3800 North Terry Street, Fort Worth, Texas, and have lived there for four years.  My home is located approximately one block from the Beltex Corporation horse slaughter plant, and I can view the plant from my home.  I reside at my home with my husband and two children.

    3.     My family and I are constantly exposed to the severe stench of the plant.  The odor is unbearable in the morning and early evening and when it is hot, which is often in Texas. The smell is so bad that we cannot open our windows to enjoy fresh air or cool breezes.

    4.     The noxious odor prevents my family and I from enjoying our yard and the property around our home.  My kids are unable to play outside, and we cannot have friends or family over for barbequing.

    5.     I often see the slaughter trucks in our neighborhood.  I am an animal lover, and it makes me upset to see the horses on their way to slaughter.

6.    My personal well-being, and that of my family's, is being damaged by defendants' new rule allowing horse slaughter to continue, because this program will allow the Beltex slaughterhouse to remain in operation.  Unless the court orders otherwise, Beltex's operations will continue to adversely affect me and my family's ability to enjoy our own home, yard, and neighborhood.

7.    These harms would be redressed if the Court were to enjoin the government's fee-for-service horse inspection program.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Margarita Garcia
Margarita Garcia

Dated: February 20 , 2006