# Plaintiffs' Exhibit 21
# Civ. No. 02-0265 (CKK)

TO:    FILE

FROM:   RONI CROTTY
        WATER QUALITY SANITARIAN

RE:  BELTEX CORPORATION

On Wednesday 25 July 1990 this office was contacted concerning an overflowing manhole located behind Hollander Hide on North Grove Street.  The citizen was instructed to call 870-8300 to notify the Fort Worth Water Department.

This office was also contacted by Mr. William Massey of Public Works concerning the flow towards Jones Street.  Transportation and Public Works is channeling the creek at Jones and Long and expressed a concern over the liquid waste flowing into their work site.

At approximately 1500 hours Larry Mutchler of FW Industrial Waste Section of the Water Department called this office to notify us that the overflowing manholes had been fixed but there was still a reddish liquid flow coming from underneath Beltex Corp.  The field operation crew of the Water Department tried to flush the creek out by opening a fire hydrant. The sanitary sewer over-flowed at two locations.  The first manhole overflowed behind Hollander Hide early in the morning of the 25th, the second manhole, an uprising manhole located behind Beltex, started overflowing towards midday of the 25th.  Beltex Corporation killed horses at approximately 1030 hours that day, as we under-stand the process, wash down usually starts 3 to 4 hours after killing begins and takes up to 4 hours to complete.  The flow that entered the creek from both sanitary sewer manholes was reddish in color and believed to contain some blood.


I went out to the site at 1600 hours on the 25th.  A reddish flow was leaving the creek that runs beneath Beltex Corporation. Hernan Cortez joined me on site at Beltex at approximately 1700 hours.  Mr. Cortez and myself talked to Brain Echols the mainte-nance manager of Beltex.  Mr. Cortez walked under the building with Mr. Moralis, a member of the maintenance personnel of Bel-tex, and observed a red liquid flowing from the soil underneath the separator machinery located in Beltex.  Mr. Echols stated that the problem would be corrected that night.  Mr. Cortez issued a one day warning notice to Mr. Michael de Beukelaar, owner of Beltex, to correct the situation.

This office was contacted on 26 July 1990 by the FW Fire Depart-ment concerning the area at Jones and Long.  Mr. Michael Brooks and myself went out to the site and spoke to Chief Runnels FWFD. Chief Runnels expressed a concerning over what to do with the liquid waste in the creek.  As the reddish liquid was in a sever-al block area and had pooled in low areas of the creek, it was decided to flush the creek out by opening a city water hydrant



and all concerning the liquid in the creek. Mr. Tran, the the Health Department called a veterinarian associated with the Texas Department of Health (792-7280) over the health concerns of the liquid in the creek. TDH reported that anyone coming into contact with the liquid should wear protective gear such as boots and wash the boots and exposed surfaces with soap and water.

Mr. Brooks and myself traced the flow of the creek to Marine Creek. The drainage system in question joins Marine Creek underneath the 23rd Street bridge at Saunders Park. The water flow at 1100 hours was slightly colored and had a scum layer floating on the water.

Mr. Forest Johns of the Texas Water Commission was notified of the incident at approximately 1500 hours.

I returned to the site at approximately 1600 hours and spoke with Mr. Brain Echols. Mr Echols gave me a sample of liquid waste he had collected in the creek. The sample was stored in an air condition office overnight. Mr. Echols stated that he believed that part of the problem of the liquid seeping under the building was due to a clay sanitary sewer line that leads from the separator to the sanitary sewer system. The clay line is believed to be broken or unable to allow flow from the separator area.

Samples were taken in the creek below Beltex on the west side of the creek, in area past were the creek travels underneath the railroad station. Samples were kept on ice until arrival at the FWHD and one sample was frozen and were in refrigeration.

liquid in Creek from Beltex

**FORT WORTH HEALTH DEPARTMENT**
**WATER POLLUTION PROGRAM**

**- DISCHARGE REPORT -**

DATE 20 July 89     DAY Thursday     TIME 0935     MAPSCO _____

COMPANY NAME Beltex                    PHONE _____

ADDRESS/LOCATION 3801 N. Grove _____

CONTACT PERSON Jimmy Cantu          #EMPLOYEES _____

TYPE OF BUSINESS Horse ~~Meat~~ Slaughter House

REMARKS 2 Day Notice - Fix next day
21 July 89

**- DISCHARGES/WASTES -**

TYPE OF <u>PERMITTED</u> OFF-PROPERTY DISCHARGES _____

_____

PERMITS ISSUED BY _____    EXP. DATE _____

PERMIT NUMBERS _____

COMPLIANCE _____ YES _____ NO PRETREATMENT _____ YES _____ NO

REMARKS _____

DISCHARGE DESTINATION _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(CIRCLE)  <u>NON-PERMITTED DISCHARGE(S)</u>  OFF-PROPERTY DISCHARGE(S)  POTENTIAL DISCHARGE(S)

