# Plaintiffs' Exhibit 22
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.<br><br>　　　　　Plaintiffs,<br>　v.<br><br>MIKE JOHANNS, ET AL.<br><br>　　　　　Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF JAVIER ZUNIGA

I, JAVIER ZUNIGA, declare as follows:

1.　I am a plaintiff in the above-entitled action.

2.　I have lived at 3804 North Terry Street, Fort Worth, Texas for over four years and reside with my wife and two young children, ages three and six. My home is located approximately one block from the Beltex Corporation horse slaughter plant.

3.　My family and I are exposed to the unbearable odor of the plant on a daily basis. The stench is so severe that my children are unable to play outside. The odor is especially stifling in the late afternoon, and we are unable to enjoy our yard and must keep the windows shut.

4.　My quality of life, and that of my family's, is being damaged by defendants' new rule allowing horse slaughter to continue, because this program will allow the Beltex slaughterhouse to remain in operation. Unless the court orders otherwise, Beltex's operations will continue to prohibit me and my family from enjoying our own home and property.

5.  These harms would be redressed if the Court were to enjoin the defendants from carrying out the fee-for-service horse inspection program.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

*[signature]*
Javier Zuniga

Dated: February 20, 2006