# Plaintiffs' Exhibit 24
# Civ. No. 02-0265 (CKK)

Case 1:06-cv-00265-CKK   Document 5-26   Filed 02/22/2006   Page 1 of 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.**<br><br>　　　　　Plaintiffs,<br>　v.<br><br>**MIKE JOHANNS, ET AL.**<br><br>　　　　　Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF JUDY TAYLOR

I, JUDITH E. TAYLOR, declare as follows:

1. I am a plaintiff in the above-entitled action.

2. I am a resident of Clarksville, Indiana.

3. While previously living in Louisville, Kentucky, I owned two companion Appaloosa horses, a fourteen-year old gelding nicknamed Poco, and a thirteen-year old mare nicknamed P.J.

4. I had cared for Poco since he was a foal and for P.J. since her birth.

5. One of my greatest joys in life was caring for Poco and P.J. I received immense emotional pleasure from interacting with Poco and P.J. and watching them interact with each other on my property. Every day, I looked forward to visiting Poco and P.J. in their stables. I would feed them mints, their favorite treats, and groom them. They responded to me with great affection, nuzzling me and "talking" with me. Both Poco and P.J. had unique personalities that I fell in love with. The three of us had developed a strong bond from being together for nearly a decade and a half. Poco and P.J. were beautiful horses whose company greatly enhanced my life. I loved Poco and P.J. as if they were my children and was very attached to them.

6. Due to a variety of medical problems, it became increasingly difficult for me to perform some of the physical tasks necessary to properly care for Poco and P.J. by myself. They were a part of my family, and I didn't want to let them down. But I knew that I needed to find assistance to continue to provide Poco and P.J. with the care that they required.

7. Because I did not want to sell or separate Poco and P.J., I agreed to let my brother's friends take, care for, and house Poco and P.J. on their farm. They assured me that they would give Poco and P.J. the care that they needed and that I could visit Poco and P.J. anytime that I wanted. At no time did I ever transfer ownership of Poco and P.J., nor did I ever indicate to my brother's friends that I no longer wanted Poco and P.J. I was merely ensuring that my horses would receive proper care. I always had their best interest in mind.

8. On August 31, 1994, my brother's friends picked up Poco and P.J. and took them to their new pasture. That day, I prepared a going-away basket for Poco and P.J. that included all the comforts of home – blankets, treats, and of course, mints. I was extremely saddened to watch them leave, but I thought that I was doing what was best for them. It brought me comfort to know that I would still be able to visit them at any time and that they would continue to be well cared-for. Little did I know that the time I spent with Poco and P.J. that day, to say what I thought was a temporary goodbye, would be the last time that I would see my beloved companions. Within a few days of Poco's and P.J.'s departure, my brother's friends sold them to a known slaughter-buyer.

9. On September 6, 1994, I went to visit Poco and P.J. I was very excited and had again assembled a care-package for Poco and P.J. My brother's friends informed me that day that my horses were gone.

10. I frantically searched for Poco and P.J. for a month until I learned that my horses had been transported to Fort Worth, Texas and slaughtered at Beltex Corporation on September 26, 1994. I was shocked, angered, and devastated that Poco and P.J. had met such an unnecessary and gruesome fate. I had raised these horses since they were young. I loved them with all my heart. Their lives were stolen from me by the inhumane practice of horse slaughter.

11. Every day since learning of their death, I grieve over the loss of Poco and P.J., and I am haunted by the thoughts of their last moments. I wonder about the conditions in which they were transported during the long journey from Kentucky to Texas. I wonder if they were separated but hope that they were able to find comfort in each other. I wonder if they thought I had abandoned them. I hope that their slaughter was not as inhumane as I imagine that it was. I am so plagued by these thoughts that I have had to seek the assistance of a therapist. To this day, I am in therapy to help me deal with the grief of losing Poco and P.J. to horse slaughter.

12. Because of my experience, I have actively participated in the legislative process leading up to the passage of the legislation at issue. I always respond to horse slaughter action alerts, and I have contacted Senator Evan Bayh, Senator Richard Lugar, and Congressman Michael Sodrel to ask their support on horse protection legislation. Most recently, I signed a petition urging USDA to abide by the Amendment that Congress passed. I am appalled that USDA is taking action contrary to the express intent of Congress to ban horse slaughter. I will always support the effort to end horse slaughter. It is my way of paying tribute to Poco and P.J. and to the love and joy that they gave me while they were alive.

13. Because of my horrible experience and the emotional damage that it inflicted and continues to inflict on me, I am outraged that the Department of Agriculture did not let me know that it was considering establishing a fee-for-service horse inspection program, so that I could

make the agency and the public aware of my story and the inhumane and unconcisonable treatment horses sold for slaughter are forced to endure. I also wish that my comments be considered by the USDA before the Final Rule is issued.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

                                                                        Judith E. Taylor

Dated: February 20, 2006