# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) |
| Defendants. | ) ) ) |

## **PRAECIPE**

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant United States Attorney, as counsel for Defendants Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, in the above-captioned case.

Respectfully submitted,

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Facsimile: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing <u>Praecipe</u> was sent by the Court's Electronic Case Filing System, this <u>25th</u> day of February, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

and by electronic and first class, postage prepaid mail to:

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC 20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney