IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.,<br><br>Plaintiffs,<br><br>MIKE JOHANNS, et al.<br><br>Defendants. | Civ. No. 1:06cv00265 (CKK) |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Applicant Defendant-Intervenors Beltex Corporation ("Beltex"), Cavel International, Inc. ("Cavel"), and Dallas Crown, Inc. ("Dallas Crown") (collectively "Applicant Defendant-Intervenors") certify that to the best of my knowledge and belief, no parent, subsidiary or affiliate of Beltex, Cavel or Dallas Crown has any outstanding securities in the hands of the public.

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
James P. Murphy, Esq. (D.C. Bar No. 380857)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W.
Suite 500
Washington, DC 20004
Telephone: 202.626.6793
Fax: 202.626.6780

Dated: February 24, 2006

*Attorney for Applicant Defendant-Intervenors*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2006 the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia was served via facsimile and electronic mail on the following counsel in order to supplement service through the Court's electronic filing system:

Eric R. Glitzenstein
Ethan Carson Eddy
Howard M. Crystal
MEYER GLITZENSTEIN & CRYSTAL
Suite 700
1601 Connecticut Ave., N.W.
Washington, DC  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com
Fax:  202-588-5049


Beverly M. Russell
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, N.W.
Suite E-4915
Washington, DC  20530
beverly.russell@usdoj.gov
Fax:  202-514-8780

/s/
James P. Murphy