A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

The Humane Society  
of the United States, et al.  )  
       Plaintiff(s)  )  **APPEARANCE**  
       )  
       )  
       vs.  )  CASE NUMBER   1:06cv00265 (CKK)  
Mike Johanns, Secretary,  )  
U.S. Department of Agriculture, et al.,  )  
       Defendant(s)  )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __James P. Murphy__ as counsel in this  
       (Attorney's Name)

case for: __Applicant Defendant-Intervenors Beltex Corporation, Cavel International, Inc. and Dallas Crown, Inc.__  
       (Name of party or parties)

2/27/06  
Date

380857  
BAR IDENTIFICATION

Signature  
James P. Murphy  
Print Name  
1201 Pennsylvania Ave., N.W., Suite 500  
Address  
Washington, DC      20004  
City    State    Zip Code  
202-626-6793  
Phone Number