IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, et al.<br><br>    Plaintiffs,<br><br>MIKE JOHANNS, Secretary,<br>U.S. Department of Agriculture, et al.<br><br>    Defendants. | Civ. No. 1:06cv00265 (CKK) |

**(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND FOR A PRELIMINARY INJUNCTION**

The Court, having reviewed Defendant-Intervenors' Motion to deny Plaintiffs' Motion for a Temporary Restraining Order and For a Preliminary Injunction finds Defendant-Intervenors' Motion well taken and hereby grants same.

It is therefore ORDERED, ADJUDGED AND DECREED,

SO ORDERED this _____ day of _____, 2006.

 

The Honorable Colleen Kollar-Kotelly
United States District Court for the
District of Columbia

The following attorneys should be notified of the foregoing Order:

>Eric R. Glitzenstein
>Ethan Carson Eddy
>Howard M. Crystal
>MEYER GLITZENSTEIN & CRYSTAL
>Suite 700
>1601 Connecticut Ave., N.W.
>Washington, DC  20009
>eric@meyerglitz.com
>howardcrystal@meyerglitz.com
>
>*Attorneys for Plaintiffs*
>
>
>Beverly M. Russell
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street, N.W.
>Suite E-4915
>Washington, DC  20530
>beverly.russell@usdoj.gov
>
>*Attorney for Defendants*
>
>
>James P. Murphy, Esq.
>SQUIRE, SANDERS & DEMPSEY L.L.P.
>1201 Pennsylvania Ave., N.W.
>Suite 500
>Washington, DC  20004
>jmurphy@ssd.com
>
>*Attorney for Applicant Defendant-Intervenors*