# Case No. 06-00265 (CKK)

# APPLICANT DEFENDANT-INTERVENORS'

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.<br><br>Plaintiffs,<br><br>MIKE JOHANNS, et al.<br><br>Defendants. | )<br>)<br>)<br>) Civ. No. 1:06cv00265 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CHRISTOPHE SOENEN, DALLAS CROWN, INC.

Mr. Christophe Soenen, General Manager of Dallas Crown, Inc. Declares pursuant to 28 U.S.C 1746 :

1. My name is Christophe Soenen. I reside in Kaufman, Texas. I am currently General Manager of Dallas Crown, Inc. ("Dallas Crown").

2. Dallas Crown is located in Kaufman, Texas and has been in operation since 1994.

3. Dallas Crown is a meat processing facility that processes fresh and frozen horsemeat for export and human consumption, as well as animal food for domestic customers. Each year Dallas Crown exports 4,000 tons of horsemeat for human consumption and also provides more than 200 U.S. zoos with 750 tons of quality meat products for large animal diets.

4. Dallas Crown purchases horses from owners, mainly farmers in the Midwest, Southwest and the Western states, who no longer have need for their livestock. In 2005, Dallas Crown adopted the policy that it will not slaughter any "wild" horses owned or formerly owned by the Bureau of Land Management ("BLM"). Even prior 2005, the

number of 'wild horses' slaughtered by Dallas Crown was very small, approximately 1 out of 300 horses slaughtered. Such animals are too small and not of the quality expected by Dallas Crown's customers.

5. The company operates under a horsemeat license issued by the Texas Department of Agriculture, and is subject to, among others, the federal law and regulations established pursuant to the Federal Meat Inspection Act, the Agricultural Marketing Act, and the Humane Methods of Slaughter Act.

6. Dallas Crown is a significant employer and contributor of tax revenues in the Kaufman area. The plant employs 52 workers from around the County. Its total payroll was in excess of $2 million in 2005.

7. Dallas Crown would be irreparably harmed if the United States Department of Agriculture ("USDA") is enjoined from implementing a voluntary fee-for-service ante-mortem inspection program for horses, as announced in the Federal Register on February 8, 2006.

8. Because all livestock, including horses, intended for human consumption must be inspected by the Food Safety and Inspection Service ("FSIS") prior to slaughter, withholding such services will force Dallas Crown to cease its operations unless the fee-for-service inspection program is implemented as intended by the USDA and provided for in the Regulation.

9. Dallas Crown's customers consist of foreign businesses that import and sell horsemeat for human consumption; zoos that require a high standard nutritional program for their large animals, including protected species; and pharmaceuticals industries and

universities that purchase by-products to find new treatments and teach the next generation of veterinarians.

10. Even a temporary shutdown of the slaughter facility will have a severe detrimental impact on the business. Foreign customers will have to turn to alternative products and will lose their confidence in our ability to supply them in the future, when operations resume. In addition, our zoo customers will have to change the animals' feeding programs, and protected species, in particular, are very sensitive to any change in their diet.

11. Dallas Crown employs 52 workers from the Kaufman area. If the fee-for-service inspection program is not permitted to be established, these workers will lose their livelihood. 49 production workers will lose their positions immediately, and Dallas Crown will only be able to employ administrative personnel for a short period of time thereafter, and at a significant cost to the company. Even our zoo food production line will likely be unable to operate, as Dallas Crown's customers consider the fact that our meat has been USDA inspected to be of the utmost importance in terms of indicating a high quality, nutritional product for their animals.

12. In order to run an efficient, productive business Dallas Crown maintains and has supplied itself with items such as electricity and packaging and shipping supplies well into the future. The company has different contracts on utility purchases that must be honored. If the fee-for-service inspection program is not implemented, Dallas Crown will not only lose the value of the stockpiled supplies, it will also be required to honor contracts for which the company would have no need.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Christophe Soenen

Dated: February 24, 2006.