## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE<br>UNITED STATES, et al., | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary,<br>United States Department<br>of Agriculture, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

# ADMINISTRATIVE RECORD
# PAGES 001 - 002 and 007 - 035[1]

---

[1]The Administrative Record included an Index which is not being filed with the Record.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>)  Civ. No. 1:06CV00265 (CKK) |
| v. | )<br>) |
| MIKE JOHANNS, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE; BARBARA J. MASTERS, ADMINISTRATOR, FOOD SAFETY AND INSPECTION SERVICE, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## <u>CERTIFICATION OF ADMINISTRATIVE RECORD</u>

Rachel Edelstein, pursuant to 28 U.S.C. § 1746, deposes and says as follows:

1.     I am a Program Analyst with the United States Department of Agriculture, Food Safety and Inspection Service (FSIS), Office of Policy, Program and Employee Development, Regulations and Petitions Policy Staff.  I have been employed by FSIS since September, 1997. The facts attested to herein are based on my personal knowledge.

2.     As a Program Analyst, my responsibilities include, but are not limited to, coordinating the development and review of FSIS rules, regulations, and notices published in the Federal Register; working with FSIS management and personnel to analyze issues and developments affecting the meat, poultry, and egg products industries; evaluating public comments received on proposed regulations to determine whether the suggested changes are feasible, enforceable, and acceptable in view of program goals; and recommending specific changes to be made in final regulations.

3.      The documents attached hereto and represented in the Index attached hereto

constitute, to the best of my knowledge, a true and complete copy of all documents and materials

considered by FSIS in reaching the decisions at issue in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February, 2006, in Washington, D.C.


_Rachel Edelstein_

Rachel Edelstein
Program Analyst
Office of Policy, Program and Employee Development,
Regulations and Petitions Policy Staff
Food Safety and Inspection Service
U.S. Department of Agriculture

| 109TH CONGRESS | HOUSE OF REPRESENTATIVES | REPORT |
| 1st Session | | 109–255 |

## MAKING APPROPRIATIONS FOR AGRICULTURE, RURAL DEVELOPMENT, FOOD AND DRUG ADMINISTRATION, AND RELATED AGENCIES PROGRAMS FOR THE FISCAL YEAR ENDING SEPTEMBER 30, 2006, AND FOR OTHER PURPOSES

OCTOBER 26, 2005.—Ordered to be printed

Mr. BONILLA, from the committee of conference,
submitted the following

## CONFERENCE REPORT

[To accompany H.R. 2744]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H.R. 2744) "making appropriations for Agriculture, Rural Development, Food and Drug Administration, and Related Agencies for the fiscal year ending September 30, 2006, and for other purposes", having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate, and agree to the same with an amendment, as follows:

In lieu of the matter stricken and inserted by said amendment, insert:

*That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for Agriculture, Rural Development, Food and Drug Administration, and Related Agencies programs for the fiscal year ending September 30, 2006, and for other purposes, namely:*

### TITLE I

### AGRICULTURAL PROGRAMS

#### PRODUCTION, PROCESSING AND MARKETING

#### OFFICE OF THE SECRETARY

*For necessary expenses of the Office of the Secretary of Agriculture, $5,127,000: Provided, That not to exceed $11,000 of this amount shall be available for official reception and representation expenses, not otherwise provided for, as determined by the Secretary.*

24–119

0007

2

## EXECUTIVE OPERATIONS

### CHIEF ECONOMIST

For necessary expenses of the Chief Economist, including economic analysis, risk assessment, cost-benefit analysis, energy and new uses, and the functions of the World Agricultural Outlook Board, as authorized by the Agricultural Marketing Act of 1946 (7 U.S.C. 1622g), $10,539,000.

### NATIONAL APPEALS DIVISION

For necessary expenses of the National Appeals Division, $14,524,000.

### OFFICE OF BUDGET AND PROGRAM ANALYSIS

For necessary expenses of the Office of Budget and Program Analysis, $8,298,000.

### HOMELAND SECURITY STAFF

For necessary expenses of the Homeland Security Staff, $934,000.

### OFFICE OF THE CHIEF INFORMATION OFFICER

For necessary expenses of the Office of the Chief Information Officer, $16,462,000.

### COMMON COMPUTING ENVIRONMENT

For necessary expenses to acquire a Common Computing Environment for the Natural Resources Conservation Service, the Farm and Foreign Agricultural Service, and Rural Development mission areas for information technology, systems, and services, $110,072,000, to remain available until expended, for the capital asset acquisition of shared information technology systems, including services as authorized by 7 U.S.C. 6915–16 and 40 U.S.C. 1421–28: Provided, That obligation of these funds shall be consistent with the Department of Agriculture Service Center Modernization Plan of the county-based agencies, and shall be with the concurrence of the Department's Chief Information Officer: Provided further, That of the funds provided under this section, the Secretary shall acquire one meter natural color digital ortho-imagery of the entire state of Utah.

### OFFICE OF THE CHIEF FINANCIAL OFFICER

For necessary expenses of the Office of the Chief Financial Officer, $5,874,000: Provided, That hereafter the Chief Financial Officer shall actively market and expand cross-servicing activities of the National Finance Center: Provided further, That no funds made available by this appropriation may be obligated for FAIR Act or Circular A–76 activities until the Secretary has submitted to the Committees on Appropriations of both Houses of Congress and the Committee on Government Reform of the House of Representatives a report on the Department's contracting out policies, including agency budgets for contracting out.

3

### OFFICE OF THE ASSISTANT SECRETARY FOR CIVIL RIGHTS

For necessary salaries and expenses of the Office of the Assistant Secretary for Civil Rights, $821,000.

### OFFICE OF CIVIL RIGHTS

For necessary expenses of the Office of Civil Rights, $20,109,000.

### OFFICE OF THE ASSISTANT SECRETARY FOR ADMINISTRATION

For necessary salaries and expenses of the Office of the Assistant Secretary for Administration, $676,000.

### AGRICULTURE BUILDINGS AND FACILITIES AND RENTAL PAYMENTS

#### (INCLUDING TRANSFERS OF FUNDS)

For payment of space rental and related costs pursuant to Public Law 92–313, including authorities pursuant to the 1984 delegation of authority from the Administrator of General Services to the Department of Agriculture under 40 U.S.C. 486, for programs and activities of the Department which are included in this Act, and for alterations and other actions needed for the Department and its agencies to consolidate unneeded space into configurations suitable for release to the Administrator of General Services, and for the operation, maintenance, improvement, and repair of Agriculture buildings and facilities, and for related costs, $187,734,000, to remain available until expended, as follows: for payments to the General Services Administration and the Department of Homeland Security for building security, $147,734,000, and for buildings operations and maintenance, $40,000,000: Provided, That amounts which are made available for space rental and related costs for the Department of Agriculture in this Act may be transferred between such appropriations to cover the costs of additional, new, or replacement space 15 days after notice thereof is transmitted to the Appropriations Committees of both Houses of Congress.

### HAZARDOUS MATERIALS MANAGEMENT

#### (INCLUDING TRANSFERS OF FUNDS)

For necessary expenses of the Department of Agriculture, to comply with the Comprehensive Environmental Response, Compensation, and Liability Act (42 U.S.C. 9601 et seq.) and the Resource Conservation and Recovery Act (42 U.S.C. 6901 et seq.), $12,000,000, to remain available until expended: Provided, That appropriations and funds available herein to the Department for Hazardous Materials Management may be transferred to any agency of the Department for its use in meeting all requirements pursuant to the above Acts on Federal and non-Federal lands.

### DEPARTMENTAL ADMINISTRATION

#### (INCLUDING TRANSFERS OF FUNDS)

For Departmental Administration, $23,103,000, to provide for necessary expenses for management support services to offices of the Department and for general administration, security, repairs and

4

alterations, and other miscellaneous supplies and expenses not otherwise provided for and necessary for the practical and efficient work of the Department: *Provided,* That this appropriation shall be reimbursed from applicable appropriations in this Act for travel expenses incident to the holding of hearings as required by 5 U.S.C. 551–558.

### OFFICE OF THE ASSISTANT SECRETARY FOR CONGRESSIONAL RELATIONS

#### (INCLUDING TRANSFERS OF FUNDS)

For necessary salaries and expenses of the Office of the Assistant Secretary for Congressional Relations to carry out the programs funded by this Act, including programs involving intergovernmental affairs and liaison within the executive branch, $3,821,000: *Provided,* That these funds may be transferred to agencies of the Department of Agriculture funded by this Act to maintain personnel at the agency level: *Provided further,* That no funds made available by this appropriation may be obligated after 30 days from the date of enactment of this Act, unless the Secretary has notified the Committees on Appropriations of both Houses of Congress on the allocation of these funds by USDA agency: *Provided further,* That no other funds appropriated to the Department by this Act shall be available to the Department for support of activities of congressional relations.

### OFFICE OF COMMUNICATIONS

For necessary expenses to carry out services relating to the coordination of programs involving public affairs, for the dissemination of agricultural information, and the coordination of information, work, and programs authorized by Congress in the Department, $9,509,000: *Provided,* That not to exceed $2,000,000 may be used for farmers' bulletins.

### OFFICE OF THE INSPECTOR GENERAL

For necessary expenses of the Office of the Inspector General, including employment pursuant to the Inspector General Act of 1978, $80,336,000, including such sums as may be necessary for contracting and other arrangements with public agencies and private persons pursuant to section 6(a)(9) of the Inspector General Act of 1978, and including not to exceed $125,000 for certain confidential operational expenses, including the payment of informants, to be expended under the direction of the Inspector General pursuant to Public Law 95–452 and section 1337 of Public Law 97–98.

