UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE            )
 UNITED STATES, et al.,              )
                                     )
            Plaintiffs               )
                                     )
     v.                              )
                                     ) Civil Action No. 06-0265(CKK)
MIKE JOHANNS, Secretary,             )
 United States Department            )
 of Agriculture, et al.,             )
                                     )
            Defendants.              )
_____      )

# ADMINISTRATIVE RECORD
# PAGES 036 - 089

30

## INDEPENDENT AGENCIES

### COMMODITY FUTURES TRADING COMMISSION

*For necessary expenses to carry out the provisions of the Commodity Exchange Act (7 U.S.C. 1 et seq.), including the purchase and hire of passenger motor vehicles, and the rental of space (to include multiple year leases) in the District of Columbia and elsewhere, $98,386,000, including not to exceed $3,000 for official reception and representation expenses.*

### FARM CREDIT ADMINISTRATION

#### LIMITATION ON ADMINISTRATIVE EXPENSES

*Not to exceed $44,250,000 (from assessments collected from farm credit institutions and from the Federal Agricultural Mortgage Corporation) shall be obligated during the current fiscal year for administrative expenses as authorized under 12 U.S.C. 2249: Provided, That this limitation shall not apply to expenses associated with receiverships.*

## TITLE VII

## GENERAL PROVISIONS

### (INCLUDING RESCISSIONS AND TRANSFERS OF FUNDS)

SEC. 701. Within the unit limit of cost fixed by law, appropriations and authorizations made for the Department of Agriculture for the current fiscal year under this Act shall be available for the purchase, in addition to those specifically provided for, of not to exceed 320 passenger motor vehicles, of which 320 shall be for replacement only, and for the hire of such vehicles.

SEC. 702. Hereafter, funds appropriated by this or any other Appropriations Act to the Department of Agriculture (excluding the Forest Service) shall be available for uniforms or allowances as authorized by law (5 U.S.C. 5901–5902).

SEC. 703. Hereafter, funds appropriated by this or any other Appropriations Act to the Department of Agriculture (excluding the Forest Service) shall be available for employment pursuant to the second sentence of section 706(a) of the Department of Agriculture Organic Act of 1944 (7 U.S.C. 2225) and 5 U.S.C. 3109.

SEC. 704. New obligational authority provided for the following appropriation items in this Act shall remain available until expended: Animal and Plant Health Inspection Service, the contingency fund to meet emergency conditions, information technology infrastructure, fruit fly program, emerging plant pests, boll weevil program, low pathogen avian influenza program, up to $33,340,000 in animal health monitoring and surveillance for the animal identification system, up to $1,500,000 in the scrapie program for indemnities, up to $3,000,000 in the emergency management systems program for the vaccine bank, up to $1,000,000 for wildlife services methods development, up to $1,000,000 of the wildlife services operations program for aviation safety, and up to 25 percent of the screwworm program; Food Safety and Inspection Service, field automation and information management project; Cooperative State Research, Education, and Extension Service, funds for competitive re-

31

search grants (7 U.S.C. 450i(b)), funds for the Research, Education, and Economics Information System, and funds for the Native American Institutions Endowment Fund; Farm Service Agency, salaries and expenses funds made available to county committees; Foreign Agricultural Service, middle-income country training program, and up to $2,000,000 of the Foreign Agricultural Service appropriation solely for the purpose of offsetting fluctuations in international currency exchange rates, subject to documentation by the Foreign Agricultural Service.

SEC. 705. The Secretary of Agriculture may transfer unobligated balances of discretionary funds appropriated by this Act or other available unobligated discretionary balances of the Department of Agriculture to the Working Capital Fund for the acquisition of plant and capital equipment necessary for the delivery of financial, administrative, and information technology services of primary benefit to the agencies of the Department of Agriculture: Provided, That none of the funds made available by this Act or any other Act shall be transferred to the Working Capital Fund without the prior approval of the agency administrator: Provided further, That none of the funds transferred to the Working Capital Fund pursuant to this section shall be available for obligation without the prior approval of the Committees on Appropriations of both Houses of Congress.

SEC. 706. No part of any appropriation contained in this Act shall remain available for obligation beyond the current fiscal year unless expressly so provided herein.

SEC. 707. Hereafter, not to exceed $50,000 in each fiscal year of the funds appropriated by this or any other Appropriations Act to the Department of Agriculture (excluding the Forest Service) shall be available to provide appropriate orientation and language training pursuant to section 606C of the Act of August 28, 1954 (7 U.S.C. 1766b).

SEC. 708. No funds appropriated by this Act may be used to pay negotiated indirect cost rates on cooperative agreements or similar arrangements between the United States Department of Agriculture and nonprofit institutions in excess of 10 percent of the total direct cost of the agreement when the purpose of such cooperative arrangements is to carry out programs of mutual interest between the two parties. This does not preclude appropriate payment of indirect costs on grants and contracts with such institutions when such indirect costs are computed on a similar basis for all agencies for which appropriations are provided in this Act.

SEC. 709. None of the funds in this Act shall be available to pay indirect costs charged against competitive agricultural research, education, or extension grant awards issued by the Cooperative State Research, Education, and Extension Service that exceed 20 percent of total Federal funds provided under each award: Provided, That notwithstanding section 1462 of the National Agricultural Research, Extension, and Teaching Policy Act of 1977 (7 U.S.C. 3310), funds provided by this Act for grants awarded competitively by the Cooperative State Research, Education, and Extension Service shall be available to pay full allowable indirect costs for each grant awarded under section 9 of the Small Business Act (15 U.S.C. 638).

32

SEC. 710. Hereafter, loan levels provided in this or any other Appropriations Act to the Department of Agriculture shall be considered estimates, not limitations.

SEC. 711. Appropriations to the Department of Agriculture for the cost of direct and guaranteed loans made available in the current fiscal year shall remain available until expended to cover obligations made in the current fiscal year for the following accounts: the Rural Development Loan Fund program account, the Rural Electrification and Telecommunication Loans program account, and the Rural Housing Insurance Fund program account.

SEC. 712. Of the funds made available by this Act, not more than $1,800,000 shall be used to cover necessary expenses of activities related to all advisory committees, panels, commissions, and task forces of the Department of Agriculture, except for panels used to comply with negotiated rule makings and panels used to evaluate competitively awarded grants.

SEC. 713. None of the funds appropriated by this Act may be used to carry out section 410 of the Federal Meat Inspection Act (21 U.S.C. 679a) or section 30 of the Poultry Products Inspection Act (21 U.S.C. 471).

SEC. 714. No employee of the Department of Agriculture may be detailed or assigned from an agency or office funded by this Act to any other agency or office of the Department for more than 30 days unless the individual's employing agency or office is fully reimbursed by the receiving agency or office for the salary and expenses of the employee for the period of assignment.

SEC. 715. None of the funds appropriated or otherwise made available to the Department of Agriculture or the Food and Drug Administration shall be used to transmit or otherwise make available to any non-Department of Agriculture or non-Department of Health and Human Services employee questions or responses to questions that are a result of information requested for the appropriations hearing process.

SEC. 716. None of the funds made available to the Department of Agriculture by this Act may be used to acquire new information technology systems or significant upgrades, as determined by the Office of the Chief Information Officer, without the approval of the Chief Information Officer and the concurrence of the Executive Information Technology Investment Review Board: Provided, That notwithstanding any other provision of law, none of the funds appropriated or otherwise made available by this Act may be transferred to the Office of the Chief Information Officer without the prior approval of the Committees on Appropriations of both Houses of Congress: Provided further, That none of the funds available to the Department of Agriculture for information technology shall be obligated for projects over $25,000 prior to receipt of written approval by the Chief Information Officer.

SEC. 717. (a) None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury of the United States derived by the collection of fees available to the agencies funded by this Act, shall be available for obligation or expenditure through a reprogramming of funds which—

(1) creates new programs;

33

(2) eliminates a program, project, or activity;

(3) increases funds or personnel by any means for any project or activity for which funds have been denied or restricted;

(4) relocates an office or employees;

(5) reorganizes offices, programs, or activities; or

(6) contracts out or privatizes any functions or activities presently performed by Federal employees; unless the Committees on Appropriations of both Houses of Congress are notified 15 days in advance of such reprogramming of funds.

(b) None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury of the United States derived by the collection of fees available to the agencies funded by this Act, shall be available for obligation or expenditure for activities, programs, or projects through a reprogramming of funds in excess of $500,000 or 10 percent, which-ever is less, that: (1) augments existing programs, projects, or activities; (2) reduces by 10 percent funding for any existing program, project, or activity, or numbers of personnel by 10 percent as approved by Congress; or (3) results from any general savings from a reduction in personnel which would result in a change in existing programs, activities, or projects as approved by Congress; unless the Committees on Appropriations of both Houses of Congress are notified 15 days in advance of such reprogramming of funds.

(c) The Secretary of Agriculture, the Secretary of Health and Human Services, or the Chairman of the Commodity Futures Trading Commission shall notify the Committees on Appropriations of both Houses of Congress before implementing a program or activity not carried out during the previous fiscal year unless the program or activity is funded by this Act or specifically funded by any other Act.

SEC. 718. With the exception of funds needed to administer and conduct oversight of grants awarded and obligations incurred in prior fiscal years, none of the funds appropriated or otherwise made available by this or any other Act may be used to pay the salaries and expenses of personnel to carry out the provisions of section 401 of Public Law 105–185, the Initiative for Future Agriculture and Food Systems (7 U.S.C. 7621).

SEC. 719. None of the funds appropriated by this or any other Act shall be used to pay the salaries and expenses of personnel who prepare or submit appropriations language as part of the President's Budget submission to the Congress of the United States for programs under the jurisdiction of the Appropriations Subcommittees on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies that assumes revenues or reflects a reduction from the previous year due to user fees proposals that have not been enacted into law prior to the submission of the Budget unless such Budget submission identifies which additional spending reductions should occur in the event the user fees proposals are not enacted prior to the date of the convening of a committee of conference for the fiscal year 2007 appropriations Act.

SEC. 720. None of the funds made available by this or any other Act may be used to close or relocate a State Rural Development of-

34

fice unless or until cost effectiveness and enhancement of program delivery have been determined.

SEC. 721. In addition to amounts otherwise appropriated or made available by this Act, $2,500,000 is appropriated for the purpose of providing Bill Emerson and Mickey Leland Hunger Fellowships, through the Congressional Hunger Center.

SEC. 722. Hereafter, notwithstanding section 412 of the Agricultural Trade Development and Assistance Act of 1954 (7 U.S.C. 1736f), any balances available to carry out title III of such Act as of the date of enactment of this Act, and any recoveries and reimbursements that become available to carry out title III of such Act, may be used to carry out title II of such Act.

SEC. 723. There is hereby appropriated $1,250,000 for a grant to the National Sheep Industry Improvement Center, to remain available until expended.

SEC. 724. The Secretary of Agriculture shall—

(1) as soon as practicable after the date of enactment of this Act, conduct an evaluation of any impacts of the court decision in Harvey v. Veneman, 396 F.3d 28 (1st Cir. Me. 2005); and

(2) not later than 90 days after the date of enactment of this Act, submit to Congress a report that—

(A) describes the results of the evaluation conducted under paragraph (1);

(B) includes a determination by the Secretary on whether restoring the National Organic Program, as in effect on the day before the date of the court decision described in paragraph (1), would adversely affect organic farmers, organic food processors, and consumers;

(C) analyzes issues regarding the use of synthetic ingredients in processing and handling;

(D) analyzes the utility of expedited petitions for commercially unavailable agricultural commodities and products; and

(E) considers the use of crops and forage from land included in the organic system plan of dairy farms that are in the third year of organic management.

SEC. 725. Hereafter, of any shipments of commodities made pursuant to section 416(b) of the Agricultural Act of 1949 (7 U.S.C. 1431(b)), the Secretary of Agriculture shall, to the extent practicable, direct that tonnage equal in value to not more than $25,000,000 shall be made available to foreign countries to assist in mitigating the effects of the Human Immunodeficiency Virus and Acquired Immune Deficiency Syndrome on communities, including the provision of—

(1) agricultural commodities to—

(A) individuals with Human Immunodeficiency Virus or Acquired Immune Deficiency Syndrome in the communities; and

(B) households in the communities, particularly individuals caring for orphaned children; and

(2) agricultural commodities monetized to provide other assistance (including assistance under microcredit and microenterprise programs) to create or restore sustainable livelihoods among individuals in the communities, particularly individuals caring for orphaned children.

35

SEC. 726. Notwithstanding any other provision of law, the Natural Resources Conservation Service shall provide financial and technical assistance—

(1) from funds available for the Watershed and Flood Prevention Operations program—

(A) to the Kane County, Illinois, Indian Creek Watershed Flood Prevention Project, in an amount not to exceed $1,000,000;

(B) for the Muskingam River Watershed, Mohican River, Jerome and Muddy Fork, Ohio, obstruction removal projects, in an amount not to exceed $1,800,000;

(C) to the Hickory Creek Special Drainage District, Bureau County, Illinois, in an amount not to exceed $50,000; and

(D) to the Little Red River Irrigation project, Arkansas, in an amount not to exceed $210,000;

(2) through the Watershed and Flood Prevention Operations program for—

(A) the Matanuska River erosion control project in Alaska;

(B) the Little Otter Creek project in Missouri;

(C) the Manoa Watershed project in Hawaii;

(D) the West Tarkio project in Iowa;

(E) the Steeple Run and West Branch DuPage River Watershed projects in DuPage County, Illinois; and

(F) the Coal Creek project in Utah;

(3) through the Watershed and Flood Prevention Operations program to carry out the East Locust Creek Watershed Plan Revision in Missouri, including up to 100 percent of the engineering assistance and 75 percent cost share for construction cost of site RW1; and

(4) through funds of the Conservation Operations program provided for the Utah Conservation Initiative for completion of the American Fork water quality and habitat restoration project in Utah.

SEC. 727. Hereafter, none of the funds made available in this Act may be transferred to any department, agency, or instrumentality of the United States Government, except pursuant to a transfer made by, or transfer authority provided in, this or any other appropriation Act.

SEC. 728. Notwithstanding any other provision of law, of the funds made available in this Act for competitive research grants (7 U.S.C. 450i(b)), the Secretary may use up to 22 percent of the amount provided to carry out a competitive grants program under the same terms and conditions as those provided in section 401 of the Agricultural Research, Extension, and Education Reform Act of 1998 (7 U.S.C. 7621).

SEC. 729. None of the funds appropriated or made available by this or any other Act may be used to pay the salaries and expenses of personnel to carry out section 14(h)(1) of the Watershed Protection and Flood Prevention Act (16 U.S.C. 1012(h)(1)).

SEC. 730. None of the funds made available to the Food and Drug Administration by this Act shall be used to close or relocate, or to plan to close or relocate, the Food and Drug Administration

36

*Division of Pharmaceutical Analysis in St. Louis, Missouri, outside the city or county limits of St. Louis, Missouri.*

Sec. 731. *None of the funds appropriated or made available by this or any other Act may be used to pay the salaries and expenses of personnel to carry out subtitle I of the Consolidated Farm and Rural Development Act (7 U.S.C. 2009dd through dd–7).*

Sec. 732. *Hereafter, agencies and offices of the Department of Agriculture may utilize any unobligated salaries and expenses funds to reimburse the Office of the General Counsel for salaries and expenses of personnel, and for other related expenses, incurred in representing such agencies and offices in the resolution of complaints by employees or applicants for employment, and in cases and other matters pending before the Equal Employment Opportunity Commission, the Federal Labor Relations Authority, or the Merit Systems Protection Board with the prior approval of the Committees on Appropriations of both Houses of Congress.*

Sec. 733. *None of the funds appropriated or made available by this or any other Act may be used to pay the salaries and expenses of personnel to carry out section 6405 of Public Law 107–171 (7 U.S.C. 2655).*

Sec. 734. *None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to enroll in excess of 150,000 acres in the calendar year 2006 wetlands reserve program as authorized by 16 U.S.C. 3837.*

Sec. 735. *None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel who carry out an environmental quality incentives program authorized by chapter 4 of subtitle D of title XII of the Food Security Act of 1985 (16 U.S.C. 3839aa et seq.) in excess of $1,017,000,000.*

Sec. 736. *None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to expend the $23,000,000 made available by section 9006(f) of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 8106(f)).*

Sec. 737. *None of the funds appropriated or otherwise made available under this or any other Act shall be used to pay the salaries and expenses of personnel to expend the $80,000,000 made available by section 601(j)(1) of the Rural Electrification Act of 1936 (7 U.S.C. 950bb(j)(1)).*

Sec. 738. *None of the funds made available in fiscal year 2006 or preceding fiscal years for programs authorized under the Agricultural Trade Development and Assistance Act of 1954 (7 U.S.C. 1691 et seq.) in excess of $20,000,000 shall be used to reimburse the Commodity Credit Corporation for the release of eligible commodities under section 302(f)(2)(A) of the Bill Emerson Humanitarian Trust Act (7 U.S.C. 1736f–1): Provided, That any such funds made available to reimburse the Commodity Credit Corporation shall only be used pursuant to section 302(b)(2)(B)(i) of the Bill Emerson Humanitarian Trust Act.*

Sec. 739. *None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to expend the $120,000,000 made available by section 6401(a) of Public Law 107–171.*

37

SEC. 740. Notwithstanding subsections (c) and (e)(2) of section 313A of the Rural Electrification Act (7 U.S.C. 940c(c) and (e)(2)) in implementing section 313A of that Act, the Secretary shall, with the consent of the lender, structure the schedule for payment of the annual fee, not to exceed an average of 30 basis points per year for the term of the loan, to ensure that sufficient funds are available to pay the subsidy costs for note guarantees under that section.

