UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE         )
  UNITED STATES, et al.,          )
                                  )
              Plaintiffs          )
                                  )
       v.                         )
                                  ) Civil Action No. 06-0265(CKK)
MIKE JOHANNS, Secretary,          )
  United States Department        )
  of Agriculture, et al.,         )
                                  )
              Defendants.         )
_____      )

# ADMINISTRATIVE RECORD
# PAGES 090 - 114

85

sas at Pine Bluff (AR)—$125,000; East Valley Conservation District/Santa Ana Watershed Authority Plant Removal (CA)—$1,000,000; Monterey Bay Sanctuary (CA)—$600,000; Cooperative agreement with the Municipal Water District of Orange County California (CA)—$200,000; Cooperative agreement w/Tufts University to improve conservation practices (CT)—$500,000; Pilot projects for technology systems resulting in nutrient reduction (FL)—$6,000,000; Manatee Agriculture Reuse System (FL)—$2,000,000; Lake Okeechobee Watershed project planning (FL)—$350,000; Suwannee, Dixie, and Lafayette Counties dairy and poultry waste treatment (FL)—$1,000,000; Cooperative agreement w/ Green Institute (FL)—$400,000; Georgia Soil and Water Conservation Commission Cooperative Agreement (GA)—$3,700,000; Community nutrient management facilities (GA)—$350,000; Cooperative agreement w/GSU for the Altamaha River Basin water quality project (GA)—$100,000; Agricultural development/resource conservation (HI)—$900,000; Idaho One Plan (ID)—$200,000; cooperative agreement w/the College of S. Idaho (ID)—$125,000; Trees Forever Program (IL)—$100,000; Illinois River Agricultural Conservation Project w/ Ducks Unlimited (IL)—$242,000; Wildlife habitat education program in conjunction w/ National Wild Turkey Federation (IL)—$242,000; Kane County, Smart Growth Floodplain Monitoring Project (IL)—$600,000; Planning/ops in Illinois River watershed w/ Peoria County (IL)—$175,000; Illinois River Basin (IL)—$600,000 through EQIP; Hungry Canyon/Loess Hills Erosion Control/Western Iowa (IA)—$1,200,000; Trees Forever Program (IA)—$100,000; CEMSA w/Iowa Soybean Association (IA)—$432,000; Cooperative agreement w/ Northern Iowa University (IA)—$446,000; Soil erosion control cost-share program/soil survey program (KY)—$3,000,000; Technical assistance to provide grants to Soil Conservation Districts (KY)—$1,000,000; Cooperative agreement w/ Western Ky. University (KY)—$396,000; Dairy waste remediation-Lake Ponchartrain Basin (LA)—$295,000; Cooperative agreement w/ LSU on effectiveness of agriculture and forestry (LA)—$400,000; False River sedimentation/Bayou Grosse (LA)—$200,000; Union-Lincoln Parish Regional Water Conservation w/Lincoln Parish (LA)—$125,000; Chesapeake Bay activities (MD)—$6,000,000; Conservation related to cranberry production (MA/WI)—$600,000; Weed It Now-Taconic Mountains (MA/NY/CT)—$200,000; Great Lakes pilot program for conservation (MI)—$600,000; Conservation in the Driftless area w/Southwest Badger RC&D (MN/WI)—$263,000; Mississippi Conservation Initiative (MS)—$10,000,000; Delta Water Resources Study (MS)—$694,000; Delta Conservation Demonstration Center, Washington County (MS)—$1,389,000; Soil erosion/Alcorn State (MS)—$192,000; Cattle and nutrient management in stream crossings (MS)—$893,000; Choctaw County feasibility study for surface impoundment (MS)—$250,000; Wildlife Habitat Management Institute (MS)—$5,766,000; Alluvial Floodplain Conservation (MS)—$750,000; Soil Monitoring Pilot Project (MT)—$150,000; Upper White River Water Quality Project in southern MO—$431,000; Carson City Erosion Control Project w/ Carson City (NV)—$375,000; Rangeland Conservation w/ Nevada Fire Safety Council (NV)—$125,000; State conservation cost share program (NJ)—$1,000,000; Riparian restoration activities along Rio

86

Grande and Pecos (NM)—$537,000; Pastureland Management/Rotational Grazing (NY)—$600,000; Best management practices/ Skaneateles and Owasco Watersheds (NY)—$325,000; Address nonpoint pollution in Onondaga and Oneida Lake Watersheds (NY)— $500,000; Watershed Agriculture Council in Walton (NY)— $720,000; Pace University Land Use Law Center (NY)—$200,000; New York State Agriculture and Environment Program (NY)— $800,000; Long Island Sound watershed initiative (NY)—$200,000; Erosion control/stabilization for Hudson River shoreline at Tarrytown (NY)—$250,000; Technical assistance to livestock/poultry industry (NC)—$450,000; West Cary Watershed and Farmland Protection Project (NC)—$298,000; North Central Planning Council water utilization/ Devil's Lake (ND)—$350,000; Maumee Watershed Hydrological Study and Flood Mitigation Plan (OH)— $1,000,000; Lake Erie Wetlands Conservation Corridors Project (OH)—$125,000; Cooperative agreement with Chemeketa Community College for the Oregon Garden, Silverton (OR) —$325,000; Conservation in Klamath and Lake Co. w/ Klamath County Economic Development Association (OR)—$175,000; Soil Survey Work in the State w/ MapCoast Partnership (RI)—$100,000; Study to characterize land use change while preserving natural resources in cooperation with Clemson University (SC)—$1,190,000; Bexar, Medina, Uvalde Counties irrigation in Edwards Aquifer (TX)— $500,000; Field office telecommunications pilot program/advanced soil survey methods (TX)—$2,400,000; Range vegetation pilot project, Ft. Hood (TX)—$500,000; Texas Water Resources Institute cooperative agreement for Tarrant County ($500,000) and Hood County ($100,000) (TX)—$600,000; AFO/CAFO Pilot Project (UT)— $300,000; Study to examine effects of vegetative manipulation on water yields w/ Utah State (UT)—$800,000; Washington Fields (UT)—$3,000,000; Utah Conservation Initiative (UT)—$5,000,000; Reduce phosphorus loading into Lake Champlain (VT)—$300,000; Pilot farm viability program project (VT)—$300,000; Walla Walla watershed alliance (WA)—$500,000; Design/implement natural stream restoration initiatives (WV)—$800,000; Soil survey geographic database in the Mid-Atlantic Highlands (WV)—$200,000; Poultry Litter Composting (WV)—$160,000; Potomac and Ohio River Basin Soil Nutrient Project (WV)—$300,000; Appalachian Small Farmer Outreach Program (WV)—$860,000; GIS Center of Excellence, West Virginia University (WV)—$4,500,000; Multiflora Rose Control w/ West Virginia State Conservation Agency (WV)— $750,000; Grazing Lands Initiative/Wisconsin Department of Agriculture (WI)—$950,000; Conservation land internship program (WI)—$120,000; Wisconsin Tribal Conservation Advisory Committee cooperative agreement (WI)—$300,000; Cooperative agreement with Sand County Foundation (WI)—$1,200,000; University of Wisconsin cooperative agreement on conservation tech transfer (WI)—$300,000; Cooperative agreement Pioneer Farm (WI)— $300,000; Soil survey mapping project (WY)—$300,000; Audubon at Home Pilot Program—$500,000; Great Lakes Basin Program for Soil & Erosion Sediment—$2,500,000; On-Farm Management Systems Evaluation Network—$250,000; Watershed management demo program/NPPC—$548,000; National Fish and Wildlife Foundation Partnerships—$3,000,000; and Operation Oak to restore

87

hardwoods—$400,000. The conference agreement includes funding for the Grassroots Source Water Protection Program in a separate account.

