UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Defendants' Opposition thereto, any responses accepted by the Court filed by other interested Parties, and the entire record herein, it is this ____ day of _____, 2006,

ORDERED that Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is DENIED;

SO ORDERED

_____
United States District Judge

Copies of this order to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530