UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE JOHANNS, *et al.*,<br><br>    Defendants. | Civil Action No. 06–265 (CKK) |

**ORDER**
(March 1, 2006)

For the reasons stated in the accompanying memorandum opinion, it is, this 1st day of March, 2006, hereby

ORDERED that Beltex Corporation, Cavel International, Inc., and Dallas Crown, Inc.'s [7] Motion to Intervene as Defendants is GRANTED.

 _/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge