# Exhibit 1



**CHARLES R. MAHLA, PH.D.**
*Senior Economist*
1215 K Street, Suite 1170
Sacramento, California 95814
Tel: 916 449 2860
E-mail: crmahla@econone.com

CHARLES R. MAHLA has been engaged in economic analysis and consulting for more than 14 years. He has consulted with companies in the chemical, biotechnology, medical equipment, defense, aerospace, computer, plastics, telecommunications, insurance, sporting goods, corrugated container and food distribution industries. He has extensive experience with the calculation of damages in antitrust, contract dispute and intellectual property matters. In addition, he has spent significant time on employment matters dealing with wrongful termination and employment discrimination.

Dr. Mahla has extensive experience with issues relating to the provision of cellular telephone service. Prior efforts include in-depth research regarding industry structure, conduct and performance. Among other things, Dr. Mahla has studied the regulatory history of cellular service, the nature and extent of industry competition and a number of related conduct issues. He also has examined the current regulatory environment, particularly in California, written about cellular issues, and participated in a round-table discussion panel conducted on behalf of the Office of Planning and Research for Governor Wilson. Dr. Mahla has testified in Superior Court of California on matters relating to conduct in the Los Angeles cellular market. He also has testified in U.S. Bankruptcy Court on the impact of changes in California's regulatory oversight on the provision of cellular equipment.

In addition to Dr. Mahla's wireless telecom experience, he has analyzed the market structure and firm conduct in both the landline telco and cable industries. Current work includes an analysis of competitive issues surrounding the access to data transmission services for the provision of broadband Internet services.

Dr. Mahla is a member of the American Economic Association and is an Associate Member of the American Bar Association.

**EDUCATION**

    Ph.D.—Economics, *University of North Carolina - Chapel Hill*, Chapel Hill, North Carolina, December 1991 (Dissertation Title: "State Takeover Statutes and Shareholder Wealth")

    B.A.—Economics, *Lafayette College*, Easton, Pennsylvania—*cum laude*, May 1982


**PROFESSIONAL EXPERIENCE**

<u>Econ One Research, Inc.,</u> Sacramento, CA
    *Senior Economist* July 1997—Present

<u>Micronomics, Inc.,</u> Sacramento, CA
    *Economist* June 1992—March 1994
    *Senior Economist* April 1994—July 1997

<u>University of North Carolina,</u> Greensboro, NC
    *Lecturer* September 1989—May 1992

<u>Arthur Andersen & Co.,</u> New York, NY
    *Staff Consultant* June 1982—December 1984
    *Senior Consultant* January 1985—June 1985


**PROFESSIONAL AFFILIATIONS**

    American Economic Association
    Associate Member, American Bar Association


**HONORS AND AWARDS**

    Omicron Delta Epsilon, Economics Honor Society, 1981
    Phi Beta Kappa, Lafayette College, 1982
    Economics & Business Award, Lafayette College, 1982
    University Teaching Fellow, UNC-Chapel Hill, 1987
    Lurcy Fellowship, UNC-Chapel Hill, 1988


**ARTICLES/PUBLICATIONS/CONFERENCES**

    *"Prejudgment Interest, Taxation and Patent Damages: How Courts Can Reduce the Bias,"* unpublished manuscript, August 1993.

*"Personal Communications Services: A Golden Opportunity for California,"* for the *Roundtable on Cellular Regulatory Policy*, Governor's Office of Planning and Research, July 1994.

*"Big Deals: The Capital Region Turned A Lot of Heads in 1998,"* <u>Comstock's Magazine</u>, March 1999.

*"Can You Protect Yourself from Y2K Killer Bees?,"* <u>Comstock's Magazine</u>, May 1999.

*"Dissecting the Millennium Bug?,"* <u>Comstock's Magazine</u>, May 1999.

*"e-Taxes: The Growth of E-Commerce -- Is it a Taxing Dilemma?",* <u>Comstock's Business</u>, October 1999.

*"Digital Convergence: Surfing the Net on The Wireless Wave",* <u>Comstock's Business</u>, Forthcoming, January 2000.

*"Lost Profits and Royalties in Intellectual Property Disputes: The Need to Avoid Double Dipping",* <u>The Metropolitan Corporate Counsel</u>, with Lynette Hilton, February 2000.

*"Wireless Performance/Pricing Trends 2000,"* Panelist: *Emerging Wireless and Satellite Broadband Technologies*, Telecon 2000 Conference, Anaheim, CA, December 7, 2000.

*"Public Forum For the 7th Annual CMRS Competition Report,"* Panelist, *Federal Communications Commission*, Washington, D.C., February 28, 2002.

**SUMMARY OF PRIOR ENGAGEMENTS**

- Analyzed employment discrimination claims relating to hiring practices in a Northern California school district. Determined degree to which plaintiff suffered economic losses resulting from the alleged discrimination.

