**CHARLES R. MAHLA, Ph.D.**
*Prior Testimony*

Econ One Research, Inc.
Sacramento, California

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 8. | AT&T Wireless Services of California, Inc., a Delaware Corporation v. Joseph Louis Pecora, III | United States Bankruptcy Court, Central District of California--Northern Division | ND 98-16044-RR | Trial | May 2000 | Plaintiff |
| 9. | Biomedical Systems Corporation v. GE Marquette Medical Systems, Inc. | United States District Court Eastern District of Missouri, Eastern Division | 4:99CV01590 CAS | Deposition Deposition Trial | October 2000 March 2001 April 2001 | Defendant |
| 10. | SOS Wireless Communications, Inc. v. Rockwell Collins, Inc. and Hughes Electronics Manufacturing Service Company | Superior Court of the State of California in and for the County of Orange | 80 44 28 | Deposition Arbitration Arbitration | December 2000 May 2001 June 2001 | Defendant |
| 11. | Apex Wholesale, Inc. v. Fry's Electronics, Inc., David Bricknell, Does 1-100, Black Corporations, and Grey | Superior Court of the State of California in and for the County of San Diego | GIC 734991 | Deposition Trial | February 2001 July 2001 | Plaintiff |
| 12. | Leneda, Inc. v. Neptune Society of America, Inc., et al. | United States District Court, in and for the Central District of California | 00-05216 GAF AIJx | Deposition | July 2001 | Plaintiff |
| 13. | Leesa Bunch v. Hasbro, Inc., et al. | Superior Court of the State of California in and for the County of Glenn | 80534 | Trial | August 2001 | Plaintiff |
| 14. | Cellexis International, Inc. n/k/a Wireless Pathways, Inc., an Arizona corporation v. U.S. West Newvector Group, Inc. n/k/a AirTouch Communications, Inc. a/k/a AirTouch Cellular, a Delaware corporation | Superior Court of Arizona, County of Maricopa | CV200-000972 | Deposition | December 2001 | Counterclaimant |

**CHARLES R. MAHLA, Ph.D.**
*Prior Testimony*

Econ One Research, Inc.
Sacramento, California

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 15. | Roger D Mullins v. CalFarm Nationwide Insurance Company, Nationwide Mutual Insurance Company, Allied Insurance Company, a Subsidiary of Nationwide Mutual Insurance Company | Superior Court of the State of California, for the County of Sacramento | 00AS02142 | Trial | March 2002 | Plaintiff |
| 16. | Mattie Brown v. Grant Union Unified School District, et al. | Superior Court of the State of California, for the County of Sacramento | 99AS023749 | Deposition | April 2002 | Plaintiff |
| 17. | In Re. The BigStore.Com, Inc., etc., Debtor and Debtor-in-Possesion, The BigStore.com, Inc. v. Ingram Micro, Inc. et | United States Bankruptcy Court for the Central District of California - Santa Ana Division | SA-00-01589, Adversary No. 00-01668 | Deposition | June 2002 | Cross-Complainant |
| 18. | Holt Electric Supplies, Inc. v. General Electric Company and Darren Sneed | Circuit Court for the Twentieth Judicial Circuit, St. Clair County, Illinois | 98-L-0819A | Trial | June 2002 | Defendant |
| 19. | In Re: Hawaii State Asbestos Cases; Charles T. Kusuno and Elsie M. Kusuno v. Owens - Illinois, etc. et al. | In the Circuit Court of the First Circuit, State of Hawaii | 01-1-1719-06 EEH | Deposition | September 2002 | Plaintiff |
| 20. | CE Resource, Inc. v. National Center for Continuing Education, Inc. | In the United Stated District Court in and for the Eastern District of California | CIV. S-01-1796 DFL PAN | Deposition | October 2002 | Defendant |
| 21. | Talat S. Siddiqui, Walter J. Williams, and Anna Capital Corporation v. The Prudential Real Estate Affiliates, Inc. and Mason-McDuffie Real Estate, Inc. | Superior Court of the State of California in and for the County of Sacramento | 02CC05695 | Deposition | November 2002 | Plaintiff |
| 22. | Christopher V. Martin; Martin Manufacturing v. Currie Technologies, Inc., Sam's Club | United States District Court, Central District of California | CV02-7739-SVW (VBKx) | Deposition | April 2003 | Defendant |

