# Plaintiffs' Exhibit 26
# Civ. No. 02-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MIKE JOHANNS, ET AL.<br><br>　　　　　Defendants. | Civ. No. 1:06CV00265 (CKK) |

### SUPPLEMENTAL DECLARATION OF PAULA BACON

I, PAULA BACON, hereby declare as follows:

1. My name is Paula Bacon, and I am submitting this supplemental declaration in support of plaintiffs' request for injunctive relief and to refute defendants' and intervenors' claim of third party harm.

2. I have represented Kaufman, Texas in public office for over seven years. I served two terms on the city council, and I am currently serving a second term as the Mayor of the City of Kaufman.

3. Kaufman is home to Dallas Crown, one of only three horse slaughter plants operating in the United States. Defendant-Intervenor Dallas Crown claims that it "employs 52 workers from the Kaufman area" and "[i]f the fee-for-service inspection program is not permitted to be established, these workers will lose their livelihood." Ex. 3, Soenen Decl. ¶ 11.

4. The claim that these workers will lose their livelihood is unsubstantiated. The City of Kaufman has a process in place and has actively developed employment alternatives for the Dallas Crown employees in anticipation of the suspension of the plant's operation. For example, the City of Kaufman has worked with the Texas Workforce Commission to prepare for

the eventual job placement of Dallas Crown employees. Together, the City and Commission have planned a job fair and placement program that will be instituted within weeks after the plant's suspension. The City has also been in discussions with other employers in Kaufman County to provide Dallas Crown workers with new employment.

5. Additionally, over half of the 46 employees of Dallas Crown do not reside in Kaufman. Many reside 20-65 miles from Kaufman and commute this distance to the Dallas Crown horse slaughter plant. Over six million cattle are slaughtered at traditional livestock slaughtering plants in Texas, and there are a number of meat packing plants located within 20-65 miles of where some of these employees live. Thus, many Dallas Crown employees could seek employment at these other facilities that are within the same distance of their homes.

6. The workers at the Dallas Crown and Beltex horse slaughterhouses will also be eligible to apply for Texas unemployment benefits through the Texas Workforce Commission.

7. Finally, the Dallas Crown horse slaughter plant is a burden on the City of Kaufman. The plant has never made the City a dime and never will. Rather, the plant has cost the community dearly. For example, the City's Volunteer Fire Department was unable to recover from Dallas Crown the $10,000 cost of the foam used to contain the 600-800 gallons of blood spilled on the service road and into the ditches fronting the plant on September 30, 2003. The Presbyterian Hospital of Kaufman has had to go to great expense to put in filtering systems to keep the odor out. It is also anticipated that the City's wastewater treatment plant will need a $6 million upgrade in the next three years, despite the fact that the plant was planned and financed through 2020. And only into the first several months of the 2006 fiscal year, the City

already anticipates spending $70,000 in legal fees because of the problems it faces with Dallas Crown—which is the entire legal budget for this fiscal year. Further, Dallas Crown has a negative effect on the development of our city. These costs to the City are greatly amplified when the aesthetic, health, recreational, and economic impacts wrought upon citizens who reside near the plant are taken into account.

8. The defendants did not address any of the significant harms that the City of Kaufman and its citizens are experiencing as a result of Dallas Crown's operation. Foreign investors' interests should not outweigh those of this American community. Congress voted overwhelmingly to halt federal government inspection of horse meat, and it did so at the behest of the citizens of Kaufman and all other Americans who deplore the practice of slaughtering horses for human food. The Department of Agriculture's decision to disregard that decision inflicts irreparable personal and economic damage on the citizens of Kaufman.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Paula Bacon

March 1, 2006