UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
**THE HUMANE SOCIETY**                        )
**OF THE UNITED STATES, ET AL.**              )
                                              )     Civ. No. 1:06CV00265 (CKK)
              Plaintiffs,                      )
       v.                                      )
                                              )
**MIKE JOHANNS, ET AL.**                      )
                                              )
              Defendants.                      )
_____)

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
A REPLY MEMORANDUM IN EXCESS OF THE ORDINARY PAGE
LIMIT AND MEMORANDUM IN SUPPORT THEREOF**

       Plaintiffs hereby seek leave of the Court to file a Reply Memorandum in support of their

pending Motion for a Temporary Restraining Order and for a Preliminary Injunction that is 35 pages

in length.  The reason for this request is that plaintiffs are replying to arguments in the extensive

opposition briefs filed by both the federal defendants and the intervenors.  In total, those briefs are

76 pages in length and they raise distinct arguments regarding both the merits and the equities.

Consequently, while plaintiffs have endeavored to file a Reply Memorandum that is as succinct as

possible, they have found it impossible to comply with the Court's ordinary page limit for reply

memoranda, while still adequately responding to the various arguments raised.

       Plaintiffs' below-signed counsel has consulted with counsel for both the federal defendants

and intervenors, and they have indicated that they do not oppose this motion.

Respectfully submitted,

/s/ _____

Eric R. Glitzenstein
D.C. Bar No. 358287
Ethan Carson Eddy
D.C. Bar No. 496406

Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.  20009
(202) 588-5206

Counsel for Plaintiffs

2