UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY** <br> **OF THE UNITED STATES, ET AL.** <br><br> Plaintiffs, <br> v. <br><br> **MIKE JOHANNS, ET AL.** <br><br> Defendants. | Civ. No. 1:06CV00265 (CKK) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
TWO ADDITIONAL DECLARATIONS IN SUPPORT OF THEIR
MOTION FOR A TEMPORARY RESTRAINING ORDER AND
FOR A PRELIMINARY INJUNCTION, AND MEMORANDUM
<u>IN SUPPORT THEREOF</u>**

Pursuant to LCvR65.1(c), plaintiffs hereby seek leave of the Court to file, along with their Reply Memorandum in Support of their pending Motion for a Temporary Restraining Order and for a Preliminary Injunction, two additional declarations. The sole purpose of these declarations is to reply to arguments made by intervenors concerning the economic impacts that will result from the relief sought by plaintiffs. Accordingly, these declarations could not have been submitted along with plaintiffs' motion.

Plaintiffs' below-signed counsel has consulted with counsel for both the federal defendants and intervenors, and they have indicated that they do not oppose this motion.

Respectfully submitted,

/s/_____
Eric R. Glitzenstein
D.C. Bar No. 358287
Ethan Carson Eddy
D.C. Bar No. 496406

Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.  20009
(202) 588-5206

Counsel for Plaintiffs