UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>MIKE JOHANNS, et al.,<br><br>      Defendants,<br><br>  and<br><br>BELTEX CORP., et al.,<br><br>      Defendant-Intervenors. | Civ. No. 06-0265 (CKK) |

## AFFIDAVIT OF SERVICE

I hereby declare that service of the Summons and Complaint in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was personally served on February 14, 2006;

2. The U.S. Attorney General was served by certified mail on or about February 14, 2006, with return receipt dated February 21, 2006;

3. The Secretary of the Department of Agriculture was served by certified mail on or about February 14, 2006, with return receipt dated February 21, 2006;

4. The Administrator of the Food Safety and Inspection Service was served by certified mail on or about February 14, 2006, with return receipt dated February 21, 2006.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

___\s_____
Eric R. Glitzenstein
(D.C. Bar No. 358287)
Ethan Carson Eddy
(D.C. Bar No. 496406)

MEYER GLITZENSTEIN & CRYSTAL
Suite 700
1601 Connecticut Ave., N.W.
Washington, DC  20009
(202) 588-5206

March 6, 2006