RECEIVED IN OFFICIAL CAPACITY ONLY
Summons & Complaint C.A. No. 06-0265
and/or Document(s) _____
v. _____

BY: Lori Cox
Title: Legal Assistant
Date: 2-14-06

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*   B. Date of Delivery<br><br>C. Signature<br>X                                       ☐ Agent<br>                                           ☐ Addressee |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>Department of Justice<br>10th St. and Constitution Ave., NW<br>Washington, DC  20230 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:          ☐ No<br><br>FEB 21 2006<br><br>3. Service Type<br>☒ Certified Mail       ☐ Express Mail<br>☐ Registered         ☒ Return Receipt for Merchandise<br>☐ Insured Mail       ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*        ☐ Yes |

2. Article Number *(Copy from service label)*
7000 1670 0010 2863 2500

PS Form 3811, July 1999          Domestic Return Receipt          102595-00-M-0952

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*  Kwame hake    B. Date of Delivery  2/21/06<br>C. Signature<br>X *Kwame* ☐ Agent  ☒ Addressee |
| 1. Article Addressed to:<br><br>Mike Johanns<br>Secretary<br>U.S. Department of Agriculture<br>1400 Independence Ave.,<br>Washington, DC  20250 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☒ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*      ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>   7000 1670 0010 2863 2517 | |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara J. Masters, Administrator
Food Safety and Inspection Service
U.S. Department of Agriculture
1400 Independence Ave., SW, Room 331-E
Washington, DC 20250

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Mila Cook
B. Date of Delivery: 2-2-06
C. Signature: X Mila Cook ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 1670 0010 2863 2524

PS Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952