UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., </br></br> Plaintiffs </br></br> v. </br></br> MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 06-0265(CKK) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY LODGED HEREWITH AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, Mike Johanns, Secretary, U.S. Department of Agriculture ("USDA"), and Barbara J. Masters, Administrator, Food Safety and Inspection Service ("FSIS"), respectfully move for leave to file the attached sur-reply. Defendants believe that certain points made in Plaintiffs' reply are incorrect or require further clarification. Accordingly, Defendants are moving for leave to file their response to clarify these matter. Pursuant to Local Rule 7(m), the undersigned counsel consulted with Plaintiffs' and Intervenors' attorneys. Plaintiffs' attorney stated that his clients would advise the Court of their position on Defendants' Motion for Leave to File a sur-reply as expeditiously as possible after they have an opportunity to review the papers. Intervenors' attorney stated that his clients do not oppose this Motion.

A proposed Order consistent with the relief requested in this Motion is attached.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /kvm
_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____

Of Counsel:
Thomas Bolick, Esq.
Rick Herndon, Esq.
U.S. Dept. of Agriculture

BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing **Defendants' Motion for Leave to File Sur-Reply Lodged Herewith and Memorandum in Support Thereof** and **Sur-Reply** were sent by the Court's Electronic Case Filing System, this 7th day of March, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC 20004
JMurphy@ssd.com

                          /s/ Beverly M. Russell
                          _____
                          BEVERLY M. RUSSELL
                          Assistant United States Attorney