UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, Secretary, United States Department Of Agriculture, et al., <br><br> Defendants. | Civ. No. 1:06-CV-00265 (CKK) |

### Declaration of Philip S. Derfler

I, Philip S. Derfler, declare and state the following:

1. I make the following representations based upon my personal knowledge and upon facts made known to me in my capacity as an official of the Food Safety and Inspection Service (FSIS) of the United States Department of Agriculture (USDA).

2. I am the Assistant Administrator of FSIS for the Office of Policy, Program, and Employee Development. I have held this position since January of 1999. All Federal Register documents that FSIS publishes are prepared in my office.

3. The following paragraphs contain the timeline for FSIS' informal rule-making on the Interim Final Rule on Ante-Mortem Inspection of Horses.

4. On November 10, 2005, the FY 2006 Appropriations Act was enacted. The Act states that, effective 120 days after the date of its enactment, none of the FY 2006 appropriated funds may be used to pay the salaries or expenses of personnel to inspect horses under section 3 of the



GOVERNMENT EXHIBIT
6
06-0265 CKK

Federal Meat Inspection Act (FMIA) (21 U.S.C. § 603). Section 3 of the FMIA requires that FSIS inspection personnel conduct ante-mortem examination and inspection of all livestock, including horses, before they are allowed to enter an official establishment for slaughter.

5. On November 23, 2005, FSIS received petition from Beltex Corporation, Dallas Crown, Inc., and Cavel International, Inc. to provide ante-mortem examination of horses on a fee for service basis.

6. On November 29, 2005, the Under Secretary for Food Safety signed the workplan for the interim final rule, and the workplan was submitted to the Office of Management and Budget (OMB).

7. On December 15, 2005, FSIS submitted the draft interim final rule to USDA's Office of General Counsel (OGC) for clearance.

8. On January 9, 2006, OMB designated the workplan as non-significant. OMB requested informal review of the rule, however.

9. On January 17, 2006, OGC cleared the interim final rule.

10. On January 20, 2006, the interim final rule was sent forward to the FSIS Administrator's office and Under Secretary's office for signature.

11. On January 23, 2006, USDA's Office of Budget and Policy Analysis approved FSIS' publication of the interim final rule in the Federal Register and the interim rule was sent back to OMB for informal review. On February 1, 2006, OMB advised FSIS that it had no objection to publication of the interim final rule.

12. On February 2, 2006, FSIS sent the interim final rule to Federal Register for publication.

13. On February 8, 2006, the Interim Final Rule on Ante-Mortem Inspection of Horses

was published in the <u>Federal Register</u>.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 6th day of March, 2006, in Washington, D.C.

_____
Philip S. Derfler