UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Upon consideration of ***Defendants' Motion for Leave to File Sur-Reply Lodged Herewith and Memorandum in Support Thereof***, and for good cause shown, it is hereby, this \_\_\_\_\_ day of _____, 2006

ORDERED that Defendants' Sur-Reply is accepted and will be considered when this Court rules on this matter.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this order to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530