UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY**<br>**OF THE UNITED STATES, ET AL.**<br><br>　　　　Plaintiffs,<br>　v.<br><br>**MIKE JOHANNS, ET AL.**<br><br>　　　　Defendants,<br>　and<br><br>**BELTEX CORP., et al.,**<br><br>　　　　Defendant-Intervenors. | Civ. No. 1:06CV00265 (CKK) |

## ENTRY OF APPEARANCE

Please enter the appearance of Ethan Carson Eddy as counsel for plaintiffs in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　Ethan Carson Eddy
　　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 496406
　　　　　　　　　　　　　　　　　　　　　　　Meyer Glitzenstein & Crystal
　　　　　　　　　　　　　　　　　　　　　　　1601 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　　Suite 700
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　　　　　　　　　　　　　　　(202) 588-5206

Date: March 13, 2006