UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY
OF THE UNITED STATES, *et al.*,

   Plaintiffs,

   v.

MIKE JOHANNS, *et al.*,

   Defendants.

Civil Action No. 06–265 (CKK)

**ORDER**
(March 14, 2006)

    For the reasons stated in the accompanying memorandum opinion, it is, this 14th day of March, 2006, hereby

    ORDERED that [4] Plaintiffs' Motion for a Temporary Restraining Order and for a Preliminary Injunction, and Request for a Hearing is DENIED; it is also

    ORDERED that the Court shall *sua sponte* DISMISS Claims One and Two of Plaintiffs' [3] First Amended Complaint for lack of jurisdiction; it is also

    ORDERED that the Parties shall submit a Joint Status Report setting forth a briefing schedule and/or how they wish to proceed in this case by March 28, 2006; it is also

    ORDERED that an Initial Scheduling Conference is set for May 4, 2006, at 10:00 a.m. in Courtroom 28A.

                                                  /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge