# Plaintiffs' Exhibit D
# Civ. No. 02-0265 (CKK)

# HUMANE SLAUGHTERING OF LIVESTOCK

# HEARINGS

BEFORE THE

## COMMITTEE ON AGRICULTURE AND FORESTRY
## UNITED STATES SENATE

EIGHTY-FIFTH CONGRESS

SECOND SESSION

ON

## S. 1213, S. 1497, and H. R. 8308

PROPOSALS RELATING TO HUMANE METHODS OF SLAUGHTER OF LIVESTOCK

APRIL 28, 29, 30, AND MAY 1, 1958

Printed for the use of the Committee on Agriculture and Forestry



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1958

25425

## COMMITTEE ON AGRICULTURE AND FORESTRY

ALLEN J. ELLENDER, Louisiana, *Chairman*

| | |
|---|---|
| OLIN D. JOHNSTON, South Carolina | GEORGE D. AIKEN, Vermont |
| SPESSARD L. HOLLAND, Florida | MILTON R. YOUNG, North Dakota |
| JAMES O. EASTLAND, Mississippi | EDWARD J. THYE, Minnesota |
| HUBERT H. HUMPHREY, Minnesota | BOURKE B. HICKENLOOPER, Iowa |
| STUART SYMINGTON, Missouri | KARL E. MUNDT, South Dakota |
| HERMAN E. TALMADGE, Georgia | JOHN J. WILLIAMS, Delaware |
| WILLIAM PROXMIRE, Wisconsin | ANDREW F. SCHOEPPEL, Kansas |

CORYS M. MOYSER, *Chief Clerk*

II

## CONTENTS

Statement of—

| | Page |
|---|---|
| Adams, Chester, general attorney, American Meat Institute, Chicago, Ill. | 131 |
| Ardigo, Fred F., field agent, Washington Humane Society | 100 |
| Babcock, Dr. Myra, Pleasant Ridge, Mich. | 104 |
| Bemelmans, Mrs. Madeleine, president, Society for Animal Protective Legislation, New York, N. Y. | 66 |
| Broanglass, Samuel L., counsel, Rabbinical Council of America, New York, N. Y. | 185 |
| Butler, Miss Sally, legislative consultant, General Federation of Women's Clubs | 69 |
| Buttrick, Carlton E., president, Animal Rescue League of Boston, Mass., also representing the New England Livestock Conservation, Inc. | 101 |
| Davis, William True, Jr., president, Anchor Serum Co., St. Joseph, Mo. and president, Animal Health Institute, Des Moines, Iowa | 271 |
| Dawson, Hon. William A., Representative in Congress from the Second Congressional District of Utah | 25 |
| Dolman, J. David, National Council of Young Israel, New York, N. Y. | 212 |
| Dorn, Hon. W. J. Bryan, Representative in Congress from the Third Congressional District of South Carolina | 125 |
| Dyce, Mrs. Dorothy, Detroit, Mich. | 106 |
| Eliot, Mrs. George Fielding, director, public relations, American Society for the Prevention of Cruelty to Animals, New York, N. Y. | 88 |
| Eshbaugh, C. H., consultant, American Meat Institute, Chicago, Ill. | 131 |
| Feuerstein, Moses I., president, Union of Orthodox Jewish Congregations of America, New York, N. Y. | 185, 330 |
| Gardner, Mrs. Henry A., member, board of directors, Tail-Waggers Club, Chevy Chase, Md. | 104 |
| Greenwald, David H., Retail Kosher Meat Industry Council, New York, N. Y. | 209 |
| Harvey, John, Deputy Commissioner, Food and Drug Administration, Department of Health, Education, and Welfare | 250 |
| Hogg, Mrs. Jane, Kensington, Md. | 114, 349 |
| Kearney, Paul W., Brooklyn, N. Y. | 71 |
| Killick, John A., executive secretary, National Independent Meat Packers Association | 207 |
| Lewin, Rabbi Isaac, member, executive committee, Union of Orthodox Rabbis of the United States and Canada, New York, N. Y. | 148, 337 |
| Liljenquist, L. Blaine, vice president, Western States Meat Packers Association | 175 |
| Macfarlane, John, director, livestock conservation department, Massachusetts Society for Prevention of Cruelty to Animals, Boston, Mass. | 90, 322 |
| Martin, Mrs. Elmer, Champaign County Humane Society, Champaign, Ill. | 111 |
| Mendowitz, Harold | 217 |
| Monroney, Hon. A. S. Mike, a United States Senator from the State of Oklahoma | 55 |
| Myers, Fred, executive director, Humane Society of the United States | 29, 277 |
| Neuberger, Hon. Richard L., a United States Senator from the State of Oregon | 17 |
| Peterson, Hon. E. L., Assistant Secretary of Agriculture | 229 |
| Phillips, Rutherford T., executive director, American Humane Association, Denver, Colo. | 58, 303 |

