```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| THE HUMANE SOCIETY OF THE <br> UNITED STATES, et al., <br> <br> Plaintiffs <br> <br> v. <br> <br> MIKE JOHANNS, Secretary, <br>   United States Department <br>   of Agriculture, et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0265(CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**Defendants' Notice to the Court
on Their Position on Plaintiffs' "Motion Under
Fed. R. Civ. P. 54(b) for Reconsideration of the
Court's *Sua Sponte* Dismissal of Claims One and Two or,
in the Alternative, for Certification of Those Claims for
Immediate Appellate Review, and Request for an Expedited Hearing"**

On Friday, March 24, 2006, Plaintiffs filed the above-noted motion in which they stated that Defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, would present their position on Plaintiffs' motion within two days of the filing of the motion. Defendants' position is set forth below.

Defendants oppose Plaintiffs' motion and, consistent with LcvR 7(b) and Fed. R. Civ. P. 6(e), anticipate filing an opposition memorandum by April 7, 2006. Further, for the efficient litigation of this suit (specifically, to mitigate disposition of this case on the merits in an uneconomical, piecemeal fashion), Defendants' position is that briefing on the

remaining claim in this suit, i.e., the claim brought pursuant to the National Environmental Policy Act, 42 U.S.C. § 4321, et seq., should be stayed until disposition of Plaintiffs' motion for reconsideration, or alternatively, certification of this case for appellate review.  Specifically, Defendants propose that the date by which they must submit the administrative record should be set for five business days after the Court decides Plaintiffs' pending motion and the date by which Defendants must file their motion for summary judgment should be set for fifteen calendar days after defendants file the administrative record.

By Wednesday, March 29, 2006, Defendants will also move for an enlargement of time to answer, move or otherwise respond to Plaintiffs' Amended Complaint consistent with the proposed deadlines described herein. Currently, Defendants' answer or other response to Plaintiffs' Complaint is due April 17, 2006. Defendants will also propose that the deadlines discussed herein be reflected as their position for the Joint Status Report which must be submitted by tomorrow, March 28, 2006, pursuant to the Court's March 14, 2006 Order entered in this case.

Date: March 27, 2006            Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

2

```
                              /s/ Rudolph Contreras /bmr
                              _____
                              RUDOLPH CONTRERAS, D.C. BAR #434122
                              Assistant United States Attorney



                              /s/ Beverly M. Russell
                              _____
Of Counsel:                   BEVERLY M. RUSSELL, D.C. Bar #454257
Thomas Bolick, Esq.           Assistant United States Attorney
Rick Herndon, Esq.            U.S. Attorney's Office for the
U.S. Dept. of Agriculture     District of Columbia
                              555 4th Street, N.W., Rm. E-4915
                              Washington, D.C.  20530
                              Ph:  (202) 307-0492
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendants' Notice was sent by the Court's Electronic Case Filing System, this 27th day of March, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
Jmurphy@ssd.com

/s/ Bevelry M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney