UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION, AND
MEMORANDUM IN SUPPORT THEREOF, FOR
AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION
PURSUANT TO FED. R. CIV. P. 54(b) FOR RECONSIDERATION,
OR IN THE ALTERNATIVE, FOR CERTIFICATION OF CLAIMS FOR
APPELLATE REVIEW**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move for an enlargement of time up to and including April 10, 2006 to file their opposition to "Plaintiffs' Motion Under Fed. R. Civ. P. 54(b) for Reconsideration of the Court's Sua Sponte Dismissal of Claims One and Two or, In the Alternative, for Certification of Those Claims for Immediate Appellate Review, and Request for an Expedited Hearing."  The current deadline is Friday, April 7, 2006.  No previous enlargements have been sought by or granted to defendants for this purpose.  Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiffs' counsel and was informed that plaintiffs do

not oppose the relief requested herein. In support of the motion, defendants state the following.

The defendants request the enlargement due to the significant work-related demands of their counsel. Of particular note, yesterday, the undersigned counsel filed a dispositive motion in the "reverse Freedom of Information Act" case, General Electric v. Department of the Air Force, Civil Action No. 01-1549(RBW) and has devoted considerable time over the past few days addressing complex discovery and other issues in a prisoner case which is on remand from the U.S. Court of Appeals for the District of Columbia Circuit (Fletcher v. United States Parole Commission, Civil Action No. 01-0601(JDB)) and which involves an Ex Post Facto claim. A joint report in the Fletcher case is due to the Court on Friday, April 7, 2006. The undersigned counsel also has a mediation session in a Title VII case, Kaplan v. Gutierrez, Civil Action No. 05-1419(GK) scheduled during the afternoon of Friday, April 7.

In addition to the opposition memorandum in this case, defendants' counsel must also draft a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) in the Title VII case, Bolden v. England, Civil Action No. 04-1905(EGS), and a motion for summary affirmance in another Title VII case, Jackson v. Ashcroft, Civil Action No. 03-1596(RBW), all for filing (or proposed for filing) on April 10. Accordingly, because of the considerable work-related demands of their counsel, defendants

respectfully move for an enlargement of time up to and including April 10, 2006 to file their opposition memorandum in this case.

A proposed Order consistent with this Motion is attached hereto.

Date: April 6, 2006          Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **Federal Defendants' Unopposed Motion, and Memorandum in Support Thereof, for an Enlargement of Time to Respond to Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 54(b) for Reconsideration, or in the Alternative, for Certification of Claims for Appellate Review** was sent by the Court's Electronic Case Filing System, this 6th day of April, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney