## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE          )
 UNITED STATES, et al.,              )
                                      )
        Plaintiffs                )
                                      )
   v.                                )
                                      ) Civil Action No. 06-0265(CKK)
MIKE JOHANNS, Secretary,           )
  United States Department          )
  of Agriculture, et al.,           )
                                      )
        Defendants.               )
_____    )

### ORDER

UPON CONSIDERATION of *Federal Defendants' Unopposed Motion for an Enlargement of Time to Respond To Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 54(b) for Reconsideration, or in the Alternative, for Certification of Claims for Appellate Review*, the memorandum in support thereof, and for good cause shown, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including April 10, 2006 to file their opposition memorandum to Plaintiffs' motion as described above.

SO ORDERED.

_____        _____
DATE                           UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530