UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
THE HUMANE SOCIETY OF THE        )
 UNITED STATES, et al.,          )
                                 )
         Plaintiffs              )
                                 )
    v.                           )
                                 ) Civil Action No. 06-0265(CKK)
MIKE JOHANNS, Secretary,         )
  United States Department       )
  of Agriculture, et al.,        )
                                 )
         Defendants.             )
_____  )
```

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION
PURSUANT TO FED. R. CIV. P. 54(b) FOR RECONSIDERATION,
OR IN THE ALTERNATIVE, FOR CERTIFICATION OF CLAIMS FOR
APPELLATE REVIEW
AND MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move for an enlargement of time up to and including April 12, 2006 to file their opposition to "Plaintiffs' Motion Under Fed. R. Civ. P. 54(b) for Reconsideration of the Court's Sua Sponte Dismissal of Claims One and Two or, In the Alternative, for Certification of Those Claims for Immediate Appellate Review, and Request for an Expedited Hearing." The current deadline is today, Monday, April 10, 2006. One previous enlargement has been sought by defendants for this purpose. Pursuant to Local Rule 7(m), defendants' counsel contacted

plaintiffs' counsel and was informed that plaintiffs do not oppose the relief requested herein.  Plaintiffs request, however, that they be permitted to file a consolidated reply to the federal defendants' and intervenors' opposition within the time frame required by Local Rule 7 to reply to the federal defendants' filing.  Defendants and intervenors have no objection to plaintiffs' proposal.  In support of the motion for enlargement of time, defendants state the following.

Defendants anticipated being able to file their opposition memorandum today, April 10, 2006, but due to the considerable work-related demands of their counsel, requests an enlargement to do so.  Defendants' counsel must file a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) in the Title VII case, <u>Bolden v. England</u>, Civil Action No. 04-1905(EGS) today, April 10, 2006.  Fed. R. Civ. P. 6(b) precludes the enlargement of deadlines for filing motions pursuant to Fed. R. Civ. P. 59(e). Defendants' counsel also filed a motion for summary affirmance in another Title VII case, <u>Jackson v. Ashcroft</u>, Civil Action No. 03-1596(RBW), today, April 10, 2006.

Additionally, on Wednesday, April 5, the undersigned counsel filed a dispositive motion in the "reverse Freedom of Information Act" case, <u>General Electric v. Department of the Air Force</u>, Civil Action No. 01-1549(RBW) and devoted considerable time during the latter part of last week addressing complex discovery and other

issues in a prisoner case which is on remand from the U.S. Court of Appeals for the District of Columbia Circuit (<u>Fletcher v. United States Parole Commission</u>, Civil Action No. 01-0601(JDB)) and which involves an Ex Post Facto claim.  A joint discovery plan was filed in the <u>Fletcher</u> case on Friday, April 7, 2006. The undersigned counsel also had a mediation session in the Title VII case, <u>Kaplan v. Gutierrez</u>, Civil Action No. 05-1419(GK)(JMF) during the afternoon of Friday, April 7.

Accordingly, because of these and other work-related demands of their counsel, and notwithstanding that their counsel worked over this past weekend, defendants will not be able to file their opposition memorandum in this case by the current deadline, and thus, respectfully move for a brief enlargement of time up to and including April 12, 2006 to do so.  Defendants do not anticipate requiring the need to seek additional enlargements absent critical or extraordinary circumstances.

A proposed Order consistent with this Motion is attached hereto.

Date: April 10, 2006     Respectfully Submitted,


                         /s/ Kenneth L. Wainstein /kvm
                         _____
                         KENNETH L. WAINSTEIN, D.C. BAR # 451058
                         United States Attorney

```
/s/ Rudolph Contreras /kvm
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendants' Second Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 54(b) for Reconsideration, or in the Alternative, for Certification of Claims for Appellate Review and Memorandum in Support of Defendants' Motion*** was sent by the Court's Electronic Case Filing System, this 10th day of April, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney