UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, et al.,** )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>**MIKE JOHANNS, Secretary,** )<br>United States Department )<br>of Agriculture, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 06-0265(CKK) |

### ORDER

UPON CONSIDERATION of ***Defendants' Second Unopposed Motion for an Enlargement of Time to Respond To Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 54(b) for Reconsideration, or in the Alternative, for Certification of Claims for Appellate Review***, the memorandum in support thereof, and for good cause shown, it is by the Court,

ORDERED that Defendants' motion shall be and is hereby granted, and thus, Defendants shall have up to and including April 12, 2006 to file their opposition memorandum to Plaintiffs' motion as described above; and it is further

ORDERED that Plaintiffs shall file a consolidated reply to the Defendants' and Intervenors' opposition within the time frame required under Local Rule 7 to respond to Defendants' later filed opposition.

SO ORDERED.

__________________ ______________________________________
DATE UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC 20004

Beverly M. Russell
United States Attorney's Office
for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C. 20530