```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE** <br> **UNITED STATES, et al.,** <br><br> Plaintiffs <br><br> v. <br><br> **MIKE JOHANNS, Secretary,** <br>   United States Department <br>   of Agriculture, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-0265(CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of "Plaintiffs' Motion Under Fed. R. Civ. P. 54(b) for Reconsideration of the Court's *Sua Sponte* Dismissal of Claims One and Two or, in the Alternative, for Certification of Those Claims for Immediate Appellate Review and Request for an Expedited Hearing," the opposition thereto, and the entire record herein, it is

ORDERED that Plaintiff's Motion for Reconsideration is denied; and it is further

ORDERED that Plaintiff's Motion for Certification of Claims "One and Two" for appeal is also denied.

SO ORDERED.

_____        _____
DATE                          UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530

2