**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE<br> UNITED STATES, et al., | ) <br> ) <br> ) |
| Plaintiffs | ) <br> ) |
| v. | ) <br> ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary,<br>  United States Department<br>  of Agriculture, et al., | ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF
SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully file the attached supplement to the Administrative Record in this suit.

Date: April 12, 2006     Respectfully Submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **Federal Defendants' Notice of Filing of Supplement to the Administrative Record** was sent by the Court's Electronic Case Filing System, this 12th day of April, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney