Case 1:06-cv-00265-CKK    Document 31    Filed 04/13/2006    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al.<br>Plaintiffs,<br><br>v.<br><br><br>MIKE JOHANNS, Secretary<br>United States Department of Agriculture, et al.<br><br>Defendants. | Civ. No. 1:06cv00265 (CKK) |

**DEFENDANT-INTERVENORS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER OR OTHER RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant-Intervenors Beltex Corporation, Cavel International, Inc. and Dallas Crown, Inc. (collectively "Defendant-Intervenors") respectfully move for an enlargement of time up to and including April 26, 2006 to file their answer or other response to Plaintiff's First Amended Complaint.

On February 21, 2006, Plaintiffs in the above-captioned action filed their First Amended Complaint ("Complaint") against Federal Defendants. On February 24, 2006, the slaughter facilities whose operations are effected by the interim final rule at issue in this case moved to intervene. This motion was granted by the Court on March 1, 2006.

Currently, Defendant-Intervenors' answer or other response to Plaintiffs' First Amended Complaint is due on April 17, 2006. Considering the Scheduling Order ("Order") promulgated by the Court on April 5, 2006, which orders that cross motions on Plaintiffs' remaining NEPA claim be filed by April 26, 2006, and in the interest of the expeditious resolution of this case,

Case 1:06-cv-00265-CKK     Document 31     Filed 04/13/2006     Page 2 of 2

Defendant-Intervenors respectfully request that their answer or other dispositive motion be filed on April 26, 2006. Federal Defendants and Plaintiffs have indicated that they do not object to this proposed schedule.

In the event that Defendant-Intervenors move to dismiss Plaintiffs' NEPA Claim pursuant to FED. R. CIV. P. 12(b)(6), Defendant-Intervenors agree to consolidate this motion with a motion for summary judgment and to continue to brief the NEPA issues on one track, on the dates prescribed by this Court's Order.

Respectfully submitted,

/s/_____
James P. Murphy, Esq. (D.C. Bar # 380857)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W.
Suite 500
Washington, DC  20004
Telephone:  202.626.6793
Fax:  202.626.6780
Email: jmurphy@ssd.com

Date:  April 13, 2006

*Attorney for Defendant-Intervenors*