UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
THE HUMANE SOCIETY OF THE          )
 UNITED STATES, et al.,            )
                                   )
            Plaintiffs             )
                                   )
     v.                            )
                                   ) Civil Action No. 06-0265(CKK)
MIKE JOHANNS, Secretary,           )
  United States Department         )
  of Agriculture, et al.,          )
                                   )
            Defendants.            )
_____)
```

**DEFENDANTS' OPPOSED, FIRST MOTION FOR
AN ENLARGEMENT OF TIME TO ANSWER PLAINTIFFS' COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move for an enlargement of time to answer plaintiffs' Complaint up to and including ten business days after this Court decides "Plaintiffs' Motion Under Fed. R. Civ. P. 54(b) for Reconsideration of the Court's Sua Sponte Dismissal of Claims One and Two or, In the Alternative, for Certification of Those Claims for Immediate Appellate Review, and Request for an Expedited Hearing" or the parties' dispositive motions on the NEPA claim, whichever decision is issued later. The current deadline is Monday, April 17, 2006. No previous enlargements have been sought by defendants for this purpose.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiffs' counsel and was informed that plaintiffs oppose the relief requested herein.  However, good cause exists for seeking the relief and defendants respectfully requests that the Court grant this Motion.  Defendants' reasons for bringing the Motion are set forth below.

Plaintiffs' pending motion and the motions required to be filed on the NEPA claim pursuant to the Court's April 5, 2006 Minute Order will very likely facilitate dismissal of all or certain of the claims in plaintiffs' Complaint.  Defendants anticipate filing a Motion for Summary Judgment on the NEPA claim.

Accordingly, depending upon the Court's disposition on the pending filings and those that will be filed on the NEPA claim, the factual allegations described in plaintiffs' Complaint to which defendants must respond could be obviated altogether or narrowed.  Thus, for this reason and for the efficient litigation of this matter, defendants respectfully move for the enlargement described herein.  Defendants note that the enlargement is consistent with Fed. R. Civ. P. 12 which allows a party to move instead of pleading to a claim, and further, provides that party ten days after the Court decides the motion to serve an answer if the motion is denied.  <u>See</u> Fed. R. Civ. P. 12(a)(4)(A) and 12(b).

A proposed Order consistent with this Motion is attached hereto.

Date: April 14, 2006        Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney




/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney




/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing ***Defendants' Opposed, First Motion for an Enlargement of Time to Answer Plaintiffs' Complaint and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, this <u>14th</u> day of April, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney