UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., ) ) ) ) | |
| Defendants. ) ) | |

ORDER

UPON CONSIDERATION of *Defendants' Opposed, First Motion for an Enlargement of Time to Answer Plaintiffs' Complaint and Memorandum in Support Thereof,* the opposition thereto, and the entire record herein, and for good cause shown, it is by the Court,

ORDERED that Defendants' motion shall be and is hereby granted, and thus, Defendants shall answer Plaintiff's Complaint within ten business days after this Court decides "Plaintiffs' Motion Under Fed. R. Civ. P. 54(b) for Reconsideration of the Court's Sua Sponte Dismissal of Claims One and Two or, In the Alternative, for Certification of Those Claims for Immediate Appellate Review, and Request for an Expedited Hearing" or the parties' dispositive motions on the NEPA claim, whichever decision is issued later.

SO ORDERED.

_____       _____
DATE                          UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530