**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF THE<br> UNITED STATES, et al.,<br><br>             Plaintiffs<br><br>     v.<br><br>MIKE JOHANNS, Secretary,<br>  United States Department<br>  of Agriculture, et al.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0265(CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' UNOPPOSED MOTION TO MODIFY THE BRIEFING SCHEDULE
AS RELATED TO PLAINTIFF'S NEPA CLAIM
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move to enlarge the time by which the parties must file their dispositive motions on Plaintiff's NEPA claim up to and including Friday, April 26, 2006. Consistent with this requested two-day enlargement, defendants also move to have the time by which the parties must file their oppositions and replies enlarged to May 10, 2006 and May 17, 2006, respectively. No previous enlargements have been sought by defendants for these purposes.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiffs' counsel and was informed that plaintiffs do not

oppose the relief requested herein as long as the proposed two day extension for filing dispositive motions applies to all parties, and the remaining dates governing briefing in this matter are extended by two days as well.  The relief sought herein reflects plaintiffs' request.  Defendants' reasons for bringing this Motion are set forth below.

Defendants request the enlargement due to the significant work-related demands on their counsel.  This week, their counsel must file a brief due in the case, Norman v. United States of America, No. 05-5304(D.C. Cir.), and an answer in the Title VII case, Adair v. Chao, Civil Action No. 04-1469(EGS).  Today, their counsel filed an opposition to a Motion to Quash in the case, Sam v. Chertoff, Civil Action No. 05-1777(RBW)and, on Wednesday, April 24, 2006, has a mediation scheduled in the Rehabilitation Act case, Kaplan v. Gutierrez, Civil Action No. 05-1419(GK).  Additionally, defendants' counsel is monitoring the cases of a colleague who had a family emergency, and today, finalized a Local Rule 16.3 Report and dispositive motion in a FOIA case on behalf of that colleague.  Accordingly, because of these and other work-related demands on their counsel, defendants respectfully move for the extensions described herein.

Consistent with the Court's March 1, 2006 Order in this matter, a proposed Order does not accompany this Motion.

Date: April 24, 2006          Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney



/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov