UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME FOR THE PARTIES TO FILE THEIR DISPOSITIVE MOTIONS ON PLAINTIFFS' NEPA CLAIM AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move to enlarge the time by which the parties must file their dispositive motions on plaintiffs' NEPA claim up to and including Monday, May 1, 2006.  One previous enlargement has been sought by and granted to defendants for this purpose.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiffs' counsel and was informed that plaintiffs do not oppose the relief requested herein as long as the proposed enlargement for filing dispositive motions applies to all parties, and there will be no further extensions sought on the

briefing schedule.  Defendants agree to both with the caveat that any party may seek a modification to the briefing schedule in the event of unanticipated, extraordinary circumstances.  Defendants' reasons for bringing this motion are set forth below.

As noted in defendants' previous motion for enlargement, their counsel filed a brief in the case, <u>Norman v. United States of America</u>, No. 05-5304(D.C. Cir.), and an answer in the Title VII case, <u>Adair v. Chao</u>, Civil Action No. 04-1469(EGS), yesterday, April 27, 2006.  The answer, in particular, took more time than anticipated because of the details of the allegations in the 103-paragraph Complaint.  Accordingly, defendants' counsel could not finalize the draft motion in this case in sufficient time for supervisory review and filing with the Court today, April 28.  For this reason, defendants respectfully move for an enlargement to May 1, 2006 to file their dispositive motion on Plaintiff's NEPA claim.

Consistent with the Court's March 1, 2006 Order in this matter, a proposed Order does not accompany this Motion.

Date: April 28, 2006     Respectfully Submitted,


/s/ Kenneth L. Wainstein /kvm
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /kvm
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov