```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY OF THE         )
 UNITED STATES, et al.,           )
                                  )
            Plaintiffs            )
                                  )
    v.                            )
                                  ) Civil Action No. 06-0265(CKK)
MIKE JOHANNS, Secretary,          )
   United States Department       )
   of Agriculture, et al.,        )
                                  )
            Defendants.           )
_____ )
```

**DEFENDANTS' STATEMENT OF MATERIAL ISSUES NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Defendants hereby submit the following statement of material facts as to which there is no genuine dispute.

1. On May 1, 1979, the U.S. Department of Agriculture issued a Proposed Rule on the National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321, et seq., and the Council on Environmental Quality's ("CEQ") implementing regulations. See National Environmental Policy Act; Proposed Policies and Procedures, 44 Fed. Reg. 25,606 (May 1, 1979)(AR00057, filed April 12, 2006). The Proposed Rule mandated that USDA agencies identify activities which do not require an environmental assessment ("EA") or environmental impact statement ("EIS"). 44 Fed. Reg. 25,607 (AR00058, April 12, 2006). The Rule became final on July 30, 1979. See National Environmental Policy Act;

Final Policies and Procedures, 44 Fed. Reg. 44,802 (July 30, 1979)(AR00060, filed on April 12, 2006).

    2.  On September 27, 1982, the USDA issued a notice of proposed rulemaking categorically excluding the actions and activities of certain agencies, like the Food Safety and Inspection Service, from the requirements of preparing an EA and EIS unless the agency head determines that an action may have a significant environmental impact.  See Revision of National Environmental Policy act (NEPA) Policies and Procedures, 47 Fed. Reg. 42,364 (Sept. 27, 1982)(AR00062, April 12, 2006). The Rule became final on March 18, 1983 and was codified at 7 C.F.R. § 1b. AR00064 - 65.

    3.  The Regulatory Workplan for the Interim Final Rule on Ante-Mortem Inspection of Horses has a listing of potentially required analyses, including but not limited to an Environmental Impact Assessment, with a requirement to check all that apply. AR0202 - 06.  Consistent with 7 C.F.R. § 1b.4 and FSIS's regulatory clearance directive, "Environmental Impact Assessment" is not checked on the Workplan for the Interim Final Rule at issue thus indicating that neither an EA nor an EIS is required. AR0205.

Date: May 1, 2006                      Respectfully Submitted,


                                       /s/ Kenneth L. Wainstein /kvm
                                       _____
                                       KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                       United States Attorney


                                       /s/ Rudolph Contreras
                                       _____
                                       RUDOLPH CONTRERAS, D.C. BAR #434122
                                       Assistant United States Attorney



                                       /s/ Beverly M. Russell
                                       _____
Of Counsel:                            BEVERLY M. RUSSELL, D.C. Bar #454257
Thomas Bolick, Esq./                   Assistant United States Attorney
Rick Herndon, Esq.                     U.S. Attorney's Office for the
U.S. Dept. of Agriculture                District of Columbia
                                       555 4th Street, N.W., Rm. E-4915
                                       Washington, D.C.  20530
                                       Ph:  (202) 307-0492