**DEFENDANT- INTERVENORS' EXHIBIT 1**
Civ. No. 02-0265 (CKK)

05-036IF

# UNITED STATES DEPARTMENT OF AGRICULTURE
## Regulatory Review Workplan
### FSIS
(Agency Name)

Workplan __X__
OMB Review __X__

Date: 11/05

**DESIGNATION OF SIGNIFICANCE:** (Under/Asst. Secy.)

___ NON-SIGNIFICANT

___ NON-SIGNIFICANT (Policy Oversight)

_✓_ SIGNIFICANT

___ ECONOMICALLY SIGNIFICANT

___ MAJOR - (Public Law 103-354) - ORACBA

___ MAJOR - (Public Law 104-121) - SBREFA

**Special Handling Requirements**

* OMB requests informal review

**Cleared OMB:**
Designation: Not Sig.
Date: 1/9/06

Signature: (Under/Asst. Secy.) [signed]    Date: 11/29/05

RIN # 0583-AD21
Work Plan # 05-001    Date: 11/23/05

**Descriptive Title**
Interim final rule: Ante-Mortem Inspection of Horses

**Description of Proposed Action:** (Need for Government Action, Objectives, Alternatives, Expected Results): (Attach additional sheet if necessary)

The Food Safety and Inspection Service (FSIS) is amending the Federal meat inspection regulations to provide for a voluntary, fee for service program under which official establishments that slaughter horses will be able to apply for and pay for ante-mortem inspection. FSIS is taking this action in response to the Joint Explanatory Statement of the Committee of Conference on the fiscal year (FY) 2006 appropriations bill for Agriculture, Rural Development, Food and Drug Administration, and Related Agencies. While the FY 2006 Appropriations Act prohibits the use of appropriated funds to pay the salaries or expenses of FSIS personnel

(Continued on Page 2)

**Schedule:** (Enter dates)

Pre-Notice: _____   Proposal: 1/2006 _   Hearings/Meetings: _____   Final: 12/04 _____
Direct Final: _____   Other: _____

to conduct ante-mortem inspection of horses, the conference report provides that the Department of Agriculture is obliged to provide for inspection of meat for human consumption. FSIS is establishing this fee for service program under the Agricultural Marketing Act. Post-mortem inspection and other inspection activities authorized by the Federal Meat Inspection Act (FMIA) at official establishments that slaughter horses will continue to be paid for with appropriated funds, except for overtime or holiday inspection services.

Background: Section 794 of the FY 2006 Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act states that, effective 120 days after the date of its enactment, none of the FY 2006 appropriated funds may be used to pay the salaries or expenses of personnel to inspect horses under section 3 of the FMIA (21 U.S.C. 603). The Appropriations Act was enacted on November 10, 2005 (Pub. L. 109-97). Section 3 of the FMIA (21 U.S.C. 603) requires that FSIS inspection personnel conduct ante-mortem examination and inspection of all livestock, including horses, before they are allowed to enter an official establishment for slaughter.

Although the FY 2006 Appropriations Act specifically prohibits the use of appropriated funds for ante-mortem inspection of horses (section 794 of the act), it does not preclude the use of FY 2006 appropriated funds for post-mortem inspection of the carcasses and parts thereof of horses or other inspection services authorized by the FMIA at official establishments that slaughter horses. The Joint Explanatory Statement of the Committee of Conference that accompanies the FY 2006 appropriations bill states, "It is the understanding of the conferees that the Department is obliged under existing statutes to provide for the inspection of meat intended for human consumption (domestic and exported). The conferees recognize that the funding limitation in Section 794 prohibits the use of appropriated funds only for payment of salaries or expenses of personnel to inspect horses" (p. 107). Therefore, according to the Joint Explanatory Statement, conferees recognize that horse meat intended for human consumption must undergo inspection. Similarly, it is significant that the Joint Explanatory Statement explains that Section 794 prohibits the use of appropriated funds only for payment of salaries or expenses of personnel to inspect horses and does not refer to any prohibition on the use of appropriated funds to inspect the carcasses or parts thereof of horses. Thus, the Joint Explanatory Statement is consistent with the FY 2006 Appropriation Act's language that specifically prohibits the use of appropriated funds to pay for ante-mortem inspection of horses but makes no such restriction on the use of appropriated funds for post-mortem inspection of horse carcasses and parts thereof. The Appropriations Act also includes no limitation on the Agency's ability to establish a voluntary, fee for service program for ante-mortem inspection of horses.

