TEXAS HORSE SLAUGHTERHOUSE ORDERED TO CLOSE (108 AP 3/10) An East Texas horse slaughterhouse must shut down by Sept. 30 because of concerns about public health and safety. The zoning board in Kaufman, Texas, voted unanimously last week to order the Dallas Crown Horse Slaughter Plant to close. The board cited *overwhelming noxious odor and dead animal parts* in yards neighboring the plant. The board found the business to be a nuisance in November, but delayed a decision on a closing date. An attorney for Dallas Crown said the board*s decision was illegal and the owners plan to appeal. The plant is one of three U.S. slaughterhouses that process meat for human consumption abroad, and has been part of a congressional fight to stop federal live animal inspections at the plants.



GOVERNMENT EXHIBIT
7
06-2650KK