IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, Secretary <br> United States Department of Agriculture, et al., <br><br> Defendants. <br><br> BELTEX CORPORATION, CAVEL INTERNATIONAL, INC., and DALLAS CROWN, INC., <br><br> Defendant-Intervenors. | Civ. No. 1:06cv00265 (CKK) |

### DEFENDANT-INTERVENORS' MOTION FOR LEAVE TO FILE, INSTANTER, STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Defendant-Intervenors Beltex Corporation, Cavel International, Inc., and Dallas Crown, Inc. (collectively "Defendant-Intervenors") hereby request that the Court grant Defendant-Intervenors leave to file, instanter, the attached Statement of Material Facts Not in Dispute (Defendant-Intervenors' "STATEMENT"). In the MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT filed by Defendant-Intervenors on May 1, 2006 (Defendant-Intervenors' "MOTION"), Defendant-Intervenors requested that the Court, in the alternative of dismissing Plaintiffs' NEPA claim for failure to state a claim, grant summary judgment in favor of Defendant-Intervenors. While Defendant-Intervenors filed a memorandum of points and authorities in support of the MOTION that contained a citation to the Administrative Record or pertinent statute or regulation for each factual assertion set forth therein, Defendant-Intervenors

inadvertently did not contemporaneously file a separate statement of undisputed, material facts pursuant to Local Rules 7(h) and 56.1. The attached STATEMENT is fully consistent with the factual statements contained in Defendant-Intervenors' memorandum filed in support of the MOTION, and the grounds provided therein in support of the Court's grant of summary judgment in favor of Defendant-Intervenors. Defendant-Intervenors accordingly respectfully request that the Court accept the attached STATEMENT for filing at the present time.

In order to ensure that Plaintiffs are not prejudiced by this late filing and the purposes of Local Rules 7(h) and 56.1 are satisfied, Defendant-Intervenors further request that the Court provide Plaintiffs with the opportunity and sufficient time to submit a full response to Defendant-Intervenors' STATEMENT. Defendant-Intervenors note that Plaintiffs do not contend that they were unable to fully respond to Defendant-Intervenors' arguments in support of their MOTION, and in fact did respond to Defendant-Intervenors' arguments in their opposition memorandum filed on May 10, 2006. Nevertheless, if Plaintiffs contend that the late filing of Defendant-Intervenors' STATEMENT necessitates further briefing in order for them to fully respond to Defendant-Intervenors' MOTION, Defendant-Intervenors will accept the Court's provision for such briefing.

Respectfully submitted,

/s/
James P. Murphy, Esq. (D.C. Bar No. 380857)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 626-6793
Fax: (202) 626-6780

Date: May 15, 2006

Attorney for Defendant-Intervenors
BELTEX CORPORATION, CAVEL INTERNATIONAL, INC., and DALLAS CROWN, INC.