IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF<br>THE UNITED STATES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MIKE JOHANNS, Secretary<br>United States Department of Agriculture, et al.,<br><br>Defendants.<br><br>BELTEX CORPORATION, CAVEL<br>INTERNATIONAL, INC., and DALLAS<br>CROWN, INC.,<br><br>Defendant-Intervenors. | Civ. No. 1:06cv00265 (CKK) |

### DEFENDANT-INTERVENORS'
### STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1)   Pursuant to Section 3 of the Federal Meat Inspection Act, 21 U.S.C. § 601 *et seq.* ("FMIA"), FSIS inspection personnel are subject to a longstanding and ongoing requirement to conduct ante-mortem examinations and inspections of all livestock, including horses, before the livestock enter any slaughtering, packing, meat-canning, rendering, or other similar establishment in which they are to be slaughtered and the meat and meat food products thereof are to be used in commerce. 21 U.S.C. § 603.

2)   In 1983, the USDA defined by final rule (following notice and comment) which of its actions and activities do not have an individual or cumulative effect on the human environment and therefore are categorically excluded from the requirement of preparing an EA or EIS unless the agency head determines that a particular action may have a significant impact

on the environment. 48 FED. REG. 11,403 (March 18, 1983) (Department of Agriculture, NEPA Policies and Procedures, Final Rule) (AR0064-0065); 47 FED. REG. 42,364 (Sept. 27, 1982) (Proposed Rule, Revision of National Environmental Policy Act (NEPA) Policies and Procedures) (AR0062-0063). One of the categorical exclusions promulgated by the USDA includes the actions and activities of certain USDA agencies, including the Food Safety and Inspection Service ("FSIS"). 48 FED. REG. 11,403 (AR0064-0065).

3)	7 C.F.R. § 1b.4 provides, in relevant part, that:

> (a) The USDA agencies and agency units listed in paragraph (b) of this section conduct programs and activities that have been found to have no individual or cumulative effect on the human environment. The USDA agencies and agency units listed in paragraph (b) of this section are excluded from the requirements of preparing procedures to implement NEPA. Actions of USDA agencies and agency units listed in paragraph (b) of this section are categorically excluded from the preparation of an EA or EIS unless the agency head determines that an action may have a significant effect on the environment.
>
> * * * * * * * *
>
> (b)(6) Food Safety and Inspection Service. . . .

4)	FSIS Directive 1234.2 governs the development and clearance of rulemaking actions by the FSIS. FSIS Directive 1232.4, "Regulations Development and Clearance" (Nov. 20, 2001) ("FSIS Directive," AR0192-AR0201). The FSIS Directive includes a "Summary of Laws and Executive Orders Governing Regulations Development" enumerating the various requirements that are covered, including an express reference to NEPA and the Council for Environmental Quality ("CEQ") regulations. FSIS Directive at p. 10 (AR0201). In this summary, the FSIS Directive expressly recognizes that the FSIS has been granted a categorical exclusion from NEPA requirements by USDA regulation (7 C.F.R. § 1b.4), unless "the agency head determines that an action may have a significant environmental effect." FSIS Directive at p. 10 (AR0201).

5)   Pursuant to the FSIS Directive, regulatory actions by the FSIS are initiated by a Regulatory Review Workplan. FSIS Directive at p. 6 (AR0197); USDA-FSIS Regulatory Review Workplan #05-007 (Nov. 23, 2005) ("Workplan," AR0202-0206). The Regulatory Review Workplan has a section captioned "Required Analysis: (check all that apply)," with a separate box for "Environmental Impact Assessment" that may be checked if and when the FSIS determines that such an analysis is required by NEPA. FSIS Directive at pp. 4-5 (AR0205-0206).

6)   The FSIS completed the Regulatory Review Workplan in developing and clearing the Interim Final Rule on the Ante-Mortem Inspection of Horses. Workplan (AR0202-0206). By not checking the box for "Environmental Impact Assessment" in the Required Analysis section, the FSIS confirmed that no further analysis was required under NEPA. Workplan at p. 4 (AR0205). The Regulatory Review Workplan was reviewed and approved without comment by the FSIS agency head and the Under/Assistant Secretary, with no determination to contradict the conclusion that NEPA was not implicated. Workplan at pp. 1, 5 (AR0202, AR0206).

/

/

/

/

/

/

/

/

/

- 4 -

7) On February 8, 2006, the FSIS promulgated the Interim Final Rule to:

> amend[] the Federal meat inspection regulations to provide for a voluntary fee-for-service program under which official establishments that slaughter horses will be able to apply for and pay for ante-mortem inspection.

Interim Final Rule, 71 FED. REG. 6,337 (Feb. 8, 2006) (to be codified at 9 C.F.R. § 352).

Respectfully submitted,

/s/
James P. Murphy, Esq. (D.C. Bar No. 380857)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 626-6793
Fax: (202) 626-6780

Date: May 15, 2006

Attorney for Defendant-Intervenors
BELTEX CORPORATION, CAVEL INTERNATIONAL, INC., and DALLAS CROWN, INC.