UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**THE HUMANE SOCIETY**              )
**OF THE UNITED STATES, ET AL.**    )
                                    )   Civ. No. 1:06CV00265 (CKK)
      Plaintiffs,            )
  v.                              )
                                    )
**MIKE JOHANNS, ET AL.**            )
                                    )
      Defendants.            )
_____)

### PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION AND/OR FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT MOTION

In light of the Court's May 16, 2006 Minute Order granting Defendant-Intervenors' Motion for Leave to File a Statement of Material Facts Not In Dispute, Plaintiffs request that the Court clarify its Order concerning the schedule for the filing of Plaintiffs' reply memorandum in support of Plaintiffs' motion for summary judgment and/or extend the time within which Plaintiffs may have to file their reply. For the reasons that follow, Plaintiffs request that they have the same period of time as Intervenors to file a summary judgment reply memorandum.

The Court's May 16 Order gives Plaintiffs' until May 31, 2006 to respond to Intervenors' Statement of Material Facts, and gives Defendant-Intervenors until June 7 to file their reply in support of their Motion for Summary Judgment. The Order also specifically states that the government will continue to file its reply on May 17, as originally required, but does not specifically address when Plaintiffs' reply in support of their motion for summary judgment will be due. However, in their motion for leave to file a statement of material facts (Doc. 44) – which occasioned the modification of the briefing schedule – Intervenors specifically state (at 2) that "if Plaintiffs contend that the late filing of Defendant-Intervenors' STATEMENT necessitates further briefing in

order for them to fully respond to Defendant-Intervenors' MOTION, Defendant-Intervenors will accept the Court's provision for such briefing."

Accordingly, in view of the Court's Order, plaintiffs seek clarification and/or an extension of time to file their reply memorandum, which is presently due tomorrow (May 17). Since plaintiffs intend to take their response to the belatedly filed statement of material facts into account in fashioning their reply, their reply should be due after the response is due. In addition, since the Court initially ordered the filing of simultaneous summary judgment briefs, it would be prejudicial to Plaintiffs for Intervenors to have in hand Plaintiffs' reply memorandum three weeks before Intervenors' reply must be filed, especially since this delay was occasioned not by Plaintiffs, but by Intervenors' failure initially to file a statement of material facts as required by the Local Rules. Accordingly, under these circumstances Plaintiffs should be able to file their reply by the same deadline as Intervenors – which is now June 7.

However, Plaintiffs also note that, in view of the Court's initial decision to require expedited summary judgment briefing, plaintiffs would strongly favor a more abbreviated schedule for the filing of replies by both Intervenors and Plaintiffs. Plaintiffs do not need more than several days – i.e., until Friday, **May 19** – to file a response to Intervenors' statement of material facts, and, in keeping with the Court's original schedule (which gave the parties one week following the filing of oppositions to file replies), replies could be filed within seven days thereafter – i.e., by **May 26.** This would afford Plaintiffs and Intervenors more than sufficient time to take plaintiffs' response to the statement of material facts into account in their reply memoranda.[1]

---

[1] Intervenors did not, as required by Local Rule 7(m), make any effort to confer with Plaintiffs concerning Intervenors' motion to belatedly file their statement of material facts. Had they done so, the parties might well have been able to agree on such a schedule amongst themselves, as anticipated by the requirement to confer with opposing counsel on such procedural motions.

In accordance with Local Rules 7(m), plaintiffs have conferred with Federal Defendants and Intervenors concerning their position on this motion. Counsel for Federal Defendants has indicated that she does not oppose Plaintiffs having additional time to file their reply, but requests that Federal Defendants be permitted to file their reply on the same day as Intervenors and Plaintiffs. Plaintiffs do not object to that request. Counsel for Intervenors has indicated that Intervenors do not oppose Plaintiffs filing their reply memorandum on the same day that Intervenors do.

                                                    Respectfully submitted,

/s/ _____
Eric R. Glitzenstein
D.C. Bar No. 358287
Ethan Carson Eddy
D.C. Bar No. 496406
Howard M. Crystal
D.C. Bar No. 446189

Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C. 20009
(202) 588-5206

Counsel for Plaintiffs

May 16, 2006