UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,** )<br>)<br>)<br>Plaintiffs, )<br>v. )<br>)<br>**MIKE JOHANNS, ET AL.,** )<br>)<br>Defendants. )<br>) | Civ. No. 1:06CV00265 (CKK) |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully submit the attached Memorandum Opinion issued by Judge Ellen Segal Huvelle last Friday, May 26, 2006 in The Humane Society of the United States v. Department of Commerce, Civ. No. 05-1392 (D.D.C. May 26, 2006) (Attachment 1) ("Mem. Op."), as supplemental authority bearing directly on Section IV of Plaintiffs' Reply Memorandum In Support of Their Motion for Summary Judgment, which plaintiffs filed on May 26, 2006. In their Reply Memorandum, plaintiffs stated that "[i]f a[] [party] has standing" and "prevails on its APA claim, it is entitled to relief under that statute, which normally will be [ ] vacatur." Pfs. Reply Mem. at 22-23 (quoting American Bioscience, Inc. v. Thompson, 269 F.3d 1077, 1084 (D.C. Cir. 2001)). The Court, applying this rule last Friday in The Humane Society of the United States v. Department of Commerce, awarded summary judgment to the plaintiffs on their NEPA claim, set aside the agency's action and vacated the permits at issue. See Mem. Op. at 9, 26-27 (citing 5 U.S.C. §§ 706(2)(A), (D)). Consistent with American Bioscience, the Court did not engage in any equitable analysis before vacating the permits. Id. at 26-27.

Respectfully submitted,

/s/
Eric R. Glitzenstein
D.C. Bar No. 358287
Ethan Carson Eddy
D.C. Bar No. 496406
Howard M. Crystal
D.C. Bar No. 446189
Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C. 20009
(202) 588-5206

Of Counsel:
Rebecca G. Judd
(Member of Maryland Bar)
Jonathan R. Lovvorn
(D.C. Bar No. 461163)
The Humane Society of the
United States
2100 L St., N.W.
Washington, D.C. 20037
(202) 676-2333

May 31, 2006                              Counsel for Plaintiffs

2