IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF <br> THE UNITED STATES, et al. <br> Plaintiffs, <br><br> v. <br><br><br> MIKE JOHANNS, Secretary <br> United States Department of Agriculture, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No. 1:06cv00265 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katherine L. Halpin, Squire, Sanders & Dempsey, L.L.P., 1201 Pennsylvania Avenue, N.W., P.O. Box 407, Washington, D.C. 20044-0407 hereby enters her appearance as counsel for Defendant-Intervenors Beltex Corporation, Cavel International, Inc., and Dallas Crown, Inc. in the above-captioned litigation, and requests that all papers be served upon the undersigned.

Respectfully submitted,

/s/ Katherine L. Halpin
James P. Murphy, Esq. (D.C. Bar No. 380857)
Katherine L. Halpin, Esq. (D.C. Bar No. 494139)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W.
Suite 500
Washington, DC  20004
Telephone:  202.626.6600
Fax:  202.626.6780

Date:  August 18, 2006                    *Attorneys for Defendant-Intervenors*