UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE HUMANE SOCIETY
OF THE UNITED STATES, *et al.*,

   Plaintiffs,

     v.

MIKE JOHANNS, *et al.*,

   Defendants.

Civil Action No. 06–265 (CKK)

**ORDER**
(August 28, 2006)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 28th day of August, 2006, hereby

ORDERED that [23] Plaintiffs' Motion to Reconsider is GRANTED IN PART and DENIED IN PART; it is also

ORDERED that the Court shall GRANT [23] Plaintiffs' Motion to Reconsider with respect to Claim One of Plaintiffs' Amended Complaint and reinstate said Claim; it is also

ORDERED that with respect to Claim One of Plaintiffs' Amended Complaint, Plaintiffs shall file a Motion for Summary Judgment by September 8, 2006; Defendants shall submit an Opposition by September 19, 2006; Plaintiffs shall submit any Reply by September 26, 2006; it is also

ORDERED that the Court shall DENY [23] Plaintiffs' Motion to Reconsider with respect to Claim Two of Plaintiffs' Amended Complaint; it is also

ORDERED that Plaintiffs' request that the Court certify its dismissal of Claim Two for immediate appellate review is DENIED.

                                                             /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge