UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,**  Plaintiffs,  v.  **MIKE JOHANNS, ET AL.,**  Defendants, | Civ. No. 1:06CV00265 (CKK) |

## ORDER

Upon consideration of plaintiffs' Motion For Summary Judgment on Claim One, the opposition thereto, and the entire record herein, it is hereby ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Court DECLARES that defendants have violated the Administrative Procedure Act, 5 U.S.C. § 553, by promulgating the Interim Final Rule, 71 Fed. Reg. 6337 (2006), without advance notice and comment; and it is further

ORDERED that the Interim Final Rule is hereby VACATED and REMANDED to defendants.

_____
U.S. District Judge