```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE** )<br> **UNITED STATES, et al.,** )<br>             )<br>        **Plaintiffs** )<br>             )<br>    v.       )<br>             ) Civil Action No. 06-0265(CKK)<br> **MIKE JOHANNS, Secretary,** )<br>   United States Department )<br>   of Agriculture, et al., )<br>             )<br>        **Defendants.** )<br> _____ ) | |

**DEFENDANTS' OPPOSED, FIRST MOTION FOR
AN EXTENSION OF TIME TO FILE THEIR OPPOSITION MEMORANDUM TO
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON CLAIM ONE
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move for a one day extension of time to file their opposition memorandum to Plaintiff's Motion for Summary Judgment on Claim One. The current deadline is today, September 19, 2006.  No previous extensions have been sought by defendants for this purpose.

Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiffs' counsel and was informed that plaintiffs oppose the relief requested herein.  However, good cause exists for seeking the relief and defendants respectfully request that the Court

grant this Motion. Defendants' reasons for bringing the Motion are set forth below.

Defendants request the enlargement because of the considerable work-related demands on their counsel over the past week. Of specific note, on Wednesday, September 13, defendants' counsel had to prepare three witnesses for depositions in the Title VII case, Moncada v. Mineta, Civil Action No. 05-00470(PLF). On Friday, September 15, defendants' counsel submitted an opposition to a motion for a preliminary injunction in the case, Industrial Bank v. Small Business Administration, Civil Action No. 06-1431(RMC). On Monday, September 18, defendants' counsel had an appellate argument in Howe v. United States, No. 05-5304 (D.C. Cir.), and on the same day, had to prepare a Fed.R.Civ.P. 30(b)(6) witness for deposition in the case, Schroer v. Billington, Civil Action No. 05-1090(JR), a suit involving the novel issue of whether "sex identity" or gender dysphoria is covered by Title VII of the Civil Rights Act of 1964. Accordingly, because of these and other work-related demands, defendants do not anticipate that the opposition memorandum will be completed in this matter in sufficient time for supervisory review and filing with the Court today, and thus, respectfully request a one-day extension of time to September 20, 2006 to file their opposition.

    A proposed Order consistent with this Motion is attached hereto.

Date: September 19, 2006

                    Respectfully Submitted,


                    /s/ Kenneth L. Wainstein /mj
                    _____
                    KENNETH L. WAINSTEIN, D.C. BAR # 451058
                    United States Attorney


                    /s/ Rudolph Contreras /mj
                    _____
                    RUDOLPH CONTRERAS, D.C. BAR #434122
                    Assistant United States Attorney


                    /s/ Beverly M. Russell
                    _____
                    BEVERLY M. RUSSELL, D.C. Bar #454257
                    Assistant United States Attorney
                    U.S. Attorney's Office for the District
                      of Columbia, Civil Division
                    555 4th Street, N.W., Rm. E-4915
                    Washington, D.C. 20530
                    Ph:  (202) 307-0492
                    Fax: (202) 514-8780
                    E-Mail: beverly.russell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing ***Defendants' Opposed, First Motion for an Extension of Time to File Their Opposition Memorandum to Plaintiffs' Motion for Summary Judgment on Claim One and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, this <u>19th</u> day of September, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney