UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, et al.,** | ) )  ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| **MIKE JOHANNS, Secretary,** United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) |

ORDER

UPON CONSIDERATION of ***Defendants' Opposed, First Motion for an Extension of Time to File Their Opposition Memorandum to Plaintiffs' Motion for Summary Judgment on Claim One and Memorandum in Support Thereof,*** the opposition thereto, and for good cause shown, it is by the Court,

ORDERED that Defendants' motion shall be and is hereby granted, and thus, Defendants shall have up to and including September 20, 2006 to file their opposition memorandum to Plaintiffs' Motion for Summary Judgment on Claim One.

SO ORDERED.

_____    _____
DATE                      UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530