UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' STATEMENT OF MATERIAL ISSUES NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Defendants hereby submit the following statement of material facts as to which there is no genuine dispute.

1. On November 23, 2005, the USDA received a petition on behalf of the Beltex Corporation, Dallas Crown, Inc., and Cavel International, Inc. (collectively "Petitioners"), the three official establishments processing horse meat and meat products in the United States, requesting that FSIS promulgate an interim final rule to provide for voluntary, fee-for-service ante-mortem inspection of horses under the Agricultureal Marketing Act ("AMA"). See Ante-Mortem Inspection of Horses, 71 Fed. Reg. 6337 (Feb. 8, 2006)(to be codified at 9 C.F.R. pt. 352)(R. 10, Administrative Record ("AR") 177); Petition of Beltex Corp., Dallas Crown, Inc., and Cavel International, Inc., for Emergency Rulemaking to Provide for Voluntary, Ante-Mortem Inspection of Horses and Related Relief ("Petition"), Nov. 23, 2005 (AR 115).

2.     Petitioners stated that, if USDA failed to provide ante-mortem inspections as mandated by 21 U.S.C. § 603, each affected establishment would be forced to close, with substantial adverse economic impact. R. 10, Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Ex. 2, Declaration of James Tucker, Cavel International, Inc. ¶ 7 (Feb. 22, 2006); Ex. 3, Declaration of Christophe Soenen, Dallas Crown, Inc. ¶ 8 (Feb. 24, 2006); Ex. 4, Declaration of Richard Garcia, Beltex Corporation ¶ 8 (Feb. 24, 2006).

3.     On November 29, 2005, the Undersecretary for Food Safety signed the workplan for the Interim Final Rule, and the workplan was submitted to the Office of Management and Budget ("OMB"). See R. 18, Defendants' Surreply, Ex. 6, Declaration of Philip S. Derfler, ¶ 6. March 6, 2006)

4.     On December 15, 2005, Food Safety and Inspection Services submitted the draft Interim Final Rule to the USDA's Office of General Counsel ("OGC") for clearance. Id. ¶ 7.

5.     On January 9, 2006, OMB designated the workplan as non-significant. OMB requested informal review of the Rule, however. Id. ¶ 8.

6.     On January 17, 2006, OGC cleared the Interim Final Rule. Id. ¶ 9.

7.     On January 20, 2006, the Interim Final Rule was sent forward to the FSIS Administrator's Office and the Under Secretary's Office for signature. Id. ¶ 10.

8. On January 23, 2006, USDA's Office of Budget and Policy Analysis approved FSIS' publication of the Interim Final Rule in the Federal Register and the Interim Final Rule was sent back to OMB for informal review. On February 1, 2006, OMB advised FSIS that it had no objection to publication of the Interim Final Rule. Id. ¶ 11.

9. On February 2, 2006, FSIS sent the Interim Final Rule to the Federal Register for publication. Id. ¶ 12.

10. On February 8, 2006, the Interim Final Rule on Ante-Mortem Inspection of Horses was published in the Federal Register.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

|  |  |
|---|---|
|  | /s/ Beverly M. Russell |
|  | _____ |
| Of Counsel: | BEVERLY M. RUSSELL, D.C. Bar #454257 |
| Thomas Bolick, Esq./ | Assistant United States Attorney |
| Rick Herndon, Esq. | U.S. Attorney's Office for the |
| U.S. Dept. of Agriculture |  District of Columbia |
|  | 555 4th Street, N.W., Rm. E-4915 |
|  | Washington, D.C.  20530 |
|  | Ph:  (202) 307-0492 |