UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

MOTION FOR SUMMARY JUDGMENT ON CLAIM ONE
AND DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY,
FOR SUMMARY JUDGMENT ON THIS CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move to dismiss Claim One of Plaintiffs' Amended Complaint. Alternatively, pursuant to Fed. R. Civ. P. 56, Defendants move for summary judgment on this claim because there are no genuine factual issues in dispute and Defendants are entitled to judgment as a matter of law. The memorandum of points and authorities supporting this motion and a statement of genuine issues as to which there is no dispute were attached to *Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim One and Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment on this Claim*, also filed today R. 59.

          Respectfully Submitted,

          /s/ Kenneth L. Wainstein /dvh
          _____
          KENNETH L. WAINSTEIN, D.C. BAR # 451058
          United States Attorney

          /s/ Rudolph Contreras
          _____
          RUDOLPH CONTRERAS, D.C. BAR #434122
          Assistant United States Attorney

          /s/ Beverly M. Russell
          _____

Of Counsel:          BEVERLY M. RUSSELL, D.C. Bar #454257
Thomas Bolick, Esq./    Assistant United States Attorney
Rick Herndon, Esq.     U.S. Attorney's Office for the
U.S. Dept. of Agriculture   District of Columbia
          555 4th Street, N.W., Rm. E-4915
          Washington, D.C.  20530
          Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment on this Claim* was sent by the Court's Electronic Case Filing System, this 20th day of September, 2006 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C. 20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC 20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney