UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, *et al.*,<br><br>　Plaintiffs,<br><br>　　v.<br><br>MIKE JOHANNS, *et al.*,<br><br>　Defendants. | Civil Action No. 06–265 (CKK) |

**ORDER**
(March 28, 2007)

　　Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 28th day of March, 2007, hereby

　　ORDERED that [39] Plaintiffs' Motion for Summary Judgment is GRANTED; it is also

　　ORDERED that [37] Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment is DENIED; it is also

　　ORDERED that [38, 40] Defendant-Intervenors' Motion to Dismiss or, in the Alternative, for Summary Judgment on Claim Three of Plaintiffs' First Amended Complaint is DENIED; it is also

　　ORDERED that the Interim Final Rule is declared to violate both the APA and NEPA; it is also

　　ORDERED that the Interim Final Rule is VACATED; it is also

　　ORDERED that the USDA and FSIS are permanently enjoined from implementing the

Interim Final Rule; it is also

ORDERED that [55] Plaintiffs' Motion for Summary Judgment on Claim One is DENIED AS MOOT; it is also

ORDERED that [58] Defendant-Intervenors' Cross-Motion for Summary Judgment on Claim One of Plaintiffs' First Amended Complaint is DENIED AS MOOT; it is also

ORDERED that Defendants' [60] Motion for Summary Judgment on Claim One and Defendants' Motion to Dismiss, or Alternatively for Summary Judgment on this Claim is DENIED AS MOOT; it is also

ORDERED that this case is DISMISSED.

*This is a final, appealable Order.*

                                 /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge