UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**THE FEDERAL DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO THE COURT'S APRIL 2, 2007 ORDER
AND MEMORANDUM IN SUPPORT THEREOF**

The Federal Defendants, Mike Johanns, Secretary, U.S. Department of Agriculture ("USDA"), and Barbara J. Masters, Administrator, Food Safety and Inspection Service, respectfully move for an enlargement of time up to and including 3:00 pm on April 3, 2007 to respond to the Court's April 2, 2007 Order. Pursuant to the April 2, 2007 Order, the Federal Defendants are required to "state their position with respect to Defendant-Intervenor Cavel International, Inc's Emergency Motion to Stay by April 3, 2007, at 9:00 a.m., indicating whether they intend to file briefing on this matter." From the undersigned counsel's understanding, the USDA's General Counsel is the official responsible for making this determination, but could not be reached by close of business today, April 2, for purposes of obtaining his position. Although agency representatives will

attempt to reach the General Counsel tomorrow morning prior to the Court's current deadline for responding to the April 2, 2007 Order, out of an abundance of caution, the Federal Defendants are moving for enlargement of time up to and including 3:00 pm tomorrow, April 3, 2007, to respond to the Order.  The Federal Defendants also note that their counsel has a deposition scheduled to begin at 11:00 am, but anticipates that the deposition will take no more than two hours leaving sufficient time to file the Federal Defendants' response to the April 2, 2007 Order.

Counsel for the Federal Defendants contacted counsel for both the Plaintiff and the Defendant-Intervenor, and neither expressed opposition to the relief requested herein.  A proposed Order consistent with the relief accompanies this Motion.

Date: April 2, 2007					Respectfully Submitted,


							/s/ Jeffrey A. Taylor /bmr
							_____
							JEFFREY A. TAYLOR, D.C. BAR #498610
							United States Attorney


							/s/ Rudolph Contreras /bmr
							_____
							RUDOLPH CONTRERAS, D.C. BAR #434122
							Assistant United States Attorney


							/s/ Beverly M. Russell
							_____
Of Counsel:					BEVERLY M. RUSSELL, D.C. Bar #454257
Thomas Bolick, Esq./			Assistant United States Attorney
Rick Herndon, Esq.			U.S. Attorney's Office for the
U.S. Dept. of Agriculture		  District of Columbia
							555 4th Street, N.W., Rm. E-4915
							Washington, D.C.  20530
							Ph:  (202) 307-0492