UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, et al.,** ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> **MIKE JOHANNS**, Secretary, ) <br>  United States Department ) <br>  of Agriculture, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 06-0265(CKK) |

ORDER

This matter is before the Court on ***The Federal Defendants' Motion for Enlargement of Time to Respond to the Court's April 2, 2007 Order and Memorandum in Support Thereof.***  Upon consideration of this Motion, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the Federal Defendants' Motion is granted; and it is further

ORDERED that the Federal Defendants shall have up to and including 3:00 pm on April 3, 2007 to respond to the Court's April 2, 2007 Order.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530