IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF <br> THE UNITED STATES, et al. <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, Secretary <br> United States Department of Agriculture, et al. <br><br> Defendants. | Civ. No. 1:06cv00265 |

**JOINT EXPEDITED MOTION FOR ADOPTION OF SUPERCEDING BRIEFING SCHEDULE ON DEFENDANT-INTERVENOR'S EMERGENCY MOTION FOR A STAY OF THE COURT'S MARCH 28, 2007 ORDER**

Pursuant to the Court's April 2, 2007 Order that the Parties file a Joint Briefing Schedule by April 3, 2007, at 9:00 A.M., and in light of the time-sensitive nature of Defendant-Intervenor Cavel's Emergency Motion for a Stay of the Court's March 28, 2007 Order, the parties hereby agree that:

1) The Federal Defendants will file their brief, if any, in response to Defendant-Intevenor's motion by 7:00 P.M. Wednesday, April 4, 2007.

2) The Plaintiffs will file their response to the Defendant-Intervenor's motion, as well as the Federal Defendants' response, if any, by 7:00 P.M Friday, April 6, 2007.

   If the Court should approve this schedule, the Parties request that it supplant the April 2, 2007 Order that the Plaintiffs file their opposition brief by April 4, 2007 at 12:00 P.M.

3) There will be no reply brief(s).

Respectfully Submitted,

/s/ Katherine L. Halpin
James P. Murphy, D.C. Bar No. 380857
Katherine L. Halpin, D.C. Bar No. 494139
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC 20004
Telephone: 202.626.6600

Counsel for Defendant-Intervenor


/s/ Kenneth L. Wainstein/bmr
Kenneth L. Wainstein, D.C. Bar No. 451058
United States Attorney


/s/ Rudolph Contreras/bmr
Rudolph Contreras, D.C. Bar. No. 434122
Assistant United States Attorney

/s/ Beverly M. Russell
Beverly M. Russell, D.C. Bar. No. 454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, DC 20530
Telephone: 202.307.0492

Counsel for Federal Defendants

/s/ Eric R. Glitzenstein
Eric R. Glitzenstein, D.C. Bar No. 358287
Howard M. Crystal, D.C. Bar No. 446189
Ethan Carson Eddy, D.C. Bar No. 496406

MEYER GLITZENSTIN & CRYSTAL
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C. 20009
Telephone: 202.588.5206

Counsel for Plaintiffs