UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THE FEDERAL DEFENDANTS' RESPONSE
TO THE COURT'S APRIL 2, 2007 ORDER**

The Federal Defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, respectfully submit this response to the Court's April 2, 2007 Order. In its Order, the Court requested that "[t]he Federal Defendants. . .state their position with respect to Defendant-Intervenor Cavel International, Inc.'s Emergency Motion to Stay by April 3, 2007, at 9:00 a.m., [also] indicating whether they intend to file briefing on this matter." This morning, April 3, 2007, the Court granted the Federal Defendants' motion for an enlargement of time to 3:00 pm today to file their response to the Court's April 2, 2007 Order.

Regarding Defendant-Intervenor Cavel's Motion, the Federal Defendants support the Motion and the relief requested therein, but will not file a brief as the Federal Defendants' previous filings comprehensively present the Federal Defendants' position.

                      Respectfully Submitted,

                      /s/ Jeffrey A. Taylor /bmr
                      _____
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      /s/ Rudolph Contreras /bmr
                      _____
                      RUDOLPH CONTRERAS, D.C. BAR #434122
                      Assistant United States Attorney

                      /s/ Beverly M. Russell
                      _____

Of Counsel:          BEVERLY M. RUSSELL, DC Bar #454257
Thomas Bolick, Esq.    Assistant United States Attorney
Rick Herndon, Esq.     U.S. Attorney's Office for the
U.S. Dept. of Agriculture   District of Columbia, Civil Division
                      555 4th Street, N.W., Rm. E-4915
                      Washington, D.C. 20530
                      Ph: (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *The Federal Defendants' Response to the Court's April 2, 2007 Order* was sent by the Court's Electronic Case Filing System, this 3rd day of April, 2007 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney