# Attachment 3 to Declaration of Sarah Radtke
## Civ. No. 06-0265

STATE OF ILLINOIS
IN THE DEKALB SANITARY DISTRICT, A MUNICIPAL CORPORATION
COUNTY OF DEKALB

IN RE THE MATTER OF:                         )
                                             )
CAVEL INTERNATIONAL, INC.                    )   No.
                                             )
Permittee.                                   )
                                             )

ADMINISTRATIVE ORDER

THIS MATTER coming on before the Approval Authority, the Board of Trustees

of the DeKalb Sanitary District, acting by and through its duly authorized representative,

the District Manager, upon a report by staff of a reoccurring violation of discharge limits

set forth in the Permittee's Discharge Permit which has been found by staff not to pose

a harm to the Publicly Owned Treatment Works ("POTW") or the environment,

THE FOLLOWING FINDINGS ARE HEREBY MADE:

1. That Industrial User Permit No. 130 was duly issued to Cavel International, Inc.

   and was effective on October 1, 2005 and at all times subsequent thereto and

   prior to the date of this Order.

2. That said Industrial User Permit was issued in accordance with Ordinance No.

   259, Section 5C. and imposed at all times relevant herein as set forth in Part 1

   thereof, effluent limitations consistent with Ordinance 259 and/or State and

   Federal environmental protection laws and regulations.

3. That said Industrial User Permit establishes daily maximum and monthly average discharge limitations for BOD, TSS and Ammonia, as well as an acceptable range for pH.

4. That during the months of January through September of calendar 2006, Cavel International exceeded the established permit limits as indicated on the attached Cavel International - 2006 Compliance/Performance Sampling Results matrix.

5. Cavel International, Inc. is in "significant" non-compliance for the above period as defined in Part 5, Paragraph 12.A of Permit 130.

NOW, THEREFORE, under the authority granted in Ordinance 259, Section 5E.1., IT IS HEREBY ORDERED AS FOLLOWS:

A. A fine of $500.00 for each discharge parameter violation including all daily and monthly limit overages and any out of range pH value is being imposed upon the Permittee, Cavel International, Inc. The total fine (51 violations x $500.00) is therefore $25,500.00.

B. That said fine is due and payable immediately.

C. From October 1, 2006 through December 31, 2006, all violations will be fined at $1000.00 per violation. If not in compliance by the end of 2006, fine amounts will be reassessed and increased for violations occurring on or after January 1, 2007.

D. If compliance is not achieved by May 31, 2007, Cavel's Industrial User Discharge Permit #130 will be terminated.

E. The penalty herein imposed shall not be construed to be the exclusive sanction for said violation(s) or for any future such violations and the Approval Authority

hereby reserves the right to take such future action as may be deemed

necessary or advisable

F. The Permittee shall have the right to appeal from this Order as set forth in

Ordinance 259, Section 5D.12.

ENTERED this _18th_ day of _OCTOBER_, 2006.

BOARD OF TRUSTEES OF
DEKALB SANITARY DISTRICT

By: _Michael Q. [signature]_
District Manager

**Cavel International, Inc.**   108 Harvestore Dr. DeKalb, IL 60115

## 2006 compliance/performance sampling results

*NO.D.*
*RESPONSE*

| Permit Limits: | BOD mg/l | TSS mg/l | NH3 mg/l | pH S.U. | | | |
|---|---|---|---|---|---|---|---|
| Daily Maximum | 2000 | 2000 | 24 | 5.5-9.5 | Daily Violations | 47 | |
| Monthly Average | 500 | 400 | 24 | | Monthly Violations | 21 | |
| | | | | | Total = 68 | | |

