# Attachment 4 to Declaration of Sarah Radtke
## Civ. No. 06-0265

STATE OF ILLINOIS
IN THE DEKALB SANITARY DISTRICT, A MUNICIPAL CORPORATION
COUNTY OF DEKALB

IN RE THE MATTER OF:                    )
                                        )
CAVEL INTERNATIONAL, INC.               )  No.
                                        )
Permittee.                              )
                                        )

ADMINISTRATIVE ORDER

THIS MATTER coming on before the Approval Authority, the Board of Trustees

of the DeKalb Sanitary District, acting by and through its duly authorized representative,

the District Manager, upon a report by staff of a reoccurring violation of discharge limits

set forth in the Permittee's Discharge Permit which has been found by staff not to pose

a harm to the Publicly Owned Treatment Works ("POTW") or the environment,

THE FOLLOWING FINDINGS ARE HEREBY MADE:

1.  That Industrial User Permit No. 130 was duly issued to Cavel International, Inc.

    and was effective on September 1, 2000 and at all times subsequent thereto and

    prior to the date of this Order.

2.  That said Industrial User Permit was issued in accordance with Ordinance No.

    259, Section 5C. and imposed at all times relevant herein as set forth in Part 1

    thereof, effluent limitations consistent with Ordinance 259 and/or State and

    Federal environmental protection laws and regulations.

3.  That said Industrial User Permit establishes a monthly average effluent limitation

    for BOD of 500 mg/liter and a Daily Maximum of 2000 mg/liter.

4. That during the last six months of calendar 2004, Cavel International exceeded the established monthly average for BOD of 500 mg/liter and the Daily Maximum of 2000 mg/liter as follows:

   a.  BOD exceeded daily maximum (3 times) and monthly average for July
   b.  BOD exceeded daily maximum (twice) and monthly average for August
   c.  BOD exceeded monthly average for September
   d.  BOD exceeded daily maximum (once) and monthly average for October
   e.  BOD exceeded daily maximum (once) and monthly average for November
   f.  BOD exceeded monthly average for December.

5. Therefore, Cavel International, Inc. is in "significant" non-compliance for the above period as defined in Part 5, Paragraph 12.A of Permit 130.

NOW, THEREFORE, under the authority granted in Ordinance 259, Section 5E.1.,

IT IS HEREBY ORDERED AS FOLLOWS:

A.  A fine in the amount of $500.00 is being imposed upon the Permittee, Cavel International, Inc.

B.  That said fine is due and payable immediately.

C.  The penalty herein imposed shall not be construed to be the exclusive sanction for said violation(s) or for any future such violations and the Approval Authority hereby reserves the right to take such future action as may be deemed necessary or advisable.

D.  The Permittee shall have the right to appeal from this Order as set forth in Ordinance 259, section 5D.12.

ENTERED this _17th_ day of _MARCH_, 2005.

BOARD OF TRUSTEES OF
DEKALB SANITARY DISTRICT

By: _Michael Ginn_
District Manager