# Attachment 5 to Declaration of Sarah Radtke
# Civ. No. 06-0265

*CAG YR 2005*
*$5500.- PD*
*2.17.06*

STATE OF ILLINOIS
IN THE DEKALB SANITARY DISTRICT, A MUNICIPAL CORPORATION
COUNTY OF DEKALB

IN RE THE MATTER OF:            )
                                )
CAVEL INTERNATIONAL, INC.       )  No.
                                )
Permittee.                      )
                                )

## ADMINISTRATIVE ORDER

THIS MATTER coming on before the Approval Authority, the Board of Trustees of the DeKalb Sanitary District, acting by and through its duly authorized representative, the District Manager, upon a report by staff of a reoccurring violation of discharge limits set forth in the Permittee's Discharge Permit which has been found by staff not to pose a harm to the Publicly Owned Treatment Works ("POTW") or the environment,

THE FOLLOWING FINDINGS ARE HEREBY MADE:

1. That Industrial User Permit No. 130 was duly issued to Cavel International, Inc. and was effective on September 1, 2000 and reissued October 1, 2005 and at all times subsequent thereto and prior to the date of this Order.

2. That said Industrial User Permit was issued in accordance with Ordinance No. 259, Section 5C. and imposed at all times relevant herein as set forth in Part 1 thereof, effluent limitations consistent with Ordinance 259 and/or State and Federal environmental protection laws and regulations.

3. That said Industrial User Permit establishes daily maximum and monthly average discharge limitations for BOD, TSS and Ammonia, as well as an acceptable range for pH.

4. That during the months of January through November of calendar 2005, Cavel International exceeded the established permit limits as indicated on the attached Cavel International - 2005 Compliance/Performance Sampling Results matrix.

5. Therefore, Cavel International, Inc. is in "significant" non-compliance for the above period as defined in Part 5, Paragraph 12.A of Permit 130.

NOW, THEREFORE, under the authority granted in Ordinance 259, Section 5E.1., IT IS HEREBY ORDERED AS FOLLOWS:

A. A fine of $500.00 for each month in which any monthly average limitation was exceeded is being imposed upon the Permittee, Cavel International, Inc. The total fine (11 months x $500.00) is therefore $5500.00.

B. Fines for future violations will increase substantially and will be imposed on any and all discharge parameter violations including all daily and monthly limit overages and any out of range pH values.

C. That said fine is due and payable immediately.

D. The penalty herein imposed shall not be construed to be the exclusive sanction for said violation(s) or for any future such violations and the Approval Authority hereby reserves the right to take such future action as may be deemed necessary or advisable

E. The Permittee shall have the right to appeal from this Order as set forth in Ordinance 259, Section 5D.12.

ENTERED this __30th__ day of __January__, 2006.

BOARD OF TRUSTEES OF
DEKALB SANITARY DISTRICT

By: _____
District Manager