# Attachment B to Declaration of Jennifer Fearing
# Civ. No. 06-0265

Westlaw.

| | |
|---|---|
| D&B Completed Analysis: | 03-28-2007 |
| Database Last Updated: | 03-28-2007 |
| Source: | Copyright &#169; 2005 by Dun & Bradstreet, Inc. |
| Current Date: | 04/01/2007 |

### COMPANY INFORMATION

| | |
|---|---|
| DUNS: | 17-481-5167   (Click for List of Available D&B Reports.) |
| Name: | CAVEL INTERNATIONAL, INC |
| Address: | 108 HARVESTORE DR |
| City/State: | DEKALB, IL 60115-8604 |
| County: | DEKALB |
| Telephone: | 815-756-8051 |
| State of Incorporation: | VA |
| Date of Incorporation: | 02/09/1987 |
| Year Started: | 1987 |

### EXECUTIVE(S) INFORMATION

| | | |
|---|---|---|
| 1. | Executive Name: | DAMME, LUC V |
|    | Executive Title: | PRESIDENT |
| 2. | Executive Name: | TUCKER, JAMES |
|    | Executive Title: | MANAGER |
| 3. | Executive Name: | TUCKER, JAMES |
|    | Executive Title: | CONTROLLER |
| 4. | Executive Name: | TUCKER, JAMES |
|    | Executive Title: | PURCHASING |

### BUSINESS DESCRIPTION

| | |
|---|---|
| Line of Business: | MFG PREPARED MEATS MEAT PACKING PLANT |
| Industry Group: | MANUFACTURING |
| Primary SIC: | |
| 2013 | SAUSAGES AND OTHER PREPARED MEATS |
| 20130000 | SAUSAGES AND OTHER PREPARED MEATS, NSK |
| Secondary SIC(s): | |
| 2011 | MEAT PACKING PLANTS, NSK |
| 20119905 | HORSE MEAT, FOR HUMAN CONSUMPTION: SLAUGHTERED ON SITE |
| Business Is A: | MANUFACTURING LOCATION |
| | SUBSIDIARY AND SINGLE LOCATION |
| | EXPORTER |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



## FAMILY TREE REPORT

| | |
|---|---|
| D&B Completed Analysis: | 02-16-2007 |
| Database Last Updated: | 02-16-2007 |
| Source: | Copyright (c) 2002 by Dun & Bradstreet, Inc. |
| Current Date: | 04/01/2007 |

## COMPANY INFORMATION

| | |
|---|---|
| DUNS: | 17-481-5167 |
| Name: | CAVEL INTERNATIONAL, INC |
| Address: | 108 HARVESTORE DR |
| | DEKALB, IL 60115-8604 |
| Country: | USA |
| Telephone: | 815-756-8051 |
| Year Started: | 1987 |

## EXECUTIVE(S) INFORMATION

| | |
|---|---|
| CEO Name/Title: | LUC VAN DAMME, PRESIDENT |
| Executive Name: JAMES TUCKER | Title: GENERAL MANAGER |

## BUSINESS DESCRIPTION

| | |
|---|---|
| Line of Business: | SAUSAGES AND OTHER PREPARED MEATS |
| Primary SIC: | 2013 MFG PREPARED MEATS |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Secondary SICS(s):         2011 MEAT PACKING PLANT

## FINANCIAL INFORMATION

Net Worth (US):            $NOT AVAILABLE

Net Worth (Local):         $NOT AVAILABLE

Profit (US):               $NOT AVAILABLE

Profit (Local):            $NOT AVAILABLE

Currency:                  U.S. DOLLAR

## SALES INFORMATION

Annual Sales (US):         $4,800,000

Annual Sales (Local):      $4,800,000-ACTUAL

## EMPLOYEE INFORMATION

Total Employees:           40

Employees Here:            40

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

CORPORATE FAMILY HIERARCHY SUMMARY

LEVEL A - VELDA NV - ULTIMATE PARENT
    0 Single

    1 Headquarters

    0 Branches


LEVEL B - (SUBSIDIARIES OF LEVEL A)
    0 Single

    2 Headquarters

    1 Branches

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

LEVEL C - (SUBSIDIARIES OF LEVEL B)
    1 Single ******* Selected Company *******

    0 Headquarters

    0 Branches


List of Direct Company Relationships ($7.05)
List of All Company Relationships ($11.75)

