# Attachment C to Declaration of Jennifer Fearing
# Civ. No. 06-0265



BUSINESS RECORD

D&B Completed Analysis:03-28-2007
Database Last Updated:03-28-2007
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:04/01/2007

**COMPANY INFORMATION**

DUNS:19-566-4198
Name:VAN DAMME HOLDING CO
ADDRESS:108 HARVESTORE DR
DE KALB, IL 60115
TELEPHONE:815-756-8051

YEAR STARTED:1987

**BUSINESS DESCRIPTION**

LINE OF BUSINESS:HOLDING COMPANY-HORSE MT PKG

SIC CODE(S):
  2011MEAT PACKING PLANTS
  4212LOC TRUCKG W/O STORG

**EMPLOYEE INFORMATION**

EMPLOYEES HERE:40
EMPLOYEES TOTAL:80


**COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION**

HISTORY 01/08/07 LUC VAN DAMME, PRES-SEC JAMES TUCKER, CONTROLLER DIRECTOR(S): THE OFFICER(S) BUSINESS STARTED 1987 BY PRESENT MANAGEMENT.
100% OF CAPITAL STOCK IS OWNED BY LUC VAN DAMME.
LUC VAN DAMME BORN 1945, NOT ACTIVE HERE.
1963-ACTIVE AS A PRINCIPAL OF THE PARENT COMPANY IN BELGIUM.
JAMES TUCKER.
WORK HISTORY UNKNOWN.
AFFILIATE: CAVEL CANADA MEAT PROCESSORS, OPERATES FROM EDMONTON, CANADA.
CORPORATION IS CURRENTLY DORMANT.
OPERATION 01/08/07 PARENT COMPANY OWNS 100% OF CAPITAL STOCK.
FOREIGN PARENT IS VELDA, NV, ZELE, OOST VL, BELGIUM, WHICH IS A MEAT DISTRIBUTOR.
PARENT COMPANY OWNS 100% OF CAPITAL STOCK.
AS NOTED, THIS COMPANY IS A SUBSIDIARY OF VELDA NV, DUNS #37-020-5288, AND REFERENCE IS MADE TO THAT REPORT FOR BACKGROUND INFORMATION ON THE PARENT COMPANY AND ITS MANAGEMENT.
THE FINANCIAL 6 CONDITION OF THE PARENT COMPANY IS UNDETERMINED.
OPERATES AS A HOLDING COMPANY FOR THREE SUBSIDIARIES, TWO WHICH OPERATE HORSE MEAT PACKING PLANTS, AND ONE WHICH OPERATES AS A LOCAL TRUCKING COMPANY.
THE PERCENTAGE BREAK DOWN WAS UNAVAILABLE.
TERMS ARE PRIMARILY CASH.
SELLS TO MEAT DISTRIBUTORS.
TERRITORY : INTERNATIONAL, PRIMARILY EUROPE.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**

```
NONSEASONAL.
EMPLOYEES: 80 WHICH INCLUDES OFFICER(S).
40 EMPLOYED HERE.
7 EMPLOYEE FIGURE IS CONSOLIDATED WITH SUBSIDIARIES.
FACILITIES: LEASES 20,000 SQ. FT. IN A ONE STORY STEEL BUILDING.
LOCATION: SUBURBAN BUSINESS SECTION ON SIDE STREET.
SUBSIDIARIES: THIS BUSINESS HAS ONE SUBSIDIARY LISTED BELOW.
THE EXTENT OF OWNERSHIP WHERE KNOWN, IS SHOWN IN PARENTHESIS FOLLOWING COMPANY
NAME: CAVEL WEST INC, REDMOND, OR (100% OWNED), STARTED 1988.
DUNS 8 #19-558-8587.
IT OPERATES AS A HORSE MEAT PACKING AND SLAUGHTERING PLANT.
INTERCOMPANY RELATIONS: NONE OTHER THAN COMMON MANAGEMENT.
NET WORTH AS OF DEC 31 1992 WAS $875,658.
00-00(2PG /001) 99999 370205288 002184184 H
```

