# Attachment D to Declaration of Jennifer Fearing
# Civ. No. 06-0265



### FAMILY TREE REPORT

D&B Completed Analysis:   02-16-2007

Database Last Updated:    02-16-2007

Source:                   Copyright (c) 2002 by Dun & Bradstreet, Inc.

Current Date:             04/02/2007

### COMPANY INFORMATION

DUNS:                     37-020-5288

Name:                     VELDA NV

Registered Address:       LOKERENBAAN 131

                          ZELE 9240

Country:                  BELGIUM

Telephone:                52447503

Fax:                      52447503

Year Started:             1951

### EXECUTIVE(S) INFORMATION

CEO Name/Title:           LUC VAN DAMME, MANAGING DIRECTOR,DIRECTOR,GENERAL MANAGER

Executive Name: MONIQUE MULCKHUYSE    Title: DIRECTOR

Executive Name: JERRY VAN    Title: DIRECTOR

DAMME

Executive Name: FILIP DEFRANCQ    Title: DIRECTOR,MANAGER SALES,MARKETING

Executive Name: LUC VAN DAMME    Title: MANAGER HUMAN RESOURCES

Executive Name: B. HOLEMANS    Title: DATA PROCESSING MANAGER

## BUSINESS DESCRIPTION

Line of Business:    MEATS AND MEAT PRODUCTS, NSK

SIC Code(s):

Primary SIC:    5147 WHOL MEATS/PRODUCTS

Secondary SICS(s):    2011 MEAT PACKING PLANT

## FINANCIAL INFORMATION

Net Worth (US):    $6,588,839

Net Worth (Local):    5,619,000-ACTUAL

Profit (US):    $709,423

Profit (Local):    605,000-ACTUAL

Currency:    EURO

## SALES INFORMATION

Annual Sales (US):    $59,312,453

Annual Sales (Local):    50,582,000-ACTUAL

## EMPLOYEE INFORMATION

Total Employees:    31

Employees Here:    31

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

### CORPORATE FAMILY HIERARCHY SUMMARY

LEVEL A - VELDA NV - ULTIMATE PARENT
    0 Single

    1 Headquarters ******* Selected Company *******

    0 Branches

LEVEL B - (SUBSIDIARIES OF LEVEL A)
    0 Single

    2 Headquarters

    1 Branches

LEVEL C - (SUBSIDIARIES OF LEVEL B)
    1 Single

    0 Headquarters

    0 Branches

List of Direct Company Relationships ($2.35)
List of All Company Relationships ($11.75)

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.



Decide with Confidence

### CORPORATE FAMILY HIERARCHY
### ALL COMPANY RELATIONSHIPS

**A)**    VELDA NV            Headquarters/Parent      37-020-5288
                                     Location

         ZELE BELGIUM

     **B)** DISTRIVA            Headquarters/Parent      26-301-6503
                                     Location

      NESLE FRANCE

      **C)** DISTRIVA                    Branch Location      73-919-5782

         TREMBLAY EN FRANCE
         FRANCE

      **B)** VAN DAMME HOLDING CO      Headquarters/Parent Location      19-566-4198

         DEKALB ILLINOIS

      **C)** CAVEL INTERNATIONAL, INC    Single Location      17-481-5167

         DEKALB ILLINOIS

**LEGEND:**

**LEVEL A** - ULTIMATE PARENT
**LEVEL B** - (SUBSIDIARY OF LEVEL A)
**LEVEL C** - (SUBSIDIARY OF LEVEL B)
**LEVEL D** - (SUBSIDIARY OF LEVEL C)
**LEVEL E** - (SUBSIDIARY OF LEVEL D)
Additional levels follow above pattern.

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.