# Attachment E to Declaration of Jennifer Fearing
# Civ. No. 06-0265



## FAMILY TREE REPORT

| | |
|---|---|
| D&B Completed Analysis: | 02-16-2007 |
| Database Last Updated: | 02-16-2007 |
| Source: | Copyright (c) 2002 by Dun & Bradstreet, Inc. |
| Current Date: | 04/02/2007 |

## COMPANY INFORMATION

| | |
|---|---|
| DUNS: | 26-301-6503 |
| Name: | DISTRIVA |
| Address: | ZONE INDUSTRIELLE NORD |
| | NESLE 80190 |
| Country: | FRANCE |
| Telephone: | 322882182 |
| Fax: | 322783296 |
| Year Started: | 1971 |

## EXECUTIVE(S) INFORMATION

CEO Name/Title:    LUC VAN DAMME, CHAIRMAN & MANAGING DIRECTOR

Executive Name: VAN STEEN  Title: MANAGER ADMINISTRATION

## BUSINESS DESCRIPTION

Line of Business:            MEATS AND MEAT PRODUCTS, NSK

SIC Code(s):

Primary SIC:                 5147 WHOL MEATS/PRODUCTS

## FINANCIAL INFORMATION

Net Worth (US):              $2,934,755

Net Worth (Local):           2,410,674-ACTUAL

Profit (US):                 $48,997

Profit (Local):              40,247-ACTUAL

Currency:                    EURO

## SALES INFORMATION

Annual Sales (US):           $31,560,955

Annual Sales (Local):        25,924,885-ACTUAL

## EMPLOYEE INFORMATION

Total Employees:             13

Employees Here:              6

## COMPANY HISTORY/OPERATIONS/RELATIONSHIPS & OTHER INFORMATION

CORPORATE FAMILY HIERARCHY SUMMARY

LEVEL A - VELDA NV - ULTIMATE PARENT
    0 Single

    1 Headquarters

    0 Branches


LEVEL B - (SUBSIDIARIES OF LEVEL A)
    0 Single

    2 Headquarters ******* Selected Company *******

    1 Branches

LEVEL C - (SUBSIDIARIES OF LEVEL B)
    1 Single

    0 Headquarters

    0 Branches

<u>List of Direct Company Relationships ($4.70)</u>
<u>List of All Company Relationships ($11.75)</u>

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.


D&B
Decide with Confidence