# Attachment G to Declaration of Jennifer Fearing
## Civ. No. 06-0265



**Sharon Holmes - County Clerk**
Administration Building
110 East Sycamore Street, Sycamore, IL 60178
Hours: 8:30 A.M. - 4:30 P.M.
(815) 895-7152
FAX: (815) 895-7148
slarson@dekalbcounty.org

**Christine J. Johnson - Treasurer**
Administration Building
110 East Sycamore Street, Sycamore, IL 60178
Hours: 8:30 A.M. - 4:30 P.M.
(815) 895-7112
FAX: (815) 895-1695
Treasurer@dekalbcounty.org

**Margaret Whitwell - Chief County Assessment Officer**
Administration Building
110 East Sycamore Street, Sycamore, IL 60178
Hours: 8:30 A.M. - 4:30 P.M.
(815) 895-7120
FAX: (815) 895-1684
ccao@dekalbcounty.org

# Search Results
*Created by The Information Management Office*

Sunday, April 01, 2007

PLEASE NOTE: ALL INFORMATION IS FOR THE 2005 TAX YEAR UNLESS OTHERWISE NOTED.

### 2005 Tax Bill Address Information  QUESTIONS?

*Click here for a map of this property* View Map!

**Parcel Number**
0834300046

**Site Address**
108 HARVESTORE DR DEKALB

**Tax Bill Mailed To**    (2005 tax bill, payable 2006)
LUC VAN DAMME

**Tax Bill Mailing Address**    (2005 tax bill, payable 2006)
108 HARVESTORE DR DEKALB IL

**Current Owner**
AMERICAN NATL BANK TR 2673

### 2005 Tax Bill Payments  QUESTIONS?

| Installment | Date Paid  | Amount Paid | Paid By                    | Type    |
|-------------|------------|-------------|----------------------------|---------|
| 1           | 05/30/2006 | $13,948.60  | AMERICAN NATL BANK TR 2673 | TAXPAID |
| 2           | 08/28/2006 | $13,948.60  | CAVEL INTERNATIONAL INC.   | TAXPAID |

**Redemption Information**
Redemption information does not exist for this property.

### 2005 Tax Bill Details  QUESTIONS?

**Total Taxes Billed**
$27,897.20 (Total Taxes Billed includes Drainage Tax of:  $0.00 )

Installment 1 Due 06/02/2006: $13,948.60*
Installment 2 Due 09/01/2006: $13,948.60**

*If postmarked after these dates,     send in the amount below which includes a 1.5% per month penalty
   06/02/2006                    $14,157.83
   07/02/2006                    $14,367.06
   08/02/2006                    $14,576.29
   09/02/2006                    $14,785.52

**If postmarked after these dates,     send in the amount below which includes a 1.5% per month penalty
   09/01/2006                    $14,157.83
   09/15/2006                    $14,167.83

IF YOU ARE PAYING WITHOUT AN ORIGINAL TAX BILL, PLEASE ADD THE $2.00 DUPLICATE BILL FEE TO YOUR CHECK.
IF YOU ARE ATTEMPTING TO PAY THIS BILL AFTER 9/15/2006, PLEASE CALL OUR OFFICE FOR A PAYOFF AMOUNT (815-895-7112).

### 2005 Assessment Details (Board of Review Equalized)  QUESTIONS?

| Non-Farm Land/Lot | Non-Farm Building | Farm Land/Lot | Farm Building | Total Assessment | Partial Assessment? (Y/N) |
|-------------------|-------------------|---------------|---------------|------------------|---------------------------|
| $33,439           | $310,188          | $0            | $0            | $343,627         | N                         |

### 2006 Assessment Details (Board of Review)  QUESTIONS?

| Non-Farm Land/Lot | Non-Farm Building | Farm Land/Lot | Farm Building | Total Assessment | Partial Assessment? (Y/N) |
|-------------------|-------------------|---------------|---------------|------------------|---------------------------|
| $35,930           | $333,297          | $0            | $0            | $369,227         | N                         |

### 2005 Exemptions  QUESTIONS?

Exemption information does not exist for the 2005 tax year for this property.

### 2005 Tax Bill Overview  QUESTIONS?

**Tax Code**   *Click the link for Tax Code Details for tax code descriptions* Tax Code Details
DK13

**Tax Rate**
8.11845

**Net Taxable Value (after exemptions)**
$343,627

**Tax Status**
Taxable

### Most Recent Sale QUESTIONS?

Sales Information does not exist for this property

### 2005 Property Description QUESTIONS?

**Acreage**
5

**Lot Dimensions**

**Brief Property Description**
PT OF SW1/4 SEC 34 T40N R4E

### 2005 Land Use Information QUESTIONS?

**Land Use Description (if available)**

**Property Class Description**
0060 Improved Commercial

### 2005 Zoning Information QUESTIONS?

**Zoning Notes**

**Part of 4.02.D.2 Split?**

| Zoning Classification | Special Use (y/n)? | Special Use Ordinance | Special Use Case # | Notes |
|---|---|---|---|---|
| INC | N | | | |

| Variance Case Number | Variance Ordinance | Notes |
|---|---|---|
| | | |