# Attachment I to Declaration of Jennifer Fearing
# Civ. No. 06-0265

**US Equine Slaughter Statistics**

| Reported as of: | 4/2/2007 |
|---|---|
| Through Week Ending: | 3/10/2007 |

| Week Ending | Equines Slaughtered in US Plants | | | | Equines Exported from US for Slaughter | | | | American Equines | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Canadian Imports | | American Equines | Total | to Mexico | to Canada | to Japan | Total | | |
| | to Illinois | to Texas | | | | | | | | |
| | | | | | (number of equines) | | | | | |
| | (1) | (2) | (3) | (1)+(2)+(3) (4) | (5) | (6) | (7) | (5)+(6)+(7) (8) | (3) + (8) (9) | (4)+(8) (10) |
| 7-Jan-07 | 28 | - | 1,689 | 1,717 | 44 | - | - | 44 | 1,733 | 1,761 |
| 14-Jan-07 | 29 | 32 | 2,073 | 2,134 | 609 | - | - | 609 | 2,682 | 2,743 |
| 21-Jan-07 | 29 | - | 1,504 | 1,533 | 151 | - | - | 151 | 1,655 | 1,684 |
| 28-Jan-07 | 58 | 30 | 1,399 | 1,487 | 217 | 2,208 | 5 | 2,430 | 3,829 | 3,917 |
| 3-Feb-07 | 59 | - | 789 | 848 | 455 | | | 455 | 1,244 | 1,303 |
| 10-Feb-07 | 53 | - | 1,133 | 1,186 | 493 | | | 493 | 1,626 | 1,679 |
| 17-Feb-07 | 58 | - | 960 | 1,018 | 522 | | | 522 | 1,482 | 1,540 |
| 24-Feb-07 | 93 | - | 1,102 | 1,195 | 684 | | | 684 | 1,786 | 1,879 |
| 3-Mar-07 | 90 | - | 1,051 | 1,141 | 406 | | | 406 | 1,457 | 1,547 |
| 10-Mar-07 | 31 | - | 1,141 | 1,172 | 290 | | | 290 | 1,431 | 1,462 |
| 17-Mar-07 | 30 | - | 1,113 | 1,143 | 367 | | | 367 | 1,480 | 1,510 |
| 24-Mar-07 | 55 | - | N/A | 55 | 649 | | | 649 | #VALUE! | N/A |

*Through 17-Mar-07****

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2007 YTD** | 558 | 62 | 13,954 | 14,574 | 4,238 | | | | | |
| **2006 (Same Period** | 881 | 168 | 18,437 | 19,486 | 1,354 | | | | | |
| **Variance** | (323) | (106) | (4,483) | (4,912) | 2,884 | | | | | |
| **Percent Change** | -36.7% | -63.1% | -24.3% | -25.2% | 213.0% | | | | | |
| **2007 Weekly Avg** | 51 | 6 | 1,269 | 1,325 | 385 | | | | | |
| **2006 Weekly Avg** | 80 | 15 | 1,676 | 1,771 | 123 | | | | | |
| **Variance** | (29) | (10) | (408) | (447) | 262 | | | | | |

Sources: USDA APHIS, "Canadian Live Animal Imports into the U.S. by Destination," weekly reports listed at http://www.ams.usda.gov/mnreports/WA_LS637.txt, USDA Market News Service, "US to Mexico Weekly Livestock Export Summary," http://www.ams.usda.gov/mnreports/AL_LS635.txt and USDA NASS, "Equine Slaughter" data series, query conducted at http://www.nass.usda.gov:8080/QuickStats/index2.jsp, Export to Japan and Canada from USDA FAS Live Horses Excluding Purebred for Breeding. More precise figures pending from USDA.

***Note: US slaughter data lags the Canadian/Mexican import data and the Mexican export data by up to a week. Canadian and Japanese export data is not released weekly, and usually lags the other data by up to a month.