# Attachment J to Declaration of Jennifer Fearing
## Civ. No. 06-0265

Northern Illinois Market Facts
2 0 0 6

Sycamore Public Library, Sycamore



DEKALB CO.



dekalb

# DeKalb County
# Places, Townships, and Airport



Note: Figures in each Place are 2004 Census Population estimates.
Map prepared by the Regional Development Institute, NIU-Outreach.
Split places show each county's portion.

## DeKALB COUNTY

Population Density 2005
150.5 persons
per square mile

Figure 17A    Population Trends and Projections

|  | Total 1990 | Total 2000 | Total 2005 (est.) | Total 2015 (proj.) |
|---|---|---|---|---|
| DeKalb Co. Population | 77,932 | 88,969 | 95,455 | 102,938 |
| Percent of Northern Illinois | 9.6% | 10.0% | 10.3% | 10.4% |

Sources: U.S. Census Bureau and Woods & Poole 2005
Note: 1990, and 2000 are actual census counts. 2005 is a Woods & Poole estimate; 2015 is a Woods & Poole projection.

Median Age of
County Population
30.00



Figure 17B    Age Distribution in 2005 by Percent of Population

Source: Woods & Poole, 2005
Note: Numbers may not add up to 100.0% due to computer rounding.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━ Northern Illinois Market Facts 2006 ━━━



**DeKALB COUNTY**

Figure 17C    County Minority Population by Percent

*Other is Asian/Pacific Islander and American Indian.
Sources: 1990, 2000 Census; Woods & Poole, 2005

Figure 17D    Household Trends and Projections

|  | 1990 | 2000 | 2005 (est.) | 2015 (proj.) |
|---|---|---|---|---|
| **Number of Households** | 26,413 | 31,674 | 34,895 | 39,192 |
| Percent of Northern Illinois | 8.7% | 9.3% | 9.7% | 10.0% |
| DeKalb Co.: Persons per Household | 2.56 | 2.56 | 2.52 | 2.46 |
| Northern Illinois: Persons per Household | 2.59 | 2.55 | 2.58 | 2.53 |

Source: 1990, 2000 Census; Woods & Poole, 2005

━━━ Northern Illinois Market Facts 2006 ━━━

## DeKALB COUNTY



Figure 17E    Highest Educational Attainment: Percent of Persons Age 25 and Over

Sources: U.S. Census Bureau; Easy Analytic Software, Inc., 2005
See Figure 3 in the Regional Section for comparisons.

County Average Low Income Students: 13.79%

Figure 17F    County High School Information 2004-2005

|  | Avg. ACT Score | 3-Yr. ACT Avg. Score | Dropout Rate | Grad. Rate | District Operating Expend. Per Pupil | District Educational Expend. Per Pupil |
|---|---|---|---|---|---|---|
| DeKalb H.S. | 20.9 | 21.0 | 1.8 | 83.2 | $7,743 | $4,812 |
| Genoa-Kingston H.S. | 18.9 | 19.4 | .6 | 92.2 | $5,888 | $3,382 |
| Hiawatha Jr/Sr H.S. | 19.4 | 20.2 | 1.2 | 100.0 | $8,190 | $5,120 |
| Hinckley-Big Rock H.S. | 21.0 | 20.1 | .7 | 89.3 | $9,802 | $5,065 |
| Indian Creek H.S. | 20.1 | 19.7 | 2.0 | 100.0 | $8,352 | $4,851 |
| Sandwich Community H.S. | 19.7 | 19.4 | 2.1 | 82.8 | $6,392 | $4,183 |
| Somonauk H.S. | 20.4 | 20.6 | 1.2 | 100.0 | $7,988 | $4,522 |
| Sycamore H.S. | 21.8 | 20.7 | 1.9 | 96.9 | $8,415 | $4,575 |
| Northern Illinois Average | 20.1 | 19.8 | 2.5% | 91.0% | | |

Source: Illinois State Board of Education, Illinois School Report Card 2005
Note: The average ACT score is the average for all students taking the ACT.

