# Attachment K to Declaration of Jennifer Fearing
# Civ. No. 06-0265

# DeKalb County

# ECONOMIC PROFILE



**DEKALB COUNTY**
Economic Development Corporation

**Roger G. Hopkins**
*Executive Director*

**421 North California Street**
Suite 200
Sycamore, IL 60178

Telephone: (815)-895-2711
Fax: (815)-895-8713
Website: www.dcedc.org


DCEDC
DEKALB·COUNTY
Economic Development Corporation

## Labor Statistics

| Year | | Month | Labor Force | # Employed | # Unemployed | Rate |
|---|---|---|---|---|---|---|
| 2007 | | February | 56,036 | 53,179 | 2,857 | 5.10% |
| | | January | 55,998 | 53,280 | 2,718 | 4.85% |
| | Average | | 56,017 | 53,230 | 2,788 | 4.98% |
| 2006 | | December | 54,879 | 52,812 | 2,067 | 3.77% |
| | | November | 54,390 | 52,632 | 1,758 | 3.23% |
| | | October | 54,470 | 52,856 | 1,614 | 2.96% |
| | | September | 53,911 | 52,020 | 1,891 | 3.51% |
| | | August | 53,872 | 51,853 | 2,019 | 3.75% |
| | | July | 54,267 | 52,096 | 2,171 | 4.00% |
| | | June | 53,819 | 51,633 | 2,186 | 4.06% |
| | | May | 52,771 | 50,930 | 1,841 | 3.49% |
| | | April | 52,819 | 50,622 | 2,197 | 4.16% |
| | | March | 53,075 | 50,529 | 2,546 | 4.80% |
| | | February | 53,095 | 50,368 | 2,727 | 5.14% |
| | | January | 52,958 | 50,023 | 2,935 | 5.54% |
| | Average | | 53,694 | 51,531 | 2,163 | 4.03% |
| 2005 | | December | 52,520 | 50,003 | 2,517 | 4.79% |
| | | November | 52,479 | 50,259 | 2,220 | 4.23% |
| | | October | 52,356 | 50,114 | 2,242 | 4.28% |
| | | September | 52,240 | 49,885 | 2,385 | 4.57% |
| | | August | 52,578 | 50,090 | 2,488 | 4.73% |
| | | July | 53,369 | 50,488 | 2,881 | 5.40% |
| | | June | 53,278 | 50,136 | 3,142 | 5.90% |
| | | May | 52,536 | 49,768 | 2,768 | 5.27% |
| | | April | 52,627 | 49,698 | 2,929 | 5.57% |
| | | March | 52,833 | 49,553 | 3,280 | 6.21% |
| | | February | 53,087 | 49,561 | 3,526 | 6.64% |
| | | January | 52,701 | 49,378 | 3,323 | 6.31% |
| | Average | | 52,717 | 49,911 | 2,808 | 5.32% |
| 2004 | | December | 52,508 | 49,911 | 2,597 | 4.95% |
| | | November | 52,475 | 50,002 | 2,473 | 4.71% |
| | | October | 52,109 | 49,771 | 2,338 | 4.49% |
| | | September | 52,169 | 49,671 | 2,498 | 4.79% |
| | | August | 52,515 | 49,892 | 2,623 | 4.99% |
| | | July | 53,462 | 50,401 | 3,061 | 5.73% |
| | | June | 53,022 | 50,067 | 2,955 | 5.57% |
| | | May | 52,173 | 49,480 | 2,693 | 5.16% |
| | | April | 52,304 | 49,483 | 2,821 | 5.39% |
| | | March | 52,731 | 49,508 | 3,223 | 6.11% |
| | | February | 52,816 | 49,574 | 3,242 | 6.14% |
| | | January | 52,553 | 49,234 | 3,319 | 6.32% |
| | Average | | 52,570 | 49,750 | 2,820 | 5.36% |
| 2003 | | December | 51,626 | 48,920 | 2,706 | 5.24% |
| | | November | 51,814 | 49,013 | 2,801 | 5.41% |
| | | October | 51,342 | 48,825 | 2,517 | 4.90% |
| | | September | 51,371 | 48,519 | 2,852 | 5.55% |
| | | August | 51,524 | 48,633 | 2,891 | 5.61% |
| | | July | 52,242 | 49,181 | 3,061 | 5.86% |
| | Average | | 51,626 | 48,648 | 2,978 | 5.77% |

