# Attachment L to Declaration of Jennifer Fearing
# Civ. No. 06-0265



Rod R. Blagoje\

| Services & Info | What You Should Know about UI | Links to Services: |

### Information for Workers

Unemployment insurance is a state-operated program under which you are entitled to benefit payments while you are unemployed if you meet the legal requirements. Benefits are financed solely by employers' payroll taxes, not by any deductions from your wages. The program is administered by the Illinois Department of Employment Security (IDES).

### Notice to Employers

When a worker is laid off for a period of seven days or more, or is separated from the payroll for any reason, an employer is required to provide him or her with a copy of the publication *"What Every Worker Should Know About Unemployment Insurance"*.



**TeleServe:**
**888-337-7234**

**General:**
About the department
Unemployment insurance (UI)
Apply for UI benefits online
Certify for UI benefits by telephone
Direct Deposit - UI Claimant 

- Individuals
- Businesses
- Veterans
- Economy
- Career Information
- Programs
- Forms
- Electronic Services for Employers
- Household Employers
- Publications
- Legal Services Program
- Serving Ex-Offenders
- Self-Sufficiency Calculator
- Employer Workshops and Business Expos
- Job Fairs & Special Events
- Job Seeker Workshops
- Trust Fund & Financial Information
- TDD / TTY Phone Numbers
- General
- Home

⊞ State Links

**Search**

[ zip code ] 

◉ Office Locator
◎ Illinois

---

**What Every Worker Should Know**
About Unemployment Insurance
 download a two-page pamphlet | en Espanol

If it is not practical to provide copies at the work site, the publication should be mailed to the employee's last known address within five calendar days of separation. Enter the firm name and address in the space provided in the publication.

**Employment:**
Find a job
Other employment services
Veterans
Youth Services
Apprenticeship Program
Career resource network

**Other:**
Trade Programs
Labor market information
Related Sites





**Office Directory**

For <u>more information</u>
call:
**312-793-5700**



Copyright © 2006 IDES    Web Accessibility | Kids Privacy | Privacy Statement | Sitemap | Contact Us

**ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY**
Unemployment Insurance Claim Application
IDES — making life easier one step at a time

Local Office Locator | FAQs | Forms

**File My Claim**

## Welcome

Thank you for choosing to file your Illinois Unemployment Insurance claim via the Internet. Please read this important information pertaining to your Internet claim.

**System Requirements**
To file your claim online requires Windows XP, Windows 2000, or Windows Millennium Edition, and Internet Explorer 6.0 with cookies enabled. In addition, you must have Adobe Reader version 4.0 or later. To download Adobe Reader for no charge, click here.

Caution: You will not be able to successfully submit an Internet Claim using Firefox, Mozilla or other unsupported web browsers.

**When should I apply?**
You should file your claim on the first working day after you become unemployed. If you are currently working full-time, please exit this application.

**What information do I need if I file my claim via the Internet?**
- Social Security Number and name as it appears on your Social Security card
- If claiming your spouse or child as a dependent, the Social Security Number, date of birth and name of dependent(s)
- Employer's name, mailing address, employment dates, and separation reason for all employers worked for since 01/01/2006 to 04/02/2007
- If you are not a United States citizen, your Alien Registration Information
- If you worked since Sunday of this week, the amount of gross wages earned this week. (You must report all gross wages for any work performed, full or part time. Your gross wages are the amount you earned before any deductions, not your take home pay. Wages in the form of lodging, meals, merchandise or any other form should be included. Gross wages must be reported the week in which they are earned, not the week in which you receive the wages. If your gross wages earned in any week are less than your weekly benefit amount, you still may be eligible to receive a full or partial benefit payment.)

**Other information that will be helpful for filing via the Internet**
- Your most recent income tax records
- Any information concerning pensions, Social Security benefits or other payments you have received or may be receiving

**Important Information**

- **Language Assistance**
  This application is only available in English at this time. If you require language assistance, please contact your local office.

- **System Requirements**
  - Internet Explorer 6.0 with cookies enabled.
  - Windows XP, Windows 2000 or Windows Millennium Edition
  - Adobe Reader version 4.0 or later. To download Adobe Reader for no charge, click here.

  Caution: You will not be able to successfully submit an Internet Claim using Firefox, Mozilla or other unsupported web browsers.

