# Attachment M to Declaration of Jennifer Fearing
## Civ. No. 06-0265

# Jobs on the rise

**Survey puts DeKalb employment outlook at 10th best in nation**

Published on: Tuesday, April 3, 2007



LENNY GILMORE PHOTO ILLUSTRATION
**Article by: Greg Nicksarlian**
**City Reporter**
• gnicksar@northernstar.info

Finding work in DeKalb and Sycamore is getting easier, according to a new employment outlook survey by Manpower Inc.

The research report by Manpower Inc., an employment services company, said the DeKalb-Sycamore area is expected to have one of the strongest job markets in the nation.

"Companies are expected to hire at a very vigorous pace in the second quarter," said Lori Lozeau, Sycamore Manpower branch manager.

Lozeau said the DeKalb-Sycamore employment outlook was the 10th best in the nation.

Manpower Inc. spokesperson Doug Johnson said 50 percent of surveyed companies in the area are expected to hire more employees from April to June. The other half expected to keep current staff levels, and none expected to reduce payroll.

"By comparison, employer-hiring intentions are significantly more positive than they were a year ago, when 30 percent of companies surveyed thought job gains were likely and none intended to cut back," Johnson said.

According to the survey, job prospects in the coming quarter are best in construction, durable and non-durable goods manufacturing, transportation/public utilities and wholesale/retail trade.

The Manpower Employment Outlook Survey measures employers' intentions for increasing or decreasing the number of employees.

"[The survey] has been running for more than 40 years," Lozeau said.

Lozeau said the survey is unique because most reports focus on the past and not the future.

The survey featured 14,000 U.S. companies. Twenty-eight percent of employers nationwide expect to increase payrolls and 7 percent will decrease staff.

**Comments:**

Name: 
E-mail: 
*NOTE: E-mail address will not be published*
Comment (No html):

We will not edit your comments, but we reserve the right to delete any inappropriate responses.

86U4R   Type the characters you see in the image to the left:

[Post Comment]

© 2006 Northern Star. All Rights Reserved.