# Attachment N to Declaration of Jennifer Fearing
# Civ. No. 06-0265



## DeKalb County's Top Ten Employers

| Company | Location | Product or Service | Union | Employment |
|---|---|---|---|---|
| Northern Illinois University | DeKalb | Education - University | Some AFSCME | 9,000 |
| KishHealth System | DeKalb | Hospital, Surgery Center, Cancer Treatment and Physical Therapy | None | 1,175 |
| DeKalb School District | DeKalb | Elementary & Secondary Education | Teachers | 850 |
| Target Distribution Center | DeKalb | Distribution Center | None | 650 |
| Wal-Mart Super Center | DeKalb | Retail General Merchandise & Groceries | None | 600 |
| Kishwaukee Community College | Malta | Education - Community College | None | 525 |
| DeKalb County Government | DeKalb & Sycamore | County Government & Nursing Home | Some AFSCME | 510 |
| Sycamore School District | Sycamore | Elementary & Secondary Education | Teachers | 470 |
| IDEAL INDUSTRIES | Sycamore & DeKalb | Electrical Contractor Tools and Wire Connectors | None | 400 |
| SCA Consumer Packaging | DeKalb | Plastics Thermoforming & Packaging Machinery | None | 320 |

421 N. California Street, Suite 200 • Sycamore, IL 60178 • Ph: 815.895.2711 • Fax: 815.895.8713 •

HOPKINS@DCEDC.ORG



## DeKalb County's Top Ten Private Employers

| Company | Location | Product or Service | Union | Employment |
|---|---|---|---|---|
| Kish*Health* System | DeKalb | Hospital, Surgery Center, Cancer Treatment and Physical Therapy | None | 1,175 |
| Target Distribution Center | DeKalb | Distribution Center | None | 650 |
| Wal-Mart Super Center | DeKalb | Retail General Merchandise & Groceries | None | 600 |
| IDEAL INDUSTRIES | Sycamore & DeKalb | Electrical Contractor Tools and Wire Connectors | None | 400 |
| SCA Consumer Packaging | DeKalb | Plastics Thermoforming & Packaging Machinery | None | 320 |
| 3M | DeKalb | Distribution Center | None | 290 |
| Jewel/Osco | DeKalb | Grocery & Drug Store | Retail Clerks | 260 |
| Nestle | DeKalb | Distribution | None | 250 |
| American Marketing | DeKalb | Publishing Company | None | 200 |
| Nicor Gas Company | Sycamore | Customer Service and Office | None | 200 |
| Kindred Hospital | Sycamore | Private Hospital - Respiratory Care | None | 200 |

421 N. California Street, Suite 200 • Sycamore, IL 60178 • Ph: 815.895.2711 • Fax: 815.895.6713 •

HOPKINS@DCEDC.ORG