# Attachment O to Declaration of Jennifer Fearing
## Civ. No. 06-0265

Page 1 of 3

DeKalb County Economic Development Corporation

http://www.dekalbcountyedc.org/quickFacts/starts/starts_single2.htm

4/5/2007



HOME | ABOUT US | COMMUNITIES | NEWS/EVENTS | SITES/BUILDINGS | LINKS | QUICK FACTS | SITE MAP

DeKalb County's got it.
ILLINOIS

DCEDC
DEKALB·COUNTY
Economic Development Corporation

# Housing Starts - Single Family

DeKalb County Economic Development Corporation

| Municipality/ Township | 2000 Census Owner-Occupied Single Unit | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CORTLAND | 501 | 32 | 39 | 55 | 81 | 15 | 0 | 1 | 1 | 5 | 14 | 47 | 70 | 70 | 88 | 90 |
| Cortland Twp | 1,996 | 8 | 1 | 2 | 1 | 2 | 1 | 2 | 0 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| DEKALB | 5,476 | 82 | 123 | 120 | 113 | 94 | 112 | 88 | 115 | 90 | 53 | 86 | 151 | 150 | 509 | 338 |
| DeKalb Twp | 6,138 | 1 | 1 | 3 | 0 | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| Milan Twp | 87 | 0 | 1 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 2 | 1 | 1 | | 1 |
| Afton Twp | 179 | 4 | 4 | 4 | 4 | 1 | 3 | 2 | 1 | 1 | 0 | 4 | 1 | 1 | 1 | 1 |
| Pierce Twp | 140 | 4 | 2 | 1 | 2 | 0 | 2 | 1 | 0 | 0 | 1 | 1 | 3 | 1 | | 1 |
| GENOA | 1,105 | 2 | 10 | 4 | 20 | 56 | 54 | 52 | 27 | 36 | 50 | 48 | 22 | 50 | 75 | 75 |
| Genoa Twp | 1,451 | 9 | 5 | 12 | 11 | 15 | 12 | 4 | 5 | 5 | 7 | 0 | 5 | 3 | 3 | 3 |
| HINCKLEY | 551 | 24 | 10 | 11 | 18 | 16 | 3 | 2 | 2 | 7 | 5 | 5 | 5 | 15 | 15 | 25 |
| Sq Grove Twp | 758 | 1 | 4 | 6 | 9 | 7 | 7 | 1 | 4 | 4 | 6 | 4 | 6 | 1 | 1 | 1 |
| KINGSTON | 274 | 1 | 4 | 9 | 7 | 10 | 20 | 20 | 20 | 20 | 20 | 20 | 10 | 20 | 20 | 20 |
| Kingston Twp | 740 | 17 | 44 | 43 | 15 | 12 | 10 | 2 | 9 | 8 | 10 | 12 | 10 | 3 | 3 | 3 |
| KIRKLAND | 330 | 5 | 4 | 10 | 1 | 5 | 15 | 15 | 4 | 2 | 3 | 5 | 10 | 75 | 75 | 50 |
| Franklin Twp | 585 | 3 | 4 | 5 | 5 | 2 | 1 | 1 | 3 | 0 | 0 | 0 | 1 | 1 | 1 | |
| LEE | 83 | 5 | 3 | 5 | 4 | 1 | 1 | 3 | 1 | 0 | 2 | 2 | 1 | 1 | 1 | 1 |
| MALTA | 270 | 4 | 3 | 1 | 2 | 3 | 1 | 2 | 0 | 1 | 1 | 2 | 2 | 2 | 5 | 40 |
| Malta Twp | 389 | 1 | 1 | 0 | 6 | 0 | 1 | 1 | 1 | 1 | 2 | 3 | 1 | 1 | 1 | |
| MAPLE PARK | 221 | 0 | 0 | 1 | 2 | 1 | 1 | 8 | 17 | 15 | 14 | 15 | 15 | 20 | 20 | 40 |
| SANDWICH | 1,667 | 18 | 25 | 28 | 39 | 34 | 21 | 31 | 42 | 46 | 38 | 42 | 40 | 40 | 64 | 64 |
| Sandwich Twp | 1,782 | 2 | 1 | 7 | 5 | 2 | 4 | 1 | 5 | 5 | 6 | 6 | 5 | 3 | 3 | 3 |

Page 3 of 3

421 N. California Street, Suite 200 • Sycamore, IL 60178 • Ph: 815.895.2711 • Fax: 815.895.8713 • ᴵ

DeKalb County Economic Development Corporation

http://www.dekalbcountyedc.org/quickFacts/starts_single2.htm

4/5/2007