# Attachment P to Declaration of Jennifer Fearing
# Civ. No. 06-0265



Illinois Poverty Summit
*Creating a State of Opportunity*

# 2007 Report on Illinois Poverty



*An initiative of* HEARTLAND ALLIANCE
*for Human Needs & Human Rights*

40    2007 Report on Illinois Poverty                                                                                           Appendix

# Income & Poverty

| County | Number of People in Poverty, 2004[143] | Poverty Rate for Population Under Age 18, 2004[144] | Bankruptcies per 1,000 People, 2005[145] | Net Job Flow, 2004[146] | Change in Average New Hire Monthly Earnings, 2003-2004[147] | Percent Change in Average New Hire Monthly Earnings, 2003-2004[148] | Average Wage Per Job, 2005[149] |
|---|---|---|---|---|---|---|---|
| **Illinois** | **1,486,115** | **16.7%** | **8.3** | **93,221** | **$4** | **0.2%** | **$43,165** |
| Adams | 7,278 | 15.3% | 8.9 | 958 | $135 | 9.1% | $29,621 |
| Alexander | 2,007 | 34.9% | 18.0 | 15 | $178 | 12.6% | $29,257 |
| Bond | 1,765 | 13.8% | 6.9 | 44 | -$137 | -8.9% | $29,119 |
| Boone | 3,957 | 11.1% | 7.9 | 45 | $98 | 5.2% | $40,697 |
| Brown | 602 | 11.9% | 5.6 | 252 | $4 | 0.2% | $33,573 |
| Bureau | 3,100 | 12.8% | 10.0 | 494 | $323 | 20.9% | $30,854 |
| Calhoun | 457 | 11.4% | 3.5 | -50 | $149 | 14.3% | $21,159 |
| Carroll | 1,613 | 15.3% | 7.5 | 119 | -$337 | -20.8% | $25,946 |
| Cass | 1,464 | 15.3% | 7.2 | 189 | $6 | 0.3% | $27,439 |
| Champaign | 22,790 | 16.0% | 7.2 | 932 | $11 | 0.7% | $31,985 |
| Christian | 3,717 | 16.2% | 11.4 | 233 | $102 | 7.3% | $28,115 |
| Clark | 1,783 | 15.9% | 9.0 | 274 | -$279 | -16.2% | $26,867 |
| Clay | 1,673 | 16.7% | 7.9 | -68 | $126 | 8.7% | $28,582 |
| Clinton | 2,589 | 10.0% | 5.5 | 178 | -$70 | -5.0% | $26,276 |
| Coles | 6,873 | 17.0% | 9.7 | 1,471 | -$56 | -4.5% | $26,141 |
| Cook | 798,672 | 22.2% | 8.6 | 31,816 | $37 | 1.4% | $49,256 |
| Crawford | 2,208 | 17.3% | 8.8 | 395 | $186 | 13.3% | $32,356 |
| Cumberland | 1,122 | 15.1% | 9.0 | -35 | $14 | 1.1% | $23,203 |
| DeKalb | 8,624 | 10.1% | 6.0 | 447 | -$65 | -3.9% | $31,034 |
| Dewitt | 1,692 | 15.5% | 10.2 | 100 | -$341 | -15.7% | $35,556 |
| Douglas | 1,618 | 12.0% | 7.8 | 174 | $19 | 1.3% | $28,970 |
| DuPage | 55,088 | 6.8% | 4.9 | 13,114 | -$19 | -0.7% | $47,922 |
| Edgar | 2,248 | 18.1% | 8.9 | -151 | -$15 | -1.1% | $27,626 |
| Edwards | 637 | 14.0% | 4.0 | 3 | $273 | 15.6% | $28,750 |
| Effingham | 3,176 | 12.7% | 9.4 | 29 | $269 | 18.3% | $28,687 |
| Fayette | 2,725 | 18.9% | 6.9 | -38 | -$2 | -0.1% | $25,611 |
| Ford | 1,122 | 11.4% | 7.4 | 84 | -$169 | -9.6% | $27,584 |
| Franklin | 6,047 | 24.0% | 12.8 | -55 | $56 | 4.3% | $26,148 |
| Fulton | 4,252 | 17.2% | 10.0 | -96 | $129 | 11.5% | $24,527 |
| Gallatin | 988 | 24.2% | 10.7 | 37 | $155 | 9.9% | $29,330 |
| Greene | 1,789 | 17.8% | 6.0 | -60 | -$28 | -2.2% | $22,603 |
| Grundy | 2,639 | 8.1% | 10.8 | 117 | $481 | 26.2% | $42,086 |

[143] U.S. Census Bureau, Small Area Income and Poverty Estimates 2004.
[144] Ibid.
[145] FDIC Regional Economic Conditions. (2006). *Personal bankruptcy filing rate (per 1,000 population) Illinois*. Retrieved December 1, 2006, from http://www2.fdic.gov/recon/ovrpt.asp?CPT_CODE=NBR&ST_CODE=17&RPT_TYPE=Tables
[146] Illinois Department of Employment Security, Local Employment Dynamics. (n.d.). *LEHD state of Illinois county reports – Quarterly Workforce Indicators*. Retrieved November 7, 2006, from http://lmi.ides.state.il.us/LED/default.htm, calculation conducted by the Mid-America Institute on Poverty of Heartland Alliance.
[147] Ibid.
[148] Ibid.
[149] Bureau of Economic Analysis Regional Economic Accounts. (2006, December). *Local Area Personal Income, Average wage per job*. Retrieved January 2, 2007, from http://www.bea.gov/bea/regional/reis/