# Attachment Q to Declaration of Jennifer Fearing
# Civ. No. 06-0265

Illinois Department of Revenue

## PTAX - 250 County Summary Abstract of Valuations, Levies, Tax Rates, and Tax Extensions

DeKalb County                                                      Assessment Year  2005

### Part 1 - Write the amount of current taxes extended

1. County - Write the amount from Form PTAX-251, Column 9, Line 1. — $14,521,875.13
2. Township or road districts - Write the total amount of all lines in Column 9 from Form PTAX-252. — $7,557,619.53
3. Cities, villages, and incorporated towns - Add Lines 3a and 3b and write here. — $16,246,486.49
   - a Tax increment financing - Write the amount from Form PTAX-251-TIF, Line 3 or Line 5, not reported on Forms PTAX-251 through PTAX-254.   3a   $5,885,711.38
   - b Other municipalities - Add the amounts listed on Form PTAX-251, Column 9 and write here.   3b   $10,360,775.11
4. School districts - Add Lines 4a through 4e and write here. — $90,910,314.55
   Write the amounts that corresponds to each of the appropriate categories below from Form PTAX-253, Column 9.
   - a Elementary districts            4a   $299,884.83
   - b High school districts           4b   $228,696.78
   - c Unit (12 grade) districts       4c   $81,781,616.86
   - d Community college districts     4d   $8,600,116.08
   - e Non-high school districts       4e   $0.00
5. Special districts - Add Lines 5a through 5k and write here. — $10,072,384.90
   Write the amounts that corresponds to each of the appropriate categories below from Form PTAX-254, Column 9.
   - a Fire protection districts     $2,899,712.54
   - b Park districts                $5,492,700.29
   - c Sanitary districts            $511,989.94
   - d Library districts             $644,589.08
   - e Multi-township districts      $64,824.71
   - f Cemetery districts            $0.00
   - g Street lighting districts     $2,009.27
   - h Airport districts             $0.00
   - i Mass Transit districts        $0.00
   - j Hospital districts            $0.00
   - k Miscellaneous districts       $0.00
   - l Special districts             $0.00
   - m Forest Preserve districts     $456,559.07
   - n Conservancy districts         $0.00
6. Total current tax extensions - Add Lines 1 through 5 and write here. — $139,308,680.60

### Part 2 - Write the summary by class

|    |                          |     | Column 1<br>Current taxes Extended | Column 2<br>Equalized assessed valuation(EAV) |
|----|--------------------------|-----|---------------------|-----------------|
| 7  | Residential              | 7   | $91,565,432.79      | 1,165,342,918   |
| 8  | Farm                     | 8   | $12,680,016.46      | 169,546,332     |
| 9  | Commercial               | 9   | $23,603,582.81      | 295,117,125     |
| 10 | Industrial               | 10  | $5,219,220.96       | 64,404,403      |
| 11 | Railroads                | 11  | $354,716.20         | 4,729,831       |
| 12 | Minerals                 | 12  | $0.00               | 0               |
| 13 | Tax increment financing  | 13  | $5,885,711.38       | 71,457,622      |
| 14 | Total - Add Lines 7 through 13 of each column and write here. | 14 | $139,308,680.60 | 1,770,598,231 |
|    | a Enterprise zone abatements | 14a | $0.00           | 0               |
|    | b Total county extensions and EAV - Add Lines 14 and 14a. | 14b | $139,308,680.60 | 1,770,598,231 |

### Part 3 - Write the valuation reductions

|    |                          |     | No. granted | Amount |
|----|--------------------------|-----|-------------|--------|
| 15 | a Senior Citizens Homestead Exemption | 15a | 4,394 | 13,741,772 |
|    | b Prorate Senior Citizens Homestead Exemption | 15b | 56 | 90,360 |
|    | c Senior Citizens Assessment Freeze Homestead Exemption | 15c | 1,502 | 15,762,970 |
|    | d General Homestead Exemption | 15d | 21,013 | 104,604,421 |
|    | e Disabled Veteran's Homestead Exemption | 15e | 5 | 328,048 |
|    | f Home Improvement Exemption | 15f | 1,300 | 5,668,326 |
| 16 | Valuation reductions (parcels less than $150) | 16 | 2,965 | 159,706 |

### Part 4 - Sign below

I certify that this abstract is a true and correct statement of the EAV of property listed for taxation, the levies, the tax rates, and the taxes extended for each of the taxing districts in this county.

_Sharon K Holmes_ [signature]        5/12/06
County clerk's signature                Date

PTAX-250 front (R-4/98)