# Exhibit 6 to Plaintiffs' Opposition to Defendant-Intervenor's Emergency Motion for a Stay

# Civ. No. 06-0265 (CKK)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL**<br><br>Plaintiffs,<br>v.<br><br>**MIKE JOHANNS** and **BARBARA J. MASTERS,** U.S. Department of Agriculture<br><br>Defendants,<br><br>**BELTEX CORPORATION, CAVEL INTERNATIONAL, INC.,** and **DALLAS CROWN, INC.**<br><br>Defendant-Intervenors. | Civ. No. 06-0265 (CKK) |

**<u>DECLARATION OF JOSEPH MARCHINI</u>**

I, Joseph Marchini, declare as follows:

1. I am a member of The Humane Society of the United States ("The HSUS") because I am concerned about the impacts of the Cavel International, Inc. ("Cavel") horse slaughter plant on my home and community in DeKalb, Illinois.

2. I have lived in DeKalb, Illinois for approximately eight years at 149 Berkshire Drive. From my home's front door, I can see Cavel's horse slaughter plant, located less than a mile away.

3. I am upset that the Cavel plant has created a market for trafficking in horses that will be slaughtered and sold for a profit. Because I see the plant everyday from my home, this is a constant source of displeasure and disrupts my enjoyment of my home.

4. During the eight years I have lived at my current address, the plant has produced an annoying odor, which I smell when the wind is blowing from the plant to my home. The smell is a great annoyance and also makes home life unpleasant while it lasts.

5. I recently learned that the Cavel slaughter facility has been violating wastewater discharge standards for the past three years and that a containment tank at the plant has been oozing polluted sludge. These discoveries are greatly distressing because I depend on well-water for drinking water and all other water usage at home. I am concerned that Cavel's discharge of slaughterhouse offal and other pollutants could be seeping into the groundwater and contaminating my water supply, in addition to polluting the Kishwaukee River.

6. After learning of Cavel's water pollution, I am discouraged and less interested in playing golf at the course very near my home because it is flooded from time to time by the Kishwaukee River. I regularly play golf at the River Heights Golf Course where the Kishwaukee River runs through. But I would not enjoy playing golf, knowing that the course has recently been flooded with water polluted by slaughterhouse discharges. As a result, I will have less opportunity to play golf at my chosen course, as I have regularly done for eight years, if Cavel is allowed to resume slaughtering horses.

7. In addition, I am worried that Cavel's water pollution violations and its notoriety as an inhumane horse slaughtering operation have lessened the value of my home. Because my home has a view of the plant and because the stench of the horse killing operation is strong at my

home at times, I have grave concerns about the value of my home. If Cavel is allowed to reopen, I am concerned that my home's property value will continue to decrease.

8. The injuries and the threat of injury to my recreational pursuits, my aesthetic enjoyment of my home, the health and safety of my drinking water, and my home's value have been eliminated by the recent shut-down of Cavel. However, if the court's decision is stayed or overturned, these injuries will immediately be renewed and may be more severe.

9. Because of these impacts to my home and community, I would have liked to participate in an environmental review process before the federal agency issued its rule circumventing Congress's decision to de-fund and stop horse slaughter inspections. If Cavel is allowed to resume killing horses before the agency concludes its analysis of Cavel's water pollution problems, my right to comment on such impacts and fully participate in the environmental review process will be irreparably harmed.

10. Pursuant to 28 U.S.C. § 1746, I declare, under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

*Joseph Marchini*

Dated: April 3, 2007