UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> MIKE JOHANNS, *et al.*, <br><br>    Defendants. | Civil Action No. 06–265 (CKK) |

**ORDER**
(April 13, 2007)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 13th day of April, 2007, hereby

ORDERED that Defendant-Intervenor Cavel's [69] Emergency Motion for a Stay of the Court's March 28, 2007 Order is DENIED.

                                             /s/
                                             COLLEEN KOLLAR-KOTELLY
                                             United States District Judge