**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE HUMANE SOCIETY OF<br>THE UNITED STATES, et al.<br><br>    Plaintiffs,<br><br>        v.<br><br><br>MIKE JOHANNS, Secretary<br>United States Department of Agriculture, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 1:06cv00265-CKK<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant-Intervenor Cavel International, Inc. hereby appeals to the United States Court of Appeals for the District of Columbia from the March 28, 2007 Order of the District Court (a) granting Plaintiffs' Motion for Summary Judgment, (b) denying Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment, and Defendant-Intervenors' Motion to Dismiss or, in the Alternative, for Summary Judgment on Claim Three of Plaintiffs' First Amended Complaint, (c) declaring the Interim Final Rule to be in violation of the Administrative Procedure Act (5 U.S.C. § 706(2)) and the National Environmental Policy Act (42 U.S.C. § 4321, *et seq*.), (d) vacating the Interim Final Rule, and (e) permanently enjoining the Food Safety

and Inspection Service of the United States Department of Agriculture from implementing the Interim Final Rule.

        Respectfully Submitted,

/s/ James P. Murphy
James P. Murphy, Esq. (D.C. Bar No. 380857)
Katherine L. Halpin, Esq. (D.C. Bar No. 494139)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC 20004
Telephone: 202.626.6600
Fax: 202.626.6780