UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,** ) ) ) ) Plaintiffs, ) v. ) ) **MIKE JOHANNS, ET AL.,** ) ) Defendants. ) | Civ. No. 1:06CV00265 (CKK) |

**ORDER**

This matter is before the Court on Plaintiffs' Expedited Motion for Relief Under Fed. R. Civ. P. 60(b). On consideration of the motion and responses thereto, as well as the entire record in this case, it is, by the Court, this ___ day of _____, 2007,

Ordered that the motion is granted; and it is further

Ordered that plaintiffs' Claim One is hereby reinstated and will be resolved by the Court based on the previously filed cross-motions for summary judgment.

U.S. District Judge