UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,**<br><br>　　　　Plaintiffs,<br>　v.<br><br>**MIKE JOHANNS, ET AL.,**<br><br>　　　　Defendants. | Civ. No. 1:06CV00265 (CKK) |

## ORDER

This matter is before the Court on the parties' cross-motions for summary judgment on Claim One in the Amended Complaint. On consideration of the motions as well as the entire record in this case, it is, by the Court, this ___ day of _____, 2007,

Ordered that plaintiffs' motion for summary judgment on Claim One is granted and defendants' and intervenors' motions are denied; and it is further

Ordered that it is hereby declared that defendants violated 5 U.S.C. § 553 in promulgating the rule under review; and it is further

Ordered that the rule is vacated based on the violation of 5 U.S.C. § 553, but such vacatur is stayed for thirty days from the date of this Order for the sole purpose of allowing defendants and/or intervenors to seek a further stay in the U.S. Court of Appeals for the D.C. Circuit.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge