UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE<br>UNITED STATES, et al.,<br><br>   Plaintiffs<br><br> v.<br><br>MIKE JOHANNS, Secretary,<br> United States Department<br> of Agriculture, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0265(CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S EXPEDITED MOTION
FOR RELIEF UNDER FED. R. CIV. P. 60(b)
AND MEMORANDUM IN SUPPORT THEREOF**

  Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendants, Mike Johanns, Secretary, U.S. Department of Agriculture, and Barbara J. Masters, Administrator, Food Safety and Inspection Service, by and through their undersigned attorneys, respectfully move to enlarge the time by which they must file their response to *Plaintiff's Expedited Motion for Relief Under Fed. R. Civ. P. 60(b)* to Thursday, May 31, 2007.  No previous enlargements have been sought by or granted to defendants for this purpose.

  Pursuant to Local Rule 7(m), defendants' counsel contacted plaintiffs' counsel and was informed that plaintiffs oppose this motion given that plaintiffs have sought expedited relief. However, on this point, it does not appear necessary for this Court to rule by May 29, 2007 on the complex, substantive

arguments made on Count 1 of plaintiffs' Complaint for purposes of plaintiffs' appeal rights.  This is particularly so given that the Court of Appeals reviews a district court's ruling on a motion for summary judgment <u>de</u> <u>novo</u>.  Further, Plaintiffs could have sought remand of this suit from the District of Columbia Circuit instead of taking action that effectively places this suit in different forums.  Regardless, it does not appear that plaintiffs' appeal rights will be irreparably prejudiced by the granting of the relief requested in this motion.  Defendants' reasons for seeking such relief are set forth below.

    Defendants request the enlargement due to the considerable work-related demands on their counsel. Defendants' counsel filed a response to a Report and Recommendation in the fact-intensive Title VII case, <u>Thomas v. Ashcroft</u>, Civil Action No. 04-1061(PLF) on Friday, May 18, 2007, and a motion to dismiss the <u>Bivens</u> suit, <u>Fletcher v. District of Columbia</u>, Civil Action No. 01-0601(JDB), on Monday, May 21, 2007.  Further, defendants' counsel has been working on a reply memorandum in the <u>Bivens</u> case, <u>Olaniyi v. District of Columbia</u>, Civil Action No. 05-0455(RBW), which was also due today but which has taken more time than anticipated.  Accordingly, given these and other work-related demands, defendants do not anticipate being able to file the response to plaintiffs' expedited motion for relief by the current deadline, and respectfully move for an enlargement of time to May 31, 2007 to do so.

Date: May 23, 2007

2

Respectfully Submitted,


/s/ Jeffrey A. Taylor /kvm
_____
JEFFREY A. TAYLOR, D.C. BAR 3498610
United States Attorney

/s/ Rudolph Contreras /kvm
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell


_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing ***Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Expedited Motion For Relief Under Fed. R. Civ. P. 60(b) and Memorandum in Support Thereof*** was sent by the Court's Electronic Case Filing System, this <u>23rd</u> day of May, 2007 to:

Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009
eric@meyerglitz.com
howardcrystal@meyerglitz.com

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
JMurphy@ssd.com

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney