UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | )<br>)<br>) |
| Plaintiffs | )<br>) |
| v. | )<br>) Civil Action No. 06-0265(CKK) |
| MIKE JOHANNS, Secretary, United States Department of Agriculture, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

UPON CONSIDERATION of ***Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Expedited Motion For Relief Under Fed. R. Civ. P. 60(b) and Memorandum in Support Thereof***, the memorandum in support thereof, and for good cause shown, it is by the Court,

ORDERED that Defendants' motion should be and is hereby granted, and thus, Defendants shall have up to and including May 31, 2007 to file their Response.

SO ORDERED.

_____       _____
DATE                                      UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530