UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————

THE HUMANE SOCIETY                    )
OF THE UNITED STATES, ET AL.          )
                                      )
          Plaintiffs,                )     Civ. No. 1:06CV00265 (CKK)
                                      )
     v.                              )
                                      )
MIKE JOHANNS, ET AL.                  )
                                      )
          Defendants.                )
———————————————————————)

**PLAINTIFFS' OPPOSITION TO FEDERAL DEFENDANTS'
MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS'
EXPEDITED MOTION FOR RELIEF UNDER FED. R. CIV. P. 60(b)**

_____While plaintiffs and their counsel are ordinarily willing to accommodate all reasonable

requests for extensions of time, they oppose the government's request for a substantial extension

under the particular circumstances here.  First, for the reasons set forth in plaintiffs' motion for

Rule 60(b) relief, plaintiffs have respectfully requested a ruling on their motion, if at all possible,

by **May 29, 2007** – the jurisdictional deadline for filing notices of appeal from the Court's March

28, 2007 summary judgment disposition.  Once again, plaintiffs are simply seeking, by that date,

an indication from the Court whether it will reinstate plaintiffs' notice and comment claim,

which the Court previously declined to resolve on the merits for reasons that plaintiffs believe

have now been called into question by subsequent events.  Contrary to the suggestion in the

government's motion, plaintiffs are *not* asking for a ruling on the notice and comment claim by

March 29.  Rather, plaintiffs are merely asking for a decision on whether the Court will *reinstate*

the claim so that it can be resolved on the previously filed summary judgment papers.

       Second, plaintiffs' motion for Rule 60(b) relief was seven pages long and does not, in any

event., warrant an extended response.  Third, intervenor Cavel International Inc. – which has

filed a timely opposition – has already raised all of the issues that would likely be raised by the

government.  Plaintiffs intend to file a reply to that opposition today.   For these reasons, as well

as well as those set forth in the Rule 60(b) motion, plaintiffs therefore respectfully request that

the Court deny defendants' motion for enlargement of time and, if possible, indicate by May 29

whether it will reinstate the notice and comment claim.

Respectfully submitted,

/s/ _____

Eric R. Glitzenstein
D.C. Bar No. 358287
Howard M. Crystal
D.C. Bar No. 446189

Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.  20009
(202) 588-5206

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

_____ I hereby certify that I have caused, this 24th day of May, 2007, the foregoing opposition to

be served on all counsel of record by filing the document with the Court's electronic records

filing system.

/s/ _____
Eric R. Glitzenstein