UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, et al.,** ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> **MIKE JOHANNS, Secretary,** ) <br>   United States Department ) <br>   of Agriculture, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 06-0265(CKK) |

ORDER

UPON CONSIDERATION of ***Plaintiffs' Expedited Mption for Relief Under Fed. R. Civ. P. 60(b),*** the responses thereto, and the entire record herein, it is by the Court,

ORDERED that Plaintiffs' Motion is DENIED.

SO ORDERED.

_____          _____
DATE                                    UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to</u>:
Eric R. Glitzenstein, Esq.
Howard M. Crystal, Esq.
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue, N.W., Suite 700
Washington, D.C.  20009

James P. Murphy, Esq.
Squire, Sanders & Dempsey L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004

Beverly M. Russell
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530