IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF <br> THE UNITED STATES, et al. <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, Secretary <br> United States Department of Agriculture, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civ. No. 1:06cv00265 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATUS REPORT

Pursuant to this Court's May 31, 2007 Order, the Parties hereby respectfully submit this Joint Status Report and state as follows:

On May 24, 2007, Governor Rod Blagojevich signed into law a bill that prohibits the slaughter of horses for human consumption in Illinois. On May 25, 2007, Defendant-Intervenor Cavel International, Inc. ("Cavel") filed suit in the United States District Court for the Northern District of Illinois ("District Court") seeking a declaration that the Illinois law is unconstitutional. Cavel also sought to temporarily and permanently enjoin Illinois Attorney General Lisa Madigan, DeKalb County State's Attorney Ron Matekaitis, Governor Rod Blagojevich, and Director of the Illinois Department of Agriculture Charles A. Hartke from enforcing the statute. On June 1, 2007, the District Court granted Cavel's motion and issued a temporary restraining order ("TRO") that is effective until and including Thursday June 14, 2007. A hearing on the Preliminary Injunction is scheduled for June 14, 2007.

For the foregoing reasons the Motion for Reconsideration is not moot, nor have plaintiffs withdrawn it.

Date:  June 8, 2007                                                   Respectfully submitted,

/s/ Eric R. Glitzenstein
Eric R. Glitzenstein (D.C. Bar No. 358287)
Howard M. Crystal (D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, DC 20009
Telephone:  (202) 588-5206

*Counsel for Plaintiffs*

/s/ James P. Murphy
James P. Murphy (D.C. Bar No. 380857)
SQUIRE, SANDERS & DEMPSEY L.L.P.
1201 Pennsylvania Ave., N.W., Suite 500
Washington, DC  20004
Telephone:  (202) 626-6600

*Counsel for Defendant-Intervenor Cavel International, Inc.*

/s/ Beverly M. Russell
Jeffrey A. Taylor (D.C. Bar No. 498610)
United States Attorney
Rudolph Contreras (D.C. Bar No. 434122)
Assistant United States Attorney
Beverly M. Russell (D.C. Bar No. 454257)
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, DC 20530
Telephone:  (202) 307-0492

*Counsel for Defendants*