UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE JOHANNS, *et al.*,<br><br>    Defendants. | Civil Action No. 06–265 (CKK) |

**ORDER**
(June 21, 2007)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this 21st day of June, 2007, hereby

ORDERED that the Court shall DENY [78] "Plaintiffs' Expedited Motion for Relief Under Fed. R. Civ. P. 60(b)."

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge