# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5120**                                               **September Term, 2007**

THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,
    APPELLEES

v.

CAVEL INTERNATIONAL, INC.,
    APPELLANT

MICHAEL JOHANNS,
SECRETARY, U.S. DEPARTMENT OF AGRICULTURE AND
BARBARA J. MASTERS, ADMINISTRATOR, FOOD SAFETY AND INSPECTION SERVICE,
    APPELLEES

> UNITED STATES COURT OF APPEALS
> FOR DISTRICT OF COLUMBIA CIRCUIT
>
> FILED  MAR 3 1 2008
>
> CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 06cv00265)

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

Before: RANDOLPH, GARLAND, and GRIFFITH, *Circuit Judges*.

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. *See* FED. R. APP. P. 34(a)(2); D.C. CIR. R. 34(j). It is

**ORDERED** and **ADJUDGED** that the appeal be dismissed as moot.

As this court recently stated in *Munsell v. Department of Agriculture*, "a case on appeal normally is rendered moot when the appellant closes its business and, as a result, no longer has a cognizable interest in the outcome of the dispute." 509 F.3d 572, 582 (D.C. Cir. 2007). Because appellant Cavel International, Inc. is no longer operating its slaughtering facility and has identified no concrete plans to open one elsewhere, its claims are moot. *See id.* at 583 (noting that where a party has "no clear plans to reopen,"

United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk

-2-

mere "speculation that a business could again decide to operate" does not establish a live controversy).

      Pursuant to D.C. Circuit Rule 36(b), this disposition will not be published. The Clerk is directed to withhold the issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing. *See* FED. R. APP. P. 41(b); D.C. CIR. R. 41(a)(1).

                                                               **FOR THE COURT:**
                                                               Mark J. Langer, Clerk

BY:                          

                                                                   Deputy Clerk