UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE HUMANE SOCIETY<br>OF THE UNITED STATES, ET AL.<br><br>       Plaintiffs,<br>  v.<br><br>MIKE JOHANNS, ET AL.<br><br>       Defendants. | Civ. No. 1:06CV00265 (CKK) |

## DECLARATION OF ERIC R. GLITZENSTEIN

1. I am the lead counsel in this litigation and I am submitting this Declaration in support of plaintiffs' application for attorneys' fees and costs.

2. According to the contemporaneous time records maintained by Meyer Glitzenstein & Crystal, attorneys in the firm have expended at least 1159 hours on the litigation to date and law clerks have spent at least 119.25 hours. These time records have been furnished to defendants' counsel and will be furnished to the Court should the parties be unable to arrive at a resolution amongst themselves. In addition, I have recently spent approximately an additional 10 hours on the fee issue.

3. In addition to time expended by my firm, counsel at the lead plaintiff Humane Society of the United States ("HSUS") have indicated that they spent at least 327.25 hours on the litigation and a law clerk spent 3.75 hours. HSUS counsel spent time on the following tasks: 98.5 hours on the Temporary Restraining Order/Preliminary Injunction briefing; 27 hours on the motion for reconsideration of the Court's dismissal of two of plaintiffs' claims; 47.75 hours on the summary judgment briefing; 116.5 hours on the stay motion in the district court; 12.25 hours

on the stay motion in the court of appeals; and 25.25 hours on miscellaneous matters.

4. In total, therefore, plaintiffs' counsel have spent at least 1496.25 hours on the litigation, and law clerks have spent 123 hours.

5. The only enhancement that plaintiffs are seeking in this case is the standard cost of living adjustment which is calculated by comparing the Consumer Price Index ("CPI") for urban consumers for the year when the base $ 125/hour rate was established (1996) with the CPI for the year in which work was performed. Applying that formula, a recent decision from this court approved a $ 161.05 rate for work performed in 2006. See Doe v. Rumsfeld, 501 F. Supp. 2d 186, 191 n. 1 (D.D.C. 2007). Using the same formula, I have calculated a $ 165 rate for time spent in 2007. Although counsel in this case spent significant time in both 2006 and 2007, for purposes of this motion, plaintiffs are using the lower (2006) rate for all time spent. Should the parties be unable to resolve the fee issue without involvement by the Court, plaintiffs will provide a more detailed breakdown that allocates all time by each year in which it was expended.

6. With regard to law clerk time, plaintiffs are requesting recovery at $ 75/hour, which is based on a standard billing rate for such time by my firm. It is also my understanding that this rate is equivalent to or lower than that charged for law clerk/paralegal time at most Washington, D.C. law firms.

7. Based on the foregoing, plaintiffs are entitled to at least $ 240,971 in fees for attorney time and $ 9,225 for law clerk time, for a total of $ 250,196 in fees.

8. With regard to costs, plaintiffs also incurred at least $ 7,319.37 on filing fees, copying costs, federal express mailings, and other compensable costs. An itemization of these costs has also been provided to defendants' counsel and will be furnished to the Court should the parties be

unable to resolve the issue amongst themselves.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

_____
Eric R. Glitzenstein