UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
THE HUMANE SOCIETY                      )
OF THE UNITED STATES, ET AL.            )
                                        )        Civ. No. 1:06CV00265 (CKK)
            Plaintiffs,                 )
    v.                                  )
                                        )
MIKE JOHANNS, ET AL.                    )
                                        )
            Defendants.                 )
_____)

### PLAINTIFFS' UNOPPOSED MOTION TO HOLD THEIR APPLICATION FOR ATTORNEYS' FEES AND COSTS IN ABEYANCE

Plaintiffs hereby move to hold in abeyance for thirty days their application for an award of attorneys' fees and costs against federal defendants under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). Plaintiffs are filing that motion today out of an abundance of caution to ensure that it is not deemed time-barred by the applicable EAJA time limit. At the same time, however, plaintiffs and federal defendants have recently initiated discussions regarding the fee claim and hence it is possible that may be able to resolve the issue without the need for involvement by the Court Consequently, it is in the interests of judicial economy and efficiency to hold the fee application in abeyance for thirty days. If, by the end of that period, a settlement has not been reached, the parties will propose a schedule for further briefing on the fee application.

Plaintiffs have contacted counsel for federal defendants, Beverly Russell, and she has indicated that defendants do not oppose this motion. Plaintiffs are seeking no fee or cost recovery from intervenors. A proposed Order accompanies this motion

Respectfully submitted,

/s/Eric R. Glitzenstein
Eric R. Glitzenstein
D.C. Bar No. 358287
Meyer Glitzenstein & Crystal
Suite 700
1601 Connecticut Ave., N.W.
Washington, D.C.  20009
(202) 588-5206

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing motion to be served on all counsel of record, this 5th day of September, 2008, by filing the document with the Court's electronic filing system.

/s/Eric R. Glitzenstein
Eric R. Glitzenstein