UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE HUMANE SOCIETY OF THE UNITED STATES, ET AL.,**<br><br>    Plaintiffs,<br>v.<br><br>**MIKE JOHANNS, ET AL.,**<br><br>    Defendants. | Civ. No. 1:06CV00265 (CKK) |

## **ORDER**

This matter is before the Court on Plaintiffs' Unopposed Motion to Hold in Abeyance their Application for Attorneys' Fees and Costs. On consideration of the motion, its lack of opposition by federal defendants, and the entire record in this case, it is, this __ day of September, 2008,

Ordered that the motion is granted; and it is further

Ordered that within thirty days of the date of this Order plaintiffs and federal defendants will either file a stipulation notifying the Court that they have settled plaintiffs' claim for fees and costs or a proposed briefing schedule on plaintiffs' application for fees and costs.

_____
U.S. District Judge