TYPE OF DISCHARGE Sanitary Sewer line Po was
broken And dischering into creek

SOURCE & LOCATION At Rear of Building on South
West side of Beltex Complex

TESTS _____ pH _____ NESSLER (+) OTHER Sewage
bacteria & tubifex worms were observed

DISCHARGE DESTINATION To creek Flowing beneath
Sewer Line

PROXIMITY TO:  RECREATION _____  PUBLIC _____

REMARKS _____

Roni Crotty
OBSERVER

## Fort Worth Public Health Department
## Water Pollution Control
### DISCHARGE REPORT

DATE ___15 Jan 92___ DAY ___Wednesday___ TIME ___10:30 AM___ MAPSCO ___78U___

COMPANY NAME ___Beltex Corp.___

PHONE ___624-1136___    NUMBER OF EMPLOYEES ___≅ 150___

ADDRESS/LOCATION ___3801 North Grove___

CONTACT PERSON ___Glenn Sessom___

TYPE OF BUSINESS ___Slaughterhouse___

REMARKS _____

### DISCHARGE/WASTES

TYPE OF PERMITTED OFF-PROPERTY DISCHARGES ___Industrial Waste - Sanitary Sewer___

PERMITS ISSUED BY ___FTW Water Dept. Industrial Wast___

PERMIT NUMBERS ___NA___

COMPLIANCE: _____ YES ___✓___ NO    PRETREATMENT: _____ YES ___✓___ NO

REMARKS _____

DISCHARGE DESTINATION ___Village Creek Wastewater Plant___

(Circle) NON-PERMITTED DISCHARGE (S)    (OFF-PROPERTY DISCHARGES (S))

POTENTIAL DISCHARGE (S)

TYPE OF DISCHARGE ___Sanitary Sewer - Blood___

SOURCE AND LOCATION ___Broken line under Beltex buildings___

ON SITE TESTS: pH _____ NESSLER REAGENT _____ OTHER _____

SAMPLE(S) COLLECTED _____ _____ _____ _____

DISCHARGE DESTINATION ___Marine Creek___

PROXIMITY TO: RECREATION ___½ mile___    PUBLIC ___adjacent___

REGULATORY ACTION TAKEN ___Written notice given___

REMARKS _____

OBSERVER/INVESTIGATOR ___Brian Camp___

USE BACK OF SHEET IF NECESSARY

Fort Worth Public Health Department
Water Pollution Control
**DISCHARGE REPORT**

DATE _____ 20 Feb 1992 _____ DAY _____ Thursday _____ TIME _____ 1230 _____ MAPSCO _____

COMPANY NAME  Beltex

PHONE _____ NUMBER OF EMPLOYEES _____

ADDRESS/LOCATION _____ North Grove

CONTACT PERSON  Glenn Ssom

TYPE OF BUSINESS  Horse slaughter house

REMARKS  Complaint through M. Fort Industrial Waste from Roy Irwin FWWD

### DISCHARGE/WASTES

TYPE OF PERMITTED OFF-PROPERTY DISCHARGES _____ NA

PERMITS ISSUED BY _____ NA

PERMIT NUMBERS _____ NA

COMPLIANCE: _____ NA _____ YES  NA _____ NO   PRETREATMENT: _____ X _____ YES _____ NO

REMARKS  PRETREATMENT FOR SANITARY SEWER

DISCHARGE DESTINATION  OF PRETREATMENT FORT WORTH SANITARY SEWER

(Circle) NON-PERMITTED DISCHARGE (S)      OFF-PROPERTY DISCHARGES (S)

POTENTIAL DISCHARGE (S)

TYPE OF DISCHARGE  SEWER

SOURCE AND LOCATION  PIPE AT REAR OF BUILDING OVER CREEK, PIPE HAD SMALL
FLOW OF SEEPAGE

ON SITE TESTS: pH _____ NA _____ NESSLER REAGENT  POSITIVE  OTHER _____ NA

SAMPLE(S) COLLECTED  NA          NA          NA          NA

DISCHARGE DESTINATION  CREEK THAT RUNS BENEATH PROPERTY THEN TO MARINE CREEK

PROXIMITY TO: RECREATION  1 mile          PUBLIC  25 FEET

**REGULATORY ACTION TAKEN**  2 DAY NOTICE

REMARKS _____

OBSERVER/INVESTIGATOR _____
                                    RONI CROTTY

USE BACK OF SHEET IF NECESSARY