### OFFICE OF THE GENERAL COUNSEL

For necessary expenses of the Office of the General Counsel, $39,351,000.

### OFFICE OF THE UNDER SECRETARY FOR RESEARCH, EDUCATION AND ECONOMICS

For necessary salaries and expenses of the Office of the Under Secretary for Research, Education and Economics to administer the

5

*laws enacted by the Congress for the Economic Research Service, the National Agricultural Statistics Service, the Agricultural Research Service, and the Cooperative State Research, Education, and Extension Service, $598,000.*

### ECONOMIC RESEARCH SERVICE

*For necessary expenses of the Economic Research Service in conducting economic research and analysis, $75,931,000: Provided, That none of the funds made available by this Act or any other Act may be used by the Department of Agriculture to publish, disseminate, or distribute, internally or externally, Agriculture Information Bulletin Number 787: Provided further, That of the funds provided to the Economic Research Service, the Secretary of Agriculture shall use $350,000 to enter into an agreement for a comprehensive report on the economic development and current status of the sheep industry in the United States to be prepared by the National Academy of Sciences.*

### NATIONAL AGRICULTURAL STATISTICS SERVICE

*For necessary expenses of the National Agricultural Statistics Service in conducting statistical reporting and service work, $140,700,000, of which up to $29,115,000 shall be available until expended for the Census of Agriculture.*

### AGRICULTURAL RESEARCH SERVICE

#### SALARIES AND EXPENSES

*For necessary expenses to enable the Agricultural Research Service to perform agricultural research and demonstration relating to production, utilization, marketing, and distribution (not otherwise provided for); home economics or nutrition and consumer use including the acquisition, preservation, and dissemination of agricultural information; and for acquisition of lands by donation, exchange, or purchase at a nominal cost not to exceed $100, and for land exchanges where the lands exchanged shall be of equal value or shall be equalized by a payment of money to the grantor which shall not exceed 25 percent of the total value of the land or interests transferred out of Federal ownership, $1,135,004,000: Provided, That appropriations hereunder shall be available for the operation and maintenance of aircraft and the purchase of not to exceed one for replacement only: Provided further, That appropriations hereunder shall be available pursuant to 7 U.S.C. 2250 for the construction, alteration, and repair of buildings and improvements, but unless otherwise provided, the cost of constructing any one building shall not exceed $375,000, except for headhouses or greenhouses which shall each be limited to $1,200,000, and except for 10 buildings to be constructed or improved at a cost not to exceed $750,000 each, and the cost of altering any one building during the fiscal year shall not exceed 10 percent of the current replacement value of the building or $375,000, whichever is greater: Provided further, That the limitations on alterations contained in this Act shall not apply to modernization or replacement of existing facilities at Beltsville, Maryland: Provided further, That appropriations hereunder shall be available for granting easements at the Beltsville Agricul-*

6

*tural Research Center: Provided further, That the foregoing limita-*
*tions shall not apply to replacement of buildings needed to carry out*
*the Act of April 24, 1948 (21 U.S.C. 113a): Provided further, That*
*the foregoing limitations shall not apply to the purchase of land at*
*Florence, South Carolina: Provided further, That funds may be re-*
*ceived from any State, other political subdivision, organization, or*
*individual for the purpose of establishing or operating any research*
*facility or research project of the Agricultural Research Service, as*
*authorized by law: Provided further, That the Secretary, through*
*the Agricultural Research Service, or successor, is authorized to*
*lease approximately 40 acres of land at the Central Plains Experi-*
*ment Station, Nunn, Colorado, to the Board of Governors of the Col-*
*orado State University System, for its Shortgrass Steppe Biological*
*Field Station, on such terms and conditions as the Secretary deems*
*in the public interest: Provided further, That the Secretary under-*
*stands that it is the intent of the University to construct research*
*and educational buildings on the subject acreage and to conduct ag-*
*ricultural research and educational activities in these buildings:*
*Provided further, That as consideration for a lease, the Secretary*
*may accept the benefits of mutual cooperative research to be con-*
*ducted by the Colorado State University and the Government at the*
*Shortgrass Steppe Biological Field Station: Provided further, That*
*the term of any lease shall be for no more than 20 years, but a lease*
*may be renewed at the option of the Secretary on such terms and*
*conditions as the Secretary deems in the public interest: Provided*
*further, That the Agricultural Research Service may convey all*
*rights and title of the United States, to a parcel of land comprising*
*19 acres, more or less, located in Section 2, Township 18 North,*
*Range 14 East in Oktibbeha County, Mississippi, originally con-*
*veyed by the Board of Trustees of the Institution of Higher Learning*
*of the State of Mississippi, and described in instruments recorded*
*in Deed Book 306 at pages 553–554, Deed Book 319 at page 219,*
*and Deed Book 33 at page 115, of the public land records of*
*Oktibbeha County, Mississippi, including facilities, and fixed equip-*
*ment, to the Mississippi State University, Starkville, Mississippi, in*
*their "as is" condition, when vacated by the Agricultural Research*
*Service: Provided further, That none of the funds appropriated*
*under this heading shall be available to carry out research related*
*to the production, processing, or marketing of tobacco or tobacco*
*products.*

### BUILDINGS AND FACILITIES

*For acquisition of land, construction, repair, improvement, ex-*
*tension, alteration, and purchase of fixed equipment or facilities as*
*necessary to carry out the agricultural research programs of the De-*
*partment of Agriculture, where not otherwise provided,*
*$131,195,000, to remain available until expended.*

### COOPERATIVE STATE RESEARCH, EDUCATION, AND EXTENSION SERVICE

### RESEARCH AND EDUCATION ACTIVITIES

*For payments to agricultural experiment stations, for coopera-*
*tive forestry and other research, for facilities, and for other expenses,*
*$676,849,000, as follows: to carry out the provisions of the Hatch*

7

*Act of 1887 (7 U.S.C. 361a–i), $178,757,000; for grants for coopera-
tive forestry research (16 U.S.C. 582a through a–7), $22,230,000; for
payments to the 1890 land-grant colleges, including Tuskegee Uni-
versity and West Virginia State University (7 U.S.C. 3222),
$37,591,000, of which $1,507,496 shall be made available only for
the purpose of ensuring that each institution shall receive no less
than $1,000,000; for special grants for agricultural research (7
U.S.C. 450i(c)), $128,223,000; for special grants for agricultural re-
search on improved pest control (7 U.S.C. 450i(c)), $14,798,000; for
competitive research grants (7 U.S.C. 450i(b)), $183,000,000; for the
support of animal health and disease programs (7 U.S.C. 3195),
$5,057,000; for supplemental and alternative crops and products (7
U.S.C. 3319d), $1,187,000; for grants for research pursuant to the
Critical Agricultural Materials Act (7 U.S.C. 178 et seq.),
$1,102,000, to remain available until expended; for the 1994 re-
search grants program for 1994 institutions pursuant to section 536
of Public Law 103–382 (7 U.S.C. 301 note), $1,039,000, to remain
available until expended; for rangeland research grants (7 U.S.C.
3333), $1,000,000; for higher education graduate fellowship grants
(7 U.S.C. 3152(b)(6)), $3,738,000, to remain available until ex-
pended (7 U.S.C. 2209b); for a veterinary medicine loan repayment
program pursuant to section 1415A of the National Agricultural Re-
search, Extension, and Teaching Policy Act of 1977 (7 U.S.C. 3101
et seq.), $500,000; for higher education challenge grants (7 U.S.C.
3152(b)(1)), $5,478,000; for a higher education multicultural schol-
ars program (7 U.S.C. 3152(b)(5)), $998,000, to remain available
until expended (7 U.S.C. 2209b); for an education grants program
for Hispanic-serving Institutions (7 U.S.C. 3241), $6,000,000; for
noncompetitive grants for the purpose of carrying out all provisions
of 7 U.S.C. 3242 (section 759 of Public Law 106–78) to individual
eligible institutions or consortia of eligible institutions in Alaska
and in Hawaii, with funds awarded equally to each of the States
of Alaska and Hawaii, $3,250,000; for a secondary agriculture edu-
cation program and 2-year post-secondary education (7 U.S.C.
3152(j)), $1,000,000; for aquaculture grants (7 U.S.C. 3322),
$3,968,000; for sustainable agriculture research and education (7
U.S.C. 5811), $12,400,000; for a program of capacity building
grants (7 U.S.C. 3152(b)(4)) to colleges eligible to receive funds
under the Act of August 30, 1890 (7 U.S.C. 321–326 and 328), in-
cluding Tuskegee University and West Virginia State University,
$12,312,000, to remain available until expended (7 U.S.C. 2209b);
for payments to the 1994 Institutions pursuant to section 534(a)(1)
of Public Law 103–382, $2,250,000; for resident instruction grants
for insular areas under section 1491 of the National Agricultural
Research, Extension, and Teaching Policy Act of 1977 (7 U.S.C.
3363), $500,000; and for necessary expenses of Research and Edu-
cation Activities, $50,471,000, of which $2,587,000 for the Research,
Education, and Economics Information System and $2,051,000 for
the Electronic Grants Information System, are to remain available
until expended: Provided, That none of the funds appropriated
under this heading shall be available to carry out research related
to the production, processing, or marketing of tobacco or tobacco
products: Provided further, That this paragraph shall not apply to
research on the medical, biotechnological, food, and industrial uses
of tobacco.*

8

## NATIVE AMERICAN INSTITUTIONS ENDOWMENT FUND

For the Native American Institutions Endowment Fund authorized by Public Law 103–382 (7 U.S.C. 301 note), $12,000,000, to remain available until expended.