SEC. 741. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out a Conservation Security Program authorized by 16 U.S.C. 3838 et seq., in excess of $259,000,000.

SEC. 742. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out section 2502 of Public Law 107–171 in excess of $43,000,000.

SEC. 743. Of the unobligated balances available in the Special Supplemental Nutrition Program for Women, Infants, and Children reserve account, $32,000,000 is hereby rescinded.

SEC. 744. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out section 2503 of Public Law 107–171 in excess of $73,500,000.

SEC. 745. With the exception of funds provided in fiscal year 2005, none of the funds appropriated or otherwise made available by this or any other Act shall be used to carry out section 6029 of Public Law 107–171.

SEC. 746. Hereafter, none of the funds appropriated or otherwise made available in this Act shall be expended to violate Public Law 105–264.

SEC. 747. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out a ground and surface water conservation program authorized by section 2301 of Public Law 107–171 in excess of $51,000,000.

SEC. 748. None of the funds made available by this Act may be used to issue a final rule in furtherance of, or otherwise implement, the proposed rule on cost-sharing for animal and plant health emergency programs of the Animal and Plant Health Inspection Service published on July 8, 2003 (Docket No. 02–062–1; 68 Fed. Reg. 40541).

SEC. 749. Hereafter, notwithstanding any other provision of law, the Secretary of Agriculture may use appropriations available to the Secretary for activities authorized under sections 426–426c of title 7, United States Code, under this or any other Act, to enter into cooperative agreements, with a State, political subdivision, or agency thereof, a public or private agency, organization, or any other person, to lease aircraft if the Secretary determines that the objectives of the agreement will: (1) serve a mutual interest of the parties to the agreement in carrying out the programs administered by the Animal and Plant Health Inspection Service, Wildlife Services; and (2) all parties will contribute resources to the accomplishment of these objectives; award of a cooperative agreement authorized by the Secretary may be made for an initial term not to exceed 5 years.

38

SEC. 750. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out section 9010 of Public Law 107–171 in excess of $60,000,000.

SEC. 751. Hereafter, agencies and offices of the Department of Agriculture may utilize any available discretionary funds to cover the costs of preparing, or contracting for the preparation of, final agency decisions regarding complaints of discrimination in employment or program activities arising within such agencies and offices.

SEC. 752. Funds made available under section 1240I and section 1241(a) of the Food Security Act of 1985 in the current fiscal year shall remain available until expended to cover obligations made in the current fiscal year, and are not available for new obligations.

SEC. 753. There is hereby appropriated $750,000, to remain available until expended, for the Denali Commission to address deficiences in solid waste disposal sites which threaten to contaminate rural drinking water supplies.

SEC. 754. Notwithstanding any other provision of law—

(1) the City of Palmer, Alaska shall be eligible to receive a water and waste disposal grant under section 306(a) of the Consolidated Farm and Rural Development Act (7 U.S.C. 1926(a)) in an amount that is equal to not more than 75 percent of the total cost of providing water and sewer service to the proposed hospital in the Matanuska-Susitna Borough, Alaska;

(2) or any percentage of cost limitation in current law or regulations, the construction projects known as the Tri-Valley Community Center addition in Healy, Alaska; the Cold Climate Housing Research Center in Fairbanks, Alaska; and the University of Alaska-Fairbanks Allied Health Learning Center skill labs/classrooms shall be eligible to receive Community Facilities grants in amounts that are equal to not more than 75 percent of the total facility costs: Provided, That for the purposes of this paragraph, the Cold Climate Housing Research Center is designated an "essential community facility" for rural Alaska;

(3) for any fiscal year and hereafter, in the case of a high cost isolated rural area in Alaska that is not connected to a road system, the maximum level for the single family housing assistance shall be 150 percent of the median household income level in the nonmetropolitan areas of the State and 115 percent of all other eligible areas of the State; and

(4) any former RUS borrower that has repaid or prepaid an insured, direct or guaranteed loan under the Rural Electrification Act, or any not-for-profit utility that is eligible to receive an insured or direct loan under such Act, shall be eligible for assistance under Section 313(b)(2)(B) of such Act in the same manner as a borrower under such Act.

SEC. 755. There is hereby appropriated $1,000,000, to remain available until expended, for a grant to the Ohio Livestock Expo Center in Springfield, Ohio.

SEC. 756. Hereafter, notwithstanding the provisions of the Consolidated Farm and Rural Development Act (including the associated regulations) governing the Community Facilities Program, the Secretary may allow all Community Facility Program facility bor-

39

rowers and grantees to enter into contracts with not-for-profit third parties for services consistent with the requirements of the Program, grant, and/or loan: *Provided*, That the contracts protect the interests of the Government regarding cost, liability, maintenance, and administrative fees.

SEC. 757. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out an Agricultural Management Assistance Program as authorized by section 524 of the Federal Crop Insurance Act in excess of $6,000,000 (7 U.S.C. 1524).

SEC. 758. Notwithstanding any other provision of law, the Secretary of Agriculture is authorized to make funding and other assistance available through the emergency watershed protection program under section 403 of the Agricultural Credit Act of 1978 (16 U.S.C. 2203) to repair and prevent damage to non-Federal land in watersheds that have been impaired by fires initiated by the Federal Government and shall waive cost sharing requirements for the funding and assistance.

SEC. 759. None of the funds appropriated or otherwise made available by this or any other Act shall be used to pay the salaries and expenses of personnel to carry out a Biomass Research and Development Program in excess of $12,000,000, as authorized by Public Law 106–224 (7 U.S.C. 7624 note).

SEC. 760. None of the funds provided in this Act may be used for salaries and expenses to carry out any regulation or rule insofar as it would make ineligible for enrollment in the conservation reserve program established under subchapter B of chapter 1 of subtitle D of title XII of the Food Security Act of 1985 (16 U.S.C. 3831 et seq.) land that is planted to hardwood trees as of the date of enactment of this Act and was enrolled in the conservation reserve program under a contract that expired prior to calendar year 2002.

SEC. 761. Notwithstanding 40 U.S.C. 524, 571, and 572, the Secretary of Agriculture may sell the U.S. Water Conservation Laboratory, Phoenix, Arizona, and credit the net proceeds of such sale as offsetting collections to its Agricultural Research Service Buildings and Facilities account. Such funds shall be available until September 30, 2007 to be used to replace these facilities and to improve other USDA-owned facilities.

SEC. 762. None of the funds provided in this Act may be used for salaries and expenses to draft or implement any regulation or rule insofar as it would require recertification of rural status for each electric and telecommunications borrower for the Rural Electrification and Telecommunication Loans program.

SEC. 763. The Secretary of Agriculture may use any unobligated carryover funds made available for any program administered by the Rural Utilities Service (not including funds made available under the heading "Rural Community Advancement Program" in any Act of appropriation) to carry out section 315 of the Rural Electrification Act of 1936 (7 U.S.C. 940e).

SEC. 764. There is hereby appropriated $650,000, to remain available until expended, to carry out provisions of section 751 of division A of Public Law 108–7.

SEC. 765. (a) Notwithstanding any other provision of law, and until the receipt of the decennial Census in the year 2010, the Secretary of Agriculture shall consider—

40

(1) the City of Bridgeton, New Jersey, the City of Kinston, North Carolina, and the City of Portsmouth, Ohio as rural areas for the purposes of Rural Housing Service Community Facilities Program loans and grants;

(2) the Township of Bloomington, Illinois (including individuals and entities with projects within Township) shall be eligible for Rural Housing Service Community Facilities Programs loans and grants;

(3) the City of Lone Grove, Oklahoma (including individuals and entities with projects within the city) shall be eligible for Rural Housing Service Community Facilities Program loans and grants;

(4) the City of Butte/Silverbow, Montana, rural areas for purposes of eligibility for Rural Utilities Service water and waste water loans and grants and Rural Housing Service Community Facilities Program loans and grants;

(5) Cleburne County, Arkansas, rural areas for purposes of eligibility of Rural Utilities Service water and waste water loans and grants;

(6) the designated Census track areas for the Upper Kanawha Valley Enterprise Community, West Virginia, rural areas for purposes of eligibility for rural empowerment zones and enterprise community programs in the rural development mission area;

(7) the Municipality of Carolina, Puerto Rico, as meeting the eligibility requirements for Rural Utilities Service water and waste water loans and grants;

(8) the Municipalities of Vega Baja, Manati, Guayama, Fajardo, Humacao, and Naguabo, Puerto Rico, (including individuals and entities with projects within the Municipalities) shall be eligible for Rural Community Advancement Program loans and grants and intermediate relending programs;

(9) the City of Hidalgo, Texas as a rural area for the purpose of the Rural Business-Cooperative Service Rural Business Enterprise Grant Program;

(10) the City of Elgin, Oklahoma (including individuals and entities with projects within the city) shall be eligible for Rural Utilities Service water and waste water loans and grants; and

(11) the City of Lodi, California, the City of Atchison, Kansas, and the City of Belle Glade, Florida as rural areas for the purposes of the Rural Utilities Service water and waste water loans and grants.

SEC. 766. There is hereby appropriated $200,000 for a grant to Alaska Village Initiatives for the purpose of administering a private lands wildlife management program in Alaska.

SEC. 767. There is hereby appropriated $2,250,000, to remain available until expended, for a grant to the Wisconsin Federation of Cooperatives for pilot Wisconsin-Minnesota health care cooperative purchasing alliances.

SEC. 768. The counties of Burlington and Camden, New Jersey (including individuals and entities with projects within these counties) shall be eligible for loans and grants under the Rural Community Advancement Program for fiscal year 2006 to the same extent they were eligible for such assistance during the fiscal year 2005

41

under section 106 of Chapter 1 of Division B of Public Law 108–324 (188 Stat. 1236).

SEC. 769. Hereafter, notwithstanding any other provision of law, funds made available to States administering the Child and Adult Care Food Program, for the purpose of conducting audits of participating institutions, funds identified by the Secretary as having been unused during the initial fiscal year of availability may be recovered and reallocated by the Secretary: Provided, That States may use the reallocated funds until expended for the purpose of conducting audits of participating institutions.

SEC. 770. The Secretary of Agriculture is authorized and directed to quitclaim to the City of Elkhart, Kansas, all rights, title and interests of the United States in that tract of land comprising 151.7 acres, more or less, located in Morton County, Kansas, and more specifically described in a deed dated March 11, 1958, from the United States of America to the City of Elkhart, State of Kansas, and filed of record April 4, 1958 at Book 34 at Page 520 in the office of the Register of Deeds of Morton County, Kansas.

SEC. 771. There is hereby appropriated $2,500,000 to carry out the Healthy Forests Reserve Program authorized under Title V of Public Law 108–148 (16 U.S.C. 6571–6578).

SEC. 772. Unless otherwise authorized by existing law, none of the funds provided in this Act, may be used by an executive branch agency to produce any prepackaged news story intended for broadcast or distribution in the United States unless the story includes a clear notification within the text or audio of the prepackaged news story that the prepackaged news story was prepared or funded by that executive branch agency.

SEC. 773. In addition to other amounts appropriated or otherwise made available by this Act, there is hereby appropriated to the Secretary of Agriculture $7,000,000, of which not to exceed 5 percent may be available for administrative expenses, to remain available until expended, to make specialty crop block grants under section 101 of the Specialty Crops Competitiveness Act of 2004 (Public Law 108–465; 7 U.S.C. 1621 note).

SEC. 774. The Rural Electrification Act of 1936 is amended by inserting after section 315 (7 U.S.C. 940e) the following:

"SEC. 316. EXTENSION OF PERIOD OF EXISTING GUARANTEE. (a) IN GENERAL.—Subject to the limitations in this section and the provisions of the Federal Credit Reform Act of 1990, as amended, a borrower of a loan made by the Federal Financing Bank and guaranteed under this Act may request an extension of the final maturity of the outstanding principal balance of such loan or any loan advance thereunder. If the Secretary and the Federal Financing Bank approve such an extension, then the period of the existing guarantee shall also be considered extended.

"(b) LIMITATIONS.—

"(1) FEASIBILITY AND SECURITY.—Extensions under this section shall not be made unless the Secretary first finds and certifies that, after giving effect to the extension, in his judgment the security for all loans to the borrower made or guaranteed under this Act is reasonably adequate and that all such loans will be repaid within the time agreed.

42

"*(2) EXTENSION OF USEFUL LIFE OR COLLATERAL.—Extensions under this section shall not be granted unless the borrower first submits with its request either—*

"*(A) evidence satisfactory to the Secretary that a Federal or State agency with jurisdiction and expertise has made an official determination, such as through a licensing proceeding, extending the useful life of a generating plant or transmission line pledged as collateral to or beyond the new final maturity date being requested by the borrower, or*

"*(B) a certificate from an independent licensed engineer concluding, on the basis of a thorough engineering analysis satisfactory to the Secretary, that the useful life of the generating plant or transmission line pledged as collateral extends to or beyond the new final maturity date being requested by the borrower.*

"*(3) AMOUNT ELIGIBLE FOR EXTENSION.—Extensions under this section shall not be granted if the principal balance extended exceeds the appraised value of the generating plant or transmission line referred to in subsection paragraph (2).*

"*(4) PERIOD OF EXTENSION.—Extensions under this section shall in no case result in a final maturity greater than 55 years from the time of original disbursement and shall in no case result in a final maturity greater than the useful life of the plant.*

"*(5) NUMBER OF EXTENSIONS.—Extensions under this section shall not be granted more than once per loan advance.*

"*(c) FEES.—*

"*(1) IN GENERAL.—A borrower that receives an extension under this section shall pay a fee to the Secretary which shall be credited to the Rural Electrification and Telecommunications Loans Program account. Such fees shall remain available without fiscal year limitation to pay the modification costs for extensions.*

"*(2) AMOUNT.—The amount of the fee paid shall be equal to the modification cost, calculated in accordance with section 502 of the Federal Credit Reform Act of 1990, as amended, of such extension.*

"*(3) PAYMENT.—The borrower shall pay the fee required under this section at the time the existing guarantee is extended by making a payment in the amount of the required fee.*".

SEC. 775. (a) IN GENERAL.—The Secretary of Health and Human Services, on behalf of the United States may, whenever the Secretary deems desirable, relinquish to the State of Arkansas all or part of the jurisdiction of the United States over the lands and properties encompassing the Jefferson Labs campus in the State of Arkansas that are under the supervision or control of the Secretary.

(b) TERMS.—Relinquishment of jurisdiction under this section may be accomplished, under terms and conditions that the Secretary deems advisable,

(1) by filing with the Governor of the State of Arkansas a notice of relinquishment to take effect upon acceptance thereof; or

(2) as the laws of such State may otherwise provide.

(c) DEFINITION.—In this section, the term "Jefferson Labs campus" means the lands and properties of the National Center for Toxicological Research and the Arkansas Regional Laboratory.