The conferees direct that the funding included in this account for the Community Nutrient Management Facilities project and the Georgia Soil and Water Conservation Commission Cooperative Agreement be provided to the Commission through the state NRCS office in a timely manner and in total, not in part, so that vital water projects in Georgia are not delayed. Of the funds provided for the Community Nutrient Management Facilities, $100,000 is for a contract with the Georgia Rural Water Association to continue the Lagoon Waste Management Demonstration program at agricultural and municipal sludge disposal facilities.

The conference agreement provides $6,000,000 for the continued implementation of pilot projects for innovative technology systems resulting in a 75 percent reduction in nutrients of waste stream discharged by animal feeding operations to be managed by Farm Pilot Project Coordination, Inc. The Secretary is directed to release these funds after submitting a report to the Committees on Appropriations that a satisfactory cooperative agreement between the NRCS and Farm Pilot Project Coordination, Inc. has been consummated.

The conference agreement provides $27,500,000 for the Grazing Lands Conservation Initiative. This is $4,188,000 more than the fiscal year 2005 level. The conferees expect the additional funds will be used to enhance efforts to manage and prevent the spread of invasive species. The conferees encourage the agency to make western range lands a priority when allocating funding.

The conferees support the NRCS proposal to use Conservation Innovation Grants to support the goals of the Wildlife Habitat Management Institute.

### WATERSHED SURVEYS AND PLANNING

The conference agreement provides $6,083,000 for Watershed Surveys and Planning instead of $7,026,000 as proposed by the House and $5,141,000 as proposed by the Senate.

The conferees direct that the Chief of the Natural Resources Conservation Service evaluate and rank efforts currently underway in order to fund and complete the most promising projects, based upon merit, and notify the Committees on Appropriations of the House and Senate on the selected watershed projects. In addition, the agency is directed not to initiate any new planning starts for projects not otherwise specifically provided for by this Act.

### WATERSHED AND FLOOD PREVENTION OPERATIONS

The conference agreement provides $75,000,000 for Watershed and Flood Prevention Operations instead of $60,000,000 as proposed by the House and the Senate.

The conferees include bill language which limits the amount spent on technical assistance to not more than $30,000,000.

88

### WATERSHED REHABILITATION PROGRAM

The conference agreement provides $31,561,000 for the Watershed Rehabilitation Program instead of $47,000,000 as proposed by the House and $27,313,000 as proposed by the Senate.

The conferees direct that funding under this program be provided for rehabilitation of structures determined to be of high priority need in order to protect property and ensure public safety.

### RESOURCE CONSERVATION AND DEVELOPMENT

The conference agreement provides $51,300,000 for Resource Conservation and Development instead of $51,360,000 as proposed by the House and $51,228,000 as proposed by the Senate.

The conferees include bill language as proposed by the House that directs the Secretary to enter into an agreement with a national association related to the Resource Conservation and Development program, and directs that such an agreement must maintain the same matching, contribution requirements and funding set forth in previous agreements.

The conferees also include bill language that limits funding for national headquarters activities as proposed by the House.

The conference agreement restores this account, rather than accepting the budget proposal to defund the 189 Resource Conservation and Development (RC&D) Councils that have been in existence for twenty years or more. The conferees would expect any such budget proposal to be based on the effectiveness and performance of the Councils rather than on Council age. The conferees direct that NRCS work with the Councils to develop appropriate measures of effectiveness for both conservation and economic development.

### TITLE III—RURAL DEVELOPMENT PROGRAMS

#### OFFICE OF THE UNDER SECRETARY FOR RURAL DEVELOPMENT

The conference agreement provides $635,000 for the Office of the Under Secretary for Rural Development as proposed by the Senate instead of $627,000 as proposed by the House.

The conferees direct the Under Secretary to give consideration to the following projects or organizations requesting financial and/or technical assistance, and grants and/or loans made available under the Rural Development mission area: Farm Counseling Project of Rural Services of Indiana (IN), to start a co-op; Northeast Texas (TX) Community College/Hanson-Sewell Center, to build a community outreach center; Navajo Tribal Utility Authority-Crownpoint Chapter (NM); a water and waste water system for Franklin County (ID); a water and waste water system for Franklin City (ID); a water and waste system for Dayton City (ID); a water and waste system for Preston City (ID); a water and waste system for Weston City (ID); Tuscarora Township (MI), Indian River wastewater system; Hartselle (AL), water works environmental education; Orangeburg County (SC), Felderville Church Road water project; Decatur County (IA), Decatur County Development Corporation; Franklin Furnace (OH), sewer and road improvements; Assumption Parish (LA), water and waste water infra-

89

structure; a water and waste system for Lodi (CA); Northeast Organic Farming Association of Vermont (VT), farmers market; Scottsville Streetscape Project (VA); and the Chautauqua County (KS) Rural Water District No. 4.

The conferees expect the Under Secretary to approve these projects only when such applications are judged to be meritorious when subject to established review procedures.

The conferees are aware that the Department has previously provided funding for the National Rural Development Partnership (NRDP). The NRDP, and its associated State Rural Development Councils, facilitate interagency coordination and provide programmatic guidance for rural development at several levels. The State Rural Development Councils are uniquely positioned to support the work of the National Rural Development Coordinating Committee (NRDCC), which recently began operations. The conferees expect funds to be provided for the NRDP and State Rural Development Councils at a level comparable to fiscal year 2004. The Department is strongly encouraged to utilize funds outside of the Rural Development mission area and to solicit the participation of federal departments and agencies, nongovernmental organizations serving rural stakeholders, and State Rural Development Councils in support of the work of the NRDCC.

RURAL COMMUNITY ADVANCEMENT PROGRAM

The conference agreement provides $701,941,000 for the Rural Community Advancement Program (RCAP) instead of $657,389,000 as proposed by the House and $705,106,000 as proposed by the Senate.

The conference agreement provides $82,620,000 for rural community programs; $530,100,000 for rural utilities programs, of which $1,000,000 is for grants to nonprofit organizations to finance construction, refurbishing, and servicing of individually-owned household water well systems in rural areas, and of which $500,000 is for revolving funds for financing water and wastewater projects; and $89,221,000 is for rural business and cooperative development programs.

The conference agreement provides $25,000,000 for loans and grants to benefit Federally Recognized Native American Tribes.

The conference agreement provides $4,464,000 for community facilities grants to tribal colleges.

The conference agreement provides $6,350,000 for the Rural Community Development Initiative.

The conference agreement does not include in this account, $140,000 for a feasibility study for a cooperative sheep slaughter facility.

The conference agreement provides $2,000,000 for grants to the Delta Regional Authority.

The conference agreement provides $25,000,000 for rural and native villages in Alaska.

The conference agreement provides $18,250,000 for technical assistance grants for rural water and waste systems, unless the Secretary makes a determination of extreme need.

The conference agreement provides $5,600,000 for the Rural Community Assistance Programs and not less than $850,000 shall

90

be for a qualified national Native American organization to provide technical assistance for rural water systems for tribal communities.

The conference agreement provides $13,750,000 for a circuit rider program.