- Reviewed and analyzed claims of damages allegedly suffered from wrongful termination of an electrical parts distribution contract.

- Reviewed and analyzed claims of damages allegedly suffered from fraud and wrongful termination by an insurance carrier.

- Conducted market-wide study of firm conduct in the corrugated cardboard industry. Study analyzed the conduct of integrated firm

behavior with respect to pricing of inputs to downstream competitors.

- Analyzed claims of lost profit and royalty damages allegedly suffered from patent infringement in the market for hemodialysis needle guards.

- Conducted analysis of commercial success of an animal pharmaceutical in support of a patent application. Also analyzed appropriate reasonable royalty should patent be granted.

- Analyzed claims of damages allegedly suffered from trade dress infringement in the market for continuing medical education. Conducted statistical analysis of likely effects.

- Conducted market valuation of an Internet retail firm; analyzed claims of price discrimination and breach of contract.

- Analyzed effects of refusal to grant interconnection to a prepaid service reseller by a large wireless carrier in connection with an alleged breach of contract. Quantified financial impact of alleged breach.

- Conducted market study of the Home Uterine Activity Monitor (HUAM) market, including complete review of FDA regulatory oversight of Level II and Level III medical devices. Analysis aided in the estimation of damages from an alleged breach of contract between a developer and manufacturer of HUAM devices.

- Analyzed the effects of wireless subscriber churn in connection with the estimation of damages suffered by a large wireless carrier from fraudulent agent churn.

- Conducted valuation of a potential royalty due to a large research university arising from the issuance of a patent on a new form of Non-Steroidal Anti-inflammatory Drug (NSAID).

- Conducted analysis of the development and maturation of the digital imaging industry as it related to potential damages arising from a breach of contract between a manufacturer and a distributor.

- Conducted a study on the effects of changes in California's regulatory oversight on the provision of cellular equipment.

- Analyzed sales and pricing practices of a major soy polymer manufacturer in connection with charges of patent infringement and

> misappropriation of trade secrets.

- Analyzed economic aspects of a PBX switch termination agreement in connection with charges of breach of contract.

- Conducted market analysis of the cellular equipment market with a particular focus on the Los Angeles market. Study led to the estimation of financial damages resulting from below-cost pricing of such equipment.

- Lead firm's participation in *Roundtable on Cellular Regulatory Policy*, Governor's Office of Planning and Research.

- Conducted analysis of cellular service pricing behavior in Los Angeles, San Diego, and San Francisco relating to allegations of price fixing by service providers.

- Analyzed pricing practices of major pharmaceutical companies in connection with charges of discriminatory pricing and price fixing brought by numerous retail customers.

**CHARLES R. MAHLA, Ph.D.**
*Prior Testimony*

Econ One Research, Inc.
Sacramento, California

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 1. | <u>Cel-Tech Communications, Inc. et al. v. Los Angeles Cellular Telephone Company, et al.</u> | Superior Court of the State of California, for the County of Los Angeles | No. VC 015535 | Deposition Deposition Trial | December 1994 February 1995 March 1995 | Plaintiff |
| 2. | <u>Cartel Cellular, Inc.; Michael Murphy; Emanuel Balalis v. AT&T Wireless Services of California, Inc.; Robert Woods; Robert Woods; Tom Walker</u> | US Bankruptcy Court, Eastern District of California | 96-2807-B | Deposition Arbitration | March 1998 March 1998 | Defendant |
| 3. | <u>Raymond Zarins, M.D., Inc. v. Aeroback Medical Group, Inc., et al.</u> | Superior Court of the State of California in and for the County of Orange | 7785535 | Trial | November 1998 | Defendant |
| 4. | <u>Play Industries, a California corporation d/b/a Play Inc. v. Minolta Corporation, a Delaware corporation</u> | United States District Court, Eastern District of California | CIV-S-97-1505 EJG/DAD | Deposition | May 1999 | Plaintiff |
| 5. | <u>Robert Lovejoy, individually and dba Lovejoy Drilling v. AT&T Corporation</u> | Superior Court of the State of California in and for the County of Shasta | 1333545 | Deposition | September 1999 | Defendant |
| 6. | <u>James Kinnicutt, Susan Kinnicutt v. Bikers Dream, Inc., a corporation, Kraig Kavanagh, William G. Gresher, Jeffrey Simons, and DOES 1 through 50</u> | Superior Court of the State of California in and for the County of Sacramento | 98ASO4185 | Deposition  Trial | November 1999 December 1999 | Defendant |
| 7. | <u>Gulf Communications, L.L.C. v. Business Telecom, Inc., d/b/a BTI Telecommunications Services</u> | United States District Court for the Northern District of Texas, Dallas Division | 398CV2444-G | Deposition | March 2000 | Defendant |

1 of 6