**CHARLES R. MAHLA, Ph.D.**
*Prior Testimony*

Econ One Research, Inc.
Sacramento, California

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 23. DSU Medical Corporation and Medisystems Corporation v. JMS Co., JMS North America Corporation and ITL Corp. PTY, Ltd. | United States District Court, Northern District of California, Oakland Division | C00-1826-DLJ, C99-2690-DLJ | Deposition Trial | July 2003 March 2004 | Defendant |
| 24. Charlene J. Roby v. McKesson HBOC, et al. | Superior Court of California, County of Yolo | CV01 01-573 | Deposition Trial | October 2003 April 2004 | Plaintiff |
| 25. Colleen E. Wrysinski v. Agilent Technologies, Inc. et al. | Superior Court of the State of California, County of Placer | SCV 13519 | Deposition Trial | October 2003 June 2004 | Plaintiff |
| 26. Martha A. Rivera and Emanuel Rivera v. TSR Paging, Inc. et al. | Superior Court of the State of California, County of Sacramento | 00AS06104 | Deposition | November 2003 | Defendant |
| 27. Kathy Simonian v. Valley Behaviorial Health Network, LLC, et al. | Superior Court of the State of California, County of Fresno | 01CECG04272 | Trial | December 2003 | Plaintiff |
| 28. Harry E. Stetser, Dale E. Nelson, and Michael de Montbrun, et al. v. TAP Pharmaceutical Products, Inc., et al. | State of North Carolina, New Hanover County, In the General Court of Justice, Superior Division | 1CV 5268 | Deposition | March 2004 | Plaintiff |
| 29. Kyong Fujii and Johnny Goodman v. Grove Worldwide, LLC, Pacific Machinery, Inc. et | Circuit Court of the First Circuit, State of Hawaii | 01-1-0494-02 | Deposition | April 2004 | Plaintiff |
| 30. Stephan Woloszczuk v. USAA Casualty Insurance Company, Oakland Auto Body, Ron Vincenzi, F. Lofrano and Sons Auto Body, Fred Lofrano, et al. | Superior Court of the State of California, County of Sacramento | 02AS05263 | Deposition | August 2004 | Plaintiff |
| 31. Bernard Walker et al. v. TAP Pharmaceutical Products, Inc., et al. | Superior Court of the State of New Jersey, Law Division for the County of Cap May | CPM-L-682-01 | Deposition | August 2004 | Plaintiff |

**CHARLES R. MAHLA, Ph.D.**
*Prior Testimony*

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 32. | Steve Johnson v. Vineyard Gate Apartments AKA Gate Vineyard; Vineyard Gate Limited Liability Company; FPI Management; VPM, Inc.; Buetler Corporation; and Does 1-100 | Superior Court of the State of California, County of Sacramento | 02AS07323 | Deposition | August 2004 | Defendant |
| 33. | Annisa Mayer v. Computer Sciences Corporation; CSC Consulting, Inc.; Christopher Vane; Peter Ryder; Shawn Sires; and Does 1-100 | Superior Court of the State of California, County of San Francisco | CGC03422578 | Deposition Trial | September 2004 November 2004 | Plaintiff |
| 34. | The Consulting Group, Inc. v. Cingular Wireless LLC | United States District Court for the Central District Court of California, Southern Division | SACV 03-109 DOC (MLGx) | Deposition | October 2004 | Plaintiff |
| 35. | Ric De Leon and Heather De Leon v. B.T. Mancini Company, Inc.; Brown Construction, Inc.; Sacramento City Unified School District; and Does 1 through 20, inclusive | Superior Court of the State of California, County of Sacramento | 02AS07796 | Deposition Trial | January 2005 November 2005 | Defendant |
| 36. | Diann L. Smooth v. Del Paso Heights School District, Harry Block, Laurie Ellis, Doris Hamilton, Ronald Lee, Carolyn Moore, and Does 1 through 70, inclusive | Superior Court of the State of California, County of Sacramento | 03AS02618 | Deposition Trial | May 2005 September 2005 | Defendant |
| 37. | Laressia Carr v. Washington Mutual Bank, Does 1 through 20, inclusive | Superior Court of the State of California, County of Merced | 147677 | Deposition | July 2005 | Plaintiff |
| 38. | Bennett C. Clark v. Trans-America Broadcasting Corporation, KAIL - TV/ UPN 53, and Does 1 through 20, inclusive | Superior Court of the State of California, County of Fresno | 03 CE CG 02218 DSB | Deposition | August 2005 | Defendant |
| 39. | Richard L. Brown v. McCrary Construction Company, et al. | Superior Court of the State of California, County of Santa Clara - Unlimited Jurisdiction | Action No. 103 CV 004 548 | Deposition | August 2005 | Defendant |