III

IV

CONTENTS

| | Page |
|---|---|
| Statement of—Continued | |
| Poage, Hon. W. R., Representative in Congress from the 11th Congressional District of Texas | 263 |
| Redman, Arthur P., member, board of directors, Humane Society of the United States, Seattle, Wash | 49 |
| Rubin, Rabbi Menachem Mendel, representing the Central Rabbinical Congress and the United Congregations of United States and Canada, New York, N.Y. | |
| Sargent, Miss Virginia W., Animal Protective Association, Garrett Park, Md. | 218 |
| Schmidt, Mrs. Peder P., Minneapolis, Minn. | 111 |
| Seeley, Col. Alpheus H., Subsistence Division, Office of the Quartermaster General, Department of the Army | 219 |
| Shartman, Rabbi Solomon J., president, Rabbinical Council of America, New York, N.Y. | 246 |
| Stevens, Mrs. Christine, president, Animal Welfare Institute, New York, N.Y. | 185, 343 |
| Teitz, Rabbi Pinchas, member of the Presidium, Union of Orthodox Rabbis of the United States and Canada, New York, N.Y. | 77, 306 |
| Unwin, Richmond W., assistant to the president, Reliable Packing Co., Chicago, Ill., representing the National Independent Meat Packers Association | 159, 346 |
| Watson, Mrs. Robert, president, Washington Humane Society | 204 |
| West, Mrs. Frank A., member, board of directors, "Tail-Waggers' Club" | 99 |
| Miscellaneous documents: | 103 |
| S. 1213 and S. 1497, 85th Congress | 1 |
| Report from Department of Agriculture on S. 1213 | 3 |
| Report from Department of Agriculture on H.R. 8308 | 3 |
| Report from Department of Agriculture with further reference to H.R. 8308 | 5 |
| Re ort from Department of Health, Education, and Welfare on H.R. 8308 and S. 1497 | 6 |
| Opening statement by Senator Humphrey | 9 |
| Letter to Senator Humphrey from A. Dudley Ward, general secretary, Board of Social and Economic Relations, Chicago, Ill. | 10 |
| Memorandum on possible economic effects of S. 1497, prepared by the Humane Society of the United States | 11 |
| Letter from Senator Humphrey to Leo Pfeffer, associate general counsel, American Jewish Congress, New York, N.Y. | 12 |
| Exchange of correspondence between Senator Humphrey and Representative Poage | 15 |
| Letters to Senator Neuberger from— | 16 |
| Mrs. Clayton Fields, Rogue River, Oreg | |
| Noel Deets, Klamath Falls, Oreg | 21 |
| Frances L. Lind, Portland, Oreg | 22 |
| Mrs. Netta W. Wilson, Portland, Oreg | 22 |
| Mr. and Mrs. James Beamer, Astoria, Oreg | 22 |
| Letter to the editors of the Reconstructionist from Rabbi Milton Richman, Scranton, Pa. | 23 |
| Letter from Burns Christofferson, president, Marion County Farm Bureau, Salem, Oreg | 23 |
| Letter to Senator Neuberger from J. P. Steiwer, secretary, Oregon Wool Growers Association, Inc., Fossil, Oreg | 24 |
| Statement filed by C. Raymond Naramore, vice president and executive director, Humane Society of Rochester and Monroe County, Rochester, N.Y. | 24 |
| Statement filed by Clifton E. Johnson, executive secretary-manager, Michigan Humane Society, Detroit, Mich | 64 |
| Statement filed by J. J. Shaffer, managing director, Anti-Cruelty Society of Chicago, Chicago, Ill. | 65 |