AR0203

Statutory basis for action: FSIS is establishing a program under which official establishments that wish to slaughter horses can pay for ante-mortem inspection under the Agricultural Marketing Act (7 U.S.C. 1622(h)). The Agricultural Marketing Act provides the Secretary of Agriculture with the following authority: "To inspect, certify, and identify the class, quality, quantity, and condition of agricultural products when shipped or received in interstate commerce, under such rules and regulations as the Secretary of Agriculture may prescribe, including assessment and collection of such fees as will be reasonable and as nearly as may be to cover the cost of the service rendered, to the end that agricultural products may be marketed to the best advantage, that trading may be facilitated, and that consumers may be able to obtain the quality product which they desire, except that no person shall be required to use the service authorized by this subsection."

Under this interim final rule, the fees for ante-mortem inspection of horses are necessary to cover the costs of inspection services rendered. Official establishments that slaughter horses will pay for ante-mortem inspection at the rates that apply to exotic animal establishments under voluntary inspection (§ 352.5). Therefore, the fees that official establishments that slaughter horses will pay for ante-mortem inspection are reasonable.

Sections of the CFR affected by changes: FSIS is amending part 352 of the Federal meat inspection regulations to provide for a voluntary, fee-for-service program in which official establishments that slaughter horses can apply for and pay for ante-mortem inspection. Part 352 currently includes provisions for the voluntary inspection and certification service for wholesomeness relating to the slaughter and processing of exotic animals (reindeer, elk, deer, antelope, water buffalo, or bison).

In this interim final rule, FSIS is specifying that official establishments that wish to slaughter horses can apply for voluntary ante-mortem inspection according to § 352.3 and that such establishments will pay the base time, overtime, and holiday rates for ante-mortem inspection that apply to exotic species establishments under voluntary inspection according to § 352.5. This interim final rule provides that if an establishment that wishes to slaughter horses meets the applicable requirements in part 352, FSIS inspection personnel will conduct ante-mortem inspection at the establishment according to § 352.10, and all provisions in part 309 that pertain to horses will apply. Therefore, official establishments that slaughter horses will receive ante-mortem inspection consistent with other official establishments that slaughter livestock.

Regulatory Impact: This rule requires that establishments that wish to slaughter horses pay the base time rate of $43.64 per hour per program employee (§ 391.2). FSIS personnel typically

conduct ante-mortem inspection for 10 to 15 hours per week at each official establishment that slaughters horses. Therefore, each establishment will pay approximately $22,693 ($43.64 * 10 hours * 52 weeks) to $34,039 ($43.64 * 15 hours * 52 weeks) for base time ante-mortem inspection in FY 2006. There are three official establishments that slaughter horses. Therefore, total costs of the rule will range from approximately $68,079 to $102,117 in FY 2006.

The benefits of this rule are those profits that horse slaughter establishments realize by continuing to operate in FY 2006. Therefore, official establishments that slaughter horses will only incur expenses for voluntary ante-mortem inspection if they continue to realize profits.

Expected effects on small entities: All the establishments affected by this rule qualify as small under the Small Business Administration definition of a small business. FSIS has estimated that each official establishment affected by this proposal would pay approximately $22,693 to $34,039 in FY 2006 for base time ante-mortem inspection. These fees are reasonable, and the establishments should be able to continue to realize a profit after paying these expenses.

Time pressures associated with this action: The section of the FY 2006 Appropriations Act that prohibits the use of appropriated funds for ante-mortem inspection of horses is effective 120 days after the date of enactment of the Appropriations Act. Following this effective date, if FSIS does not establish a means for official establishments that slaughter horses to obtain ante-mortem inspection, these establishments will not be able to operate and presumably will be forced out of business.

Justification for designation of significance: Because this rule affects all official establishments that slaughter horses, FSIS believes this rule would be significant.

---

**Additional Instructions from Under or Assistant Secretary:**
(for use at the discretion of policy official)

---

**Required Analysis:** (check all that apply)

X   Regulatory Impact Analysis         ☐ Regulatory Flexibility Analysis

☐   Environmental Impact Assessment    ☐ Civil Rights Impact Analysis

Page 4 of 5

AR0205

☐ Family Impact Analysis

☐ Constitutionally Protected Property Rights Assessment

☐ Federalism Assessment

☐ Property Rights Assessment

**Agency Contact:** (Name, mailing address, phone)

```
Lynn Dickey
Regulations and Petitions Policy Staff
Office of Policy, Program and Employee Development
Food Safety and Inspection Service, USDA
Washington, D.C.  20250-3700
Phone (202) 720-5627
Fax (202) 690-0486
```

**Agency Head Approval:**

Signature: _[signed] Philip S. Derfler_    Date: _11/22/05_

Comment:


**OBPA Review:**

Name: _[signed]_    Date: _11/28/05_