| Sample (grab) Date | Time(am) | BOD | TSS | NH3 | pH | Sample (grab) Date | Time(am) | BOD | TSS | NH3 | pH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/4/06 | 8:20 | 0 | 30 | 14.1 | 7.06 | 7/5/06 | 8:30 | 421.5 | 120 | 108 | 6.33 |
| 1/11/06 | 8:05 | 1200 | 280 | 52.5 | 7.26 | 7/12/06 | 8:20 | 273 | 140 | 32 | 4.68 |
| 1/18/06 | 8:20 | 1710 | 560 | 29.7 | 7.37 | 7/19/06 | 8:30 | 871 | 210 | 49 | 8.21 |
| 1/25/06 | 8:15 | 570 | 340 | 89.7 | 6.78 | 7/26/06 | 8:45 | 30 | 70 | 24 | 8.21 |
| Mo. Ave. | | 870 | 302.5 | 46.5 | | | | | | | |
| | | | | | | Mo. Ave. | | 398.875 | 135 | 53.25 | |
| 2/2/06 | 8:15 | 0 | 110 | 25.1 | 6.68 | | | | | | |
| 2/8/06 | 8:00 | 1230 | 250 | 6.24 | 4.14 | 8/2/06 | 8:20 | 30 | 140 | 36 | 8.59 |
| 2/15/06 | 8:20 | 810 | 340 | 43.7 | 6.48 | 8/9/06 | 8:30 | 840 | 90 | 25 | 8.12 |
| 2/22/06 | 8:15 | 1020 | 120 | 4.84 | 7.52 | 8/16/06 | 8:15 | 0 | 110 | 23 | 8.65 |
| Mo. Ave. | | 765 | 205 | 20 | | 8/23/06 | 8:50 | 0 | 150 | 89 | 7.13 |
| | | | | | | 8/30/06 | 8:25 | 60 | 260 | 27 | 7.3 |
| 3/1/06 | 8:10 | 1500 | 540 | 9.27 | 8.06 | Mo. Ave. | | 186 | 150 | 40 | |
| 3/8/06 | 8:00 | 1650 | 230 | 7.23 | 3.24 | | | | | | |
| 3/15/06 | 8:20 | 990 | 210 | 62.8 | 9.4 | 9/6/06 | 8:50 | 60 | 220 | 16.4 | 6.92 |
| 3/22/06 | 8:15 | 930 | 230 | 36.9 | 8.93 | 9/13/06 | 8:30 | 810 | 400 | 40.1 | 3.61 |
| 3/29/06 | 8:30 | 960 | 90 | 68.4 | 9.3 | 9/20/06 | 8:20 | 750 | 200 | 40.2 | 9.96 |
| Mo. Ave. | | 1206 | 260 | 36.9 | | 9/27/06 | 8:15 | 390 | 200 | 50.5 | 7.05 |
| 4/5/06 | 8:40 | 1050 | 50 | 23.7 | 9.13 | Mo. Ave. | | 502.5 | 255 | 36.8 | |
| 4/12/06 | 8:50 | 570 | 160 | 36.4 | 11.78 | | | | | | |
| 4/19/06 | 8:45 | 120 | 88 | 29.9 | 7.31 | 10/4/06 | 8:15 | 90 | 210 | 66 | 7.27 |
| 4/26/06 | 8:00 | 810 | 130 | 86 | 8.53 | 10/11/06 | 8:20 | 2220 | 440 | 78.4 | 9.42 |
| Mo. Ave. | | 637.5 | 107 | 44 | | 10/18/06 | 8:40 | 1290 | 320 | 86.8 | 7.16 |
| | | | | | | 10/25/06 | 8:20 | 270 | 110 | 30 | 7.71 |
| 5/3/06 | 8:20 | 1110 | 150 | 28 | 9.4 | | | | | | |
| 5/10/06 | 8:20 | 1320 | 130 | 74.3 | 9.5 | Mo. Ave. | | 967.5 | 270 | 65.3 | |
| 5/17/06 | 8:45 | 903 | 330 | 19.6 | 5.65 | | | | | | |
| 5/24/06 | 8:40 | 390 | 140 | 28.3 | 9.9 | 11/1/06 | 8:30 | 1080 | 280 | 106 | 5.58 |
| 5/31/06 | 8:45 | 0 | 150 | 30.9 | 7.62 | 11/8/06 | 8:50 | 900 | 284 | 58.7 | 7.15 |
| Mo. Ave. | | 744.6 | 180 | 36.2 | | 11/15/06 | 8:10 | 1680 | 210 | 27.6 | 7.57 |
| | | | | | | 11/22/06 | 8:10 | 390 | 340 | 20 | 7.35 |
| 6/7/06 | 8:15 | 1920 | 730 | 98.4 | 6.1 | 11/29/06 | 8:45 | 1230 | 250 | 14.8 | 7.63 |
| 6/14/06 | 8:25 | 1290 | 108 | 40.1 | 7.4 | Mo. Ave. | | 1056 | 272.8 | 45.42 | |
| 6/21/06 | 8:20 | 1080 | 110 | 63.2 | 7.53 | | | | | | |
| 6/28/06 | 8:30 | 2340 | 250 | 16.1 | 7.97 | 12/5/06 | 8:15 | 210 | 156 | 16.9 | 5.5 |
| Mo. Ave. | | 1657.5 | 299.5 | 54.5 | | 12/13/06 | 8:30 | 1200 | 110 | 34.8 | 7.29 |
| | | | | | | 12/20/06 | 9:50 | 1200 | 90 | 32.2 | 7.26 |
| | | | | | | 12/27/06 | 8:10 | 600 | 180 | 31 | 6.96 |
| | | | | | | Mo. Ave. | | 802.5 | 134 | 28.7 | |