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

D&B
Decide with Confidence

## CORPORATE FAMILY HIERARCHY
## ALL COMPANY RELATIONSHIPS

| | | | |
|---|---|---|---|
| **A)** | VELDA NV | Headquarters/Parent Location | 37-020-5288 |
| | ZELE BELGIUM | | |
| **B)** | DISTRIVA | Headquarters/Parent Location | 26-301-6503 |
| | NESLE FRANCE | | |
| **C)** | DISTRIVA | Branch Location | 73-919-5782 |
| | TREMBLAY EN FRANCE FRANCE | | |
| **B)** | VAN DAMME HOLDING CO | Headquarters/Parent Location | 19-566-4198 |
| | DEKALB ILLINOIS | | |
| **C)** | CAVEL INTERNATIONAL, INC | Single Location | 17-481-5167 |
| | DEKALB ILLINOIS | | |

**LEGEND:**

**LEVEL A** - ULTIMATE PARENT
**LEVEL B** - (SUBSIDIARY OF LEVEL A)
**LEVEL C** - (SUBSIDIARY OF LEVEL B)
**LEVEL D** - (SUBSIDIARY OF LEVEL C)
**LEVEL E** - (SUBSIDIARY OF LEVEL D)
Additional levels follow above pattern.

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



## BUSINESS RECORD

| | |
|---|---|
| D&B Completed Analysis: | 03-28-2007 |
| Database Last Updated: | 03-28-2007 |
| Source: | Copyright (c) 2002 by Dun & Bradstreet, Inc. |
| Current Date: | 04/01/2007 |

## COMPANY INFORMATION

| | |
|---|---|
| DUNS: | 17-481-5167 |
| Name: | CAVEL INTERNATIONAL, INC |
| ADDRESS: | 108 HARVESTORE DR |
| | DE KALB, IL 60115 |
| TELEPHONE: | 815-756-8051 |
| YEAR STARTED: | 1987 |

## BUSINESS DESCRIPTION

| | |
|---|---|
| LINE OF BUSINESS: | MFG PREPARED MEATS MT PKG |
| SIC CODE(S): | |
| 2013 | SAUSAGES & PREP.MEATS |
| 2011 | MEAT PACKING PLANTS |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

## SALES INFORMATION

TOTAL SALES:                $4,800,000

## EMPLOYEE INFORMATION

EMPLOYEES TOTAL:            40

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

HISTORY 06/27/06 LUC VAN DAMME, PRESIDENT DIRECTOR(S): THE OFFICER(S) BUSINESS STARTED 1987 BY OTHERS.
100% OF CAPITAL STOCK IS OWNED 4 BY LUC VAN DAMME.
LUC VAN DAMME BORN 1945.
1988-PRESENT ACTIVE HERE.
1966-1988 ACTIVE AS PRINCIPAL WITH VELDA, NV, ZELE, OSST VL, BELGIUM.
OPERATION 06/27/06 SUBSIDIARY OF VAN DAMME HOLDING CO, DE KALB, IL STARTED 1987 WHICH OPERATES AS A HOLDING COMPANY FOR TWO MEAT PACKING PLANTS AND A TRUCKING COMPANY.
PARENT COMPANY OWNS 100% OF CAPITAL STOCK.
PARENT COMPANY HAS TWO OTHER SUBSIDIARY(IES).
5 AS NOTED, THIS COMPANY IS A SUBSIDIARY OF VAN DAMME HOLDING CO. (INC), DUNS NUMBER 195664198, AND REFERENCE IS MADE TO THAT REPORT FOR BACKGROUND INFORMATION ON THE PARENT COMPANY AND ITS MANAGEMENT.
MANUFACTURES SAUSAGES OR OTHER PREPARED MEATS (50%).
OPERATES A MEAT PACKING PLANT, SPECIALIZING IN HORSE MEAT FOR HUMAN CONSUMPTION (50%).
HAS 5 ACCOUNT(S).
TERMS ARE CASH, CHECK OR CREDIT CARD AND NET 7 DAYS.
SELLS TO WHOLESALERS.
TERRITORY : INTERNATIONAL.
6 NONSEASONAL.
EMPLOYEES: 40 WHICH INCLUDES OFFICER(S).
FACILITIES: OWNS 16,000 SQ. FT. IN A ONE STORY CONCRETE BLOCK BUILDING.
LOCATION: RURAL SECTION 00-00(1NV /111) 99999 195664198 002111111 7 8

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

D&B
Decide with Confidence