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



FAMILY TREE REPORT

D&B Completed Analysis:02-16-2007
Database Last Updated:02-16-2007
Source:Copyright (c) 2002 by Dun & Bradstreet, Inc.
Current Date:04/01/2007

## COMPANY INFORMATION

DUNS:19-566-4198

Name:VAN DAMME HOLDING CO
Related Name(s):CAVEL INTL
Address:108 HARVESTORE DR
DEKALB, IL 60115-8604
Country:USA

Telephone:815-756-8051
Year Started:1987

## EXECUTIVE(S) INFORMATION

CEO Name/Title:LUC VAN DAMME, PRES-SEC

Executive Name: WILLIAM DEPAPETitle: GENERAL MANAGER
Executive Name: JAMES TUCKERTitle: CONTROLLER

## BUSINESS DESCRIPTION

Line of Business:MEAT PACKING PLANTS, NSK

Primary SIC:2011  MEAT PACKING PLANT
Secondary SICS(s):4212  LOCAL TRUCKING OPERATOR

## FINANCIAL INFORMATION

Net Worth (US):$NOT AVAILABLE
Net Worth (Local):$NOT AVAILABLE
Profit (US):$NOT AVAILABLE
Profit (Local):$NOT AVAILABLE
Currency:U.S. DOLLAR

## SALES INFORMATION

Annual Sales (US):$19,900,000
Annual Sales (Local):$19,900,000-ESTIMATED

## EMPLOYEE INFORMATION

Total Employees:80
Employees Here:40

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



```
                     CORPORATE FAMILY HIERARCHY SUMMARY

LEVEL A - VELDA NV - ULTIMATE PARENT
        0 Single
        1 Headquarters
        0 Branches

LEVEL B - (SUBSIDIARIES OF LEVEL A)
        0 Single
        2 Headquarters     ******* Selected Company *******
        1 Branches

LEVEL C - (SUBSIDIARIES OF LEVEL B)
        1 Single
        0 Headquarters
        0 Branches
```

List of Direct Company Relationships ($4.70)
List of All Company Relationships ($11.75)

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



## CORPORATE FAMILY HIERARCHY
## ALL COMPANY RELATIONSHIPS

**A)** VELDA NV Headquarters/Parent Location 37-020-5288
   ZELE BELGIUM

**B)** DISTRIVA Headquarters/Parent Location 26-301-6503
   NESLE FRANCE

   **C)** DISTRIVA Branch Location 73-919-5782
      TREMBLAY EN FRANCE FRANCE

**B)** VAN DAMME HOLDING CO Headquarters/Parent Location 19-566-4198
   DEKALB ILLINOIS

   **C)** CAVEL INTERNATIONAL, INC Single Location 17-481-5167
      DEKALB ILLINOIS


**LEGEND:**

**LEVEL A** - ULTIMATE PARENT
**LEVEL B** - (SUBSIDIARY OF LEVEL A)
**LEVEL C** - (SUBSIDIARY OF LEVEL B)
**LEVEL D** - (SUBSIDIARY OF LEVEL C)
**LEVEL E** - (SUBSIDIARY OF LEVEL D)
Additional levels follow above pattern.