═══════ Northern Illinois Market Facts 2006 ═══

## DeKALB COUNTY

Figure 17G    Labor Force Participation Characteristics

|  | 1990 | 2000 |
|---|---|---|
| Total in Civilian Labor Force | 41,762 | 48,878 |
| % of persons 16 and over | 66.4 | 69.3 |
| % unemployed | 3.9 | 6.1 |
| % of persons 65 and over | 13.2 | 15.1 |
| % of women in labor force | 59.6 | 63.6 |
| % of labor force that is female | 46.9 | 46.8 |
| % self-employed | 6.6 | 5.9 |
| % white collar | 56.6 | 74.4 |
| Of Those Working 50-52 Weeks in the Previous Year: | | |
| % working less than 35 hours a week | 16.9 | 17.1 |
| % females working less than 35 hours a week | 26.9 | 24.9 |
| % males working less than 35 hours a week | 9.8 | 11.1 |

Source: U.S. Census Bureau
Note: For residents 16 years old and over.



Figure 17H    Travel Time to Work, 2000-2010

| | 2000 | 2005 | 2010 |
|---|---|---|---|
| Work at Home | 3.3 | 3.5 | 3.8 |
| Less than 15 minutes | 42.8 | 40.6 | 38.5 |
| 15 to 29 minutes | 22.8 | 22.6 | 22.4 |
| 30 to 59 minutes | 22.6 | 23.6 | 24.6 |
| 60 minutes or more | 8.5 | 9.7 | 10.8 |

Source: Easy Analytic Software, Inc., 2005

━━━ Northern Illinois Market Facts 2006 ━━━

## DeKALB COUNTY

Figure 17I  Estimated Distribution of County Employment by Industry (Percent)

|  | DeKalb 1990 | N IL 1990 | DeKalb 2000 | N IL 2000 | DeKalb 2005 | N IL 2005 |
|---|---|---|---|---|---|---|
| Farming | 3.5% | 4.4% | 2.8% | 3.5% | 2.3% | 3.1% |
| Ag Services/Forest & Fishing | 1.3 | 1.1 | 1.5 | 1.3 | 1.2 | 1.2 |
| Mining | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 |
| Construction | 4.4 | 4.7 | 5.6 | 5.4 | 5.5 | 5.9 |
| Manufacturing | 17.0 | 24.2 | 14.1 | 19.3 | 11.2 | 16.0 |
| Transportation/ Utilities | 2.7 | 4.4 | 2.5 | 4.8 | 2.4 | 5.0 |
| Wholesale Trade | 2.6 | 4.1 | 2.2 | 4.0 | 2.7 | 4.1 |
| Retail Trade | 15.5 | 15.8 | 16.9 | 16.8 | 16.9 | 16.2 |
| F.I.R.E. | 5.0 | 5.9 | 6.5 | 6.8 | 8.3 | 8.0 |
| Services | 20.4 | 23.1 | 23.4 | 26.2 | 24.8 | 28.1 |
| Government | 27.3 | 25.4 | 24.4 | 11.6 | 24.3 | 12.2 |
| Total no. of jobs | 40,366 | 424,589 | 47,890 | 492,111 | 50,302 | 501,393 |

Source: Woods & Poole, 2005
NOTE: employment measured by "place of work".

Note: Columns may not add up to 100.0% due to rounding. In some cases, historical data have been re-estimated.



Figure 17J  Concentration of County Employment by Industry Sectors, 2005

Values (Index of Concentration): Farming 0.84, Mining 0.92, Construction 0.94, Manufacturing 0.70, Transportation Utilities 0.47, Wholesale Trade 0.65, Retail Trade 1.04, F.I.R.E. 1.04, Services 0.88, Government 1.99

Sources: Woods & Poole 2005; Northern Illinois University

Note: Values greater than 1.0 indicate a local employment concentration greater than the same sector in the Northern Illinois region.