SOURCE: Illinois Department of Employment Security                                  Last Update: April 2007



# Labor Market Area

## DeKalb County
## Labor Market Area
## 2006

| County | County Labor Force | Average Unemployment Rate 2006 | % Available to DeKalb County (Commute Time to Work) | | Available Workers for DeKalb County | | Available Unemployed Workers for DeKalb County | |
|---|---|---|---|---|---|---|---|---|
| | | | >40 min. | >30 min. | >40 min. | >30 min. | >40 min. | >30 min. |
| **Boone** | 25,630 | 5.7% | 27.1% | 12.4% | 6,985 | 3,196 | 468 | 214 |
| **DeKalb** | 55,046 | 3.9% | 100.0% | 100.0% | 52,311 | 52,311 | 2,772 | 2,772 |
| **Kane** | 256,533 | 4.3% | 31.9% | 16.7% | 76,866 | 40,240 | 4,535 | 2,374 |
| **Kendall** | 45,947 | 4.0% | 32.4% | 17.2% | 12,260 | 6,508 | 613 | 325 |
| **LaSalle** | 58,777 | 5.3% | 20.5% | 12.1% | 12,244 | 7,227 | 845 | 499 |
| **Lee** | 18,305 | 4.6% | 19.7% | 10.8% | 3,432 | 1,881 | 206 | 113 |
| **McHenry** | 172,405 | 3.7% | 32.8% | 20.0% | 52,577 | 32,059 | 2,734 | 1,667 |
| **Ogle** | 27,363 | 5.0% | 25.4% | 13.3% | 6,293 | 3,295 | 422 | 221 |
| **Winnebago** | 146,715 | 5.3% | 15.0% | 6.1% | 23,802 | 9,680 | 1,619 | 658 |
| **TOTAL** | 806,721 | | | | 246,770 | 156,397 | 14,214 | 8,843 |

Sources: Labor Data - Illinois Department of Employment Security
Commuting Times - U.S. Census Data
Last Update – March 2007



# *Target Industries*

Logistics, Warehousing and Distribution

Electrical/Electronics Assembly
- High tech products
- Avoid low skill, low-wage

Biotechnology
- Agriculture service business
- Plant and biology
- Life science companies
- Research, engineering and laboratory facilities

Heavy Equipment Parts and Components
- Supplier of CAT, Case, John Deere, etc.
- Direct or indirect

Automotive Parts Components
- Supplier of American and foreign automobile manufacturers

Packaging and Containers
- Consumer products
- Complimentary to Cushioneer, Alloyd, & Algus

Packaging Machinery
- Generally

Graphic Arts
- Printing
- Graphic Design
- Electronic Digital Products (www)

Precision Products & Tools
- CNC Machining
- Manufacturing machinery
- Tool & Die
- Welding
- Custom fabrication
- Metals, ceramics, glass, and other high tech products of semi-skilled/skilled

Millwork and Building Materials
- Support local construction/export to adjoining areas
- Produce sales tax revenue
- Provide entry-level employment opportunities



## *Target Industries (Cont.)*

Plastics
- Value added, technology related products
- Avoid low skills, low-wage
- Provide long-term investment stability

Food Processing
- Preference for direct/indirect markets for local crops and agribusiness products
- Provide long-term investment stability

Services
- Inbound telephone customer service/sales tax generators
- Full service hotels, business class hotels
- Truck fueling, maintenance & repair, in a functional location with adequate aesthetics
- Corporate headquarters, back office processing or customer service facilities
- Research, engineering and laboratory facilities

Retail
- General Merchandise
- Apparel
- Furniture, appliances and similar products
- Automobile dealers
- Grocery
- Lumber, hardware
- Restaurants & Entertainment
- Specialty retailers