- **Filing Assistance**
  If you have questions while filing your claim, please contact your local office.

  To find your local office, click on the Local Office Locator link at the top right-hand corner of your screen.

**When does my claim begin?**
Your Internet claim will be effective the calendar week in which it is received by the Illinois Department of Employment Security (IDES). For example, if you complete your Internet application today, in most cases, the claim will be effective this past Sunday. If you want to request your claim to be dated prior to this date, you must exit this system now and contact your local office.

**To find your local office, click on the Local Office Locator link at the top right-hand corner of your screen.**

**What if I do not want to file my claim via the Internet?**
Unemployment Insurance claims can be filed in person at Illinois Employment and Training Centers (IETCs) and IDES local offices located throughout the state.

**How long should the claim take me to complete?**
About 30 minutes.

**How do I navigate through the system?**
Clicking the CONTINUE button on the bottom of the screen will navigate you through the claim application process. You can go back to a previous screen by using the navigation bar on the left. Click on the link for the section you wish to return to and the first screen in that section will display the information you previously provided. You can correct or modify the information displayed and click Continue. You must click Continue on each screen in the section in order to save your information and proceed.

You may cancel your application at any time by clicking the CANCEL button or by closing the browser window. You will lose any information you have entered if you exit before submitting the application. Upon completion of your online claim application, you must click the FILE MY CLAIM button to transmit the application to IDES for further processing.

**How will my weekly benefit amount be determined?**

View the calculation of your benefits.

This is a secure site, and the information you submit will be confidential.



© 2005. All rights reserved. Privacy Policy



# WHAT EVERY WORKER SHOULD KNOW

## About Unemployment Insurance



**IDES**
ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY

## Notice to Employers

When a worker is laid off for a period of seven days or more, or is separated from the payroll for any reason, an employer is required to provide him or her with a copy of this publication. If it is not practical to provide copies at the work site, the publication should be mailed to the employee's last known address within five calendar days of separation. Enter the firm name and address in the space below.

Rod R. Blagojevich, Governor
James P. Sledge, Director

---

Most IDES offices are located in IETCs (Illinois Employment and Training Centers). Look for either the IDES or IETC sign.

## IDES/IETC LOCATIONS

### Chicago

| | |
|---|---|
| 2550 W. Addison St. | 2444 W. Lawrence Ave. |
| 1657 S. Blue Island Ave. | Wright Junior College |
| 5101 S. Cicero Ave. | 3400 N. Austin, Room 352 |
| Daley College | 8750 S. Stony Island Ave. |
| 7500 S. Pulaski, Bldg. 100 | 715 E. 47th St. |
| 4931 W. Diversey Avenue | 1515 E. 71st St. |
| 837 W. 119th Street | 3500 W. Grand Ave. |

### Other Illinois Locations

| | | |
|---|---|---|
| Alton | Elgin | Maywood |
| Arlington Heights | Enfield | Moline |
| Aurora (See North Aurora) | Evanston | Mt. Vernon |
| Belleville | Freeport | Murphysboro |
| Bloomington | Galesburg | North Aurora |
| Bolingbrook | Glen Carbon | Olney |
| Burbank | Grayslake | Ottawa |
| Cairo | Harrisburg | Pekin |
| Carlinville | Harvey | Peoria |
| Centralia | Jacksonville | Pontiac |
| Chicago Heights | Joliet | Quincy |
| Cicero | Kankakee | Rockford |
| Danville | La Salle | Springfield |
| Decatur | Lincoln | Sterling |
| DeKalb | Litchfield | Talorville |
| East St. Louis | Lombard | Urbana |
| Effingham | Marion | Waukegan |
| | Mattoon | Woodstock |

**To identify your nearest office call:**
**1-888-337-7234**
TDD/TTY 1-800-662-3943





**IDES** ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY

**IETC**

Printed by authority of the State of Illinois    S.N. 4053    Rev. 2/01  60M  PH000000488

Unemployment insurance is a state-operated program under which you are entitled to benefit payments while you are unemployed if you meet the legal requirements. Benefits are financed solely by employers' payroll taxes – not by any deductions from your wages. The program is administered by the Illinois Department of Employment Security.