## EXTENSION ACTIVITIES

For payments to States, the District of Columbia, Puerto Rico, Guam, the Virgin Islands, Micronesia, Northern Marianas, and American Samoa, $455,955,000, as follows: payments for cooperative extension work under the Smith-Lever Act, to be distributed under sections 3(b) and 3(c) of said Act, and under section 208(c) of Public Law 93–471, for retirement and employees' compensation costs for extension agents, $275,730,000; payments for extension work at the 1994 Institutions under the Smith-Lever Act (7 U.S.C. 343(b)(3)), $3,273,000; payments for the nutrition and family education program for low-income areas under section 3(d) of the Act, $62,634,000; payments for the pest management program under section 3(d) of the Act, $9,960,000; payments for the farm safety program under section 3(d) of the Act, $4,563,000; payments for New Technologies for Ag Extension under section 3(d) of the Act, $1,500,000; payments to upgrade research, extension, and teaching facilities at the 1890 land-grant colleges, including Tuskegee University and West Virginia State University, as authorized by section 1447 of Public Law 95–113 (7 U.S.C. 3222b), $16,777,000, to remain available until expended; payments for youth-at-risk programs under section 3(d) of the Smith-Lever Act, $7,728,000; for youth farm safety education and certification extension grants, to be awarded competitively under section 3(d) of the Act, $444,000; payments for carrying out the provisions of the Renewable Resources Extension Act of 1978 (16 U.S.C. 1671 et seq.), $4,060,000; payments for Indian reservation agents under section 3(d) of the Smith-Lever Act, $1,996,000; payments for sustainable agriculture programs under section 3(d) of the Act, $4,067,000; payments for rural health and safety education as authorized by section 502(i) of Public Law 92–419 (7 U.S.C. 2662(i)), $1,965,000; payments for cooperative extension work by the colleges receiving the benefits of the second Morrill Act (7 U.S.C. 321–326 and 328) and Tuskegee University and West Virginia State University, $33,868,000, of which $1,724,884 shall be made available only for the purpose of ensuring that each institution shall receive no less than $1,000,000; for grants to youth organizations pursuant to section 7630 of title 7, United States Code, $2,000,000; and for necessary expenses of Extension Activities, $25,390,000.

## INTEGRATED ACTIVITIES

For the integrated research, education, and extension grants programs, including necessary administrative expenses, $55,792,000, as follows: for competitive grants programs authorized under section 406 of the Agricultural Research, Extension, and Education Reform Act of 1998 (7 U.S.C. 7626), $45,792,000, including $12,867,000 for the water quality program, $14,847,000 for the food safety program, $4,167,000 for the regional pest management centers program, $4,464,000 for the Food Quality Protection Act risk mitigation program for major food crop systems, $1,389,000 for the

9

crops affected by Food Quality Protection Act implementation, $3,106,000 for the methyl bromide transition program, and $1,874,000 for the organic transition program; for a competitive international science and education grants program authorized under section 1459A of the National Agricultural Research, Extension, and Teaching Policy Act of 1977 (7 U.S.C. 3292b), to remain available until expended, $1,000,000; for grants programs authorized under section 2(c)(1)(B) of Public Law 89–106, as amended, $744,000, to remain available until September 30, 2007 for the critical issues program, and $1,334,000 for the regional rural development centers program; and $10,000,000 for the Food and Agriculture Defense Initiative authorized under section 1484 of the National Agricultural Research, Extension, and Teaching Act of 1977, to remain available until September 30, 2007.

### OUTREACH FOR SOCIALLY DISADVANTAGED FARMERS

For grants and contracts pursuant to section 2501 of the Food, Agriculture, Conservation, and Trade Act of 1990 (7 U.S.C. 2279), $6,000,000, to remain available until expended.

### OFFICE OF THE UNDER SECRETARY FOR MARKETING AND REGULATORY PROGRAMS

For necessary salaries and expenses of the Office of the Under Secretary for Marketing and Regulatory Programs to administer programs under the laws enacted by the Congress for the Animal and Plant Health Inspection Service; the Agricultural Marketing Service; and the Grain Inspection, Packers and Stockyards Administration; $724,000.

### ANIMAL AND PLANT HEALTH INSPECTION SERVICE

#### SALARIES AND EXPENSES

##### (INCLUDING TRANSFERS OF FUNDS)

For expenses, not otherwise provided for, necessary to prevent, control, and eradicate pests and plant and animal diseases; to carry out inspection, quarantine, and regulatory activities; and to protect the environment, as authorized by law, $815,461,000, of which $4,140,000 shall be available for the control of outbreaks of insects, plant diseases, animal diseases and for control of pest animals and birds to the extent necessary to meet emergency conditions; of which $39,000,000 shall be used for the boll weevil eradication program for cost share purposes or for debt retirement for active eradication zones; of which $33,340,000 shall be available for a National Animal Identification program: Provided, That no funds shall be used to formulate or administer a brucellosis eradication program for the current fiscal year that does not require minimum matching by the States of at least 40 percent: Provided further, That this appropriation shall be available for the operation and maintenance of aircraft and the purchase of not to exceed four, of which two shall be for replacement only: Provided further, That, in addition, in emergencies which threaten any segment of the agricultural production industry of this country, the Secretary may transfer from other appropriations or funds available to the agencies or corporations of the Department such sums as may be deemed necessary, to be available

10

*only in such emergencies for the arrest and eradication of contagious or infectious disease or pests of animals, poultry, or plants, and for expenses in accordance with sections 10411 and 10417 of the Animal Health Protection Act (7 U.S.C. 8310 and 8316) and sections 431 and 442 of the Plant Protection Act (7 U.S.C. 7751 and 7772), and any unexpended balances of funds transferred for such emergency purposes in the preceding fiscal year shall be merged with such transferred amounts: Provided further, That appropriations hereunder shall be available pursuant to law (7 U.S.C. 2250) for the repair and alteration of leased buildings and improvements, but unless otherwise provided the cost of altering any one building during the fiscal year shall not exceed 10 percent of the current replacement value of the building.*

*In fiscal year 2006, the agency is authorized to collect fees to cover the total costs of providing technical assistance, goods, or services requested by States, other political subdivisions, domestic and international organizations, foreign governments, or individuals, provided that such fees are structured such that any entity's liability for such fees is reasonably based on the technical assistance, goods, or services provided to the entity by the agency, and such fees shall be credited to this account, to remain available until expended, without further appropriation, for providing such assistance, goods, or services.*

### BUILDINGS AND FACILITIES

*For plans, construction, repair, preventive maintenance, environmental support, improvement, extension, alteration, and purchase of fixed equipment or facilities, as authorized by 7 U.S.C. 2250, and acquisition of land as authorized by 7 U.S.C. 428a, $4,996,000, to remain available until expended.*

### AGRICULTURAL MARKETING SERVICE

### MARKETING SERVICES

*For necessary expenses to carry out services related to consumer protection, agricultural marketing and distribution, transportation, and regulatory programs, as authorized by law, and for administration and coordination of payments to States, $75,376,000, including funds for the wholesale market development program for the design and development of wholesale and farmer market facilities for the major metropolitan areas of the country: Provided, That this appropriation shall be available pursuant to law (7 U.S.C. 2250) for the alteration and repair of buildings and improvements, but the cost of altering any one building during the fiscal year shall not exceed 10 percent of the current replacement value of the building.*

*Fees may be collected for the cost of standardization activities, as established by regulation pursuant to law (31 U.S.C. 9701).*

### LIMITATION ON ADMINISTRATIVE EXPENSES

*Not to exceed $65,667,000 (from fees collected) shall be obligated during the current fiscal year for administrative expenses: Provided, That if crop size is understated and/or other uncontrollable events occur, the agency may exceed this limitation by up to 10 percent with notification to the Committees on Appropriations of both Houses of Congress.*

11

### FUNDS FOR STRENGTHENING MARKETS, INCOME, AND SUPPLY
#### (SECTION 32)
##### (INCLUDING TRANSFERS OF FUNDS)

Funds available under section 32 of the Act of August 24, 1935 (7 U.S.C. 612c), shall be used only for commodity program expenses as authorized therein, and other related operating expenses, including not less than $20,000,000 for replacement of a system to support commodity purchases, except for: (1) transfers to the Department of Commerce as authorized by the Fish and Wildlife Act of August 8, 1956; (2) transfers otherwise provided in this Act; and (3) not more than $16,055,000 for formulation and administration of marketing agreements and orders pursuant to the Agricultural Marketing Agreement Act of 1937 and the Agricultural Act of 1961.

### PAYMENTS TO STATES AND POSSESSIONS

For payments to departments of agriculture, bureaus and departments of markets, and similar agencies for marketing activities under section 204(b) of the Agricultural Marketing Act of 1946 (7 U.S.C. 1623(b)), $3,847,000, of which not less than $2,500,000 shall be used to make a grant under this heading.

### GRAIN INSPECTION, PACKERS AND STOCKYARDS ADMINISTRATION

#### SALARIES AND EXPENSES

For necessary expenses to carry out the provisions of the United States Grain Standards Act, for the administration of the Packers and Stockyards Act, for certifying procedures used to protect purchasers of farm products, and the standardization activities related to grain under the Agricultural Marketing Act of 1946, $38,443,000: Provided, That this appropriation shall be available pursuant to law (7 U.S.C. 2250) for the alteration and repair of buildings and improvements, but the cost of altering any one building during the fiscal year shall not exceed 10 percent of the current replacement value of the building.