43

SEC. 776. Section 204(b)(3)(A) of the Child Nutrition and WIC Reauthorization Act of 2004 (118 Stat. 781; 42 U.S.C. 1751 note) is amended by striking "July 1, 2006" and inserting "October 1, 2005".

SEC. 777. (a) Section 18(f)(1)(B) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769(f)(1)(B)) is amended—

 (1) by striking "April 2004" and inserting "June 2005"; and

 (2) in clause (ii), by striking "66.67" and inserting "75".

(b) The amendments made by subsection (a) take effect on January 1, 2006.

SEC. 778. None of the funds in this Act may be used to retire more than 5 percent of the Class A stock of the Rural Telephone Bank, except in the event of liquidation or dissolution of the telephone bank during fiscal year 2006, pursuant to section 411 of the Rural Electrification Act of 1936, as amended, or to maintain any account or subaccount within the accounting records of the Rural Telephone Bank the creation of which has not specifically been authorized by statute: Provided, That notwithstanding any other provision of law, none of the funds appropriated or otherwise made available in this Act may be used to transfer to the Treasury or to the Federal Financing Bank any unobligated balance of the Rural Telephone Bank telephone liquidating account which is in excess of current requirements and such balance shall receive interest as set forth for financial accounts in section 505(c) of the Federal Credit Reform Act of 1990.

SEC. 779. There is hereby appropriated $6,000,000 to carry out Section 120 of Public Law 108–265 in Utah, Wisconsin, New Mexico, Texas, Connecticut, and Idaho.

SEC. 780. Section 508(a)(4)(B) of the Federal Crop Insurance Act (7 U.S.C. 1508(a)(4)(B)) is amended by inserting "or similar commodities" after "the commodity".

SEC. 781. (a) Notwithstanding subtitles B and C of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4501 et seq.), during fiscal year 2006, the National Dairy Promotion and Research Board may obligate and expend funds for any activity to improve the environment and public health.

(b) The Secretary of Agriculture shall review the impact of any expenditures under subsection (a) and include the review in the 2007 report of the Secretary to Congress on the dairy promotion program established under subtitle B of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4501 et seq.).

SEC. 782. The Federal facility located at the South Mississippi Branch Experiment Station in Poplarville, Mississippi, and known as the "Southern Horticultural Laboratory", shall be known and designated as the "Thad Cochran Southern Horticultural Laboratory": Provided, That any reference in law, map, regulation, document, paper, or other record of the United States to such Federal facility shall be deemed to be a reference to the "Thad Cochran Southern Horticultural Laboratory".

SEC. 783. As soon as practicable after the Agricultural Research Service operations at the Western Cotton Research Laboratory located at 4135 East Broadway Road in Phoenix, Arizona, have ceased, the Secretary of Agriculture shall convey, without consideration, to the Arizona Cotton Growers Association and Supima all right, title, and interest of the United States in and to the real property at that location, including improvements.

44

SEC. 784. (a) IN GENERAL.—In carrying out a livestock assistance, compensation, or feed program, the Secretary of Agriculture shall include horses and deer within the definition of "livestock" covered by the program.

(b) CONFORMING AMENDMENTS.—

(1) Section 602(2) of the Agricultural Act of 1949 (7 U.S.C. 1471(2)) is amended—

(A) by inserting "horses, deer," after "bison,"; and

(B) by striking "equine animals used for food or in the production of food,".

(2) Section 806 of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2001 (Public Law 106–387; 114 Stat. 1549A–51) is amended by inserting "(including losses to elk, reindeer, bison, horses, and deer)" after "livestock losses".

(3) Section 10104(a) of the Farm Security and Rural Investment Act of 2002 (7 U.S.C. 1472(a)) is amended by striking "and bison" and inserting "bison, horses, and deer".

(4) Section 203(d)(2) of the Agricultural Assistance Act of 2003 (Public Law 108–7; 117 Stat. 541) is amended by striking "and bison" and inserting "bison, horses, and deer".

(c) APPLICABILITY.—

(1) IN GENERAL.—This section and the amendments made by this section apply to losses resulting from a disaster that occurs on or after July 28, 2005.

(2) PRIOR LOSSES.—This section and the amendments made by this section do not apply to losses resulting from a disaster that occurred before July 28, 2005.

SEC. 785. Amounts made available for the Plant Materials Center in Fallon, Nevada, under the heading "CONSERVATION OPERATIONS" under the heading "NATURAL RESOURCES CONSERVATION SERVICE" of title II of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2005 (Public Law 108–447; 118 Stat. 2823) shall remain available until expended.

SEC. 786. None of the funds made available in this Act may be used to study, complete a study of, or enter into a contract with a private party to carry out, without specific authorization in a subsequent Act of Congress, a competitive sourcing activity of the Secretary of Agriculture, including support personnel of the Department of Agriculture, relating to rural development or farm loan programs.

SEC. 787. None of the funds made available under this Act shall be available to pay the administrative expenses of a State agency that, after the date of enactment of this Act and prior to receiving certification in accordance with the provisions set forth in section 17(h)(11)(E) of the Child Nutrition Act of 1966, authorizes any new for-profit vendor(s) to transact food instruments under the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) if it is expected that more than 50 percent of the annual revenue of the vendor from the sale of food items will be derived from the sale of supplemental foods that are obtained with WIC food instruments, except that the Secretary may approve the authorization of such a vendor if the approval is necessary to assure participant access to program benefits.

45

SEC. 788. Of the unobligated balances under section 32 of the Act of August 24, 1935, $37,601,000 are hereby rescinded.

SEC. 789. None of the funds provided in this Act may be obligated or expended for any activity the purpose of which is to require a recipient of any grant that was funded in Public Law 102–368 and Public Law 103–50 for "Rural Housing for Domestic Farm Labor" in response to Hurricane Andrew to pay the United States any portion of any interest earned with respect to such grants: Provided, That such funds are expended by the grantee within 18 months of the date of enactment of this section for the purposes of providing farm labor housing consistent with the purpose authorized in Title V of the Housing Act of 1949, as determined by the Secretary.

SEC. 790. There is hereby appropriated $140,000 to remain available until expended, for a grant to the University of Nevada at Reno; $400,000 to remain available until expended for a grant to the Ohio Center for Farmland Policy Innovation at Ohio State University, Columbus, Ohio; $200,000 to remain available until expended, for a grant to Utah State University for a farming and dairy training initiative; $500,000, to remain available until expended, for a grant to the Nueces County, Texas Regional Fairground; and $350,000 to provide administrative support for a world hunger organization: Provided, That none of the funds may be used for a monetary award to an individual.

SEC. 791. There is hereby appropriated $1,000,000 to establish a demonstration intermediate relending program for the construction and rehabilitation of housing for the Mississippi Band of Choctaw Indians: Provided, That the interest rate for direct loans shall be 1 percent: Provided further, That no later than one year after the establishment of this program the Secretary shall provide the Committees on Appropriations with a report providing information on the program structure, management, and general demographic information on the loan recipients.

SEC. 792. Section 285 of the Agricultural Marketing Act of 1946 (7 U.S.C. 1638d) is amended by striking "2006" and inserting "2008".

SEC. 793. None of the funds appropriated or otherwise made available by this Act shall be used to pay salaries and expenses of personnel who implement or administer section 508(e)(3) of the Federal Crop Insurance Act (7 U.S.C. 1508(e)(3)) or any regulation, bulletin, policy or agency guidance issued pursuant to section 508(e)(3) of such Act for the 2007 reinsurance year.

SEC. 794. Effective 120 days after the date of enactment of this Act, none of the funds made available in this Act may be used to pay the salaries or expenses of personnel to inspect horses under section 3 of the Federal Meat Inspection Act (21 U.S.C. 603) or under the guidelines issued under section 903 of the Federal Agriculture Improvement and Reform Act of 1996 (7 U.S.C. 1901 note; Public Law 104–127).

SEC. 795. (a) Subject to subsection (b), none of the funds made available in this Act may be used to—

(1) grant a waiver of a financial conflict of interest requirement pursuant to section 505(n)(4) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 355(n)(4)) for any voting member

46

of an advisory committee or panel of the Food and Drug Administration; or

(2) make a certification under section 208(b)(3) of title 18, United States Code, for any such voting member.

(b) Subsection (a) shall not apply to a waiver or certification if—

(1) not later than 15 days prior to a meeting of an advisory committee or panel to which such waiver or certification applies, the Secretary of Health and Human Services discloses on the Internet website of the Food and Drug Administration—

(A) the nature of the conflict of interest at issue; and

(B) the nature and basis of such waiver or certification (other than information exempted from disclosure under section 552 of title 5, United States Code (popularly known as the Freedom of Information Act)); or

(2) in the case of a conflict of interest that becomes known to the Secretary less than 15 days prior to a meeting to which such waiver or certification applies, the Secretary shall make such public disclosure as soon as possible thereafter, but in no event later than the date of such meeting.

(c) None of the funds made available in this Act may be used to make a new appointment to an advisory committee or panel of the Food and Drug Administration unless the Commissioner of Food and Drugs submits a quarterly report to the Inspector General of the Department of Health and Human Services and the Committees on Appropriations of the House and Senate on the efforts made to identify qualified persons for such appointment with minimal or no potential conflicts of interest.

SEC. 796. Section 274(a)(1) of the Immigration and Nationality Act (8 U.S.C. 1324(a)(1)) is amended by adding at the end the following:

"(C) It is not a violation of clauses (ii) or (iii) of subparagraph (A), or of clause (iv) of subparagraph (A) except where a person encourages or induces an alien to come to or enter the United States, for a religious denomination having a bona fide nonprofit, religious organization in the United States, or the agents or officers of such denomination or organization, to encourage, invite, call, allow, or enable an alien who is present in the United States to perform the vocation of a minister or missionary for the denomination or organization in the United States as a volunteer who is not compensated as an employee, notwithstanding the provision of room, board, travel, medical assistance, and other basic living expenses, provided the minister or missionary has been a member of the denomination for at least one year.".

SEC. 797. (a) Section 2111(a)(1) of the Organic Foods Production Act of 1990 (7 U.S.C. 6510(a)(1)) is amended by inserting "not appearing on the National List" after "ingredient".

(b) Section 2118 of the Organic Foods Production Act of 1990 (7 U.S.C. 6517) is amended—

(1) in subsection (c)(1)—

(A) in the paragraph heading, by inserting "IN ORGANIC PRODUCTION AND HANDLING OPERATIONS" after "SUBSTANCES";

47

(B) in subparagraph (B)—

(i) in clause (i), by inserting "or" at the end; and

(ii) in clause (ii), by striking "or" at the end and inserting "and"; and

(C) by striking clause (iii); and

(2) in subsection (d), by adding at the end the following:

"(6) EXPEDITED PETITIONS FOR COMMERCIALLY UNAVAILABLE ORGANIC AGRICULTURAL PRODUCTS CONSTITUTING LESS THAN 5 PERCENT OF AN ORGANIC PROCESSED PRODUCT.—The Secretary may develop emergency procedures for designating agricultural products that are commercially unavailable in organic form for placement on the National List for a period of time not to exceed 12 months.".

(c) Section 2110(e)(2) of the Organic Foods Production Act of 1990 (7 U.S.C. 6509(e)(2)) is amended—

(1) by striking "A dairy" and inserting the following:

"(A) IN GENERAL.—Except as provided in subparagraph (B), a dairy"; and

(2) by adding at the end the following:

"(B) TRANSITION GUIDELINE.—Crops and forage from land included in the organic system plan of a dairy farm that is in the third year of organic management may be consumed by the dairy animals of the farm during the 12-month period immediately prior to the sale of organic milk and milk products.".

SEC. 798.\(a)\AMENABLE SPECIES.—The Federal Meat Inspection Act (21 U.S.C. 601 et seq.) is amended—

(1) by striking "cattle, sheep, swine, goats, horses, mules, and other equines" each place it appears and inserting "amenable species";

(2) in section 1, by adding at the end the following new subsection:

"(w) The term 'amenable species' means—

"(1) those species subject to the provisions of the Act on the day before the date of the enactment of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006; and

"(2) any additional species of livestock that the Secretary considers appropriate."; and

(3) in section 19—

(A) by striking "horses, mules, or other equines" and inserting "species designated by regulations in effect on the day before the date of the enactment of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006"; and

(B) by striking "cattle, sheep, swine, or goats" and inserting "other amenable species".

(b) EFFECTIVE DATE.—The amendments made by subsection (a) shall take effect on the day after the effective date of section 794 of the Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006.

SEC. 799. Public Law 109–54, the Department of the Interior, Environment, and Related Agencies Appropriations Act, 2006 is amended as follows:

48

(a) Under the heading National Park Service, Construction by—

(1) striking "of which" after "$301,291,000, to remain available until expended," and inserting in lieu thereof "and";

(2) in the sixth proviso, striking "hereinafter" and inserting in lieu thereof "hereafter" and, after "Annex", inserting "and the Blue Ridge Parkway Regional Destination Visitor Center"; and

(3) in the seventh proviso, striking "solicitation and contract" and inserting in lieu thereof "solicitations and contracts";

(b) Under the heading National Park Service, Land Acquisition and State Assistance by striking "$74,824,000" and inserting in lieu thereof "$64,909,000";

(c) Under the heading Departmental Management, Salaries and Expenses by striking "$127,183,000" and inserting in lieu thereof "$117,183,000";

(d) Under the heading Title II—Environmental Protection Agency, State and Tribal Assistance Grants by—

(1) before the period at the end of the first paragraph, inserting ": Provided further, That of the funds made available under this heading in Division I of Public Law 108–447, $300,000 is for the Haleyville, AL, North Industrial Area Water Storage Tank project: Provided further, That the referenced statement of the managers under the heading Environmental Protection Agency, State and Tribal Assistance Grants in Public Law 107–73, in reference to item 184, is deemed to be amended by striking '$2,000,000' and inserting in lieu thereof '$29,945' and by inserting after 'improvements': ', $500,000 to the City of Sheridan for water system improvements, $500,000 to Meagher County/Martinsdale Water and Sewer District for Martinsdale Water System Improvements, and $970,055 to the City of Bozeman for Hyalite Waterline and Intake'"; and

(2) in the second paragraph, striking the word "original";

(e) Under the heading Forest Service, Land Acquisition by striking "land that are encumbered" and all that follows through "under this section," and inserting in lieu thereof "lands that are encumbered by unpatented claims acquired under this section, or with previously appropriated funds,"; and

(f) At the end of Title IV—General Provisions, insert the following:

**"SEC. 440. REDESIGNATION OF WILDERNESS.**

"(a) REDESIGNATION.—Section 140(c)(4) of Division E of Public Law 108–447 is amended by striking 'National'.

"(b) REFERENCES.—Any reference in a law, map, regulation, document, paper, or other record of the United States to the 'Gaylord A. Nelson National Wilderness' shall be deemed to be a reference to the 'Gaylord A. Nelson Wilderness'."

This Act may be cited as the "Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2006".

And the Senate agree to the same.

HENRY BONILLA,
JACK KINGSTON,
TOM LATHAM,
JO ANN EMERSON,
VIRGIL GOODE, Jr.,
RAY LAHOOD,

49

JOHN T. DOOLITTLE,
RODNEY ALEXANDER,
JERRY LEWIS,
*Managers on the Part of the House.*

R.F. BENNETT,
THAD COCHRAN,
ARLEN SPECTER,
CHRIS BOND,
MITCH MCCONNELL,
TED STEVENS,
HERB KOHL,
DIANNE FEINSTEIN,
RICHARD DURBIN,
MARY LANDRIEU,
ROBERT C. BYRD,
*Managers on the Part of the Senate.*

## JOINT EXPLANATORY STATEMENT OF THE COMMITTEE OF CONFERENCE

The managers on the part of the House and Senate at the conference on the disagreeing votes of the two Houses on the amendment of the Senate to bill (H.R. 2744), making appropriations for Agriculture, Rural Development, Food and Drug Administration, and Related Agencies programs for the fiscal year ending September 30, 2006 and for other purposes, submit the following joint statement to the House and Senate in explanation of the effect of the action agreed upon by the managers and recommended in the accompanying conference report.

### CONGRESSIONAL DIRECTIVES

The statement of the managers remains silent on provisions that were in both the House and Senate bills that remain unchanged by this conference agreement, except as noted in this statement of the managers.