The conference agreement provides $18,000,000 for facilities in rural communities with extreme unemployment and severe economic depression.

The conference agreement provides $26,000,000 to be transferred to the Rural Utilities Service, High Energy Cost Grants Account.

The following table indicates the distribution of funding for the RCAP:

Community:

| | |
|---|---:|
| Community facility loan subsidies | $10,806,000 |
| Community facility grants | 17,000,000 |
| Economic impact initiative grants | 18,000,000 |
| High energy costs grants | 26,000,000 |
| Rural community development initiative | 6,350,000 |
| Tribal college grants | 4,464,000 |
| Subtotal, community | 82,620,000 |

Business:

| | |
|---|---:|
| Business and industry guaranteed loan subsidies | 44,221,000 |
| Rural business enterprise grants | 40,000,000 |
| Rural business opportunity grants | 3,000,000 |
| Delta regional authority | 2,000,000 |
| Subtotal, business | 89,221,000 |

Utilities:

| | |
|---|---:|
| Water and waste disposal direct loan subsidies | 69,100,000 |
| Water and waste disposal grants | 456,000,000 |
| Solid waste management grants | 3,500,000 |
| Well system grants | 1,000,000 |
| Water and wastewater revolving funds | 500,000 |
| Subtotal, utilities | 530,100,000 |
| Total, loan subsidies and grants | $701,941,000 |

Directed spending:

| | |
|---|---:|
| Federally Recognized Native American Tribes | 25,000,000 |
| Technical Assistance for Rural Transportation | 750,000 |
| Colonias | 25,000,000 |
| Alaska Villages | 25,000,000 |
| Technical Assistance | 18,250,000 |
| Circuit Rider | 13,750,000 |
| EZ/EC and REAP | 21,367,000 |
| RCAP | 5,600,000 |

RURAL DEVELOPMENT SALARIES AND EXPENSES

The conference agreement provides $164,625,000 for Rural Development Salaries and Expenses instead of $152,623,000 as proposed by the House and $164,773,000 as proposed by the Senate.

The conference agreement provides an increase of $11,147,000 within the Rural Development Salaries and Expenses account to complete the consolidation of St. Louis Rural Development activities at the Goodfellow facility. Rural Development reported to the Committees on Appropriations on July 18, 2005, that this amount is based on revised numbers resulting from discussions between the General Services Administration and Rural Development to accomplish the move. The conferees request the Department to pro-

91

vide the Committees on Appropriations a report on the status of
the consolidation within 60 days after enactment of this Act and
quarterly thereafter.

### RURAL HOUSING SERVICE

#### RURAL HOUSING INSURANCE FUND PROGRAM ACCOUNT

The conference agreement provides a total subsidy of
$242,108,000 for activities under the Rural Housing Insurance
Fund Program Account instead of $233,391,000 as proposed by the
House and $228,983,000 as proposed by the Senate.

The conference agreement provides for an estimated loan pro-
gram level of $5,078,380,000 instead of $5,079,349,000 as proposed
by the House and $4,927,581,000 as proposed by the Senate.

The conference agreement provides for a transfer of
$454,809,000 to salaries and expenses instead of $455,242,000 as
proposed by the House and $465,886,000 as proposed by the Sen-
ate.

The conference agreement includes a provision authorizing
housing funds initially allocated to Alaska to be available until
September 30, 2007.

The conference agreement includes bill language making the
section 515 rental housing program available for repair, rehabilita-
tion, and new construction.

The conference agreement provides $9,000,000 to carry out a
demonstration program for projects financed under the section 515
program. The conferees intend that the Department assist section
515 owners in revitalizing and preserving the section 515 portfolio
through financial options provided in this demonstration and con-
sistent with recommendations provided in the Comprehensive
Property Assessment report released by the Department in 2004.
The conferees expect that owners assisted under this demonstra-
tion program shall be required to maintain the housing assisted
under this demonstration as affordable, as determined by the Sec-
retary, for the remaining term of the original loan or the term of
a restructured loan, whichever is longer.

The conference agreement provides $1,000,000 for the Sec-
retary to acquire the necessary automation and technical support
needed to restructure section 515 mortgages. The conferees encour-
age the Secretary to contract with third parties with expertise in
multifamily housing finance, mortgage restructuring, development,
market analysis, management, finance, taxation and other require-
ments as determined by the Secretary.

The following table indicates loan and subsidy levels provided
in the conference agreement:

#### RURAL HOUSING INSURANCE FUND PROGRAM ACCOUNT

Loan authorizations:

| | |
|---|---|
| Single family direct (sec. 502) | ($1,140,799,000) |
| Single family unsubsidized guaranteed | (3,681,033,000) |
| Housing repair (sec. 504) | (35,000,000) |
| Rental housing (sec. 515) | (100,000,000) |
| Site development loans (sec. 524) | (5,000,000) |
| Multi-family guarantees (sec. 538) | (100,000,000) |
| Multi-family housing credit sales | (1,500,000) |
| Single family housing credit sales | (10,000,000) |

92

| | |
|---|---|
| Self help housing land development .......................................... | (5,048,000) |
| Total, Loan authorizations ...................................................... | ($5,078,380,000) |

Loan subsidies:

| | |
|---|---|
| Single family direct (sec. 502) .............................................. | $129,937,000 |
| Single family unsubsidized guaranteed .................................... | 40,900,000 |
| Housing repair (sec. 504) .................................................... | 10,238,000 |
| Rental housing (sec. 515) .................................................... | 45,880,000 |
| Site development loans (sec. 524) .......................................... | — |
| Multi-family guarantees (sec. 538) ........................................ | 5,420,000 |
| Multi-family housing credit sales ......................................... | 681,000 |
| Single family housing credit sales ......................................... | — |
| Self help housing land development ........................................ | 52,000 |
| Subtotal, Loan subsidies .................................................... | 233,108,000 |
| Multi-family housing preservation ......................................... | 9,000,000 |
| Total, Loan subsidies ....................................................... | $242,108,000 |
| RHIF administration expenses (transfer to RD) ......................... | $454,809,000 |

### RENTAL ASSISTANCE PROGRAM

The conference agreement provides $653,102,000 for the Rental Assistance Program as proposed by the Senate instead of $650,026,000 as proposed by the House. Of this amount, the conference agreement includes up to $8,000,000 for debt forgiveness and payments to enhance preservation efforts and not to exceed $50,000 per project for advances to nonprofit organizations or public agencies to cover direct costs incurred in purchasing projects.

The conference agreement provides additional funding above the budget request for debt forgiveness. The conference agreement also includes a provision that will deobligate the cost of rental assistance in section 515 projects that are subject to prepayment and reallocate these funds through a separate funding stream for the cost of the vouchers and debt forgiveness consistent with the requirements of this Act. These funds are in addition to funds otherwise provided for such activities in this Act.

### RURAL HOUSING VOUCHER PROGRAM

The conference agreement provides $16,000,000 for the Rural Housing Voucher Program as proposed by the Senate. The House did not provide funding for this program.

The conference agreement provides adequate funding for vouchers as a safety net to prevent the displacement of low-income rural tenants that currently reside in section 515 projects that are subject to prepayment or foreclosure of their existing loans. The conference agreement does not alter prepayment restrictions or intend for vouchers to be used in a property that would not be eligible or able to prepay without the use of such voucher.

### MUTUAL AND SELF-HELP HOUSING GRANTS

The conference agreement provides $34,000,000 for Mutual and Self-Help Housing Grants as proposed by the House and Senate.