**Econ One Research, Inc.
Sacramento, California**

**CHARLES R. MAHLA, Ph.D.**
*Prior Testimony*

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/Trial | Date | On Behalf Of |
|---|---|---|---|---|---|
| 40. Mike Coakley v. Citigroup, Inc., California Federal Bank, and Does 1 through 6 | Superior Court of the State of California, County of Sacramento | 04AS01233 | Deposition | October 2005 | Plaintiff |
| 41. Laina M. Crew v. Burns International Security Services, Pinkerton Security Services, Securitas Corporation, et al. | Superior Court of the State of California, County of Sacramento | 02AS06558 | Deposition | November 2005 | Plaintiff |
| 42. Denise Cortelyou and Robert Cortelyou v. Orchard Supply Hardware Corporation, and Does I through X | Superior Court of the State of California, County of Shasta | No. 152997 | Deposition | January 2006 | Defendant |

**Econ One Research, Inc.
Sacramento, California**

6 of 6

# Exhibit 2

Case 1:06-cv-00265-CKK    Document 14-4    Filed 03/01/2006    Page 6 of 7

Exhibit 2

| Summary of Documents Reviewed |
| :--- |
| **Charles R. Mahla, Ph.D.** |
| |
| **Filings** |
| Declaration of Margarita Garcia 2/06 |
| Declaration of Mary Farley 2/06 |
| Declaration of Michael Markarian 2/06 |
| Declaration of Paula Bacon 2/06 |
| Declaration of Robert Eldridge 2/06 |
| Declaration of Tonja Runnels 2/06 |
| Declaration of Yolanda Salazar 2/06 |
| Declaration of Judy Taylor 2/06 |
| Declaration of John M. Holland 2/06 |
| Declaration of Javier Zuniga 2/06 |
| Declaration of Juanita Smith 2/06 |
| Declaration of Dr. Peggy Larson, DVM, MS, JD 2/06 |
| Declaration of Allen T. Rutberg 2/06 |
| Declaration of Gail Vacca 2/06 |
| Plaintiffs' Motion for a Temporary Restraining Order and for a Preliminary Injunction, and Request for a Hearing |
| Plaintiffs' Rule 65.1 Certificate of Counsel |
| Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and for a Preliminary Injunction 2/22/06 |
| Complaint for Declaratory and Injunctive Relief |
| (Proposed) Order Denying Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction |
| Applicant Defendant-Intervenors' Motion to Deny Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction and Exhibits 1-6 2/27/06 |
| Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction 2/27/06 |
| |
| **Documents Produced in Discovery** |
| Petition of Beltex Corp., Dallas Crown, Inc., and Cavel International, Inc., for Emergency Rulemaking to Provide for Voluntary, Ante-mortem Inspection of Horses and Related Relief |
| Letter from James Michael Kelly (Counsel) to Chairman Robert F. Bennett 10/28/05 |
| Letter to Mike Johanns, U.S. Secretary of Agriculture 12/7/05 |
| Letter from James Michael Kelly (Counsel) to Congressman Ed Whitfield 12/21/05 |
| Sen. Approp. / 108 / Sec. 794 ("None of the funds made available in this Act may be used to pay the salaries…") |
| Letter to Mike Johanns, U.S. Secretary of Agriculture from Meyer Glitzenstein & Crystal 1/5/06 |
| |
| **Materials Publicly Available** |
| United Animal Nations Journal Volume 17, Number 3, Summer 2003 |
| The Potential Impact of a Proposed Ban on the Sale of US Horses for Slaughter and Human Consumption 6/12 & 13/2004 |
| Don't let horse-meat industry circumvent Congress 1/25/06 |
| Economic Impact of Tyson Foods' Plant Closure in Northeast Florida, 2002  1/3/03 |
| The Economic Impacts of Food Plant Closure:  Analysis of the J.R. Simplot Company Plant in Hermiston, Oregon 9/8/04 |
| Steward Research Group's analysis of the economic consequences of rezoning (and not rezoning) the area north and west of the University of Texas |
| Regional Impact Models 7/99 |
| US Department of Transportation - Economic Analysis Primer 8/03 |
| The Economic Impact of NASA in Florida 2003 |
| Analysis of the Economic Impact Associated with Oil and Gas Activities on State Leases 3/02 |
| Journal of Extension - 6/03 Vol.41 Number 3 - Using Economic Impact Models as an Educational Tool in Community Economic Development Programming: Lessons from Pennsylvania and Wisconsin |
| The CPAC - The Impacts of H.D. Lee Plant Closure in Laclede County: 2001-2011 3/03 |
| Draft Economic Impact of Motiva Enterprises LLC Delaware City Refinery 10/02 |
| HEDC - Economic Impact of Motorola Plant Closing Will Be Felt Well Beyond Harvard 1/14/03 |
| REMI and I-O Models Compared |
| Economic Impact of a Pacific Northwest Port Shutdown 5/21/03 |
| D&B Comprehensive Insight Plus Report: Beltex Corporation |