V

CONTENTS

| | Page |
|---|---|
| Miscellaneous documents—Continued | |
| List of meatpackers using humane methods of slaughtering | 66 |
| Sampling of recent editorials and articles in favor of humane slaughter legislation | 73 |
| Statement of Edward S. Northrop, State Senator from Montgomery County, Md. | 104 |
| Statement filed by Dr. Stephen R. Kelly, president, Michigan Veterinary Medical Association | 109 |
| Statement filed by Mrs. Connie Lee Brooks, Detroit, Mich | 110 |
| Statement filed by Hon. Martha W. Griffiths, Representative in Congress from the 17th Congressional District of Michigan | 115 |
| Letter from Representative Brooks Hays | 115 |
| Statement filed by Stewart W. Chaffee, New York, N.Y. | 116 |
| Letter to Senator Humphrey from the Reverend Edward L. Merrow, rector, Grace Episcopal Church, Alexandria, Va. | 116 |
| Telegram and letters from— | |
| Fred Dykhuizen, president, Dixie Packing Co., Inc, New Orleans, La. | 117 |
| Sam Katz, Warehouse Sales, New Orleans, La. | 117 |
| Rabbi Moses I. Goldberg, Congregation A. A. Sfard (Agudath Achim Anshe Sfard) New Orleans, La. | 121 |
| Mathew J. Gordon, New Orleans, La. | 122 |
| Julius Katz, attorney and counselor at law, New Orleans, La. | 122 |
| P. O. Wilson, secretary-manager, National Live Stock Producers Association, Chicago, Ill. | 122 |
| Statement filed by C. T. "Tad" Sanders, executive secretary, American National Livestock Auction Association, Kansas City, Mo | 123 |
| Statement filed by the "Haredim" Board of Orthodox Jews, Los Angeles, Calif. | 124 |
| Letter to Senator Clark from Leon Falk, Jr., president, Pennsylvania Livestock & Allied Industries Association, Inc., Pittsburgh, Pa. | 124 |
| Report entitled "Humane Survey on Slaughter Methods," issued by the State Department of Agriculture of Wisconsin | 142 |
| Statement on shechitah slaughter by H. H. Dukes, professor of veterinary physiology and head of department, New York State Veterinary College, Cornell University, Ithaca, N.Y. | 150 |
| Letter to Senator Clark from the American Jewish Committee | 161 |
| Statement filed by Rabbi Isaac Stollman, president, and Rabbi Isaac B. Rose, executive director, Religious Zionists of America (Mizrachi Hapoel Hamizrachi), New York, N.Y. | 171 |
| Letter from Representative Abraham J. Multer | 199 |
| Telegram from Leo Pfeffer, associate general counsel, American Jewish Congress, New York, N.Y. | 216 |
| Statement filed by Mathew J. Gordon, Warehouse Sales, New Orleans, N.Y. | 226 |
| Telegrams from— | 226 |
| D. J. Pailet, Maurice Pailet, Isadore Fertel, Norman S. Fertel, Mrs. J. Weice families, New Orleans, La. and Nathan Kaplan, president, Louisiana B'Nai Brith, Alexandria, La. | 227 |
| Statement filed by Dr. Israel H. Weisfeld, rabbi, Congregation Beth Israel, New Orleans, La. | 227 |
| Statement filed by Radford Hall, executive secretary, American National Cattlemen's Association, Denver, Colo | 227 |
| Statement by the Department of Agriculture on the effect of proposed humane slaughter legislation on USDA purchases | 237 |
| Telegrams from Dr. Morris H. Laufer, president, Congregation Anshe Sfard; Dr. David Hetman; and 24 others from New Orleans, La. | 249 |
| Letters from— | |
| John C. Lynn, legislative director, American Farm Bureau Federation | 257 |
| Edwin E. Marsh, executive secretary, National Wool Growers Association, Salt Lake City, Utah | 258 |
| J. A. Baker, director, legislative services, National Farmers Union | 258 |
| John J. Riggle, secretary, National Council of Farmer Cooperatives | 259 |