END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**

```
COPYRIGHT 2007 DUN & BRADSTREET INC.

COMPREHENSIVE REPORT

DUNS: 19-566-4198
VAN DAMME HOLDING CO
   (FOREIGN PARENT IS VELDA            FINANCIAL STRESS CLASS: 1
   NV, ZELE, OOST VL, BELGIUM)         CREDIT SCORE CLASS:     3
   CAVEL INTL
                                                   KEY
108 HARVESTORE DR                      ===============================
AND BRANCH(ES) OR DIVISION(S)          LOWEST RISK       HIGHEST RISK
DE KALB IL 60115                            1   2    3    4    5
TEL: 815 756-8051


SIC:       20 11 42 12
LINE OF BUSINESS: HOLDING COMPANY-HORSE MEAT PACKING PLANT & LOCAL
                  TRUCKING COMPANY
YEAR STARTED:         1987
CONTROL DATE:         1987                        DATE PRINTED: APR 01 2007

CHIEF EXECUTIVE: LUC VAN DAMME, PRES-SEC

==================================================================================
EXECUTIVE SUMMARY

- The Financial Stress Class of 1 for this company shows that firms with this
  classification had a failure rate of 1.2% (120 per 10,000), which is
  lower than the average of businesses in D&B's database.
- The Credit Score Class of 3 for this company shows that 14.3% of firms with
  this classification paid one or more bills severely delinquent, which is
  lower than the average of businesses in D&B's database.
- Subject company's industry pays its bills an average 5 days beyond terms.
- Under present management control 20 years.
- No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database.
- History is clear.

==================================================================================
CREDIT CAPACITY SUMMARY

D&B Rating:      1R2               Payment Activity
                 (formerly --)        (based on 5 experiences):
                                      Average High Credit:     $750
# of Employees                        Highest Credit:          $1,000
Total:           80                   Total Highest Credits:   $2,850
                 (40 Here)


Worth:           -
Working Capital: -


==================================================================================
FINANCIAL STRESS SUMMARY

The Financial Stress Model predicts the likelihood of a firm ceasing business
without paying all creditors in full, or reorganizing or obtaining relief from
```

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&B's extensive data files.

```
Financial Stress Class:                                      1
(Highest Risk: 5; Lowest Risk: 1)

Incidence of Financial Stress Among
Businesses with this Class:                                  1.20%  (120 per 10,000)

Incidence of Financial Stress:                               2.60%  (260 per 10,000)
- Average of businesses in D&B's database

Financial Stress National Percentile:                        98
(Highest Risk: 1; Lowest Risk: 100)

Financial Stress Score:                                      1513
(Highest Risk: 1,001; Lowest Risk: 1,875)
```

The Financial Stress Score of this business is based on the following factors:

  - No record of open lien(s), or judgment(s) in the D&B files.
  - 78% of trade dollars indicate slow payment(s) are present.
  - Payment experiences exist for this firm which are greater than 60 days past due.

Notes:

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.

- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations with loss to creditors. The average Incidence of Financial Stress is based on businesses in D&B's database and is provided for comparative purposes.

- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&B's file.

- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.

- All Financial Stress Class, Percentile, Score and Incidence statistics are based on 2004.

================================================================================
FINANCIAL STRESS NORMS
                                                                      National
Norms for Companies in the Same ...                                   Percentile

    - Region  (EAST NORTH CENTRAL)                                         49

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
    - Industry: MANUFACTURING                                      52

    - Employee Range (20-99)                                       80

    - Years in Business Range (11-25)                              52

    - Subject Company                                              98
```

Key Comparisons
The subject company has a Financial Stress Percentile that shows:

- Lower risk than other companies in the same region.
- Lower risk than other companies in the same industry.
- Lower risk than other companies in the same employee size range.
- Lower risk than other companies with a comparable number of years in business.

======================================================================
CREDIT SCORE SUMMARY

The Credit Score Class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment information in D&B's files.

```
Credit Score Class:                                 3

Incidence of Delinquent Payment Among
Companies with this Class:                          14.30%

Incidence of Delinquent Payment:                    20.10%
- Average compared to businesses in D&B's database