Figure 17K    Historic Distribution of Employment by Industry Sectors (Percent)

Source: Woods & Poole, 2005

**DeKALB COUNTY**

Figure 17L    Top Manufacturing Industries, 2003

|  | Employment | Establishments |
|---|---|---|
| Manufacturing Total | 5,342 | 131 |
| Fabricated Metal Product Manufacturing | 853 | 27 |
| Computer & Electronic Product Manufacturing | 782 | 6 |
| Machinery Manufacturing | 715 | 16 |
| Transportation Equipment Manufacturing | 704 | 6 |
| Plastics & Rubber Products Manufacturing | 510 | 5 |

Changes in Top Manufacturing Industry Employment, 1998-2003

|  | 1998 | 2003 |
|---|---|---|
| Manufacturing Total | 6,908 | 5,342 |
| Plastics & Rubber Products Manufacturing | 681 | 510 |
| Fabricated Metal Product Manufacturing | 945 | 853 |
| Machinery Manufacturing | 926 | 715 |
| Computer & Electronic Product Manufacturing | 1,864 | 782 |
| Transportation Equipment Manufacturing | 242 | 704 |

Source: County Business Patterns, 1998, 2003
*NIU estimates

━━━ Northern Illinois Market Facts 2006 ━━━

## DeKALB COUNTY

State Annual Average

1998 - 4.5
1999 - 4.3
2000 - 4.3
2001 - 5.4
2002 - 6.5
2003 - 6.6
2004 - 6.1
2005 - 5.7

NA: Data are not available to avoid disclosure and have not been estimated by NIU.



Figure 17M   Unemployment Rates by Month (Percent)

Source: Illinois Department of Employment Security

Figure 17N   County Business Patterns 2003, North American Industrial Classifications (NAICS)

|  | Total Establishments | Number of Employees* | Avg. Annual Payroll/Employee* |
|---|---|---|---|
| Ag. Support, Forestry, Fishing & Hunting | 5 | 10 | NA |
| Mining | 3 | NA | NA |
| Utilities | 2 | NA | NA |
| Construction | 297 | 1,270 | $40,854 |
| Manufacturing | 131 | 5,343 | $38,351 |
| Wholesale Trade | 84 | 623 | $43,231 |
| Retail Trade | 326 | 4,628 | $17,898 |
| Transportation & Warehousing | 61 | 1,101 | $29,139 |
| Information | 37 | 508 | $31,287 |
| Finance & Insurance | 122 | 1,315 | $39,793 |
| Real Estate & Rental & Leasing | 74 | 462 | $19,255 |
| Prof., Scientific, & Technical Services | 151 | 781 | $24,431 |
| Mgmt. of Companies & Enterprises | 8 | 210 | $73,124 |
| Adm./Support & Waste Mgmt./Remediation Services | 95 | 794 | $21,071 |
| Educational Services | 16 | 179 | $11,218 |
| Health Care & Social Assistance | 172 | 4,047 | $27,124 |
| Arts, Entertainment, & Recreation | 30 | 257 | $15,350 |
| Accommodation & Food Services | 181 | 2,904 | $8,409 |
| Other Services (except Public Administration) | 222 | 1,217 | $16,326 |
| Auxiliary/Unclassified | 5 | NA | NA |
| **Total Establishments, Employment and Average Annual Pay** | **2,022** | **25,699** | **$26,855** |

*Undisclosed employment totals for some industries have been estimated by NIU. Employment counts do not include government employment. Source: County Business Patterns, 2003

**DeKALB COUNTY**

Figure 17O    Comparison of Equalized Assessed Valuations by Class of Property, 2002, 2003, 2004 (Thousands of Dollars)*

|  | Assessment Years | | | % Change 03-04 | 2004 Average Tax Rate* |
|---|---|---|---|---|---|
|  | 2002 | 2003 | 2004 | | |
| Residential | $878,663 | $962,960 | $1,028,197 | 6.8% | $8.07 |
| Farm | $184,133 | $179,372 | $171,844 | -4.2% | 7.61 |
| Commercial | $300,083 | $314,082 | $328,679 | 4.6% | 8.26 |
| Industrial | $56,144 | $55,902 | $58,328 | 4.3% | 8.33 |

Source: County Clerks' Offices PTAX 250
*Average tax rate per $100 of equalized assessed valuation.