## Who Qualifies for Unemployment Insurance

1. To qualify, you must have earned at least $1,600 during a recent 12-month period known as the *base period* (see chart below). You must have substantial earnings in two of the four quarters. The staff of your local office can explain the rules in more detail.

| If you file your claim: | Your base period will be: |
|---|---|
| This year between Jan. 1 and Mar. 31 | Last year between Jan. 1 and Sept. 30 and the prior year between Oct. 1 and Dec. 31 |
| This year between Apr. 1 and June 30 | Last year between Jan. 1 and Dec. 31 |
| This year between July 1 and Sept. 30 | Last year between Apr. 1 and Dec. 31 and this year between Jan. 1 and Mar. 31 |
| This year between Oct. 1 and Dec. 31 | Last year between July 1 and Dec. 31 and this year between Jan. 1 and June 30 |

2. Your employer must be subject to the state's unemployment insurance law. Among the types of work *not* covered are some agricultural, domestic and railroad work, some special government work, some work done for one's family, and some work done on commission.

3. You must either be entirely out of work or be working less than full-time because no more work is available. Your earnings must fall below a certain threshold determined at the time you file your claim.

4. Your unemployment must be involuntary. You may be disqualified if you: quit your job voluntarily without good cause attributable to your employer; were discharged for misconduct in connection with your work; were discharged for a felony or theft in connection with your work; or are out of work because of a labor dispute.

5. You must be able and available to work. Benefits are not paid for any period in which you are vacationing, attending school (you may be eligible if you are attending a training course approved by the IDES Director) or engaging in any other activity which makes you unavailable for work. Benefits are not paid for any day or days on which you are unable to work because of illness, disability, family responsibilities, lack of transportation, etc.

6. You must be actively seeking work, and willing to accept any suitable job offered. You must keep a log of your job search activities in every week for which you claim benefits. If your eligibility is challenged, you may be required to produce that document.

## When and Where to File

File your claim for unemployment insurance benefits at a local IDES office on the first working day after you become unemployed. You must also register for job placement service (See the back cover for local office locations).

Bring this notice and your Social Security Card

If you doubt your eligibility for benefits, ask your local office for further information. Receipt of this pamphlet does not necessarily mean you are eligible.

## What to Bring

- this pamphlet
- verification of your Social Security number
- names and addresses of past employers and the number of days worked for each
- records showing wages earned, including dismissal wages and vacation pay
- records of any pension payments you are receiving, including Social Security
- any odd-job or part-time earnings while you are unemployed
- your spouse's employment status and Social Security number
- names and birth dates of your children including stepchildren, adopted children under 18, disabled children regardless of age, and any child of whom you have court-ordered custody (bring a copy of court order)

If, within the past two years, you have worked (1) in a state other than Illinois, (2) for a railroad or (3) for the federal government, or (4) if you have served in the armed forces, tell the claimtaker.

Note: The law provides jail sentences and fines if you attempt to obtain benefits fraudulently by withholding pertinent information or by making false statements with your claim.

IDES is an equal opportunity employer and complies with all state and federal nondiscrimination laws in the administration of its programs. Auxiliary aids and services are available upon request to individuals with disabilities. Contact the Office Manager of the IDES office nearest you or the IDES Equal Opportunity Officer at (312) 793-9290 or TDD (312) 793-9350.



Rod R. Blagoje\

### Services & Info
- Individuals
- Businesses
- Veterans
- Economy
- Career Information
- Programs
- Forms
- Electronic Services for Employers
- Household Employers
- Publications
- Legal Services Program
- Serving Ex-Offenders
- Self-Sufficiency Calculator
- Employer Workshops and Business Expos
- Job Fairs & Special Events
- Job Seeker Workshops
- Trust Fund & Financial Information
- TDD / TTY Phone Numbers
- General
- Home
- ⊞ State Links

Search
zip code  [Find]
● Office Locator
○ Illinois





**Office Directory**

Summary of Services 

# How Benefits Are Determined

The date of your first valid claim starts your *benefit year*. Your benefit year is the full year which begins on that date. For example, if the date of your valid claim is March 4th, your benefit year will continue through March 3rd of the following year.

Your weekly benefits and the total amount of benefits that can be paid to you during your benefit year depend on the amount of wages for insured work paid to you during your *base period*.

# The Base Period

Your *base period* consists of the first four of the last five completed calendar quarters. There are four calendar quarters, January-March, April-June, July-September and October-December.