#### LIMITATION ON INSPECTION AND WEIGHING SERVICES EXPENSES

Not to exceed $42,463,000 (from fees collected) shall be obligated during the current fiscal year for inspection and weighing services: Provided, That if grain export activities require additional supervision and oversight, or other uncontrollable factors occur, this limitation may be exceeded by up to 10 percent with notification to the Committees on Appropriations of both Houses of Congress.

### OFFICE OF THE UNDER SECRETARY FOR FOOD SAFETY

For necessary salaries and expenses of the Office of the Under Secretary for Food Safety to administer the laws enacted by the Congress for the Food Safety and Inspection Service, $602,000.

### FOOD SAFETY AND INSPECTION SERVICE

For necessary expenses to carry out services authorized by the Federal Meat Inspection Act, the Poultry Products Inspection Act, and the Egg Products Inspection Act, including not to exceed $50,000 for representation allowances and for expenses pursuant to

12

section 8 of the Act approved August 3, 1956 (7 U.S.C. 1766), $837,756,000, of which no less than $753,252,000 shall be available for Federal food safety inspection; and in addition, $1,000,000 may be credited to this account from fees collected for the cost of laboratory accreditation as authorized by section 1327 of the Food, Agriculture, Conservation and Trade Act of 1990 (7 U.S.C. 138f): Provided, That no fewer than 63 full time equivalent positions above the fiscal year 2002 level shall be employed during fiscal year 2006 for purposes dedicated solely to inspections and enforcement related to the Humane Methods of Slaughter Act: Provided further, That of the amount available under this heading, notwithstanding section 704 of this Act $4,000,000, available until September 30, 2007, shall be obligated to include the Humane Animal Tracking System as part of the Field Automation and Information Management System following notification to the Committees on Appropriations, which shall include a detailed explanation of the components of such system: Provided further, That of the total amount made available under this heading, no less than $20,653,000 shall be obligated for regulatory and scientific training: Provided further, That this appropriation shall be available pursuant to law (7 U.S.C. 2250) for the alteration and repair of buildings and improvements, but the cost of altering any one building during the fiscal year shall not exceed 10 percent of the current replacement value of the building.

### OFFICE OF THE UNDER SECRETARY FOR FARM AND FOREIGN AGRICULTURAL SERVICES

For necessary salaries and expenses of the Office of the Under Secretary for Farm and Foreign Agricultural Services to administer the laws enacted by Congress for the Farm Service Agency, the Foreign Agricultural Service, the Risk Management Agency, and the Commodity Credit Corporation, $635,000.

### FARM SERVICE AGENCY

#### SALARIES AND EXPENSES

##### (INCLUDING TRANSFERS OF FUNDS)

For necessary expenses for carrying out the administration and implementation of programs administered by the Farm Service Agency, $1,030,000,000: Provided, That the Secretary is authorized to use the services, facilities, and authorities (but not the funds) of the Commodity Credit Corporation to make program payments for all programs administered by the Agency: Provided further, That other funds made available to the Agency for authorized activities may be advanced to and merged with this account: Provided further, That none of the funds made available by this Act may be used to pay the salaries or expenses of any officer or employee of the Department of Agriculture to close any local or county office of the Farm Service Agency unless the Secretary of Agriculture, not later than 30 days after the date on which the Secretary proposed the closure, holds a public meeting about the proposed closure in the county in which the local or county office is located, and, after the public meeting but not later than 120 days before the date on which the Secretary approves the closure, notifies the Committee on Agriculture and the Committee on Appropriations of the House of Rep-

13

*resentatives and the Committee on Agriculture, Nutrition, and Forestry and the Committee on Appropriations of the Senate, and the members of Congress from the State in which the local or county office is located of the proposed closure.*

### STATE MEDIATION GRANTS

*For grants pursuant to section 502(b) of the Agricultural Credit Act of 1987, as amended (7 U.S.C. 5101–5106), $4,250,000.*

### GRASSROOTS SOURCE WATER PROTECTION PROGRAM

*For necessary expenses to carry out wellhead or groundwater protection activities under section 12400 of the Food Security Act of 1985 (16 U.S.C. 3839bb–2), $3,750,000, to remain available until expended.*

### DAIRY INDEMNITY PROGRAM

#### (INCLUDING TRANSFER OF FUNDS)

*For necessary expenses involved in making indemnity payments to dairy farmers and manufacturers of dairy products under a dairy indemnity program, $100,000, to remain available until expended: Provided, That such program is carried out by the Secretary in the same manner as the dairy indemnity program described in the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001 (Public Law 106–387, 114 Stat. 1549A–12).*

### AGRICULTURAL CREDIT INSURANCE FUND PROGRAM ACCOUNT

#### (INCLUDING TRANSFERS OF FUNDS)

*For gross obligations for the principal amount of direct and guaranteed farm ownership (7 U.S.C. 1922 et seq.) and operating (7 U.S.C. 1941 et seq.) loans, Indian tribe land acquisition loans (25 U.S.C. 488), and boll weevil loans (7 U.S.C. 1989), to be available from funds in the Agricultural Credit Insurance Fund, as follows: farm ownership loans, $1,608,000,000, of which $1,400,000,000 shall be for guaranteed loans and $208,000,000 shall be for direct loans; operating loans, $2,074,632,000, of which $1,150,000,000 shall be for unsubsidized guaranteed loans, $274,632,000 shall be for subsidized guaranteed loans and $650,000,000 shall be for direct loans; Indian tribe land acquisition loans, $2,020,000; and for boll weevil eradication program loans, $100,000,000: Provided, That the Secretary shall deem the pink bollworm to be a boll weevil for the purpose of boll weevil eradication program loans.*

*For the cost of direct and guaranteed loans, including the cost of modifying loans as defined in section 502 of the Congressional Budget Act of 1974, as follows: farm ownership loans, $17,370,000, of which $6,720,000 shall be for guaranteed loans, and $10,650,000 shall be for direct loans; operating loans, $133,849,000, of which $34,845,000 shall be for unsubsidized guaranteed loans, $34,329,000 shall be for subsidized guaranteed loans, and $64,675,000 shall be for direct loans; and Indian tribe land acquisition loans, $81,000.*

*In addition, for administrative expenses necessary to carry out the direct and guaranteed loan programs, $312,591,000, of which*

14

*$304,591,000 shall be transferred to and merged with the appropriation for "Farm Service Agency, Salaries and Expenses".*

*Funds appropriated by this Act to the Agricultural Credit Insurance Program Account for farm ownership and operating direct loans and guaranteed loans may be transferred among these programs: Provided, That the Committees on Appropriations of both Houses of Congress are notified at least 15 days in advance of any transfer.*

### RISK MANAGEMENT AGENCY

*For administrative and operating expenses, as authorized by section 226A of the Department of Agriculture Reorganization Act of 1994 (7 U.S.C. 6933), $77,048,000: Provided, That not to exceed $1,000 shall be available for official reception and representation expenses, as authorized by 7 U.S.C. 1506(i).*

### CORPORATIONS

*The following corporations and agencies are hereby authorized to make expenditures, within the limits of funds and borrowing authority available to each such corporation or agency and in accord with law, and to make contracts and commitments without regard to fiscal year limitations as provided by section 104 of the Government Corporation Control Act as may be necessary in carrying out the programs set forth in the budget for the current fiscal year for such corporation or agency, except as hereinafter provided.*

### FEDERAL CROP INSURANCE CORPORATION FUND

*For payments as authorized by section 516 of the Federal Crop Insurance Act (7 U.S.C. 1516), such sums as may be necessary, to remain available until expended.*

### COMMODITY CREDIT CORPORATION FUND

#### REIMBURSEMENT FOR NET REALIZED LOSSES

*For the current fiscal year, such sums as may be necessary to reimburse the Commodity Credit Corporation for net realized losses sustained, but not previously reimbursed, pursuant to section 2 of the Act of August 17, 1961 (15 U.S.C. 713a–11): Provided, That of the funds available to the Commodity Credit Corporation under section 11 of the Commodity Credit Corporation Charter Act (15 U.S.C 714i) for the conduct of its business with the Foreign Agricultural Service, up to $5,000,000 may be transferred to and used by the Foreign Agricultural Service for information resource management activities of the Foreign Agricultural Service that are not related to Commodity Credit Corporation business.*

#### HAZARDOUS WASTE MANAGEMENT

##### (LIMITATION ON EXPENSES)

*For the current fiscal year, the Commodity Credit Corporation shall not expend more than $5,000,000 for site investigation and cleanup expenses, and operations and maintenance expenses to comply with the requirement of section 107(g) of the Comprehensive Environmental Response, Compensation, and Liability Act (42 U.S.C.*

15

9607(g)), and section 6001 of the Resource Conservation and Recovery Act (42 U.S.C. 6961).

## TITLE II

## CONSERVATION PROGRAMS

### OFFICE OF THE UNDER SECRETARY FOR NATURAL RESOURCES AND ENVIRONMENT

For necessary salaries and expenses of the Office of the Under Secretary for Natural Resources and Environment to administer the laws enacted by the Congress for the Forest Service and the Natural Resources Conservation Service, $744,000.