The conferees agree that executive branch wishes cannot substitute for Congress' own statements as to the best evidence of congressional intentions-that is, the official reports of the Congress. The conferees further point out that funds in this Act must be used for the purposes for which appropriated, as required by section 1301 of title 31 of the United States Code, which provides: "Appropriations shall be applied only to the objects for which the appropriations were made except as otherwise provided by law."

The House and Senate report language that is not changed by the conference is approved by the committee of conference. The statement of the managers, while repeating some report language for emphasis, does not intend to negate the language referred to above unless expressly provided herein.

In cases in which the House or the Senate have directed the submission of a report, such report is to be submitted to both the House and Senate Committees on Appropriations.

### TITLE I—AGRICULTURAL PROGRAMS

#### PRODUCTION, PROCESSING, AND MARKETING

##### OFFICE OF THE SECRETARY

The conference agreement provides $5,127,000 for the Office of the Secretary as proposed by the House and the Senate.

The conference agreement provides the fiscal year 2005 funding level for cross-cutting trade negotiations and biotechnology resources in the following accounts: Office of the Secretary; Animal and Plant Health Inspection Service; Grain Inspection, Packers and Stockyards Administration; and the Foreign Agricultural Service.

52

The conferees appreciate receiving the detailed information provided in the Explanatory Notes prepared by the Department and rely heavily on this information when considering budget proposals. These materials have traditionally been prepared for the sole use of the Committees on Appropriations in a format consistent with the organization and operation of the programs and the structure of the Appropriations Act. At the direction of the Office of Management and Budget, the Department has changed the format and content of these materials to focus on broader goals and objectives rather than the major program structure followed in the Act, and in the actual conduct of the programs. The new organization and content does not present budget information in a format useful to the deliberations of the Committees. For fiscal year 2007 and future years, the Department is directed to present Explanatory Notes in a format consistent with the presentation used for the fiscal year 2002 Budget. Any deviations from that format are to be approved in advance by the Committees.

The conferees direct the Secretary to advise the Committees on Appropriations in writing of the status of all reports requested of the Department by the committees, at the time of submission of the fiscal year 2007 budget and quarterly thereafter.

The conferees are concerned by protocols employed by various food aid agencies related to measuring the quality of food products offered for international humanitarian assistance. The Secretary is encouraged to work with appropriate organizations to determine what actions may be proper to improve the nutritional integrity of food aid commodities and the consistency of testing methods. The Secretary is further encouraged, if appropriate, to work with groups experienced in food aid quality and tracking systems to carry out authorities provided in section 3013 of Public Law 107–171. The Committees on Appropriations expect a report on this subject no later than March 1, 2006.

The conferees are aware of the various USDA agencies that were affected by Hurricanes Katrina, Rita, and other storm events in recent months. As a result of the dislocation of many individuals employed by these agencies, the conferees expect the Department to initiate all safe harbor means available to ensure safe and adequate relief and recovery for these employees until full restoration of agency facilities is complete and agency personnel are able to return to their homes. The conferees expect the Secretary to provide a report to the Committees on Appropriations of the House and Senate on actions taken in this regard by March 1, 2006.

The conferees take note of the heightened awareness and concern surrounding the potential for an avian flu pandemic. The Secretary is directed to instruct all agencies with jurisdiction over possible introduction of foreign animal disease into this country to take all necessary steps, including increased surveillance and ensuring they have all the necessary authorities to provide the greatest level of safeguard against the introduction of highly pathogenic avian flu into the United States. The Secretary is further directed to report to the Committees on Appropriations of the House and Senate on this subject by March 1, 2006.

The conferees remain committed to provide funding for federal, state university, and other arenas of research and development ac-

53

tivities to support U.S. agriculture. Given current budget constraints, this conference agreement provides the highest levels of funding possible for various research programs under the jurisdiction of this Act. In addition, the conferees urge the Secretary, and others in the Executive Branch, to increase public sector investment in this important area.

The conference agreement does not include language proposed by the Senate which would have conditioned imports of beef from Japan until that country takes steps toward opening its market to U.S. beef products. Nonetheless, the conferees strongly urge the Secretary to continue ongoing negotiations with the Japanese government to open this important market. The conferees are encouraged by recent movement in these negotiations, but clearly reserve the right to impose restrictions similar to those suggested by the Senate if there is not a swift resolution to this issue.

The conferees direct the Secretary to submit to the Committees on Appropriations of the House and Senate, as a supplement to the President's fiscal year 2007 budget request, a report on measures identified to address bark beetle infestations. This report should include information regarding resources identified in the fiscal year 2007 budget request, including assistance under the authorities of the Healthy Forests Restoration Act of 2003, relating to bark beetles. It is expected that the Secretary of Agriculture shall coordinate these activities with the Secretary of the Interior.

The conferees remain aware of public attention to animal health issues, especially those that have implications for food safety and other aspects of human public health issues. Following the discovery of a BSE-infected cow in Washington State in December of 2003, the Secretary of Agriculture imposed a ban on the entry of non-ambulatory beef cattle into the food supply. The conferees note the continuing strong interest among the American consuming public regarding this policy and direct the Secretary to notify and closely confer with the Committees on Appropriations of the House and Senate, and appropriate authorizing committees, before the Department takes any actions that would weaken this safeguard. In addition, the conferees encourage the Secretary to initiate an Advanced Notice of Proposed Rulemaking on this subject. Finally, the conferees urge the Secretary to continue efforts for enhanced surveillance of animal health through sampling tissues and other materials retrieved from rendering facilities or places where non-ambulatory animals are otherwise disposed.

The conferees recognize the importance of public and private contributions to relieve world hunger. Human suffering related to food shortages resulting from famine, natural disaster, civil unrest, and similar circumstances is one of the greatest tragedies of current times. Further, world hunger complicates international relations where civil unrest leads to national destabilization and sympathies toward terrorist organizations. The conferees are aware of the organization which annually awards the World Food Prize for outstanding work in the field of humanitarian food assistance, and encourages the Secretary to work with this organization in any form appropriate to support its activities and to further its goal of relieving world hunger. The Secretary is directed to report to the

54

Committees by March 1, 2006, on ways in which the Department can participate in support of this organization.

The conferees are aware that the Department intends to release an interim report on a feasibility study on converting sugar into ethanol by December 15, 2005. The conferees encourage the Department to release the interim report to Congress by December 15, 2005 and a final report not later that July 1, 2006.

The conferees are aware that the State of Texas has recently entered into a contract to privatize certain operations of the Food Stamp program. It is the conferees' understanding that USDA has worked with the State in order to ensure that this contract will not result in a higher food stamp error rate or reduced access to the program. Therefore, the conferees direct the Secretary to provide quarterly reports, beginning 30 days after enactment of this Act, on the status of this contract, including the effects it is having on program access, error rates, and spending on administrative expenses.

### EXECUTIVE OPERATIONS

#### CHIEF ECONOMIST

The conference agreement provides $10,539,000 for the Office of the Chief Economist as proposed by the House and the Senate.

#### NATIONAL APPEALS DIVISION

The conference agreement provides $14,524,000 for the National Appeals Division, as proposed by the House and the Senate.

#### OFFICE OF BUDGET AND PROGRAM ANALYSIS

The conference agreement provides $8,298,000 for the Office of Budget and Program Analysis as proposed by the House and the Senate.

#### HOMELAND SECURITY STAFF

The conference agreement provides $934,000 for Homeland Security Staff as proposed by the House instead of $1,166,000 as proposed by the Senate.

#### OFFICE OF THE CHIEF INFORMATION OFFICER

The conference agreement provides $16,462,000 for the Office of the Chief Information Officer as proposed by the House instead of $16,726,000 as proposed by the Senate.

#### COMMON COMPUTING ENVIRONMENT

The conference agreement provides $110,072,000 for common computing environment instead of $60,725,000 as proposed by the House and $118,072,000 as proposed by the Senate.

The conferees direct the Department to continue reporting to the Committees on Appropriations on a quarterly basis on the implementation of the common computing environment.

Since fiscal year 2000, Congress has appropriated over $500,000,000 for the modernization and integration of information systems in USDA's county field offices. The conferees have fully supported this effort, but will expect to see reduced or level funding

55

levels for this account in future budget submissions as a result of anticipated efficiencies and economies of scale.

The following table reflects the conference agreement's recommendation:

[Dollars in thousands]

| | |
|---|---:|
| CCE base infrastructure | $ 19,735 |
| FSA specific | 74,000 |
| NRCS specific | 11,137 |
| RD specific | 4,000 |
| Interagency e-Gov | 1,200 |
| | $110,072 |

### OFFICE OF THE CHIEF FINANCIAL OFFICER

The conference agreement provides $5,874,000 for the Office of the Chief Financial Officer as proposed by the House and the Senate.

The conferees direct USDA to work with the Office of Management and Budget and the Office of Personnel Management to investigate the feasibility of creating a public/private partnership to help leverage scarce federal resources to expand upon the existing e-payroll program to include such functions as automated data processing, cross-servicing capabilities, and other beneficial services to federal agencies. The conferees encourage the Secretary to continue these expansions and to give close consideration for the continuity of National Finance Center (NFC) operations in Louisiana.

The conferees commend the employees of the NFC in suburban New Orleans for their outstanding work in continuing the payrolls and cross-servicing operations of more than 130 government agencies during the devastation of Hurricane Katrina. The conferees note that several hundred NFC employees have been relocated to other work sites because of hurricane damage and direct the Secretary to report to the Committees on Appropriations by January 31, 2006 on the continuity of operations of the NFC and the reestablishment of payroll and cross-servicing operations and functions in New Orleans and plans for back-up facilities.

### WORKING CAPITAL FUND

The conference agreement includes a general provision that authorizes the Secretary to transfer unobligated balances of other accounts to the Working Capital Fund.

### OFFICE OF THE ASSISTANT SECRETARY FOR CIVIL RIGHTS

The conference agreement provides $821,000 for the Office of the Assistant Secretary for Civil Rights as proposed by the Senate instead of $811,000 as proposed by the House.

### OFFICE OF CIVIL RIGHTS

The conference agreement provides $20,109,000 for the Office of Civil Rights as proposed by the House and the Senate.

56

#### Office of the Assistant Secretary for Administration

The conference agreement provides $676,000 for the Office of the Assistant Secretary for Administration as proposed by the House and the Senate.

#### Agriculture Buildings and Facilities and Rental Payments

The conference agreement provides $187,734,000 for agriculture buildings and facilities and rental payments as proposed by the Senate instead of $183,133,000 as proposed by the House. The conference agreement provides an increase of $4,601,000 for building operations and maintenance to be applied to the highest priority needs for which additional funding was requested.

#### Hazardous Materials Management

The conference agreement provides $12,000,000 for Hazardous Materials Management as proposed by the Senate instead of $15,644,000 as proposed by the House.

#### Departmental Administration

The conference agreement provides $23,103,000 for Departmental Administration as proposed by the House and the Senate.

#### Office of the Assistant Secretary for Congressional Relations

The conference agreement provides $3,821,000 for the Office of the Assistant Secretary for Congressional Relations as proposed by the House instead of $3,846,000 as proposed by the Senate.

#### Office of Communications

The conference agreement provides $9,509,000 for the Office of Communications as proposed by the House and the Senate.

The conferees direct the Office of Communications to continue providing the Committees with copies of open source news material made available to USDA officials through the use of appropriated funds.

#### Office of the Inspector General

The conference agreement provides $80,336,000 for the Office of the Inspector General instead of $79,626,000 as proposed by the House and $81,045,000 as proposed by the Senate.

The conference agreement includes a program increase of $1,010,000, for computer forensics evidence storage and other high priority budgeted increases.

#### Office of the General Counsel

The conference agreement provides $39,351,000 for the Office of the General Counsel instead of $38,439,000 as proposed by the House and $40,263,000 as proposed by the Senate.

The conference agreement provides an increase of $2,908,000 for 2 staff years for additional legal services for the Marketing and

57

Regulatory Programs and for the highest priority needs for which additional funding was requested.

OFFICE OF THE UNDER SECRETARY FOR RESEARCH, EDUCATION AND ECONOMICS

The conference agreement provides $598,000 for the Office of the Under Secretary for Research, Education and Economics as proposed by the House and the Senate.

ECONOMIC RESEARCH SERVICE

The conference agreement provides $75,931,000 for the Economic Research Service as proposed by the House instead of $78,549,000 as proposed by the Senate.

The conference agreement provides an increase of $1,000,000, of which $350,000 is for an agreement with the National Academy of Sciences to conduct a comprehensive report on the economic development and current status of the sheep industry in the United States and $650,000 is to be applied to the highest priority needs for which additional funding was requested.

Also, within the funds provided, the conferees expect not later than 90 days after the date of enactment of this Act, the Secretary of Agriculture, in cooperation with the Secretary of Energy, to provide to the Committees on Appropriations of both Houses of Congress, a report that describes the impact of increased prices of gas, natural gas, and diesel on agricultural producers, ranchers, and rural communities.

NATIONAL AGRICULTURAL STATISTICS SERVICE

The conference agreement provides $140,700,000 for the National Agricultural Statistics Service instead of $136,241,000 as proposed by the House and $145,159,000 as proposed by the Senate.

The conference agreement provides an increase of $5,367,000 for agricultural estimates to be applied to the highest priority needs for which additional funding was requested.

AGRICULTURAL RESEARCH SERVICE

SALARIES AND EXPENSES

The conference agreement provides $1,135,004,000 for the Agricultural Research Service, Salaries and Expenses, instead of $1,035,475,000 as proposed by the House and $1,109,981,000 as proposed by the Senate.

The conferees note that the Agricultural Research Service has had the authority to construct certain buildings provided by 7 U.S.C. 2250 for several years. The conferees direct the Agricultural Research Service to notify the Committees on Appropriations on the use of this authority on a semi-annual basis beginning January 1, 2006.

The conferees expect the agency to promptly implement programs and allocate funds provided for the purposes identified by the Congress.

58

In complying with the conferees' directives, ARS is expected not to redirect support for programs from one State to another without prior notification to and approval of the Committees on Appropriations in accordance with the reprogramming procedures specified in this Act. Unless otherwise directed, the agency shall implement appropriations by programs, projects, and activities as specified by the Appropriations Committees. Unspecified reductions necessary to carry out the provisions of this Act are to be implemented in accordance with the definitions contained in the "Program, Project, and Activity" section of this Act.

The conference agreement continues the fiscal year 2005 level of funding for all research projects proposed to be terminated in the President's budget as provided in House Report 109–102 and Senate Report 109–92 accompanying the fiscal year 2006 Agriculture Appropriations bills, including hyperspectral imaging in New Orleans, LA.

The conferees have agreed to fund budgeted increases for the following areas of research:

Emerging Diseases of Livestock/Crops—Develop Systems for Rapid Response to Bioterrorism Agents—Laramie, WY, $250,000; Athens, GA, $175,000; Vaccinology Research for Control and Eradication of Biological Threat Agents—Ames, IA, $450,000; Plum Island, NY, (Antigen Delivery Systems) $250,000; Plum Island, NY, (Foot and Mouth Disease) $150,000; Advance Intervention Strategies for Emerging Diseases of Livestock and Poultry—Ames, IA, $300,000; Develop Diagnostics for Rapid, Practical, Identification of Pathogens—Parlier, CA, $150,000; Ft. Pierce, FL, $150,000; Salinas, CA, $175,000; Develop Taxonomy, Biology, and Genetics of Pathogens—St. Paul, MN, Pullman, WA, others (Wheat Stripe Initiative), $500,000; Pullman, WA (Rust Disease of Wheat), $175,000; Ft. Pierce, FL, $300,000; Develop Science-Based Forecasting Systems for Each Pathogen/Crop Combination—Ft. Detrick, MD, $250,000; Develop Integrated Disease Management Strategies and Tools—Stoneville, MS, $240,000; Ames, IA, $150,000; Raleigh, NC, $150,000; Urbana, IL, $150,000; Charleston, SC, $50,000; and, Tifton, GA, $50,000.