93

### RURAL HOUSING ASSISTANCE GRANTS

The conference agreement provides $43,976,000 for Rural Housing Assistance Grants as proposed by the Senate instead of $41,000,000 as proposed by the House.

The conferees provide $2,976,000 for the preservation of the section 515 multi-family housing portfolio.

### FARM LABOR PROGRAM ACCOUNT

The conference agreement provides $31,168,000 for the Farm Labor Program Account instead of $32,728,000 as proposed by the House and $29,607,000 as proposed by the Senate.

The conference agreement provides for an estimated loan program level of $38,502,000, $17,168,000 for loan subsidies, and $14,000,000 for grants.

## RURAL BUSINESS-COOPERATIVE SERVICE

### RURAL DEVELOPMENT LOAN FUND PROGRAM ACCOUNT

The conference agreement provides an estimated loan program level of $34,212,000 with a subsidy of $14,718,000 for the Rural Development Loan Fund as proposed by the House and Senate.

The conference agreement provides for a transfer of $4,793,000 to the Rural Development salaries and expense account instead of $4,719,000 as proposed by the House and $6,656,000 as proposed by the Senate.

The conference agreement includes $3,449,000 for Mississippi Delta Region counties, of which up to $1,500,000 is for the Delta Regional Authority.

### RURAL ECONOMIC DEVELOPMENT LOANS PROGRAM ACCOUNT

The conference agreement provides an estimated loan program level of $25,003,000 with a subsidy of $4,993,000 for the Rural Economic Development Loans Program Account as proposed by the House and Senate.

### RURAL COOPERATIVE DEVELOPMENT GRANTS

The conference agreement provides $29,488,000 for Rural Cooperative Development Grants instead of $64,000,000 as proposed by the House and $24,988,000 as proposed by the Senate.

The conference agreement provides $20,500,000 for value-added agricultural product market development grants.

The conference agreement provides $1,488,000 for cooperatives or associations of cooperatives to assist minority producers.

The conference agreement provides $500,000 for a cooperative research agreement with a qualified academic institution to conduct research on the national economic impact of all types of cooperatives.

### RURAL EMPOWERMENT ZONES AND ENTERPRISE COMMUNITIES GRANTS

The conference agreement provides $11,200,000 for Rural Empowerment Zones and Enterprise Communities Grants instead of $10,000,000 as proposed by the House and $12,400,000 as proposed by the Senate.

94

The conferees are concerned that rural empowerment zones, particularly zones selected because of outmigration, are having a difficult time successfully competing for USDA Rural Development program funds. This difficulty is occurring because many Rural Development programs fail to consider outmigration as a factor when awarding grants. Additional funding from competitive grant programs, which supplements funding Congress has set-aside for empowerment zones over the last several years, is essential for the advancement of economic development in these communities. The conferees strongly encourage the Department to consider outmigration when awarding competitive grants.

The conferees further recognize that third round rural empowerment zones have not received funding at the same level as first and second round rural empowerment zones. The conferees believe that the competitive grant process is one way to address this disparity. The Department is strongly encouraged to give priority consideration to applications for Rural Development competitive grants from third round rural empowerment zones.

RENEWABLE ENERGY PROGRAM

The conference agreement provides $23,000,000 for the Renewable Energy Program as proposed by the House and the Senate.

RURAL UTILITIES SERVICE

RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM ACCOUNT

The conference agreement provides a total subsidy of $6,372,000 for activities under the Rural Electrification and Telecommunications Loans Program Account as proposed by the House and Senate. The conference agreement provides for an estimated loan program level of $6,094,000,000 instead of $4,994,000,000 as proposed by the House and $6,095,000,000 as proposed by the Senate.

The conference agreement provides for a transfer of $38,784,000 to the Rural Development salaries and expenses account instead of $38,907,000 as proposed by the House and $39,933,000 as proposed by the Senate.

The following table indicates loan and subsidy levels provided in the conference agreement:

RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM ACCOUNT

Loan authorizations:

| | |
|---|---|
| Electric: | |
| Direct, 5 percent | ($100,000,000) |
| Direct, Muni | (100,000,000) |
| Direct, FFB | (2,600,000,000) |
| Direct, Treasury rate | (1,000,000,000) |
| Guaranteed | (100,000,000) |
| Guaranteed underwriting | (1,500,000,000) |
| Subtotal | (5,400,000,000) |
| | |
| Telecommunications: | |
| Direct, 5 percent | (145,000,000) |
| Direct, Treasury rate | (424,000,000) |

95

| | |
|---|---|
| Direct, FFB | (125,000,000) |
| Subtotal | (694,000,000) |
| Total, loan authorizations | (6,094,000,000) |

Loan subsidies:
Electric:

| | |
|---|---|
| Direct, 5 percent | 920,000 |
| Direct, Muni | 5,050,000 |
| Direct, Treasury rate | 100,000 |
| Guaranteed | 90,000 |
| Subtotal | 6,160,000 |

Telecommunications:

| | |
|---|---|
| Direct, Treasury rate | 212,000 |
| Total, loan subsidies | 6,372,000 |
| RETLP administrative expenses (transfer to RD) | 38,784,000 |

### RURAL TELEPHONE BANK PROGRAM ACCOUNT

The conference agreement provides for a transfer of $2,500,000 to the Rural Development salaries and expenses account as proposed by the House and the Senate.

### DISTANCE LEARNING, TELEMEDICINE, AND BROADBAND PROGRAM

The conference agreement provides for an estimated loan program level of $25,000,000 for distance learning and telemedicine and $500,000,000 for broadband telecommunications.

The conference agreement includes $375,000 for distance learning and telemedicine loan subsidy and $30,000,000 for distance learning and telemedicine grants, of which $5,000,000 is for public broadcasting system grants.

The conference agreement includes $10,750,000 for broadband telecommunications loan subsidy, and $9,000,000 for broadband telecommunications grants.

## TITLE IV—DOMESTIC FOOD PROGRAMS

### OFFICE OF THE UNDER SECRETARY FOR FOOD, NUTRITION AND CONSUMER SERVICES

The conference agreement provides $599,000 for the Office of the Under Secretary for Food, Nutrition and Consumer Services, as proposed by the House and the Senate.

The conferees encourage the Agency to conduct a feasibility study, in consultation with WIC State agencies, to explore a common cost effective strategy to implement the cash value voucher for fruits and vegetables that may be adopted in response to recommendations outlined in the Institute of Medicine report on the food packages provided by the Special Supplemental Nutrition Program for Women, Infants and Children (WIC).

96

FOOD AND NUTRITION SERVICE

CHILD NUTRITION PROGRAMS

The conference agreement provides $12,660,829,000 for Child Nutrition Programs, instead of $12,412,027,000 as proposed by the House and $12,422,027,000 as proposed by the Senate. Included in the total is an appropriated amount of $7,473,208,000 and a transfer from section 32 of $5,187,621,000.

The conferees are aware that USDA, through its Team Nutrition program, recently updated its dietary guidelines and published My Pyramid and My Pyramid for Kids, which are updates to the former food guide pyramids. The conferees are also aware that FNS is currently working to publicize these nutrition standards. The conferees encourage FNS to use all available resources to ensure that funding for Team Nutrition remains at a level which will allow it to effectively provide this important nutrition information to both adults and children.