VI                                     CONTENTS

| | Page |
|---|---|
| Miscellaneous documents—Continued | |
| Telegrams to Senator Humphrey from— | |
| Rev. Almon R. Pepper, director, department Christian social relations, Protestant Episcopal Church | 259 |
| Professors of the University of Notre Dame | 259 |
| Letter to Helena H. Smith from the Reverend A. C. Miller, executive secretary, Christian life commission, Southern Baptist Convention, Nashville, Tenn | 260 |
| Statement filed by Robert Field, executive secretary, Colorado Wool Growers Association, Denver, Colo | 261 |
| Statement filed by John E. Humphrey, secretary, Nevada Wool Growers Association, Reno, Nev | 261 |
| Statement filed by Idaho Wool Growers Association, Boise, Idaho | 261 |
| Statement filed by Ernest Williams, executive secretary, Texas Sheep & Goat Raisers Association, Angelo, Tex | 262 |
| Statement filed by Arizona Wool Growers Association, Phoenix, Ariz | 262 |
| Telegram to Senator Humphrey from the Reverend Don Frank Fenn, rector of the Church of St. Michael and All Angels, Baltimore, Md | 303 |
| Supplemental statement filed by Mrs. Dorothy Dyce, Detroit, Mich | 343 |
| Rebuttal statement filed by Mrs. Peder P. Schmidt, Minneapolis, Minn | 352 |
| Rebuttal statement filed by Fred Myers, executive director, Humane Society of the United States | 358 |
| Rebuttal statement filed by Mrs. Dorothy Dyce, Detroit, Mich | 358 |

# HUMANE SLAUGHTERING OF LIVESTOCK

MONDAY, APRIL 28, 1958

UNITED STATES SENATE,
COMMITTEE ON AGRICULTURE AND FORESTRY,
*Washington, D. C.*

The committee met, pursuant to call, at 10 a. m., in room 324, Senate Office Building, Senator Humphrey presiding.

Present: Senators Humphrey, Symington, Talmadge, Aiken, Thye, and Hickenlooper.

Senator TALMADGE. The committee will be in order.

We have scheduled for the next several days hearings on the humane slaughter bill. Today has been reserved for proponents of the bill. Tomorrow opponents of the bill will be heard. The following day the Department of Agriculture and any other interested Federal agencies will be heard. And the next hearing will be for rebuttal statements. If any farm organizations desire to be heard of course we want to hear from them.

(The bills follow:)

[S. 1213, 85th Cong., 1st sess.]

A BILL To promote the development and use of improved methods for the humane handling, transporting, and slaughtering of livestock and poultry in interstate and foreign commerce

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Congress finds that the use of humane methods in the handling, transporting, and slaughtering of livestock and poultry prevents needless suffering; brings about improvement of products; and produces other benefits for producers, processors, and consumers which tend to expedite the orderly flow of livestock and poultry and their products in interstate and foreign commerce. It is therefore declared to be the policy of Congress to provide for study and research to develop improved methods of handling, transporting, and slaughtering; and to encourage acceptance and use of such methods to the end that livestock and poultry shall be handled, transported, and slaughtered only by humane methods.

SEC. 2. The Secretary of Agriculture is authorized to conduct, assist, and foster research, investigation, and experimentation to develop and to encourage the adoption of improved methods of handling, transporting, and slaughtering livestock and poultry.