Percentile:                                         48

Credit Score:                                       439
```

The Credit Score of this business is based on the following factors:

- 78% of trade dollars indicate slow payment(s) are present.
- Payment experiences exist for this firm which are greater than 60 days past due.
- No record of open suit(s), lien(s), or judgment(s) in the D&B files.

Notes:

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.

- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

- The Delinquency Rate is the percentage of companies with this
  classification that were reported 90 days past due or more by creditors.
  The calculation of this value is based on an inquiry weighted sample.

- The Percentile ranks this firm relative to other businesses. For example,
  a firm in the 80th percentile has a lower risk of paying in a severely
  delinquent manner than 79% of all scorable companies in D&B's files.

- The Credit Score offers a more precise measure of the level of risk than
  the Class and Percentile. It is especially helpful to customers using a
  scorecard approach to determining overall business performance.

- All Credit Class, Percentile, Score and Incidence statistics are based on
  sample data from 2004.

================================================================================
CREDIT SCORE NORMS

| Norms for Companies in the Same ... | National Percentile |
|---|---|
| - Region   (EAST NORTH CENTRAL) | 50 |
| - Industry: MANUFACTURING | 57 |
| - Employee Range (20-99) | 69 |
| - Years in Business Range (11-25) | 64 |
| - Subject Company | 48 |

Key Comparisons
The subject company has a Credit Score Percentile that shows:

- Higher risk than other companies in the same region.
- Higher risk than other companies in the same industry.
- Higher risk than other companies in the same employee size range.
- Higher risk than other companies with a comparable number of years in
  business.

================================================================================
PAYMENT TRENDS

PAYDEX scores below are based on dollar weighted trade in most recent 12 mos.

|  | '05 JUN | '05 SEP | '05 DEC | '06 MAR | '06 MAY | '06 JUN | '06 JUL | '06 AUG | '06 SEP | '06 OCT | '06 NOV | '06 DEC | '07 JAN | '07 FEB | '07 MAR | '07 APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRM | UN | UN | UN | UN | UN | UN | UN | UN | UN | UN | UN | 63 | UN | UN | UN | UN |
| Industry Quartiles | | | | | | | | | | | | | | | | |
| Upper | 80 | 80 | 80 | 80 | | 80 | | | 79 | | | 79 | | | | |
| Median | 78 | 78 | 78 | 78 | | 78 | | | 77 | | | 77 | | | | |
| Lower | 74 | 74 | 73 | 74 | | 74 | | | 73 | | | 73 | | | | |

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
    Industry PAYDEX based on:        KEY TO PAYDEX SCORES:
    SIC:  201X                        80      Within terms
    179 Firms                         78    3 Days Beyond Terms
                                      63   20 Days Beyond Terms
```

================================================================================
PAYMENTS

Note:
   Recent PAYDEX score(s) cannot be calculated due to insufficient payment
   information on the subject company.  In the absence of these scores, the
   following section lists those detailed payment records that are available
   in D&B's data files to help you with your review of this business.

   Antic - Anticipated (Payments received prior to date of invoice)
   Disc  - Discounted  (Payments received within trade discount period)
   Ppt   - Prompt      (Payments received within terms granted)

| REPORTED | PAYING RECORD | HIGH CREDIT | NOW OWES | PAST DUE | SELLING TERMS | LAST SALE WITHIN |
|---|---|---|---|---|---|---|
| 02/07 | Slow 30 | 750 | 100 | -0- | | 1 Mo |
|  | (002) | 500 | 500 | 100 | N30 | 1 Mo |
| 01/07 | Slow 30-90 | 1000 | 1000 | 1000 | | 1 Mo |
| 04/06 | Ppt | 500 | 500 | -0- | | 1 Mo |
| 03/06 | (005) | 100 | -0- | -0- | N30 | 6-12 Mos |

      * Payment experiences reflect how bills are met in relation to the
   terms granted.  In some instances payment beyond terms can be the
   result of disputes over merchandise, skipped invoices etc.
      * Each experience shown represents a separate account reported by a
   supplier.  Updated trade experiences replace those previously
   reported.