Figure 17P    Residential Housing Information

|  | 1990 | 2005 |
|---|---|---|
| Housing Units | 27,351 | 39,000 |
| % Vacant Units | 3.4% | 3.6% |
| Median Housing Value | $81,200 | $134,646 |
| Median Sale Price of Existing Houses | NA | $184,000 |
| Occupied Rental Units | 11,062 | 14,943 |
| Median Rent | $354 | $520 |

Sources: 1990 Census; Easy Analytic Software, Inc., 2005; Illinois Association of Realtors, 2005
Note: Price is 3rd quarter median sale price.

Figure 17Q    Residential Migration Patterns

|  | 1990 | 2000 |
|---|---|---|
| **Persons 5 yrs and older** | 73,037 | 83,370 |
| Residing in same house as 5 yrs ago | 43.5% | 45.7% |
| Lived in a different house in the U.S.: | | |
| Same State | 48.6% | 46.3% |
| Residing in different house, same county | 19.9% | 18.7% |
| Residing in a different county | 28.7% | 27.6% |
| Different State | 6.6% | 5.7% |
| Lived Abroad | 1.4% | 2.4% |
| % Foreign Born of Total Population | 4.3% | 5.8% |

Source: 1990, 2000 Census

## DeKALB COUNTY

**Foreign Owned Agricultural Land**

1992     23 parcels
            7,062 acres

1996     27 parcels
            6,083 acres

2002     29 parcels
            6,418 acres

**Number of Farms in DeKalb County**

1982 - 1,150
1987 - 1063
1992 - 942
1997 - 828
2002 - 816

**Average Illinois Price Per Bushel**

2003 est. for 2002
Corn $2.32
Soybeans $5.50

2004 est. for 2003
Corn $2.35
Soybeans $7.50

2005 est. for 2004
Corn $2.00
Soybeans $5.05

---

Figure 17R     Land in Farms, 1997 and 2002

|  | 1997 | % of Total Land | 2002 | % of Total Land |
|---|---|---|---|---|
| DeKalb Co. (acres) | 368,076 | 90.2 | 359,352 | 88.1 |
| Northern Illinois (acres) | 4,207,329 |  | 4,197,717 |  |

Source: U.S. Department of Agriculture, 2002 Census of Agriculture

Figure 17S     Harvested Cropland, Total Market Value of Crops Sold, 1997 and 2002

|  | 1997 | % of Region Total | 2002 | % of Region Total |
|---|---|---|---|---|
| DeKalb Co. Harvested Cropland (acres) | 350,465 | 9.7 | 340,614 | 9.4 |
| Northern Illinois Harvested Cropland (acres) | 3,610,638 |  | 3,631,007 |  |
| DeKalb Co. Market Value of Products Sold ($1,000) | 183,396 | 11.4 | 174,540 | 11.5 |
| Northern Illinois Market Value of Products Sold ($1,000) | 1,614,548 |  | 1,514,679 |  |

Source: U.S. Census Bureau, 2002 Census of Agriculture
Note: Region now includes Grundy, LaSalle, and Kendall Counties.

Figure 17T     Major Crop Production

|  | 2002 | 2003 | 2004 |
|---|---|---|---|
| **Corn** |  |  |  |
| Production (bushels) | 27,604,800 | 32,555,000 | 36,720,000 |
| Yield (bushels/acre) | 144 | 170 | 180 |
| % of Northern Total | 9.0% | 9.4% | 9.2% |
| **Soybeans** |  |  |  |
| Production (bushels) | 6,343,400 | 4,557,000 | 6,266,000 |
| Yield (bushels/acre) | 46 | 35 | 52 |
| % of Northern Total | 9.7% | 10.1% | 9.4% |

Source: Illinois Department of Agriculture, 2005

Northern Illinois Market Facts 2006



Figure 17U  Per Capita Retail Sales by Retail Stores in County, 2004 (Dollars)

Sources: Illinois Department of Revenue, 2005; 2004 Census Estimates



Figure 17V  Distribution of Sales by Retail Stores in County, 2004 (Percent)

Source: Illinois Department of Revenue, 2005

## DeKALB COUNTY

Per Capita Retail Sales Totals

DeKalb County
$21,920

N Illinois Region
$12,855

Northern Illinois Market Facts 2006

## DeKALB COUNTY

Note: In some cases, historical data have been re-estimated.