## Using this table:

| If your benefit year begins in: | Your base period consists of four calendar quarters: |
|---|---|
| January, February, March | October 1 thru September 30 of previous two years |
| April, May, June | January 1 thru December 31 of previous year |
| July, August, September | April 1 thru march 31 of the previous and this year |
| October, November, December | July 1 thru June 30 of the previous and this year |

If your benefit year begins in March of any year, your base period is the four calendar quarters from Oct. 1 through Sept. 30 of the previous two years. You can file a valid claim and start your *benefit year* in March *only* if during your *base period* of



**Program Links:**

Unemployment insurance
Labor market information
Employment services
Veterans
Youth Services
Career resource network
Related sites

For more information call:
**312-793-5700**



Oct. 1 through Sept. 30 you were *paid* wages of at least $1600 for insured work and if, in the part of the base period outside the calendar quarter in which your wages were the highest, your wages for insured work were at least $440.

If you meet these base period wage requirements and start your *benefit year* in March, your weekly benefits and the total amount of benefits which you can be paid to your during your benefit year depend on the amount of wages for insured work paid to you during your base period (Oct. 1 through Sept. 30 of the previous two years)

If you have been awarded temporary total disability benefits under a workers' compensation act or other acts, your base period may be determined differently. Contact your local Illinois Department of Employment Security office for more information.

**Your base period consists of four calendar quarters**

- Oct. 1 thru Sept. 30 of pervious two years
- Jan. 1 thru Dec. 31 of previous year
- Apr. 1 thru Mar. 31 of the previous and this year
- July 1 thru June 30 of the previous and this year

## Total Weekly Benefits

This is the amount of benefits you will be paid for any week in your benefit year if you are out of work and meet all the eligibility requirements (unless you have already exhausted all your benefits).

The size of your weekly benefit amount depends on the amount of wages for insured work paid to you during the two calendar quarters of your base period in which your wages were highest.

In addition to your weekly benefit amount, if you have a non-working spouse or child or children you

will receive an additional allowance for dependent(s). A dependent's allowance, if any, plus your weekly benefit amount equal the total amount payable for the week.

Regardless of how much you were paid in your two highest quarters, the total weekly amount payable to you cannot exceed a legislatively set maximum amount.

**For any benefit year beginning on or after January 1, 2006, the maximum "weekly benefit amount" (WBA) an individual may receive cannot exceed:**

- $350 - individual
- $416 - with non-working spouse
- $475 - includes dependent child or children

**By law, the minimum weekly benefit amount is $51.**

Your local IETC or IDES office can provide you with a table to confirm the calculation of your benefits.

## Total Benefits

The total amount of benefits which can be paid to you is 26 times your weekly benefit amount plus an allowance for dependents or the total wages for insured work paid to you during your base period, whichever amount is smaller.

You may draw some benefits for a week if you work less than full time because of lack of work. Your earnings for the week must be less than the weekly benefit amount you would draw if you were completely out of work in the week. If, because of lack of work, you work less than full time in a calendar week for your regular employer (for whom you have worked full time or expect to work full time), that employer is required to give you a Low Earnings Report if your earnings are less than your weekly benefit amount. You may file a claim for reduced benefits for the week a any time up to five weeks from the end of the week in which you receive the Low Earnings Report.

If your employer does not give you a Low Earnings Report, file your claim regardless and report, accordingly, to your local Department of Employment Security office. The agency will request the Low Earnings Report from your employer. If you work part time for someone who is *not* your regular employer --for example, on an odd job-and your earnings for a week are less than your weekly benefit amount, you must file your claim immediately as though you were entirely out of work. The five-week rule set forth above does *not* apply to you.

You must report all your earnings from part-time work.

## Figuring Partial Benefits

Partial benefits equal the difference between that part of your earnings which exceed 50 percent of your weekly benefit amount and your weekly benefit amount for total unemployment. If the partial benefit amount does not come to an even dollar, it is raised to the next higher dollar, provided it does not exceed your weekly benefit amount. For example:

| | |
|---|---|
| **If your weekly benefit amount (not including dependency allowance) is:** | $110.00 |
| 50% of that amount is: | 55.00 |
| If your earnings are: | 76.50 |
| The amount which exceeds 50% of your weekly benefit amount is: | 21.50 |
| The difference between your weekly benefit amount of $110.00, and the amount of your earnings which exceeds 50% of your weekly benefit amount of $21.50, gives you a partial benefit amount of ($110 - 21.50): | $88.50 |
| Raised to the next highest dollar amount: | **$89.00** |

*Note:* The *full* amount of holiday or vacation pay

will be deducted from your weekly benefit amount. (more on UI program)

## Interstate Benefits

Any state you move to will help you file a benefits claim against Illinois and will provide service and assistance comparable to what you would receive in Illinois. This is also true in the District of Columbia, Puerto Rico, the Virgin Islands and Canada. The state in which you file your claim acts as an agent state. File your claim at the unemployment insurance office which serves the area in which you live.