### NATURAL RESOURCES CONSERVATION SERVICE

#### CONSERVATION OPERATIONS

For necessary expenses for carrying out the provisions of the Act of April 27, 1935 (16 U.S.C. 590a–f), including preparation of conservation plans and establishment of measures to conserve soil and water (including farm irrigation and land drainage and such special measures for soil and water management as may be necessary to prevent floods and the siltation of reservoirs and to control agricultural related pollutants); operation of conservation plant materials centers; classification and mapping of soil; dissemination of information; acquisition of lands, water, and interests therein for use in the plant materials program by donation, exchange, or purchase at a nominal cost not to exceed $100 pursuant to the Act of August 3, 1956 (7 U.S.C. 428a); purchase and erection or alteration or improvement of permanent and temporary buildings; and operation and maintenance of aircraft, $839,519,000, to remain available until May 31, 2007, of which not less than $10,650,000 is for snow survey and water forecasting, and not less than $10,547,000 is for operation and establishment of the plant materials centers, and of which not less than $27,500,000 shall be for the grazing lands conservation initiative: Provided, That appropriations hereunder shall be available pursuant to 7 U.S.C. 2250 for construction and improvement of buildings and public improvements at plant materials centers, except that the cost of alterations and improvements to other buildings and other public improvements shall not exceed $250,000: Provided further, That when buildings or other structures are erected on non-Federal land, that the right to use such land is obtained as provided in 7 U.S.C. 2250a: Provided further, That this appropriation shall be available for technical assistance and related expenses to carry out programs authorized by section 202(c) of title II of the Colorado River Basin Salinity Control Act of 1974 (43 U.S.C. 1592(c)): Provided further, That qualified local engineers may be temporarily employed at per diem rates to perform the technical planning work of the Service.

#### WATERSHED SURVEYS AND PLANNING

For necessary expenses to conduct research, investigation, and surveys of watersheds of rivers and other waterways, and for small watershed investigations and planning, in accordance with the Wa-

16

*tershed Protection and Flood Prevention Act (16 U.S.C. 1001–1009), $6,083,000.*

### WATERSHED AND FLOOD PREVENTION OPERATIONS

*For necessary expenses to carry out preventive measures, including but not limited to research, engineering operations, methods of cultivation, the growing of vegetation, rehabilitation of existing works and changes in use of land, in accordance with the Watershed Protection and Flood Prevention Act (16 U.S.C. 1001–1005 and 1007–1009), the provisions of the Act of April 27, 1935 (16 U.S.C. 590a–f), and in accordance with the provisions of laws relating to the activities of the Department, $75,000,000, to remain available until expended; of which up to $10,000,000 may be available for the watersheds authorized under the Flood Control Act (33 U.S.C. 701 and 16 U.S.C. 1006a): Provided, That not to exceed $30,000,000 of this appropriation shall be available for technical assistance: Provided further, That not to exceed $1,000,000 of this appropriation is available to carry out the purposes of the Endangered Species Act of 1973 (Public Law 93–205), including cooperative efforts as contemplated by that Act to relocate endangered or threatened species to other suitable habitats as may be necessary to expedite project construction.*

### WATERSHED REHABILITATION PROGRAM

*For necessary expenses to carry out rehabilitation of structural measures, in accordance with section 14 of the Watershed Protection and Flood Prevention Act (16 U.S.C. 1012), and in accordance with the provisions of laws relating to the activities of the Department, $31,561,000, to remain available until expended.*

### RESOURCE CONSERVATION AND DEVELOPMENT

*For necessary expenses in planning and carrying out projects for resource conservation and development and for sound land use pursuant to the provisions of sections 31 and 32 of the Bankhead-Jones Farm Tenant Act (7 U.S.C. 1010–1011; 76 Stat. 607); the Act of April 27, 1935 (16 U.S.C. 590a–f); and subtitle H of title XV of the Agriculture and Food Act of 1981 (16 U.S.C. 3451–3461), $51,300,000, to remain available until expended: Provided, That the Secretary shall enter into a cooperative or contribution agreement, within 45 days of enactment of this Act, with a national association regarding a Resource Conservation and Development program and such agreement shall contain the same matching, contribution requirements, and funding level, set forth in a similar cooperative or contribution agreement with a national association in fiscal year 2002: Provided further, That not to exceed $3,411,000 shall be available for national headquarters activities.*

## TITLE III

## RURAL DEVELOPMENT PROGRAMS

### OFFICE OF THE UNDER SECRETARY FOR RURAL DEVELOPMENT

*For necessary salaries and expenses of the Office of the Under Secretary for Rural Development to administer programs under the*

17

laws enacted by the Congress for the Rural Housing Service, the Rural Business-Cooperative Service, and the Rural Utilities Service, $635,000.

### RURAL COMMUNITY ADVANCEMENT PROGRAM

#### (INCLUDING TRANSFERS OF FUNDS)

For the cost of direct loans, loan guarantees, and grants, as authorized by 7 U.S.C. 1926, 1926a, 1926c, 1926d, and 1932, except for sections 381E–H and 381N of the Consolidated Farm and Rural Development Act, $701,941,000, to remain available until expended, of which $82,620,000 shall be for rural community programs described in section 381E(d)(1) of such Act; of which $530,100,000 shall be for the rural utilities programs described in sections 381E(d)(2), 306C(a)(2), and 306D of such Act, of which not to exceed $500,000 shall be available for the rural utilities program described in section 306(a)(2)(B) of such Act, and of which not to exceed $1,000,000 shall be available for the rural utilities program described in section 306E of such Act; and of which $89,221,000 shall be for the rural business and cooperative development programs described in sections 381E(d)(3) and 310B(f) of such Act: Provided, That of the total amount appropriated in this account, $25,000,000 shall be for loans and grants to benefit Federally Recognized Native American Tribes, including grants for drinking water and waste disposal systems pursuant to section 306C of such Act, of which $4,464,000 shall be available for community facilities grants to tribal colleges, as authorized by section 306(a)(19) of the Consolidated Farm and Rural Development Act, and of which $250,000 shall be available for a grant to a qualified national organization to provide technical assistance for rural transportation in order to promote economic development: Provided further, That of the amount appropriated for rural community programs, $6,350,000 shall be available for a Rural Community Development Initiative: Provided further, That such funds shall be used solely to develop the capacity and ability of private, nonprofit community-based housing and community development organizations, low-income rural communities, and Federally Recognized Native American Tribes to undertake projects to improve housing, community facilities, community and economic development projects in rural areas: Provided further, That such funds shall be made available to qualified private, nonprofit and public intermediary organizations proposing to carry out a program of financial and technical assistance: Provided further, That such intermediary organizations shall provide matching funds from other sources, including Federal funds for related activities, in an amount not less than funds provided: Provided further, That of the amount appropriated for the rural business and cooperative development programs, not to exceed $500,000 shall be made available for a grant to a qualified national organization to provide technical assistance for rural transportation in order to promote economic development; $2,000,000 shall be for grants to the Delta Regional Authority (7 U.S.C. 1921 et seq.) for any purpose under this heading: Provided further, That of the amount appropriated for rural utilities programs, not to exceed $25,000,000 shall be for water and waste disposal systems to benefit the Colonias along the United States/Mexico border, including grants pursuant to section 306C of

18

such Act; $25,000,000 shall be for water and waste disposal systems for rural and native villages in Alaska pursuant to section 306D of such Act, with up to 2 percent available to administer the program and/or improve interagency coordination may be transferred to and merged with the appropriation for "Rural Development, Salaries and Expenses", of which $100,000 shall be provided to develop a regional system for centralized billing, operation, and management of rural water and sewer utilities through regional cooperatives, of which 25 percent shall be provided for water and sewer projects in regional hubs, and the State of Alaska shall provide a 25 percent cost share, and grantees may use up to 5 percent of grant funds, not to exceed $35,000 per community, for the completion of comprehensive community safe water plans; not to exceed $18,250,000 shall be for technical assistance grants for rural water and waste systems pursuant to section 306(a)(14) of such Act, unless the Secretary makes a determination of extreme need, of which $5,600,000 shall be for Rural Community Assistance Programs and not less than $850,000 shall be for a qualified national Native American organization to provide technical assistance for rural water systems for tribal communities; and not to exceed $13,750,000 shall be for contracting with qualified national organizations for a circuit rider program to provide technical assistance for rural water systems: Provided further, That of the total amount appropriated, not to exceed $21,367,000 shall be available through June 30, 2006, for authorized empowerment zones and enterprise communities and communities designated by the Secretary of Agriculture as Rural Economic Area Partnership Zones; of which $1,067,000 shall be for the rural community programs described in section 381E(d)(1) of such Act, of which $12,000,000 shall be for the rural utilities programs described in section 381E(d)(2) of such Act, and of which $8,300,000 shall be for the rural business and cooperative development programs described in section 381E(d)(3) of such Act: Provided further, That of the amount appropriated for rural community programs, $18,000,000 shall be to provide grants for facilities in rural communities with extreme unemployment and severe economic depression (Public Law 106–387), with 5 percent for administration and capacity building in the State rural development offices: Provided further, That of the amount appropriated, $26,000,000 shall be transferred to and merged with the "Rural Utilities Service, High Energy Cost Grants Account" to provide grants authorized under section 19 of the Rural Electrification Act of 1936 (7 U.S.C. 918a): Provided further, That any prior year balances for high cost energy grants authorized by section 19 of the Rural Electrification Act of 1936 (7 U.S.C. 901(19)) shall be transferred to and merged with the "Rural Utilities Service, High Energy Costs Grants Account".