Food Safety—Develop Food Animal Surveillance and Epidemiology Programs for Early Detection of Epizootic Pathogens and Antibiotic Resistance—Athens, GA, $250,000; Beltsville, MD, $250,000; Genomics to Analyze Microbial Communities to Control Food Pathogens in Preharvest Stage—Clay Center, NE, $50,000; College Station, TX, $50,000; Fungal Genomics to Identify Improved Control Strategies for Mycotoxins—New Orleans, LA, $150,000; Develop Sampling Systems and Protocols in Detecting Intentional Contamination—Beltsville, MD, $150,000; Develop Rapid Systems to Maximize Detection Potential of Pathogens in Foods—Albany, CA, $50,000; Develop Detection and Processing Intervention Systems for Liquid Egg Products—Wyndmoor, PA, $250,000, Athens, GA, $150,000; Identification of Toxic Chemical Residues and Heavy Metals—Beltsville, MD, $125,000; and, Biological Toxins—Albany, CA, $150,000.

Bovine Spongiform Encephalopathy (BSE) Research—Implement an Integrated Zoonotic Research Program (BSE) in Pathogenesis, Diagnostics, and Intervention—Ames, IA, (Risk Assess-

ment of BSE) $900,000; Albany, CA, (Pathophysiology of BSE) $450,000; Pullman, WA, $500,000; Ames, IA, (Pre-Clinical Live Animal Test) $250,000; and, Albany, CA, (Prion Deactivation for Decontamination of Feed) $250,000.

Obesity/Nutrition—Understanding Dietary Patterns That Contribute to Obesity in Low Socioeconomic and Minority Populations in the U.S.—Beltsville, MD, $250,000; Determine the Energy and Nutrient Content of Foods Consumed by U.S. Minority Populations—Grand Forks, ND, $200,000; Address the Obesity Epidemic and Promote a Healthier Lifestyle—Davis, CA, $150,000; Boston, MA, $150,000; Little Rock, AR, $150,000; Houston, TX, $200,000; Baton Rogue, LA, $200,000; and, Grand Forks, ND, $70,000.

Invasive Species—Conduct Research to Control Sudden Oak Death, Tamarisk, Emerald Ash Borer, Yellow Starthistle, Asian Long Horned Beatle, Lobate Lac Scale, Swallow—Worts, and Teasel—Corvalis, OR, $150,000; Ft. Detrick, MD, $150,000; Newark, DE, $137,500; Ithaca, NY, $150,000; Ft. Lauderdale, FL, $75,000; Reno, NV, $200,000; Develop IPM Components and Systems for Invasive Insects—Mt. Pellier, France, $100,000; Peoria, IL, $100,000; Columbia, MO, $100,000; Improve Taxonomic Knowledge of Invasive Species—Beltsville, MD, $150,000; and, Identify the Genes in the Red Invasive Fire Ant and Develop Better Bait Controls—Gainesville, FL, $150,000.

Air and Water Quality—Reduce Gaseous Particulate Matter Emissions from Animal Feeding Operations—Bushland, TX, $150,000.

Biobased Products/Bioenergy Research—Improve the Quality and Quantity of Agricultural Biomass Feedstock for Production of Energy and Biobased Products—Peoria, IL, $250,000; Develop Technologies to Produce Biofuels and Co products from Agricultural Commodities and Byproducts—Beltsville, MD, $150,000; Wyndmoor, PA, $150,000; and, Develop Technologies Leading to New Value Added Products from Food Animal Byproducts—Wyndmoor, PA, $162,500.

Genetic Resources—Genetic Resource Enhancement—Aberdeen, ID, $100,000; Miami, FL, $125,000; Raleigh, NC, $125,000; Madison, WI, $125,000; Genetic Resource Acquisition, Maintenance, and Characterization—Stuttgart, AR, $125,000; Ft. Collins, CO, $125,000; and, Ithaca, NY, $125,000.

Genomics—Collect Phenotypic Data and Use Genome Sequence-Derived Markers to Characterize Available Germplasm of Economic Importance in Food Animals—Miles City, MT, $150,000; Identify and Characterize Genes That Affect Feed Efficiency, Reproduction, Animal Well-being, Disease Resistance Product Quality, and Other Economically Important Production Traits in Food Animals—Clay Center, NE, $350,000; Discover, Characterize and Localize Genes that Medicate Expression of Economically Important Traits in Plants—Salinas, CA, $112,500; St. Paul, MN, $200,000; and Baton Rogue, LA, $375,000.

Characterize Functional Products of Important Genes That Influence Productivity and Product Quality in Plants—Manhattan, KS, $150,000.

Agricultural Information—Ensure Long-term Access to National Digital Library for Agriculture—Beltsville, MD, $200,000.

60

The conference agreement includes increased funding in fiscal year 2006 to expand the following research projects: Agroforestry (Shiitake Mushroom, $50,000), Booneville, AR—$130,000; Animal Vaccines, Greenport, NY—$60,000; Appalachian Horticulture (University of TN/TN State), Poplarville, MS—$150,000; Arid Lands, Las Cruces, NM—$120,000; Barley Yellow Dwarf, West Lafayette, IN—$75,000; Binational Agricultural Research and Development Program, $32,000; Bioinformatics, Santa Fe, NM—$100,000; Biological Weed Control, Sidney, MT—$120,000; Bioremediation, $120,000; Bovine Genetics, Beltsville, MD (University of CT/University of IL)—$300,000; Broomweed, Albany, CA—$100,000; Catfish Genome, Auburn, AL—$75,000; Center for Food Safety and Post-Harvest Technology, $449,000; Cereal Crops Research, Madison, WI—$250,000; Chloroplast Genetic Engineering, Urbana, IL (University of Central FL)—$80,000; Coffee/Cocoa, Beltsville, MD(H/S)/Miami, FL(S)—$120,000; Corn Rootworm, Ames, IA—$100,000; Cotton Ginning, Stoneville, MS—$50,000; Cropping Systems Research, Stoneville, MS (University of TN/Western TN Ag Experiment Station)—$150,000; Dairy Forage, Madison, WI—$510,000; Delta Human Nutrition Research, Stoneville, MS—$300,000; Delta Human Nutrition Research Initiative, Little Rock, AR—$100,000; Floriculture and Nursery Crops, $250,000; Forage and Range Research, Logan, UT—$250,000; Formosan Termites, New Orleans, LA—$120,000; Ft. Pierce Horticulture Research Lab, Ft. Pierce, FL—$250,000; Grape Genetics, Geneva, NY—$100,000; Grapefruit Juice/Drug Interaction, Winterhaven, FL—$80,000; Great Lakes Aquaculture, Madison, WI—$30,000; Greenhouse Lettuce Germplasm, Salinas, CA—$150,000; Improved Forage and Livestock Production, Lexington, KY (University of KY)—$120,000; Invasive Aquatic Weeds, Ft. Lauderdale, FL—$100,000; Invasive Ludwigia, Davis, CA—$100,000; Karnal Bunt, Manhattan, KS—$80,000; Medicinal and Bioactive Crops, Steven F. Austin State University/University of MD—$240,000; Mid-west/Mid-South Irrigation, Columbia, MO (Delta Center, University of MO)—$68,000; Mosquito Biological Control, (Stoneville, MS)—$210,000; National Cold Water Marine Aquaculture, Franklin, ME—$160,000; National Sclerotinia Initiative, $300,000; National Soil Dynamics, Auburn, AL—$120,000; Natural Products, Oxford, MS—$180,000; Northeast Plant Soil and Water Lab, Orono, ME—$80,000; NutriCore, National Center for Excellence in Foods and Nutrition Research—$42,000; Ogallala Aquifer, Bushland, TX (Texas A&M, Texas Tech, & Kansas State University)—$1,375,000; Peanut Production, Dawson, GA—$75,000; Peanut Variety, Stillwater, OK—$180,000; Pear Thrips, Ithaca, NY (University of Vermont)—$50,000; Pierce's Disease/Glassy-winged Sharpshooter, Parlier, CA—$25,000; Plant Genetic Diversity and Gene Discovery, Logan, UT—$180,000; Plant Protein Grazing Livestock, El Reno, OK—$100,000; Potato Blight, Orono, ME—$80,000; Quantify Basin Water Budget Components in the Southwest, Tucson, AZ—$200,000; Range and Forage Management (Sage Grouse), Burns, OR—$180,000; Regional Grains Genotyping Research, Raleigh, NC—$178,000; Salmonella, Listeria, E. coli, and Other Food Pathogens, Wyndmoor, PA—$100,000; Seafood Waste, Fairbanks, AK—$75,000; Seasonal Grazing, Coshocton, OH—$100,000; Soybean Re-

search South, Stoneville, MS—$240,000; Sugarcane Breeding and Harvesting, Houma, LA—$100,000; Sustainable Aquaculture Feeds, Aberdeen, ID—$100,000; Swine Lagoon Alternatives, Florence, SC—$100,000; Turf Grass Research, Beaver, WV—$180,000; U.S. National Arboretum (Germplasm/Ornamental Horticulture), Washington, D.C.—$250,000; Vaccines and Microbe Control for Fish Health, Auburn, AL—$80,000; Viticulture, Corvallis, OR—$150,000; Waste Management, Bowling Green, KY (Western KY University)—$120,000; and, Winter Grain Legume, Pullman, WA—$120,000.

The conference agreement provides an increase of $200,000 above the fiscal year 2005 level for additional research at the Southwest Watershed Research Center at Tucson, Arizona instead of at the ARS Research Laboratory at Maricopa, Arizona and at the University of Arizona as proposed by the House.

### BUILDINGS AND FACILITIES

The conference agreement provides $131,195,000 for the Agricultural Research Service, Buildings and Facilities, instead of $87,300,000 as proposed by the House and $160,645,000 as proposed by the Senate.

The following items reflect the conference agreement: National Center for Animal Health (Ames, Iowa), $58,800,000; Grape Genomics Research Center (Davis, California), $3,625,000; U.S. Agricultural Research Station (Salinas, California), $3,625,000; U.S. Pacific Basin Agricultural Research Center (Hilo, Hawaii), $3,625,000; Aquaculture Facility (Aberdeen/Bilingsley Creek, Idaho) $1,000,000; National Center for Agricultural Utilization Research (Peoria, Illinois), $3,625,000; Animal Waste Management Research Laboratory (Bowling Green, Kentucky), $3,000,000; Forage-Animal Research Laboratory (Lexington, Kentucky) $4,000,000; ARS Sugarcane Research Laboratory (Houma, Louisiana), $3,625,000; National Marine Cold Water Aquaculture Research Center (Orono/Franklin, Maine), $2,500,000; Beltsville Agricultural Research Center (Beltsville, Maryland), $3,625,000; Biotechnology Laboratory, Alcorn State (Lorman, MS), $2,000,000; Poultry Science Research Facility (Starkville, Mississippi), $5,000,000; National Plant and Genetics Security Center (Columbia, Missouri), $3,725,000; Animal Bioscience Facility (Bozeman, Montana), $4,000,000; Center for Grape Genetics (Geneva, New York), $3,625,000; Center for Crop-based Health Genomics (Ithaca, New York), $3,625,000; University of Toledo (Toledo, Ohio), $1,600,000; U.S. Vegetable Laboratory (Charleston, South Carolina), $2,000,000; ARS Research Laboratory (Pullman, Washington), $3,625,000; Appalachian Fruit Laboratory (Kearneysville, West Virginia), $2,045,000; Nutrient Management Research Laboratory (Leetown, West Virginia), $900,000; and, Nutrient Management Laboratory (Marshfield, Wisconsin), $8,000,000.

62

COOPERATIVE STATE RESEARCH, EDUCATION, AND EXTENSION
SERVICE

RESEARCH AND EDUCATION ACTIVITIES

The conference agreement provides $676,849,000 for research
and education activities instead of $662,546,000 as proposed by the
House and $652,231,000 as proposed by the Senate.

The conference agreement provides $500,000 for resident in-
struction grants for insular areas.

The conference agreement provides $500,000 for the implemen-
tation of the National Veterinary Medical Services Act.

The following table reflects the conference agreement:

63

| Cooperative State Research, Education, and Extension Service | |
|---|---|
| Research and Education Activities | |
| *(Dollars in Thousands)* | |
| | 2006 Conference |
| Hatch Act........................................................................................... | $178,757 |
| McIntire-Stennis Cooperative Forestry........................................... | 22,230 |
| Evans-Allen Program......................................................................... | 37,591 |
| National Research Initiative.............................................................. | 183,000 |
| State Agricultural Experiment Station Competitive Grants Program (SAES)........... | 0 |
| Special Research Grants.................................................................... | 143,021 |
| | |
| Animal Health and Disease (Sec. 1433)........................................... | 5,057 |
| 1994 Institutions Research Program................................................. | 1,039 |
| Joe Skeen Institute for Rangeland Restoration (NM,TX,MT)........... | 1,000 |
| Graduate Fellowship Grants.............................................................. | 3,738 |
| Institution Challenge Grants.............................................................. | 5,478 |
| Multicultural Scholars Program......................................................... | 998 |
| Hispanic Education Partnership Grants............................................ | 6,000 |
| Secondary/2-year Post-secondary.................................................... | 1,000 |
| Capacity Building Grants (1890 Institutions).................................... | 12,312 |
| Payments to the 1994 Institutions.................................................... | 2,250 |
| Alaska Native-serving and Native Hawaiian-serving Education Grants........... | 3,250 |
| Resident Instruction Grants for Insular Areas................................. | 500 |
| Veterinary Medical Services Act....................................................... | 500 |
|    Subtotal................................................................................. | 607,721 |
| | |
| | |
| Federal Administration: | |
|   Ag-based Industrial Lubricants (IA)............................................. | 549 |
|   Agriculture Development in the American Pacific......................... | 486 |
|   Agriculture Waste Utilization (WV)............................................... | 690 |
|   Agriculture Water Policy (GA)...................................................... | 891 |
|   Alternative Fuels Characterization Laboratory (ND)..................... | 282 |
|   Animal Waste Management (OK).................................................. | 396 |
|   Applied Agriculture and Environmental Research (CA)................ | 1,000 |
|   Aquaculture (OH)........................................................................ | 900 |
|   Aquaculture (PA)........................................................................ | 220 |
|   Biodesign and Processing Research Center (VA)........................ | 950 |
|   Biotechnology Research (MS)..................................................... | 687 |
|   Botanical Research (UT)............................................................. | 900 |
|   Center for Agricultural and Rural Development (IA).................... | 595 |
|   Center for Food Industry Excellence (TX).................................. | 1,367 |
|   Center for Innovative Food Technology (OH).............................. | 1,145 |
|   Center for North American Studies (TX)..................................... | 1,000 |
|   Climate Forecasting (FL)............................................................. | 3,602 |
|   Cotton Research (TX).................................................................. | 2,500 |
|   Council for Agriculture Science and Technology........................ | 149 |
|   Data Information System (REEIS)................................................ | 2,587 |
|   Dietary Intervention (OH)............................................................ | 1,250 |
|   Electronic Grants Administration System.................................... | 2,051 |

64

| | |
|---|---:|
| Feed Efficiency (WV) | 160 |
| Global Environmental Management | 1,000 |
| High Value Horticultural Crops (VA) | 725 |
| Hispanic Leadership in Agriculture (TX) | 546 |
| Greenhouse Nurseries (OH) | 726 |
| Income Enhancement Demonstration (OH) | 0 |
| Information Technology (GA) | 369 |
| Livestock Marketing Information Center (CO) | 174 |
| Mariculture (NC) | 317 |
| Mississippi Valley State University, Curriculum Development | 1,433 |
| Monitoring Agricultural Sewage Sludge Application (OH) | 1,287 |
| NE Center for Invasive Plants (CT, VT, ME) | 425 |
| Office of Extramural Programs (Grants) | 423 |
| Pasteurization of Shell Eggs (MI) | 1,350 |
| Pay Costs and FERS | 3,112 |
| Peer Panels | 310 |
| Phytoremediation Plant Research (OH) | 779 |
| PM-10 Study (WA) | 387 |
| Precision Agriculture, Tennessee Valley Research Center (AL) | 599 |
| Produce Pricing (AZ) | 100 |
| Rio Grande/Rio Bravo (TX) Physical Assessment | 350 |
| Rural Systems (MS) | 308 |
| Salmon Quality Standards (AK) | 166 |
| Shrimp Aquaculture (AZ, HI, MS, MA, SC, LA, TX) | 4,200 |
| Sustainable Agricultural Freshwater Conservation (TX) | 1,850 |
| University of Hawaii | 3,000 |
| Urban Silviculture (NY) | 270 |
| Vitis Gene Discovery (MO) | 608 |
| Water Pollutants (WV) | 600 |
| Water Quality (ND) | 500 |
| Wetland Plants (WV) | 200 |
| Total, Federal Administration | 50,471 |
| | |
| Other: | |
| Alternative Crops | 1,187 |
| Aquaculture Centers (Sec. 1475) | 3,968 |
| Critical Agricultural Materials Act | 1,102 |
| Sustainable Agriculture | 12,400 |
| Total, Other | 18,657 |
| | |
| Total, Research and Education Activities | 676,849 |