The conference agreement provides the following for Child Nutrition programs:

TOTAL OBLIGATIONAL AUTHORITY

| Child Nutrition Programs: | |
|---|---|
| School lunch program | $7,415,142,000 |
| School breakfast program | 2,076,141,000 |
| Child and adult care food program | 2,159,711,000 |
| Summer food service program | 300,226,000 |
| Special milk program | 14,499,000 |
| State administrative expenses | 156,061,000 |
| Commodity procurement and computer support | 522,732,000 |
| School meals initiative/Team nutrition | 10,025,000 |
| Food safety education | 1,000,000 |
| Coordinated review effort | 5,235,000 |
| Program pay cost | 57,000 |
| Total | 12,660,829,000 |

SPECIAL SUPPLEMENTAL NUTRITION PROGRAM FOR WOMEN, INFANTS, AND CHILDREN (WIC)

The conference agreement provides $5,257,000,000 for the Special Supplemental Nutrition Program for Women, Infants and Children (WIC) as proposed by both the House and Senate.

The conference agreement includes $15,000,000 for continuation of the breastfeeding peer counselor program. In addition, the conference agreement provides $20,000,000 for investments in management information systems, if the Secretary determines that those funds are not needed to maintain caseload and will not require use of the contingency fund.

The conference agreement does not include language regarding adjunct eligibility restrictions.

The conference agreement includes such sums as are necessary to restore the contingency reserve to $125,000,000, to be allocated as the Secretary deems necessary, as proposed by the Senate.

FOOD STAMP PROGRAM

The conference agreement provides $40,711,395,000 for the Food Stamp Program, as proposed by the House and the Senate.

97

Included in this amount is a reserve of $3,000,000,000, to remain available until September 30, 2007.

The conference agreement includes $36,049,026,000 for program expenses, $1,522,369,000 for grants to Puerto Rico and Samoa, and $140,000,000 for commodity purchase for The Emergency Food Assistance Program.

The conference agreement includes a provision allowing for purchase of bison meat, in an amount not less than $3,000,000, for the Food Distribution Program on Indian Reservations (FDPIR).

The conference agreement includes statutory language to exclude special pay for military personnel deployed to designated combat areas when determining food stamp eligibility.

COMMODITY ASSISTANCE PROGRAM

The conference agreement provides $179,366,000 for the Commodity Assistance Program instead of $178,797,000 as proposed by the House and $179,935,000 as proposed by the Senate.

The conference agreement provides $108,285,000 for the Commodity Supplemental Food Program. According to the USDA's latest estimates, approximately $6,020,000 in commodity inventory is expected to be available to CSFP in fiscal year 2006, making the total available for the program approximately $114,305,000. The conferees strongly encourage USDA to make every effort to maintain the fiscal year 2005 caseload by making full use of CSFP inventory and carryover from preceding years, and to access all available resources from bonus commodity holdings and CCC stocks.

The conferees provide $50,000,000 for administration—processing, storage, transport, and distribution—of The Emergency Food Assistance Program (TEFAP). The conference agreement includes a provision that provides the Secretary authority to transfer up to an additional $10,000,000 from TEFAP commodities for this purpose.

The conference agreement includes $20,000,000 for the Farmers' Market Nutrition Program.

The conferees note that $15,000,000 in funding is available for the Seniors Farmers' Market Nutrition Program in fiscal year 2006 through the Farm Security and Rural Investment Act of 2002.

NUTRITION PROGRAMS ADMINISTRATION

The conference agreement provides $140,761,000 for Nutrition Programs Administration as proposed by the House and the Senate. The conference agreement does not include language regarding limitations on the amount specified for certain administrative activities.

The conferees direct the Department to promptly publish interim final regulations regarding WIC vendor cost containment, as described in the legislative history of the Child Nutrition and WIC Reauthorization Act. The conferees also expect the Department to work with the WIC State agencies to implement the interim final regulations regarding vendor cost containment in accordance with the provisions set forth in section 17(h)(11)(G) of the Child Nutrition Act of 1966. In the event the WIC State agencies should fail to implement the interim final regulations before the enactment of this Act, the conferees have provided an extension of the morato-

98

rium on authorization of new 'WIC-only' stores until implementation of the regulations by the WIC State agencies. This moratorium is not intended to restrict the transfer or relocation of existing 'WIC-only' stores.

## TITLE V—FOREIGN ASSISTANCE AND RELATED PROGRAMS

### FOREIGN AGRICULTURAL SERVICE

#### SALARIES AND EXPENSES

The conference agreement provides $147,901,000 for the Foreign Agricultural Service, Salaries and Expenses instead of $148,224,000 as proposed by the House and $147,868,000 as proposed by the Senate.

The conference agreement includes the following increases: $1,788,000 for pay costs; $1,200,000 for ICASS; $4,000,000 to offset the increased costs in overseas wages and currency rates, of which $2,000,000 shall remain available until expended; $300,000 for increased FAS presence in Baghdad; $2,743,000 for the capital surcharge being levied by the State Department; and $200,000 for technical assistance for the promotion of specialty crop exports.

The conference agreement provides $951,000 for administering Title I Food for Progress grant programs.

#### PUBLIC LAW 480 TITLE I AND TITLE II PROGRAM AND GRANT ACCOUNTS

The conference agreement provides $65,040,000 for Title I loan subsidies for a loan level of $74,032,000 as proposed by the House and the Senate.

The conference agreement includes bill language providing that the Secretary of Agriculture may implement a commodity monetization program under existing provisions of the Food for Progress Act of 1985 to provide no less than $5,000,000 in local-currency funding support for rural electrification overseas as proposed by the Senate.

The conference agreement provides $11,940,000 for Ocean Freight Differential as proposed by the House and the Senate.

The conference agreement provides $1,150,000,000 for international food assistance through PL 480 title II grants.

The conferees take the responsibilities of meeting humanitarian needs very seriously, and given current budget constraints, this conference agreement provides the highest levels of funding possible for various international food assistance programs. Under this conference agreement, title II grants under PL 480, one of the primary international food assistance programs, are funded at a level $265,000,000 higher than the President's request. The conferees encourage the Executive Branch to restore, through future budget requests, funding levels for international food assistance under the jurisdiction of the appropriations subcommittees of the House and Senate which fund USDA programs, more closely in line with historic levels. The conferees further admonish the Executive Branch to refrain from proposals which place at risk a carefully balanced coalition of interests which have served the interests of international food assistance programs well for more than fifty years.

99

The following table reflects the conference agreement for Public Law 480 program accounts:

PUBLIC LAW 480

Title I—Program account:
| | |
|---|---|
| Loan authorization, direct ................................................ | ($74,032,000) |
| Loan subsidies ................................................................ | 65,040,000 |
| Ocean freight differential .............................................. | 11,940,000 |

Title II—Commodities for disposition abroad:
| | |
|---|---|
| Program level ................................................................ | (1,150,000,000) |
| Appropriation ................................................................ | 1,150,000,000 |

Salaries and expenses:
| | |
|---|---|
| Foreign Agricultural Service (transfer) ........................... | 168,000 |
| Farm Service Agency (transfer) ..................................... | 3,217,000 |

### COMMODITY CREDIT CORPORATION EXPORT LOANS PROGRAM ACCOUNT

The conference agreement provides $5,279,000 for the Commodity Credit Corporation Export Loans Program Account as proposed by the House and the Senate.

### MCGOVERN-DOLE INTERNATIONAL FOOD FOR EDUCATION AND CHILD NUTRITION PROGRAM GRANTS

The conference agreement provides $100,000,000 for the McGovern-Dole International Food for Education and Child Nutrition Program as proposed by the House and the Senate.