SEC. 3. To assist in implementing the provisions of section 2, the Secretary is authorized to establish an advisory committee. The functions of the advisory committee shall be to consult with the Secretary and other appropriate officials of the Department of Agriculture and to make recommendations relative to (a) the research authorized in section 2; and (b) obtaining the cooperation of the public, producers, farm organizations, industry groups, humane associations, and Federal and State agencies in the furtherance of such research and the adoption of improved methods. The chairman of the committee shall be an official of the Department of Agriculture designated by the Secretary. The committee shall consist of not more than eight members other than the chairman and shall be appointed by the Secretary and shall include representatives of (a) the public, including groups concerned with humane handling of animals, (b) producer and industry groups, and (c) scientific and professional groups. The committee

1

enacted are, with all due respect, in error. It seems to me not only obvious but beyond dispute that it will be far more difficult for any future Congress to attempt to interfere with kosher slaughter practices in the face of the express congressional finding and recognition of kosher slaughter as humane contained in the amended Poage bill and in the legislative history written on it than it would be if there were no such congressional legislative recognition and history. And if it had not been for your efforts and those of your colleagues, I am wholly convinced that humane slaughter legislation would have been passed over the opposition of the Jewish community and would not have contained the effective safeguards of kosher slaughter practices that your efforts have succeeded in writing into the Poage bill.

I also want to acknowledge the copy I have received of the February 20, 1958, letter of your five organizations to Chairman Poage of the House committee, and to record to you my own understanding of the meaning and intent of the Poage bill as enacted by the House with respect to handling of animals prior to kosher slaughter, in light of its legislative history in the House debate, including your letter of January 29, 1958, to Mr. Poage, which he introduced into the Record in the debate, and his ensuing remarks agreeing with your views as expressed therein.

To be specific, I feel there is no doubt whatever that the clear and correct interpretation of the bill in this respect, as clarified on the floor of the House, is—

(1) that animals must be handled in a humane manner prior to kosher slaughter;
(2) that any inhumane method of handling animals prior to kosher slaughter may be restricted or prohibited by the Secretary of Agriculture effective on and after December 31, 1959, including those forms of shackling and hoisting which are not humane;
(3) that any forms of shackling or hoisting of animals or other methods of handling prior to kosher slaughter which are not inhumane may not be restricted or prohibited by the Secretary; and
(4) that use of the Weinberg or revolving pen for casting animals may not be prohibited by the Secretary as inhumane.

Such an interpretation of the bill, as to which I feel there is no question and which I shall be glad to record on the Senate side, both in committee and on the floor, should fully satisfy your organizations and any others in the Jewish community who fear that enactment of the Poage bill, if enacted into law, will immediately make kosher slaughter impossible. That is plainly neither its intent nor its language. I am confident that Congressman Poage agrees completely with this interpretation. I assure you that I shall do everything in my power to have the legislative history of the bill in the Senate record this legislative intent so there will be no doubt about the correct meaning of the legislation.

I trust that this explanation will allay some of the fears in this regard which have been expressed to me and will further reassure your organizations and the entire Jewish community that the amended Poage bill, if enacted into law, will preserve and protect kosher slaughter practices; and not harm them. Again with my gratitude for your help and your contributions to a sound solution of a most difficult and vexing problem.

Sincerely yours,

HUBERT H. HUMPHREY.

---

UNITED STATES SENATE,
*Washington, D. C., March 22, 1958.*

Hon. W. R. POAGE,
*House of Representatives, Washington, D. C.*

DEAR CONGRESSMAN POAGE: As you know, there has been considerable concern expressed in the Jewish community subsequent to the House debate on humane slaughter. Several people have been in to see me, voicing various fears which I have assured them were exaggerated. After considerable thought, it seems to me that the most helpful thing I can do here is to send the attached letter in an effort to rectify any misinterpretation which some groups may have of the bill which was passed by the House. I have tried to express what I believed to be the correct intention and interpretation of the House bill.