================================================================================
PUBLIC FILINGS SUMMARY

The following data includes both open and closed filings found in
D&B's database on the subject company.

| Record Type | # | Most Recent Filing Date |
|---|---|---|
| Bankruptcy Proceedings | 0 | - |
| Judgments | 0 | - |
| Liens | 0 | - |
| Suits | 0 | - |
| UCC's | 0 | - |

================================================================================
BUSINESS BACKGROUND

                                  HISTORY
--------------------------------------------------------------------------------

   The Corporate Details provided below may have been submitted by the
   management of the subject business and may not have been verified with

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

```
            the government agency which records such data.

            BUSINESS TYPE: CORPORATION -      DATE INCORPORATED: 02/26/1987
                           PROFIT              STATE OF INCORP:   DELAWARE

            AUTH SHARES-COMMON:  3,000
            PAR VALUE-COMMON:    $0.0100
            ------------------------------------------------------------------
01/08/07
            LUC VAN DAMME, PRES-SEC            JAMES TUCKER, CONTROLLER
            DIRECTOR(S):  THE OFFICER(S)

                 Business started 1987 by present management.  100% of capital
            stock is owned by Luc Van Damme.
                 LUC VAN DAMME born 1945, not active here. 1963-active as a
            principal of the parent company in Belgium.
                 JAMES TUCKER.  Work history unknown.
                 AFFILIATE: Cavel Canada Meat Processors, operates from Edmonton,
            Canada.  Corporation is currently dormant.

                                        OPERATIONS

01/08/07    Parent company owns 100% of capital stock.
                 Foreign parent is Velda, NV, Zele, Oost VL, Belgium, which is a
            meat distributor.  Parent company owns 100% of capital stock.
                 As noted, this Company is a subsidiary of Velda NV, DUNS
            #37-020-5288, and reference is made to that report for background
            information on the parent company and its management.  The financial
            condition of the parent company is undetermined.
                 Operates as a holding company for three subsidiaries, two which
            operate horse meat packing plants, and one which operates as a local
            trucking company.  The percentage break down was unavailable.
            Terms are primarily cash.  Sells to meat distributors.  Territory :
            International, primarily Europe.
            Nonseasonal.
                 EMPLOYEES:  80 which includes officer(s).  40 employed here.
            Employee figure is consolidated with subsidiaries.
                 FACILITIES:  Leases 20,000 sq. ft. in a one story steel building.
                 LOCATION:  Suburban business section on side street.
                 SUBSIDIARIES:  This business has one subsidiary listed below.
            The extent of ownership where known, is shown in parenthesis following
            company name:

                 Cavel West Inc, Redmond, OR (100% owned), started 1988.  DUNS
            #19-558-8587.  It operates as a horse meat packing and slaughtering
            plant.  Intercompany relations:  None other than common management.
            Net worth as of Dec 31 1992 was $875,658.


===============================================================================
FINANCIAL SUMMARY


                                  KEY BUSINESS RATIOS


NOTE:
D&B has been unable to obtain sufficient financial information from this
company to calculate business ratios.  Our check of additional outside sources
also found no information available on its financial performance.


                  © 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.
```

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

(Industry Norms Based on 25 Establishments)

|  | Profitability % | | Short-Term Solvency | | Efficiency (%) | | Utilization (%) | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Return on Sales | Return on Net Worth | Curr Ratio | Quick Ratio | Assets/ Sales | Sales/ Net working Capital | Total Liabs/ Net Worth | |
| Firm | UN | UN | UN | UN | UN | UN | UN | |
| Industry Median | 1.8 | 9.0 | 1.7 | 0.5 | 49.5 | 8.3 | 93.6 | |
| Industry Quartile | UN | UN | UN | UN | UN | UN | UN | |

UN = Unavailable

FINANCIAL INFORMATION

01/08/07    Sources contacted declined information on January 4, 2007.

================================================================================
CUSTOMER SERVICE

If you need any additional information, or have any questions regarding this report, please call our Customer Service Center at (800) 234-3867 from anywhere within the U.S.  From outside the U.S., please call your local D&B office.

END OF COMPREHENSIVE REPORT
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.