Figure 17W  Per Capita Income, 1990, 2000, and 2005 (estimated), Current Dollars

|  | 1990 | 2000 | 2005 (est.) | Annualized % Change 1990-2005 |
|---|---|---|---|---|
| DeKalb Co. | $16,642 | $ 26,448 | $ 28,533 | 1.9% |
| Northern Illinois | $17,343 | $ 26,235 | $ 29,503 | 3.0% |
| Illinois | $20,744 | $ 31,843 | $ 36,577 | 3.5% |

|  | County | State | U.S. |
|---|---|---|---|
| Wealth Index | 90.47 | 108.12 | 100.00 |

Source: Woods & Poole, 2005

Figure 17X  Household Income

|  | 1990 | 2000 | 2005 |
|---|---|---|---|
| Households w/Money Income | 26,513 | 31,669 | 37,588 |
| Less than $25,000 | 39.8% | 26.6% | 25.0% |
| $25,000-50,000 | 37.0% | 27.4% | 25.9% |
| $50,001-100,000 | 20.8% | 35.9% | 36.2% |
| More than $100,000 | 2.5% | 10.1% | 12.9% |
| Median Household Income | $30,864 | $45,828 | $49,120 |

Source: U.S. Census Bureau; Easy Analytic Software, Inc., 2005

Figure 17Y   Health and Social Services in the County Economy 2005

|  | | Share of Total |
|---|---|---|
| Health and Social Service Sector Workers as a Share of Total Employment* | 3,166 | 13.3% |
| Health and Social Service Sector Businesses as a Share of Total Businesses | 147 | 8.4% |
| Consumer Expenditures on Health Care** | $179,232,200 | 10.8% |
| Per Capita Health Expenditures | $1,878 | |

Source: Easy Analytic Software, Inc., 2005
*Employment by place of work
**Includes health care, health insurance, medical services, drugs, medical supplies.
Note: Not all expenditures are made in the county, especially for health insurance, but a large percentage is spent locally.

**DeKALB COUNTY**

Number of Hospitals in DeKalb County: 3

Beds: 324

2005 Population: 95,455

Licensed Hospital Beds per 10,000 people: 33.9



Figure 17Z   Criminal Offenses Reported in DeKalb County, 2004 (Per 10,000 Persons)

Sources: Illinois State Police, 2005; US Census 2004 Population Estimate

2004 Law Enforcement Staff (FTE)

County Sheriff
41 officers

City of DeKalb
57 officers

Total Reported Index Crimes for 2004: 3,078

Total Reported Index Crimes for 2003: 2,965

═══ Northern Illinois Market Facts 2006 ═══

## DeKALB COUNTY

**Average Daily Miles Travelled 2004**
2,305,078

**Change 2003-2004**
2.3%

---

**Figure 17AA   State Revenue Collections and Expenditures in DeKalb County**

Revenues Collected (millions of dollars)
| | |
|---|---|
| State Sales and Use Taxes (2001) | $39.1 |
| Individual Income Taxes (est. FY 2001) | 53.0 |
| State Motor Fuel Tax (est. FY 2001) | 12.0 |
| Local Property Tax (2005) | 124.1 |

State Expenditures (millions of dollars)
| | |
|---|---|
| Education (1999-2000) | $32.1 |
| Public Aid (FY 2001) | 23.9 |
| State Payroll (2005) | 16.3 |
| Number of State Employees (2005) | 359 |

Sources: Illinois Legislative Research Unit, Illinois County Data Book, 2002; State of Illinois Office of the Comptroller, 2005