## Combined Wage Claims

A nationwide arrangement exists that allows you, under certain circumstances, to *combine* the wages you have earned in more than one state either to qualify you for benefits or to increase your benefits.

If you have worked in other states during the past two years, be sure to tell the claims technician when you file your new claim. You will be given complete information about your rights to file a Combined Wage Claim.

## United States Government Employees

If you have worked as a civilian employee of the federal government in the last two years, you may be able to receive unemployment insurance benefits based on the wages paid you by the government. Show your Standard Form 8 and the Personnel Action Form 50 or any other documents that prove that you worked for the federal government.

Report to the local unemployment insurance office servicing the area in which you live.

## Ex-Servicemen's Benefits

As an ex-serviceman, you have potential reemployment rights with your pre-service employer. Applications for reemployment however, must be filed within a certain time limit-generally 90 days after completion of military service or 31 days after completion of initial active duty for

training of not less than three months. If you need further information or assistance concerning protection of these rights, contact a veterans employment representative at the nearest Department of Employment Security office and its Illinois Employment Service component.

If you had active federal service in the Armed Forces, you may be able to receive unemployment insurance benefits based upon the pay and allowances applicable to your pay grade at the time of separation from active military service.

To qualify for unemployment insurance benefits, you must have been discharged or released from the Armed Forces under honorable conditions and, if an officer, you must not have resigned for the good of the service

File your unemployment insurance claim and register for work at the nearest local office of the Department of Employment Security, bring with you "copy 4" of your DD Form 214, your Social Security card and your record of employment, if any, both before and after military service during the last two years.

Appeals or requests for review should be made at the local unemployment insurance office where you filed your claim.

## Benefits May be Taxable

Your unemployment insurance benefits may be fully taxable on your state and federal income tax returns. The Tax Reform Act of 1986 amended the law to make unemployment insurance benefits taxable if you are required to file a state or federal tax return. You may elect to have federal income taxes deducted and withheld from your unemployment insurance benefit payments.

If you do not elect to have federal income taxes deducted and withheld from your unemployment insurance benefit payments, you may be required to make estimated tax payments using Internal Revenue Service Form 1040ES. State income taxes will not be withheld so you may also need to make estimated tax payments using the Illinois Department of Revenue Form IL 1040ES.

IDES will provide you with Tax Form 1099-G, a statement of benefits paid to you at the end of

each calendar year. If you elected to have federal income taxes deducted and withheld from your employment insurance benefit payments, the Form 1099-G will reflect the total amount deducted and withheld for that calendar year. The IRS and Illinois Department of Revenue (IDR) will be given the same information.

## Your Social Security Number is Required

You will be asked to furnish your Social Security account number on the claim forms given to you. Your Social Security number is solicited under the authority of the Internal Revenue Code of 1986 (26 U.S.C. 85, 6011(a), 6050B, and 6109(a). Disclosure of your Social Security number for this purpose is *mandatory* and must be entered on the forms you submit to claim unemployment insurance benefits.

Your Social Security number will be used to report your unemployment insurance benefits to the Internal Revenue Service as income that is potentially taxable. It will also be used as a record index for processing your claim, for statistical purposes and to verify your eligibility for unemployment insurance and other public assistance benefits. *Should you decline to disclose your Social Security number, your claim for unemployment insurance will not be processed.*

## Nondiscrimination

IDES is an equal opportunity employer and complies with all state and federal nondiscrimination laws in the administration of its programs. Auxiliary aids and services are available upon request to individuals with disabilities. Contact the Office Manager of the IDES office nearest you or the IDES Equal Opportunity Officer at (312) 793-9290 or TDD (312) 793-9350.

Copyright © 2006 IDES

Web Accessibility | Kids Privacy | Privacy Statement | Sitemap | Contact Us