RURAL DEVELOPMENT SALARIES AND EXPENSES

(INCLUDING TRANSFERS OF FUNDS)

For necessary expenses for carrying out the administration and implementation of programs in the Rural Development mission area, including activities with institutions concerning the development and operation of agricultural cooperatives; and for cooperative agreements; $164,625,000: Provided, That of the funds appropriated under this title for salaries and expenses, $11,147,000, to remain

19

*available until September 30, 2007, shall be used to complete the consolidation of Rural Development activities in St. Louis, Missouri: Provided further, That notwithstanding any other provision of law, funds appropriated under this section may be used for advertising and promotional activities that support the Rural Development mission area: Provided further, That not more than $10,000 may be expended to provide modest nonmonetary awards to non-USDA employees: Provided further, That any balances available from prior years for the Rural Utilities Service, Rural Housing Service, and the Rural Business-Cooperative Service salaries and expenses accounts shall be transferred to and merged with this appropriation.*

RURAL HOUSING SERVICE

RURAL HOUSING INSURANCE FUND PROGRAM ACCOUNT

(INCLUDING TRANSFERS OF FUNDS)

*For gross obligations for the principal amount of direct and guaranteed loans as authorized by title V of the Housing Act of 1949, to be available from funds in the rural housing insurance fund, as follows: $4,821,832,000 for loans to section 502 borrowers, as determined by the Secretary, of which $1,140,799,000 shall be for direct loans, and of which $3,681,033,000 shall be for unsubsidized guaranteed loans; $35,000,000 for section 504 housing repair loans; $100,000,000 for section 515 rental housing; $100,000,000 for section 538 guaranteed multi-family housing loans; $5,000,000 for section 524 site loans; $11,500,000 for credit sales of acquired property, of which up to $1,500,000 may be for multi-family credit sales; and $5,048,000 for section 523 self-help housing land development loans.*

*For the cost of direct and guaranteed loans, including the cost of modifying loans, as defined in section 502 of the Congressional Budget Act of 1974, as follows: section 502 loans, $170,837,000, of which $129,937,000 shall be for direct loans, and of which $40,900,000, to remain available until expended, shall be for unsubsidized guaranteed loans; section 504 housing repair loans, $10,238,000; repair, rehabilitation, and new construction of section 515 rental housing, $45,880,000; section 538 multi-family housing guaranteed loans, $5,420,000; multi-family credit sales of acquired property, $681,000; and section 523 self-help housing and development loans, $52,000: Provided, That of the total amount appropriated in this paragraph, $2,500,000 shall be available through June 30, 2006, for authorized empowerment zones and enterprise communities and communities designated by the Secretary of Agriculture as Rural Economic Area Partnership Zones: Provided further, That any funds under this paragraph initially allocated by the Secretary for housing projects in the State of Alaska that are not obligated by September 30, 2006, shall be carried over until September 30, 2007, and made available for such housing projects only in the State of Alaska.*

*For additional costs to conduct a demonstration program for the preservation and revitalization of the section 515 multi-family rental housing properties, $9,000,000: Provided, That funding made available under this heading shall be used to restructure existing section 515 loans, as the Secretary deems appropriate, expressly for the purposes of ensuring the project has sufficient resources to pre-*

20

*serve the project for the purpose of providing safe and affordable housing for low-income residents including reducing or eliminating interest; deferring loan payments, subordinating, reducing or re-amortizing loan debt; and other financial assistance including advances and incentives required by the Secretary.*

*In addition, for administrative expenses necessary to carry out the direct and guaranteed loan programs, $454,809,000, which shall be transferred to and merged with the appropriation for "Rural Development, Salaries and Expenses", of which not less than $1,000,000 shall be made available for the Secretary to contract with third parties to acquire the necessary automation and technical services needed to restructure section 515 mortgages.*

### RENTAL ASSISTANCE PROGRAM

*For rental assistance agreements entered into or renewed pursuant to the authority under section 521(a)(2) or agreements entered into in lieu of debt forgiveness or payments for eligible households as authorized by section 502(c)(5)(D) of the Housing Act of 1949, $653,102,000; and, in addition, such sums as may be necessary, as authorized by section 521(c) of the Act, to liquidate debt incurred prior to fiscal year 1992 to carry out the rental assistance program under section 521(a)(2) of the Act: Provided, That of this amount, up to $8,000,000 shall be available for debt forgiveness or payments for eligible households as authorized by section 502(c)(5)(D) of the Act, and not to exceed $50,000 per project for advances to nonprofit organizations or public agencies to cover direct costs (other than purchase price) incurred in purchasing projects pursuant to section 502(c)(5)(C) of the Act: Provided further, That agreements entered into or renewed during the current fiscal year shall be funded for a four-year period: Provided further, That any unexpended balances remaining at the end of such four-year agreements may be transferred and used for the purposes of any debt reduction; maintenance, repair, or rehabilitation of any existing projects; preservation; and rental assistance activities authorized under title V of the Act: Provided further, That rental assistance that is recovered from projects that are subject to prepayment shall be deobligated and reallocated for vouchers and debt forgiveness or payments consistent with the requirements of this Act for purposes authorized under section 542 and section 502(c)(5)(D) of the Housing Act of 1949, as amended.*

### RURAL HOUSING VOUCHER PROGRAM

*For the rural housing voucher program as authorized under section 542 of the Housing Act of 1949, (without regard to section 542(b)), $16,000,000, to remain available until expended: Provided, That such vouchers shall be available to any low-income household (including those not receiving rental assistance) residing in a property financed with a section 515 loan which has been prepaid after September 30, 2005: Provided further, That the amount of the voucher shall be the difference between comparable market rent for the section 515 unit and the tenant paid rent for such unit: Provided further, That funds made available for such vouchers, shall be subject to the availability of annual appropriations: Provided further, That the Secretary shall, to the maximum extent practicable, administer such vouchers with current regulations and ad-*

21

ministrative guidance applicable for section 8 housing vouchers administered by the Secretary of the Department of Housing and Urban Development (including the ability to pay administrative costs related to delivery of the voucher funds).

### MUTUAL AND SELF-HELP HOUSING GRANTS

For grants and contracts pursuant to section 523(b)(1)(A) of the Housing Act of 1949 (42 U.S.C. 1490c), $34,000,000, to remain available until expended: Provided, That of the total amount appropriated, $1,000,000 shall be available through June 30, 2006, for authorized empowerment zones and enterprise communities and communities designated by the Secretary of Agriculture as Rural Economic Area Partnership Zones.

### RURAL HOUSING ASSISTANCE GRANTS

For grants and contracts for very low-income housing repair, supervisory and technical assistance, compensation for construction defects, and rural housing preservation made by the Rural Housing Service, as authorized by 42 U.S.C. 1474, 1479(c), 1490e, and 1490m, $43,976,000, to remain available until expended: Provided, That $2,976,000 shall be made available for loans to private non-profit organizations, or such non-profit organizations' affiliate loan funds and State and local housing finance agencies, to carry out a housing demonstration program to provide revolving loans for the preservation of low-income multi-family housing projects: Provided further, That loans under such demonstration program shall have an interest rate of not more than 1 percent direct loan to the recipient: Provided further, That the Secretary may defer the interest and principal payment to the Rural Housing Service for up to 3 years and the term of such loans shall not exceed 30 years: Provided further, That of the total amount appropriated, $1,200,000 shall be available through June 30, 2006, for authorized empowerment zones and enterprise communities and communities designated by the Secretary of Agriculture as Rural Economic Area Partnership Zones.

### FARM LABOR PROGRAM ACCOUNT

For the cost of direct loans, grants, and contracts, as authorized by 42 U.S.C. 1484 and 1486, $31,168,000, to remain available until expended, for direct farm labor housing loans and domestic farm labor housing grants and contracts.

## RURAL BUSINESS—COOPERATIVE SERVICE

### RURAL DEVELOPMENT LOAN FUND PROGRAM ACCOUNT

#### (INCLUDING TRANSFER OF FUNDS)

For the principal amount of direct loans, as authorized by the Rural Development Loan Fund (42 U.S.C. 9812(a)), $34,212,000.

For the cost of direct loans, $14,718,000, as authorized by the Rural Development Loan Fund (42 U.S.C. 9812(a)), of which $1,724,000 shall be available through June 30, 2006, for Federally Recognized Native American Tribes and of which $3,449,000 shall be available through June 30, 2006, for Mississippi Delta Region counties (as determined in accordance with Public Law 100-460): Provided, That of such amount made available, the Secretary may

*provide up to $1,500,000 for the Delta Regional Authority (7 U.S.C. 1921 et seq.): Provided further, That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974: Provided further, That of the total amount appropriated, $887,000 shall be available through June 30, 2006, for the cost of direct loans for authorized empowerment zones and enterprise communities and communities designated by the Secretary of Agriculture as Rural Economic Area Partnership Zones.*

*In addition, for administrative expenses to carry out the direct loan programs, $4,793,000 shall be transferred to and merged with the appropriation for "Rural Development, Salaries and Expenses".*

### RURAL ECONOMIC DEVELOPMENT LOANS PROGRAM ACCOUNT

#### (INCLUDING RESCISSION OF FUNDS)

*For the principal amount of direct loans, as authorized under section 313 of the Rural Electrification Act, for the purpose of promoting rural economic development and job creation projects, $25,003,000.*

*For the cost of direct loans, including the cost of modifying loans as defined in section 502 of the Congressional Budget Act of 1974, $4,993,000, to remain available until expended.*

*Of the funds derived from interest on the cushion of credit payments, as authorized by section 313 of the Rural Electrification Act of 1936, $170,000,000 shall not be obligated and $170,000,000 are rescinded.*