65

| Cooperative State Research, Education, and Extension Service |  |
| --- | --- |
| Research and Education Activities |  |
| Special Research Grants |  |
| (Dollars in Thousands) |  |
|  | 2006 Conference |
| Advanced Computing Research and Education (UT) | $545 |
| Advanced Genetic Technologies (KY) | 645 |
| Advanced Spatial Technologies (MS) | 936 |
| Aegilops Cylindricum (Jointed Goatgrass) (WA,ID) | 355 |
| Agricultural Diversification (HI) | 221 |
| Agricultural Diversity/Red River Corridor (MN, ND) | 622 |
| Agriculture Science (OH) | 570 |
| Agriculture Water Usage (GA) | 0 |
| Agroecology (MD) | 406 |
| Air Quality (CA) | 300 |
| Air Quality (TX, KS) | 1,574 |
| Alliance for Food Protection (NE) | 157 |
| Alternative Nutrient Management (VT) | 182 |
| Alternative Salmon Products (AK) | 1,099 |
| Alternative Uses for Tobacco (MD) | 332 |
| Animal Disease Research (WY) | 350 |
| Animal Science Food Safety Consortium (AR, KS, IA) | 1,432 |
| Apple Fire Blight (MI, NY) | 500 |
| Aquaculture (AR) | 205 |
| Aquaculture (FL, CA, TX) | 600 |
| Aquaculture (WA, ID) | 764 |
| Aquaculture (LA) | 329 |
| Aquaculture (MS) | 517 |
| Aquaculture (NC) | 325 |
| Aquaculture (VA) | 200 |
| Aquaculture Product and Marketing Development (WV) | 750 |
| Armillaria Root Rot (MI) | 151 |
| Asparagus Technology and Production (WA) | 248 |
| Avian Bioscience (DE) | 100 |
| Babcock Institute (WI) | 600 |
| Barley for Rural Development (MT, ID) | 735 |
| Beef Technology Transfer (MO) | 259 |
| Beef Improvement Research (TX, MO) | 1,000 |
| Berry Research (AK) | 1,300 |
| Biobased Nanocomposite Research (ND) | 177 |
| Biomass-based Energy Research (OK, MS) | 1,200 |
| Biotechnology (NC) | 287 |
| Biotechnology Research (IL) | 100 |
| Biotechnology Test Production (IA) | 465 |
| Bovine Tuberculosis (MI) | 356 |
| Brucellosis Vaccine (MT) | 440 |
| Center for Public Lands and Rural Economies (UT) | 300 |
| Center for Rural Studies (VT) | 365 |
| Chesapeake Bay Agroecology (MD) | 314 |
| Childhood Obesity and Nutrition (VT) | 201 |
| Citrus Canker (FL) | 500 |
| Citrus Tristeza (WA) | 691 |
| Competitiveness of Agricultural Products (WA) | 679 |
| Computational Agriculture (NY) | 239 |
| Cool Season Legume Research (ID, WA,ND) | 564 |
| Cotton Fiber Quality (GA) | 0 |
| Cotton Insect Management (GA) | 494 |
| Cranberry/Blueberry (MA) | 160 |
| Cranberry/Blueberry Disease and Breeding (NJ) | 650 |
| Crop Integration and Production (SD) | 300 |
| Crop Diversification Center (MO) | 375 |
| Crop Pathogens (NC) | 325 |
| Dairy and Meat Goat Research (TX) | 150 |
| Dairy Farm Profitability (PA) | 500 |

66

| | |
|---|---|
| Delta Rural Revitalization (MS) | 250 |
| Designing Foods for Health (TX) | 2,000 |
| Diaprepes Root Weevil (FL) | 500 |
| Drought Mitigation (NE) | 222 |
| Drought Management (UT) | 800 |
| Efficient Irrigation (NM, TX) | 1,675 |
| Environmental Biotechnology (RI) | 643 |
| Environmental Research (NY) | 373 |
| Environmental Risk Factors/Cancer (NY) | 217 |
| Environmentally Safe Products (VT) | 750 |
| Ethnobotany Research (AK) | 250 |
| Exotic Pest Diseases (CA) | 1,929 |
| Expanded Wheat Pasture (OK) | 323 |
| Farm Injuries and Illnesses (NC) | 0 |
| Feed Barley for Rangeland Cattle (MT) | 0 |
| Feed Efficiency in Cattle (FL) | 400 |
| Feedstock Conversion (SD) | 675 |
| Fish and Shellfish Technologies (VA) | 476 |
| Food Chain Economic Analysis (IA) | 416 |
| Floriculture (HI) | 352 |
| Food and Agriculture Policy Research Institute (IA, MO) | 1,612 |
| Food Marketing Policy Center (CT) | 579 |
| Food Quality (AK) | 275 |
| Food Safety (AL) | 1,146 |
| Food Safety (OK, ME) | 552 |
| Food Safety (TX) | 200 |
| Food Safety Research Consortium (NY) | 1,000 |
| Food Safety Initiatives (ND) | 1,425 |
| Food Security (WA) | 398 |
| Food Systems Research Group (WI) | 530 |
| Forages for Advancing Livestock Production (KY) | 390 |
| Forestry Research (AR) | 461 |
| Fruit and Berry Crop Trials for Rural Villages (AK) | 500 |
| Fruit and Vegetable Market Analysis (AZ, MO) | 350 |
| Functional Genomics (UT) | 1,485 |
| Future Foods (IL) | 666 |
| Generic Commodity Promotions, Research and Evaluation (NY) | 191 |
| Genetically Enhanced Plants for Micro-nutrients and | 0 |
| Bio-renewable Oils (MO) | 740 |
| Genomics (MS) | 1,140 |
| Geographic Information System | 1,802 |
| Global Change/ Ultraviolet Radiation | 2,184 |
| Grain Sorghum (KS,TX) | 736 |
| Grapefruit Juice/Drug Interaction (FL) | 344 |
| Grass Seed Cropping for Sustainable Agriculture (WA, OR, ID) | 450 |
| Grazing Research (WI) | 260 |
| Greenhouse Crop Production (AK) | 300 |
| Hardwood Stemming (IN) | 300 |
| Horn Fly Research (AL) | 200 |
| Human Nutrition (IA) | 650 |
| Human Nutrition (LA) | 706 |
| Human Nutrition (NY) | 580 |
| Hydroponic Tomato Production (OH) | 179 |
| Illinois-Missouri Alliance for Biotechnology | 1,170 |
| Improved Dairy Management Practices (PA) | 352 |
| Improved Fruit Practices (MI) | 212 |
| Increasing Shelf Life of Agricultural Commodities (ID) | 563 |
| Infectious Disease Research (CO) | 817 |
| Institute for Biobased Products and Food Science (MT) | 563 |
| Institute for Food Science and Engineering (AR) | 1,119 |
| Integrated Fruit and Vegetable Research (GA) | 256 |
| Integrated Production Systems (OK) | 255 |
| International and Lands Consortium (AZ) | 579 |
| Iowa Biotechnology Consortium | 1,775 |
| Leopold Center Hypoxia Project (IA) | 222 |
| Livestock and Dairy Policy (NY, TX) | 1,000 |
| Livestock Genome Sequencing (IL) | 815 |
| Livestock Waste (IA) | 266 |

0071

67

| | |
|---|---:|
| Lowbush Blueberry Research (ME) | 246 |
| Maple Research (VT) | 139 |
| Meadow Foam (OR) | 560 |
| Michigan Biotechnology Consortium | 555 |
| Midwest Advanced Food Manufacturing Alliance (NE) | 590 |
| Midwest Agricultural Products (IA) | 612 |
| Midwest Poultry Consortium (IA) | 682 |
| Milk Safety (PA) | 788 |
| Minor Use Animal Drugs | 588 |
| Molluscan Shellfish (OR) | 365 |
| Montana Sheep Institute | 597 |
| Multi-commodity Research (OR) | 353 |
| Multi-cropping Strategies for Aquaculture (HI) | 0 |
| National Beef Cattle Genetic Evaluation Consortium (NY, CO, GA) | 880 |
| National Biological Impact Assessment Program (VA) | 264 |
| National Center for Soybean Biotechnology (MO) | 997 |
| Nematode Resistance Genetic Engineering (NM) | 139 |
| Nevada Arid Rangelands Initiative (NV) | 504 |
| New Crop Opportunities (AK) | 443 |
| New Crop Opportunities (KY) | 760 |
| Nursery, Greenhouse, Turf Specialties (AL) | 0 |
| Oil Resources from Desert Plants (NM) | 211 |
| Organic Cropping (WA) | 359 |
| Organic Waste Utilization (NM) | 93 |
| Oyster Post Harvest Treatment (FL) | 446 |
| Ozone Air Quality (CA) | 401 |
| Pasture and Forage Research (UT) | 225 |
| Peach Tree Short Life (SC) | 278 |
| Perennial Wheat (WA) | 141 |
| Pest Control Alternatives (SC) | 282 |
| Phytophthora Research (GA) | 258 |
| Phytophthora Research (MI) | 500 |
| Phytophthora Root Rot (NM) | 182 |
| Pierce's Disease (CA) | 2,211 |
| Plant, Drought, and Disease Resistance Gene Cataloging (NM) | 233 |
| Potato Research | 1,497 |
| Precision Agriculture (KY) | 675 |
| Preharvest Food Safety (KS) | 202 |
| Preservation and Processing Research (OK) | 250 |
| Protein Utilization (IA) | 845 |
| Rangeland Ecosystems (NM) | 282 |
| Regional Barley Gene Mapping Project (OR) | 682 |
| Regionalized Implications of Farm Programs (MO, TX) | 860 |
| Rice Agronomy (MO) | 250 |
| Ruminant Nutrition Consortium (MT, ND, SD, WY) | 494 |
| Rural Development Centers (LA, ND) | 230 |
| Rural Obesity (NY) | 187 |
| Rural Policies Institute (NE, IA, MO) | 1,205 |
| Russian Wheat Aphid (CO) | 306 |
| Seafood Harvesting, Processing and Marketing (AK) | 0 |
| Seafood and Aquaculture Harvesting, Processing and Marketing (MS) | 0 |
| Seafood Safety (MA) | 458 |
| Seed Research (AK) | 0 |
| Seed Technology (SD) | 360 |
| Small Fruit Research (OR, WA, ID) | 443 |
| Soil and Environmental Quality (DE) | 295 |
| Southwest Consortium for Plant Genetics and Water Resources (NM) | 392 |
| Soybean Cyst Nematode (MO) | 802 |
| Soybean Research (IL) | 1,076 |
| STEEP III -- Water Quality in Northwest | 640 |
| Sudden Oak Death (CA) | 798 |
| Sustainable Agriculture (CA) | 515 |
| Sustainable Agriculture (MI) | 384 |
| Sustainable Agriculture and Natural Resources (PA) | 190 |
| Sustainable Beef Supply (MT) | 984 |
| Sustainable Engineered Materials from Renewable Sources (VA) | 700 |
| Swine and Other Animal Waste Management (NC) | 489 |
| Tick Borne Disease Prevention (RI) | 150 |

68

| | |
|---|---|
| Tillage, Silviculture, Waste Management (LA) | 500 |
| Tri-state Joint Peanut Research (AL) | 591 |
| Tropical Aquaculture (FL) | 211 |
| Tropical and Subtropical Research/T-Star | 9,548 |
| Uniform Farm Management Program (MN) | 298 |
| Value-added Product Development from Agricultural Resources (MT) | 405 |
| Virtual Plant Database Enhancement Project (MO) | 705 |
| Viticulture Consortium (NY, CA, PA) | 2,100 |
| Water Conservation, (KS) | 74 |
| Water Use Efficiency and Water Quality Enhancements (GA) | 494 |
| Weed Control (ND) | 384 |
| West Nile Virus (IL) | 0 |
| Wetland Plants (LA) | 563 |
| Wheat Genetic Research (KS) | 344 |
| Wheat Sawfly Research (MT) | 521 |
| Wine Grape Foundation Block (WA) | 322 |
| Wood Utilization (OR, MS, NC, MN, ME, MI, ID, TN, AK,WV) | 6,435 |
| Wool Research (TX, MT, WY) | 298 |
| Subtotal, Special Research Grants | 128,223 |
| | |
| | |
| Improved Pest Control: | |
| Expert IPM Decision Support System | 157 |
| Integrated Pest Management | 2,420 |
| Minor Crop Pest Management (IR-4) | 10,785 |
| Pest Management Alternatives | 1,436 |
| Total, Improved Pest Control | 14,798 |
| | |
| Total, Special Research Grants | 143,021 |

69

The conference agreement does not provide funding, within the National Research Initiative, for the competitive grants program as authorized under section 406 of the Agricultural Research, Extension, and Education Reform Act of 1998 as proposed by the House.

The conference agreement provides $1,000,000 for Applied Agricultural and Environmental Research of which $150,000 shall be for California State–Poly, and the remaining funds shall be equally divided among California State–Fresno, California State–San Luis Obispo, California State–Pomona, and California State–Chico.

The conference agreement provides $350,000 to continue physical assessments of the Rio Grande/Rio Bravo watershed to evaluate the hydrological feasibility of water management improvements.

The conference agreement provides $300,000 for air quality research of which $150,000 each shall be for the University of California at Davis and Fresno State University to supplement existing research initiatives for bovine emissions and manure lagoon emissions.

The conference agreement does not include language proposed by the House regarding Polymer-based University Research.

The conference agreement provides $1,612,000 for the Food and Agriculture Policy Research Institute. Of that amount, the conferees provide an increase of $75,000 above the fiscal year 2005 level for the Center for Agricultural and Trade Policies for the Northern Plains Region at North Dakota State University.

The conference agreement provides $736,000 for grain sorghum research of which $210,000 is for Texas Tech, $149,000 is for Texas A&M, and $377,000 is for Kansas State.

The conference agreement provides $9,548,000 for the Tropical and Subtropical Research program for Florida and Hawaii as proposed by the House instead of $4,699,000 for Hawaii as proposed by the Senate.

The conference agreement provides $600,000 for aquaculture research of which $300,000 shall be for Florida, and $150,000 each for California (Hubbs Research Institute) and Texas (Mote Marine Laboratory/University of Texas).

### NATIVE AMERICAN INSTITUTIONS ENDOWMENT FUND

The conference agreement provides $12,000,000 for the Native American Institutions Endowment Fund as proposed by both the House and Senate.

### EXTENSION ACTIVITIES

The conference agreement provides $455,955,000 for extension activities instead of $444,871,000 as proposed by the House and $453,438,000 as proposed by the Senate.

The conference agreement includes $2,000,000 for grants to youth organizations instead of $2,646,000 as proposed by the Senate.

The conferees note that the Extension Indian Reservation Program supports extension agents on large American Indian reservations to address the unique needs and problems of American Indian tribal nations. The funds provided are managed by the 1862 land-grant university in the state in which the reservation is located,

70

providing access to the university's knowledge base and structure to deliver needed information and programs. The conferees recognize the need for additional Indian extension agents, and urge the Department to work with tribal nations to develop a benchmark for appropriate staffing levels.