## TITLE VI—RELATED AGENCIES AND FOOD AND DRUG ADMINISTRATION

## DEPARTMENT OF HEALTH AND HUMAN SERVICES

### FOOD AND DRUG ADMINISTRATION

#### SALARIES AND EXPENSES

The conference agreement provides total appropriations, including Prescription Drug User Fee Act, Medical Device User Fee Act, and Animal Drug User Fee Act collections, of $1,838,567,000 for the salaries and expenses of the Food and Drug Administration, instead of $1,837,928,000, as proposed by the House and $1,841,959,000 as proposed by the Senate, and provides specific amounts by FDA activity as reflected in the following table.

#### FOOD AND DRUG ADMINISTRATION, SALARIES AND EXPENSES
[In thousands of dollars]

| Program | Budget authority | Prescription drug user fees | Medical device user fees | Animal drug user fees | Total |
|---|---|---|---|---|---|
| Foods | 443,153 | .............. | .............. | .............. | 443,153 |
| Human Drugs | 300,723 | 219,841 | .............. | .............. | 520,564 |
| Biologics | 122,238 | 47,675 | 8,801 | .............. | 178,714 |
| Animal Drugs and Feeds | 90,486 | .............. | .............. | 9,301 | 99,787 |
| Medical Devices | 222,792 | .............. | 22,978 | .............. | 245,770 |
| National Center for Toxicological Research | 41,152 | .............. | .............. | .............. | 41,152 |
| Other Activities | 85,762 | 25,116 | 4,535 | 646 | 116,059 |
| Rent and Rent-related Activities | 57,732 | 0 | 783 | .............. | 58,515 |
| Rental Payments to GSA | 117,579 | 12,700 | 3,203 | 1,371 | 134,853 |

0104

100

FOOD AND DRUG ADMINISTRATION, SALARIES AND EXPENSES—Continued

[In thousands of dollars]

| Program | Budget authority | Prescription drug user fees | Medical device user fees | Animal drug user fees | Total |
|---|---|---|---|---|---|
| Total Recommendation | 1,481,617 | 305,332 | 40,300 | 11,318 | 1,838,567 |

The conference agreement also makes mammography user fees and export certification user fees available to the agency. The conference agreement includes bill language related to the White Oak consolidation, as proposed by the House, and does not contain a provision relating to Congressional testimony, as proposed by the House.

Within the total funding for the Food and Drug Administration, the following increases above the fiscal year 2005 level are provided: $10,000,000 for activities related to food safety and food defense; $7,827,000 for medical device review; $10,000,000 for drug safety activities; $884,000 for activities related to direct-to-consumer advertising; $750,000 to support research with the Critical Path Institute; $200,000 for agricultural product testing at the Physical Science Laboratory at New Mexico State University; $300,000 for the National Center for Natural Products Research; $4,128,000 for relocation expenses related to the move to the consolidated White Oak campus; and $4,100,000 in rent paid to GSA. The conference agreement assumes reductions of $1,554,000 in administrative efficiencies and $5,116,000 in IT reductions, as proposed in the request.

The conference agreement provides $14,696,000 for Orphan Product grants, not less than $4,000,000 for the Office of Women's Health, and not less than $56,228,000 for the generic drug program.

The conference agreement provides the $5,000,000 increase for the Office of Drug Safety as requested in the budget. In addition, the conference agreement provides an increase of $5,000,000 for drug safety activities within CDER. The conferees intend that these increases be used for FDA's highest priority drug safety needs that were not funded in fiscal year 2005, such as hiring of additional scientists or the acquisition of databases to which FDA does not now have access to help track adverse drug events. The conferees direct FDA to provide a report to the Committees on Appropriations within 30 days of enactment, setting forth its proposed use of these funds in detail, including an object class breakout for the $10,000,000 increase.

The conference agreement provides no less than $29,556,000 for Bovine Spongiform Encephalopathy (BSE), as requested. The conferees understand that this funding will support agency-wide BSE activities including conducting yearly inspections of all renderers and feed mills processing products containing prohibited materials, extending BSE inspections into targeted segments of industries subject to the BSE Feed regulation, validating test methods for the detection of bovine-derived proteins in animal feed, and continuing to conduct research on Transmissible Spongiform Encephalopathies in FDA's product centers.

Within the food safety and defense increase, the conference agreement provides increases of $5,074,000 for food defense re-

101

search, $3,926,000 for the Food Emergency Response Network, $500,000 for food defense bio-surveillance, and $500,000 to improve and increase import surveillance of food.

The conferees have serious concerns regarding seafood safety issues posed by banned antibiotic contamination in farm-raised shrimp imports. In addition, the conferees are concerned that the FDA inspects less than 2 percent of shrimp being imported into the United States. The conferees recommend that the FDA, in cooperation with any state testing programs, continue testing of farm-raised shrimp imports for chloramphenicol and other related harmful antibiotics.

The conference agreement includes total funding of $5,360,000 for the CFSAN Adverse Events Reporting System, of which approximately $1,500,000 is for dietary supplements. This is $860,000 more than the amount in the budget request.

The conference agreement fully funds the amount designated for influenza in the budget request. The conferees encourage the Administration to develop a comprehensive response plan for dealing with potential human-to-human transmission of avian influenza, including the availability of vaccine and treatment. The conferees direct the agency to provide regular updates to the Committees on its involvement in influenza preparedness activities. Further, the conferees expect the Administration to provide a supplemental request should the need for additional influenza funding arise.

The conferees support the work of the National Antimicrobial Resistance Monitoring System (NARMS) and its collaborative relationship between FDA, USDA, and the Centers for Disease Control. The conferees expect the coordination of activities among these three areas of government to result in the most unbiased presentation of timely, accurate data in the best interest of public health, and encourage FDA to equally divide research funding among the three branches of the program. Further, the conferees direct that FDA perform a review of all components of the NARMS program to analyze the program's scientific soundness and relevance to public health, the criteria utilized to evaluate the program, the transparency of the program, opportunities for public input, and report the result to the Committees.

The conference agreement provides an increase of $300,000 to enhance the collaboration between FDA and the National Center for Natural Products Research and allow increased participation by FDA staff in the research on botanicals and dietary supplements being conducted at the National Center for Natural Products Research in Oxford, MS.

The conference agreement includes no more than $13,026,357 for the Unified Financial Management System (UFMS). Of this amount, $9,720,374 is for development and implementation, and $3,305,953 is for operations and maintenance of UFMS. The conferees note that FDA has spent in excess of the amount expressly appropriated for UFMS in previous fiscal years, and direct FDA to provide quarterly reports on spending for this system to ensure this does not continue.

102

The conference agreement does not include funding for a foods research center or a pilot program for compounded drug monographs or directed inspection funding, as proposed by the Senate.

The conferees are aware of concerns about the regulation of imports of ethnic foods in the Los Angeles district. Concerns include the issues of communication to importers about shipments being held by FDA, the amount of time that shipments are held, and proper declaration of products. The conferees understand that in 2004 FDA's Los Angeles District implemented new operating procedures and held a public meeting on these issues. Since two years have elapsed, the conferees suggest that FDA now review the performance of the program and solicit input from the import community.

The conferees note that FDA may use available funds to support review and action on new drug applications and supplements seeking approval for replacement or alternative abuse-resistant formulations of currently-available drug products that include an active ingredient that is a listed chemical under the Controlled Substances Act. Further, it is the understanding of the conferees that these applications may be considered under the expedited, priority review process at FDA.