I have not mailed the original of this letter, because I wanted you to see it first. I am hopeful that you will agree that it correctly expresses your position and the House intent. After you have had a chance to look this over, perhaps you might give me your reaction over the phone.

Many thanks for your attention, and congratulations on the successful job you did in handling this bill.

Best wishes,

Sincerely yours,

HUBERT H. HUMPHREY.

---

HOUSE OF REPRESENTATIVES,
*Washington, D. C., March 25, 1958.*

Hon. HUBERT H. HUMPHREY,
*United States Senator,
Washington, D. C.*

DEAR SENATOR HUMPHREY: Your letter of March 22 to Hon. Leo Pfeffer was, in my opinion, a very fine, very clear, and very excellent statement of the effect of the pending legislation on humane slaughter. I would not want to change the interpretation which you placed on this bill. I have met with, and talked with, Mr. Pfeffer on several occasions. I think he has made a very serious and very helpful effort to allay some of the fears of some segments of the Jewish community in regard to this legislation. It seems to me that your letter to him should satisfy all of those who can be satisfied.

I was particularly impressed with the clear and effective way in which you pointed out that in the absence of legislation of the type you and I are trying to get that it will probably be far more likely that the Congress will pass some type of punitive legislation completely ignoring the legitimate requests of our Jewish citizens. I think this would be unfortunate, but I think it is likewise inevitable. On the other hand, by the acceptance of the Jewish leaders of the very moderate legislation that we are proposing this ill feeling can be avoided. Mr. Pfeffer continues to do everything he can to avoid any such unfortunate result. I am hopeful that you will find it possible to secure favorable committee and Senate action on this measure in the near future.

Thanking you for your good work, and with best wishes, I am,

Yours sincerely,

W. R. POAGE, *Congressman.*

---

Senator TALMADGE. We are delighted to have as our first witness the distinguished junior Senator from the State of Oregon, Senator Neuberger.

You may proceed at will.

## STATEMENT OF HON. RICHARD L. NEUBERGER, A UNITED STATES SENATOR FROM THE STATE OF OREGON

Senator NEUBERGER. Mr. Chairman, thank you very much for your courtesy in permitting me to be the leadoff witness on these hearings. I am especially grateful to you. We are what you might call hallmates. Our offices are across the hall from each other.

I hope very much that the bill which I am going to advocate this morning will have the sympathetic consideration of you and your colleagues. I have been most sincerely interested in the enactment of humane slaughter legislation since my esteemed colleague, the junior Senator from Minnesota, Senator Humphrey, first introduced such a bill in 1955.

As a cosponsor, I have testified before on the need for enactment of a compulsory measure. I was encouraged when the House passed the Poage bill on February 4, 1958. Since then, S. 1497 has been amended and is now identical to the House measure, H. R. 8308. As you know, Senator Humphrey moved on the Senate floor to have his bill made identical with that which the House of Representatives

18                    HUMANE SLAUGHTERING OF LIVESTOCK

passed earlier. It is this bill of which I am privileged to be a co-sponsor.

I intend to be brief this morning, as I have been informed that a great many people have been asked to be heard in support of the humane slaughter bills and time for each, I fear, will be stringently reduced.

In previous testimony I have covered the economic and technological aspects of this legislation, and I will not refer further to those phases except to note that both large and small packing plants are to be found among those which are making efficient and profitable use of the latest technological devices to assure a humane slaughter operation.

I prefer to focus my remarks on what may be termed "the moral values" involved in this legislation.

There are three generally accepted and very basic points upon which the mass support for S. 1497 and H.R. 8308 rests. They are as follows:

1. Slaughter methods now almost universally used in American packing plants cause intense suffering and are grossly cruel;
2. Practical and economical methods of killing animals humanely are available;
3. It appears that the packing industry cannot or will not end the cruelty without legislation that will require all packers to act simultaneously.

I am deeply impressed by a statement on this subject by the General Federation of Women's Clubs, a federation of 15,000 organizations with more than 11 million members.