---

**Figure 17AB   Proposed New State Expenditures for Highway Improvements in FY2006***

| DeKalb County | Total | Per Mile |
|---|---|---|
| State Roads | $ 13,665,000 | $ 117,135 |
| Local Roads | $ 987,000 | $ 774 |
| Total Improvements | $ 14,652,000 | $ 10,531 |
| N'IL Total Improvements | $ 113,405,000 | $ 6,120 |

*This is in addition to ongoing projects from previously funded improvement programs. These funds do not include local funds used for highway improvements.
Source: Illinois Department of Transportation, *Proposed Improvements for Illinois Highways FY 2006*

---

**Figure 17AC   Banking Resources in the County, 2004***

| | De Kalb County | N Illinois | Illinois |
|---|---|---|---|
| Commercial Banks | 14 | 152 | 689 |
| Offices | 33 | 341 | 3,857 |
| Deposits | $1,615,710 | $14,375,042 | $248,935,000 |
| Savings Institutions | 0 | 24 | 111 |
| Offices | 0 | 43 | 536 |
| Deposits | $0 | $1,602,250 | $32,934,000 |
| Offices per 10,000 Population | 3.5 | 4.1 | 3.2 |
| Total Deposits/County Population | $16,918 | $17,096 | $19,817 |
| Share of N/Illinois Deposits | 10.1% | 6.3% | — |
| Deposit to Earnings Ratio | $1,193 | $1,079 | $828 |
| Deposit to Income Ratio | $71 | $70 | $65 |

Sources: FDIC Data Book 2004; U.S. Census Population Estimates 2004; Woods & Poole 2005
*Data are for federally chartered banks only, dollars are in thousands.

**DeKALB COUNTY**

Figure 17AD   IRS Tax Returns Filed* by Migrating DeKalb County Residents 2001-2004

|  | Migrating Into County | Migrating Out of County | Net Change |
|---|---|---|---|
| Total Returns Filed 2001-2004 | 10,227 | 9,527 | 700 |
| Same State | 7,926 | 6,674 | 1,252 |
| Different State | 1,900 | 2,782 | -882 |
| Estimated Median Reported Income | $63,744 | $67,948 | -$4,204 |
| Aggregate Reported Income ($000) | $361,580 | $346,615 | $14,965 |

Source: U.S. Internal Revenue Service, County Migration Flows 2004
*This count is roughly equivalent to the number of households moving in and out of the county.

Figure 17AE   Trade Area Analysis of Retail Sales, 2004

| Merchandise Group | Potential Purchases by County Residents (000's) | Sales Reported by County Residents (000's) | Surplus or Leakage (000"s) | Ratio of County Per Capita Sales to State Per Capita Sales |
|---|---|---|---|---|
| General Merchandise | 1,174,734 | 1,623,051 | 448,317 | 2.12 |
| Food | 1,150,008 | 840,345 | -309,663 | 0.73 |
| Eating & Drinking | 957,574 | 880,148 | -77,426 | 1.54 |
| Apparel | 324,970 | 94,228 | -230,742 | 0.56 |
| Home Furnishings | 530,271 | 336,860 | -193,411 | 1.19 |
| Building Merchandise | 618,807 | 917,187 | 298,380 | 2.16 |
| Auto./Filling Stations | 1,914,034 | 2,074,132 | 160,098 | 1.12 |
| Drugs & Other Retail | 1,197,295 | 1,112,764 | -84,531 | 1.29 |
| Agriculture | 1,137,434 | 4,960,318 | 3,822,884 | 6.24 |
| Manufacturing | 242,819 | 371,070 | 128,251 | 1.89 |
| Total Sales | 9,249,073 | 13,210,101 | 3,961,028 | 1.96 |

Source: Illinois Department of Revenue, 2004, Kind of Business Report, and U.S. Census Bureau County Business Patterns Note: Potential Sales is derived from the county population times the state average per capita spending in each category times the ratio of county per capita income to state per capita income.