### RURAL COOPERATIVE DEVELOPMENT GRANTS

*For rural cooperative development grants authorized under section 310B(e) of the Consolidated Farm and Rural Development Act (7 U.S.C. 1932), $29,488,000, of which $500,000 shall be for a cooperative research agreement with a qualified academic institution to conduct research on the national economic impact of all types of cooperatives; and of which $2,500,000 shall be for cooperative agreements for the appropriate technology transfer for rural areas program: Provided, That not to exceed $1,488,000 shall be for cooperatives or associations of cooperatives whose primary focus is to provide assistance to small, minority producers and whose governing board and/or membership is comprised of at least 75 percent minority; and of which $20,500,000, to remain available until expended, shall be for value-added agricultural product market development grants, as authorized by section 6401 of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 1621 note).*

### RURAL EMPOWERMENT ZONES AND ENTERPRISE COMMUNITIES GRANTS

*For grants in connection with second and third rounds of empowerment zones and enterprise communities, $11,200,000, to remain available until expended, for designated rural empowerment zones and rural enterprise communities, as authorized by the Taxpayer Relief Act of 1997 and the Omnibus Consolidated and Emergency Supplemental Appropriations Act, 1999 (Public Law 105–277): Provided, That of the funds appropriated, $1,000,000 shall be*

23

*made available to third round empowerment zones, as authorized by the Community Renewal Tax Relief Act (Public Law 106–554).*

### RENEWABLE ENERGY PROGRAM

*For the cost of a program of direct loans, loan guarantees, and grants, under the same terms and conditions as authorized by section 9006 of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 8106), $23,000,000 for direct and guaranteed renewable energy loans and grants: Provided, That the cost of direct loans and loan guarantees, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974.*

### RURAL UTILITIES SERVICE

#### RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM ACCOUNT

##### (INCLUDING TRANSFER OF FUNDS)

*Insured loans pursuant to the authority of section 305 of the Rural Electrification Act of 1936 (7 U.S.C. 935) shall be made as follows: 5 percent rural electrification loans, $100,000,000; municipal rate rural electric loans, $100,000,000; loans made pursuant to section 306 of that Act, rural electric, $2,700,000,000; Treasury rate direct electric loans, $1,000,000,000; guaranteed underwriting loans pursuant to section 313A, $1,500,000,000; 5 percent rural telecommunications loans, $145,000,000; cost of money rural telecommunications loans, $424,000,000; and for loans made pursuant to section 306 of that Act, rural telecommunications loans, $125,000,000.*

*For the cost, as defined in section 502 of the Congressional Budget Act of 1974, including the cost of modifying loans, of direct and guaranteed loans authorized by sections 305 and 306 of the Rural Electrification Act of 1936 (7 U.S.C. 935 and 936), as follows: cost of rural electric loans, $6,160,000, and the cost of telecommunications loans, $212,000: Provided, That notwithstanding section 305(d)(2) of the Rural Electrification Act of 1936, borrower interest rates may exceed 7 percent per year.*

*In addition, for administrative expenses necessary to carry out the direct and guaranteed loan programs, $38,784,000 which shall be transferred to and merged with the appropriation for "Rural Development, Salaries and Expenses".*

#### RURAL TELEPHONE BANK PROGRAM ACCOUNT

##### (INCLUDING TRANSFER AND RESCISSION OF FUNDS)

*The Rural Telephone Bank is hereby authorized to make such expenditures, within the limits of funds available to such corporation in accord with law, and to make such contracts and commitments without regard to fiscal year limitations as provided by section 104 of the Government Corporation Control Act, as may be necessary in carrying out its authorized programs.*

*For administrative expenses, including audits, necessary to continue to service existing loans, $2,500,000, which shall be trans-*

24

ferred to and merged with the appropriation for "Rural Development, Salaries and Expenses".

Of the unobligated balances from the Rural Telephone Bank Liquidating Account, $2,500,000 shall not be obligated and $2,500,000 are rescinded.

### DISTANCE LEARNING, TELEMEDICINE, AND BROADBAND PROGRAM

For the principal amount of direct distance learning and telemedicine loans, $25,000,000; and for the principal amount of broadband telecommunication loans, $500,000,000.

For the cost of direct loans and grants for telemedicine and distance learning services in rural areas, as authorized by 7 U.S.C. 950aaa et seq., $30,375,000, to remain available until expended, of which $375,000 shall be for direct loans: Provided, That the cost of direct loans shall be as defined in section 502 of the Congressional Budget Act of 1974: Provided further, That $5,000,000 shall be made available to convert analog to digital operation those non-commercial educational television broadcast stations that serve rural areas and are qualified for Community Service Grants by the Corporation for Public Broadcasting under section 396(k) of the Communications Act of 1934, including associated translators and repeaters, regardless of the location of their main transmitter, studio-to-transmitter links, and equipment to allow local control over digital content and programming through the use of high-definition broadcast, multi-casting and datacasting technologies.

For the cost of broadband loans, as authorized by 7 U.S.C. 901 et seq., $10,750,000, to remain available until September 30, 2007: Provided, That the interest rate for such loans shall be the cost of borrowing to the Department of the Treasury for obligations of comparable maturity: Provided further, That the cost of direct loans shall be as defined in section 502 of the Congressional Budget Act of 1974.

In addition, $9,000,000, to remain available until expended, for a grant program to finance broadband transmission in rural areas eligible for Distance Learning and Telemedicine Program benefits authorized by 7 U.S.C. 950aaa.

### TITLE IV

### DOMESTIC FOOD PROGRAMS

#### OFFICE OF THE UNDER SECRETARY FOR FOOD, NUTRITION AND CONSUMER SERVICES

For necessary salaries and expenses of the Office of the Under Secretary for Food, Nutrition and Consumer Services to administer the laws enacted by the Congress for the Food and Nutrition Service, $599,000.

#### FOOD AND NUTRITION SERVICE

#### CHILD NUTRITION PROGRAMS

#### (INCLUDING TRANSFERS OF FUNDS)

For necessary expenses to carry out the National School Lunch Act (42 U.S.C. 1751 et seq.), except section 21, and the Child Nutri-

25

tion Act of 1966 (42 U.S.C. 1771 et seq.), except sections 17 and 21;
$12,660,829,000, to remain available through September 30, 2007,
of which $7,473,208,000 is hereby appropriated and $5,187,621,000
shall be derived by transfer from funds available under section 32
of the Act of August 24, 1935 (7 U.S.C. 612c): Provided, That none
of the funds made available under this heading shall be used for
studies and evaluations: Provided further, That up to $5,235,000
shall be available for independent verification of school food service
claims.

### SPECIAL SUPPLEMENTAL NUTRITION PROGRAM FOR WOMEN, INFANTS, AND CHILDREN (WIC)

For necessary expenses to carry out the special supplemental
nutrition program as authorized by section 17 of the Child Nutri-
tion Act of 1966 (42 U.S.C. 1786), $5,257,000,000, to remain avail-
able through September 30, 2007, of which such sums as are nec-
essary to restore the contingency reserve to $125,000,000 shall be
placed in reserve, to remain available until expended, to be allo-
cated as the Secretary deems necessary, notwithstanding section
17(i) of such Act, to support participation should cost or participa-
tion exceed budget estimates: Provided, That of the total amount
available, the Secretary shall obligate not less than $15,000,000 for
a breastfeeding support initiative in addition to the activities speci-
fied in section 17(h)(3)(A): Provided further, That only the provi-
sions of section 17(h)(10)(B)(i) and section 17(h)(10)(B)(ii) shall be
effective in 2006; including $14,000,000 for the purposes specified in
section 17(h)(10)(B)(i) and $20,000,000 for the purposes specified in
section 17(h)(10)(B)(ii): Provided further, That funds made avail-
able for the purposes specified in section 17(h)(10)(B)(ii) shall only
be made available upon a determination by the Secretary that funds
are available to meet caseload requirements without the use of the
contingency reserve funds: Provided further, That none of the funds
made available under this heading shall be used for studies and
evaluations: Provided further, That none of the funds in this Act
shall be available to pay administrative expenses of WIC clinics ex-
cept those that have an announced policy of prohibiting smoking
within the space used to carry out the program: Provided further,
That none of the funds provided in this account shall be available
for the purchase of infant formula except in accordance with the cost
containment and competitive bidding requirements specified in sec-
tion 17 of such Act: Provided further, That none of the funds pro-
vided shall be available for activities that are not fully reimbursed
by other Federal Government departments or agencies unless au-
thorized by section 17 of such Act.

### FOOD STAMP PROGRAM

For necessary expenses to carry out the Food Stamp Act (7
U.S.C. 2011 et seq.), $40,711,395,000, of which $3,000,000,000 to re-
main available through September 30, 2007, shall be placed in re-
serve for use only in such amounts and at such times as may be-
come necessary to carry out program operations: Provided, That
none of the funds made available under this heading shall be used
for studies and evaluations: Provided further, That of the funds
made available under this heading and not already appropriated to
the Food Distribution Program on Indian Reservations (FDPIR) es-

26

tablished under section 4(b) of the Food Stamp Act of 1977 (7
U.S.C. 2013(b)), not less than $3,000,000 shall be used to purchase
bison meat for the FDPIR from Native American bison producers as
well as from producer-owned cooperatives of bison ranchers: Pro-
vided further, That funds provided herein shall be expended in ac-
cordance with section 16 of the Food Stamp Act: Provided further,
That this appropriation shall be subject to any work registration or
workfare requirements as may be required by law: Provided further,
That funds made available for Employment and Training under
this heading shall remain available until expended, as authorized
by section 16(h)(1) of the Food Stamp Act: Provided further, That
notwithstanding section 5(d) of the Food Stamp Act of 1977, any
additional payment received under chapter 5 of title 37, United
States Code, by a member of the United States Armed Forces de-
ployed to a designated combat zone shall be excluded from house-
hold income for the duration of the member's deployment if the ad-
ditional pay is the result of deployment to or while serving in a com-
bat zone, and it was not received immediately prior to serving in the
combat zone.