The following table reflects the conference agreement:

0075

71

| Cooperative State Research, Education, and Extension Service | |
| --- | --- |
| Extension Activities | |
| (Dollars in Thousands) | |
| | |
| | 2006 |
| | Conference |
| | |
| Smith-Lever Sections 3(b) and 3(c) | $275,730 |
| | |
| Smith-Lever Section 3(d): | |
| Farm Safety | 4,563 |
| Food and Nutrition Education (EFNEP) | 62,634 |
| Indian Reservation Agents | 1,996 |
| New Technologies for Ag Extension | 1,500 |
| Pest Management | 9,960 |
| Sustainable Agriculture | 4,067 |
| Youth at Risk | 7,728 |
| Youth Farm Safety Education and Certification | 444 |
| Total Section 3(d) Programs | 92,892 |
| | |
| 1890 Colleges and Tuskegee | 33,868 |
| 1890 Facilities Grants (Sec. 1447) | 16,777 |
| Renewable Resources Extension Act (RREA) | 4,060 |
| Rural Health and Safety Education | 1,965 |
| Extension Services at the 1994 Institutions | 3,273 |
| Grants to Youth Organizations | 2,000 |
| Subtotal | 430,565 |
| | |
| Federal Administration and Special Grants: | |
| Ag in the Classroom | 865 |
| Agricultural and Entrepreneurship Education (WI) | 250 |
| Alabama Beef Connection | 850 |
| Beef Producers Improvement (AR) | 180 |
| Conservation Technology Transfer (WI) | 486 |
| Dairy Education (IA) | 229 |
| Dairy Industry Revitalization (WI) | 298 |
| Diabetes Detection, Prevention (WA) | 1,093 |
| E-commerce (MS) | 331 |
| Efficient Irrigation (NM, TX) | 2,325 |
| Entrepreneurial Alternatives (PA) | 333 |
| Extension Specialist (MS) | 132 |
| Food Animal Residue Avoidance Database (FARAD) | 806 |
| Food Preparation and Marketing (AK) | 331 |
| Food Product Development (AK) | 350 |
| General Administration | 6,922 |
| Health Education Leadership (KY) | 843 |
| Income Enhancement Demonstration (OH) | 1,247 |
| Iowa Vitality Center | 248 |
| National Center for Agriculture Safety (IA) | 241 |
| National Wild Turkey Federation | 234 |
| Northern Aquaculture Demonstration (WI) | 500 |
| Nursery Production (RI) | 295 |
| Nutrition Enhancement (WI) | 1,100 |
| Ohio-Israel Agriculture Initiative | 593 |
| Ozurth Institute | 300 |
| Pilot Technology Transfer (OK, MS) | 300 |
| Pilot Technology Transfer (WI) | 250 |
| Potato Pest Management (WI) | 400 |
| Range Improvement (NM) | 244 |
| Resilient Communities (NY) | 0 |
| Rural Business Enhancement (WI) | 190 |
| Rural Development (AK) | 683 |
| Rural Development Through Tourism (NM) | 348 |
| Rural Technologies (IL, WI) | 315 |

72

| | |
|---|---|
| Urban Horticulture (WI)............................................................ | 817 |
| Urban Market Development (NY)............................................ | 273 |
| Web-based Agriculture Classes (MO)..................................... | 0 |
| Wood Biomass as an Alternative Farm Product (NY)............ | 188 |
| Total, Federal Administration........................................... | 25,390 |
| Total, Extension Activities.............................................. | $455,955 |

### INTEGRATED ACTIVITIES

The conference agreement provides $55,792,000 for integrated activities instead of $15,513,000 as proposed by the House and $55,784,000 as proposed by the Senate.

The following table reflects the conference agreement:

| Cooperative State Research, Education, and Extension Service<br>Integrated Activities<br>(Dollars in Thousands) | 2006<br>Conference |
|---|---|
| Water Quality......................................................................... | $12,867 |
| Food Safety............................................................................ | 14,847 |
| Regional Pest Management Centers........................................ | 4,167 |
| Crops at Risk from FQPA Implementation.............................. | 1,389 |
| FQPA Risk Mitigation Program for Major Food Crop Systems.. | 4,464 |
| Methyl Bromide Transition Program....................................... | 3,106 |
| Organic Transition Program................................................... | 1,874 |
| International Science and Education Grants Program.............. | 1,000 |
| Critical Issues Program.......................................................... | 744 |
| Regional Rural Development Centers Program........................ | 1,334 |
| Homeland Security, Food and Agriculture Defense Initiative... | 10,000 |
| Total, Integrated Activities............................................. | $55,792 |

0077

73

## OUTREACH FOR SOCIALLY DISADVANTAGED FARMERS

The conference agreement provides $6,000,000 for Outreach for Socially Disadvantaged Farmers instead of $7,810,000 as proposed by the House and $5,888,000 as proposed by the Senate.

## OFFICE OF THE UNDER SECRETARY FOR MARKETING AND REGULATORY PROGRAMS

The conference agreement provides $724,000 for the Office of the Under Secretary for Marketing and Regulatory Programs as proposed by the House and the Senate.

## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

### SALARIES AND EXPENSES

The conference agreement provides $815,461,000 for the Animal and Plant Health Inspection Service (APHIS) instead of $842,520,000 as proposed by the House and $807,768,000 as proposed by the Senate.

The conference agreement provides specific amounts for each program administered by APHIS, and directs appropriations for a number of projects and activities within the programs. Unless otherwise directed, APHIS shall implement appropriations by program, projects, and activities as specified by the Committees on Appropriations. The conferees expect APHIS to provide the specified amount for each program or activity, and expect that there will not be any redirection of funds without prior notification to and approval by the Committees on Appropriations, in accordance with the reprogramming procedures specified in this Act.

The conference agreement does not assume Animal Welfare Act user fees of $10,858,000, as proposed in the President's budget request. Such fees are not authorized.

The following table reflects the conference agreement:

## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

[In thousands of dollars]

| Program | FY 2006 Conference Recommendation |
|---|---|
| Pest and Disease Exclusion: | |
| Agricultural quarantine inspection | 27,524 |
| Cattle ticks | 7,627 |
| Foreign animal diseases/FMD | 8,743 |
| Fruit fly exclusion and detection | 59,976 |
| Import-export inspection | 12,493 |
| Screwworm | 28,000 |
| Trade issues resolution management | 12,583 |
| Tropical bont tick | 426 |
| Total, Pest and Disease Exclusion | 157,372 |
| Plant and Animal Health Monitoring: | |
| Animal health monitoring and surveillance | 147,449 |
| Animal and plant health regulatory enforcement | 10,399 |
| Bio Surveillance | 2,007 |
| Emergency management systems | 13,686 |
| Pest detection | 27,316 |
| Select Agents | 3,519 |

74

| Program | FY 2006 Conference Recommendation |
|---|---|
| Wildlife Disease Monitoring and Surveillance ........................................ | — |
| Total, Plant and Animal Health Monitoring ................................ | 204,376 |
| Pest and Disease Management: | |
| Aquaculture ........................................................................ | 1,262 |
| Biological control ............................................................... | 9,579 |
| Boll weevil ........................................................................ | 39,000 |
| Brucellosis ........................................................................ | 10,453 |
| Chronic wasting disease ...................................................... | 18,710 |
| Emerging plant pests .......................................................... | 100,217 |
| Golden nematode ................................................................ | 808 |
| Grasshopper and Mormon cricket .......................................... | 5,555 |
| Gypsy moth ........................................................................ | 4,818 |
| Imported fire ant ................................................................ | 2,154 |
| Johnes disease ................................................................... | 13,189 |
| Low pathogen avian influenza ............................................... | 13,837 |
| Noxious weeds ................................................................... | 1,920 |
| Pink bollworm ................................................................... | 5,221 |
| Plum pox .......................................................................... | 2,216 |
| Pseudorabies ..................................................................... | 4,391 |
| Scrapie ............................................................................. | 18,600 |
| Tuberculosis ...................................................................... | 15,001 |
| Wildlife services operations ................................................. | 77,927 |
| Witchweed ........................................................................ | 1,527 |
| Total, Pest and Disease Management ...................................... | 346,385 |
| Animal Care: | |
| Animal welfare ................................................................... | 17,478 |
| Horse protection ................................................................ | 497 |
| Total, Animal Care ............................................................ | 17,975 |
| Scientific and Technical Services: | |
| Biosecurity ....................................................................... | 1,972 |
| Information technology infrastructure .................................... | 4,552 |
| Biotechnology regulatory services ......................................... | 10,574 |
| Environmental compliance .................................................... | 2,653 |
| Plant methods development labs ........................................... | 8,535 |
| Veterinary biologics ........................................................... | 15,647 |
| Veterinary diagnostics ........................................................ | 22,890 |
| Wildlife services methods development .................................. | 17,390 |
| Total, Scientific and Technical Services ................................. | 84,213 |
| Contingency fund ..................................................................... | 4,140 |
| Physical security ...................................................................... | 1,000 |
| Total, Salaries and Expenses ............................................... | $815,461 |

For fiscal year 2006, the conferees provide $27,524,000 for the AQI appropriated account, which includes an increase of $52,000 over the fiscal year 2005 funding level for interline activities in Hawaii. The conference agreement includes $2,514,000 for the National Germplasm and Biotechnology Laboratory to operate its biosecurity level 3 greenhouse, and support detection of high-risk plant pathogens to protect the agriculture sector.

The conferees include $59,976,000 for fruit fly exclusion and detection. Of that amount, $2,758,000 is for fruit fly control in Texas, as requested.

The conferees are aware of the development of a strategic plan to address the threat of multiple fruit fly species to U.S. agriculture. While APHIS does participate in sterile fly production relating to the Mediterranean Fruit Fly, there are three other fruit fly species in Hawaii which pose serious threats to agricultural production in that and other states. The conferees are aware of an ex-

75

isting agency facility located on the island of Oahu which has been used to produce sterile fruit flies, and the Secretary is directed to take no action toward the dismantling or demolition of that facility since it may play a role in developing a multi-species fruit fly strategy for U.S. tropical and subtropical agriculture. The Secretary is also directed to work with representatives of the Hawaii agriculture sector in developing such a strategy and for possible inclusion of the existing APHIS facility in that regard.

The conferees provide $12,493,000 for import-export inspection, including $1,000,000 for a cooperative agreement with the California County Pest Detection Augmentation Program.

The conference agreement includes $147,449,000 for Animal Health Monitoring and Surveillance. Within that amount, the conference agreement provides $33,340,000 for the National Animal Identification System (NAIS), as requested. The conference agreement also includes an increase of $2,500,000 for the Comprehensive Surveillance System.

The conference agreement provides the full amount requested, $17,184,000, for surveillance and other activities related to Bovine Spongiform Encephalopathy (BSE).

The conference agreement includes: $600,000 for the Farm Animal Identification and Records (FAIR) program; funding of the New Mexico Rapid Syndrome Validation Program at $547,000 to support early detection of pathogens in animals and prevent their spread; $375,000 for Iowa State's work regarding risk assessments of genetically modified agricultural products; $325,000 to address bio-safety issues relating to antibiotic-resistant strains of bacteria in Vermont; $50,000 for animal tracking in Washington; and $50,000 for the Population Management Center, a collaboration between the Lincoln Park Zoo and the Davee Center for Epidemiology in Chicago, Illinois.

The conference agreement includes $3,571,000 for cooperative agreements with states, $1,900,000 for cooperative agreements as part of the National Animal Health Laboratory Network, and $8,930,000 for FMD/FAD surveillance.

The conference agreement includes $13,686,000 for emergency management systems, which includes a total of $4,307,000 for emergency coordinators and a total of $3,000,000 for the vaccine bank.

The conference agreement includes $27,316,000 for pest detection, including $200,000 for a remote sensing, hyperspectral imaging and light detection and ranging project; an increase of $100,000 for a cooperative agreement with California; and an increase of $1,546,000 for surveys through the Cooperative Agricultural Pest Surveys system.

The conference agreement provides a total of $3,519,000 for the Select Agents program. The funding for this program was transferred from the Import/Export and Pest Detection line items, as proposed in the President's budget request.

The conferees provide an increase of $50,000 above the fiscal year 2005 level for the Greater Yellowstone Interagency Brucellosis Committee and an increase of $50,000 for Montana.

For chronic wasting disease, the conferees provide $18,710,000. The program provides funding to states in which the disease has

been found, including West Virginia. The conferees direct that of the total, $1,750,000 is for Wisconsin; $246,000 for Utah; $247,000 for the Conservation Medicine Center of Chicago; $50,000 for Colorado; and $150,000 for Alaska to monitor chronic wasting disease.

The conferees direct the Secretary to publish in the Federal Register proposed regulations relating to the control of chronic wasting disease. The Secretary is further directed to provide notice to the Committees on Appropriations of the House and Senate if this directive has not been achieved within 90 days of enactment and such notice shall include a description of actions taken and a timetable for publication in the Federal Register.

The conference agreement includes $100,217,000 for plant pests. The conferees provide $36,629,000 for citrus canker eradication; $24,250,000 for Pierce's Disease/Glassy-winged sharpshooter; $10,000,000 for Emerald Ash borer; $1,500,000 for Karnal Bunt; and $3,076,000 for Sudden Oak Death. The conferees provide $500,000 for hydrilla eradication around Lake Gaston in Virginia and North Carolina. Funding for olive fruit fly is continued at the fiscal year 2005 level.

The conference agreement includes $20,000,000 for Asian longhorned beetle activities. The conferees direct that no less than the fiscal year 2005 level be provided for activities in Chicago, Illinois. The conferees also direct that sufficient resources be allocated for activities in New York.

The conferees note their continued concern regarding the devastation caused by citrus canker. The conference agreement includes $36,629,000 for eradication and control activities. Additional funds have recently been made available by the Administration. In September 2005, the Secretary announced that USDA had provided $53,750,000 in emergency funding for eradication and control, and in October 2005, he announced $200,000,000 in disaster relief funding to compensate commercial growers for losses. Although the conferees understand that these funds do not cover total needs, particularly since the hurricanes that hit Florida in 2004 contributed to the spread of disease, the investment to date has been substantial. In total, over $740,000,000 in federal funding has been provided to address needs related to citrus canker. The conferees will continue to monitor the situation, and encourage the Administration to continue its support of the industry.

The conferees expect the Secretary of Agriculture to continue to utilize his authority to transfer funds from the Commodity Credit Corporation (CCC) to assist states with the arrest and eradication of animal and plant pests and diseases that threaten American agriculture.

The conference agreement provides $13,189,000 for Johne's Disease. Of that amount, no less than the fiscal year 2005 level shall be available for activities in Wisconsin.

The conferees note that a total of $28,337,000 is available for activities related to the prevention, control, and eradication of avian influenza, including $12,000,000 in carryover funds for indemnities. A program increase of $3,000,000 for detection, control, and eradication activities is provided in the conference agreement.

The conferees provide $1,920,000 for the noxious weeds account. This amount includes $50,000 for weed management in Nevada.

The conference agreement includes the amount requested, $2,216,000, for surveillance and control of the plum pox virus. In addition, approximately $600,000 is available for the program from carryover funds. The conferees understand that the virus has not moved beyond the borders of Pennsylvania, but are concerned about recent positive findings in the state. The conferees expect that if the incidence of plum pox virus increases, APHIS will use its authorities for emergency funding to support surveillance and removal and destruction of infected trees.

The conferees are aware of an outbreak of bovine tuberculosis in New Mexico and, in response, that an MOU has been executed between USDA and that state. The conferees urge the Secretary to use authorities and resources of the Department to provide testing, monitoring, surveillance, and other services, as needed, toward the control and eradication of this disease.

The conferees direct that, other than funding for the specific items noted in this statement, the funds provided in the Wildlife Services Operations line item are available for general operations needs.

The conferees do not concur with the President's request to reduce funding in the Wildlife Services account to allow cooperators to assume a larger share of the costs associated with these activities.

The conferees provide $1,200,000 for wolf predation management, of which $1,050,000 is for Wisconsin, Minnesota, and Michigan, and $150,000 is for New Mexico and Arizona.

The conference agreement continues funding for the following projects: $300,000 for beaver management in North Carolina; $250,000 for crop and aquaculture losses in Southeast Missouri; $625,000 for game bird predation work with the University of Georgia; $150,000 for predation wildlife services in western and southside Virginia; $135,000 for blackbird control in Louisiana; $1,337,000 for predator control programs in Montana, Idaho, and Wyoming; $1,000,000 for wildlife services in Texas; $225,000 for beaver management and damage in Wisconsin; $50,000 for control of feral hogs in Missouri; $1,000,000 for cormorant control in New York; $200,000 for cormorant control in Michigan; $150,000 for cormorant control in the Lake Champlain basin; $750,000 for wildlife service operations with the South Dakota Department of Game, Fish, and Parks; $539,000 for the management of beavers in Mississippi; $380,000 to continue control measures for minimizing blackbird damage to sunflowers in North Dakota and South Dakota; $172,000 for Kansas blackbird control; $342,000 for the Jack Berryman Institute, Utah; $247,000 for Kentucky State operations; $321,000 for Delta states operations; $196,000 for geese control in New York; and $250,000 for the New Hampshire State operations. The conference agreement does not include $100,000 increases for state operations in Alaska, Tennessee or Pennsylvania, as proposed by the Senate.