The conferees are aware that the FDA issued a monograph for sunscreen products in 2002, and the monograph was stayed shortly thereafter so that FDA could address the issue of measuring protection against UVA rays, which cause skin cancer. Since that time, no further official action has been taken by the FDA, although skin cancer rates continue to rise, especially among young persons and women. The conferees believe that a comprehensive monograph would be useful to consumers. Therefore, the conferees direct FDA to issue a comprehensive final monograph for over-the-counter sunscreen products, including UVA and UVB labeling requirements, within six months of enactment of this Act.

The conferees do not include language in the House bill that withheld five percent of the funds provided to FDA's central offices pending a public hearing with the agency head on the fiscal year 2006 budget, because this requirement was satisfied by former Commissioner Crawford's testimony before the House subcommittee in July. However, the conferees expect the head of the agency to testify before the House and Senate subcommittees on the fiscal year 2007 budget during the regular course of budget hearings.

The conferees appreciate the detailed information provided in the budget justification prepared by the Food and Drug Administration and rely heavily on this information when considering budget proposals. These materials have traditionally been prepared for the sole use of the Committees on Appropriations in a format consistent with the structure of the Appropriations Act. The account organization in the fiscal year 2006 budget request does not present information in a format that is useful to the Committees. Therefore, the conferees do not approve the proposed restructuring of FDA's budget for the field activities, rent activities, and other activities accounts. The conferees direct the Agency to submit the fiscal year 2007 budget request in a format that follows the same ac-

103

count structure as the fiscal year 2005 budget request unless otherwise approved by the Committees.

The conferees direct the Department of Health and Human Services (HHS) to include all anticipated consolidations that impact FDA in the FDA budget request submitted to Congress. Further, the conferees direct that none of the funds made available to FDA in this Act be used for any assessments, fee, or charges by HHS unless such assessments, fees, or charges are identified in the FDA budget justification and expressly provided by Congress, or approved by Congress in the official reprogramming process as required in the General Provisions of this Act. The conferees further direct HHS to include in the fiscal year 2007 budget submission all sources of funding projected to be received by FDA from all other federal agencies in fiscal years 2006 and 2007, by agency, with a brief description of the reason for which the funds are to be provided to FDA.

In its fiscal year 2006 budget, FDA requested $146,213,000 for "research, development and evaluation" (RD&E) activities. This amounts to about 10 percent of the agency's discretionary request. FDA provided only general descriptions of its planned RD&E activities within the context of its strategic plan, without specifying the dollars requested, and provided only total proposed expenditures for each "research theme." The conferees direct FDA to provide the same level of budget justification for its research activities in the fiscal year 2007 budget as it does other activities, including a justification of both base spending and any proposed increases by activity within center or office.

The conference agreement provides $750,000 to support collaborative research with the C-Path Institute and the University of Utah on cardiovascular biomarkers predictive of safety and clinical outcomes. The conferees understand the research would involve identifying candidate genes and proteins in University of Utah databases, designing and conducting genomic and proteomic biomarker validation experiments by the C-Path Institute, the University of Utah, FDA and manufacturers, determining which biomarkers identify heart failure patients who are most likely to respond favorably to drug therapy and those at highest risk of adverse events.

The conferees remain concerned about the legal and regulatory issues relating to approval of drugs as both prescription and over the counter products, and urge FDA to expedite rulemaking on this topic.

### BUILDINGS AND FACILITIES

The conference agreement provides $8,000,000 for the Food and Drug Administration Buildings and Facilities instead of $5,000,000 as proposed by the House and $7,000,000 as proposed by the Senate. Of the total, $4,000,000 is for the repair and improvement of existing buildings and facilities, and $4,000,000 is to complete the final phase of the Arkansas Regional Laboratory.

104

INDEPENDENT AGENCIES

COMMODITY FUTURES TRADING COMMISSION

The conference agreement provides $98,386,000 for the Commodity Futures Trading Commission as proposed by the House and the Senate. This is an increase of $4,814,000 over the fiscal year 2005 level.

FARM CREDIT ADMINISTRATION

LIMITATION ON ADMINISTRATIVE EXPENSES

The conference agreement includes a limitation of $44,250,000 on administrative expenses of the Farm Credit Administration (FCA), as proposed by the House and the Senate.

The conference agreement does not include language allowing some expenses associated with terminations to exceed the limitation, as proposed by the Senate.

TITLE VII—GENERAL PROVISIONS

(INCLUDING RESCISSIONS AND TRANSFERS OF FUNDS)

Section 704.—The conference agreement includes language regarding appropriation items, which shall remain available until expended.

Section 705.—The conference agreement includes language that allows for unobligated balances to be transferred to the Working Capital Fund.

Section 709.—The conference agreement limits indirect costs for grants awarded by the Cooperative State Research, Education, and Extension Service to 20 percent.

Section 712.—The conference agreement includes language for funds to cover necessary expenses related to advisory committees.

Section 715.—The conference agreement includes language regarding the appropriations hearing process.

Section 716.—The conference agreement includes language regarding the transfer of funds to the Office of the Chief Information Officer and information technology funding obligations.

Section 717.—The conference agreement provides language regarding the reprogramming of funds.

Section 718.—The conference agreement includes language regarding the Initiative for Future Agriculture and Food Systems.

Section 723.—The conference agreement includes language that provides funding for the National Sheep Industry Improvement Center.

Section 724.—The conference agreement includes language regarding conducting an evaluation of the impact of a court decision.

Section 725.—The conference agreement directs the Secretary to make commodity tonnage available, to the extent practicable, to assist foreign countries to mitigate the effects of the Human Immunodeficiency Virus and Acquired Immune Deficiency Syndrome.

Section 726.—The conference agreement includes language regarding Natural Resources Conservation Service financial and technical assistance for certain projects in Illinois, Ohio, Arkansas, Alaska, Missouri, Hawaii, Iowa, and Utah.

105

Section 729.—The conference agreement includes language regarding the Dam Rehabilitation Program.

Section 730.—The conference agreement includes language to prohibit funds from being used to close or relocate the Food and Drug Administration Division of Pharmaceutical Analysis.

Section 731.—The conference agreement includes language regarding the Rural Strategic Investment Program.

Section 732.—The conference agreement allows unobligated balances within the Department of Agriculture to be used to reimburse the Office of the General Counsel for certain services provided.

Section 733.—The conference agreement includes language regarding the Rural Firefighters and Emergency Personnel Grant Program.

Section 734.—The conference agreement includes language regarding the Wetlands Reserve Program.

Section 735.—The conference agreement includes language regarding the Environmental Quality Incentives Program.

Section 736.—The conference agreement includes language regarding the renewable energy program.

Section 737.—The conference agreement includes language regarding the broadband telecommunications program.

Section 738.—The conference agreement includes language regarding the Bill Emerson Humanitarian Trust Act.

Section 739.—The conference agreement includes language regarding the value-added market development program.

Section 741.—The conference agreement includes language regarding the Conservation Security Program.

Section 742.—The conference agreement includes language regarding the Wildlife Habitat Incentives Program.

Section 743.—The conference agreement includes language that rescinds certain unobligated balances.

Section 744.—The conference agreement includes language regarding the Farmland Protection Program.

Section 745.—The conference agreement includes language regarding the Rural Business Investment Program.

Section 746.—The conference agreement includes language regarding Public Law 105–264.