All thoughtful persons recognize—

the General Federation of Women's Clubs says—

that cruelty is an evil that should be eradicated from our society, not merely for the sake of animals but for our own good. We know that cruelty, whether to animals or to men, causes in the perpetrator a moral and cultural erosion that is harmful to the whole of society.

Cruelty to animals in our slaughterhouses has been thus far permitted only because, it is argued, cruelty is cheaper than decency. The immorality of the argument is obvious.

I sometimes think that a century or two hence our descendants, on hearing of our accepted practices in slaughterhouses, will look back upon the 20th century with the same mingled feelings of dismay, abhorrence, and incredulity we experience on reading of convivial crowds at a public execution 200 years ago.

If there is any doubt about that, Mr. Chairman, I would suggest that people read the writings, for example, of Theodore Roosevelt and his abhorrence of what was done to the vast buffalo herds numbering some 60 million when they were slaughtered absolutely, indiscriminately, and ruthlessly just for sport in the years when the Great Plains and the prairie were first being settled.

It is the voices of the Humane Society of the United States, the American Humane Association, the General Federation of Women's Clubs, and many similar groups which have awakened the American conscience to these contemporary cruelties. Traditionally the humanitarian measures that have one by one become our great body of social legislation have followed the voices of persistent protest which stirred to life a national conscience.

The tender attitudes of a generation conditioned by Beautiful Joe and Black Beauty, and the tears shed over Ernest Thompson Seton's

HUMANE SLAUGHTERING OF LIVESTOCK                    19

animal martyrs were in sharp contrast to their failure to hear the slaughterhouse squeals of pain.

We have taken for granted that the eighth amendment of our Constitution prohibits infliction of cruel and unusual punishment upon our citizens. Today the national conscience is asking why we subject our animal friends to such cruel and inhumane treatment. These animals are not only our friends, but the foundation of our abundant agricultural economy. In my opinion, there is no reason why meatpackers cannot slaughter meat animals by humane methods.

If the farmers of this Nation, humanely treat animals while they are alive, throughout the period of their growth, and handle them to avoid injury and fear, why is it necessary to subject these animals to such primitive and cruel treatment for the few moments before they are killed and transformed into meat and meat products?

Mr. Chairman, I have talked with many of the men who work in slaughterhouses, both in my own State and elsewhere in the Nation. These men, so far as I have been able to observe, are among the strong and zealous opponents of some of the inhumane methods presently employed in slaughterhouses. They rebel against inflicting pain upon helpless animals, which form the meat products of the Nation and thus support the jobs on which these men are dependent. But the workers in slaughterhouses are not in control of the policy of those plants. They did not design the cruel front end of the production line. They cannot institute new methods of slaughter, unless their employers so dictate and decide.

I have had members of the Butcher Workers' Union observe to me, "We realize that cruel ways of slaughter will only hurt the meat industry and promote vegetarianism among Americans. We believe that every possible humane method of killing should be used by slaughterhouses, just as soon as it is developed."

I have emphasized this point, Mr. Chairman, because it is my firm and definite opinion that the men working in our slaughterhouses are, in the main, among the foremost advocates of adopting every available humane device for cushioning and quelling any possible pain inflicted upon the animals which are slaughtered to stock the tables and markets of America.

Many modern and humane killing methods have been developed and adopted by some progressive meatpackers which have proven to lower costs and provide higher profits to these meatpackers. These practices have reduced bruising losses, increased labor efficiency, reduced the danger to workers as well as providing a humane death to livestock. Yet the majority of meatpackers are reluctant to adopt these humane methods which are readily available to the industry. That the vast majority of meatpackers have not installed humane methods available to them at very low cost is the major reason why I feel that this legislation is needed.

I am inclined to believe that the representatives of meatpackers oppose this bill because of their habitual opposition to all Federal and State legislation which may in the slightest degree restrict their operations, even though it may be of vital interest to the public welfare. Strange as it may seem, this is an old pattern of industrial reflex action. And I want to add it is not only confined to the meatpacking industry but to many other industries as well.