### COMMODITY ASSISTANCE PROGRAM

For necessary expenses to carry out disaster assistance and the
commodity supplemental food program as authorized by section 4(a)
of the Agriculture and Consumer Protection Act of 1973 (7 U.S.C.
612c note); the Emergency Food Assistance Act of 1983; special as-
sistance (in a form determined by the Secretary of Agriculture) for
the nuclear affected islands, as authorized by section 103(f)(2) of the
Compact of Free Association Amendments Act of 2003 (Public Law
108–188); and the Farmers' Market Nutrition Program, as author-
ized by section 17(m) of the Child Nutrition Act of 1966,
$179,366,000, to remain available through September 30, 2007: Pro-
vided, That none of these funds shall be available to reimburse the
Commodity Credit Corporation for commodities donated to the pro-
gram: Provided further, That notwithstanding any other provision
of law, effective with funds made available in fiscal year 2006 to
support the Seniors Farmers' Market Nutrition Program, as author-
ized by section 4402 of Public Law 107–171, such funds shall re-
main available through September 30, 2007: Provided further, That
of the funds made available under section 27(a) of the Food Stamp
Act of 1977 (7 U.S.C. 2011 et seq.), the Secretary may use up to
$10,000,000 for costs associated with the distribution of commod-
ities.

### NUTRITION PROGRAMS ADMINISTRATION

For necessary administrative expenses of the domestic nutrition
assistance programs funded under this Act, $140,761,000.

27

## TITLE V

### FOREIGN ASSISTANCE AND RELATED PROGRAMS

#### FOREIGN AGRICULTURAL SERVICE

##### SALARIES AND EXPENSES

###### (INCLUDING TRANSFERS OF FUNDS)

For necessary expenses of the Foreign Agricultural Service, including carrying out title VI of the Agricultural Act of 1954 (7 U.S.C. 1761–1768), market development activities abroad, and for enabling the Secretary to coordinate and integrate activities of the Department in connection with foreign agricultural work, including not to exceed $158,000 for representation allowances and for expenses pursuant to section 8 of the Act approved August 3, 1956 (7 U.S.C. 1766), $147,901,000: Provided, That the Service may utilize advances of funds, or reimburse this appropriation for expenditures made on behalf of Federal agencies, public and private organizations and institutions under agreements executed pursuant to the agricultural food production assistance programs (7 U.S.C. 1737) and the foreign assistance programs of the United States Agency for International Development.

#### PUBLIC LAW 480 TITLE I DIRECT CREDIT AND FOOD FOR PROGRESS PROGRAM ACCOUNT

##### (INCLUDING TRANSFERS OF FUNDS)

For the cost, as defined in section 502 of the Congressional Budget Act of 1974, of agreements under the Agricultural Trade Development and Assistance Act of 1954, and the Food for Progress Act of 1985, including the cost of modifying credit arrangements under said Acts, $65,040,000, to remain available until expended: Provided, That the Secretary of Agriculture may implement a commodity monetization program under existing provisions of the Food for Progress Act of 1985 to provide no less than $5,000,000 in local-currency funding support for rural electrification development overseas.

In addition, for administrative expenses to carry out the credit program of title I, Public Law 83–480, and the Food for Progress Act of 1985, to the extent funds appropriated for Public Law 83–480 are utilized, $3,385,000, of which $168,000 may be transferred to and merged with the appropriation for "Foreign Agricultural Service, Salaries and Expenses", and of which $3,217,000 may be transferred to and merged with the appropriation for "Farm Service Agency, Salaries and Expenses".

#### PUBLIC LAW 480 TITLE I OCEAN FREIGHT DIFFERENTIAL GRANTS

##### (INCLUDING TRANSFER OF FUNDS)

For ocean freight differential costs for the shipment of agricultural commodities under title I of the Agricultural Trade Development and Assistance Act of 1954 and under the Food for Progress Act of 1985, $11,940,000, to remain available until expended: Provided, That funds made available for the cost of agreements under title I of the Agricultural Trade Development and Assistance Act of

28

*1954 and for title I ocean freight differential may be used interchangeably between the two accounts with prior notice to the Committees on Appropriations of both Houses of Congress.*

### PUBLIC LAW 480 TITLE II GRANTS

*For expenses during the current fiscal year, not otherwise recoverable, and unrecovered prior years' costs, including interest thereon, under the Agricultural Trade Development and Assistance Act of 1954, for commodities supplied in connection with dispositions abroad under title II of said Act, $1,150,000,000, to remain available until expended.*

### COMMODITY CREDIT CORPORATION EXPORT LOANS PROGRAM ACCOUNT

#### (INCLUDING TRANSFERS OF FUNDS)

*For administrative expenses to carry out the Commodity Credit Corporation's export guarantee program, GSM 102 and GSM 103, $5,279,000; to cover common overhead expenses as permitted by section 11 of the Commodity Credit Corporation Charter Act and in conformity with the Federal Credit Reform Act of 1990, of which $3,440,000 may be transferred to and merged with the appropriation for "Foreign Agricultural Service, Salaries and Expenses", and of which $1,839,000 may be transferred to and merged with the appropriation for "Farm Service Agency, Salaries and Expenses".*

### MC GOVERN-DOLE INTERNATIONAL FOOD FOR EDUCATION AND CHILD NUTRITION PROGRAM GRANTS

*For necessary expenses to carry out the provisions of section 3107 of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 1736o–1), $100,000,000, to remain available until expended: Provided, That the Commodity Credit Corporation is authorized to provide the services, facilities, and authorities for the purpose of implementing such section, subject to reimbursement from amounts provided herein.*

## TITLE VI

### RELATED AGENCIES AND FOOD AND DRUG ADMINISTRATION

### DEPARTMENT OF HEALTH AND HUMAN SERVICES

#### FOOD AND DRUG ADMINISTRATION

##### SALARIES AND EXPENSES

*For necessary expenses of the Food and Drug Administration, including hire and purchase of passenger motor vehicles; for payment of space rental and related costs pursuant to Public Law 92–313 for programs and activities of the Food and Drug Administration which are included in this Act; for rental of special purpose space in the District of Columbia or elsewhere; for miscellaneous and emergency expenses of enforcement activities, authorized and approved by the Secretary and to be accounted for solely on the Secretary's certificate, not to exceed $25,000; and notwithstanding section 521 of Public Law 107–188; $1,838,567,000: Provided, That of*

29

*the amount provided under this heading, $305,332,000 shall be derived from prescription drug user fees authorized by 21 U.S.C. 379h, shall be credited to this account and remain available until expended, and shall not include any fees pursuant to 21 U.S.C. 379h(a)(2) and (a)(3) assessed for fiscal year 2007 but collected in fiscal year 2006; $40,300,000 shall be derived from medical device user fees authorized by 21 U.S.C. 379j, and shall be credited to this account and remain available until expended; and $11,318,000 shall be derived from animal drug user fees authorized by 21 U.S.C. 379j, and shall be credited to this account and remain available until expended: Provided further, That fees derived from prescription drug, medical device, and animal drug assessments received during fiscal year 2006, including any such fees assessed prior to the current fiscal year but credited during the current year, shall be subject to the fiscal year 2006 limitation: Provided further, That none of these funds shall be used to develop, establish, or operate any program of user fees authorized by 31 U.S.C. 9701: Provided further, That of the total amount appropriated: (1) $443,153,000 shall be for the Center for Food Safety and Applied Nutrition and related field activities in the Office of Regulatory Affairs; (2) $520,564,000 shall be for the Center for Drug Evaluation and Research and related field activities in the Office of Regulatory Affairs; (3) $178,714,000 shall be for the Center for Biologics Evaluation and Research and for related field activities in the Office of Regulatory Affairs; (4) $99,787,000 shall be for the Center for Veterinary Medicine and for related field activities in the Office of Regulatory Affairs; (5) $245,770,000 shall be for the Center for Devices and Radiological Health and for related field activities in the Office of Regulatory Affairs; (6) $41,152,000 shall be for the National Center for Toxicological Research; (7) $58,515,000 shall be for Rent and Related activities, of which $21,974,000 is for White Oak Consolidation, other than the amounts paid to the General Services Administration for rent; (8) $134,853,000 shall be for payments to the General Services Administration for rent; and (9) $116,059,000 shall be for other activities, including the Office of the Commissioner; the Office of Management; the Office of External Relations; the Office of Policy and Planning; and central services for these offices: Provided further, That funds may be transferred from one specified activity to another with the prior approval of the Committees on Appropriations of both Houses of Congress.*

*In addition, mammography user fees authorized by 42 U.S.C. 263b may be credited to this account, to remain available until expended.*

*In addition, export certification user fees authorized by 21 U.S.C. 381 may be credited to this account, to remain available until expended.*

### BUILDINGS AND FACILITIES

*For plans, construction, repair, improvement, extension, alteration, and purchase of fixed equipment or facilities of or used by the Food and Drug Administration, where not otherwise provided, $8,000,000, to remain available until expended.*