The conference agreement includes $10,700,000 for wildlife control in Western states.

78

The conference agreement provides $404,000 for activities in Hawaii and Guam. The conferees expect these funds to be used to enhance activities for control of pest species. In addition, the conference agreement provides $950,000 for brown tree snake control.

The conference agreement includes $23,580,000 for a cooperative oral rabies vaccination program, an increase of $2,000,000 over the fiscal year 2005 level. The conferees encourage APHIS to make use of existing funds to appropriately address rabies in Broward County, Florida.

Within the amount provided for wildlife surveillance, the conference agreement provides an increase of $100,000 for remote diagnostics and wildlife disease surveillance activities with North Dakota State University and Dickinson State University.

The conferees provide an increase of $1,900,000 for the National Animal Health Laboratory Network, as requested. Within the total, $375,000 is included for an agriculture biosecurity center in Kansas.

The conference agreement includes $17,390,000 for wildlife services methods development. Within that amount, the conferees provide $419,000 in funding for the National Wildlife Research Station in Kingsville, Texas, to address emerging infectious disease issues associated with wildlife populations; an increase of $175,000 for the Jack Berryman Institute, Mississippi; and an increase of $118,000 for the Utah Predator Research Station.

The conferees support the microchipping of pets for identification under a system of open microchip technology in which all scanners can read all chips. The conferees direct APHIS to develop the appropriate regulations that allow for universal reading ability and best serve the interests of pet owners. The conferees also direct APHIS to take into consideration the effect such regulation may have on the current practice of microchipping pets in this country, and to report to the Committees on Appropriations within 90 days of the date of enactment of this Act on progress toward that end.

The conferees are aware of the scientific achievements that have been made possible through the use of laboratory animals. However, the conferees also strongly support strict enforcement of the Animal Welfare Act, including regulatory oversight of the trade by Class B animal dealers. The Secretary is directed to report to the Appropriations Committees of the House and Senate by March 1, 2006, on enforcement actions taken in the regulation of Class B animal dealers. Such report should also include information regarding the frequency of inspection of Class B dealers, the allocation of resources for that purpose, and other actions of the Department.

### BUILDINGS AND FACILITIES

The conference agreement provides $4,996,000 for Animal and Plant Health Inspection Service Buildings and Facilities as proposed by the House and the Senate.

### AGRICULTURAL MARKETING SERVICE

#### MARKETING SERVICES

The conference agreement provides $75,376,000 for the Agricultural Marketing Service instead of $78,032,000 as proposed by

the House and $76,643,000 as proposed by the Senate. The conference agreement does not include $2,918,000 in standardization fees, as proposed in the President's budget. These fees are not currently authorized in law.

The conference agreement does not include funding under this account for a web-based supply chain management system, but does provide funding for the system under the Funds for Strengthening Markets, Income, and Supply (section 32) Account.

The conferees provide $2,026,000 for activities relating to organic standards, $15,262,000 for the Pesticide Data Program, and $2,927,000 for Pesticide Recordkeeping, as requested in the budget, and an increase of $1,000,000 for activities related to country of origin labeling enforcement.

The conference agreement includes $1,000,000 for the Farmers' Market Promotion Program, to make grants to eligible entities for the purposes of establishing, expanding, and promoting farmers' markets. The conferees direct that no entity shall receive more than $75,000 in funding from the program, and request a report on the grants made, including the entity, purpose, and location, and administrative costs of the program within 180 days of enactment.

### LIMITATION ON ADMINISTRATIVE EXPENSES

The conference agreement provides $65,667,000 as proposed by both the House and Senate.

### FUNDS FOR STRENGTHENING MARKETS, INCOME, AND SUPPLY
#### (SECTION 32)

The conference agreement provides $16,055,000 for Funds for Strengthening Markets, Income, and Supply as proposed by the House and the Senate.

In addition, the conferees provide not less than $20,000,000 for the first phase of development of the Web-based Supply Chain Management (WBSCM) system, which will benefit the programs of the Agricultural Marketing Service, the Farm Service Agency, and the Food and Nutrition Service, as well as enhancing food distribution to schools and other feeding outlets. The conferees note that administrative expenses to support commodity purchases are expressly allowed in the authorizing legislation, and Section 32 funds, accordingly, should be used to fund the development of the WBSCM system.

### PAYMENTS TO STATES AND POSSESSIONS

The conference agreement provides $3,847,000 for Payments to States and Possessions as proposed by the Senate instead of $1,347,000 as proposed by the House.

The conference agreement includes bill language and funding for a specialty markets grant as proposed by the Senate.

80

### GRAIN INSPECTION, PACKERS AND STOCKYARDS ADMINISTRATION

#### SALARIES AND EXPENSES

The conference agreement provides $38,443,000 for the Grain Inspection, Packers and Stockyards Administration as proposed by the Senate instead of $38,400,000 as proposed by the House.

The conference agreement fully funds the requested increase for pay costs and the development of an information disaster recovery program, and provides an increase of $225,000 for other high priority budgeted increases. The conference agreement does not include $24,701,000 in grain standardization and Packers and Stockyards licensing fees, as proposed in the President's budget. These fees are not currently authorized in law.

The conferees remain very interested in the study on marketing arrangements that GIPSA has undertaken with $4,500,000 provided in fiscal year 2003 for that purpose. Although the study was delayed, the conferees have been informed that it is scheduled for completion in mid-2006 and that the total cost is not affected. The conferees direct GIPSA to provide quarterly updates and report the study findings to the Committees on Appropriations by June 30, 2006.

The conference agreement includes $500,000 to continue the product verification protocols pilot program, in conjunction with the Missouri, Illinois, and Iowa Corn Growers Associations. The pilot program is to establish controls for regulated seed varieties and augment grain marketing.

#### LIMITATION ON INSPECTION AND WEIGHING SERVICES EXPENSES

The conference agreement provides $42,463,000 for Limitation on Inspection and Weighing Services Expenses as proposed by the House and Senate.

### OFFICE OF THE UNDER SECRETARY FOR FOOD SAFETY

The conference agreement provides $602,000 for the Office of the Under Secretary for Food Safety as proposed by the Senate instead of $590,000 as proposed by the House.

### FOOD SAFETY AND INSPECTION SERVICE

The conference agreement provides $837,756,000 for the Food Safety and Inspection Service, instead of $837,264,000 as proposed by the House and $836,818,000 as proposed by the Senate. The conference agreement does not assume Food Safety Inspection user fees of $139,000,000, as proposed in the President's budget request. Such fees are not authorized.

The conferees include bill language, as proposed by the Senate, regarding full-time equivalent positions for inspections and enforcement of laws and regulations related to the Humane Methods of Slaughter Act.

The conference agreement provides $4,000,000 for FSIS to continue the incorporation of the Humane Activities Tracking (HAT) system into the Field Automation and Information Management (FAIM) system at slaughter plants throughout the country. This system will assist in connecting the HAT data into FSIS' broader

81

food safety and food security communications infrastructure. In addition, this will provide FSIS with access to real-time information, assisting in the detection and prevention of potential food safety problems at FSIS-inspected facilities throughout the country.

The conference agreement provides the following increases: $2,236,000 for frontline inspection improvement; $1,008,000 for food safety employee training; $417,000 for biosurveillance; and $2,500,000 for laboratory capacity. The conference agreement also provides $2,976,000 for BSE surveillance, as requested, and $2,000,000 for microbiological baseline studies.

FOOD SAFETY AND INSPECTION SERVICE, FUNDING BY ACTIVITY

[In thousands of dollars]

| | |
|---|---:|
| Food Safety & Inspection: | |
| Federal | $753,252 |
| State | 53,790 |
| International | 19,551 |
| Codex | 3,002 |
| FAIM Project | 8,161 |
| Total | 837,756 |

## OFFICE OF THE UNDER SECRETARY FOR FARM AND FOREIGN AGRICULTURAL SERVICES

The conference agreement provides $635,000 for the Office of the Under Secretary for Farm and Foreign Agricultural Services as proposed by the House and the Senate.

## FARM SERVICE AGENCY

### SALARIES AND EXPENSES

The conference agreement provides $1,030,000,000 for the Farm Service Agency instead of $1,023,738,000 as proposed by the House and $1,043,555,000 as proposed by the Senate.

The conference agreement includes the following increases: $15,944,000 for pay cost; $15,018,000 to maintain staffing levels being funded from carryover balances in fiscal year 2005; $2,900,000 for the National Agricultural Imagery Program, of which $300,000 is for a pilot Automated Crop Cultivation Assessment Tool; and $1,500,000 for the enhancement and management of the agriculture imagery catalog repositories and data warehouses as proposed by the Senate.

The conferees direct that of the funds available to the Administrator of the Farm Service Agency, $24,000,000 shall be for the National Agricultural Imagery Program (NAIP). This amount is in addition to any provided by cooperating funds from any other federal, state, or local government funding for NAIP.

The conferees note that USDA has set aside the FSA Tomorrow plan and expect USDA to exercise a cautious approach toward any county or local office closures.

The conferees are aware of the successful partnership between FSA and the National Tribal Development Authority in providing credit outreach to American Indian producers, which offers tribal members an equal opportunity to participate in farm loan programs. The National FSA American Indian Credit Outreach initiative reaches tribal members across the country, and has dem-

onstrated continued success in increasing participation and reducing defaults since its inception in 2001. Recent funding concerns have created some uncertainty for the future of this program. The conferees encourage FSA to continue its partnership with NTDA for its credit outreach initiatives.

### STATE MEDIATION GRANTS

The conference agreement provides $4,250,000 for State Mediation Grants, as proposed by the House and Senate.

### GRASSROOTS SOURCE WATER PROTECTION PROGRAM

The conference agreement provides $3,750,000 for the Grassroots Source Water Protection Program instead of no funding as proposed by the House and $4,250,000 as proposed by the Senate. Funding for this program in previous fiscal years has been provided through the Natural Resources Conservation Service.

### DAIRY INDEMNITY PROGRAM

The conference agreement provides $100,000 for the Dairy Indemnity Program, as proposed by the House and Senate.

### AGRICULTURAL CREDIT INSURANCE FUND PROGRAM ACCOUNT

The following table reflects the conference agreement:

| | |
|---|---|
| Farm Ownership Loans: | |
| Direct | ($208,000,000) |
| Subsidy | 10,650,000 |
| Guaranteed | (1,400,000,000) |
| Subsidy | 6,720,000 |
| Farm Operating Loans: | |
| Direct | (650,000,000) |
| Subsidy | 64,675,000 |
| Unsubsidized Guaranteed | (1,150,000,000) |
| Subsidy | 34,845,000 |
| Subsidized Guaranteed | (274,632,000) |
| Subsidy | 34,329,000 |
| Indian Tribe Land Acquisition | (2,020,000) |
| Subsidy | 81,000 |
| Boll Weevil Eradication | (100,000,000) |
| Subsidy | 0 |
| ACIF Expenses: | |
| Salaries and Expenses | 304,591,000 |
| Administrative Expenses | 8,000,000 |

The conference agreement provides for a transfer of $304,591,000 to salaries and expenses instead of $297,127,000 as proposed by the House and $309,137,000 as proposed by the Senate. Of this amount, $4,194,000 shall be used for increased salary costs, $7,483,000 shall be used for the highest priority operating expenses, and no less than $1,500,000 shall be used to hire and train additional farm loan officers and managers.

The conference agreement provides no new budget authority for the emergency loan program. Currently, this loan program has over $152,000,000 available for eligible producers. Based on historical loan activity, this amount should meet all needs for emergency loans in this fiscal year.

83

### RISK MANAGEMENT AGENCY

The conference agreement provides $77,048,000 for the Risk Management Agency instead of $77,806,000 as proposed by the House and $73,448,000 as proposed by the Senate.

The conference agreement provides $3,600,000 in discretionary funds for data mining and data warehousing activities to address the program compliance and integrity functions of the federal crop insurance program. The conferees will only provide one-time funding for these activities within discretionary funds, and recommend the Agency seek mandatory funds as previously authorized under the Federal Crop Insurance Act (7 U.S.C. §§ 1501–1524) as proposed by the House.

Within the total funding for the Risk Management Agency, the conference agreement provides an increase of $1,000,000 for the Agency's Emerging Information Technology Architecture initiative, instead of $1,463,000 as proposed by the House.

The conferees urge the Risk Management Agency to initiate a pilot program that would evaluate the effectiveness of lamb price insurance for sheep producers of all size operations and geography as proposed by the House, and a second that would conduct an actuarial study, in conjunction with North Dakota State University, addressing an optional insurance program in North Dakota, South Dakota, and Minnesota on wheat, barley, soybeans, and corn as proposed by the Senate.

The conferees are aware of aerial platform multi-spectral digital imaging and its potential application in facilitating the accurate measurement of crop insurance claims. The conferees encourage the Secretary to consider the development of a pilot program with the University of Minnesota to advance the application of this technology to the claims process.

### FEDERAL CROP INSURANCE CORPORATION FUND

The conference agreement provides an appropriation of such sums as may be necessary for the Federal Crop Insurance Corporation Fund (estimated to be $3,159,379,000 in the President's fiscal year 2006 Budget Request), as proposed by the House and Senate.

### COMMODITY CREDIT CORPORATION FUND

#### REIMBURSEMENT FOR NET REALIZED LOSSES

The conference agreement provides an appropriation of such sums as may be necessary for Reimbursement for Net Realized Losses of the Commodity Credit Corporation (estimated to be $25,690,000,000 in the President's fiscal year 2006 Budget Request), as proposed by the House and Senate.

#### HAZARDOUS WASTE MANAGEMENT

The conference agreement provides a limitation of $5,000,000 for Hazardous Waste Management, as proposed by the House and Senate.

84

## TITLE II—CONSERVATION PROGRAMS

### OFFICE OF THE UNDER SECRETARY FOR NATURAL RESOURCES AND ENVIRONMENT

The conference agreement provides $744,000 for the Office of the Under Secretary for Natural Resources and Environment as proposed by the House and the Senate.

The conferees note that the Natural Resources Conservation Service underwent a reorganization in early 2004. In discussions about the reorganization with the Committees on Appropriations, the Department agreed to revisit the reorganization in two to three years to determine its effectiveness and address any concerns of the Committees. The conferees direct the Department to consult with the Committees prior to conducting an analysis of the reorganization, and describing how it has met the needs of the Service, Congress, and stakeholders.

### NATURAL RESOURCES CONSERVATION SERVICE

#### CONSERVATION OPERATIONS

The conference agreement includes $839,519,000 for Conservation Operations, instead of $773,640,000 as proposed by the House and $819,561,000 as proposed by the Senate.

The conference agreement provides $27,500,000 for the Grazing Lands Conservation Initiative, $10,650,000 for snow surveys, $10,547,000 for Plant Materials Centers, and $88,149,000 for the Soil Surveys Program. The budget authority provided for the Plant Materials Centers does not include funds for completion of the Alaska Plant Materials Center, as proposed by the Senate.

The conference agreement requires funds appropriated for Conservation Operations be available until May 31, 2007. The conferees direct the Secretary to report to the Committees no later than July 1, 2006, on any projects or activities for which funds have been specifically provided by this Act that have not been obligated by that date. Such a report shall include the reasons for which the obligations have not been made and a timetable indicating when those obligations shall occur.

Funding for fiscal year 2005 projects is not continued in fiscal year 2006 unless specifically mentioned in this statement of the managers. The following funds are directed to be used in cooperative agreements continued with the same cooperator entities as in the fiscal year 2005 agreements, except as noted: Cooperative agreement between the Alabama Department of Conservation and Natural Resources and the Alabama Wildlife Federation for conservation education (AL)—$446,000; Cooperative agreement with the Alabama Association of Conservation Districts (AL)—$100,000; Obtain/evaluate materials for cold region seeds of plants in conjunction w/Alaska Division of Agriculture (AK)—$300,000; Native Plant Materials (commercialization) (AK)—$300,000; NRI pilot development (AK)—$500,000; Cooperative agreement w/Soil and Water Conservation Districts (AK)—$1,488,000; National Water Management Center (AR)—$2,750,000; Study to determine logistics of transportation/coordination of excess nutrients (AR)—$225,000; Small Farm Wetlands Management Center w/University of Arkan-