Section 747.—The conference agreement includes language regarding the ground and surface water conservation program.

Section 748.—The conference agreement includes language related to final rulemaking on APHIS cost-sharing.

Section 749.—The conference agreement gives the Secretary of Agriculture the authority to enter into cooperative agreements to lease aircraft.

Section 750.—The conference agreement includes language regarding the Bioenergy Program.

Section 751.—The conference agreement includes language regarding the use of discretionary funds for certain purposes.

Section 752.—The conference agreement includes language regarding the availability of funds for certain conservation programs.

Section 753.—The conference agreement provides funding for the Denali Commission.

106

Section 754.—The conference agreement includes language regarding eligibility for certain rural development programs.

Section 755.—The conference agreement includes funds for a certain grant.

Section 756.—The conference agreement includes a provision to allow Community Facility Program borrowers to enter into contracts with third parties for necessary services.

Section 757.—The conference agreement includes language regarding the Agricultural Management Assistance program.

Section 758.—The conference agreement includes language regarding the Emergency Watershed Protection Program.

Section 759.—The conference agreement includes language that limits the Biomass Research and Development Program.

Section 760.—The conference agreement includes language regarding eligibility for the Conservation Reserve Program for land planted in hardwood trees, and previously enrolled in the program, to remain enrolled.

Section 761.—The conference agreement includes language regarding the disposal of certain federal facilities in Phoenix, AZ.

Section 762.—The conference agreement includes language regarding the recertification of rural status.

Section 763.—The conference agreement includes language allowing use of unobligated balances in certain accounts within the Rural Utilities Service for the purposes of section 315 of the Rural Electrification Act of 1936.

Section 764.—The conference agreement includes funds for a certain grant.

Section 765.—The conference agreement includes language that provides that certain locations shall be considered eligible for certain rural development programs.

Section 766.—The conference agreement includes funds for a certain grant.

Section 767.—The conference agreement includes funds for a certain grant.

Section 768.—The conference agreement includes language that provides that certain locations shall be considered eligible for certain rural development programs.

Section 769.—The conference agreement includes language regarding Child and Adult Care Food Program audit funds.

Section 770.—The conference agreement includes language in regard to the City of Elkhart, Kansas.

Section 771.—The conference agreement includes language to provide funding for the Healthy Forests Reserve program.

Section 772.—The conference agreement includes language that relates to government sponsored news stories.

Section 773.—The conference agreement includes funding for a specialty crops competitiveness program.

Section 774.—The conference agreement includes language in regard to the Federal Financing Bank.

Section 775.—The conference agreement includes language in regard to law enforcement at the National Center for Toxicological Research and the Arkansas Regional Laboratory.

Section 776.—The conference agreement includes a technical correction regarding the Child Nutrition Act.

107

Section 777.—The conference agreement includes language regarding the Summer Food Service Program.

Section 778.—The conference agreement includes language regarding the Rural Telephone Bank.

Section 779.—The conference agreement includes language in regard to the Fruit and Vegetable Pilot Program.

Section 780.—The conference agreement includes language amending the Federal Crop Insurance Act.

Section 781.—The conference agreement includes language regarding the National Dairy Promotion and Research Board.

Section 782.—The conference agreement includes language renaming the South Mississippi Branch Experiment Station.

Section 783.—The conference agreement includes language regarding the conveyance of certain federal facilities in Phoenix, AZ.

Section 784.—The conference agreement includes language amending the Agricultural Act of 1949.

Section 785.—The conference agreement includes language regarding the availability of funding for Conservation Operations.

Section 786.—The conference agreement includes language related to competitive sourcing of rural development or farm loan programs.

Section 787.—The conference agreement includes language regarding WIC-only vendors.

Section 788.—The conference agreement includes language that rescinds certain unobligated balances.

Section 789.—The conference agreement includes language regarding the Rural Housing for Domestic Farm Labor Program.

Section 790.—The conference agreement includes funds for certain grants.

Section 791.—The conference agreement includes language in regard to a demonstration intermediate relending program.

Section 792.—The conference agreement includes language regarding country of origin labeling.

Section 793.—The conference agreement includes language regarding the Federal Crop Insurance Act.

Section 794.—The conference agreement includes language regarding inspection activities under the Federal Meat Inspection Act or the Federal Agriculture Improvement and Reform Act of 1966.

It is the understanding of the conferees that the Department is obliged under existing statutes to provide for the inspection of meat intended for human consumption (domestic and exported). The conferees recognize that the funding limitation in Section 794 prohibits the use of appropriated funds only for payment of salaries or expenses of personnel to inspect horses.

Section 795.—The conference agreement includes language in regard to Food and Drug Administration waivers of a financial conflict of interest.

Section 796.—The conference agreement includes language amending the Immigration and Nationality Act.

Section 797.—The conference agreement includes language regarding provisions of the Organic Foods Product Act.

Section 798.—The conference agreement includes language regarding the Federal Meat Inspection Act.

108

Section 799.—The conference agreement makes technical corrections to the Department of the Interior, Environment, and Related Agencies Appropriations Act, 2006. The corrections for the Department of the Interior involve the amounts appropriated for construction and land acquisition by the National Park Service and for departmental management. There is also a correction dealing with the construction of the Blue Ridge Parkway Regional Destination Visitor Center. In the Environmental Protection Agency, there are technical corrections for two State and Tribal Assistance Grants projects and for language associated with the rescission of funds from various EPA accounts. In the Forest Service, there is a correction to language dealing with a land acquisition in the Thunder Mountain area of the Payette National Forest, ID. In Title IV—General Provisions, there is a correction to the name of the Gaylord A. Nelson Wilderness.

### CONFERENCE TOTAL—WITH COMPARISONS

The total new budget (obligational) authority for the fiscal year 2006 recommended by the Committee of Conference, with comparisons to the fiscal year 2005 amount, the 2006 budget estimates, and the House and Senate bills for 2006 follow:

109

[In thousands of dollars]

| | |
|---|---:|
| New budget (obligational) authority, fiscal year 2005 .......................... | $89,439,376 |
| Budget estimates of new (obligational) authority, fiscal year 2006 | 100,132,911 |
| House bill, fiscal year 2006 ................................................................. | 100,321,593 |
| Senate bill, fiscal year 2006 ............................................................... | 100,722,949 |
| Conference agreement, fiscal year 2006 ............................................. | 100,981,758 |
| Conference agreement compared with: | |
|    New budget (obligational) authority, fiscal year 2005 ................. | +11,542,382 |
|     Budget estimates of new (obligational) authority, fiscal year 2006 ....................................................................................... | +848,847 |
|    House bill, fiscal year 2006 ............................................................ | +660,165 |
|    Senate bill, fiscal year 2006 ......................................................... | +258,809 |

HENRY BONILLA,
JACK KINGSTON,
TOM LATHAM,
JO ANN EMERSON,
VIRGIL H. GOODE, Jr.,
RAY LAHOOD,
JOHN T. DOOLITTLE,
RODNEY ALEXANDER,
JERRY LEWIS,
*Managers on the Part of the House.*

R.F. BENNETT,
THAD COCHRAN,
ARLEN SPECTER,
CHRIS BOND,
MITCH McCONNELL,
TED STEVENS,
HERB KOHL,
DIANNE FEINSTEIN,
RICHARD DURBIN,
MARY LANDRIEU,
ROBERT C. BYRD,
*Managers on the Part of the Senate.*

○